USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET
### SEALED

No. **4:22cr612**

HOUSTON DIVISION

USAO Number: 2022R03540

Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed *December 07, 2022*
Nathan Ochsner, Clerk of Court

Judge: **Hanen**

ATTORNEYS:

UNITED STATES of AMERICA

vs.

**Jennifer B. Lowery, USA**         (713) 567-9000

AUSA Thomas H. Carter III         (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| EDWARD CONSTANTINESCU (Cts. 1-12) | ☐ | ☐ |
| PERRY "PJ" MATLOCK (Cts. 1-11) | ☐ | ☐ |
| JOHN RYBARCZYK (Cts. 1-11) | ☐ | ☐ |
| GARY DEEL (Cts. 1-11) | ☐ | ☐ |
| STEFAN HRVATIN (Cts. 1-11) | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 12 )

Ct. 1: Conspiracy To Commit Securities Fraud [18 U.S.C. § 1349]

Cts. 2-11: Securities Fraud [18 U.S.C. §§ 1348 & 2]

Ct. 12: Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity [18 U.S.C. § 1957]

**PENALTY:**
Ct. 1: Up to 25 years in prison, $250,000 fine, 5 years SR, and $100 special assessment.
Cts. 2-11: Up to 25 years in prison, $250,000 fine, 5 years SR, and $100 special assessment per count.
Ct. 12: Up to 10 years, $250,000 fine, 3 years SR and $100 special assessment.

NOTICE OF FORFEITURE:
[18 U.S.C. §§981(a)(1)(C) and 28 U.S.C. §246(c)]
[18 U.S.C. §982(a)(1)]

> Sealed
> Public and unofficial staff access to this instrument are prohibited by court order

☐ In Jail
☐ On Bond
☒ No Arrest (All Defendants)

NAME & ADDRESS of Surety:

### PROCEEDINGS:

USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET
**SEALED**

United States Courts
Southern District of Texas
FILED

*December 07, 2022*

Nathan Ochsner, Clerk of Court

No. _____

HOUSTON DIVISION

USAO Number: 2022R03540
Magistrate Number:

CRIMINAL INDICTMENT

Filed _____  Judge: _____

UNITED STATES of AMERICA
vs.

**ATTORNEYS:**

**Jennifer B. Lowery, USA**                        **(713) 567-9000**

AUSA Thomas H. Carter III                          (713) 567-9000

| Defendant | | Appt'd | Private |
|---|---|---|---|
| TOM COOPERMAN (Cts. 1-11) | | ☐ | ☐ |
| MITCHELL HENNESSY (Cts. 1-11) | | ☐ | ☐ |
| DANIEL KNIGHT (Ct. 1) | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

**CHARGE:**
Ct. 1: Conspiracy To Commit Securities Fraud [18 U.S.C. § 1349]
Cts. 2-11: Securities Fraud [18 U.S.C. §§ 1348 & 2]
Ct. 12: Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity [18 U.S.C. § 1957]

(TOTAL)
(COUNTS:)
( 12 )

**PENALTY:**
Ct. 1: Up to 25 years in prison, $250,000 fine, 5 years SR, and $100 special assessment.
Cts. 2-11: Up to 25 years in prison, $250,000 fine, 5 years SR, and $100 special assessment per count.
Ct. 12: Up to 10 years, $250,000 fine, 3 years SR and $100 special assessment.

NOTICE OF FORFEITURE:
[18 U.S.C. §§981(a)(1)(C) and 28 U.S.C. §246(c)]
[18 U.S.C. §982(a)(1)]

☐ In Jail
☐ On Bond
☑ No Arrest (All Defendants)

NAME & ADDRESS
of Surety:

PROCEEDINGS:

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order