UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED
DEC 13 2022
Nathan Ochsner, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cr-612 |
|---|---|---|---|

United States of America

*versus*

Edward Constantinescu, Perry "PJ" Matlock, John Rybarczyk, Gary Deel, Stefan Hrvatin, Tom Cooperman, Mitchell Hennessey, and Daniel Knight

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John J. Liolos<br>United States Department of Justice<br>1400 New York Ave. NW<br>Washington, DC 20005<br>202-768-2246, john.liolos@usdoj.gov<br>New York, 5331053<br>SDNY, JL5401 |
|---|---|

| Name of party applicant seeks to appear for: | United States |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/13/22    Signed: *John J. Liolos*

The state bar reports that the applicant's status is: **currently registered**

Dated: DEC 13 2022    Clerk's signature: *Hannahlee*

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                                            United States District Judge