AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| The United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-cr-612 |
| Edward Constantinescu, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date:   12/14/2022

*Scott Armstrong*
*Attorney's signature*

Scott Armstrong
*Printed name and bar number*
1400 New York Avenue, N.W.
Washington, D.C. 20005

*Address*

scott.armrstrong@usdoj.gov
*E-mail address*

(202) 355-5704
*Telephone number*

(202) 514-0152
*FAX number*