IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>Defendant. | Case No. 22-CR-00612 |

### MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW the United States of America, by and through Alamdar S. Hamdani, United States Attorney, and Thomas H. Carter, Assistant United States Attorney, for the Southern District of Texas, and moves this Honorable Court to Modify the Conditions of Release for named defendant, EDWARD CONSTATINESCU.

### I.  History

On Dec. 7, 2022, Defendant CONSTANTINESCU was indicted in the Southern District of Texas for violations 18 U.S.C. Sec. 1348 (Securities and Commodities Fraud), 18 U.S.C. Sec. 1349 (Conspiracy to Commit Fraud), and 18 U.S.C. Sec. 1957 (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity).  He was subsequently arrested on those charges on December 13, 2022 in Austin, Texas, which is in the Western District of Texas.

At Defendant CONSTANTINESCU's initial appearance on December 13, 2022, the Magistrate's Court in the Western District of Texas set conditions for his release in an order under cause number 22-mj-996.  These conditions included standard conditions along with stand-alone

GPS monitoring, prohibitions on contact with witnesses and co-defendants, and prohibitions on social media usage. Additionally, a report date was set in the Southern District of Texas on December 28, 2022. Notably, the conditions of release as set by the Western District of Texas did not include the relinquishment of firearms within the defendant's residence or any type of restriction on the dispensation of the defendant's significant assets. Further, it is unclear what manner of surety the defendant is required to post to assure his presence in court.

## II.  Request

The United States asks that this Court modify Defendant's CONSTATINESCU's conditions of release in the following manners:

- Prohibition of the possession of any and all firearms, destructive devices, or other weapon, as is standard in the Southern District of Texas. Defendant's prior social media postings indicate that the Defendant possesses a significant number of sophisticated firearms in his residence. It is believed that the Defendant currently has access to those weapons and such a condition is normally standard in this District.
- A restriction on the Defendant's ability to dispose of assets that may be derived from criminal conduct. These assets include, but are not limited to, brokerage accounts, bank accounts, and vehicles, including a 2018 Black Rolls-Royce Dawn with VIN: SCA666D50JU107584, a 2022 White Rolls-Royce Cullinan with VIN: SLATV4C06NU209090, a 2021 Black Lamborghini Urus with VIN: ZPBUA1ZL5MLA13745, and a 2020 Silver Mercedes-Benz G with VIN: W1NYC7HJ6LX363844. On December 1#, 2022, the Court imposed a similar condition as to Defendants Matlock and Knight at their initial appearances.

- A further restriction on the Defendant's ability to use social media to include a specific admonition to not "post" or communicate about specific stocks or trades. On December 14, 2022, the Court imposed a similar condition as to Defendants Matlock and Knight at their initial appearances.

The United States believes that these conditions are necessary to ensure that the Defendant does not pose a threat to himself or others and will ensure the proper dispensation of justice in this case. Further, these proposed modifications to the Defendant's conditions of release were included in several of the Defendant's co-defendants' conditions, and such modifications would bring Defendant Constantinescu into parity with others similarly situated.

WHEREFORE, the Government requests that this Court issue an ORDER to set a date for a hearing on this motion as soon as practicable.

Respectfully submitted,

ALAMDAR HAMDANI
United States Attorney,
Southern District of Texas

By:   *s/ Thomas H. Carter*
Thomas H. Carter
Assistant United States Attorney
State Bar Nos.: TX24048387
1000 Louisiana Street, 25th Floor
Houston, Texas 77002
Tel.: (713) 567-9470

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD CONSTANTINESCU,**<br>    **Defendant.** | Case No. 22-CR-00612 |

# **O R D E R**

HAVING CONSIDERED the Government's Motion to Modify Conditions of Release as to Defendant Edward Constantinescu, the COURT ORDERS a hearing on the matter set for December _____, 2022 at _____AM/PM and for all parties to attend.

Signed at Houston, Texas this the \_\_\_\_\_ day of _____, 2022.

_____
THE HONORABLE CHRISTINA BRYAN
UNITED STATES MAGISTRATE JUDGE