UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**EDWARD CONSTANTINESCU,**<br>    **Defendant.** | Case No. 22-CR-00612 |

**O R D E R**

HAVING CONSIDERED the Government's Motion to Modify Conditions of Release as to Defendant Edward Constantinescu, the COURT ORDERS a hearing on the matter set for December _____, 2022 at _____AM/PM and for all parties to attend.

Signed at Houston, Texas this the _____ day of _____, 2022.

_____
THE HONORABLE CHRISTINA BRYAN
UNITED STATES MAGISTRATE JUDGE

4