## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                    Case Number: 4:22−cr−00612

Edward Constantinescu

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Christina A Bryan

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 12/16/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Counsel Determination Hearing

Date:   December 14, 2022

Nathan Ochsner, Clerk