United States District Court
Southern District of Texas

**ENTERED**

December 15, 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

Nathan Ochsner, Clerk of Court

| Division | Houston ▼ | Case Number | 4:22-cr-612 |
|---|---|---|---|

United States of America

*versus*

Edward Constantinescu, Perry "PJ" Matlock, John Rybarczyk, Gary Deel, Stefan Hrvatin, Tom Cooperman, Mitchell Hennessey, and Daniel Knight

| Lawyer's Name  Firm  Street  City & Zip Code  Telephone & Email  Licensed: State & Number  Federal Bar & Number | John J. Liolos  United States Department of Justice  1400 New York Ave. NW  Washington, DC 20005  202-768-2246, john.liolos@usdoj.gov  New York, 5331053  SDNY, JL5401 |
|---|---|

| Name of party applicant seeks to appear for: | United States |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/13/22 | Signed: *John J. Liolos* |
|---|---|

The state bar reports that the applicant's status is: *currently registered*

Dated: DEC 1 3 2022   Clerk's signature *[signature]*

**Order**

Dated: 12/15/22

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge