United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal Action 4:22–cr–00612 |
| Edward Constantinescu, et al. | § § | |

## Notice of Referral

The following motion is referred to Magistrate Judge Christina A. Bryan:

Motion to Modify Conditions of Release – #20

Date: December 16, 2022.

Nathan Ochsner, Clerk

By: R. Hawkins, Deputy Clerk