IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| v. | | NO. 4:22-CR-612 (8) |
| DANIEL KNIGHT | | |

## NOTICE OF APPEARANCE

TO THE HONORABLE ANDREW HANEN:

Comes now CORDT AKERS of THE AKERS FIRM, PLLC, 3401 Allen Parkway, Suite 101, Houston, TX 77019, and gives notice to the Court and counsel for the Government that he is the attorney of record for the defendant in the above styled and numbered cause.

Respectfully submitted,

**THE AKERS FIRM, PLLC**

*/s/ Cordt C. Akers*
Cordt C. Akers
State Bar No. 24080122
3401 Allen Parkway, Suite 101
Houston, Texas 77019
Telephone: (713) 877-2500
Facsimile: (713) 583-8662
cca@akersfirm.com

ATTORNEY FOR DANIEL KNIGHT

## **CERTIFICATE OF SERVICE**

I certify that on December 16th, 2022, I electronically filed the foregoing document with the clerk of court of the U.S. District Court for the Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all interested parties.

*/s/ Cordt C. Akers*
**CORDT C. AKERS**