UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22cr612 |
|---|---|---|---|

| United States of America |
|---|
| versus |
| Edward Constantinescu, et al. |

| Lawyer's Name | Matthew Aaron Ford |
|---|---|
| Firm | Ford O'Brien Landy |
| Street | 3700 Ranch Road 620 South Suite B |
| City & Zip Code | Austin, Texas 78738 |
| Telephone & Email | (512) 503-6388 mford@fordobrien.com |
| Licensed: State & Number | Texas 24119390, |
| Federal Bar & Number | S.D.N.Y  MF-4797 |

| Name of party applicant seeks to appear for: | Edward Constantinescu |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/16/2022 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:        Clerk's signature |

**Order**                   This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                    United States District Judge