United States District Court
Southern District of Texas
**ENTERED**
December 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-612 |
| | § | |
| EDWARD CONSTANTINESCU, et al | § | |

## ORDER

It has come to the attention of the Court that various Defendants and future Defendants in this case may have initial appearances in other District Courts where conditions of release on bond may vary between District Courts. For any future Defendant appearing in this case with bond conditions set in another District, the Court hereby authorizes the duty Magistrate Judge to set the conditions of release on bond necessary to ensure that said Defendant does not pose a threat to himself or others and will ensure proper dispensation of justice in this case. Further, any modifications to the conditions of release should in parity with others similarly situated.

It is so **ORDERED** at Houston, Texas on this 16th day of December 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE