H00112889

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA § Docket No: __4:22CR 612-2__
§
vs. § Pending in: Southern District of Texas
§
__PERRY Matlock__ § Bond set: $ __500,000__
§
Defendant. § Deposit: $ __500,000__

AFFIDAVIT OF OWNERSHIP OF
SECURITY FOR APPEARANCE BOND

I, __Charles Flood__, on oath hereby declare that I am the (owner/agent for the owner) of the $ __500,000__ deposited as security on the appearance bond for the above-named defendant with the following:

☐ Cash

☒ Cashier's Check/Money Order (# __1018__, Bank: __CADENCE__)

Said deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

Name: __Flood and Flood__
Address: __914 Preston; Ste 800__
__Houston, TX 77002__
Telephone: __713-223-8877__

*Any change in address must be made in writing, sworn to before a notary and submitted to the District Clerk's office.*

I, as owner/agent for the owner, subject said funds to the provisions of Criminal Local Rule 46.2 and consent and agree that should the defendant fail to abide by the conditions of release imposed by the Court, the Court may, upon notice to me of not less than 10 days, proceed to have said funds forfeited.

Signature Defendant ( )    Signature Owner/Agent for Owner ( )

SWORN TO AND SUBSCRIBED BEFORE ME on __14th__ at __December 2022__.

NATHAN OCHSNER, CLERK OF COURT

By: _____
, Deputy Clerk