AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:22-CR-00612 |
| Mitchell Hennessey | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mitchell Hennessey.

Date:   12/19/2022

/s/ Laura Cordova
*Attorney's signature*

Laura M. Kidd Cordova TBN 24128031
*Printed name and bar number*
Jackson Walker LLP
1401 McKinney St, Suite 1900
Houston, TX 77010

*Address*

LCordova@jw.com
*E-mail address*

(713) 752-4449
*Telephone number*

(713) 752-4221
*FAX number*