United States District Court
Southern District of Texas
**ENTERED**
December 20, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22cr612 |
|---|---|---|---|

United States of America

versus

Edward Constantinescu, et al.

| | |
|---|---|
| Lawyer's Name | Matthew Aaron Ford |
| Firm | Ford O'Brien Landy |
| Street | 3700 Ranch Road 620 South Suite B |
| City & Zip Code | Austin, Texas 78738 |
| Telephone & Email | (512) 503-6388 mford@fordobrien.com |
| Licensed: State & Number | Texas 24119390, |
| Federal Bar & Number | S.D.N.Y MF-4797 |

| Name of party applicant seeks to appear for: | Edward Constantinescu |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ____ No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/16/2022     Signed: [signature]

The state bar reports that the applicant's status is: Active

Dated: 12/19/2022     Clerk's signature: R. Hawkins

**Order**

Dated: 12/19/22

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge