AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:22-CR-00612 |
| Tom Cooperman | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tom Cooperman                                                                                                      .

Date:      12/21/2022

/s/ Sina Zadeh
*Attorney's signature*

Sina Zadeh TBN 24105045
*Printed name and bar number*

Sina Zadeh Law Firm, LLP
1001 McKinney St. Suite 803
Houston, TX 77002
*Address*

Houstonstrialattorney@gmail.com
*E-mail address*

(832) 545-9790
*Telephone number*

(713) 973-8668
*FAX number*