IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case No. 4:22-CR-612 |
| | § | |
| PERRY "PJ" MATLOCK (2), | § | |
| | § | |
| Defendant. | § | |

**AGREED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR
DEFENDANT PERRY "PJ" MATLOCK**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Charles Flood and respectfully moves to withdraw as counsel of record for Defendant Perry "PJ" Matlock, in the above-entitled and numbered cause of action. In his place will be substituted:

Luis A. Reyes (lead counsel)
Texas Bar No. 90001831
lreyes@ashcroftlawfirm.com

Johnny Sutton
Texas Bar No. 19534250
jsutton@ashcroftlawfirm.com

Christopher L. Peele
Texas Bar No. 24013308
cpeele@ashcroftlawfirm.com

ASHCROFT SUTTON REYES LLC
919 Congress Ave., Suite 1325
Austin, Texas 78701
512-370-1800

Subject to this motion, a Notice of Appearance has already been filed on behalf of Luis Reyes, Johnny Sutton, and Chris Peele. Defendant Perry "PJ" Matlock approves of the substitution. This withdrawal is not sought for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Defendant Perry "PJ" Matlock respectfully requests that this Court grant this Motion to Withdraw and Substitute Counsel.

Respectfully submitted,

**FLOOD & FLOOD**

<u>/s/ Charles Flood (by C. Peele with permission)</u>
Charles Flood
State Bar No. 00798178
914 Preston Street, Ste. 800
Houston, TX 77002
Telephone: 713-223-8877
charles@floodandflood.com

**ASHCROFT SUTTON & REYES, LLC**

<u>/s/Christopher L. Peele</u>
Johnny Sutton
jsutton@ashcroftlawfirm.com
Texas Bar No. 19534250
Luis A. Reyes
lreyes@ashcroftlawfirm.com
Texas Bar No. 90001831
Christopher L. Peele
cpeele@ashcroftlawfirm.com
Texas Bar No. 24013308
Ashcroft Sutton Reyes, LLC
919 Congress Ave., Ste. 1325
Austin, TX 78701
Phone: (512) 370-1800
Facsimile: (512) 397-3290

ATTORNEYS FOR DEFENDANT
PERRY "PJ" MATLOCK

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 21st day of December 2022, copies of the foregoing were served on all registered parties via email and CM/ECF, concurrent with the filing of the same.

*s/Christopher L. Peele*

Christopher L. Peele

ATTORNEY FOR DEFENDANT
PERRY "PJ" MATLOCK