IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § Case No. 4:22-CR-612 |
| | § |
| PERRY "PJ" MATLOCK (2), | § |
| | § |
| Defendant. | § |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL
### FOR DEFENDANT PERRY "PJ" MATLOCK

This Court has reviewed and considered the Motion to Withdraw and Substitute Counsel for Defendant Perry "PJ" Matlock and being of the opinion that good cause has been shown finds that the motion should be GRANTED. It is hereby,

ORDERED that Charles Flood is permitted to withdraw as attorney for Defendant Perry "PJ" Matlock. Luis A. Reyes, Johnny K. Sutton, and Christopher L. Peele are hereby substituted as counsel for Defendant Perry "PJ" Matlock.

SIGNED this _____ day of _____, 2022.

_____
U.S. DISTRICT COURT JUDGE