IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § | Case No. 4:22-CR-612 |
| PERRY "PJ" MATLOCK (2), | § § § § | |
| Defendant. | | |

## NOTICE OF APPEARANCE

COMES NOW Luis Reyes and, subject to the Agreed Motion Withdraw and to Substitute Counsel filed contemporaneously herewith, enters his appearance as counsel on behalf of Defendant Perry "PJ" Matlock. Mr. Luis Reyes is designated as the lead counsel for this matter.

Respectfully submitted,

/s/Luis A. Reyes
Luis A. Reyes
lreyes@ashcroftlawfirm.com
Texas Bar No. 90001831
Ashcroft Sutton Reyes, LLC
919 Congress Ave., Ste. 1325
Austin, TX 78701
Phone: (512) 370-1800
Facsimile: (512) 397-3290

ATTORNEY FOR DEFENDANT
PERRY "PJ" MATLOCK

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 21st day of December 2022, copies of the foregoing were served on all registered parties via email and CM/ECF, concurrent with the filing of the same.

/s/Christopher L. Peele

Christopher L. Peele

ATTORNEY FOR DEFENDANT
PERRY "PJ" MATLOCK