United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Criminal Action 4:22–cr–00612 |
| | § § | |
| Gary Deel, et al. | § | |

## Notice of Referral

The following motion is referred to Magistrate Judge Sam S. Sheldon:

Motion for Hearing – #55

Date: December 22, 2022.

Nathan Ochsner, Clerk

By: R. Hawkins, Deputy Clerk