# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                  Case Number: 4:22–cr–00612

Gary Deel
Stefan Hrvatin

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Sam S Sheldon

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 12/27/2022

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion for Hearing – #55

Date:   December 22, 2022

                                                                                Nathan Ochsner, Clerk