# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                      Case Number: 4:22–cr–00612

Gary Deel
Stefan Hrvatin

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Gary Deel, Stefan Hrvatin as set forth below.**

**Before the Honorable Sam S Sheldon**

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/12/2023

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Hearing – #55

Date: December 22, 2022                                          Nathan Ochsner, Clerk