UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. 4:22-CR-00612(5) |
| § | |
| STEFAN HRVATIN, § | |
|    et al § | |

NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

EDWARD MALLETT, a member of the Bar of this Court, respectfully enters his appearance as counsel and attorney-in-charge for STEFAN HVRATIN.

Respectfully submitted,

 /s/ Edward Mallett
Edward Mallett
Texas Bar No. 12863000
Federal ID No. 422
5300 Memorial Drive, Suite 750
Houston, Texas 77007
Tel: 713-236-1900
Email: edward@msblawyers.com

ATTORNEY FOR DEFENDANT
STEFAN HRVATIN

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing notice has been furnished to the Assistant U.S. Attorneys assigned to this case and for counsel for all co-defendants via the Court's ECF system on the 22nd day of December, 2022.

 /s/ Edward Mallett
Edward Mallett