AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| _____ | ) | |
| *Defendant* | ) | |

**FIRST AMENDED APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____

*Attorney's signature*

_____

*Printed name and bar number*

_____

*Address*

_____

*E-mail address*

_____

*Telephone number*

_____

*FAX number*