IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612 |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE AND TO CERTIFY CASE AS COMPLEX**

ON THIS DAY, the Court considered Joint Defendants' Unopposed Motion for Continuance and to Certify Case as Complex pursuant to 18 U.S.C § 3161(h). Having fully considered same and all arguments of counsel in support thereof, the Court is of the opinion that good cause exists to grant Joint Defendants' Motion. It is hereby **ORDERED**:

1. All deadlines in the present scheduling orders as to Defendants Constantinescu, Matlock, Rybarczyk, and Knight are continued,

2. The deadline with respect to the time for Joint Defendants file a Motion for Bill of Particulars is continued, and

3. This case is hereby certified as "complex" within the meaning of 18 U.S.C § 3161(h)(7)(B)(ii), such that the continuance of motion deadlines, pretrial proceedings, and the date of the trial itself is continued for an unspecified amount of time.

Signed on this _____ day of _____, 2022

_____
JUDGE PRESIDING