CLOSED,PASPRT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:22-mj-04878-DUTY-1

Case title: USA v. Cooperman

Date Filed: 12/13/2022

Date Terminated: 12/13/2022

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Tom Cooperman**  
REG 35929-510  
*TERMINATED: 12/13/2022*

represented by **Caleb E. Mason**  
Werksman Jackson and Quinn LLP  
888 West Sixth Street, Fourth Floor  
Los Angeles, CA 90017  
213-688-0460  
Fax: 213-624-1942  
Email: cmason@werksmanjackson.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**    represented by **US Attorney's Office**  
AUSA - Office of US Attorney

Criminal Division - US Courthouse  
312 North Spring Street 12th Floor  
Los Angeles, CA 90012-4700  
213-894-2434  
Email: USACAC.Criminal@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2022 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Tom Cooperman, originating in the Southern District of Texas. Defendant charged in violation of: 18:1349. Signed by agent Martha Jacobe, FBI; Special Agent. (ja) (Entered: 12/16/2022) |
| 12/13/2022 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Tom Cooperman; defendants Year of Birth: 1988; date of arrest: 12/13/2022 (ja) (Entered: 12/16/2022) |
| 12/13/2022 | 3 | Defendant Tom Cooperman arrested on warrant issued by the USDC Southern District of Texas at Houston. (Attachments: # 1 Charging Document)(ja) (Entered: 12/16/2022) |
| 12/13/2022 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alexander F. MacKinnon as to Defendant Tom Cooperman. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Caleb E. Mason for Tom Cooperman, Retained, present. Government moves to UNSEAL Entire Case: GRANTED. Court orders bail set as: Tom Cooperman (1) $100,000.00 Appearance Bond, SEE ATTACHED BOND FOR TERMS AND CONDITIONS. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Southern District of Texas. Bond to Transfer. Defendant ordered to report on when advised by counsel. Case Unsealed. Court Smart: CS 12/13/22. (ja) (Entered: 12/16/2022) |
| 12/13/2022 | 5 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Plaintiff USA as to Defendant Tom Cooperman. (ja) (Entered: 12/16/2022) |
| 12/13/2022 | 6 | WAIVER OF RIGHTS approved by Magistrate Judge Alexander F. MacKinnon as to Defendant Tom Cooperman. (ja) (Entered: 12/16/2022) |
| 12/13/2022 | 7 | DECLARATION RE: PASSPORT filed by Defendant Tom Cooperman, declaring that my passport and any other travel documents are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (ja) (Entered: 12/16/2022) |
| 12/14/2022 | 8 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Tom Cooperman conditions of release: $100,000 Appearance Bond approved by Magistrate Judge Alexander F. MacKinnon. (ja) (Entered: 12/16/2022) |
| 12/14/2022 | 9 | PASSPORT RECEIPT from U. S. Pretrial Services as to Defendant Tom Cooperman. Foreign passport was received on 12/14/22. Re: Bond and Conditions (CR-1) 8 . (ja) (Entered: 12/16/2022) |
| 12/14/2022 | 10 | MEMORANDUM FOR RELEASE ORDER AUTHORIZATION filed by PSA Officer as to Defendant Tom Cooperman. Submitted in compliance with conditions as set forth in Bond and Conditions (CR-1) 8 . (ja) (Entered: 12/16/2022) |

| | | |
|---|---|---|
| 12/14/2022 | 11 | AFFIDAVIT RE APPEARANCE BOND (CASH SECURITY) filed by the owner of the cash security as to Defendant Tom Cooperman. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 12/16/2022) |
| 12/16/2022 | | Notice to Southern District of Texas of a Rule 5 Initial Appearance as to Defendant Tom Cooperman. Your case number is: 4:22-cr-612-006. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). The finance office will transmit the cash deposit The Clerk will forward the passport to you If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 12/16/2022) |
| 12/19/2022 | 12 | FINANCIAL ENTRY as to Defendant Tom Cooperman: Received $100,000.00 into the registry of the Court from Kimberly Dorn on 12/14/2022. Re: Bond and Conditions (CR-1) 8 . Receipt number LA247766. (jco) (Entered: 12/19/2022) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Tom Cooperman DEFENDANT. | CASE NUMBER: 4:22-cr-612-006 WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |
|---|---|

I understand that charges are pending in the __Central__ District of __California__ alleging violation of __18 USC Sec 1349 / 18 USC Sec 134822__ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
(1) have an identity hearing to determine whether I am the person named in the charges;
(2) arrival of process;

*-Check one only-*

☒ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒ have an identity hearing
☒ arrival of process
☒ have a preliminary hearing
☒ have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☒ have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: 12/13/2022

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter(if required)

M-14 (09/09)  WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

FILED

2022 DEC 13 AM 9:48

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: **MJ 22-04878**

4:22 - CR - 612 - 006

PLAINTIFF(S): United States of America

v.

DEFENDANT(S): Tom Cooperman

**DECLARATION RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: Deputy Clerk Rebecca Becknal
in the Southern District of Texas on December 7, 2022
at 6:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 1349; 1348.2
to wit: Conspiracy to Commit Securities Fraud; Securities Fraud

A warrant for defendant's arrest was issued by: Deputy Clerk Rebecca Becknal

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/13/22
Date

Signature of Agent

Print Name of Agent: Maetha Jacoby

Agency: FBI

Title: Special Agent

CR-52 (03/20)     DECLARATION RE OUT-OF-DISTRICT WARRANT



FILED
CLERK, U.S. DISTRICT COURT
DEC 13 2022
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF<br>v. | 22-mj-04878 |
| Tom Cooperman    DEFENDANT. | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |

I, ___Tom Cooperman___, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☒ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___13___ day of ___12___, 20___22___
at _____
*(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____   _____
*Interpreter*

CR-37 (05/15)     DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS