## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                          Case Number: 4:22−cr−00612

Gary Deel

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Gary Deel as set forth below.**

**Before the Honorable Sam S Sheldon**

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002


**DATE:** 1/12/2023

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Hearing − #55

---

Date: December 29, 2022                              Nathan Ochsner, Clerk