UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **NO. 4:22-cr-00612-3** |
| **JOHN RYBARCZYK** | § | |

**ORDER**

Came on to be considered Defendant JOHN RYBARCZYK'S *Motion for Leave to File Additional Pretrial Motions*. After considering the matter, the Court is of the opinion that the Motion should be:

☐ GRANTED      ☐ DENIED

SIGNED on _____, 2023.

_____
THE HON. ANDREW HANEN
UNITED STATES DISTRICT JUDGE