United States District Court
Southern District of Texas
Houston Division

UNITED STATES OF AMERICA    §
                            §
v.                          §        Criminal Action 4:22–cr–00612
                            §
Tom Cooperman, et al.       §

Notice of Referral


     The following motion is referred to Magistrate Judge Dena Hanovice Palermo:

Sealed Event – #78


Date: January 3, 2023.

Nathan Ochsner, Clerk

By: R. Hawkins, Deputy Clerk