United States District Court
Southern District of Texas
**ENTERED**
January 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-612 |
| | § | |
| EDWARD CONSTANTINESCU, et al | § | |

## ORDER

Pending before the Court is the Joint Defendants' Unopposed Motion for Continuance and to Certify Case as Complex (Doc. 72) pursuant to 18 U.S.C. § 3161(h). The Court grants the motion. It is hereby

ORDERED that this is certified "complex" within the meaning of 18 U.S.C. § 3161(h). It is further

ORDERED that all deadlines in the present scheduling orders for any defendant in this matter are continued. The Court will enter a new schedule under separate Order.

SIGNED at Houston, Texas on this 3rd day of January 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE