United States District Court
Southern District of Texas
**ENTERED**
January 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-612 |
| | § | |
| EDWARD CONSTANTINESCU, et al | § | |

## AMENDED SCHEDULING ORDER

Pursuant to the Order entered this date, the Court hereby enters the following new schedule as to all Defendants:

MOTIONS will be filed no later than — **September 8, 2023**

RESPONSES will be filed no later than — **September 29, 2023**

PRETRIAL CONFERENCE will be held — **October 16, 2023**
before Judge Andrew S. Hanen, Courtroom 9D at **8:30 AM**

JURY SELECTION and TRIAL is scheduled — **October 23, 2023**
before Judge Andrew S. Hanen, Courtroom 9D at **9:00 AM**

### DEFENDANT'S PRESENCE IS REQUIRED AT ALL SETTINGS

SIGNED at Houston, Texas on this 3rd day of January 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE