United States District Court
Southern District of Texas
**ENTERED**
January 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | NO. 4:22-cr-00612-3 |
| JOHN RYBARCZYK | § | |

## ORDER

Came on to be considered Defendant JOHN RYBARCZYK'S *Motion for Leave to File Additional Pretrial Motions*. After considering the matter, the Court is of the opinion that the Motion should be:

☐ GRANTED      ☒ DENIED *as moot given certification as a complex case.*

SIGNED on Jan 3, 2023.

_____
THE HON. ANDREW HANEN
UNITED STATES DISTRICT JUDGE