FILED

2022 DEC 13 AM 9:49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: JB

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, PLAINTIFF(S) v. Gary Deel, DEFENDANT(S). | CASE NUMBER MJ 22-04877<br>4:22-cr-612-004 |
| | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Deputy Clerk Rebecca Becknal
in the Southern District of Texas on December 7, 2022
at 6:00 ☑ a.m. / ☐ p.m. The offense was allegedly committed on or about ______
in violation of Title 18 U.S.C., Section(s) 1349; 1348
to wit: Conspiracy to commit Securities Fraud; Securities Fraud

A warrant for defendant's arrest was issued by: Deputy Clerk Rebecca Becknal

Bond of $ ______ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/13/2022
Date

[signature]
Signature of Agent

Richard T. Higgins
Print Name of Agent

FBI
Agency

Special Agent
Title