Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,PASPRT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:22-mj-04877-DUTY-1

Case title: USA v. Deel

Date Filed: 12/13/2022

Date Terminated: 12/13/2022

Assigned to: Duty Magistrate Judge

**Defendant (1)**

| | |
|---|---|
| **Gary Deel**<br>REG 35924-510<br>*TERMINATED: 12/13/2022* | represented by **Louis J Shapiro**<br>Law Offices of Louis J Shapiro<br>10100 Santa Monica Boulevard Suite 300<br>Los Angeles, CA 90067<br>310-280-8232<br>Fax: 310-772-2246<br>Email: louisjshapiro@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **US Attorney's Office**<br>AUSA - Office of US Attorney |

Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2022 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Gary Deel, originating in the Southern District of Texas. Defendant charged in violation of: 18:1349. Signed by agent Richard T Higgins, FBI; Special Agent. (ja) (Entered: 12/16/2022) |
| 12/13/2022 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Gary Deel; defendants Year of Birth: 1994; date of arrest: 12/13/2022 (ja) (Entered: 12/16/2022) |
| 12/13/2022 | 3 | Defendant Gary Deel arrested on warrant issued by the USDC Southern District of Texas at Houston. (Attachments: # 1 Charging Document)(ja) (Entered: 12/16/2022) |
| 12/13/2022 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alexander F. MacKinnon as to Defendant Gary Deel. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Louis J Shapiro for Gary Deel, Retained, present. Government moves to UNSEAL Entire Case: GRANTED. Court orders bail set as: Gary Deel (1) $100,000 Appearance Bond, SEE ATTACHED BOND FOR TERMS AND CONDITIONS. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Southern District of Texas. Bond to Transfer. Defendant ordered to report on when advised by counsel. Case Unsealed. Court Smart: CS 12/13/22. (ja) (Entered: 12/16/2022) |
| 12/13/2022 | 5 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Plaintiff USA as to Defendant Gary Deel. (ja) (Entered: 12/16/2022) |
| 12/13/2022 | 6 | DESIGNATION AND APPEARANCE OF COUNSEL; filed by Louis J Shapiro appearing for Gary Deel (ja) (Entered: 12/16/2022) |
| 12/13/2022 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Alexander F. MacKinnon as to Defendant Gary Deel. (ja) (Entered: 12/16/2022) |
| 12/16/2022 |  | Notice to Southern District of Texas of a Rule 5 Initial Appearance as to Defendant Gary Deel. Your case number is: 4:22-cr-612-004. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 12/16/2022) |
| 12/29/2022 | 8 | DECLARATION RE: PASSPORT filed by Defendant Gary Deel, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (cio) (Entered: 12/29/2022) |

| | | |
|---|---|---|
| 12/29/2022 | 9 | PASSPORT RECEIPT from U. S. Pretrial Services as to Defendant Gary Deel. USA passport was received on 12/29/2022. (cio) (Entered: 12/29/2022) |
| 12/29/2022 | 10 | MEMORANDUM FOR RELEASE ORDER AUTHORIZATION filed by PSA Officer as to Defendant Gary Deel. Submitted in compliance with conditions as set forth in (cio) (Entered: 12/29/2022) |
| 12/29/2022 | 11 | AFFIDAVIT RE APPEARANCE BOND (CASH SECURITY) filed by the owner of the cash security as to Defendant Gary Deel. (Not for Public View pursuant to the E-Government Act of 2002) (cio) (Entered: 12/29/2022) |
| 12/29/2022 | | Notice to Southern District of Texas of a Rule 5 or Rule 32 Initial Appearance as to Defendant Gary Deel. Your case number is: 4:22-cr-612-004. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 11 Affidavit Re Appearance Bond (Cash Security) (CR-07) - NFPV, 10 Memorandum by PSA Officer for Release Order Authorization, 9 Passport Receipt, 8 Declaration re Passport (CR-37),. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 12/29/2022) |
| 12/29/2022 | 12 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Gary Deel conditions of release: $100,000 Appearance Bond (SEE BOND ATTACHED) approved by Magistrate Judge Karen L. Stevenson. (cio) (Entered: 12/29/2022) |
| 12/29/2022 | | Notice to Southern District of Texas of a Rule 5 or Rule 32 Initial Appearance as to Defendant Gary Deel. Your case number is: 4:22-cr-612-004.. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 12 Bond and Conditions (CR-1). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (cio) (Entered: 12/29/2022) |
| 01/03/2023 | 13 | FINANCIAL ENTRY as to Defendant Gary Deel: Received $100,000.00 into the registry of the Court from Erica Nasab on 12/29/2022. Re: Bond and Conditions (CR-1) 12 . Receipt number LA248283. (jco) (Entered: 01/03/2023) |