| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>Kelly Beam | 2. PHONE NUMBER<br>(713) 752-4573 | 3. DATE<br>1/4/2023 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>kbeam@jw.com | 5. CITY<br>Houston | 6. STATE<br>TX | 7. ZIP CODE<br>77010 |
| 8. CASE NUMBER<br>4:22cr612 | 9. JUDGE<br>Hanen | DATES OF PROCEEDINGS | |
| | | 10. FROM 12/13/2022 | 11. TO |
| 12. CASE NAME<br>USA v. Constantinescu, et. al | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Houston | 14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [x] BAIL HEARING | 12/13/2022 | #82 on Docket - TRANSCRIPT as to Perry "PJ" Matlock | |

17. ORDER re: Bond Hearing/Arraignment held on December 13, 2022 before magistrate Judge Christina A. Bryan. Court Reporter/Transcriber Judicial Transcribers of Texas, LLC. Ordering Party Luis A. Reyes Release of Transcript Restriction set for 4/3/2023 (Entered 1/02/23)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO OF COPIES | | |
| 14-Day | [ ] | [ ] | NO OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO OF COPIES | | |
| 3-Day | [ ] | [ ] | NO OF COPIES | | |
| DAILY | [ ] | [ ] | NO OF COPIES | | |
| HOURLY | [x] | [ ] | NO OF COPIES 1 | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: /s/
19. DATE: 1-4-23

PROCESSED BY:
PHONE NUMBER:

| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS | |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY