IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES | | CRIMINAL ACTION NO. |
|---|---|---|
| v. | | |
| GARY DEEL (4) | | 4:22-CR-00612 |

### NOTICE OF COUNSEL FOR GARY DEEL

Neal Davis gives this notice as lawyer-of-record for Defendant Gary Deel in this case.

Respectfully submitted,
NEAL DAVIS LAW FIRM, PLLC

_____/s/_____
Neal Davis

Texas Bar No.: 24001117
Federal ID 23729

1545 Heights Blvd.
Houston, Texas  77008

Tel: (713) 227-4444
Fax: (800) 760-7140
Email: Neal@NealDavisLaw.com

## Certificate of Service

I certify that this Notice has been delivered to the Assistant United States Attorney on January 9, 2023, via e-filing.

_____/s/_____
Neal Davis