United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　*Plaintiff,*<br><br>vs<br><br>GARY DEEL<br>　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL DOCKET 4:22-CR-612-4<br>HONORABLE ANDREW S. HANEN |

## NOTICE OF APPEARANCE

*TO THE HONORABLE ANDREW S. HANEN:*

As a member in good standing with the Texas Bar and being admitted to the Southern District of Texas, I file my notice of appearance in this matter. I appear in this case, as counsel of record for Defendant, Gary Deel.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　　　　　　　　　/s/ Zachary B. Fertitta
　　　　　　　　　　　　　　　　　　　　　Zachary B. Fertitta
　　　　　　　　　　　　　　　　　　　　　Fertitta Law Firm
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24038896
　　　　　　　　　　　　　　　　　　　　　902 Heights Blvd.
　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77008
　　　　　　　　　　　　　　　　　　　　　Zach@FertittaLaw.net
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　GARY DEEL