# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.   Case Number: 4:22–cr–00612

Gary Deel

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Dena Hanovice Palermo

**PLACE:**
by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  1/12/2023

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date:   January 9, 2023

Nathan Ochsner, Clerk