**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA

v.                                          Case Number: 4:22−cr−00612

Mitchell Hennessey

---

### NOTICE OF RESETTING

**A proceeding has been reset in this case as to Mitchell Hennessey as set forth below.**

**Before the Honorable Dena Hanovice Palermo**

**PLACE:**
by video

**DATE:** 1/12/2023

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

---

Date: January 10, 2023                                          Nathan Ochsner, Clerk