UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cr-00612 |
|---|---|---|---|

UNITED STATES OF AMERICA

*versus*

JOHN RYBARCZYK

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric Rosen<br>Freedman Normand Friedland LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110<br>617-977-4163  erosen@fnf.law<br>Massachusetts: 568931; New York: 4412326<br>D. Mass: 568931; SDNY: ER0637 |
|---|---|

| Name of party applicant seeks to appear for: | John Rybarczyk |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/10/2023 | Signed: | /s/ Eric Rosen |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:                          Clerk's signature

**Order**              **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                        United States District Judge