UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                            Case Number: 4:22–cr–00612

Perry "PJ" Matlock

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Dena Hanovice Palermo

**PLACE:**
by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/12/2023

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   January 10, 2023

                                                              Nathan Ochsner, Clerk