IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 22-cr-00612 |
| MITCHELL HENNESSEY, | § § § | |
| *Defendant*. | § | |

**SUPPLEMENT TO MITCHELL HENNESSEY'S RESPONSE IN PARTIAL OPPOSITION TO GOVERNMENT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Mitchell Hennessey, through counsel, submits the following additional exhibits in support of his response in opposition to the government's request to require Mr. Hennessey to wear a GPS tracking device (ECF 107 and 108). Counsel for Mr. Hennessey received letters directly from various witnesses today, which is why these exhibits are being filed today rather than yesterday with the response in opposition. This supplement consists of three additional exhibits:

(1) Exhibit D – Letter to United States Magistrate Judge Dena Hanovice Palermo from Tom Kapp, dated January 11, 2023;

(2) Exhibit E – Letter to United States Magistrate Judge Dena Hanovice Palermo from Thomas G. Mladenetz, dated January 11, 2023; and

(3) Exhibit F – Letter to United States District Judge Andrew S. Hanen from Brian Wolverton.

1

Mr. Hennessey respectfully requests that the Court consider this additional information as part of Mr. Hennessey's response in opposition to the government's request that Mr. Hennessey be required to wear a GPS tracking device.

Respectfully submitted,

**JACKSON WALKER LLP**

*/s/ Laura Marie Kidd Cordova*
Laura Marie Kidd Cordova
State Bar No. 24128031
lcordova@jw.com
Michael J. Murtha
State Bar No. 24116801
mmurtha@jw.com

1401 McKinney St, Suite 1900
Houston, Texas 77010
(713) 752-4449
(713) 752-4221 (Facsimile)

**ATTORNEYS FOR DEFENDANT MITCHELL HENNESSEY**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2023, a true and correct copy of the foregoing was served electronically on all persons via the Court's CM/ECF system.

>  */s/ Laura Marie Kidd Cordova*
>  Laura Marie Kidd Cordova