# EXHIBIT E

January 11, 2023

Dear Judge Palermo:

    I am writing this letter concerning Mitchell Hennessey, who I have known since he was a young boy attending the CYO Day Camp in Yardville, New Jersey. For the past 30 years, I have served as the Executive Director of the Catholic Youth Organization of Mercer County. Mitch and his sister, ▇ spent 13 summers at the CYO as campers then as Camp Counselors.

    I could attest to the fact that Mitchell Hennessey comes from a great family (I have known his Mother, Aunts and Uncles since high school). During his formative years, Mitch was a great kid – always respectful and well behaved. As a young staff member, Mitch was a good role model for the younger campers. As a young adult, Mitch had an opportunity to give back to the CYO when we were fundraising for a new pool house and he made a very generous donation. All of my interactions with Mitchell over the years have been very positive. I have dealt with thousands of young people over the course of my career and I honestly always felt Mitch was very high on my list of good people who came through the CYO.

    In closing, Judge Palermo, I respectfully request you take this character reference letter into consideration in your decision making. If further information is needed, please contact me at ▇.

Sincerely,

Thomas G. Mladenetz



# CYO

### THE "MARQUEE" - CYO NEWSLETTER
*"Serving Mercer County Youth Since 1952"*

| CYO of Mercer County | Spring/Summer 2021 | Volume 27 Issue 1 |

# SUMMER CAMPS ARE OPENING!

After a year off CYO Summer camps will re-open for Summer 2021! The CYO camps at Yardville, Bromley, South Broad St., and Ewing will re-open following all safety protocols and procedures including: Temperature checks, mask wearing, hand sanitizing, smaller group sizes, staff training on COVID awareness and prevention, new portable hand washing stations, and any additional procedures implemented by the State Health Department and American Camp Association. The CYO is committed to operating safe and fun Summer camps in 2021 to allow our kids to be kids and enjoy all that Summer has to offer at the CYO! For additional camp information, visit our website at cyomercer.org

# FORMER CAMPER/COUNSELOR DONATES $10K TO YARDVILLE CYO CAMP



Pictured with CYO Executive Director, Tom Mladenetz, is Mitchell Hennessey - a long time camper and Counselor at the Yardville CYO Camp. Mr. Hennessey recently made an extraordinarily generous $10,000 donation to the CYO! These funds have been earmarked toward the ongoing fundraising efforts for the recently completed new pool house construction.

Mitchell speaks passionately about all the great memories he has of the CYO Camp where he spent 13 Summers (his sister, ███ attended as well). The CYO also provided each of them with their first job! As a young, successful businessman, Mr. Hennessey recognizes the importance of giving back. The CYO is truly grateful for his generosity.

# Hamilton Township School Board of Education Approves Contract Extension

The Hamilton Township School Board of Education recently approved a contract extension for the CYO to manage the Before and After School Programs at Greenwood, Lalor, Klockner, and Wilson schools. The terms of the contract will have the CYO provide services through school year ending 2024. The CYO has been providing these services at these schools since 2010 and we are thrilled to continue to do so and partner with Hamilton Township School District.

---


**S. Broad Street Center**
920 S Broad St., Trenton
(609) 396-8383


**Yardville Branch**
453 Yardville-Allentown Rd., Hamilton
(609) 585-4280


**Ewing CYO**
320 Hollowbrook Dr., Ewing
(609) 883-1560


**East State Street Center**
794 East State St., Trenton
(609) 989-8143


**CYO Bromley Center**
1801 East State St., Hamilton
(609) 587-8100