# EXHIBIT F

**NORTHERN BURLINGTON COUNTY REGIONAL SCHOOL DISTRICT**

---

Dear Judge Andrew S. Hanen,

My name is Brian Wolverton and I am a teacher at Northern Burlington High School in Columbus, New Jersey. I have held this position for 28 years, and in my time in education I have interacted with thousands of students in many different capacities. One of my former students, Mitch Hennessey, is being brought before your court this week. I wanted to share some of my experiences with Mitch in hopes of giving some background that may not make it into a court filing.

I first met Mitch nearly 10 years ago as a wide eyed high school freshman. Mitch was always outgoing and overflowed with personality. Throughout high school, I watched him grow into a mature, respectful young man that others looked up to. Some of my fondest memories of Mitch come from his involvement in our "Buddy Club." This is a club where our regular education student work with our Multiply Disabled Special Needs students. Mitch had a way of making everyone feel special. You could tell instantly that he was a kind and sincere person that would do anything for you. As an example, during his senior year we held a Sweetheart Dance for special needs students from other districts. About an hour into the dance Mitch saw that a blind student from another school was just sitting by himself. Without hesitation, not only did Mitch go out of his way to go over to that student and involve him if the activities of the day. He exchanged phone numbers with him and kept in touch with him well beyond high school. In fact I believe that they are still friends to this day.

Fast forward to this year. With all of his successes and very busy schedule, when I called Mitch to let him know that we were having out first Sweetheart Dance since the beginning of Covid, he made it a point to attend. Not only did he attend, he was the first to help serve refreshments to the Special Needs students, and made sure that ALL of the kids were taken care of. I don't have children of my own, but if I did I could only hope that they would grow up to be as kind hearted as Mitch.

I know that the charges against Mitch are extremely serious, and I would never try to influence your decisions. I just wanted to give you an account of the Mitch Hennessey that I know. A young man of excellent character that is thoughtful, kind, and caring. A young man that has no problem putting aside his personal pride to help those less fortunate.

Thank you for your consideration,

Brian Wolverton