Case 4:22-cr-00612 Document 111 Filed on 01/11/23 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cr-00612 |
|---|---|---|---|

| UNITED STATES OF AMERICA |
|---|
| versus |
| JOHN RYBARCZYK |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric Rosen<br>Freedman Normand Friedland LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110<br>617-977-4163  erosen@fnf.law<br>Massachusetts: 568931; New York: 4412326<br>D. Mass: 568931; SDNY: ER0637 |
|---|---|

| Name of party applicant seeks to appear for: | John Rybarczyk |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/10/2023 | Signed: | /s/ Eric Rosen |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 1/11/2023    Clerk's signature R. Hawkins

### Order

Dated: 1/11/23

This lawyer is admitted *pro hac vice*.

_____
United States District Judge