United States District Court
Southern District of Texas
**ENTERED**
January 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § Case No. 4:22-CR-612 |
| | § |
| PERRY "PJ" MATLOCK (2), | § |
| | § |
| Defendant. | § |

**ORDER GRANTING MOTION TO WITHDRAW AND
SUBSTITUTE COUNSEL
FOR DEFENDANT PERRY "PJ" MATLOCK**

This Court has reviewed and considered the Motion to Withdraw and Substitute Counsel for Defendant Perry "PJ" Matlock and being of the opinion that good cause has been shown finds that the motion should be GRANTED. It is hereby,

ORDERED that Charles Flood is permitted to withdraw as attorney for Defendant Perry "PJ" Matlock. Luis A. Reyes, Johnny K. Sutton, and Christopher L. Peele are hereby substituted as counsel for Defendant Perry "PJ" Matlock.

SIGNED this 11th day of January, 2022.

_____
U.S. DISTRICT COURT JUDGE