UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § § | CRIMINAL NO. 4:22-CR-00612(5) |
| STEFAN HRVATIN, | § § | |

ORDER ON DEFENDANT'S UNOPPOSED
MOTION TO MODIFY BOND CONDITIONS

Having considered the Defendant's Unopposed Motion to Modify Bond Conditions:

IT IS HEREBY ORDERED that the Defendant's Unopposed Motion to Modify Bond Conditions is GRANTED.

It is further ORDERED that Stefan Hrvatin, shall be placed on stand alone monitoring and continue to be monitored by GPS. All other conditions of pretrial release and supervision remain in full force and effect.

SIGNED on this _____ day of _____, 2023.

_____
ANDREW S. HANEN
UNITES STATES DISTRICT JUDGE