IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612-6 |
| TOM COOPERMAN | § § § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE ANDREW S. HANEN:**

COMES NOW Chip Lewis and hereby files this Notice of Appearance as co-counsel for the Defendant, Tom Cooperman.

Respectfully Submitted,

/s/ Chip Lewis
CHIP LEWIS
Federal ID No. 24313
SBN: 00791107
1207 S. Shepherd Dr.
Houston, Texas 77019
T: (713) 523-7878
F: (713) 523-7887
chip@chiplewislaw.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing document was emailed to Assistant United States Attorneys Thomas Carter and Scott Armstrong on this the 16th day of January 2023.

                                                    /s/ Chip Lewis
                                                    CHIP LEWIS