IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Case No. 22-cr-00612 |
| MITCHELL HENNESSEY, | § § § | |
| *Defendant*. | § § | |

# [PROPOSED] ORDER

Having considered Defendant Mitchell Hennessey's Motion For a Speedy Trial, the Court ORDERS the following:

ORDERED/DENIED: that Defendant Mitchell Hennessey proceed to trial in accordance with his speedy trial right and that a scheduling order will be entered setting his trial date for a date within 70 days of the entry of this Order.

Signed at Houston, Texas this ___ day of _____, 2023.

_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE