UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:22-cr-00612-3 |
| | § | |
| JOHN RYBARCZYK | § | |

### RYBARCZYK'S RESPONSE TO
### MITCHELL HENNESSEY'S MOTION FOR SPEEDY TRIAL

TO THE HONORABLE ANDREW HANEN, UNITED STATES DISTRICT JUDGE:

Defendant, JOHN RYBARCZYK ("Rybarczyk") responds to *Mitchell Hennessey's Motion for Speedy Trial* (Dkt. 124) as follows:

Rybarczyk has no objection to a severance for Mitchell Hennessey.

However, Rybarczyk *objects* to any expediting of the trial of his case as a result of Mitchell Hennessey's motion. Rybarczyk has waived his right to a speedy trial.

Rybarczyk and several other Defendants jointly moved, and the Court granted, a continuance and that this case be certified as complex. Dkt. 72, 87-88.

Rybarczyk stands behind the joint motion and contends that, as to him, the case only grows *more* complex, not less underscoring the appropriateness of the previous continuance pursuant to 18 U.S.C. §3161(7)(B)(ii).[1]

### Conclusion

Defendant, JOHN RYBARCZYK, requests that the scheduling order as to him not be changed as a result of Mitchell Hennesey's motion.

---

[1] "Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section." 18 U.S.C. §3161(7)(B)(ii)

1

Respectfully submitted,

/S/ *Q. Tate Williams*
Q. Tate Williams
Texas Bar No.: 24013760
Philip H. Hilder
Texas Bar No. 09620050
Stephanie K. McGuire
Texas Bar No. 11100520
Hilder & Associates, P.C.
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

**Eric Samuel Rosen**
Freedman Normand Friedland LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
617−977−4163
erosen@fnf.law

ATTORNEYS FOR DEFENDANT
JOHN RYBARCZYK

### CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, a true and correct copy of this pleading was served on all counsel of record via ECF.

/s/ *Q. Tate Williams*
Q. Tate Williams