**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | . | **CASE NO. 4:22-CR-612-7** |
| **PLAINTIFF,** | . | |
| **V.** | . | **HOUSTON, TEXAS** |
| | . | **THURSDAY, JANUARY 5, 2023** |
| **MITCHELL HENNESSEY,** | . | **01:01 P.M. TO 01:04 P.M.** |
| **DEFENDANT.** | . | |

. . . . . . . . . . . . . . . . .

**ARRAIGNMENT**

**ALL PARTIES APPEARING VIA ZOOM**

**BEFORE THE HONORABLE DENA H. PALERMO**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:                          SEE NEXT PAGE

ELECTRONIC RECORDING OFFICER: BRANDIS ISOM

CASE MANAGER:                         CAROL FELCHAK

OFFICIAL INTERPETER:                  NONE PRESENT


TRANSCRIPTION SERVICE BY:

**TRINITY TRANSCRIPTION SERVICES**
**1081 Main Street**
**Surgoinsville, TN 37873**
**281-782-0802**
**trinitytranscripts@aol.com**


Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

**TRINITY TRANSCRIPTION SERVICES**

```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF TEXAS

                         HOUSTON DIVISION

UNITED STATES OF AMERICA,      .    CASE NO. 4:22-CR-612-7
                               .
          PLAINTIFF,           .
                               .
     V.                        .    HOUSTON, TEXAS
                               .    THURSDAY, JANUARY 5, 2023
MITCHELL HENNESSEY,            .    01:01 P.M. TO 01:04 P.M.
                               .
          DEFENDANT.           .
. . . . . . . . . . . . . . . .
UNITED STATES OF AMERICA,      .    CASE NO. 4:22-CR-612-5
                               .
          PLAINTIFF,           .
                               .
     V.                        .
                               .
STEFAN HRVATIN,                .
                               .
          DEFENDANT.           .
. . . . . . . . . . . . . . . .
```

### ARRAIGNMENT

### ALL PARTIES APPEARING VIA ZOOM

### BEFORE THE HONORABLE DENA H. PALERMO
### UNITED STATES MAGISTRATE JUDGE

Appearances:

**For the GOVERNMENT:**    THOMAS CARTER, III, ESQ.
                           Assistant United States Attorney
                           Office of the United States
                             Attorney
                           1000 Louisiana, Suite 2300
                           Houston, TX 77002

**TRINITY TRANSCRIPTION SERVICES**

<u>Appearances (continued)</u>:

**For the DEFENDANT:**            **LAURA M.K. CORDOVA, ESQ.**
                                  **MICHAEL MURTHA, ESQ**
                                  Jackson Walker LLP
                                  1401 McKinney Street, Suite 1900
                                  Houston, TX 77010

**PRETRIAL SERVICES:**            Sabrina Delgado

Transcription Service:            Cheryl L. Battaglia
                                  Trinity Transcription Services
                                  1081 Main Street
                                  Surgoinsville, TN 37873

1

1   **Houston, Texas; Thursday, January 5, 2023; 01:01 p.m.**

2   **(All parties appearing telephonically)**

3   **THE COURT:** So in the case of *the United States of
4   America versus,* and I can't pronounce that name, *Eduardo
5   Constantinescu and others.* I don't know who's on that one.

6   Carol, is any -- who's on the -- who is being called
7   up on the Arraignment in that case?

8   **CASE MANAGER FELCHAK:** I can't tell that.

9   **THE COURT:** *Case Number 4:22-CR-612.* Who do I have
10  here on that case?

11  **MS. CORDOVA:** Your Honor, you have Laura Cordova on
12  Michael Murtha on behalf of Mitchell Hennessey.

13  **THE COURT:** Can you --

14  **CASE MANAGER FELCHAK:** Okay.

15  **THE COURT:** Can you unmute me? Am I unmuted?

16  **CASE MANAGER FELCHAK:** Yes.

17  **(Pause in the proceeding.)**

18  **THE COURT:** And who is the AUSA? Is it Mr. Carter?

19  **MR. CARTER:** Your Honor, I'll handle both Hennessey
20  and Hrvatin, the other -- the other Defendant is Mr. Stephen
21  Hrvatin.

22  **THE COURT:** Okay. And is he here? Is he on the
23  line? And is his -- his attorney on the line with him?

24  **MR. MALLETT:** Yes, your Honor. I'm Edward Mallett.
25  And I'm here with Mr. Hrvatin.

**TRINITY TRANSCRIPTION SERVICES**

1         **THE COURT:** Okay. Thank you. All right.

2         Okay. So, we're here for this case on a -- on an

3 arraignment, correct?

4         **MR. MALLETT:** That's correct.

5         **MS. CORDOVA:** Yes, your Honor.

6         **THE COURT:** All right. And do both counsel waive

7 formal reading of the charges in this case for their -- for

8 their clients?

9         **MS. CORDOVA:** Yes, your Honor.

10         **MR. MALLETT:** Yes, your Honor.

11         **THE COURT:** All right. So, where is Mr. Hennessey?

12 Is he on here somewhere? There he is.

13         **MS. CORDOVA:** I see him.

14         **THE COURT:** There you are.

15         **UNKNOWN FEMALE:** We have a -- we have a bit of a Zoom

16 issue with the naming, cause that is Mr. Hennessee.

17         **THE COURT:** Okay. So, Mr. Hennessey, can you unmute

18 yourself?

19         **DEFENDANT HENNESSEY:** Yes, your Honor.

20         **THE COURT:** Okay.

21         **DEFENDANT HENNESSEY:** Can you hear me?

22         **THE COURT:** I can hear you.

23         All right. So, I need to ask you a couple of

24 questions. Have you had an opportunity to discuss the charges

25 against you with your attorneys?

```
 1            DEFENDANT HENNESSEY:  I -- yes, your Honor.
 2            THE COURT:  And do you understand the charges that
 3   have been brought against you in this case?
 4            DEFENDANT HENNESSEY:  Yes.  Yes, your Honor.
 5            THE COURT:  All right.  And are you ready to enter a
 6   plea at this time?  Yes, or no?
 7            DEFENDANT HENNESSEY:  Yes, your Honor.
 8            THE COURT:  And how do you plead to the indictment?
 9   Guilty or not guilty?
10            DEFENDANT HENNESSEY:  Not guilty, your Honor.
11            THE COURT:  Okay.  A not guilty plea has been entered
12   on your behalf.
13            Now, Mr. Hrvatin, is that -- did I say it right?
14            DEFENDANT HRVATIN:  Yes, your Honor.
15            THE COURT:  Okay.  And you are with your attorney
16   right now.  Can you tell me, have you had a chance to discuss
17   the charges against you with your attorney?
18            DEFENDANT HRVATIN:  Yes, your Honor.
19            THE COURT:  And do you understand the charges that
20   have been brought against you in this case?
21            DEFENDANT HRVATIN:  Yes, your Honor.
22            THE COURT:  And are you ready to enter a plea at this
23   time?  Yes or no?
24            DEFENDANT HRVATIN:  Yes, your Honor.
25            THE COURT:  How do you plead go the indictment?
```

1  Guilty or not guilty?

2          **DEFENDANT HRVATIN:**  Not guilty, your Honor.

3          **THE COURT:**  All right.  A not guilty plea has been
4  entered on both of your behalf.  Your case is pending before
5  Judge Hanen.  And it is scheduled for jury selection and trial
6  on October 23rd, 2023.  And that is at 9 a.m. in Judge Hanen's
7  courtroom.

8          There is a scheduling order in place on --on the
9  file.  It's Document Number 88.

10         **DEFENDANT HRVATIN:**  Thank you, your Honor.

11         **THE COURT:**  Anything else?  Anything else we need to
12 do at this time for these two Defendants?

13         **MS. CORDOVA:**  No, your Honor.

14         **MR. MALLETT:**  No, your Honor.

15         **MR. CARTER:**  Not for the state, your Honor,
16 Government.

17         **THE COURT:**  All right.  Then you're all excused.
18 Thank you for coming in.

19      **(This proceeding was adjourned at 01:04 p.m.)**

20

1                              CERTIFICATION

2

3  I certify that the foregoing is a correct transcript from the

4  electronic sound recording of the proceedings in the above-

5  entitled matter.

6

7

8       /s/ Cheryl L. Battaglia                    February 9, 2023

9              Transcriber                              Date

10  4:22-CR-612-7

11  01/05/23 - 02/09/23