USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET
Page 1 of 2

United States Courts
Southern District of Texas
FILED

*February 08, 2023*

Filed  Nathan Ochsner, Clerk of Court

No. 4:22-cr-612 -S

HOUSTON DIVISION

USAO Number: 2022R03540
Magistrate Number:

SUPERSEDING INDICTMENT

Judge:

**UNITED STATES of AMERICA**
vs.

**ATTORNEYS:**
**Alamdar Hamdani, USA**    **(713) 567-9000**
Thomas H. Carter III, AUSA    (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| EDWARD CONSTANTINESCU (Cts. 1-21), | ☐ | ☐ |
| PERRY "PJ" MATLOCK (Cts. 1-20), | ☐ | ☐ |
| JOHN RYBARCZYK (Cts. 1-20), | ☐ | ☐ |
| GARY DEEL (Cts. 1-20), | ☐ | ☐ |
| STEFAN HRVATIN (Cts. 1-20), | ☐ | ☐ |

**CHARGE:**
Ct. 1: Conspiracy To Commit Securities, Fraud [18 U.S.C. § 1349]
Cts. 2-20: Securities Fraud [18 U.S.C. §§ 1348 & 2]
Ct. 21: Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity [18 U.S.C. § 1957]

**(TOTAL)**
**(COUNTS:)**
( 21 )

**PENALTY:**
Ct. 1: Up to 25 years in prison, $250,000 fine, 5 years SR, and $100 special assessment.
Cts. 2-20: Up to 25 years in prison, $250,000 fine, 5 years SR, and $100 special assessment per count.
Ct. 21: Up to 10 years, $250,000 fine, 3 years SR and $100 special assessment.

NOTICE OF FORFEITURE:
[18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c)]
[18 U.S.C. § 982(a)(1)]

☐ In Jail
☑ On Bond  (All Defendants)
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**

USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET
## Page 2 of 2

United States Courts
Southern District of Texas
FILED
*February 08, 2023*
Filed: Nathan Ochsner, Clerk of Court

No. 4:22-cr-612 - S

HOUSTON DIVISION

USAO Number: 2022R03540
Magistrate Number:

SUPERSEDING INDICTMENT

Judge:

**UNITED STATES of AMERICA**
vs.

**ATTORNEYS:**

**Alamdar Hamdani, USA**  (713) 567-9000
Thomas H. Carter III, AUSA  (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| TOM COOPERMAN (Cts. 1-20), | ☐ | ☐ |
| MITCHELL HENNESSEY (Cts. 1-20), | ☐ | ☐ |
| DANIEL KNIGHT (Cts. 1-20) | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:**
Ct. 1: Conspiracy To Commit Securities, Fraud [18 U.S.C. § 1349]
Cts. 2-20: Securities Fraud [18 U.S.C. §§ 1348 & 2]
Ct. 21: Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity [18 U.S.C. § 1957]

**(TOTAL) (COUNTS:)** (21)

**PENALTY:**
Ct. 1: Up to 25 years in prison, $250,000 fine, 5 years SR, and $100 special assessment.
Cts. 2-20: Up to 25 years in prison, $250,000 fine, 5 years SR, and $100 special assessment per count.
Ct. 21: Up to 10 years, $250,000 fine, 3 years SR and $100 special assessment.

NOTICE OF FORFEITURE:
[18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c)]
[18 U.S.C. § 982(a)(1)]

☐ In Jail
☑ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**