United States District Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § CRIMINAL NO: 4:22-cr-612-S |
| PERRY "PJ" MATLOCK | § |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a __SUPERSEDING INDICTMENT__ has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on __February 14, 2023__ at __02:00 P.M.__ . Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

PERRY "PJ" MATLOCK
74 N. Lamerie Way,
The Woodlands, TX 77382

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on __February 8th__, 20 __23__.

*(signed)* Peter Bray

UNITED STATES MAGISTRATE JUDGE