UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO: 4:22-cr-612-S |
| GARY DEEL | § § § § § § § § § § § § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a __SUPERSEDING INDICTMENT__ has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on __February 16, 2023__ at __02:00 P.M.__ . Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

<u>Defendant</u>

GARY DEEL
1610 Benedict Canyon Dr.,
Beverly Hills, CA 90210

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on __February 8th__ , 20 __23__ .

_____
UNITED STATES MAGISTRATE JUDGE