UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CRIMINAL NOS 4:22-cr-612-S |
| v. | § | |
| | § | |
| STEFAN HRVATIN | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a ___SUPERSEDING INDICTMENT___ has been filed against

the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on

___February 16, 2023___ at ___02:00 P.M.___ .  Upon appearance, a judicial determination shall be

made as to detention or release on conditions.  The United States Government recommends to

the Court the following conditions of release.

Defendant

STEFAN HRVATIN
1300 Miami Ave., Suite 4710,
Miami, Fl 33130

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on ___February 8th___ , 20 _23_ .

_____
UNITED STATES MAGISTRATE JUDGE