UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO: 4:22-cr-612-S |
| | § | |
| TOM COOPERMAN | § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a  SUPERSEDING INDICTMENT  has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on February 16, 2023 at 02:00 P.M. . Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

TOM COOPERMAN
1610 Benedict Canyon Dr,
Beverly Hills, CA 90210

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on February 8th , 20 23 .

*Peter Bray*

UNITED STATES MAGISTRATE JUDGE