United States District Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § CRIMINAL NO: 4:22-cr-612-S |
| MITCHELL HENNESSY | § |

**ORDER FOR ISSUANCE OF SUMMONS**

It appearing to the Court that a  SUPERSEDING INDICTMENT  has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on February 16, 2023 at 02:00 P.M. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

MITCHELL HENNESSY
1500 Garden St, Apt 3A,
Hoboken, NJ 07030

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on February 8th, 20 23.

_Peter Bray_
UNITED STATES MAGISTRATE JUDGE