United States District Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § CRIMINAL NO: 4:22-cr-612-S |
| DANIEL KNIGHT | § § § § § § § § § § § |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a __SUPERSEDING INDICTMENT__ has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on __February 14, 2023__ at __02:00 P.M.__. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

<u>Defendant</u>

DANIEL KNIGHT
777 Preston St,
Houston, TX 77002

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on __February 8th__, 2023__.

_____
UNITED STATES MAGISTRATE JUDGE