UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:22–cr–00612

Edward Constantinescu

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Dena Hanovice Palermo

**PLACE:**
Courtroom 702
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 2/14/2023

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date:   February 10, 2023

Nathan Ochsner, Clerk