IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 22-CR-00612-5 |
| STEFAN HRVATIN | § | |
| | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT HRVATIN'S
### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND
### ENTRY OF PLEA OF NOT GUILTY

Defendant Stefan Hrvatin in the above-referenced case, along with his undersigned attorney, hereby acknowledges the following:

(1) Defendant has received a copy of the Indictment in this case, filed on February 8, 2023 ("the Indictment"). Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his constitutional rights, after being advised of all the above by his attorney.

(2) Defendant understands he has the right to appear personally with his attorney before a judge for arraignment in open court on this accusation. Defendant further understands that, absent the present waiver, he will be arraigned in open court at the time and date previously designated.

(3) Defendant, having conferred with his attorney in this regard, hereby waives personal appearance with his attorney at the arraignment of this case and the reading of the Indictment, and tenders his plea of not guilty through this document. The defendant understands that the court's entry of his plea will conclude the arraignment in this case.

(4) Defendant understands that he has a right to a minimum period of time prior to trial so that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se.

Date: 02/13/2022

_____
Stefan Hrvatin, Defendant

_____
Edward Mallett, Attorney for Defendant