United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Criminal Action 4:22−cr−00612 |
| Stefan Hrvatin, et al. | § | |

Notice of Referral

The following motion is referred to Magistrate Judge Dena Hanovice Palermo:

Motion to Modify − #113

Date: February 13, 2023.

Nathan Ochsner, Clerk

By: R. Hawkins, Deputy Clerk