# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **NO. 4:22-cr-00612-3** |
| § | |
| **JOHN RYBARCZYK** § | |

# ORDER

Came to be considered Defendant JOHN RYBARCZYK'S *Motion to Modify Conditions of Release*. After considering the matter, the Court is of the opinion that the Motion should be:

☐ GRANTED    ☐ DENIED

SIGNED on _____, 2023.

_____
THE HON. ANDREW HANEN
UNITED STATES DISTRICT JUDGE