AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America, | ) | |
|---|---|---|
| v. | ) ) ) | Case No. 4:22-cr-0612-008 |
| Daniel Knight<br>777 Preston St.<br>Houston, TX 77002 | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | U.S. Courthouse<br>515 Rusk St.<br>Houston, TX |
|---|---|
| **Courtroom No.:** | 702 |
| **Date and Time:** | 2/14/2023 at 2:00 pm |

This offense is briefly described as follows:
Ct. 1: Conspiracy To Commit Securities, Fraud [18 USC § 1349]
Cts. 2-20: Securities Fraud [18 USC §§ 1348 & 2]

United States Courts
Southern District of Texas
F I L E D
FEB 14 2023
Nathan Ochsner, Clerk of Court

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: 2/08/2023

/s/ A. Michael

A. Michael, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 2/13/2023 @ 1:41PM
P/S Co-dt Akers via e-mail, who accepted service via e-mail.

3-0178
*Server's signature*

Joseph Castro DUSM
*Printed name and title*