AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America, | ) | |
|---|---|---|
| v. | ) | |
| John Rybarczyk<br>6913 W. Warwick Lake Lane<br>Spring, TX<br>*Defendant* | ) ) ) ) ) | Case No. 4:22-cr-0612-003 |

**SUMMONS IN A CRIMINAL CASE**

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. Courthouse<br>515 Rusk St.<br>Houston, TX | Courtroom No.: 702 |
|---|---|---|
| | | Date and Time: 2/14/2023 at 2:00 pm |

This offense is briefly described as follows:
Ct. 1: Conspiracy To Commit Securities, Fraud [18 USC § 1349]
Cts. 2-20: Securities Fraud [18 USC §§ 1348 & 2]

United States Courts
Southern District of Texas
F I L E D
FEB 14 2023

Contact the Pretrial Services Agency at (713) 250-5218 immediately after taking possession of this summons.
Nathan Ochsner, Clerk of Court

Date: 2/08/2023

/s/ A. Michael

A. Michael, Deputy Clerk
*Printed name and title*

RECEIVED
UNITED STATES MARSHAL
2023 FEB 10 PM 4:22
SOUTHERN DIST. S/TX

I declare under penalty of perjury that I have:

☑ Executed and returned this summons  ☐ Returned this summons unexecuted

Date: 2/13/2023 @ 10:16AM
PLS c/o Attorney of record,
F. Rosen via e-mail.

*Server's signature*

Joseph Castro  DUSM
*Printed name and title*