AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

RECEIVED
UNITED STATES MARSHAL
2023 FEB -9 PM 4:26
SOUTHERN DIST. S/TX

| United States of America, | ) | |
|---|---|---|
| v. | ) | Case No. 4:22-cr-0612-002 |
| Perry "PJ" Matlock | ) | |
| Defendant | ) | |

United States Courts
Southern District of Texas
FILED
FEB 14 2023

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. Courthouse 515 Rusk St. Houston, TX | Courtroom No.: video conference |
|---|---|
| | Date and Time: 2/16/2023 at 2:00 pm |

This offense is briefly described as follows:
Ct. 1: Conspiracy To Commit Securities, Fraud [18 USC § 1349]
Cts. 2-20: Securities Fraud [18 USC §§ 1348 & 2]

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: 2/08/2023

*signature*
A. Michael
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: 2/13/2023

P/S via email, pls
see attached email
confirmation.

*signature* Shanna Nelson
Server's signature

Shanna Nelson, DUSM
Printed name and title

**Nelson, Shanna (USMS)**

| | |
|---|---|
| From: | ~~[redacted]~~ |
| Sent: | Monday, February 13, 2023 11:54 AM |
| To: | ~~[redacted]~~ |
| Cc: | ~~[redacted]~~ |
| Subject: | [EXTERNAL] Re: 4:22-cr-0612-002 |

Good Afternoon Deputy Marshal,
This is Luis Reyes another attorney for Mr. Matlock. We confirm receipt of the Summons on behalf of Mr. Matlock.
Thank you.

Sent from my iPhone

**Luis A. Reyes**
Partner

*Ashcroft Sutton Reyes LLC*
P: (512) 370-1800 | C: (512) 547-7883
lreyes@ashcroftlawfirm.com | www.ashcroftlawfirm.com

**ASHCROFT**™

This message contains information that may be confidential and privileged. Unless you are the intended recipient (or authorized to receive for the intended recipient), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying or by phone at (816) 285-7600 and delete the message.

> On Feb 13, 2023, at 11:49 AM, Nelson, Shanna (USMS) <Shanna.Nelson@usdoj.gov> wrote:
>
> Good morning Mr. Sutton,
>
> Per our conversation, attached is the criminal summons with the scheduled court date of 2/14/2023 and indictment for Perry Matlock. Please confirm receipt.
>
> Deputy Shanna Nelson
> US Marshals Service
> Civil Division
>
> <Scanned from a Xerox Multifunction Printer.pdf>

1