UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                            Case Number: 4:22–cr–00612

Stefan Hrvatin
Tom Cooperman
Mitchell Hennessey

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Stefan Hrvatin, Tom Cooperman, Mitchell Hennessey as set forth below.**

**Before the Honorable Dena Hanovice Palermo**

**PLACE:**
by video

**DATE:** 2/16/2023

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date: February 15, 2023                                        Nathan Ochsner, Clerk