AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America,

v.

Perry "PJ" Matlock
74 N. Lamerie Way
The Woodlands, TX 77382
*Defendant*

Case No. 4:22-cr-0612-002

FILED
FEB 16 2023
Nathan Ochsner, Clerk of Court

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. Courthouse<br>515 Rusk St.<br>Houston, TX |
|---|---|
| Courtroom No.: | 702 |
| Date and Time: | 2/14/2023 at 2:00 pm |

This offense is briefly described as follows:
Ct. 1: Conspiracy To Commit Securities, Fraud [18 USC § 1349]
Cts. 2-20: Securities Fraud [18 USC §§ 1348 & 2]

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: 2/08/2023

/s/ A. Michael

A. Michael, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons  ☐ Returned this summons unexecuted

Date: 2/13/2023

Shanna M. Nelson
*Server's signature*

Shanna M. Nelson, DUSM
*Printed name and title*

P/Sv is email, pls
see attached email
confirmation

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

Case Number: 4:22-cr-00612

Perry "PJ" Matlock

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Dena Hanovice Palermo

**PLACE:**
Courtroom 702
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 2/14/2023

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date: February 10, 2023

Nathan Ochsner, Clerk

**Nelson, Shanna (USMS)**

From:
Sent: Monday, February 13, 2023 11:54 AM
To:
Cc:
Subject: [EXTERNAL] Re: 4:22-cr-0612-002

Good Afternoon Deputy Marshal,

This is Luis Reyes another attorney for Mr. Matlock. We confirm receipt of the Summons on behalf of Mr. Matlock. Thank you.

Sent from my iPhone

**Luis A. Reyes**
Partner

*Ashcroft Sutton Reyes LLC*
P: (512) 370-1800 | C: (512) 547-7883
lreyes@ashcroftlawfirm.com | www.ashcroftlawfirm.com

**ASHCROFT**

This message contains information that may be confidential and privileged. Unless you are the intended recipient (or authorized to receive for the intended recipient), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying or by phone at (816) 285-7600 and delete the message.

On Feb 13, 2023, at 11:49 AM, Nelson, Shanna (USMS) <Shanna.Nelson@usdoj.gov> wrote:

Good morning Mr. Sutton,

Per our conversation, attached is the criminal summons with the scheduled court date of 2/14/2023 and indictment for Perry Matlock. Please confirm receipt.

Deputy Shanna Nelson
US Marshals Service
Civil Division

<Scanned from a Xerox Multifunction Printer.pdf>

1