IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Case No. 4:22-CR-612-2 |
| PERRY "PJ" MATLOCK | § § | |

# ORDER

HAVING CONSIDERED Defendant PERRY MATLOCK'S *Unopposed Motion to Allow Travel and to Modify Pretrial Bond Conditions* the COURT ORDERS the following:

- ORDERED / DENIED that MATLOCK be allowed to leave court-ordered restricted boundaries to travel from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ORDERED / DENIED that MATLOCK be allowed to leave court-ordered restricted boundaries to travel from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ and,

- ORDERED / DENIED that MATLOCK's conditions of pretrial bond be MODIFIED to add the Western District of Texas as within the scope of his allowable court ordered restricted boundaries.

SIGNED on _____, 2023.

_____
THE HON. ANDREW HANEN
UNITED STATES DISTRICT JUDGE