UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> CONSTANTINESCU, *et al.* § <br> § <br> Defendants. § § § | Case No. 4:22-cr-612 <br><br> The Honorable Andrew S. Hanen |

### [Proposed] ORDER

Upon consideration of Defendant Hennessey's Motion to Dismiss (ECF No. 159) and the United States' response, the Motion is DENIED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE