AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED
UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

2023 FEB -9 PM 4: 16

SOUTHERN DIST. S/TX

United States of America,
v.
Stefan Hrvatin

_Defendant_

Case No. 4:22-cr-0612-005

FEB 10 2023
United States Courts
Southern District of Texas
FILED

FEB 22 2023

Nathan Ochsner, Clerk of Court

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. Courthouse<br>515 Rusk St.<br>Houston, TX |
|---|---|
| Courtroom No.: | video conference |
| Date and Time: | 2/16/2023 at 2:00 pm |

This offense is briefly described as follows:
Ct. 1: Conspiracy To Commit Securities, Fraud [18 USC § 1349]
Cts. 2-20: Securities Fraud [18 USC §§ 1348 & 2]

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: 2/08/2023

_A. Michael_
Printed name and title

I declare under penalty of perjury that I have:

☒ Executed and returned this summons  ☐ Returned this summons unexecuted

Date: 02-13-2023

_David Shimko_
Server's signature

David Shimko, Deputy U.S. Marshal
Printed name and title

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-25238

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stefan Hrvatin
was received by me on *(date)* 02-10-23

☒ I personally served the summons on the individual at *(place)* 1300 S. Miami Ave #4710, Miami, FL on *(date)* 02-13-23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 65.00 for travel and $ 2.36 for services, for a total of $ 67.36. 0.00

I declare under penalty of perjury that this information is true.

Date: 02-13-23

_____
Server's signature

David Shimko, Deputy U.S. Marshal
Printed name and title

USMS
400 N. Miami Ave. Miami FL
Server's address

Additional information regarding attempted service, etc:

Personally served Stefan Hrvatin