## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 22-cr-00612 |
| MITCHELL HENNESSEY, | § § § | |
| *Defendant*. | § | |

### [PROPOSED] ORDER

Having considered Defendant Mitchell Hennessey's Motion to Modify Conditions of Release, the Court ORDERS the following:

ORDERED/DENIED: that the requirement that Mr. Hennessey wear a GPS tracking device as a condition of release is hereby removed.

Signed at Houston, Texas this ___ day of _____, 2023.

_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE