United States District Court
Southern District of Texas
**ENTERED**
March 02, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, | § § § § | |
| v. | § | CRIMINAL ACTION NO. 4:22-CR-612 |
| EDWARD CONSTANTINESCU, *et al.*, *Defendants*. | § § § § | |

## ORDER

The Opposed Motion to Authorize Alternative Victim Notice Procedures filed by the United States in this action (Doc. No. 120) is hereby granted with certain qualifications. To the extent it needs to in order to notify alleged victims, the Government may post the current indictment, but it must also include a statement that all of the Defendants have denied the allegations. It may also post a notice of settings, hearings, and the current scheduling order, but it shall do so without editorial comment and without disparaging remarks about the Defendants or their counsel. Any additional postings must be presented to counsel for Defendants and approved by the Court in advance of the posting.

SIGNED at Houston, Texas this 28th day of February, 2023.

Andrew S. Hanen
United States District Judge