IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. 4:22-612 |
| | § | |
| EDWARD CONSTANTINESCU, *et al* | § | |

## NOTICE OF SETTING

You are **DIRECTED** to appear before:

**JUDGE ANDREW S. HANEN**
**515 Rusk St., Courtroom 9D**

On March 14, 2023 at 10:00 AM

**Purpose of Proceeding:**

Motion Hearing regarding:

124 - Motion for a Speedy Trial
159 - Motion to Dismiss Counts 8, 9 and 11 of the Superseding Indictment
160 - Opposed Motion to Modify Conditions of Release
170 - Motion to Dismiss County Twenty-One of the Indictment
187 - Motion to Modify Conditions of Release

All Counsel of record receiving this Notice are **ORDERED** to notify all other Counsel in this case of the contents of this Notice.

---

Nathan Ochsner, Clerk of Court

Date:  March 6, 2023                                  By: R. Hawkins, Case Manager