# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:22-cr-00612-3 |
| | § | |
| JOHN RYBARCZYK | § | |

## ORDER

Defendant JOHN RYBARCZYK'S *Objections to Government's Crime Victims' Rights Act Proposed Post* is:     ☐ GRANTED          ☐ DENIED

IT IS ORDERED, that the Government shall modify the proposed Victim Impact Statements to include a paragraph asking those who believe they are victims to include an identification of the specific security and trade details including, trade time(s), date(s), number share(s), price, whether they bought/sold, and an assessment of the gains/losses associated with the trade(s) and provide any supporting documentation regarding each trade that they may have.

IT IS FURTHER ORDERED, that the Government shall promptly make an ongoing rolling production to Defense counsel of all Victim Impact Statements obtained from those who believe they are potential victims including any supporting documents received in response to the Government's Crime Victim's Right Act Post

SIGNED on _____, 2023.


_____
THE HON. ANDREW HANEN
UNITED STATES DISTRICT JUDGE