# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § § | NO. 4:22-cr-00612-3 |
| **JOHN RYBARCZYK** | § | |

## ORDER

Came to be considered Defendant JOHN RYBARCZYK'S *Opposed Motion for a Bill of Particulars and Grand Jury Transcript*. After considering the matter, the Court is of the opinion that the Motion should be:

☐ GRANTED     ☐ DENIED

And, if Granted, the Government is ordered to provide a Bill of Particulars providing the requested information and grand jury transcripts within thirty (30) days of the Order.

SIGNED on _____, 2023.

_____
THE HON. ANDREW HANEN
UNITED STATES DISTRICT JUDGE