IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § | Case No. 4:22-CR-612 |
| PERRY "PJ" MATLOCK (2), | § § § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR THE WITHDRAWAL**
**OF CHRISTOPHER L. PEELE AS COUNSEL OF RECORD**

Christopher L. Peele, counsel for Perry "PJ" Matlock, hereby files this Unopposed Motion to Withdraw as Counsel and respectfully requests that he be permitted to withdraw as counsel of record for Perry "PJ" Matlock.

Defendant Perry "PJ" Matlock will continue to be represented by Johnny Sutton and Luis A. Reyes of the Ashcroft Law Firm.

Granting this motion will cause no prejudice to any party, or delay in this matter.

RESPECTFULLY SUBMITTED this the 8th day of March, 2023,

*/s/ Christopher L. Peele*
Christopher L. Peele
Texas Bar No. 24013308
The Peele Nimocks Law Firm
4002 E. Hwy. 290
Dripping Springs, TX 78701
Phone: (512) 417-0334
Email: chris@peelenimocks.com

*Attorney for Defendant Perry "PJ" Matlock*

## CERTIFICATE OF CONFERENCE

I hereby certify that on or about March 7, 2023, I conferred with counsel of record on this matter, as well as Defendant Perry "PJ" Matlock (through his attorneys Johnny Sutton and Luis A. Reyes), and none expressed opposition.

/s/ *Christopher L. Peele*
Christopher L. Peele

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5(b)(2)(E), I hereby certify that on March 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Christopher L. Peele*
Christopher L. Peele