IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § | No. 4:22-CR-00612-S |
| | § § § | |
| EDWARD CONSTANTINESCU, *et al.* | § § | |

**[PROPOSED] ORDER**

HAVING CONSIDERED Defendant Edward Constantinescu's Unopposed Motion to Allow Travel and to Modify Pretrial Bond Conditions, the COURT ORDERS the following:

ORDERED that Constantinescu's conditions of pretrial bond be MODIFIED to add the Western District of Texas as within the scope of his allowable court ordered restricted boundaries for the purposes of meeting with his attorneys (with notification of pretrial services prior to travel).

SIGNED this _____ day of _____, 2023.

_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE