UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. 4:22-CR-612 |
| | § |
| PERRY "PJ" MATLOCK (2) | § |

## NOTICE OF APPEARANCE AS CO-COUNSEL

COME NOW William M. Stradley who enters his appearance as co-counsel on behalf of Defendant Perry "PJ" Matlock.

Respectfully submitted,

/s/ William M. Stradley
William M. Stradley
State Bar No. 19353100
Federal ID #18284
1545 Heights Blvd., Ste 200
Houston, Texas 77008
Tel (713) 725-8743
Fax (281) 520-4395
bill@stradleylaw.com

## CERTIFICATE OF SERVICE

I, William M. Stradley, hereby certify that on this the 9th day of March, 2023, copies of the foregoing were served on all registered parties via email and CM/ECF, concurrent with the filing of the same.

1

/s/ William M. Stradley
William M. Stradley

ATTORNEY FOR DEFENDANT
PERRY "PJ" MATLOCK