UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 4:22-cr-612 |
| CONSTANTINESCU, *et al.* | § § | The Honorable Andrew S. Hanen |
| Defendants. | § § | |

### United States' Response to Defendant Cooperman's Motion to Travel

The United States, by and through its undersigned counsel, responds to Defendant Cooperman's March 10, 2023 motion to travel to Thailand and Myanmar, "Motion" (Doc. No. 203). The Court should deny the Motion.

The Motion is Defendant Cooperman's second motion in less than as many months to travel internationally after his previous request was summarily denied (Doc. No. 131). As the Court ruled on February 16, 2023 upon Defendant's Cooperman's prior motion to travel to Mexico:

> It's no dilemma. He's not going. . . . He's been indicted. He's under bond. He's not leaving the country on my say so. If you don't like that answer, you can go ask Judge Hanen, but I'm not allowing him to leave the country.

2/16/23 Tr. at 12-13 (Ex. 1). The Court then denied Defendant Cooperman's request, which the Court coined "the second easiest" issue of the hearing. *Id.* at 13.

Defendant Cooperman does not even try to provide any justification for why an individual with significant means, foreign citizenship, and a potential significant term of incarceration upon conviction for the charged offenses should be allowed to travel freely internationally. His throw-away line about his "perfect standing" with pre-trial may justify travel to Atlantic City, which the

1

United States does not oppose, but in no way ameliorates the legitimate risk of flight if allowed to travel internationally. The Court should deny the Motion.

Dated: March 10, 2023    Respectfully submitted,

                               GLENN S. LEON
                               Chief, Fraud Section
                               Criminal Division, Department of Justice

By:     /s/*Scott Armstrong*
           Scott Armstrong, Assistant Chief
           John J. Liolos, Trial Attorney
           Fraud Section, Criminal Division
           United States Department of Justice
           1400 New York Ave. NW
           Washington, DC 20005
           Tel.: (202) 768-2246

                               ALAMDAR HAMDANI
                               United States Attorney
                               Southern District of Texas

By:     /s/ *Thomas H. Carter*
           Thomas H. Carter
           Assistant United States Attorney
           State Bar No.: TX24048387
           1000 Louisiana Street, 25th Floor
           Houston, Texas 77002
           Tel.: (713) 567-9470