# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § | | |
| § | | |
| v. § | Case No. 4:22-cr-612 | |
| § | | |
| **JOHN RYBARCZYK**, *et al.* § | The Honorable Andrew S. Hanen | |
| § | | |
| **Defendants.** § | | |

## [Proposed] ORDER

Upon consideration of Defendant Rybarczyk's Motion to for a Bill of Particulars and Grand Jury Transcripts (Doc. No. 196) and the United States' response, the Motion is DENIED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE