United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | Case No. 4:22-cr-612 |
| § | |
| **EDWARD CONSTANTINESCU, *et al.*** § | |
| § | |
| **Defendants.** § | |

## ORDER

Upon consideration of Defendant Hennessey's Motion for a Speedy Trial (ECF No. 124), the United States' Response in Opposition (ECF No. 128), and Defendant Hennessey's Reply (ECF No. 130), the Court hereby ORDERS that the Motion is DENIED. The Court makes the following findings of fact and conclusions of law in support of its ruling:

- This case is complex as to all defendants, including Defendant Hennessey, under § 3161(h)(7)(B)(ii) for reasons including but not limited to:
  - there are eight defendants;
  - four defendants reside outside the Southern District of Texas;
  - allegations of securities fraud and conspiracy to commit securities fraud;
  - a voluminous amount of discovery material; and
  - novel questions of fact and law.

- Reasonable excludable periods of delay as to one defendant apply to all other defendants.

- The delay in this case is reasonable and, thus, excludable for multiple reasons, including but not limited to the complexity of the case and the reasons provided for that finding.

- The current trial schedule serves the ends of justice by adequately balancing the complexity of this case with the best interests of the public and defendants in a speedy trial.

*See, e.g.*, 18 U.S.C. § 3161.

    It is so **ORDERED** at Houston, Texas on this 14th day of March, 2023.

                                          ANDREW S. HANEN
                                          UNITED STATES DISTRICT JUDGE