IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-612-3 |
| | § | |
| JOHN RYBARCZYK | § | |

## ORDER

The Court hereby STAYS the seizure warrants obtained against the Bank of American accounts that respectively end in 6715, 1461 and 3511, as well as the seizure warrants issued for the 2021 Lamborghini Urus (VIN ZPBUA\*\*\*11784), 2021 Cadillac Escalade (VIN 1GYS3\*\*\*06199), 2021 Lamborghini Aventador (VIN ZHWUN\*\*\*10076), 2021 Rolls Royce Ghost (VIN SCATV\*\*\*07804), and 2021 Ford F-150 Raptor (VIN 1FTFW\*\*\*51582), all belonging to John Rybarczyk. The Court will hold a hearing on April 12, 2023 at 10:00 AM, to discuss these warrants. Prior to the hearing, the Court wants to review the bank statements/account record for each of the Bank of American Accounts for the last five years and the purchase documents for each vehicle. Counsel for the Defendant shall provide these to the Court *in camera*. If any of the accounts are less than five years old, the Court wants the entire account history.

The Government shall cease all efforts to obtain these funds until further Order of the Court and it shall inform the Bank of American of this stay. Finally, as a note to aid both sides in their preparation for the hearing, counsel should not read too into this Court's order concerning the vehicles owned by Defendant Constantinescue, other than the fact they are both attempted pretrial seizures. The Court finds little similarity, either in law or fact, between the two situations.

SIGNED at Houston, Texas on this __31st__ day of March 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE