United States District Court
Southern District of Texas
**ENTERED**
April 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* | § § § § | |
| v. | § | CRIMINAL ACTION NO. 4:22-CR-612-6 |
| TOM COOPERMAN, *Defendant.* | § § § § | |

## ORDER

The Court hereby grants permission for Defendant Tom Cooperman to travel abroad, but solely for employment purposes on the following conditions. First, the Defendant must provide copies of signed contracts for each engagement date prior to travel to the Pretrial Officer. Second, the Court orders Cooperman's cash bond be increased from $100,000 to $1,000,000. This increased bond must be placed prior to any overseas travel. Third, the travel dates must be approved in advance by the Pretrial Officer. Fourth, Cooperman must report in person to his Pretrial Officer the day before he departs and the day after he returns. Upon return, he shall surrender his passport.

The Court will order release of Cooperman's passport when it receives confirmation of the satisfaction of these conditions. The travel permission granted by this order is solely for employment purposes for which Cooperman (or Breathe Carolina) is compensated as performer(s). It is not for any other purpose.

SIGNED at Houston, Texas this 3rd day of April, 2023.

Andrew S. Hanen
United States District Judge