# Exhibit 1

| | |
|---|---|
| **From:** | Armstrong, Scott (CRM) |
| **To:** | Garner, Mallory (CRM); mford@fordobrien.com; Reyes, Luis; Peele, Christopher; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire; houstonstrialattorney@gmail.com; edward@msblawyers.com; Cordova, Laura; mmurtha@jw.com; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; jessica@chiplewislaw.com; erosen@fnf.law; bill@stradleylaw.com |
| **Cc:** | Liolos, John (CRM); Kim, Elise (CRM) |
| **Subject:** | RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612 |
| **Date:** | Friday, March 31, 2023 2:11:03 PM |
| **Attachments:** | Stock Ticker Ltr (3.31.23).pdf<br>Attachment A (3.31.23 Ltr).xlsx |

Counsel,

Please see the attached letter and attachment relating to this case. Please let us know if you have any questions about this disclosure.

Thanks,

Scott







