IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612-6 |
| TOM COOPERMAN | § § § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE ANDREW S. HANEN:**

COMES NOW Erin Epley and hereby files this Notice of Appearance as co-counsel for the Defendant, Tom Cooperman.

Respectfully Submitted,

*/s/ Erin Epley*
**Erin Epley**
Federal ID No. 2932463
SBN: 24061389
1207 S. Shepherd Dr.
Houston, Texas 77019
T: (713) 523-7878
F: (713) 523-7887
erin@chiplewislaw.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing document was forwarded via ECF to Assistant United States Attorneys Thomas Carter and Scott Armstrong on this the 5th day of April 2023.

*/s/ Erin Epley*
**Erin Epley**
