# Exhibit 1





3