# Exhibit 2

Case 4:22-cr-00612   Document 237-2   Filed on 04/07/23 in TXSD   Page 1 of 4





3



4