Exhibit 4



**Zack Morris**
38.4K Likes

Tweets     Tweets & replies     Media     **Likes**

**Zombie** @kushdream79 · 1d

Replying to @itswadson @thetraderbabe and @MrZackMorris

Dude, YOU lost YOUR OWN money. Stop trying to blame others for your own inexperience. Take responsibility for your own screw ups.

 3