# Exhibit 5







4