Exhibit 6







