Exhibit 7





































21

