UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 4:22-cr-612 |
| EDWARD CONSTANTINESCU, *et al.* | § § § | |
| Defendants. | § | |

### [Proposed] ORDER

Upon consideration of the United States' Motion to Enforce and otherwise Modify Defendant Constantinescu's Conditions of Release, the Court hereby ORDERS that the Motion is GRANTED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE