UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 4:22-cr-612 |
| § | |
| EDWARD CONSTANTINESCU, *et al.* § | |
| § | |
| Defendants. § | |

### [Proposed] ORDER

Upon consideration of the United States' Opposed Motion for a Scheduling Order ("Motion"), the Court hereby ORDERS that the Motion is GRANTED in the interests of justice and enters the following schedule for this case, which will not be modified absent a showing of good cause:

- United States' expert disclosures:  June 5, 2023
- Defendants' expert disclosures:  August 5, 2023
- United States' exhibit and witness list:  August 11, 2023
- Defendants' exhibit and witness list:  August 25, 2023
- Motions in limine:  September 13, 2023
- Responses:  September 22, 2023
- Parties' Proposed Jury instructions and Proposed Voir Dire Questions:  October 6, 2023
- Pretrial Conference:  October 16, 2023
- Trial:  October 23, 2023

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE