| AO 435 (Rev. 04/18) | | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |
|---|---|---|---|---|
| *Please Read Instructions:* | | **TRANSCRIPT ORDER** | | DUE DATE: |

| 1. NAME Philip H. Hilder | 2. PHONE NUMBER (713) 655-9111 | 3. DATE 4/22/2023 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL philip@hilderlaw.com | 5. CITY Houston | 6. STATE TX | 7. ZIP CODE 77375 |
| 8. CASE NUMBER 4:22-cr-00612 | 9. JUDGE Andrew S. Hanen | DATES OF PROCEEDINGS | |
| | | 10. FROM 4/22/2023 | 11. TO 4/12/2023 |
| 12. CASE NAME USA V. Constantinescu, et al., | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Houston | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [X] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Motion Hearing | 4/12/2023 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [X] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE /s/

19. DATE 4/12/2023

PROCESSED BY:

PHONE NUMBER:

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY