United States District Court
Southern District of Texas
**ENTERED**
April 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-612 |
| | § | |
| EDWARD CONSTANTINESCU, et al | § | |

## ORDER

At the hearing held on April 12, 2023, the Court heard argument of the parties on Constantinescu's Motion for Bill of Particulars and Grand Jury Transcripts (Doc. No 219), the United States' Motion to Enforce and otherwise Modify Defendant Constantinescu's Conditions of Release (Doc. No. 237), Rybarczyk's Motion Pursuant to Fed.R.Crim. Pro. 41(G) to Return the Funds Seized by the Government from his Bank Accounts and to Quash the Seizure Warrants (Doc. No. 238). After considering the pleadings, the law and argument of counsel, the Court hereby makes the following orders. It is hereby

**ORDERED** that, in connection with the United States' Motion to Enforce and otherwise Modify Defendant Constantinescu's Conditions of Release (Doc. No. 237), Defendant Edward Constantinescu shall no longer participate in any form of social media for business or for personal means. It is further

**ORDERED** that Defendant Constantinescu's Motion for Bill of Particulars and Grand Jury Transcripts (Doc. No 219) is DENIED. It is further

**ORDERED** that, in connection with Defendant Rybarczyk's Motion Pursuant to Fed.R.Crim. Pro. 41(G) to Return the Funds Seized by the Government from his Bank Accounts and to Quash the Seizure Warrants (Doc. No. 238), the motion is GRANTED as to bank accounts ending in 6719 and 3511. Bank account ending in 1461 will remain frozen. If this Order does not suffice

to effectuate the Court's ruling, counsel for Rybarczyk shall provide the Court with an appropriate Order, approved by counsel for the Government It is further

**ORDERED** that Defendant Rybarczyk shall retain the 2021 Lamborghini Urus (VIN ZPB...11784), 2021 Cadillac Escalade (VIN 1GYS...06199), 2021 Lamborghini Aventador (VIN ZHW...10076), 2021 Rolls Royce Ghost (VIN SCA...07804), 2021 Ford F-150 Raptor (VIN 1FTF...51582) in his possession and shall not sell or otherwise dispose of said vehicles without the explicit permission of the Court. All other restrictions on the acquisition or disposal of assets remain in place.

It is so **ORDERED** at Houston, Texas on this 13th day of April, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE