1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF TEXAS
2                 HOUSTON DIVISION

3    ************************************************************

4    UNITED STATES OF AMERICA        4:22-CR-00612
                                     4:22-cr-00612-3
5

6    VS.                            HOUSTON, TEXAS

7

     EDWARD CONSTANTINESCU
8    and JOHN RYBARCZYK             APRIL 12, 2023

9    ************************************************************

10            TRANSCRIPT OF MOTION PROCEEDINGS
       HEARD BEFORE THE HONORABLE ANDREW S. HANEN
11            UNITED STATES DISTRICT JUDGE

12   ************************************************************

13   <u>APPEARANCES:</u>

14   FOR THE GOVERNMENT:         MR. THOMAS HEYWARD CARTER
                                 U.S. Attorney's Office
15                               1000 Louisiana Street
                                 Suite 2300
16                               Houston, Texas 77002

17                               MR. SCOTT PHILIP ARMSTRONG
                                 MR. JOHN J. LIOLOS
18                               U.S. Department of Justice
                                 Criminal Fraud Section
19                               1400 New York Avenue NW
                                 Washington, DC 20005

20

21   FOR THE DEFENDANT           MR. MATTHEW AARON FORD
     EDWARD CONSTANTINESCU:      MS. CARA JANINE FILIPPELLI
22                               Ford O'Brien Landy, LLP
                                 3700 Ranch Road 620 South
23                               Suite B
                                 Austin, Texas 78738

24
          Proceedings recorded by mechanical stenography,
25   transcript produced via computer.

```
1    FOR THE DEFENDANT              MR. ERIC SAMUEL ROSEN
     JOHN RYBARCZYK:                Freedman Normand Friedland LLP
2                                   225 Franklin Street
                                    26th Floor
3                                   Boston, Massachusetts 02110

4
                                    MR. PHILIP HARLAN HILDER
5                                   MR. QUENTIN TATE WILLIAMS
                                    MS. STEPHANIE K MCGUIRE
6                                   Hilder & Associates, P.C.
                                    819 Lovett Blvd
7                                   Houston, Texas 77006-3905

8

9    Official Court Reporter:      Lanie M. Smith, CSR, RMR, CRR
                                    Official Court Reporter
10                                  United States District Court
                                    Southern District of Texas
11                                  515 Rusk
                                    Room 8004
12                                  Houston, Texas 77002

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# P R O C E E D I N G S

(Call to order of the court.)

THE COURT:  All right.  We're here in 22-cr-612.

I want to start with the government's motion to modify Mr. Constantinescu's condition of release.

Who from the government wants to address that?

MR. ARMSTRONG:  I can, Your Honor.  Good morning. Scott Armstrong for the United States.

THE COURT:  Go ahead.

MR. ARMSTRONG:  So, Your Honor, obviously we laid out the issues that are very concerning to us and we wouldn't have probably filed this motion except for the rapid escalation of Mr. Constantinescu's conduct.

You know, we weren't going to run in here with our hair on fire because he called Mr. Carter a dumb prosecutor; but after he directly reached out to a potential witness in this case and threatened the witness, according to the witness, and attempted to intimidate the witness, things changed.

And it also changes because presumably there was a leak of the protective order where that same witness's information and his personal picture was put online and then disparaged online in an account that is very closely connected to Mr. Constantinescu.

So the reason why this is important is, Number 1,

there are a litany of his violations of his pretrial

conditions.

But Number 2, we're about to release very

sensitive victim information in this case; and three days after

we tell defense counsel of that fact, Mr. Constantinescu likes

posts on Twitter in which he disparages the victims in this

case.

And so obviously it's troubling to have a

defendant in a criminal case contact a witness, but it's even

more troubling if that happens to the actual victims in this

case and so there needs to be some remedy, there needs to be

some measures that ensure that the confidential information in

this case does not get further leaked and further witnesses in

this case not harassed and intimidated.

THE COURT:  Mr. Ford?

MR. FORD:  Thank you, Your Honor.

I've had the opportunity to go through the

government's papers.  Some of it is accurate, some of it is

not.

But I will start by saying there appears to have

been an issue in just late December shortly after the

indictment.  It was dealt with in-house.  I understood that

that was taken care of and resolved.

THE COURT:  "Dealt with in-house" meaning what?

MR. FORD:  I had a conversation with my client about

1    what he was permitted to do and not do under his bail

2    conditions.

3            There is a secondary issue that came up in

4    relation to his communication with a former close friend and

09:12AM  5    colleague.  I do have in my possession communications in the

6    not too far past where Mr. Constantinescu and the individual

7    they were referring to were speaking in sort of a chummy,

8    friendly sort of fashion.

9            After that time, Mr. Constantinescu sent a

09:12AM 10    message which the government views as being threatening.

11           THE COURT:  It looked threatening to me.

12           MR. FORD:  There is a context to it, and I'm not sure

13    that they're reading it correctly.  That said, you know, one

14    issue that this raises is, you know, because of my client's

09:12AM 15    relationship with multiple people who he remains friends with,

16    I do think he needs to be able to stay in contact with them.

17           That said, I have given him instructions that he

18    certainly is not to contact this individual, any other

19    potential witness, or any victim in this case.  I understand

09:13AM 20    that to be a strict condition of bail and to the extent that my

21    client let his anger get the best of him, I feel it has been

22    dealt with in-house and I do not anticipate a repeat of

23    anything the government is discussing.

24           THE COURT:  Why should I permit him to remain free and

09:13AM 25    to be able to communicate on social media at all?

1          MR. FORD:  Well, certainly one thing is to prohibit his

2     communications on social media.  We would certainly, you know,

3     view that as being a more appropriate remedy than anything more

4     strict.  You know, to the extent the government wants a

09:14AM   5     blanket, you know, bar on his use of social media, I'm not

6     opposed to it.

7          At least some of the incidents that are described

8     in the brief, those postings, I understand, were made by other

9     people and incorrectly attributed to Mr. Constantinescu; but he

09:14AM  10     has also been advised that to the extent it happened, and I

11     don't believe it didn't in some of these instances, he's also

12     not permitted to instruct other individuals to make

13     communications on his behalf through social media.  It's just

14     not a work-around that we're going to permit for him.

09:14AM  15          THE COURT:  Does your client want to say anything?

16          DEFENDANT CONSTANTINESCU:  Your Honor, I apologize.

17     This whole thing has, like, turned our lives upside down and in

18     the beginning, I was extremely angry and, you know, it got the

19     best of me and it won't happen again.

09:15AM  20          THE COURT:  All right.  All right.

21          I'm ordering you to refrain from any

22     participation in social media --

23          DEFENDANT CONSTANTINESCU:  Yes, sir.

24          THE COURT:  -- in any form; and if I hear of something

09:15AM  25     happening again, I'm going to put you in jail.

1          Do you understand?

2          DEFENDANT CONSTANTINESCU:  Yes, sir.  Yes, Your Honor.

3          THE COURT:  And I know we have some other of the

4    defense lawyers out here.  Caution your clients.  The

09:15AM  5    defendants raised a concern about what the government was going

6    to put on social media to contact victims and I toned it down.

7    I don't want to have to do that with the defendants, but I

8    will.

9          So I'm cautioning all the other defendants, you

09:15AM 10    know, don't go there.  This is not the right thing to do.

11    Let's try our case in front of the jury when it comes that

12    time.  Let's leave the witnesses to fall where they may.

13          All right.  Mr. Ford, did you have -- you had

14    another motion, I believe, did you not?

09:16AM 15          MR. FORD:  Yes.  We have filed a motion seeking a bill

16    of particulars as well as requesting grand jury transcripts

17    related to a specific issue dealing with specific counts in the

18    indictment.

19          We believe upon review of the superseding

09:16AM 20    indictment --

21          THE COURT:  Would you pull that microphone closer to

22    you?

23          MR. FORD:  Yes.

24          We believe that the superseding indictment is

09:16AM 25    infirm under both the Federal Rules of Criminal Procedure and

the Constitution.

There are three statutes that are alleged to have been violated by my client.  One is related to money laundering.  We talked about it during the last hearing.

There's a conspiracy charge under Section 1349 based on violations of 1348, and then there are five separate counts of violations of 1348, specific instances of securities fraud.

Now under Subsection 2, the government is required -- it's an essential element to show a false pretense, representation or promise.  What we have in the superseding indictment is a series of alleged tweets, 21 of them by my client, that support three of these five securities fraud counts.  For two of them, we just have a stock ticker.  We don't have any information.

My issue is not with the statements.  I can see what they are, and I listed them out for the Court.  My issue is that on its face, it's not apparent why they're false and having done several targeted searches in the hundreds of thousands of pages they've given us, there seems to be nothing that supports their falsity.

To give you an example of one of the two types of statements that we see, the first is sort of predictions about the future price of a security.

The second is future intent of my client and

1    specifically whether he's going to buy or sell a security.

2         If we look at the first securities fraud count

3    against him related to Camber Energy, all four of the tweets

4    that are described as false in the indictment and were

09:18AM  5    described as false to the grand jury relate to a price

6    prediction.

7         He says:  "CEI is going to 10."

8         "CEI is a $10 stock all day long."

9         Now, these tweets came shortly after my client

09:18AM 10    had suggested that the stock would go to 1, which it did; that

11    it would go to 3; that it would go to 5, which it almost did.

12    It went to, I think, about $4.80.  So his earlier predictions

13    were certainly true.

14         Of course, Camber Energy is a carbon-capture

09:19AM 15    company.  This is a time where green stocks were hot.  The

16    current administration, Elon Musk, other people were all sort

17    of talking about carbon capture as being the solution to global

18    warming or climate change.  This is the context in which my

19    client was stating these things.  There is nothing on their

09:19AM 20    face to indicate to me why they're false.

21         In our experience doing securities fraud

22    litigation both against the SEC and in the criminal context,

23    this is a noncontroversial issue.  Ten times out of ten, the

24    government comes in and says something like, "Hey, look, your

09:19AM 25    client has put out an offering memorandum.  They said the

1    traffic light was red and the traffic light was green," right?

2    And we know exactly then what the falsity of the statement is.

3              I simply cannot tell, either from the face of the

4    complaint or in the hundreds of thousand of pages.

09:20AM  5              There's a second type, which is statements of

6    future intent.  I can give you an example with regards to the

7    securities fraud count for DatChat.

8              It says:  "$DATS I'm holding shares LT.  I could

9    careless if a short report comes out.  I'll gobble up the dip

09:20AM  10   and F them."

11             And the government has chosen to interpret the

12   letters "LT" to mean long-term.  We have a disagreement with

13   that, but we can accept it as true for the time being.

14             What we've provided in our reply brief is that

09:20AM  15   not only did Mr. Constantinescu hold shares at the time that he

16   sent out that tweet, but he held a significant, huge volume of

17   shares, half a million dollars in securities of that stock.

18             Not only did he close the day as a day trader

19   with half a million dollars' worth of DATS stock, he woke up

09:20AM  20   first thing in the morning and started buying more.  We've gone

21   over the numbers where he winds up the following day holding

22   about a million dollars in those shares.

23             Now, the government is correct that five days

24   later he did, in fact, close that position.  Where they're

09:21AM  25   wrong is that he then buys again on October 25th, ten days

later, sells, and then buys again in November.  This all took place over the span of two and a half months starting in August.

So with regards to the statement:  "DATS I'm holding shares long," it appears not only is there no reason to say that it's false, it appears to be true.  And what my concern is is first on getting the particulars, but also how this was presented to a grand jury.

Now, the grand jury should not have just been told, "Hey, this was false."  They should have been provided with some factual background or predicate as to its falsity; and if the government did not do that, I think it's a defect in the legal presentation to the grand jury because they have essentially excised not only an element of a 1348(2) violation, but the element, the very fundamental thing that makes securities fraud under 1348.

The government has responded by basically giving us general categories of why they think these statements are false.  I don't think that gets them across the finish line.

Again, they sort of just give us generic categories.  Hey, your client made a price prediction and it was false, right?

Hey, your client said he was going to do something in the future and according to the government, he didn't do that or did something different.

 1            That still does not answer the question why these

 2    21 statements appear in a superseding indictment with the word

 3    "false" before them.

 4            The government has done one other thing that I

 5    want to address quickly with the Court if you'll entertain it.

 6            They have noted in their response that they

 7    provided defendants a list of all of the stock tickers that

 8    make up the conspiracy charge.  According to the government,

 9    these eight individuals were involved in 402 separate

10    pump-and-dump schemes over the span of three years.

11            And if you'll indulge me, I just want to pull up

12    so you can visualize what we got as a major part of the

13    government's responses that in June they're going to be

14    providing us additional information.

15            So this is -- Your Honor, this is the start to

16    the spreadsheet.  What this represents, according to the

17    government, is each individual pump-and-dump scheme that the

18    defendants are alleged to have conspired to commit and then it

19    lists each defendant by last name and then a 1 in the column

20    signifies that that defendant sold shares during that time

21    period.

22            With regards to Mr. Constantinescu, the first

23    time he sold shares on this list, you'll see it's a stock ACST.

24    So it's saying that between June 3, 2020, and June 5, 2020,

25    these eight defendants were involved in a conspiracy to commit

a pump-and-dump of ACST and then it shows Mr. Constantinescu --
let's see, Mr. Deel, Mr. Hennessey and Mr. Hrvatin all traded
the stock during that relevant time period.

The first and immediate thing that I think
anybody would think is if these eight individuals were in a
conspiracy why did they not all sell it, but we'll leave that
for another day.

The second example in which -- the second stock
ticker in which Mr. Constantinescu appears is ADMP where
between January 20th, '21 and January 28, '21, these eight
individuals are alleged to have engaged in a pump-and-dump
scheme of that stock.

Again, it's interesting to note that only
Mr. Constantinescu and Mr. Deel actually sold that security
during that relevant time period, which again raises the issue
as to why it would have been that these eight individuals
engaged in a conspiracy but then did not participate in what
would have created the fruits.

In addition -- so what the government's position
is, we've given you this chart and now on June 5th were going
to tell you what each defendant said about these stock tickers
that was purportedly false.

I can short-circuit the government having to do
that as they have already provided that document in discovery
so I want to just quickly pull that up as well.

1          I was hoping to pull this up as an Excel

2     spreadsheet, but I understand the Apple computers don't work

3     well with the Court's system so we just printed this out.

4          THE COURT:  Nothing works well with our system.

09:27AM   5          MR. FORD:  Duly noted.

6          So this is the first of a multi-tab Excel

7     spreadsheet.  We did not print out all the tabs.  They were

8     just too voluminous.

9          But what this Excel spreadsheet that's in the

09:27AM  10     hundreds of thousand of pages of production shows is every time

11     my client, Mr. Constantinescu, had a communication about the

12     specific stock ticker.

13          So you will see at ACST, as we just spoke about,

14     he tweeted 25 times about the stock.  Now, that's not just

09:27AM  15     during the time period of the purported conspiracy.  That's

16     over the span of the entirety of his having a Twitter account

17     and then it looks like he had zero group messages about it and

18     eight times he communicated with somebody on direct message.

19          Now, ADMP, which is the other stock I mentioned,

09:27AM  20     it looks like he didn't tweet at all about it.  He had one

21     group message about it and zero direct messages.

22          Now, if we had the Excel spreadsheet up, there is

23     then three additional tabs, one for tweets, one for group

24     messages and one for direct messages and that provides all of

09:28AM  25     the statements that my client has ever made about these and it

appears then the word "false" is in some column.  So I don't know if that's a reference to their falsity.  What it does not do is explain why they're false, but it does give us all of the communications.

09:28AM

So we already have that so I don't believe we need that in June, although to the extent that the case has changed and they're relying on other statements, we would take the government up on their offer.

There is one other piece -- again, if you'll

09:28AM

indulge me -- to this that I would like to show the Court as I think it's directly relevant to the government's response as well as to why we think it is so critical that we get access to the grand jury transcripts.

Let's start with ADMP.  This represents the

09:29AM

evidence as to how my client conspired to commit securities fraud based on purported false statements made through Twitter.  He never tweeted about it.  He never had anything to say about the stock.  That's ADMP.

And by the way, these are just the first of two

09:29AM

on the list of 400; so we'll show you ACST next and we'll see what he had to say about it.

So, Your Honor, during the time period of the purported conspiracy to pump and dump ACST from June 3, 2020, to June 5, 2020, this is the entirety of the tweets that my

09:30AM

client sent out about this.

1          The first said:  "$ACST joining for swing now."

2          That's undeniably a true statement based on trade

3     records.

4          The second has a hashtag "ACST" and then a

09:30AM 5     picture of Zack Morris kissing Lisa.  For those who weren't

6     *Saved By the Bell* fans, that, in fact, happened even though he

7     had been dating Kelly for years leading up until that.

8          And then on June 4th, 2020, he explained that he

9     had added on the dip for the run up.

09:30AM 10         Again, a true statement based on trade records.

11         This is the entirety of the statements on ACST

12    during that time period that the government claims that they

13    are going to provide on June 5th to show that my client had

14    conspired to commit a pump-and-dump.

09:31AM 15         As we stated at the opening, it is a fundamental

16    element of a securities fraud claim.  We need to know why these

17    statements, what about them was false prior to going to trial,

18    one; and two, I would like to know how the grand jury was

19    presented, for example, these three tweets and came to the

09:31AM 20    conclusion that my client said something false about this

21    stock.

22         It does not resonate with the trade records and

23    this makes up the entirety of his purported conduct with regard

24    to the conspiracy.

09:31AM 25         I just want to finish by saying while I've talked

about the conspiracy charge, it was brought into play by the
government, but our motion is focused specifically on 1348,
five specific counts of securities fraud for which my client
purportedly made 21 false statements.

09:31AM          And, Your Honor, I think we deserve to know why
they were false first.  And then to the extent that the
government can't come up with a legitimate theory, we deserve
to know how it is that they were able to persuade a grand jury
to indict him on such spurious grounds as what I just showed
09:32AM  you.

So I'm available to answer any questions now or
after the government's presentation, but I appreciate you
allowing me the time.

Thank you.
09:32AM          THE COURT:  Who wants to respond for the government?
MR. ARMSTRONG:  Thank you, Your Honor.

So, Your Honor, there's just a lot to unpack
there.  I guess I can start from the last point that Mr. Ford
made about the grand jury.

09:32AM          It is black letter law from the Supreme Court
that a valid indictment cannot be attacked based on different
explanations of the evidence, based on supposed incompetencies
of the evidence.

And that's *United States versus Williams*, which
09:32AM  has been adopted in this circuit, of course, since it was

1    issued a long, long time ago.

2    So the grand jury issue is an easy one.  You

3    cannot just speculate about potential infirmities in the

4    evidence and then be able to troll through the grand jury

09:33AM  5    transcripts.  That is clear, and as Your Honor knows, well

6    established.  So that one is easy.

7    The second part is about the disclosure that we

8    made on March 31st, 2023.  So if Your Honor hasn't had a chance

9    to look at it, it's Exhibit 2 to our response,

09:33AM  10   Document Number 234.

11   And so we describe exactly what we were

12   disclosing here, identifying at least one false or misleading

13   statement by a defendant on Twitter, Atlas Trading Discord or

14   both, similar to the false or misleading statements alleged in

09:33AM  15   Paragraphs 1 and 13 of the superseding indictment and then

16   aggregating each defendant's profit or loss for that stock

17   ticker during the time period.

18   What we're not saying is that every single person

19   tweeted falsely during this date range and that's been clear

09:34AM  20   and it's clear from the evidence that Mr. Ford just showed.

21   And this evidence is not just relevant to the

22   conspiracy charge, evidence can have dual purposes.  In this

23   case, a lot of these tickers do.

24   We've charged, Number 1, a conspiracy; but we've

09:34AM  25   also charged a scheme to defraud.  And obviously if people are,

1    like the defendants, are posting false and misleading

2    information in other stocks, that is relevant and intrinsic

3    evidence to the scheme counts in which they are charged.

4              Now, are we going to have lots and lots and lots

09:34AM  5    of evidence that show the conspiracy and show the coordination

6    between them on Twitter direct messages, on Atlas Trading

7    direct messages and in texts amongst themselves?  Absolutely.

8              But to say that every single ticker on this

9    11-page list has to be evidence of the conspiracy is just a

09:35AM 10    fundamental misreading of what we have produced, how we're

11    going to argue it and how we're going to prove it at trial.

12              So I think that one is pretty easy to dispose of

13    as well.

14              One thing that Mr. Ford keeps talking about is

09:35AM 15    how he just can't possibly figure out what our theory is and

16    the theory of the falsity.  And I thought that I had, you know,

17    maybe misdrafted part of the indictment and so I went back and

18    I checked and it's actually in Paragraph 14 of the indictment

19    exactly what the theory of falsity is.  It's not a surprise.

09:35AM 20    No one is hiding it.

21              Paragraph 13, as Your Honor knows, describes all

22    the various types of false statements that are false and

23    misleading in this case and it lists out -- one, two, three,

24    four -- four types of false and misleading statements.

09:36AM 25              And then if Mr. Ford wants to understand why

these statements are false and misleading, which he apparently

can't do, he has to read Paragraph 14 of the indictment, the

paragraph that comes exactly after the paragraph that describes

the types of false statements in this case.

And Paragraph 14 says -- you can just read it.

"These messages were false and misleading, and omitted material

information, because the defendants concealed their intent to

use these messages to induce other investors to purchase the

securities so that the defendants could sell their shares at a

higher price at and around the time of the messages."

And it goes on and gives you even more detail

about the theory of falsity.

Again, Paragraph 14:  "In this way, the

defendants used social media to induce other investors to

purchase and hold the same securities that the defendants were

selling or dumping so that the defendants could maximize their

own profits."

The theory of falsity is literally in the

indictment that the defendants have had since December.

And, Your Honor, as you know, we go through

numerous examples in the indictment; but sometimes, if you'll

indulge me, things gets lost in the words and it's more helpful

to actually visualize it.

So this is something I put together last night

for DATS, which is one of the counts in the indictment.

1          Mr. Constantinescu tweets on October 13, 2021:

2  "$DATS See you on Mars."

3          It may seem odd, a statement, "See you on Mars,"

4  but that kind of statement has immense importance in the

09:37AM  5  FinTwit committee.  It suggests and indicates to others that a

6  stock is going to appreciate in value very rapidly.  It's kind

7  of like saying it's going to go to the moon.

8          And so what does Mr. Constantinescu start doing

9  seven minutes after posting:  "See you on Mars," he starts

09:38AM 10  dumping his shares.  He sells 80,000, 98,000, 95,000, 30,000,

11  90,000, 18,000, 30,000, 25,000.  He sells over 466,000 shares

12  of DATS after telling the world:  "See you on Mars."  The stock

13  is going to the moon.

14          He sells 91 percent of his shares that he's

09:38AM 15  holding at the time immediately after that post to encourage

16  everyone else to buy and he pockets about $5 million.

17          And then later that night, after he sells

18  91 percent of his shares in DATS, he says:  "$DATS I'm holding

19  shares long-term."

09:39AM 20          What does he conceal?  He conceals, as we state

21  in Paragraph 14 of the indictment, that he just sold 91 percent

22  of his shares and pocketed $5 million.  He does not make a peep

23  about that to all of his followers who are trusting him and

24  relying on what he's telling them.

09:39AM 25          So why is that false?  This is a Fifth Circuit

09:39AM

pattern instruction from the wire fraud statute, which
Your Honor is, of course, familiar with:  "A false statement is
something that is known to be untrue or it constitutes a half
truth or effectively omits or conceals a material fact,
provided it is made with the intent to defraud."

I'm holding shares long-term.  Look at me.  I
have confidence in this stock without mentioning that he just
sold 91 percent.

09:39AM

And it goes on.  It happens again the next day.
Mr. Constantin starts buying more shares of DATS.  He purchases
approximately 650,000 more shares at an average price of 9.74.

He does the same exact thing.  He tweets on
October 14th at 11:30:  "$DATS Let's do a short report at the
bottom.  LOL.  Idiots squeeze these hoes.  $DATS 30++."

09:40AM

That is Mr. Constantinescu's price target that
he's been beating the drum about for DATS for the past month or
so.

And, again, what does he do immediately after
saying:  "$DATS 30++," when the stock is trading around $11,

09:40AM

six minutes later he sells 50,000; one minute later, 50,000;
three minutes later, a hundred thousand; 10 minutes later,
another hundred thousand.  He sells 300,000 shares, about half
of his position and, again, pockets about $700,000, telling the
world, telling his followers:  "$DATS 30++" while concealing

09:41AM

that he's selling minutes after that post.

1          By 10:18, he's out entirely.

2          Now, Mr. Ford mentions, oh, but Mr. Constantin,

3     he was actually holding shares on 10/25.

4          That could not be a more misleading argument.  On

5     10/25, Mr. Constantin held shares for 30 minutes, 30 minutes.

6     It was a quick trade.  There was no long-term strategy as he

7     told his followers.

8          And then on 11/10, which is mentioned in

9     Mr. Ford's motion as well, Mr. Constantinescu held less than

10    $3,000 in DATS for less than 24 hours.  So the fact that he

11    held shares that are a pittance compared to what he sold out as

12    does not move the needle at all.

13         And, Your Honor, we're going to prove examples

14    like this again and again and again and it's going to

15    demonstrate exactly what we just showed.

16         I have another example here for BBI.  I'm happy

17    to walk you through it if you would like; but if not, I can

18    answer any questions as well.

19         THE COURT:  Okay.  Mr. Ford, why isn't the government,

20    what they've provided, sufficient?

21         MR. FORD:  He's a day trader.

22         THE COURT:  When you say one thing and do another,

23    isn't that what the jury, ultimately the fight is going to be

24    over in front of the jury?

25         MR. FORD:  Well, only to the extent that we're willing

to accept that the United States government can put

restrictions on traders once they've made an affirmative

statement.  Now, the issue has to do with vagueness of

application of the statute and my client's due process rights.

09:42AM   THE COURT:  That has to do with the law though.  That

doesn't have to do with whether they've sufficiently disclosed

what they're doing or what they're alleging.

MR. FORD:  Well, there's two things.  I don't think

what he's doing contradicts what he's saying for the obvious

09:43AM   reason that stock prices move.  There is nothing in the

securities laws that requires an individual to hold a share for

an indefinite period of time as a stock price is going down.

That's the first thing.

They're attempting to impose on my client a

09:43AM   standard that's higher than the securities laws imposes on

insiders who, for example, are permitted to enter into 10b5-1

plans that permit them to dispose of securities even though

they're insiders and have insider information.

According to the government, once my client has

09:43AM   taken the position that he believes a security will hit a

certain price -- and, again, it's a prediction.  It's not a

target.  He is not a registered, you know, advisor.  He's not

an analyst.

They're saying that once he makes that

09:44AM   prediction, he is indefinitely barred from selling the stock.

1          I can give you an example.  In 2011, Netflix

2     stock rocketed to $50 and there were people at that time who

3     said Netflix is going to go to 500 one day and then shortly

4     thereafter, it dropped down to $16.  It took 10 full years for

09:44AM  5     Netflix to get back up to $500.

6          Was the statement false at the time that it was

7     made in 2011?  Because according to the government, the person

8     who said Netflix is going to go to 500 one day has to spend ten

9     years in prison awaiting that stock to reach that target.

09:44AM  10          As day traders, and everybody knows this, the

11     term "long" means buy, the term "short" means short selling.

12     The fact that my client or other individuals were representing

13     to the public that they were long, meaning they were buying a

14     stock, does not and cannot, as a constitutional matter, as a

09:45AM  15     due process matter, cannot require them to hold those shares

16     for an indefinite period of time.  That's what the government

17     is imposing.

18          Right now, if I have a separate client who calls

19     me on the phone and I say -- I got really excited.  I said,

09:45AM  20     "Amazon is going to increase in price."

21          Now it's going down.  I want to sell my shares.

22     What is my advice to them?  I don't know.  I don't know if you

23     can ever sell them.  You can't sell them in 30 minutes

24     according to the government.  You can't sell them in five days

09:45AM  25     according to the government.  I don't know how long you have to

1    hold them for.  Maybe a year, maybe five years, maybe like

2    Netflix, you have to hold them for 10 years.

3            But it can't possibly be the case that the

4    government can place this type of restraint on an individual's

09:45AM 5    bona fide market transactions in securities without any

6    fiduciary duty, without any obligation.  They must be able to

7    participate in the free market and make these sales at the time

8    that they deem appropriate regardless of a price prediction

9    that came earlier, you know, at some time.

09:46AM 10           THE COURT:  All right.  I'm going to deny the motion.

11           I understand your argument, Mr. Ford; and it may

12   be a good argument.  But what you're really arguing goes to

13   does the government even have a claim here.  You're basically

14   saying what your clients are doing is not illegal.

09:46AM 15           And that may be -- that's a different motion.

16           MR. FORD:  We happen to think that, and we plan on

17   bringing it.

18           THE COURT:  I assumed I'd get it.

19           MR. FORD:  Thank you, Your Honor.

09:46AM 20           THE COURT:  All right.

21           MR. ARMSTRONG:  Thank you, Judge.

22           THE COURT:  All right.  Let me switch over.

23             Mr. Hilder?

24           MR. HILDER:  Yes, sir.

09:46AM 25           THE COURT:  Why don't we talk about Mr. Rybarczyk's

1    funds.

2              MR. HILDER:  On both motions?

3              THE COURT:  Yes.

4              MR. HILDER:  Yes, Judge.  You want to take them in any

09:46AM  5    particular order?

6              THE COURT:  Let's talk about the bank accounts first.

7              MR. HILDER:  Bank accounts, okay.  My colleague,

8    Eric Rosen, will handle that.

9              THE COURT:  All right.

09:47AM 10             MR. FORD:  Your Honor, if we may, we'll switch seats.

11             THE COURT:  Don't leave though, Mr. Ford.  I want to

12    bring up another topic when we're done with Mr. Hilder.

13             MR. ROSEN:  Good morning, Your Honor.

14                  It's axiomatic that seizure warrants can only be

09:47AM 15    issued upon probable cause.  Here the affidavit, as we've

16    recently seen, lacks any semblance of that probable cause

17    justifying the seizure of $18 million and five vehicles.

18             THE COURT:  Well, let me stop you before you get going.

19             MR. ROSEN:  Sure.

09:47AM 20             THE COURT:  Tell me what the current status is, because

21    it's not clear to me, who has got the vehicles, where they are;

22    who's got the bank accounts, where they are.

23                  Tell me where we are right now.

24             MR. ROSEN:  Right now, after Your Honor issued the

09:48AM 25    stay, there were, of course, warrants issued to seize the

vehicles.  The vehicles now have not been seized.
Mr. Rybarczyk has those vehicles.

Mr. Rybarczyk does not have the monies in the
Bank of America accounts.  Those have been taken.  Whether they
are still in the custody of Bank of America or whether they've
been provided to the government, I do not know.  Regardless,
they have been seized, whether it's on the government's
instruction or otherwise, they are not in his custody.

THE COURT:  Anybody from the government?  Mr. Carter,
where are the bank accounts?

MR. CARTER:  Well, Your Honor, the defendant would know
better than the government.

Thomas Carter for the government.  Thank you.

When the Court issued the stay, the banks were
told that the Court had issued a stay.  The government does not
have possession of a dime of Mr. Rybarczyk's money.

THE COURT:  Okay.  So we're assuming it's somewhere
within the computer of Bank of America?

MR. ROSEN:  Right.

THE COURT:  Go ahead.

MR. ROSEN:  He has no access to it, Your Honor; and he
hasn't had access to it since before the first hearing we had
on March 13th, when the Bank of America obfuscated and delayed
and eventually after weeks of us trying to figure out what was
going on, finally told us to contact the FBI.

1          But the point we're here now for, Your Honor, is

2     just simply that we now know there is no probable cause to

3     seize the bank accounts or the vehicles.

4          The affidavit, which we've attached to our motion

09:49AM   5     we filed on Monday morning, was entirely conclusory.  There's

6     no factual support at all for the affiant's assertion over and

7     over again that he earned $23 million in profits from fraud,

8     none.

9          Under *Illinois v. Gates*, that is grounds for

09:49AM   10    quashing or returning the seized funds, however Your Honor

11    wants to do it, simply based on that.

12         The affidavit says that the $23 million was

13    identified, but provides no basis.  It says that it was

14    identified fraud proceeds without explaining how they were

09:50AM   15    identified or by whom.  It claims that the funds were made up

16    of proceeds earned through participation in fraud; but once

17    again, that's just conclusory.

18         There are no allegations at all about specific

19    tickers traded to get up to $23 million, how the FBI agent

09:50AM   20    calculated $23 million in fraud, or what records were reviewed

21    or what methodology was used to get to $23 million.  There was

22    absolutely nothing.  It's extremely conclusory and wildly

23    overbroad and for this reason, they must be suppressed, quashed

24    or the funds returned.

09:50AM   25         There's only a single example actually in the

affidavit at all about what he did and what he is alleged to
have done and that's with the ticker SXTC, which the
government, we have traded papers back and forth over that.

The important thing to note just off the bat is
this ticker earned Mr. Rybarczyk $15,000.  15-, and they've
seized the entirety of all his bank accounts.

The superseding indictment, which is incorporated
into a warrant by reference, focuses, we believe on basically a
single misleading false tweet by Mr. Deel, which is what the
government alleged was false and misleading.

In our brief, we actually showed, in fact, it's
not false and misleading.  We provide citations to all of
Mr. Deel's statements and we show that what he was saying was
entirely true.

He was telling his followers that SXTC, a thinly
covered stock -- this isn't, you know, Goldman Sachs or
Morgan Stanley.  This is a thinly covered stock where people go
through these records, go through filings and then post about
them.  This occurs day in and day out all through the
United States and all around the world of people trying to
share ideas and that's all that they were doing and none of
that was false.

And they claim Mr. Rybarczyk edited that tweet, I
guess, and that he then purchased the stock and made a
grammatical error as to whether he was adding or had added in

the past, even though he had just purchased the stock and had just told people on Discord that he had added.

And, you know, we believe it's some type of autocorrect misfunction, but basically the government's case, as we just discussed, boils down to the fact that he tweeted something about a stock in some respect and then sold shortly thereafter.

And, of course, we incorporate Mr. Ford's arguments into that; but the point here, we're not just at a bill of particulars stage, we're at a probable cause stage showing that that was a falsity, that that was fraud, that what he did was completely inaccurate and it hinges not on what he said, but only on what he didn't say.  It's an omissions case solely.

And there's no duty alleged that Mr. Rybarczyk, tweeting not in his own name, in the name Ultra Calls, who disclaimed all investment advice, had any duty whatsoever to tell people that he was selling shares in the future.  There's no duty whatsoever.

And by the way, this happens day in and day out in real-life finance.  It's called talking the book.  Hedge fund people do this all the time.  They go to conferences and they tell people:  Here is one of my investment thesis. Obviously I have shares in this.  And then they do that for a variety of reasons, to make themselves look good; but a lot of

1   times they sell shortly thereafter.

2           And we know that and we've looked at studies and

3   that's one of the things we're examining in this case, but we

4   know that because hedge funds, unlike Twitter people, are

09:54AM  5   required to disclose their holdings, and I think it's a 13F

6   filing or something like that, down the lines.

7           You can see that these people have been selling,

8   and no one raises a peep about this.

9           Mike Novogratz, a huge hedge fund manager,

09:54AM  10   Galaxy Digital, got a tattoo of a coin called Luna, a security,

11   a coin called Luna on his arm tweeting incessantly about this,

12   pumping it up, pumping it up day after day.

13           Well, we know what happened to Luna.  It

14   completely collapsed.  The whole thing was a fraud.  It went

09:54AM  15   from a hundred dollars, I think, to zero.

16           What happened to Mr. Novogratz?  Well, he had

17   been selling the entire time, cashing out when things were

18   good.  He went quiet.  Nothing has happened to him.

19           This is not unusual.  There's no requirement.

09:54AM  20   There has to be a duty, as Mr. Ford said, a fiduciary or some

21   type of duty of trust and no court that I am aware of has held

22   that simply twittering in another person's name to people

23   disclaiming investment advice establishes that duty.

24           So shifting gears a little bit.  Where does the

09:55AM  25   government get that $23 million figure for fraud?

1        Well, the judge didn't know because it's not in

2    the affidavit.  And we now know -- the only reason we know is

3    because the bill of particulars shows 200-plus tickers -- over

4    200 ticker dates, 200 episodes where Mr. Rybarczyk was pumping

09:55AM  5    and dumping, I guess, constantly.  And we aggregated the

6    profits from that and we got to $23 million in fraud --

7    $23 million in proceeds, not fraud.

8        The government did not provide that.  We went

9    through it.

09:55AM 10        THE COURT:  I'll give you a general denial.

11        MR. ROSEN:  Sorry?  Yeah.

12        But what we do know about that $23 million

13    figure, they basically took the position that every tweet that

14    he ever sent was false and misleading if it wasn't accompanied

09:56AM 15    by some "I'm selling shares now or in the future" or something

16    like that.

17        And we attach to our motion even less specific

18    allegations regarding a number of different tickers that the

19    government believes he gained a lot of money through fraud --

09:56AM 20    ABVC for example, a 2-million-dollar pump-and-dump.

21        And we showed three tweets of market commentary

22    saying basically:  Look at it go.  Commenting like any person

23    has a First Amendment right to do in the United States.  And

24    apparently that was fraudulent and misleading.

09:56AM 25        AHPI, $365,000 in fraud alleged.  He tweeted only

that it was a mask play referring to a company that makes masks during COVID, which it did.

Over and over again, we attach the exhibits; we attach the tweets.  $400,000 for REDU, when he wrote:  I'm hammering REDU," and he was.  He bought a lot of shares of REDU at that time.

And what does the government respond with?  They don't even deal with that.  They don't try to justify why that is somehow this massive fraud scheme.  People contributing on Twitter in discourse, just like they're allowed to do.  So we know that the government's figure is incorrect.  They've essentially conceded it, and it's not accurate.

They don't try to defend the $23 million in their brief.  They walk away from it.  They abandon it.

Their argument shifts.  They say this guy made a lot of money.  He made $50 million.

He's not a drug dealer.  He's a trader.  He has a legitimate source of income.  Even the government concedes that.  More than half of the funds, they don't even say are illegitimate or fraud proceeds.  Out of the 49-point-whatever-million-dollars, they're saying it's only 23.

So they concede that he was a good trader, and he was.  He was terrific at it.

They shove the burden on us.  They write:  "It's farfetched to argue that earning $23 million in two years is

1    not pervasive and persistent fraud."

2            Judge, it's the government's burden to show

3    probable cause as to why the funds are fraudulent.  We don't

4    have to fight our way out of it.  It's their burden, and they

09:58AM  5    have to do that.

6            They argue that if he gains $50,000 or something

7    in fraud and uses that legitimately, that whole million that he

8    gained is now fraudulent proceeds, but that's not even their

9    theory.  Their theory is that everything was comingled

09:58AM 10    together, and you can't tell what was fraud and what wasn't.

11            So we know there was no probable cause issued in

12    the affidavit and there was no probable cause in the

13    superseding indictment, which, again, only talks about

14    specifically as to Mr. Rybarczyk, about $250,000 in fraud.

09:59AM 15            And because of that, their civil forfeiture

16    theory under (a)(1)(C) fails and they have no civil forfeiture

17    under money laundering because there are no proceeds of the SUA

18    that they've specifically identified.

19            And they certainly haven't identified any conduct

09:59AM 20    in their affidavit where Mr. Rybarczyk hid money.  All the

21    accounts were in his own name.  There was no concealment and

22    certainly when there's no promotional money laundering, he took

23    that money out of the market actually and put it in a bank

24    account.

09:59AM 25            And under 1957, the spending statute, they have

1   no allegations that he knew that these were fraudulent proceeds

2   and they have no allegations of specific trades or wires or

3   anything that were more than 10,000 dollars' worth.  So they

4   have two fails.

5               And they tried to then say, "Well, we haven't

6   traced the money."

7               But we don't need to now because under 984 --

8   18 USC 984 -- there's this one-year rule where money is

9   fungible and so we can seize the amount regardless.  But,

10  again, that only applies if they file a civil asset forfeiture

11  complaint within the one year; and here they have not.  That's

12  undisputed.  And so they can't rely on that one year.  They

13  have to trace the proceeds, and they haven't done so.

14              So at best what are we looking at, Your Honor?

15  We're looking at $18 million that was seized.  46 percent is

16  alleged to be fraudulent.  That's what the -- the government's

17  numbers, accepting everything that they did, that they say

18  46 percent is alleged to be --

19              THE COURT:  Let's back up.  How are you getting

20  18 million?

21              MR. ROSEN:  Well, 18 million, that's the amount seized

22  or held by Bank of America that he doesn't have access to.

23              THE COURT:  The three accounts?

24              MR. ROSEN:  The three accounts.

25              THE COURT:  I didn't get any statements for the last

1    six to nine months in any of these.

2         MR. ROSEN:  I don't know that we're able to get the

3    statements from those now that they've been seized.  I don't

4    know if we have the ability to print out the statements.

10:01AM   5         THE COURT:  Okay.  Because they quit like in June

6    of '22.

7         MR. ROSEN:  Right.  His trading effectively, as the

8    government alleges in their affidavit, effectively ended.

9    We're happy to provide -- to the extent we can get them, we're

10:01AM   10   happy to provide any additional statements that we have; but

11   effectively it's sort of a status quo from June onwards.

12        THE COURT:  Okay.  But we're still talking about these

13   three accounts?

14        MR. ROSEN:  Three accounts, $18 million seized.  They

10:01AM   15   allege 23 million in fraud out of 50 million.  That is about

16   46 percent of the total proceeds were fraud proceeds; so

17   46 percent of 18 million, which is based on the theory that

18   things are comingled together, is 8.4 million.

19             So even accepting, Your Honor, everything that

10:02AM   20   they say, which of course we do not, 8.4 million is all they

21   were allowed to take out of the bank accounts.

22             I would like to briefly address the Franks

23   hearing arguments because we have moved for a Franks hearing.

24   The government takes issue on two grounds with the Franks

10:02AM   25   hearing.  One, the materiality; and, one, intent.  They don't

1    say we've alleged a reckless disregard for the truth.

2              Materiality -- and we've talked -- we've cited in

3    our brief a couple of times the Mokbel case before

4    Chief Judge Rosenthal.  We've taken issue and we've provided

10:02AM   5    evidence, the entirety of how they calculated and came to

6    profits.  We literally attached the tweets that show that they

7    weren't fraudulent proceeds and the government did not even

8    contest that.

9              By that definition alone, what we've alleged is

10:03AM   10   clearly material to the magistrate judge's determination that

11   $23 million wasn't fraud.  To me, that's a -- you know, sort

12   of, you know, an easy one, as Mr. Armstrong alleges.

13             The reckless disregard for the truth also we've

14   clearly shown.  Again, we have no allegations as to what the

10:03AM   15   agent reviewed; no allegations as to what he relied upon;

16   conclusory statements throughout the entirety that this is

17   $23 million in fraud; and we've shown that the major tickers

18   they're relying upon to get to that 23-million-dollar mark were

19   not fraudulent proceeds.  We attached those tweets, and the

10:03AM   20   government does not dispute them.

21             And just like in Mokbel, the inaccurate

22   characterization of prime evidence that they used to get to the

23   proceeds figure clearly demonstrates a reckless disregard for

24   the truth of what those tweets actually meant.

10:04AM   25             And, Judge, we also finally take issue with

1    whether we have to go by what they call the Jones-Farmer rule

2    versus whether we can use Rule 41(g) to get the funds back.

3    And I'll just briefly address this and I'll wrap up and

4    obviously answer any questions Your Honor can ask me.

10:04AM  5         The Jones-Farmer rule simply sets a floor.  If

6    you can show that you need the money for your lawyer and you

7    can show that there's something wrong with PC, you're

8    automatically entitled to a hearing.  It doesn't say that's the

9    only method that you can use.

10:04AM  10        You can also use Rule 41(g), as again Chief

11   Judge Rosenthal addressed that very issue.  If you can show

12   that your property was unlawfully seized, which is what we've

13   done here, we're entitled to it back; and that's all we're

14   asking for.

10:05AM  15        The property is not alleged in an indictment.

16   There's no civil asset forfeiture complaint that we can fight.

17   We have no remedy other than to seek relief before this Court

18   and demand it back under Rule 41(g).  That's all we've got;

19   and, therefore, we're entitled to rely on that rule because it

10:05AM  20   would be unjust based on the facts that we've shown to keep the

21   money in the government's hands.

22        Thank you.

23        THE COURT:  Mr. Carter, who wants to weigh in from your

24   side?

10:05AM  25        MR. CARTER:  I will, Your Honor.  Thank you.

1          Your Honor, a couple of things before we get into

2    the heart of it.  First of all, I think that the defense and

3    government agree on at least one thing, which is that probable

4    cause has been found in this case; and let's put a pin in that,

10:05AM  5    because we will return to that, as a marker of how the Court

6    should proceed in the available remedies to this defendant.

7          Secondly I'll be honest.  I didn't follow the

8    story about the tattoo all that well, but those type of

9    arguments in which -- well, first of all, much of what you

10:06AM  10   heard was jury argument.  Those are arguments for a jury in

11   October and in much the same way that Mr. Ford argued that

12   specific ticker symbols were or were not fraudulent or valid in

13   some way, you just heard a repeat of that argument.

14         And for the same reasons it fails under the same

10:06AM  15   analysis because those are arguments for a jury later.  They do

16   not implicate what's going on here, which is a probable cause

17   seizure warrant.

18         And before we get into that, let's just

19   acknowledge, everybody in the courtroom, that we are in the

10:06AM  20   presence of greatness, Judge.  This defendant, Mr. Rybarczyk,

21   took $50,000; and in three years, he turned it into 49 million.

22   That makes him either the greatest trader in the history of

23   mankind since the inception of financial markets or he's

24   involved in a massive and pervasive fraud as alleged in the

10:07AM  25   indictment.

1          Now, Judge, let's talk about the seizure

2     warrants, which, as we would all agree, have not actually been

3     executed because the government does not have the money to

4     return; but under the theory that if you were to release the

10:07AM   5     stay that they would be, we can proceed.

6          Now the defense wants to the proceed under 41(g).

7     Unfortunately that is not the correct avenue.  The defendant

8     has an avenue for remedy.  Absolutely.  Once an indictment --

9     or once a seizure warrant has been found and issued through

10:07AM   10    probable cause -- and in this case by a magistrate judge -- the

11    remedy in this case is a Jones-Farmer hearing and that's fine

12    if we get to that point.  There are certain thresholds that the

13    defense must meet.

14         Now, to challenge those seized funds, they've

10:08AM   15    asked the Court to take an equitable remedy under 41(g).  41(g)

16    is primarily used for assets seized pre-indictment.  That is

17    not the case here, Judge.

18         This defendant has been on notice since December

19    that all of his assets that are traceable to forfeitable funds

10:08AM   20    are on the block.  It is included in both of the indictments.

21    So there's no issue of notice here.  41(g) is an equitable

22    remedy, which the Court can apply post-indictment, but the law

23    asks the Court to take notice of and use the available remedies

24    as it's been established by case law, which in this district is

10:08AM   25    Jones-Farmer.

1          A Jones-Farmer hearing could be applicable in

2    this case or not; but that is the absolute remedy for a seizure

3    warrant in which the defense is explicitly saying, "Well, these

4    are not seizable.  They are untainted funds."

10:09AM   5          Well, when we have a dispute about what is and is

6    not tainted funds, as in what is the proceeds of fraud, the

7    remedy for that is a Jones-Farmer hearing.

8          Now, the defense wants to circumnavigate that

9    through 41(g), and I understand that.  I get that.  But once

10:09AM  10    you have a finding of probable cause, which we have in this

11    case, then you have to make -- if you want to avoid a

12    Jones-Farmer hearing, you have to make the 41(g) argument,

13    which should fail, because it's simply an equitable argument

14    and there's really no case law and it's not the preferred

10:09AM  15    method of determining what is and is not tainted funds, which

16    is the issue in this case.

17          Fortunately the defense also makes a Franks

18    motion, but at no point do they allege reckless conduct.  At no

19    point do they allege intentional misleading of the magistrate

10:10AM  20    judge.

21          What they're alleging is insufficiency.  Well, it

22    wasn't insufficient for the magistrate judge who found it.

23    They go on and on about how there's no ticker symbols that are

24    included that would support such a finding; and then they

10:10AM  25    circle back around and say, "Well, STX, obviously that was

1    included."

2              But we have to knock that out through this long

3    analysis.  We've replied and counter-replied.

4              The point is the Court does not need to get there

10:10AM  5    as to sort out what ticker symbols may or may not lead to

6    fraudulently obtained and, therefore, forfeitable funds,

7    because that is reserved for a Jones-Farmer hearing or for a

8    judge and jury at the end of the case trial.  Those are all

9    questions that can go to a judge or a jury at the end of the

10:10AM  10    trial, assuming that there is a conviction.

11              So, Your Honor, ultimately what we're left with

12    is the defendants trying to circumnavigate a validly issued

13    seizure warrant for funds that come from frankly an incredible

14    source -- and I use that in a literal term, not credible -- and

10:11AM  15    pick and choose which ticker symbols they would like to apply

16    and which they would not.

17              The Court does not need to engage in that.  By

18    applying the actual law here, if the defense wants to make that

19    argument, they need to make it through a Jones-Farmer hearing

10:11AM  20    should they meet the required threshold.

21              Thank you, Your Honor.

22         THE COURT:  Let me ask you a couple of questions,

23    Mr. Carter.

24              I've looked at three Bank of America accounts and

10:11AM  25    I don't want to necessarily go into specifics because it's a

1    public hearing and I don't think we need to.  But one looks

2    like a savings account of some sort, one looks like a checking

3    account of some sort and one is a trust.

4         The government in your reply makes reference to a

10:12AM   5    "trading account."  What do you mean when you say that?

6         MR. CARTER:  Your Honor, if you'll look at the

7    affidavit, which I have another copy of it if you'd like --

8         THE COURT:  Just tell me what's in it.

9         MR. CARTER:  Essentially those three bank accounts

10:12AM  10   you've referenced, the three bank accounts at BOA that are at

11   issue here, were all funded from the same E*TRADE trading

12   account.  That is the account that the original $50,000 went

13   into and through which the 49 million flows.

14        THE COURT:  Okay.  But that account is not at issue, is

10:12AM  15   it?

16        MR. CARTER:  As far as we -- that account is not at

17   issue --

18        THE COURT:  Okay.

19        MR. CARTER:  -- to answer your question, yes.

10:12AM  20        THE COURT:  That's what I was trying to figure out, if

21   there was a fourth account that I didn't know anything about.

22        MR. ROSEN:  No, there isn't, Your Honor.

23        If I could just briefly respond to two very quick

24   points.

10:13AM  25        THE COURT:  Yes.

1          MR. ROSEN:  One, the idea that Jones-Farmer is the

2    exclusive remedy is firmly rebutted by Judge Rosenthal just two

3    years ago in this very courthouse in Mokbel in a

4    post-indictment seizure warrant analysis in which she firmly

10:13AM  5    held that Rule 41(g) can be used to get the funds back.

6    There's nothing special about Jones-Farmer that makes it simply

7    the only avenue for, you know -- for retreat.

8                The other point about reckless disregard for the

9    truth, the agent, specifically averred, Paragraph 34 of the

10:13AM 10    affidavit, that there were specific trades that they have

11    identified which added up to the fraud figure.  Now the

12    government is saying in their opposition that actually that

13    didn't happen.  They don't need to go through specifics.

14                And, two, we've identified at least five or six

10:14AM 15    tickers that are uncontested that shows that that actually

16    isn't true.  So based on that alone, there is certainly a

17    reckless disregard for the truth.

18          THE COURT:  Okay.  Let me tell both sides I'm less

19    concerned about the vehicle that gets it here than I am about

10:14AM 20    the actual merits of whether something should be seized or not.

21    And I know both sides realize that the vehicle may influence

22    the burden of proof or what somebody has to show or that type

23    of thing.

24                But I guess, Mr. Rosen, I understand your client

10:14AM 25    says, "Look.  It's my money, I made it.  I don't want the

1    government to have it."

2         That's clearly the case from your standpoint, I

3    would think.  But what does it matter if the account is frozen

4    as opposed to the government having it, for instance, in the

10:15AM  5    trust account, which I assume is a trust that he can't or

6    shouldn't invade?

7         MR. ROSEN:  It's also frozen, Your Honor.  It was a

8    pretrial services condition that he can't spend more than

9    $5,000 from those funds without pre-approval, and there's no

10:15AM  10   allegations that he has violated that.

11        THE COURT:  Okay.  And, Mr. Carter, if that's the case,

12   why does the government need to seize it?

13        MR. CARTER:  Your Honor, the government would like for

14   the victims in this case to have a pool of money at the end of

10:15AM  15   the case.  There are extensive victims.  We would worry about

16   depreciation.  We would worry about continued trading activity,

17   frankly, that would depreciate that.  If the Court --

18        THE COURT:  I don't know.  If we're in the presence of

19   greatness, no telling what 15 million could become.

10:16AM  20        MR. CARTER:  Oh, I agree, Judge.  I agree.

21        And to be fair, some of the other defendants have

22   had significant reversals in fortune now that the trading has

23   tapered off.  Or the conspiracy at least.  So we would like to

24   avoid that as well.

10:16AM  25        Your Honor, the vehicle is the same.  The

1    government should seize it.  It will go, as I understand, to

2    the U.S. Marshals and be held in trust.  One way or the other,

3    he wouldn't have access to it until the case is done; and

4    that's frankly what the law provides.

10:16AM  5        THE COURT:  All right.  I'm granting the defendant's

6    motion as to the accounts ending in 6719 and 3511.  I'm

7    freezing the account -- and I'll enter an order to this

8    effect -- that ends in 1461.

9            And in that regard, Mr. Carter, it preserves the

10:17AM  10   largest assets should the defendant be found guilty and should

11   the victims have suffered, while it allows the defendant to,

12   one, live his life; and, two, pay his lawyers, but under the

13   same terms and conditions that it's been under with the

14   5,000-dollar limit and getting permission.

10:18AM  15           So that's my ruling as to Mr. Rybarczyk's three

16   accounts.  And I'm also allowing him to keep the possession of

17   the automobiles in question with the same limitation that he

18   can't dispose of them because at least the ones I've looked at

19   through the accounts I've looked at are all well in excess of

10:18AM  20   $5,000.  He can't dispose of them without the Court's

21   permission.

22       MR. CARTER:  Your Honor, just to clarify, because the

23   Court and obviously the government did not receive the full

24   bank account records, it's hard for us to understand exactly

10:18AM  25   what is in those accounts at this point.  I'm sure the defense

1    will rectify that immediately; but in terms of freezing the

2    account of 1461, when you say, "freeze it" --

3         THE COURT:  I'm going to leave -- I'm going to enter an

4    order telling Bank of America that they have to hold it.

5         MR. CARTER:  Okay.

6         THE COURT:  It's not going to be in your possession,

7    but it's not going to be accessible by the defendant.

8         MR. CARTER:  Thank you, Your Honor.

9         MR. ROSEN:  I can represent that the records we

10   provided this Court were taken from the government's discovery.

11        THE COURT:  Okay.  All right.  Those are the motions

12   that I had scheduled.

13             The government has proposed a scheduling order.

14   It's opposed.  And I'll be frank.  I know we've gotten some

15   written oppositions from some of the defendants that I have not

16   seen yet, but Rhonda tells me they've been filed.

17             Let me ask and it's not -- I'm not just limiting

18   it to Mr. Constantinescu's and Mr. Rybarczyk's lawyers, because

19   if we have any other lawyers from the other of the defendants

20   here in the courtroom, what's the main problem that you have

21   with the government's proposal?

22        MR. FORD:  Your Honor, if I may -- and I understand

23   that we've been set for trial in October.  As it stands, were

24   slated to get a substantial amount of information on June 5th,

25   so this summer.  It is a very truncated period of time to try

1   to prepare for this case.  As a practical matter, given the

2   number of defendants, the novelty of the charges and the

3   complexity, I don't think as a practical matter any of us could

4   possibly be adequately prepared.

10:20AM   5        Right now what we're looking at, as I said,

6   they've alleged 402 separate purported pump-and-dump schemes.

7   It's going to require us to sift through and understand trading

8   records, communications from various sources regarding each of

9   those 402 instances.  That is a heavy lift.  So I just don't

10:21AM  10  see it as being practical in that time period to be able to do

11  that.

12        THE COURT:  How do I resolve your concern, counsel,

13  Mr. Ford, with other defendants' concerns saying, "I want a

14  speedy trial.  I want to go to trial right now"?

10:21AM  15        I mean, because the conspiracy count, I mean, I

16  don't see any practical way of not trying that altogether.  I

17  mean, it just doesn't make any sense either for judicial

18  economy or for either presentation of the case.  It just

19  doesn't.  So I think there's going to have to be -- I don't see

10:22AM  20  any way in the world that I could sever anyone from this.

21        MR. FORD:  Your Honor, I tend to agree on that.  You've

22  previously designated the case as complex; and while I don't

23  want to have an adversarial relationship with any of my joint

24  defense counsel here on this issue, as a practical matter we

10:22AM  25  have to look at the totality of the case, the number of the

1    defendants, the nature of the charges, the determination that

2    it has been designated a complex case.  I just don't think that

3    October is a practical time to do it.

4              As to whether or not there is a speedy trial

10:22AM   5    violation, I certainly don't have authority to talk on behalf

6    of another client or another attorney's client; but with

7    regards to my client, we don't think it's applicable, one,

8    because we've waived and, two, because we're a case that's

9    designated as complex, it permits a carve-out for the Court to

10:23AM   10   schedule the trial at a later date to prepare -- all parties to

11   prepare adequately for the trial.

12             THE COURT:  Let me ask you since you brought it up

13   earlier, Mr. Ford.  I mean, essentially what you were arguing

14   before was a motion for summary judgment, you know, if I can

10:23AM   15   put it into civil terms, basically that -- or a motion to

16   dismiss, a 12(b)(6) motion saying they don't have a cause of

17   action, you know, what we did -- let's assume everything they

18   said was true.  They still lose, "they" being the government.

19   What do you feel is the best way to tee up that issue?

10:23AM   20             MR. FORD:  Well, through a motion to dismiss, as you

21   mentioned.  I will say in all candor, as I understand, that

22   argument will only apply to a 1348 securities fraud claim and

23   not the 1349 conspiracy charge.

24             THE COURT:  Right.

10:24AM   25             MR. FORD:  But I will preview for the Court that I take

1    issue with that charge as well.

2            But with regards to this issue of really just not

3    understanding when a client can sell after having made a

4    positive statement about a stock, that, I think, is teed up.  I

10:24AM  5    think it's applicable; and I think we're dealing with a very

6    serious restriction, like I said, on the liberty to participate

7    in free-market transactions.  That goes above and beyond what

8    the securities laws, as opposed to insiders -- I do think the

9    issue is a very real and live issue and it's something we've

10:24AM 10    been investigating very deeply and we're prepared to move

11    quickly on this issue before the Court.

12            So that's our position on it, Your Honor.

13            THE COURT:  Mr. Hilder, do you want to weigh in?

14            MR. HILDER:  Yes, Judge.

10:25AM 15            We would concur with Mr. Ford; but I think what

16    may be realistic here is to amend the scheduling order to also

17    include dispositive motions filed by a date particular.  But

18    I'm thinking that that would be sometime in the fall because

19    once the government discloses who their experts are, we're

10:25AM 20    going to need to retain experts, the experts are going to have

21    to understand certain things and also communicate to us some of

22    the theories that would lend itself to dispositive motions.

23            And truth be known, unless my counting is -- and

24    my mathematics is in error, I think there's only one

10:25AM 25    codefendant that hasn't waived speedy trial or won't waive

1  speedy trial at this point, I suspect; but I think everybody

2  else is in concurrence that we do need time.

3  This is a sophisticated case; and if we have

4  dispositive motions sometime in the fall, then I would assume

10:25AM  5  that we would have trial into the beginning part of next year

6  or thereabouts.

7  THE COURT:  What's the government's feeling?

8  MR. ARMSTRONG:  Your Honor, I'm not going to put words

9  in Your Honor's mouth; but I thought Your Honor was fairly

10:26AM  10  clear at our last motions hearing that the October trial date

11  was pretty firm.

12  THE COURT:  Well, and a lot of that I'm basing on the

13  fact that we did have one defendant -- and I'm sorry.  As I'm

14  sitting here --

10:26AM  15  MS. CORDOVA:  I'm counsel for that defendant,

16  Your Honor.  Laura Cordova.

17  Mr. Hennessey did not waive the speedy trial.  I

18  don't want to interrupt, but I'm happy to --

19  THE COURT:  No, no.  That's why I wanted to bring this

10:26AM  20  up with y'all present.

21  MR. ARMSTRONG:  And so, Your Honor, a few points.

22  Number 1, we took Your Honor's words to heart and

23  we gave A-Plus work in our March 31st disclosure and we will

24  continue doing that A-Plus work on the June 5th disclosure that

10:26AM  25  all parties agreed to, except for Mr. Deel's counsel, who

1    wasn't here, that that was an acceptable date and we are

2    meeting every single discovery milestone in this case.

3          And what we don't think should be fair to have

4    happen is for us to put everything aside to do just that and

10:27AM  5    then have the trial date pulled out from underneath us when the

6    defendants then have the benefit of all of our A-Plus

7    disclosures for however many months until this trial gets

8    reset.

9          The difficulty as well is that if we reset this

10:27AM  10    trial, there are, of course, eight defense attorneys in this

11    case and finding a new date will probably be equally as

12    difficult.

13          THE COURT:  I'm not -- I want to make this schedule

14    work if I can do it; but I'm cognizant of what Mr. Ford just

10:27AM  15    said, too.

16          MR. ARMSTRONG:  And, Your Honor, if I may.  The

17    dispositive motion issue, a motion to dismiss an indictment, as

18    Your Honor knows, is an incredibly uphill battle and there is

19    no summary judgment procedure under the criminal rules.  That's

10:27AM  20    what trial is for, and so to argue that they need discovery to

21    then have a summary judgment procedure on the indictment is

22    just nonsensical.

23          THE COURT:  No, and I wasn't -- I was using that just

24    as an analogy, a reference.

10:28AM  25          MR. ARMSTRONG:  Of course.

1          THE COURT:  But essentially what Mr. Ford was arguing

2      was when it's all said and done, this ain't a crime.

3          MR. ARMSTRONG:  We obviously disagree with that.

4          THE COURT:  I know you disagree and in some instances

10:28AM  5      some judges would say, "Well, let's just try the case and if I

6      believe that, I'll just set aside the verdict."

7          MR. ARMSTRONG:  Right.

8          THE COURT:  But this seems like an important issue to

9      at least establish before we get that far.

10:28AM  10          MR. ARMSTRONG:  I think Your Honor hit the nail on the

11      head.  This case is not complicated in the sense of the theory.

12      It's a scheme to defraud that's modeled off the wire fraud

13      statutes that have been on the books since before I was even

14      born; and a scheme to defraud is evident in this case where, as

10:29AM  15      Your Honor said, you say one thing and you do the opposite.

16      That involves false statements and an obvious intent to

17      defraud.  So in some respect, the factual issues are actually

18      not that complicated notwithstanding the voluminous discovery.

19          THE COURT:  All right.  Ms. Cordova, you want to weigh

10:29AM  20      in?

21          MS. CORDOVA:  Yes, Your Honor.  Thank you very much.

22          I'm Laura Cordova on behalf of Mitchell

23      Hennessey.  We filed a response, which is actually not in

24      opposition to the government's motion for a scheduling order.

10:29AM  25      We don't oppose the schedule.  We obviously wanted to go

sooner; but with the October date, we're willing to stick to

that.  We do not want a continuance and our motion was joined

by Mr. Matlock and Mr. Deel, so three defendants joined this

motion.

Our objection, our request from the government,

is that they provide the factual detail underlying what we

think are the core factual allegations in this case that are

the basis of our motion to dismiss.

For example, RGLS is one of the companies at

issue.  They have provided no allegations other than the broad

allegations that Mr. Armstrong has articulated.  They haven't

said which type of false statements occurred with respect to

RGLS.

For a motion to dismiss, that's important, we

think, because there is a difference in the law between a

statement of opinion and what is required to prove that that

was false, which would be what Mr. Ford was talking about

earlier, "What I think is going to happen with the stock" as

opposed to a statement of fact.  There's a different standard

there.

THE COURT:  Let me ask you this, and let's assume for

argument that I agree that there is a distinction between

those.  If I have a zillion followers on Twitter and I say,

"Man, this is the greatest thing since sliced bread," that's a

statement I would think of opinion, but at the same time I'm

1    saying that, I'm dumping my shares, is that actionable?

2        MS. CORDOVA:  Your Honor, I believe it would be in

3    certain circumstances, but the bar understandably is much

4    higher and I don't want to speak ahead of having fully briefed

10:31AM  5    this; but my understanding generally speaking is that you have

6    to prove both objective and subjective falsity in those

7    instances, both that it is not as great as sliced bread and

8    that you did not believe it was as great as sliced bread at the

9    time.

10:31AM  10       THE COURT:  And both of those sound like jury issues to

11   me.

12        MR. ARMSTRONG:  Materiality.

13        MS. CORDOVA:  Well, but it goes to whether a statement

14   can ever be false as well.  Some statements, obviously under

10:31AM  15   the First Amendment, are protected speech.  And that is another

16   issue that if they don't tell us what the statements are that

17   we have to defend against, then we don't know what is -- so,

18   for example, satire.  Satire is protected First Amendment

19   speech.  If they're saying something satirical, if it's a

10:32AM  20   satirical account -- I'm not saying that necessarily applies.

21   Like I said, I don't want to get too far ahead of our briefed

22   arguments.

23        THE COURT:  Well, let me back up.  Mr. Ford showed me a

24   spreadsheet earlier today that basically tied each defendant to

10:32AM  25   each stock.  Tell me why that's not enough for you to get

1    there.

2          MS. CORDOVA:  So because a few reasons, and we have

3    our -- I don't know if you saw our response, but it does lay

4    out why we --

10:32AM  5          THE COURT:  No, I haven't.  That's why I led this off

6    that I haven't had a chance to look at any of the responses;

7    but since I had y'all here, I wanted to talk about it.

8          MS. CORDOVA:  So there's a couple of reasons.  First of

9    all, they're just saying that they're going to produce this in

10:32AM  10   June.  So they're acknowledging that they're going to produce

11   the false statements.  We're saying produce them now.  You

12   presented them to the grand jury, you have them, produce them.

13   Let us know what they are so we can start digging in.

14          Because I will tell you, Your Honor, from my

10:32AM  15   perspective, I personally spent several days digging through

16   evidence for one stock compiling because it's not just -- and

17   they made that clear earlier today.  It's not just what my

18   client said.  I can go through and say there's nothing here.

19   I've got to look at everybody else.

10:33AM  20          And not only that, they've charged -- they've

21   alleged with their unindicted co-conspirators, who they refuse

22   to identify for us so I don't even know.  Is this guy who said

23   something about it, do I need to worry about what he said?  I

24   don't know.

10:33AM  25          And so until they tell us, these are the false

statements.  This is what you have to defend against and then
we can get ready.  And we will get ready.  Even if they don't
do that, we're going to be ready.

THE COURT:  Is that going be part of the June
disclosure, Mr. Armstrong?

MR. ARMSTRONG:  Which part, Your Honor?

THE COURT:  "These are the statements we think are
false."

MR. ARMSTRONG:  Absolutely.

THE COURT:  Is there a way you can make that kind of a
flowing discovery?  When you have the statements organized, you
can release them as soon as you can because I think Ms. Cordova
is right, especially with regard to the conspiracy count.
You've got to not only worry about your own statements, you've
got to worry about the other statements.

MR. ARMSTRONG:  Your Honor, the problem with flowing
discovery is that it's always used against you.

THE COURT:  Of course it is.  That's why you have it.

MR. ARMSTRONG:  Especially in a trial like this where
you have eight defense attorneys and, what, 50 attorneys on the
other side.

And so we want to be thorough and we want to get
it right and we want to make sure, as Mr. Williams alluded to
in our last hearing, that we don't miss something and then we
have to include it or supplement our disclosures.  So we want

1    to have the final set, the trial-ready set on June 5th, which

2    we will.

3         THE COURT:  And how -- give me a ballpark.  How many --

4    let's say with one stock, just pick one out of the -- how many

10:34AM  5    statements are we talking about?

6         MR. ARMSTRONG:  The false statements?  False and

7    misleading statements?

8         THE COURT:  Yeah.  15 or 20 per stock?

9         MR. ARMSTRONG:  I would say just back of the envelope

10:34AM 10   probably more than 1500.

11        THE COURT:  Really?

12        MR. ARMSTRONG:  Yeah.  But, Your Honor, those are all

13   tied to the specific tickers and the specific date range, some

14   of which are one or two days and so it's very easy to figure

10:35AM 15   out what the relevant statements are and what the relevant

16   trading records are based on our March 31st disclosure.

17        THE COURT:  Okay.

18        MS. CORDOVA:  Your Honor, I would just say I've done

19   that with respect to one stock; and it is not clear.  I have a

10:35AM 20   stock of documents this big with all the Twitter statements,

21   all the Discord statements, the trading.

22             I don't know what I've got to defend at trial.  I

23   mean, I can sit there and I can guess, like, maybe this is it.

24   Maybe this is it.  My client looks clean, but what do I know

10:35AM 25   until they tell me what they think he said was false because

they might get it wrong.  That just happens.  They may think
something was false and we can prove as a matter of fact it was
not and we need to know that.

THE COURT:  I think that's inherent in this case.  I
mean, and that's going to be for the jury to decide, quite
frankly, what was false and what's not.

All right.  I'm going to leave the June 5th
deadline where it is.

Mr. Armstrong, if you get done earlier, I'd like
you to get it to the defendants as soon as possible.

I'm going to look at this schedule.  Right now
I'm leaving the October trial date where it is.

And Mr. Ford, that may mean some late nights for
you; but I'm still leaving it where it is.

I'll play with these various deadlines.  I'm a
little worried, for instance; and I understand the reason for
it, but if any of the other defense lawyers in here want to
weigh in on this proposed scheduling order, get me something or
tell me right now.

MR. LEWIS:  If I may, Your Honor.  Chip Lewis for
Mr. Cooperman.

With deference to the government's yeoman-like
work in production, our team is a little bit behind the curve
because of my own personal schedule that had 21 months of the
last 30 in trial between Durst and the death penalty case I

1    just finished.

2              I've got 22 trials set between now and October

3    the 28th.  We will work very, very hard to get up to speed; but

4    I don't want Mr. Hilder to feel like the Lone Ranger.  And I

10:37AM  5    will supply the Court in writing a little bit more color of the

6    schedule.

7              With the respect that I have particularly for

8    this Court, I don't want to tell the Court in September, "I'm

9    going to be in trial again, Your Honor, and not available in

10:37AM  10   October."

11             So I will lay it out for the Court; but I do

12   believe, as Mr. Hilder's position for his client, there are

13   other of us defendants -- and Mr. Ford put it very well -- that

14   quite frankly do not, given our experience, believe we are

10:37AM  15   going to have done the duty our clients have hired us to do

16   with that trial date.

17             And like I said, I'll put it in writing so

18   His Honor has an opportunity to study it; but I didn't want

19   this opportunity to pass and His Honor to say, "Well,

10:38AM  20   Mr. Lewis, why did you just sit there looking pretty and not

21   speak up?"

22             Thank you, Your Honor.

23        MR. REYES:  Your Honor, Luis Reyes for Mr. Matlock.

24             Just to weigh in on the record and to clarify our

10:38AM  25   position with regards to the trial date as set, as Mr. Hilder

has said, we do believe, especially from what we've heard today

in court, that this is headed towards a dispositive motion.

What we don't believe is we can do that

adequately, especially with a June 5th deadline for the

statements and what other.

But we'd just like to say on the record that

Matlock opposes the schedule.  We do believe there's a motion

to dismiss that will be valuable for this Court, that will

allow for judicial efficiency, and then can set a path forward

from there.  But as we see it right now, we do believe we need

time to do that and do it thoroughly.

THE COURT:  Help me here, counsel.  I don't see this

motion.  I think it's important, if nothing else -- and I know

y'all don't want to go through the motions just to educate the

Court; but quite frankly, that's always helpful.

But I don't see this as being fact-based at all.

I mean, I think this is a -- we're going to assume everything

the government has alleged is true; but even so, you got

nothing.  I mean, that's kind of the way I heard Mr. Ford's

argument was, you know, everything they said, you know, okay

they opined on something.  They bought the stock, they sold the

stock.  Everything they did was basically legal.

I mean, that's what I'm hearing and obviously

that was a simplistic rendition of it so I don't think -- I see

this as being two different tracks.  I see the discovery as

1    being the really important track because y'all need to get the

2    information and be able to evaluate it, but I see this other --

3    so I'm going to probably dual-track this because I'm going to

4    look at, okay, I want to see the legal issue, you know,

10:40AM   5    probably by June to say, okay -- and I'm probably going to

6    order, like, if you've got a motion to dismiss -- and I know

7    there's one I haven't ruled on, on the money laundering

8    thing -- and I'll treat it kind of like a summary-judgment-type

9    schedule in that I will get y'all to file your motions to

10:40AM   10   dismiss, get the government to respond, and give y'all a chance

11   to reply.

12           But I see this as really on the legal side of

13   things as opposed to the factual side of things.

14           So I don't see them being necessarily

10:41AM   15   interdependent because, you know, it's not like a summary

16   judgment in the sense that, hey, there's a fact issue here

17   because, I mean, the fact issues don't matter.  They're going

18   to go to the jury and the jury is going to decide that.

19           But I do see it as a summary judgment in that,

10:41AM   20   you know, essentially the government is in the shoes of a

21   plaintiff and, hey, they don't have a cause of action.

22           MR. REYES:  Your Honor, we would only add that -- I

23   don't disagree with the Court.  I do think that the facts can

24   inform the legal argument to a certain extent in terms of

10:41AM   25   knowing the full universe of what's out there against the

1    defendants, but I don't disagree with this would be a legal

2    argument.

3              THE COURT:  Okay.  All right.  Well, if anybody else

4    wants to weigh in on this scheduling order, because I'm

10:42AM  5    probably going to enter one.  But as of right now, the June 5th

6    deadline stays where it is, the trial date stays where it is;

7    and we're working under that assumption.

8              MR. WILLIAMS:  Judge, I have a brief question.  Given

9    the scheduling order and the statements just made about the

10:42AM 10    volume of tweets per ticker and the number of tickers disclosed

11    on March 31st, what is the government's estimate for trial in

12    this case, because that may affect different people's

13    scheduling responses especially given the volume of demands on

14    Mr. Lewis's time.

10:42AM 15              THE COURT:  A day?  Two days?

16              MR. ARMSTRONG:  Your Honor, I haven't given it too much

17    thought.

18              THE COURT:  Lucius Bunton approach.  Y'all are too

19    young to understand that reference.

10:42AM 20              MR. ARMSTRONG:  I would say our case-in-chief as the

21    case stands with all the defendants in it right now would

22    probably be two weeks at the most.

23              THE COURT:  Two weeks for your case?

24              MR. ARMSTRONG:  Yes, Your Honor.

10:43AM 25              THE COURT:  Okay.  We'll work on that; but, I mean, the

way I view this is -- and I don't like to try people's cases
for them; but it's in our handbook for federal judges that we
end up doing that anyway, that here is the stock, here is what
they said.  Kind of what you did today:  Here is what they did.

10:43AM

And then I'm not putting words in the mouth of
Mr. Williams, but they're going to get up and say:  Here is
what we said.  We said the sun rises in the east.  It does rise
in the east.  You know, what's false about that?

And then the jury eventually is going to have to

10:44AM

resolve the intent and the truth or falsities of some things.

MR. ARMSTRONG:  So, Your Honor, the only reason why I
think that it might be on the longer side of things is that
there are essentially 20 substantive counts and so we just have
not come to grounds sitting here today how many individual

10:44AM

retail investors that are putative victims in this case that
will be testifying.

THE COURT:  I'm just giving you a heads-up though that
this won't be the first time the Court will tell you to be
concise.

10:44AM

MR. ARMSTRONG:  You don't have to worry about that.

MR. WILLIAMS:  Given the current calendar and what I've
heard today, I can see us here through Valentine's Day.

THE COURT:  No.

All right.  Thank y'all.

10:44AM

MR. ARMSTRONG:  Thank you, Judge.

1                     (The proceedings were adjourned.)

2                              *  *  *  *

3                         REPORTER'S CERTIFICATE

4              I, Lanie M. Smith, CSR, RMR, CRR, Official
   Court Reporter, United States District Court, Southern District
5  of Texas, do hereby certify that the foregoing is a true and
   correct transcript, to the best of my ability and
6  understanding, from the record of the proceedings in the
   above-entitled and numbered matter.

7

8                              ___/s/ Lanie M. Smith_____
                               Official Court Reporter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$10** [1] - 9:8
**$11** [1] - 22:19
**$15,000** [1] - 30:5
**$16** [1] - 25:4
**$18** [3] - 27:17, 36:15, 37:14
**$23** [13] - 29:7, 29:12, 29:19, 29:20, 29:21, 32:25, 33:6, 33:7, 33:12, 34:13, 34:25, 38:11, 38:17
**$250,000** [1] - 35:14
**$3,000** [1] - 23:10
**$365,000** [1] - 33:25
**$4.80** [1] - 9:12
**$400,000** [1] - 34:4
**$5,000** [2] - 46:9, 47:20
**$50** [2] - 25:2, 34:16
**$50,000** [3] - 35:6, 40:21, 44:12
**$500** [1] - 25:5
**$700,000** [1] - 22:23
**$ACST** [1] - 16:1
**$DATS** [6] - 10:8, 21:2, 21:18, 22:13, 22:19, 22:24

## '

**'21** [2] - 13:10
**'22** [1] - 37:6

## /

**/s** [1] - 66:8

## 0

**02110** [1] - 2:3

## 1

**1** [6] - 3:25, 9:10, 12:19, 18:15, 18:24, 52:22
**10** [4] - 9:7, 22:21, 25:4, 26:2
**10,000** [1] - 36:3
**10/25** [2] - 23:3, 23:5
**1000** [1] - 1:15
**10:18** [1] - 23:1
**10b5-1** [1] - 24:16
**11-page** [1] - 19:9
**11/10** [1] - 23:8
**11:30** [1] - 22:13
**12** [1] - 1:8
**12(b)(6** [1] - 50:16
**13** [3] - 18:15, 19:21, 21:1
**1348** [5] - 8:6, 8:7, 11:16, 17:2, 50:22
**1348(2** [1] - 11:14
**1349** [2] - 8:5, 50:23
**13F** [1] - 32:5
**13th** [1] - 28:23
**14** [5] - 19:18, 20:2, 20:5, 20:13, 21:21
**1400** [1] - 1:19

**1461** [2] - 47:8, 48:2
**14th** [1] - 22:13
**15** [3] - 30:5, 46:19, 59:8
**1500** [1] - 59:10
**18** [4] - 36:8, 36:20, 36:21, 37:17
**18,000** [1] - 21:11
**1957** [1] - 35:25

## 2

**2** [3] - 4:3, 8:9, 18:9
**2-million-dollar** [1] - 33:20
**20** [2] - 59:8, 65:13
**200** [2] - 33:4
**200-plus** [1] - 33:3
**20005** [1] - 1:19
**2011** [2] - 25:1, 25:7
**2020** [5] - 12:24, 15:23, 15:24, 16:8
**2021** [1] - 21:1
**2023** [2] - 1:8, 18:8
**20th** [1] - 13:10
**21** [4] - 8:12, 12:2, 17:4, 60:24
**22** [1] - 61:2
**22-cr-612** [1] - 3:3
**225** [1] - 2:2
**23** [2] - 34:21, 37:15
**23-million-dollar** [1] - 38:18
**2300** [1] - 1:15
**234** [1] - 18:10
**24** [1] - 23:10
**25** [1] - 14:14
**25,000** [1] - 21:11
**25th** [1] - 10:25
**26th** [1] - 2:2
**28** [1] - 13:10
**28th** [1] - 61:3

## 3

**3** [3] - 9:11, 12:24, 15:23
**30** [6] - 22:19, 22:24, 23:5, 25:23, 60:25
**30++** [1] - 22:14
**30,000** [2] - 21:10, 21:11
**300,000** [1] - 22:22
**31st** [4] - 18:8, 52:23, 59:16, 64:11
**34** [1] - 45:9
**3511** [1] - 47:6
**3700** [1] - 1:22

## 4

**400** [1] - 15:20
**402** [3] - 12:9, 49:6, 49:9
**41(g** [7] - 39:2, 39:10, 41:15, 41:21, 42:9, 42:12, 45:5
**41(g)** [3] - 39:18, 41:6, 41:15
**46** [4] - 36:15, 36:18, 37:16, 37:17
**466,000** [1] - 21:11
**49** [2] - 40:21, 44:13

**49-point-whatever-million-dollars** [1] - 34:21
**4:22-CR-00612** [1] - 1:4
**4:22-cr-00612-3** [1] - 1:4
**4th** [1] - 16:8

## 5

**5** [5] - 9:11, 12:24, 15:24, 21:16, 21:22
**5,000-dollar** [1] - 47:14
**50** [2] - 37:15, 58:20
**50,000** [1] - 22:20
**500** [2] - 25:3, 25:8
**515** [1] - 2:11
**5th** [8] - 13:20, 16:13, 48:24, 52:24, 59:1, 60:7, 62:4, 64:5

## 6

**620** [1] - 1:22
**650,000** [1] - 22:11
**6719** [1] - 47:6

## 7

**77002** [2] - 1:16, 2:12
**77006-3905** [1] - 2:7
**78738** [1] - 1:23

## 8

**8.4** [2] - 37:18, 37:20
**80,000** [1] - 21:10
**8004** [1] - 2:11
**819** [1] - 2:6

## 9

**9.74** [1] - 22:11
**90,000** [1] - 21:11
**91** [4] - 21:14, 21:18, 21:21, 22:8
**95,000** [1] - 21:10
**98,000** [1] - 21:10
**984** [2] - 36:7, 36:8

## A

**a** [280] - 3:15, 3:16, 3:21, 4:1, 4:8, 4:9, 4:25, 5:3, 5:4, 5:7, 5:9, 5:12, 5:20, 5:22, 6:3, 6:4, 6:14, 7:5, 7:15, 7:17, 8:5, 8:10, 8:12, 8:14, 8:24, 9:1, 9:5, 9:8, 9:14, 9:15, 9:23, 10:5, 10:9, 10:12, 10:16, 10:17, 10:18, 10:19, 10:22, 11:2, 11:8, 11:12, 11:14, 11:21, 12:2, 12:7, 12:12, 12:19, 12:23, 12:25, 13:1, 13:5, 13:11, 13:17, 14:6, 14:11, 14:16, 15:2, 16:2, 16:4, 16:10, 16:14, 16:15, 16:16, 16:17, 17:8, 17:17, 17:21, 18:1, 18:8, 18:13, 18:23, 18:24, 18:25, 19:9, 19:19, 20:9, 21:3, 21:5, 21:22, 21:25, 22:2, 22:3,

22:4, 22:13, 22:21, 23:4, 23:6, 23:11, 23:21, 24:11, 24:12, 24:14, 24:20, 24:21, 24:22, 25:13, 25:14, 25:18, 26:1, 26:8, 26:12, 26:13, 26:15, 28:15, 28:16, 29:25, 30:8, 30:15, 30:17, 30:24, 31:6, 31:9, 31:10, 31:11, 31:24, 31:25, 32:5, 32:8, 32:9, 32:10, 32:11, 32:14, 32:15, 32:20, 32:24, 33:10, 33:18, 33:19, 33:20, 33:23, 34:1, 34:5, 34:15, 34:17, 34:22, 35:23, 36:10, 37:11, 37:23, 38:1, 38:3, 38:11, 38:23, 39:5, 39:8, 40:1, 40:4, 40:5, 40:10, 40:13, 40:15, 40:16, 40:24, 41:9, 41:10, 41:11, 42:1, 42:2, 42:5, 42:7, 42:10, 42:11, 42:17, 42:24, 43:7, 43:9, 43:10, 43:12, 43:14, 43:19, 43:22, 43:25, 44:2, 44:3, 44:4, 44:21, 45:3, 45:16, 46:5, 46:7, 46:14, 48:13, 48:24, 48:25, 49:1, 49:3, 49:9, 49:13, 49:24, 50:2, 50:3, 50:4, 50:8, 50:9, 50:10, 50:14, 50:15, 50:16, 50:20, 50:22, 51:3, 51:4, 51:5, 51:9, 51:17, 52:3, 52:12, 52:21, 53:11, 53:17, 53:21, 53:24, 54:2, 54:12, 54:14, 54:23, 54:24, 55:2, 55:14, 55:15, 55:19, 55:22, 55:23, 55:24, 56:13, 56:19, 56:23, 57:2, 57:6, 57:8, 58:10, 58:19, 59:3, 59:19, 60:2, 60:15, 60:23, 61:5, 62:2, 62:4, 62:7, 62:9, 62:17, 62:24, 63:6, 63:8, 63:10, 63:15, 63:16, 63:19, 63:20, 63:21, 63:24, 64:1, 64:8, 64:15, 65:17, 66:5

**A** [3] - 52:23, 52:24, 53:6
**a)(1)(C** [1] - 35:16
**A-Plus** [3] - 52:23, 52:24, 53:6
**AARON** [1] - 1:21
**abandon** [1] - 34:14
**ability** [2] - 37:4, 66:5
**able** [8] - 5:16, 5:25, 17:8, 18:4, 26:6, 37:2, 49:10, 63:2
**about** [68] - 4:3, 4:25, 7:5, 8:4, 8:23, 9:12, 9:17, 10:22, 13:21, 14:11, 14:13, 14:14, 14:17, 14:20, 14:21, 14:25, 15:17, 15:21, 15:25, 16:17, 16:20, 17:1, 17:19, 18:3, 18:7, 19:14, 20:12, 21:16, 21:23, 22:16, 22:22, 22:23, 26:25, 27:6, 29:18, 30:1, 30:18, 31:6, 32:8, 32:11, 33:12, 35:13, 35:14, 37:12, 37:15, 40:8, 41:1, 42:5, 42:23, 44:21, 45:6, 45:8, 45:19, 46:15, 46:16, 51:4, 55:17, 57:7, 57:23, 58:14, 58:15, 59:5, 64:9, 65:8, 65:20
**above** [2] - 51:7, 66:6
**above-entitled** [1] - 66:6
**absolute** [1] - 42:2
**absolutely** [4] - 19:7, 29:22, 41:8, 58:9
**ABVC** [1] - 33:20
**accept** [2] - 10:13, 24:1
**acceptable** [1] - 53:1
**accepting** [2] - 36:17, 37:19
**access** [5] - 15:12, 28:21, 28:22, 36:22, 47:3

**accessible** [1] - 48:7
**accompanied** [1] - 33:14
**according** [8] - 3:17, 11:24, 12:8, 12:16, 24:19, 25:7, 25:24, 25:25
**account** [17] - 3:23, 14:16, 35:24, 44:2, 44:3, 44:5, 44:12, 44:14, 44:16, 44:21, 46:3, 46:5, 47:7, 47:24, 48:2, 56:20
**accounts** [20] - 27:6, 27:7, 27:22, 28:4, 28:10, 29:3, 30:6, 35:21, 36:23, 36:24, 37:13, 37:14, 37:21, 43:24, 44:9, 44:10, 47:6, 47:16, 47:19, 47:25
**accurate** [2] - 4:18, 34:12
**acknowledge** [1] - 40:19
**acknowledging** [1] - 57:10
**across** [1] - 11:19
**ACST** [7] - 12:23, 13:1, 14:13, 15:20, 15:23, 16:4, 16:11
**action** [2] - 50:17, 63:21
**actionable** [1] - 56:1
**activity** [1] - 46:16
**actual** [3] - 4:10, 43:18, 45:20
**actually** [13] - 13:14, 19:18, 20:23, 23:3, 29:25, 30:11, 35:23, 38:24, 41:2, 45:12, 45:15, 54:17, 54:23
**add** [1] - 63:22
**added** [4] - 16:9, 30:25, 31:2, 45:11
**adding** [1] - 30:25
**addition** [1] - 13:19
**additional** [3] - 12:14, 14:23, 37:10
**address** [4] - 3:6, 12:5, 37:22, 39:3
**addressed** [1] - 39:11
**adequately** [3] - 49:4, 50:11, 62:4
**adjourned** [1] - 66:1
**administration** [1] - 9:16
**ADMP** [4] - 13:9, 14:19, 15:14, 15:18
**adopted** [1] - 17:25
**adversarial** [1] - 49:23
**advice** [3] - 25:22, 31:17, 32:23
**advised** [1] - 6:10
**advisor** [1] - 24:22
**affect** [1] - 64:12
**affiant's** [1] - 29:6
**affidavit** [10] - 27:15, 29:4, 29:12, 30:1, 33:2, 35:12, 35:20, 37:8, 44:7, 45:10
**affirmative** [1] - 24:2
**after** [17] - 3:16, 4:4, 4:21, 5:9, 9:9, 17:12, 20:3, 21:9, 21:12, 21:15, 21:17, 22:18, 22:25, 27:24, 28:24, 32:12, 51:3
**again** [25] - 6:19, 6:25, 10:25, 11:1, 11:20, 13:13, 13:15, 15:9, 16:10, 20:13, 22:9, 22:18, 22:23, 23:14, 24:21, 29:7, 29:17, 34:3, 35:13, 36:10, 38:14, 39:10, 61:9
**against** [6] - 9:3, 9:22, 56:17, 58:1, 58:17, 63:25
**agent** [3] - 29:19, 38:15, 45:9
**aggregated** [1] - 33:5
**aggregating** [1] - 18:16
**ago** [2] - 18:1, 45:3

**agree** [6] - 40:3, 41:2, 46:20, 49:21, 55:22
**agreed** [1] - 52:25
**ahead** [4] - 3:9, 28:20, 56:4, 56:21
**AHPI** [1] - 33:25
**ain't** [1] - 54:2
**all** [63] - 3:3, 5:25, 6:20, 7:9, 7:13, 9:3, 9:8, 9:16, 11:1, 12:7, 13:2, 13:6, 14:7, 14:20, 14:24, 15:3, 19:21, 21:23, 23:12, 26:10, 26:20, 26:22, 27:9, 29:6, 29:18, 30:1, 30:6, 30:12, 30:19, 30:20, 30:21, 31:17, 31:22, 35:20, 37:20, 39:13, 39:18, 40:2, 40:8, 40:9, 41:2, 41:19, 43:8, 44:11, 47:5, 47:19, 48:11, 50:10, 50:21, 52:25, 53:6, 54:2, 54:19, 57:9, 59:12, 59:20, 59:21, 60:7, 62:16, 64:3, 64:21, 65:24
**allegations** [10] - 29:18, 33:18, 36:1, 36:2, 38:14, 38:15, 46:10, 55:7, 55:10, 55:11
**allege** [3] - 37:15, 42:18, 42:19
**alleged** [18] - 8:2, 8:12, 12:18, 13:11, 18:14, 30:1, 30:10, 31:15, 33:25, 36:16, 36:18, 38:1, 38:9, 39:15, 40:24, 49:6, 57:21, 62:18
**alleges** [2] - 37:8, 38:12
**alleging** [2] - 24:7, 42:21
**allow** [1] - 62:9
**allowed** [2] - 34:10, 37:21
**allowing** [2] - 17:13, 47:16
**allows** [1] - 47:11
**alluded** [1] - 58:23
**almost** [1] - 9:11
**alone** [2] - 38:9, 45:16
**already** [2] - 13:24, 15:5
**also** [13] - 3:20, 6:10, 6:11, 11:7, 18:25, 38:13, 38:25, 39:10, 42:17, 46:7, 47:16, 51:16, 51:21
**although** [1] - 15:6
**altogether** [1] - 49:16
**always** [2] - 58:17, 62:15
**am** [2] - 32:21, 45:19
**Amazon** [1] - 25:20
**amend** [1] - 51:16
**Amendment** [3] - 33:23, 56:15, 56:18
**AMERICA** [1] - 1:4
**America** [7] - 28:4, 28:5, 28:18, 28:23, 36:22, 43:24, 48:4
**amongst** [1] - 19:7
**amount** [3] - 36:9, 36:21, 48:24
**an** [36] - 3:23, 4:21, 8:10, 8:22, 9:25, 10:6, 11:14, 14:1, 18:2, 22:11, 24:2, 24:11, 24:12, 24:23, 25:1, 25:16, 26:4, 31:13, 38:12, 39:15, 41:8, 41:15, 41:21, 42:13, 43:13, 47:7, 48:3, 49:23, 53:1, 53:17, 53:18, 53:24, 54:8, 54:16, 61:18
**analogy** [1] - 53:24
**analysis** [3] - 40:15, 43:3, 45:4
**analyst** [1] - 24:23
**and** [382] - 1:8, 3:11, 3:17, 3:18, 3:20,

3:22, 4:4, 4:8, 4:11, 4:13, 4:14, 4:23, 5:1, 5:4, 5:6, 5:12, 5:20, 5:22, 5:24, 6:9, 6:10, 6:17, 6:18, 6:19, 6:24, 7:3, 7:6, 7:25, 8:6, 8:17, 8:18, 8:25, 9:4, 9:22, 9:24, 10:1, 10:2, 10:10, 10:11, 10:20, 11:1, 11:2, 11:6, 11:12, 11:21, 11:24, 12:10, 12:11, 12:17, 12:18, 12:19, 12:24, 13:1, 13:2, 13:4, 13:10, 13:11, 13:14, 13:20, 14:17, 14:21, 14:24, 14:25, 15:7, 15:19, 15:20, 15:23, 16:4, 16:8, 16:14, 16:18, 16:19, 16:22, 17:5, 17:6, 17:24, 18:4, 18:5, 18:11, 18:15, 18:19, 18:20, 18:21, 18:25, 19:1, 19:2, 19:4, 19:5, 19:7, 19:11, 19:15, 19:16, 19:17, 19:18, 19:22, 19:23, 19:24, 19:25, 20:1, 20:5, 20:6, 20:10, 20:11, 20:15, 20:20, 20:22, 21:5, 21:8, 21:16, 21:17, 21:22, 21:23, 22:9, 22:18, 22:23, 23:8, 23:13, 23:14, 23:22, 24:4, 24:18, 24:21, 25:2, 25:3, 25:17, 25:10, 25:14, 25:19, 26:7, 26:11, 26:15, 26:16, 26:17, 27:17, 28:21, 28:23, 28:24, 29:6, 29:22, 29:23, 30:1, 30:2, 30:3, 30:5, 30:10, 30:12, 30:13, 30:18, 30:19, 30:20, 30:21, 30:23, 30:24, 31:1, 31:3, 31:6, 31:8, 31:12, 31:15, 31:20, 31:22, 31:24, 32:2, 32:5, 32:8, 32:21, 33:2, 33:5, 33:6, 33:14, 33:17, 33:20, 33:21, 33:23, 33:24, 34:3, 34:5, 34:7, 34:12, 34:22, 35:1, 35:4, 35:7, 35:10, 35:12, 35:15, 35:16, 35:19, 35:21, 35:23, 35:25, 36:2, 36:5, 36:9, 36:11, 36:12, 36:13, 37:25, 38:2, 38:4, 38:5, 38:7, 38:17, 38:19, 38:21, 38:25, 39:3, 39:6, 39:13, 39:18, 39:19, 40:2, 40:4, 40:11, 40:14, 40:18, 40:21, 40:24, 41:9, 41:10, 41:11, 41:23, 42:5, 42:9, 42:14, 42:15, 42:23, 42:24, 42:25, 43:3, 43:6, 43:8, 43:14, 43:15, 43:16, 43:24, 44:1, 44:3, 44:13, 45:14, 45:21, 46:9, 46:11, 46:21, 47:2, 47:3, 47:6, 47:7, 47:9, 47:10, 47:12, 47:13, 47:14, 47:16, 47:23, 48:14, 48:17, 48:18, 48:22, 49:2, 49:6, 49:7, 49:22, 50:8, 50:22, 51:5, 51:7, 51:9, 51:10, 51:21, 51:23, 52:3, 52:12, 52:13, 52:21, 52:22, 52:23, 53:1, 53:3, 53:4, 53:11, 53:16, 53:18, 53:20, 53:23, 54:2, 54:4, 54:5, 54:14, 54:15, 54:16, 55:2, 55:3, 55:16, 55:21, 55:23, 56:4, 56:6, 56:7, 56:10, 56:15, 57:2, 57:16, 57:18, 57:20, 57:25, 58:1, 58:2, 58:20, 58:22, 58:23, 58:24, 59:3, 59:6, 59:13, 59:14, 59:15, 59:19, 59:23, 60:2, 60:3, 60:5, 60:6, 60:13, 60:16, 60:25, 61:2, 61:4, 61:9, 61:13, 61:17, 61:19, 61:20, 61:24, 62:5, 62:9, 62:11, 62:13, 62:23, 63:2, 63:5, 63:6, 63:8, 63:10, 63:18, 63:21, 64:7, 64:9, 64:10, 65:1, 65:5, 65:6, 65:9, 65:10, 65:13, 65:21, 66:5, 66:5, 66:6

  **ANDREW** [1] - 1:10
  **anger** [1] - 5:21

**angry** [1] - 6:18
**another** [11] - 7:14, 13:7, 22:22, 23:16, 23:22, 27:12, 32:22, 44:7, 50:6, 56:15
**answer** [5] - 12:1, 17:11, 23:18, 39:4, 44:19
**anticipate** [1] - 5:22
**any** [26] - 5:18, 5:19, 6:21, 6:24, 8:15, 17:11, 23:18, 26:5, 26:6, 27:4, 27:16, 31:17, 33:22, 35:19, 36:25, 37:1, 37:10, 39:4, 48:19, 49:3, 49:16, 49:17, 49:20, 49:23, 57:6, 60:17
**anybody** [3] - 13:5, 28:9, 64:3
**anyone** [1] - 49:20
**anything** [6] - 5:23, 6:3, 6:15, 15:17, 36:3, 44:21
**anyway** [1] - 65:3
**apologize** [1] - 6:16
**apparent** [1] - 8:18
**apparently** [2] - 20:1, 33:24
**appear** [1] - 12:2
**APPEARANCES** [1] - 1:13
**appears** [5] - 4:20, 11:5, 11:6, 13:9, 15:1
**Apple** [1] - 14:2
**applicable** [3] - 42:1, 50:7, 51:5
**application** [1] - 24:4
**applies** [2] - 36:10, 56:20
**apply** [3] - 41:22, 43:15, 50:22
**applying** [1] - 43:18
**appreciate** [2] - 17:12, 21:6
**approach** [1] - 64:18
**appropriate** [2] - 6:3, 26:8
**approval** [1] - 46:9
**approximately** [1] - 22:11
**APRIL** [1] - 1:8
**are** [75] - 3:11, 4:1, 6:7, 8:2, 8:6, 8:17, 9:4, 11:18, 12:18, 13:11, 15:19, 16:13, 18:25, 19:1, 19:3, 19:4, 19:22, 20:1, 21:23, 23:11, 24:16, 26:14, 27:21, 27:22, 27:23, 28:5, 28:8, 28:10, 29:18, 32:4, 34:19, 35:3, 35:17, 36:14, 36:19, 37:18, 40:10, 40:15, 40:19, 41:12, 41:19, 41:20, 42:4, 42:23, 43:8, 44:10, 45:15, 46:15, 47:19, 48:11, 51:19, 51:20, 53:1, 53:10, 54:17, 55:7, 56:15, 56:16, 57:13, 57:25, 58:7, 59:5, 59:12, 59:14, 59:15, 59:16, 61:12, 61:14, 64:18, 65:13, 65:15
**argue** [4] - 19:11, 34:25, 35:6, 53:20
**argued** [1] - 40:11
**arguing** [3] - 26:12, 50:13, 54:1
**argument** [14] - 23:4, 26:11, 26:12, 34:15, 40:10, 40:13, 42:12, 42:13, 43:19, 50:22, 55:22, 62:20, 63:24, 64:2
**arguments** [6] - 31:9, 37:23, 40:9, 40:10, 40:15, 56:22
**arm** [1] - 32:11
**Armstrong** [5] - 3:8, 38:12, 55:11, 58:5, 60:9
**ARMSTRONG** [26] - 1:17, 3:7, 3:10,

17:16, 26:21, 52:8, 52:21, 53:16, 53:25, 54:3, 54:7, 54:10, 56:12, 58:6, 58:9, 58:16, 58:19, 59:6, 59:9, 59:12, 64:16, 64:20, 64:24, 65:11, 65:20, 65:25
**around** [5] - 6:14, 20:10, 22:19, 30:20, 42:25
**articulated** [1] - 55:11
**as** [102] - 5:10, 6:3, 7:16, 9:4, 9:5, 9:17, 10:13, 10:18, 11:11, 12:12, 13:16, 13:24, 13:25, 14:1, 14:13, 15:10, 15:11, 15:12, 15:15, 16:15, 17:9, 18:5, 19:13, 19:21, 20:20, 21:20, 23:6, 23:9, 23:11, 23:18, 24:12, 25:10, 25:14, 27:15, 30:25, 31:5, 32:20, 35:3, 35:14, 37:7, 38:12, 38:14, 38:15, 39:10, 40:5, 40:24, 41:2, 41:24, 42:6, 43:5, 44:16, 46:4, 46:24, 47:1, 47:6, 47:15, 48:23, 49:1, 49:3, 49:5, 49:10, 49:22, 49:24, 50:4, 50:9, 50:20, 50:21, 51:1, 51:8, 52:13, 53:9, 53:11, 53:17, 53:24, 54:14, 55:18, 56:7, 56:8, 56:14, 58:12, 58:23, 60:2, 60:10, 61:12, 61:25, 62:10, 62:16, 62:25, 63:12, 63:13, 63:19, 64:5, 64:20
**aside** [2] - 53:4, 54:6
**ask** [5] - 39:4, 43:22, 48:17, 50:12, 55:21
**asked** [1] - 41:15
**asking** [1] - 39:14
**asks** [1] - 41:23
**assertion** [1] - 29:6
**asset** [2] - 36:10, 39:16
**assets** [3] - 41:16, 41:19, 47:10
**Associates** [1] - 2:6
**assume** [5] - 46:5, 50:17, 52:4, 55:21, 62:17
**assumed** [1] - 26:18
**assuming** [2] - 28:17, 43:10
**assumption** [1] - 64:7
**at** [68] - 5:25, 6:7, 9:2, 10:15, 14:13, 14:20, 16:15, 18:9, 18:12, 19:11, 20:9, 20:10, 21:15, 22:6, 22:11, 22:13, 23:12, 25:2, 25:6, 26:7, 26:9, 29:6, 29:18, 30:1, 31:9, 31:10, 32:2, 33:22, 34:6, 34:23, 36:14, 36:15, 40:3, 42:18, 43:8, 43:9, 43:24, 44:6, 44:10, 44:14, 44:16, 45:14, 46:14, 46:23, 47:18, 47:19, 47:25, 49:5, 49:25, 50:10, 52:1, 52:10, 54:9, 55:9, 55:25, 56:8, 57:6, 57:19, 59:22, 60:11, 62:16, 63:4, 64:22
**Atlas** [2] - 18:13, 19:6
**attach** [3] - 33:17, 34:3, 34:4
**attached** [3] - 29:4, 38:6, 38:19
**attacked** [1] - 17:21
**attempted** [1] - 3:18
**attempting** [1] - 24:14
**Attorney's** [1] - 1:14
**attorney's** [1] - 50:6
**attorneys** [3] - 53:10, 58:20
**attributed** [1] - 6:9
**August** [1] - 11:3

**Austin** [1] - 1:23
**authority** [1] - 50:5
**autocorrect** [1] - 31:4
**automatically** [1] - 39:8
**automobiles** [1] - 47:17
**available** [4] - 17:11, 40:6, 41:23, 61:9
**avenue** [3] - 41:7, 41:8, 45:7
**Avenue** [1] - 1:19
**average** [1] - 22:11
**averred** [1] - 45:9
**avoid** [2] - 42:11, 46:24
**awaiting** [1] - 25:9
**aware** [1] - 32:21
**away** [1] - 34:14
**axiomatic** [1] - 27:14

## B

**B** [1] - 1:23
**back** [11] - 19:17, 25:5, 30:3, 36:19, 39:2, 39:13, 39:18, 42:25, 45:5, 56:23, 59:9
**background** [1] - 11:11
**bail** [2] - 5:1, 5:20
**ballpark** [1] - 59:3
**bank** [11] - 27:6, 27:7, 27:22, 28:10, 29:3, 30:6, 35:23, 37:21, 44:9, 44:10, 47:24
**Bank** [7] - 28:4, 28:5, 28:18, 28:23, 36:22, 43:24, 48:4
**banks** [1] - 28:14
**bar** [2] - 6:5, 56:3
**barred** [1] - 24:25
**based** [12] - 8:6, 15:16, 16:2, 16:10, 17:21, 17:22, 29:11, 37:17, 39:20, 45:16, 59:16, 62:16
**basically** [9] - 11:17, 26:13, 30:8, 31:4, 33:13, 33:22, 50:15, 56:24, 62:22
**basing** [1] - 52:12
**basis** [2] - 29:13, 55:8
**bat** [1] - 30:4
**battle** [1] - 53:18
**BBI** [1] - 23:16
**be** [59] - 4:11, 5:16, 5:20, 5:25, 8:20, 11:6, 12:13, 17:21, 18:4, 19:9, 22:3, 23:4, 23:23, 26:3, 26:6, 26:12, 26:15, 27:14, 29:23, 32:20, 36:16, 36:18, 39:20, 40:7, 41:5, 42:1, 45:5, 45:20, 46:21, 47:2, 47:10, 48:6, 48:7, 48:14, 49:4, 49:10, 49:19, 51:16, 51:18, 51:23, 53:3, 53:11, 55:17, 56:2, 56:14, 58:3, 58:4, 58:22, 60:5, 61:9, 62:8, 63:2, 64:1, 64:22, 65:12, 65:16, 65:18
**beating** [1] - 22:16
**because** [42] - 3:15, 3:20, 5:14, 11:13, 20:7, 25:7, 27:20, 32:4, 33:1, 33:3, 35:15, 35:17, 36:7, 37:5, 37:23, 39:19, 40:5, 40:15, 41:3, 42:13, 43:7, 43:25, 47:18, 47:22, 48:18, 49:15, 50:8, 51:18, 55:15, 57:2, 57:14, 57:16, 58:12, 59:25,

60:24, 63:1, 63:3, 63:15, 63:17, 64:4, 64:12
**become** [1] - 46:19
**been** [29] - 4:21, 5:21, 6:10, 8:3, 11:9, 11:10, 13:16, 16:7, 17:25, 18:19, 22:16, 28:1, 28:4, 28:6, 28:7, 32:7, 32:17, 37:3, 40:4, 41:2, 41:9, 41:18, 41:24, 47:13, 48:16, 48:23, 50:2, 51:10, 54:13
**BEFORE** [1] - 1:10
**before** [11] - 12:3, 27:18, 28:22, 38:3, 39:17, 40:1, 40:18, 50:14, 51:11, 54:9, 54:13
**beginning** [2] - 6:18, 52:5
**behalf** [3] - 6:13, 50:5, 54:22
**behind** [1] - 60:23
**being** [10] - 5:10, 6:3, 9:17, 10:13, 49:10, 50:18, 62:16, 62:25, 63:1, 63:14
**believe** [16] - 6:11, 7:14, 7:19, 7:24, 15:5, 30:8, 31:3, 54:6, 56:2, 56:8, 61:12, 61:14, 62:1, 62:3, 62:7, 62:10
**believes** [2] - 24:20, 33:19
**Bell** [1] - 16:6
**benefit** [1] - 53:6
**best** [5] - 5:21, 6:19, 36:14, 50:19, 66:5
**better** [1] - 28:12
**between** [7] - 12:24, 13:10, 19:6, 55:15, 55:22, 60:25, 61:2
**beyond** [1] - 51:7
**big** [1] - 59:20
**bill** [3] - 7:15, 31:10, 33:3
**bit** [3] - 32:24, 60:23, 61:5
**black** [1] - 17:20
**blanket** [1] - 6:5
**block** [1] - 41:20
**Blvd** [1] - 2:6
**BOA** [1] - 44:10
**boils** [1] - 31:5
**bona** [1] - 26:5
**book** [1] - 31:21
**books** [1] - 54:13
**born** [1] - 54:14
**Boston** [1] - 2:3
**both** [10] - 7:25, 9:22, 18:14, 27:2, 41:20, 45:18, 45:21, 56:6, 56:7, 56:10
**bottom** [1] - 22:14
**bought** [2] - 34:5, 62:21
**bread** [3] - 55:24, 56:7, 56:8
**brief** [6] - 6:8, 10:14, 30:11, 34:14, 38:3, 64:8
**briefed** [2] - 56:4, 56:21
**briefly** [3] - 37:22, 39:3, 44:23
**bring** [2] - 27:12, 52:19
**bringing** [1] - 26:17
**broad** [1] - 55:10
**brought** [2] - 17:1, 50:12
**Bunton** [1] - 64:18
**burden** [4] - 34:24, 35:2, 35:4, 45:22
**but** [92] - 3:16, 4:3, 4:9, 4:20, 6:9, 7:7, 10:13, 10:16, 11:7, 11:15, 13:6, 13:17,

14:2, 14:9, 15:3, 17:2, 17:12, 18:24, 19:8, 20:21, 21:4, 23:2, 23:17, 26:3, 26:12, 29:1, 29:13, 29:16, 31:4, 31:9, 31:13, 31:25, 32:3, 33:12, 35:8, 36:7, 36:9, 37:10, 37:12, 40:8, 41:4, 41:22, 42:2, 42:9, 42:18, 43:2, 44:1, 44:14, 45:24, 46:3, 47:12, 48:1, 48:7, 48:16, 50:6, 50:25, 51:2, 51:15, 51:17, 52:1, 52:9, 52:18, 53:14, 54:1, 54:8, 55:1, 55:25, 56:3, 56:5, 56:13, 57:3, 57:7, 59:12, 59:24, 60:14, 60:17, 61:3, 61:11, 61:18, 62:6, 62:10, 62:15, 62:16, 62:18, 63:2, 63:12, 63:19, 64:1, 64:5, 64:25, 65:2, 65:6
**buy** [3] - 9:1, 21:16, 25:11
**buying** [3] - 10:20, 22:10, 25:13
**buys** [2] - 10:25, 11:1
**By** [1] - 16:6
**by** [28] - 1:24, 4:20, 6:8, 8:3, 8:12, 11:17, 12:19, 15:19, 16:25, 17:1, 18:13, 23:1, 29:15, 30:8, 30:9, 31:20, 33:15, 36:22, 38:9, 39:1, 41:10, 41:24, 43:17, 45:2, 48:7, 51:17, 55:3, 63:5

## C

**C** [1] - 3:1
**calculated** [1] - 29:20, 38:5
**calendar** [1] - 65:21
**Call** [1] - 3:2
**call** [1] - 39:1
**called** [4] - 3:15, 31:21, 32:10, 32:11
**calls** [1] - 25:18
**Calls** [1] - 31:16
**Camber** [2] - 9:3, 9:14
**came** [5] - 5:3, 9:9, 16:19, 26:9, 38:5
**can** [48] - 3:7, 8:16, 10:6, 10:13, 12:12, 13:23, 17:18, 18:22, 20:5, 23:17, 24:1, 25:1, 25:23, 26:4, 27:14, 32:7, 36:9, 37:9, 39:2, 39:4, 39:6, 39:7, 39:9, 39:10, 39:11, 39:16, 41:5, 41:22, 43:9, 45:5, 48:9, 50:14, 51:3, 53:14, 56:14, 57:13, 57:18, 58:2, 58:10, 58:12, 59:23, 60:2, 62:3, 62:9, 63:23, 65:22
**can't** [12] - 17:7, 19:15, 20:2, 25:23, 25:24, 26:3, 35:10, 36:12, 46:5, 46:8, 47:18, 47:20
**candor** [1] - 50:21
**cannot** [5] - 10:3, 17:21, 18:3, 25:14, 25:15
**capture** [2] - 9:14, 9:17
**CARA** [1] - 1:21
**carbon** [2] - 9:14, 9:17
**carbon-capture** [1] - 9:14
**care** [1] - 4:23
**careless** [1] - 10:9
**CARTER** [12] - 1:14, 28:11, 39:25, 44:6, 44:9, 44:16, 44:19, 46:13, 46:20, 47:22, 48:5, 48:8
**Carter** [7] - 3:15, 28:9, 28:13, 39:23,

43:23, 46:11, 47:9
**carve** [1] - 50:9
**carve-out** [1] - 50:9
**case** [53] - 3:17, 4:4, 4:7, 4:9, 4:11, 4:13, 4:14, 5:19, 7:11, 15:6, 18:23, 19:23, 20:4, 26:3, 31:4, 31:13, 32:3, 38:3, 40:4, 41:10, 41:11, 41:17, 41:24, 42:2, 42:11, 42:14, 42:16, 43:8, 46:2, 46:11, 46:14, 46:15, 47:3, 49:1, 49:18, 49:22, 49:25, 50:2, 50:8, 52:3, 53:2, 53:11, 54:5, 54:11, 54:14, 55:7, 60:4, 60:25, 64:12, 64:20, 64:21, 64:23, 65:15
**case-in-chief** [1] - 64:20
**cases** [1] - 65:1
**cashing** [1] - 32:17
**categories** [2] - 11:18, 11:21
**cause** [13] - 27:15, 27:16, 29:2, 31:10, 35:3, 35:11, 35:12, 40:4, 40:16, 41:10, 42:10, 50:16, 63:21
**caution** [1] - 7:4
**cautioning** [1] - 7:9
**CEI** [2] - 9:7, 9:8
**certain** [5] - 24:21, 41:12, 51:21, 56:3, 63:24
**certainly** [8] - 5:18, 6:1, 6:2, 9:13, 35:19, 35:22, 45:16, 50:5
**CERTIFICATE** [1] - 66:3
**certify** [1] - 66:5
**challenge** [1] - 41:14
**chance** [3] - 18:8, 57:6, 63:10
**change** [1] - 9:18
**changed** [2] - 3:19, 15:7
**changes** [1] - 3:20
**characterization** [1] - 38:22
**charge** [6] - 8:5, 12:8, 17:1, 18:22, 50:23, 51:1
**charged** [4] - 18:24, 18:25, 19:3, 57:20
**charges** [2] - 49:2, 50:1
**chart** [1] - 13:20
**checked** [1] - 19:18
**checking** [1] - 44:2
**chief** [1] - 64:20
**Chief** [2] - 38:4, 39:10
**chip** [1] - 60:20
**choose** [1] - 43:15
**chosen** [1] - 10:11
**chummy** [1] - 5:7
**circle** [1] - 42:25
**circuit** [2] - 13:23, 17:25
**Circuit** [1] - 21:25
**circumnavigate** [2] - 42:8, 43:12
**circumstances** [1] - 56:3
**citations** [1] - 30:12
**cited** [1] - 38:2
**civil** [5] - 35:15, 35:16, 36:10, 39:16, 50:15
**claim** [4] - 16:16, 26:13, 30:23, 50:22
**claims** [2] - 16:12, 29:15

**clarify** [2] - 47:22, 61:24
**clean** [1] - 59:24
**clear** [7] - 18:5, 18:19, 18:20, 27:21, 52:10, 57:17, 59:19
**clearly** [4] - 38:10, 38:14, 38:23, 46:2
**client** [30] - 4:25, 5:21, 6:15, 8:3, 8:13, 8:25, 9:9, 9:19, 9:25, 11:21, 11:23, 14:11, 14:25, 15:15, 15:25, 16:13, 16:20, 17:3, 24:14, 24:19, 25:12, 25:18, 45:24, 50:6, 50:7, 51:3, 57:18, 59:24, 61:12
**client's** [2] - 5:14, 24:4
**clients** [3] - 7:4, 26:14, 61:15
**climate** [1] - 9:18
**close** [3] - 5:4, 10:18, 10:24
**closely** [1] - 3:23
**closer** [1] - 7:21
**co** [1] - 57:21
**co-conspirators** [1] - 57:21
**codefendant** [1] - 51:25
**cognizant** [1] - 53:14
**coin** [2] - 32:10, 32:11
**collapsed** [1] - 32:14
**colleague** [2] - 5:5, 27:7
**color** [1] - 61:5
**column** [2] - 12:19, 15:1
**come** [3] - 17:7, 43:13, 65:14
**comes** [4] - 7:11, 9:24, 10:9, 20:3
**comingled** [2] - 35:9, 37:18
**commentary** [1] - 33:21
**commenting** [1] - 33:22
**commit** [4] - 12:18, 12:25, 15:15, 16:14
**committee** [1] - 21:5
**communicate** [2] - 5:25, 51:21
**communicated** [1] - 14:18
**communication** [2] - 5:4, 14:11
**communications** [5] - 5:5, 6:2, 6:13, 15:4, 49:8
**companies** [1] - 55:9
**company** [2] - 9:15, 34:1
**compared** [1] - 23:11
**compiling** [1] - 57:16
**complaint** [2] - 10:4, 36:11, 39:16
**completely** [2] - 31:12, 32:14
**complex** [3] - 49:22, 50:2, 50:9
**complexity** [1] - 49:3
**complicated** [2] - 54:11, 54:18
**computer** [2] - 1:25, 28:18
**computers** [1] - 14:2
**conceal** [1] - 21:20
**concealed** [1] - 20:7
**concealing** [1] - 22:24
**concealment** [1] - 35:21
**conceals** [2] - 21:20, 22:4
**concede** [1] - 34:22
**conceded** [1] - 34:12
**concedes** [1] - 34:18
**concern** [3] - 7:5, 11:7, 49:12

**concerned** [1] - 45:19
**concerning** [1] - 3:11
**concerns** [1] - 49:13
**concise** [1] - 65:19
**conclusion** [1] - 16:20
**conclusory** [4] - 29:5, 29:17, 29:22, 38:16
**concur** [1] - 51:15
**concurrence** [1] - 52:2
**condition** [3] - 3:5, 5:20, 46:8
**conditions** [3] - 4:2, 5:2, 47:13
**conduct** [4] - 3:13, 16:23, 35:19, 42:18
**conferences** [1] - 31:22
**confidence** [1] - 22:7
**confidential** [1] - 4:12
**connected** [1] - 3:23
**conspiracy** [17] - 8:5, 12:8, 12:25, 13:6, 13:17, 14:15, 15:23, 16:24, 17:1, 18:22, 18:24, 19:5, 19:9, 46:23, 49:15, 50:23, 58:13
**conspirators** [1] - 57:21
**conspired** [3] - 12:18, 15:15, 16:14
**Constantin** [3] - 22:10, 23:2, 23:5
**Constantinescu** [14] - 3:24, 4:5, 5:6, 5:9, 6:9, 10:15, 12:22, 13:1, 13:9, 13:14, 14:11, 21:1, 21:8, 23:9
**CONSTANTINESCU** [5] - 1:7, 1:21, 6:16, 6:23, 7:2
**Constantinescu's** [4] - 3:5, 3:13, 22:15, 48:18
**constantly** [1] - 33:5
**constitutes** [1] - 22:3
**Constitution** [1] - 8:1
**constitutional** [1] - 25:14
**contact** [5] - 4:9, 5:16, 5:18, 7:6, 28:25
**contest** [1] - 38:8
**context** [3] - 5:12, 9:18, 9:22
**continuance** [1] - 55:2
**continue** [1] - 52:24
**continued** [1] - 46:16
**contradicts** [1] - 24:9
**contributing** [1] - 34:9
**conversation** [1] - 4:25
**conviction** [1] - 43:10
**Cooperman** [1] - 60:21
**coordination** [1] - 19:5
**copy** [1] - 44:7
**CORDOVA** [7] - 52:15, 54:21, 56:2, 56:13, 57:2, 57:8, 59:18
**Cordova** [2] - 52:16, 54:19, 54:22, 58:12
**core** [1] - 55:7
**correct** [3] - 10:23, 41:7, 66:5
**correctly** [1] - 5:13
**could** [9] - 10:8, 20:9, 20:16, 23:4, 42:1, 44:23, 46:19, 49:3, 49:20
**counsel** [6] - 4:5, 49:12, 49:24, 52:15, 52:25, 62:12
**count** [4] - 9:2, 10:7, 49:15, 58:13

**counter** [1] - 43:3
**counter-replied** [1] - 43:3
**counting** [1] - 51:23
**counts** [7] - 7:17, 8:7, 8:14, 17:3, 19:3, 20:25, 65:13
**couple** [4] - 38:3, 40:1, 43:22, 57:8
**course** [9] - 9:14, 17:25, 22:2, 27:25, 31:8, 37:20, 53:10, 53:25, 58:18
**court** [3] - 3:2, 32:21, 62:2
**COURT** [85] - 1:1, 3:3, 3:9, 4:15, 4:24, 5:11, 5:24, 6:15, 6:20, 6:24, 7:3, 7:21, 14:4, 17:15, 23:19, 23:22, 24:5, 26:10, 26:18, 26:20, 26:22, 26:25, 27:3, 27:6, 27:9, 27:11, 27:18, 27:20, 28:9, 28:17, 28:20, 33:10, 36:19, 36:23, 36:25, 37:5, 37:12, 39:23, 43:22, 44:8, 44:14, 44:18, 44:20, 44:25, 45:18, 46:11, 46:18, 47:5, 48:3, 48:6, 48:11, 49:12, 50:12, 50:24, 51:13, 52:7, 52:12, 52:19, 53:13, 53:23, 54:1, 54:4, 54:8, 54:19, 55:21, 56:10, 56:23, 57:5, 58:4, 58:7, 58:10, 58:18, 59:3, 59:8, 59:11, 59:17, 60:4, 62:12, 64:3, 64:15, 64:18, 64:23, 64:25, 65:17, 65:23
**Court** [33] - 2:9, 2:9, 2:10, 8:17, 12:5, 15:10, 17:20, 28:14, 28:15, 39:17, 40:5, 41:15, 41:22, 41:23, 43:4, 43:17, 46:17, 47:23, 48:10, 50:9, 50:25, 51:11, 61:5, 61:8, 61:11, 62:8, 62:15, 63:23, 65:18, 66:4, 66:8
**Court's** [2] - 14:3, 47:20
**courthouse** [1] - 45:3
**courtroom** [2] - 40:19, 48:20
**covered** [2] - 30:16, 30:17
**COVID** [1] - 34:2
**created** [1] - 13:18
**credible** [1] - 43:14
**crime** [1] - 54:2
**criminal** [3] - 4:9, 9:22, 53:19
**Criminal** [2] - 1:18, 7:25
**critical** [1] - 15:12
**CRR** [2] - 2:9, 66:4
**CSR** [2] - 2:9, 66:4
**current** [3] - 9:16, 27:20, 65:21
**curve** [1] - 60:23
**custody** [2] - 28:5, 28:8

# D

**D** [1] - 3:1
**DatChat** [1] - 10:7
**date** [13] - 18:19, 50:10, 51:17, 52:10, 53:1, 53:5, 53:11, 55:1, 59:13, 60:12, 61:16, 61:25, 64:6
**dates** [1] - 33:4
**dating** [1] - 16:7
**DATS** [9] - 10:19, 11:4, 20:25, 21:12, 21:18, 22:10, 22:14, 22:16, 23:10
**day** [17] - 9:8, 10:18, 10:21, 13:7, 22:9, 23:21, 25:3, 25:8, 25:10, 30:19, 31:20,

32:12, 64:15
**Day** [1] - 65:22
**days** [7] - 4:4, 10:23, 10:25, 25:24, 57:15, 59:14, 64:15
**DC** [1] - 1:19
**deadline** [3] - 60:8, 62:4, 64:6
**deadlines** [1] - 60:15
**deal** [1] - 34:8
**dealer** [1] - 34:17
**dealing** [2] - 7:17, 51:5
**dealt** [3] - 4:22, 4:24, 5:22
**death** [1] - 60:25
**December** [3] - 4:21, 20:19, 41:18
**decide** [2] - 60:5, 63:18
**Deel** [4] - 13:2, 13:14, 30:9, 55:3
**Deel's** [2] - 30:13, 52:25
**deem** [1] - 26:8
**deeply** [1] - 51:10
**defect** [1] - 11:12
**defend** [4] - 34:13, 56:17, 58:1, 59:22
**DEFENDANT** [5] - 1:21, 2:1, 6:16, 6:23, 7:2
**defendant** [16] - 4:9, 12:19, 12:20, 13:21, 18:13, 28:11, 40:6, 40:20, 41:7, 41:18, 47:10, 47:11, 48:7, 52:13, 52:15, 56:24
**defendant's** [2] - 18:16, 47:5
**defendants** [25] - 7:5, 7:7, 7:9, 12:7, 12:18, 12:25, 19:1, 20:7, 20:9, 20:14, 20:15, 20:16, 20:19, 43:12, 46:21, 48:15, 48:19, 49:2, 50:1, 53:6, 55:3, 60:10, 61:13, 64:1, 64:21
**defendants'** [1] - 49:13
**defense** [14] - 4:5, 7:4, 40:2, 41:6, 41:13, 42:3, 42:8, 42:17, 43:18, 47:25, 49:24, 53:10, 58:20, 60:17
**deference** [1] - 60:22
**definition** [1] - 38:9
**defraud** [5] - 18:25, 22:5, 54:12, 54:14, 54:17
**delayed** [1] - 28:23
**demand** [1] - 39:18
**demands** [1] - 64:13
**demonstrate** [1] - 23:15
**demonstrates** [1] - 38:23
**denial** [1] - 33:10
**deny** [1] - 26:10
**Department** [1] - 1:18
**depreciate** [1] - 46:17
**depreciation** [1] - 46:16
**describe** [1] - 18:11
**described** [3] - 6:7, 9:4, 9:5
**describes** [2] - 19:21, 20:3
**deserve** [2] - 17:5, 17:7
**designated** [3] - 49:22, 50:2, 50:9
**detail** [2] - 20:11, 55:6
**determination** [2] - 38:10, 50:1
**determining** [1] - 42:15
**did** [27] - 7:13, 7:14, 9:10, 9:11, 10:15,

10:18, 10:24, 11:12, 11:25, 13:6, 13:17, 14:7, 30:1, 31:12, 33:8, 34:2, 36:17, 38:7, 47:23, 50:17, 52:13, 52:17, 56:8, 61:20, 62:22, 65:4
**didn't** [10] - 6:11, 11:25, 14:20, 31:13, 33:1, 36:25, 40:7, 44:21, 45:13, 61:18
**difference** [1] - 55:15
**different** [7] - 11:25, 17:21, 26:15, 33:18, 55:19, 62:25, 64:12
**difficult** [1] - 53:12
**difficulty** [1] - 53:9
**digging** [2] - 57:13, 57:15
**Digital** [1] - 32:10
**dime** [1] - 28:16
**dip** [2] - 10:9, 16:9
**direct** [5] - 14:18, 14:21, 14:24, 19:6, 19:7
**directly** [2] - 3:16, 15:11
**disagree** [4] - 54:3, 54:4, 63:23, 64:1
**disagreement** [1] - 10:12
**disclaimed** [1] - 31:17
**disclaiming** [1] - 32:23
**disclose** [1] - 32:5
**disclosed** [2] - 24:6, 64:10
**discloses** [1] - 51:19
**disclosing** [1] - 18:12
**disclosure** [5] - 18:7, 52:23, 52:24, 58:5, 59:16
**disclosures** [2] - 53:7, 58:25
**Discord** [3] - 18:13, 31:2, 59:21
**discourse** [1] - 34:10
**discovery** [8] - 13:24, 48:10, 53:2, 53:20, 54:18, 58:11, 58:17, 62:25
**discussed** [1] - 31:5
**discussing** [1] - 5:23
**dismiss** [8] - 50:16, 50:20, 53:17, 55:8, 55:14, 62:8, 63:6, 63:10
**disparaged** [1] - 3:23
**disparages** [1] - 4:6
**dispose** [4] - 19:12, 24:17, 47:18, 47:20
**dispositive** [5] - 51:17, 51:22, 52:4, 53:17, 62:2
**dispute** [2] - 38:20, 42:5
**disregard** [5] - 38:1, 38:13, 38:23, 45:8, 45:17
**distinction** [1] - 55:22
**district** [1] - 41:24
**District** [4] - 2:10, 2:10, 66:4
**DISTRICT** [3] - 1:1, 1:1, 1:11
**DIVISION** [1] - 1:2
**do** [60] - 5:1, 5:5, 5:16, 5:22, 7:1, 7:7, 7:10, 11:12, 11:23, 11:25, 13:23, 15:3, 18:23, 20:2, 22:13, 22:18, 23:22, 24:3, 24:5, 24:6, 28:6, 29:11, 31:22, 31:24, 33:12, 33:23, 34:10, 35:5, 37:20, 40:15, 42:18, 42:19, 44:5, 49:10, 49:12, 50:3, 50:19, 51:8, 51:13, 52:2, 53:4, 53:14, 54:15, 55:2, 57:23, 58:3, 59:24, 61:11, 61:14, 61:15, 62:1, 62:3, 62:7, 62:10,

62:11, 63:19, 63:23, 66:5
**document** [1] - 13:24
**Document** [1] - 18:10
**documents** [1] - 59:20
**does** [26] - 4:13, 6:15, 12:1, 15:2, 15:3, 16:22, 21:8, 21:20, 21:22, 22:12, 22:18, 23:12, 25:14, 26:13, 28:3, 28:15, 32:24, 34:7, 38:20, 41:3, 43:4, 43:17, 46:3, 46:12, 57:3, 65:7
**doesn't** [5] - 24:6, 36:22, 39:8, 49:17, 49:19
**doing** [8] - 9:21, 21:8, 24:7, 24:9, 26:14, 30:21, 52:24, 65:3
**dollars** [3] - 10:17, 10:22, 32:15
**dollars'** [2] - 10:19, 36:3
**don't** [64] - 6:11, 7:7, 7:10, 8:15, 11:19, 14:2, 15:1, 15:5, 24:8, 25:22, 25:25, 26:25, 27:11, 34:8, 34:13, 34:19, 35:3, 36:7, 37:2, 37:3, 37:25, 43:25, 44:1, 45:13, 45:25, 46:18, 49:3, 49:9, 49:16, 49:19, 49:22, 50:2, 50:5, 50:7, 50:16, 52:18, 53:3, 54:25, 56:4, 56:16, 56:17, 56:21, 57:3, 57:22, 57:24, 58:2, 58:24, 59:22, 61:4, 61:8, 62:3, 62:12, 62:14, 62:16, 62:24, 63:14, 63:17, 63:21, 63:23, 64:1, 65:1, 65:20
**done** [11] - 8:19, 12:4, 27:12, 30:2, 36:13, 39:13, 47:3, 54:2, 59:18, 60:9, 61:15
**down** [7] - 6:17, 7:6, 24:12, 25:4, 25:21, 31:5, 32:6
**dropped** [1] - 25:4
**drug** [1] - 34:17
**drum** [1] - 22:16
**dual** [2] - 18:22, 63:3
**dual-track** [1] - 63:3
**due** [2] - 24:4, 25:15
**duly** [1] - 14:5
**dumb** [1] - 3:15
**dump** [8] - 12:10, 12:17, 13:1, 13:11, 15:23, 16:14, 33:20, 49:6
**dumping** [4] - 20:16, 21:10, 33:5, 56:1
**during** [10] - 8:4, 12:20, 13:3, 13:15, 14:15, 15:22, 16:12, 18:17, 18:19, 34:2
**Durst** [1] - 60:25
**duty** [8] - 26:6, 31:15, 31:17, 31:19, 32:20, 32:21, 32:23, 61:15

## E

**E** [2] - 3:1
**E*TRADE** [1] - 44:11
**each** [7] - 12:17, 12:19, 13:21, 18:16, 49:8, 56:24, 56:25
**earlier** [7] - 9:12, 26:9, 50:13, 55:18, 56:24, 57:17, 60:9
**earned** [3] - 29:7, 29:16, 30:5
**earning** [1] - 34:25
**east** [2] - 65:7, 65:8
**easy** [5] - 18:2, 18:6, 19:12, 38:12,

59:14
**economy** [1] - 49:18
**edited** [1] - 30:23
**educate** [1] - 62:14
**EDWARD** [2] - 1:7, 1:21
**effect** [1] - 47:8
**effectively** [4] - 22:4, 37:7, 37:8, 37:11
**efficiency** [1] - 62:9
**eight** [8] - 12:9, 12:25, 13:5, 13:10, 13:16, 14:18, 53:10, 58:20
**either** [4] - 10:3, 40:22, 49:17, 49:18
**element** [4] - 8:10, 11:14, 11:15, 16:16
**Elon** [1] - 9:16
**else** [5] - 21:16, 52:2, 57:19, 62:13, 64:3
**encourage** [1] - 21:15
**end** [4] - 43:8, 43:9, 46:14, 65:3
**ended** [1] - 37:8
**ending** [1] - 47:6
**ends** [1] - 47:8
**Energy** [2] - 9:3, 9:14
**engage** [1] - 43:17
**engaged** [2] - 13:11, 13:17
**enough** [1] - 56:25
**ensure** [1] - 4:12
**enter** [4] - 24:16, 47:7, 48:3, 64:5
**entertain** [1] - 12:5
**entire** [1] - 32:17
**entirely** [3] - 23:1, 29:5, 30:14
**entirety** [7] - 14:16, 15:24, 16:11, 16:23, 30:6, 38:5, 38:16
**entitled** [4] - 39:8, 39:13, 39:19, 66:6
**envelope** [1] - 59:9
**episodes** [1] - 33:4
**equally** [1] - 53:11
**equitable** [3] - 41:15, 41:21, 42:13
**ERIC** [1] - 2:1
**Eric** [1] - 27:8
**error** [2] - 30:25, 51:24
**escalation** [1] - 3:12
**especially** [5] - 58:13, 58:19, 62:1, 62:4, 64:13
**essential** [1] - 8:10
**essentially** [7] - 11:14, 34:12, 44:9, 50:13, 54:1, 63:20, 65:13
**establish** [1] - 54:9
**established** [2] - 18:6, 41:24
**establishes** [1] - 32:23
**estimate** [1] - 64:11
**evaluate** [1] - 63:2
**even** [17] - 4:9, 16:6, 20:11, 24:17, 26:13, 31:1, 33:17, 34:8, 34:18, 34:19, 35:8, 37:19, 38:7, 54:13, 57:22, 58:2, 62:18
**eventually** [2] - 28:24, 65:9
**ever** [4] - 14:25, 25:23, 33:14, 56:14
**every** [5] - 14:10, 18:18, 19:8, 33:13, 53:2
**everybody** [4] - 25:10, 40:19, 52:1,

57:19
**everyone** [1] - 21:16
**everything** [8] - 35:9, 36:17, 37:19, 50:17, 53:4, 62:17, 62:20, 62:22
**evidence** [13] - 15:15, 17:22, 17:23, 18:4, 18:20, 18:21, 18:22, 19:3, 19:5, 19:9, 38:5, 38:22, 57:16
**evident** [1] - 54:14
**exact** [1] - 22:12
**exactly** [6] - 10:2, 18:11, 19:19, 20:3, 23:15, 47:24
**examining** [1] - 32:3
**example** [11] - 8:22, 10:6, 13:8, 16:19, 23:16, 24:16, 25:1, 29:25, 33:20, 55:9, 56:18
**examples** [2] - 20:21, 23:13
**Excel** [4] - 14:1, 14:6, 14:9, 14:22
**except** [2] - 3:12, 52:25
**excess** [1] - 47:19
**excised** [1] - 11:14
**excited** [1] - 25:19
**exclusive** [1] - 45:2
**executed** [1] - 41:3
**Exhibit** [1] - 18:9
**exhibits** [1] - 34:3
**experience** [2] - 9:21, 61:14
**experts** [3] - 51:19, 51:20
**explain** [1] - 15:3
**explained** [1] - 16:8
**explaining** [1] - 29:14
**explanations** [1] - 17:22
**explicitly** [1] - 42:3
**extensive** [1] - 46:15
**extent** [8] - 5:20, 6:4, 6:10, 15:6, 17:6, 23:25, 37:9, 63:24
**extremely** [2] - 6:18, 29:22

## F

**F** [1] - 10:10
**face** [3] - 8:18, 9:20, 10:3
**fact** [14] - 4:5, 10:24, 16:6, 22:4, 23:10, 25:12, 30:11, 31:5, 52:13, 55:19, 60:2, 62:16, 63:16, 63:17
**fact-based** [1] - 62:16
**facts** [2] - 39:20, 63:23
**factual** [6] - 11:11, 29:6, 54:17, 55:6, 55:7, 63:13
**fail** [1] - 42:13
**fails** [3] - 35:16, 36:4, 40:14
**fair** [2] - 46:21, 53:3
**fairly** [1] - 52:9
**fall** [3] - 7:12, 51:18, 52:4
**false** [48] - 8:10, 8:18, 9:4, 9:5, 9:20, 11:6, 11:10, 11:19, 11:22, 12:3, 13:22, 15:1, 15:3, 15:16, 16:17, 16:20, 17:4, 17:6, 18:12, 18:14, 19:1, 19:22, 19:24, 20:1, 20:4, 20:6, 21:25, 22:2, 25:6, 30:9, 30:10, 30:12, 30:22, 33:14, 54:16, 55:12, 55:17, 56:14, 57:11, 57:25, 58:8,

59:6, 59:25, 60:2, 60:6, 65:8
**falsely** [1] - 18:19
**falsities** [1] - 65:10
**falsity** [10] - 8:21, 10:2, 11:11, 15:2, 19:16, 19:19, 20:12, 20:18, 31:11, 56:6
**familiar** [1] - 22:2
**fans** [1] - 16:6
**far** [4] - 5:6, 44:16, 54:9, 56:21
**farfetched** [1] - 34:25
**Farmer** [11] - 39:1, 39:5, 41:11, 41:25, 42:1, 42:7, 42:12, 43:7, 43:19, 45:1, 45:6
**fashion** [1] - 5:8
**FBI** [2] - 28:25, 29:19
**Federal** [1] - 7:25
**federal** [1] - 65:2
**feel** [3] - 5:21, 50:19, 61:4
**feeling** [1] - 52:7
**few** [2] - 52:21, 57:2
**fide** [1] - 26:5
**fiduciary** [2] - 26:6, 32:20
**Fifth** [1] - 21:25
**fight** [3] - 23:23, 35:4, 39:16
**figure** [9] - 19:15, 28:24, 32:25, 33:13, 34:11, 38:23, 44:20, 45:11, 59:14
**file** [2] - 36:10, 63:9
**filed** [6] - 3:12, 7:15, 29:5, 48:16, 51:17, 54:23
**filing** [1] - 32:6
**filings** [1] - 30:18
**FILIPPELLI** [1] - 1:21
**final** [1] - 59:1
**finally** [2] - 28:25, 38:25
**finance** [1] - 31:21
**financial** [1] - 40:23
**finding** [3] - 42:10, 42:24, 53:11
**fine** [1] - 41:11
**finish** [2] - 11:19, 16:25
**finished** [1] - 61:1
**FinTwit** [1] - 21:5
**fire** [1] - 3:15
**firm** [1] - 52:11
**firmly** [2] - 45:2, 45:4
**first** [17] - 8:23, 9:2, 10:20, 11:7, 12:22, 13:4, 14:6, 15:19, 16:1, 17:6, 24:13, 27:6, 28:22, 40:2, 40:9, 57:8, 65:18
**First** [3] - 33:23, 56:15, 56:18
**five** [8] - 8:6, 8:13, 10:23, 17:3, 25:24, 26:1, 27:17, 45:14
**floor** [1] - 39:5
**Floor** [1] - 2:2
**flowing** [2] - 58:11, 58:16
**flows** [1] - 44:13
**focused** [1] - 17:2
**focuses** [1] - 30:8
**follow** [1] - 40:7
**followers** [5] - 21:23, 22:24, 23:7, 30:15, 55:23
**following** [1] - 10:21

**for** [103] - 3:8, 3:12, 6:14, 8:14, 8:17, 10:7, 10:13, 13:7, 14:23, 14:24, 16:1, 16:5, 16:7, 16:9, 16:19, 17:3, 17:15, 18:16, 20:25, 22:16, 23:5, 23:10, 23:16, 24:9, 24:11, 24:16, 25:4, 25:16, 26:1, 26:2, 28:13, 29:1, 29:6, 29:9, 29:23, 31:24, 32:25, 33:20, 34:4, 36:25, 37:23, 38:1, 38:13, 38:23, 39:6, 39:14, 40:10, 40:14, 40:15, 41:8, 41:16, 42:2, 42:7, 42:22, 43:7, 43:13, 45:7, 45:8, 45:17, 46:4, 46:13, 47:24, 48:23, 49:1, 49:17, 49:18, 50:9, 50:11, 50:14, 50:25, 52:15, 52:25, 53:4, 53:7, 53:20, 54:24, 55:9, 55:14, 55:21, 56:18, 56:25, 57:16, 57:22, 60:5, 60:13, 60:16, 60:20, 61:7, 61:11, 61:12, 61:23, 62:4, 62:8, 62:9, 64:11, 64:23, 65:2
**FOR** [3] - 1:14, 1:21, 2:1
**FORD** [18] - 1:21, 4:16, 4:25, 5:12, 6:1, 7:15, 7:23, 14:5, 23:21, 23:25, 24:8, 26:16, 26:19, 27:10, 48:22, 49:21, 50:20, 50:25
**Ford** [22] - 1:22, 4:15, 7:13, 17:18, 18:20, 19:14, 19:25, 23:2, 23:19, 26:11, 27:11, 32:20, 40:11, 49:13, 50:13, 51:15, 53:14, 54:1, 55:17, 56:23, 60:13, 61:13
**Ford's** [3] - 23:9, 31:8, 62:19
**foregoing** [1] - 66:5
**forfeitable** [2] - 41:19, 43:6
**forfeiture** [4] - 35:15, 35:16, 36:10, 39:16
**form** [1] - 6:24
**former** [1] - 5:4
**forth** [1] - 30:3
**fortunately** [1] - 42:17
**fortune** [1] - 46:22
**forward** [1] - 62:9
**found** [4] - 40:4, 41:9, 42:22, 47:10
**four** [3] - 9:3, 19:24
**fourth** [1] - 44:21
**frank** [1] - 48:14
**Franklin** [1] - 2:2
**frankly** [6] - 43:13, 46:17, 47:4, 60:6, 61:14, 62:15
**Franks** [4] - 37:22, 37:23, 37:24, 42:17
**Fraud** [1] - 1:18
**fraud** [36] - 8:8, 8:13, 9:2, 9:21, 10:7, 11:16, 15:16, 16:16, 17:3, 22:1, 29:7, 29:14, 29:16, 29:20, 31:11, 32:14, 32:25, 33:6, 33:7, 33:19, 33:25, 34:9, 34:20, 35:1, 35:7, 35:10, 35:14, 37:15, 37:16, 38:11, 38:17, 40:24, 42:6, 45:11, 50:22, 54:12
**fraudulent** [8] - 33:24, 35:3, 35:8, 36:1, 36:16, 38:7, 38:19, 40:12
**fraudulently** [1] - 43:6
**free** [3] - 5:24, 26:7, 51:7
**free-market** [1] - 51:7
**Freedman** [1] - 2:1

**freeze** [1] - 48:2
**freezing** [2] - 47:7, 48:1
**Friedland** [1] - 2:1
**friend** [1] - 5:4
**friendly** [1] - 5:8
**friends** [1] - 5:15
**from** [32] - 3:6, 6:21, 10:3, 15:23, 17:18, 17:20, 18:20, 22:1, 24:25, 28:9, 29:7, 32:15, 33:6, 34:14, 37:3, 37:11, 39:23, 43:13, 44:11, 46:2, 46:9, 48:10, 48:15, 48:19, 49:8, 49:20, 53:5, 55:5, 57:14, 62:1, 62:10, 66:6
**front** [2] - 7:11, 23:24
**frozen** [2] - 46:3, 46:7
**fruits** [1] - 13:18
**full** [3] - 25:4, 47:23, 63:25
**fully** [1] - 56:4
**fund** [2] - 31:22, 32:9
**fundamental** [3] - 11:15, 16:15, 19:10
**funded** [1] - 44:11
**funds** [27] - 27:1, 29:10, 29:15, 29:24, 32:4, 34:19, 35:3, 39:2, 41:14, 41:19, 42:4, 42:6, 42:15, 43:6, 43:13, 45:5, 46:9
**fungible** [1] - 36:9
**further** [2] - 4:13
**future** [6] - 8:24, 8:25, 10:6, 11:24, 31:18, 33:15

## G

**G** [1] - 3:1
**gained** [2] - 33:19, 35:8
**gains** [1] - 35:6
**Galaxy** [1] - 32:10
**Gates** [1] - 29:9
**gave** [1] - 52:23
**gears** [1] - 32:24
**general** [2] - 11:18, 33:10
**generally** [1] - 56:5
**generic** [1] - 11:20
**get** [37] - 4:13, 5:21, 15:12, 25:5, 26:18, 27:18, 29:19, 29:21, 32:25, 36:25, 37:2, 37:9, 38:18, 38:22, 39:2, 40:1, 40:18, 41:12, 42:9, 43:4, 45:5, 48:24, 54:9, 56:21, 56:25, 58:2, 58:22, 60:1, 60:9, 60:10, 60:18, 61:3, 63:1, 63:9, 63:10, 65:6
**gets** [4] - 11:19, 20:22, 45:19, 53:7
**getting** [3] - 11:7, 36:19, 47:14
**give** [8] - 8:22, 10:6, 11:20, 15:3, 25:1, 33:10, 59:3, 63:10
**given** [9] - 5:17, 8:20, 13:20, 49:1, 61:14, 64:8, 64:13, 64:16, 65:21
**gives** [1] - 20:11
**giving** [2] - 11:17, 65:17
**global** [1] - 9:17
**go** [26] - 3:9, 4:17, 7:10, 9:10, 9:11, 20:20, 21:7, 25:3, 25:8, 28:20, 30:17, 30:18, 31:22, 33:22, 39:1, 42:23, 43:9,

43:25, 45:13, 47:1, 49:14, 54:25, 57:18, 62:14, 63:18

**gobble** [1] - 10:9

**goes** [5] - 20:11, 22:9, 26:12, 51:7, 56:13

**going** [57] - 3:14, 6:14, 6:25, 7:5, 9:1, 9:7, 11:23, 12:13, 13:20, 16:13, 16:17, 19:4, 19:11, 21:6, 21:7, 21:13, 23:13, 23:14, 23:23, 24:12, 25:3, 25:8, 25:20, 25:21, 26:10, 27:18, 28:25, 40:16, 48:3, 48:6, 48:7, 49:7, 49:19, 51:20, 52:8, 55:18, 57:9, 57:10, 58:3, 58:4, 60:5, 60:7, 60:11, 61:9, 61:15, 62:17, 63:3, 63:5, 63:17, 63:18, 64:5, 65:6, 65:9

**Goldman** [1] - 30:16

**gone** [1] - 10:20

**good** [6] - 3:7, 26:12, 27:13, 31:25, 32:18, 34:22

**got** [15] - 6:18, 12:12, 25:19, 27:21, 27:22, 32:10, 33:6, 39:18, 57:19, 58:14, 58:15, 59:22, 61:2, 62:18, 63:6

**gotten** [1] - 48:14

**GOVERNMENT** [1] - 1:14

**government** [63] - 3:6, 5:10, 5:23, 6:4, 7:5, 8:9, 9:24, 10:11, 10:23, 11:12, 11:17, 11:24, 12:4, 12:8, 12:17, 13:23, 15:8, 16:12, 17:2, 17:7, 17:15, 23:19, 24:1, 24:19, 25:7, 25:16, 25:24, 25:25, 26:4, 26:13, 28:6, 28:9, 28:12, 28:13, 28:15, 30:3, 30:10, 32:25, 33:8, 33:19, 34:7, 34:18, 37:8, 37:24, 38:7, 38:20, 40:3, 41:3, 44:4, 45:12, 46:1, 46:4, 46:12, 46:13, 47:1, 47:23, 48:13, 50:18, 51:19, 55:5, 62:18, 63:10, 63:20

**government's** [18] - 3:4, 4:18, 12:13, 13:19, 15:11, 17:12, 28:7, 31:4, 34:11, 35:2, 36:16, 39:21, 48:10, 48:21, 52:7, 54:24, 60:22, 64:11

**grammatical** [1] - 30:25

**grand** [12] - 7:16, 9:5, 11:8, 11:9, 11:13, 15:13, 16:18, 17:8, 17:19, 18:2, 18:4, 57:12

**granting** [1] - 47:5

**great** [2] - 56:7, 56:8

**greatest** [2] - 40:22, 55:24

**greatness** [2] - 40:20, 46:19

**green** [2] - 9:15, 10:1

**grounds** [4] - 17:9, 29:9, 37:24, 65:14

**group** [3] - 14:17, 14:21, 14:23

**guess** [5] - 17:18, 30:24, 33:5, 45:24, 59:23

**guilty** [1] - 47:10

**guy** [2] - 34:15, 57:22

## H

**had** [30] - 4:17, 4:25, 7:13, 9:10, 14:11, 14:17, 14:20, 14:22, 15:17, 15:21, 16:7, 16:9, 16:13, 18:8, 19:16, 20:19, 28:15, 28:22, 30:25, 31:1, 31:2, 31:17, 32:16,

46:22, 48:12, 57:6, 57:7, 60:24

**hair** [1] - 3:15

**half** [6] - 10:17, 10:19, 11:2, 22:3, 22:22, 34:19

**hammering** [1] - 34:5

**handbook** [1] - 65:2

**handle** [1] - 27:8

**hands** [1] - 39:21

**HANEN** [1] - 1:10

**happen** [5] - 6:19, 26:16, 45:13, 53:4, 55:18

**happened** [5] - 6:10, 16:6, 32:13, 32:16, 32:18

**happening** [1] - 6:25

**happens** [4] - 4:10, 22:9, 31:20, 60:1

**happy** [4] - 23:16, 37:9, 37:10, 52:18

**harassed** [1] - 4:14

**hard** [2] - 47:24, 61:3

**HARLAN** [1] - 2:4

**has** [39] - 5:21, 6:10, 6:17, 9:25, 10:11, 11:17, 12:4, 14:25, 15:6, 16:4, 17:25, 19:9, 20:2, 21:4, 24:3, 24:5, 24:19, 25:8, 27:21, 28:2, 28:21, 32:18, 32:20, 32:21, 33:23, 34:17, 40:4, 41:8, 41:9, 41:18, 45:22, 46:10, 46:22, 48:13, 50:2, 55:11, 61:18, 62:1, 62:18

**hashtag** [1] - 16:4

**hasn't** [3] - 18:8, 28:22, 51:25

**have** [114] - 3:11, 4:8, 4:20, 5:5, 5:17, 7:3, 7:7, 7:13, 7:15, 8:2, 8:11, 8:14, 8:15, 10:12, 11:9, 11:10, 11:13, 12:6, 12:18, 13:11, 13:16, 13:18, 13:24, 15:5, 18:22, 19:4, 19:10, 20:19, 22:7, 23:16, 24:6, 24:18, 25:18, 25:25, 26:2, 26:13, 28:1, 28:3, 28:4, 28:7, 28:16, 30:2, 30:3, 31:24, 32:7, 35:4, 35:5, 35:16, 35:25, 36:2, 36:4, 36:11, 36:13, 36:22, 37:4, 37:10, 37:23, 38:14, 39:1, 39:17, 41:2, 41:3, 42:5, 42:10, 42:11, 42:12, 43:2, 44:7, 45:10, 46:1, 46:14, 46:21, 47:3, 47:11, 48:4, 48:15, 48:19, 48:20, 49:19, 49:23, 49:25, 50:5, 50:16, 51:20, 52:3, 52:5, 52:13, 53:3, 53:5, 53:6, 53:21, 54:13, 55:10, 55:23, 56:5, 56:17, 57:2, 57:12, 58:1, 58:11, 58:18, 58:20, 58:25, 59:1, 59:19, 61:7, 61:15, 63:21, 64:8, 65:9, 65:13, 65:20

**haven't** [8] - 35:19, 36:5, 36:13, 55:11, 57:5, 57:6, 63:7, 64:16

**having** [6] - 8:19, 13:23, 14:16, 46:4, 51:3, 56:4

**he** [103] - 3:15, 3:16, 4:6, 5:1, 5:15, 5:16, 5:17, 6:9, 9:7, 10:15, 10:16, 10:18, 10:19, 10:21, 10:24, 10:25, 11:23, 11:24, 12:23, 14:14, 14:17, 14:18, 14:20, 15:17, 15:21, 16:6, 16:8, 19:15, 20:1, 20:2, 21:9, 21:10, 21:11, 21:14, 21:16, 21:17, 21:18, 21:20, 21:21, 21:22, 22:7, 22:10, 22:12, 22:18, 22:20, 22:22, 23:3, 23:6, 23:10, 23:11,

24:20, 24:22, 24:24, 24:25, 28:21, 29:7, 30:1, 30:13, 30:15, 30:24, 30:25, 31:1, 31:2, 31:5, 31:12, 31:13, 31:18, 32:16, 32:18, 33:14, 33:19, 33:25, 34:4, 34:5, 34:16, 34:17, 34:22, 34:23, 35:6, 35:7, 35:22, 36:1, 36:22, 38:15, 40:21, 46:5, 46:8, 46:10, 47:3, 47:17, 47:20, 57:23, 59:25

**he's** [14] - 6:11, 9:1, 21:14, 21:24, 22:16, 22:25, 23:1, 23:21, 24:9, 24:22, 34:17, 40:23

**head** [1] - 54:11

**headed** [1] - 62:2

**heads** [1] - 65:17

**heads-up** [1] - 65:17

**hear** [1] - 6:24

**HEARD** [1] - 1:10

**heard** [5] - 40:10, 40:13, 62:1, 62:19, 65:22

**hearing** [16] - 8:4, 28:22, 37:23, 37:25, 39:8, 41:11, 42:1, 42:7, 42:12, 43:7, 43:19, 44:1, 52:10, 58:24, 62:23

**heart** [2] - 40:2, 52:22

**heavy** [1] - 49:9

**hedge** [3] - 31:21, 32:4, 32:9

**held** [8] - 10:16, 23:5, 23:9, 23:11, 32:21, 36:22, 45:5, 47:2

**help** [1] - 62:12

**helpful** [2] - 20:22, 62:15

**Hennessey** [3] - 13:2, 52:17, 54:23

**here** [34] - 3:3, 3:14, 7:4, 18:12, 23:16, 26:13, 27:15, 29:1, 31:9, 31:23, 36:11, 39:13, 40:16, 41:17, 41:21, 43:18, 44:11, 45:19, 48:20, 49:24, 51:16, 52:14, 53:1, 57:7, 57:18, 60:17, 62:12, 63:16, 65:3, 65:4, 65:6, 65:14, 65:22

**hereby** [1] - 66:5

**hey** [4] - 11:21, 11:23, 63:16, 63:21

**Hey** [2] - 9:24, 11:10

**HEYWARD** [1] - 1:14

**hid** [1] - 35:20

**hiding** [1] - 19:20

**higher** [3] - 20:10, 24:15, 56:4

**HILDER** [6] - 2:4, 26:24, 27:2, 27:4, 27:7, 51:14

**Hilder** [6] - 2:6, 26:23, 27:12, 51:13, 61:4, 61:25

**Hilder's** [1] - 61:12

**him** [10] - 5:17, 5:21, 5:24, 6:14, 9:3, 17:9, 21:23, 32:18, 40:22, 47:16

**hinges** [1] - 31:12

**hired** [1] - 61:15

**his** [31] - 3:22, 4:1, 5:1, 5:4, 5:21, 6:1, 6:5, 6:13, 9:12, 14:16, 16:23, 21:10, 21:14, 21:18, 21:22, 21:23, 22:23, 22:24, 23:7, 28:8, 30:6, 30:15, 31:16, 32:11, 35:21, 37:7, 41:19, 47:12, 61:12

**His** [2] - 61:18, 61:19

**history** [1] - 40:22

**hit** [2] - 24:20, 54:10

**hoes** [1] - 22:14
**hold** [7] - 10:15, 20:15, 24:11, 25:15, 26:1, 26:2, 48:4
**holding** [7] - 10:8, 10:21, 11:5, 21:15, 21:18, 22:6, 23:3
**holdings** [1] - 32:5
**honest** [1] - 40:7
**Honor** [66] - 3:7, 3:10, 4:16, 6:16, 7:2, 12:15, 15:22, 17:5, 17:16, 17:17, 18:5, 18:8, 19:21, 20:20, 22:2, 23:13, 26:19, 27:10, 27:13, 27:24, 28:11, 28:21, 29:1, 29:10, 36:14, 37:19, 39:4, 39:25, 40:1, 43:11, 43:21, 44:6, 44:22, 46:7, 46:13, 46:25, 47:22, 48:8, 48:22, 49:21, 51:12, 52:8, 52:9, 52:16, 52:21, 53:16, 53:18, 54:10, 54:15, 54:21, 56:2, 57:14, 58:6, 58:16, 59:12, 59:18, 60:20, 61:9, 61:18, 61:19, 61:22, 61:23, 63:22, 64:16, 64:24, 65:11
**Honor's** [2] - 52:9, 52:22
**HONORABLE** [1] - 1:10
**hoping** [1] - 14:1
**hot** [1] - 9:15
**hours** [1] - 23:10
**house** [3] - 4:22, 4:24, 5:22
**HOUSTON** [2] - 1:2, 1:6
**Houston** [3] - 1:16, 2:7, 2:12
**how** [19] - 11:7, 15:15, 16:18, 17:8, 19:10, 19:11, 19:15, 25:25, 29:14, 29:19, 36:19, 38:5, 40:5, 42:23, 49:12, 59:3, 59:4, 65:14
**however** [2] - 29:10, 53:7
**Hrvatin** [1] - 13:2
**huge** [2] - 10:16, 32:9
**hundred** [3] - 22:21, 22:22, 32:15
**hundreds** [3] - 8:19, 10:4, 14:10

## I

**i** [1] - 46:18
**I** [233] - 3:1, 3:4, 3:7, 4:20, 4:22, 4:25, 5:5, 5:16, 5:17, 5:19, 5:21, 5:22, 5:24, 6:8, 6:10, 6:16, 6:18, 6:24, 7:3, 7:6, 7:7, 7:14, 8:16, 8:17, 9:12, 10:3, 10:6, 10:8, 11:12, 11:19, 12:4, 12:11, 13:4, 13:23, 13:25, 14:1, 14:2, 14:19, 15:1, 15:5, 15:10, 16:18, 16:25, 17:5, 17:9, 17:12, 17:18, 19:12, 19:16, 19:17, 19:18, 20:24, 22:6, 23:16, 23:17, 24:8, 25:1, 25:18, 25:19, 25:21, 25:22, 25:25, 26:11, 26:18, 27:11, 28:6, 30:23, 31:24, 32:5, 32:15, 32:21, 33:5, 36:25, 37:2, 37:3, 37:22, 39:25, 40:2, 40:7, 42:9, 43:14, 43:25, 44:1, 44:7, 44:20, 44:21, 44:23, 45:19, 45:21, 45:24, 45:25, 46:2, 46:5, 46:20, 47:1, 48:9, 48:12, 48:14, 48:15, 48:22, 49:3, 49:5, 49:9, 49:12, 49:13, 49:14, 49:15, 49:16, 49:19, 49:20, 49:21, 49:22, 50:2, 50:5, 50:13, 50:14, 50:21, 50:25, 51:4, 51:5, 51:6,

51:8, 51:15, 51:24, 52:1, 52:4, 52:9, 52:17, 52:19, 53:13, 53:14, 53:16, 53:23, 54:4, 54:5, 54:10, 54:13, 55:18, 55:22, 55:23, 55:25, 56:2, 56:4, 56:21, 57:3, 57:5, 57:6, 57:7, 57:14, 57:15, 57:18, 57:22, 57:23, 58:12, 59:9, 59:18, 59:19, 59:22, 59:23, 59:24, 60:4, 60:16, 60:20, 60:25, 61:4, 61:7, 61:8, 61:11, 61:17, 61:18, 62:12, 62:13, 62:16, 62:17, 62:19, 62:23, 62:24, 62:25, 63:2, 63:4, 63:6, 63:7, 63:9, 63:12, 63:14, 63:17, 63:19, 63:22, 63:23, 64:1, 64:8, 64:16, 64:20, 64:25, 65:1, 65:11, 65:22, 66:4
**I'd** [2] - 26:18, 60:9
**I'll** [11] - 10:9, 33:10, 39:3, 40:7, 47:7, 48:14, 54:6, 60:15, 61:17, 63:8
**I'm** [48] - 5:12, 6:5, 6:21, 6:25, 7:9, 10:8, 11:4, 17:11, 21:18, 22:6, 23:16, 26:10, 33:15, 34:4, 45:18, 47:5, 47:6, 47:16, 47:25, 48:3, 48:17, 51:18, 52:8, 52:12, 52:13, 52:15, 52:18, 53:13, 53:14, 54:22, 55:25, 56:1, 56:20, 60:7, 60:11, 60:12, 60:14, 60:15, 61:8, 62:23, 63:3, 63:5, 64:4, 65:5, 65:17
**I've** [10] - 4:17, 16:25, 43:24, 47:18, 47:19, 57:19, 59:18, 59:22, 61:2, 65:21
**idea** [1] - 45:1
**ideas** [1] - 30:21
**identified** [7] - 29:13, 29:14, 29:15, 35:18, 35:19, 45:11, 45:14
**identify** [1] - 57:22
**identifying** [1] - 18:12
**idiots** [1] - 22:14
**if** [58] - 4:10, 6:24, 9:2, 10:9, 11:12, 12:5, 12:11, 13:5, 14:22, 15:2, 15:9, 18:8, 18:25, 19:25, 20:21, 23:17, 25:18, 25:22, 27:10, 33:14, 35:6, 36:10, 37:4, 39:5, 39:11, 41:4, 41:12, 42:11, 43:18, 44:6, 44:7, 44:20, 44:23, 46:3, 46:11, 46:17, 46:18, 48:19, 48:22, 50:14, 52:3, 53:9, 53:14, 53:16, 54:5, 55:23, 56:16, 56:19, 57:3, 58:2, 60:9, 60:17, 60:20, 62:13, 63:6, 64:3
**illegal** [1] - 26:14
**illegitimate** [1] - 34:20
**Illinois** [1] - 29:9
**immediate** [1] - 13:4
**immediately** [3] - 21:15, 22:18, 48:1
**immense** [1] - 21:4
**implicate** [1] - 40:16
**importance** [1] - 21:4
**important** [6] - 3:25, 30:4, 54:8, 55:14, 62:13, 63:1
**impose** [1] - 24:14
**imposes** [1] - 24:15
**imposing** [1] - 25:17
**in** [243] - 3:3, 3:14, 3:17, 3:23, 4:4, 4:6, 4:9, 4:10, 4:12, 4:13, 4:21, 4:22, 4:24, 5:3, 5:5, 5:7, 5:16, 5:19, 5:22, 6:8, 6:11,

6:17, 6:22, 6:24, 6:25, 7:11, 7:17, 8:11, 8:19, 9:4, 9:18, 9:21, 9:22, 9:24, 10:4, 10:14, 10:17, 10:20, 10:22, 10:24, 11:1, 11:2, 11:12, 11:24, 12:2, 12:6, 12:9, 12:13, 12:19, 12:25, 13:5, 13:8, 13:9, 13:11, 13:17, 13:19, 13:24, 14:9, 15:1, 15:6, 16:6, 17:25, 18:3, 18:14, 18:22, 19:2, 19:3, 19:7, 19:18, 19:23, 20:4, 20:13, 20:18, 20:21, 20:22, 20:25, 21:4, 21:6, 21:18, 21:21, 22:7, 23:8, 23:10, 23:24, 24:10, 25:1, 25:7, 25:9, 25:20, 25:23, 25:24, 26:5, 26:7, 27:4, 28:3, 28:5, 28:8, 29:7, 29:16, 29:20, 29:25, 30:11, 30:19, 30:25, 31:6, 31:16, 31:18, 31:20, 31:21, 31:24, 32:3, 32:22, 33:1, 33:6, 33:7, 33:15, 33:23, 33:25, 34:10, 34:13, 34:25, 35:7, 35:11, 35:12, 35:14, 35:20, 35:21, 35:23, 37:1, 37:5, 37:8, 37:15, 38:2, 38:17, 38:21, 39:15, 39:21, 39:23, 40:4, 40:6, 40:9, 40:10, 40:11, 40:12, 40:19, 40:21, 40:22, 40:24, 41:10, 41:11, 41:20, 41:24, 42:1, 42:3, 42:6, 42:10, 42:16, 43:14, 43:17, 44:4, 44:8, 45:3, 45:4, 45:12, 46:4, 46:14, 46:18, 46:22, 47:2, 47:6, 47:8, 47:9, 47:17, 47:19, 47:25, 48:1, 48:6, 48:20, 48:23, 49:10, 49:20, 50:21, 51:7, 51:13, 51:18, 51:24, 52:2, 52:4, 52:9, 52:23, 53:2, 53:10, 54:4, 54:11, 54:14, 54:17, 54:20, 54:23, 55:7, 55:15, 56:2, 56:6, 57:9, 57:13, 58:19, 58:24, 60:4, 60:17, 60:18, 60:23, 60:25, 61:5, 61:8, 61:9, 61:17, 61:24, 62:2, 63:9, 63:16, 63:19, 63:20, 63:24, 64:4, 64:11, 64:20, 64:21, 65:2, 65:5, 65:7, 65:8, 65:15, 66:6
**in-house** [3] - 4:22, 4:24, 5:22
**inaccurate** [2] - 31:12, 38:21
**inception** [1] - 40:23
**incessantly** [1] - 32:11
**incidents** [1] - 6:7
**include** [2] - 51:17, 58:25
**included** [3] - 41:20, 42:24, 43:1
**income** [1] - 34:18
**incompetencies** [1] - 17:22
**incorporate** [1] - 31:8
**incorporated** [1] - 30:7
**incorrect** [1] - 34:11
**incorrectly** [1] - 6:9
**increase** [1] - 25:20
**incredible** [1] - 43:13
**incredibly** [1] - 53:18
**indefinite** [2] - 24:12, 25:16
**indefinitely** [1] - 24:25
**indicate** [1] - 9:20
**indicates** [1] - 21:5
**indict** [1] - 17:9
**indictment** [26] - 4:22, 7:18, 7:20, 7:24, 8:12, 9:4, 12:2, 17:21, 18:15, 19:17, 19:18, 20:2, 20:19, 20:21, 20:25, 21:21, 30:7, 35:13, 39:15, 40:25, 41:8,

41:16, 41:22, 45:4, 53:17, 53:21
  **indictments** [1] - 41:20
  **individual** [5] - 5:6, 5:18, 12:17, 24:11, 65:14
  **individual's** [1] - 26:4
  **individuals** [6] - 6:12, 12:9, 13:5, 13:11, 13:16, 25:12
  **induce** [2] - 20:8, 20:14
  **indulge** [3] - 12:11, 15:10, 20:22
  **infirm** [1] - 7:25
  **infirmities** [1] - 18:3
  **influence** [1] - 45:21
  **inform** [1] - 63:24
  **information** [10] - 3:22, 4:4, 4:12, 8:15, 12:14, 19:2, 20:7, 24:18, 48:24, 63:2
  **inherent** [1] - 60:4
  **insider** [1] - 24:18
  **insiders** [3] - 24:16, 24:18, 51:8
  **instance** [2] - 46:4, 60:16
  **instances** [5] - 6:11, 8:7, 49:9, 54:4, 56:7
  **instruct** [1] - 6:12
  **instruction** [2] - 22:1, 28:8
  **instructions** [1] - 5:17
  **insufficiency** [1] - 42:21
  **insufficient** [1] - 42:22
  **intent** [7] - 8:25, 10:6, 20:7, 22:5, 37:25, 54:16, 65:10
  **intentional** [1] - 42:19
  **interdependent** [1] - 63:15
  **interesting** [1] - 13:13
  **interpret** [1] - 10:11
  **interrupt** [1] - 52:18
  **intimidate** [1] - 3:18
  **intimidated** [1] - 4:14
  **into** [11] - 17:1, 24:16, 30:8, 31:9, 40:1, 40:18, 40:21, 43:25, 44:13, 50:15, 52:5
  **intrinsic** [1] - 19:2
  **invade** [1] - 46:6
  **investigating** [1] - 51:10
  **investment** [3] - 31:17, 31:23, 32:23
  **investors** [3] - 20:8, 20:14, 65:15
  **involved** [3] - 12:9, 12:25, 40:24
  **involves** [1] - 54:16
  **is** [224] - 3:23, 3:25, 4:18, 5:3, 5:12, 5:14, 5:18, 5:23, 6:1, 7:10, 7:24, 8:3, 8:9, 8:12, 8:16, 8:18, 8:23, 8:25, 9:7, 9:8, 9:14, 9:15, 9:18, 9:19, 9:23, 10:2, 10:5, 10:14, 10:23, 10:25, 11:5, 11:7, 12:15, 12:17, 13:5, 13:9, 13:20, 14:6, 14:10, 14:19, 14:22, 15:1, 15:3, 15:9, 15:12, 15:24, 16:11, 16:15, 17:2, 17:8, 17:20, 18:2, 18:5, 18:6, 18:7, 18:18, 18:21, 19:2, 19:9, 19:12, 19:14, 19:15, 19:19, 19:20, 20:18, 20:24, 20:25, 21:6, 21:13, 21:25, 22:2, 22:3, 22:5, 22:15, 22:19, 23:8, 23:23, 24:10, 24:12, 24:22, 24:25, 25:3, 25:8, 25:17, 25:20, 25:22, 26:14, 27:20, 29:1, 29:2, 29:9, 30:1, 30:4, 30:7, 30:9, 30:17, 31:23, 32:19,

33:2, 34:9, 34:11, 34:25, 35:8, 35:9, 36:8, 36:15, 36:18, 37:15, 37:17, 37:18, 37:20, 38:9, 38:16, 39:12, 39:15, 40:3, 40:16, 41:7, 41:11, 41:16, 41:20, 41:21, 41:24, 42:2, 42:3, 42:5, 42:6, 42:7, 42:15, 42:16, 42:21, 43:4, 43:7, 43:10, 43:12, 44:3, 44:12, 44:14, 44:16, 45:1, 45:2, 45:12, 45:16, 46:3, 46:5, 46:25, 47:3, 47:25, 48:25, 49:9, 50:3, 50:4, 50:19, 51:4, 51:9, 51:16, 51:23, 51:24, 52:2, 52:3, 53:4, 53:9, 53:18, 53:20, 53:21, 54:11, 54:14, 54:23, 55:6, 55:9, 55:15, 55:16, 55:18, 55:22, 55:24, 56:1, 56:3, 56:5, 56:7, 56:15, 56:17, 56:18, 57:22, 58:1, 58:4, 58:10, 58:13, 58:17, 58:18, 59:19, 59:23, 59:24, 60:8, 60:12, 60:14, 60:23, 62:2, 62:3, 62:17, 62:18, 63:18, 63:20, 64:6, 64:11, 65:1, 65:3, 65:4, 65:6, 65:9, 65:12, 66:5
  **isn't** [5] - 23:19, 23:23, 30:16, 44:22, 45:16
  **issue** [32] - 4:21, 5:3, 5:14, 7:17, 8:16, 8:17, 9:23, 13:15, 18:2, 24:3, 37:24, 38:4, 38:25, 39:11, 41:21, 42:16, 44:11, 44:14, 44:17, 49:24, 50:19, 51:1, 51:2, 51:9, 51:11, 53:17, 54:8, 55:10, 56:16, 63:4, 63:16
  **issued** [9] - 18:1, 27:15, 27:24, 27:25, 28:14, 28:15, 35:11, 41:9, 43:12
  **issues** [4] - 3:11, 54:17, 56:10, 63:17
  **it** [173] - 3:20, 4:18, 4:22, 5:11, 5:12, 5:13, 5:21, 6:6, 6:10, 6:11, 6:18, 6:19, 7:6, 7:11, 8:4, 9:10, 9:11, 9:12, 10:8, 10:13, 11:5, 11:6, 11:21, 12:5, 12:18, 13:1, 13:6, 13:16, 14:17, 14:20, 14:21, 14:25, 15:2, 15:3, 15:12, 15:17, 15:21, 16:15, 16:22, 17:1, 17:8, 17:20, 17:25, 18:9, 19:11, 19:20, 19:23, 20:5, 20:11, 20:23, 21:3, 21:15, 22:3, 22:5, 22:9, 23:6, 23:17, 25:4, 25:6, 26:3, 26:11, 26:17, 26:18, 28:21, 28:22, 29:11, 29:13, 29:15, 31:12, 32:12, 32:13, 32:14, 33:9, 33:14, 33:22, 34:1, 34:2, 34:12, 34:14, 34:23, 35:4, 35:23, 39:8, 39:13, 39:18, 39:19, 40:2, 40:14, 40:21, 41:20, 42:21, 42:22, 43:19, 44:7, 44:8, 44:15, 45:6, 45:19, 45:25, 46:1, 46:3, 46:4, 46:7, 46:12, 47:1, 47:3, 47:9, 47:11, 48:2, 48:4, 48:18, 48:23, 48:25, 49:10, 49:17, 49:18, 50:2, 50:3, 50:9, 50:12, 50:15, 51:12, 53:14, 56:2, 56:7, 56:8, 56:13, 57:3, 57:7, 57:23, 58:18, 58:23, 58:25, 59:19, 59:23, 59:24, 60:1, 60:2, 60:8, 60:10, 60:12, 60:14, 60:17, 61:11, 61:13, 61:17, 61:18, 62:10, 62:11, 62:24, 63:2, 63:8, 63:19, 64:6, 64:16, 64:21, 65:7, 65:12
  **It's** [1] - 34:24
  **it's** [64] - 4:8, 4:9, 6:13, 8:10, 8:18, 11:6, 11:12, 12:23, 12:24, 13:13, 15:11,

18:9, 18:20, 19:18, 19:19, 20:22, 21:6, 21:7, 23:14, 24:21, 25:21, 27:14, 27:21, 28:7, 28:17, 29:22, 30:11, 31:3, 31:13, 31:21, 32:5, 33:1, 34:12, 34:21, 35:2, 35:4, 37:11, 41:24, 42:13, 42:14, 43:25, 45:25, 46:7, 47:13, 47:24, 48:6, 48:7, 48:14, 48:17, 49:7, 50:7, 51:5, 51:9, 54:2, 54:12, 56:19, 57:16, 57:17, 58:17, 59:14, 62:13, 63:15, 65:2
  **its** [2] - 8:18, 11:11
  **itself** [1] - 51:22

### J

  **J** [1] - 1:17
  **jail** [1] - 6:25
  **JANINE** [1] - 1:21
  **January** [2] - 13:10
  **JOHN** [3] - 1:8, 1:17, 2:1
  **joined** [2] - 55:2, 55:3
  **joining** [1] - 16:1
  **joint** [1] - 49:23
  **Jones** [11] - 39:1, 39:5, 41:11, 41:25, 42:1, 42:7, 42:12, 43:7, 43:19, 45:1, 45:6
  **Jones-Farmer** [11] - 39:1, 39:5, 41:11, 41:25, 42:1, 42:7, 42:12, 43:7, 43:19, 45:1, 45:6
  **judge** [8] - 33:1, 35:2, 41:10, 42:20, 42:22, 43:8, 43:9, 64:8
  **Judge** [12] - 26:21, 27:4, 38:4, 38:25, 39:11, 40:20, 41:1, 41:17, 45:2, 46:20, 51:14, 65:25
  **JUDGE** [1] - 1:11
  **judge's** [2] - 54:5, 65:2
  **judges** [2] - 54:5, 65:2
  **judgment** [6] - 50:14, 53:19, 53:21, 63:8, 63:16, 63:19
  **June** [20] - 12:13, 12:24, 13:20, 15:6, 15:23, 15:24, 16:8, 16:13, 37:5, 37:11, 48:24, 52:24, 57:10, 58:4, 59:1, 60:7, 62:4, 63:5, 64:5
  **jury** [25] - 7:11, 7:16, 9:5, 11:8, 11:9, 11:13, 15:13, 16:18, 17:8, 17:19, 18:2, 18:4, 23:23, 23:24, 40:10, 40:15, 43:8, 43:9, 56:10, 57:12, 60:5, 63:18, 65:9
  **just** [67] - 4:21, 6:13, 8:14, 11:9, 11:20, 12:11, 13:25, 14:3, 14:8, 14:13, 14:14, 15:19, 16:25, 17:9, 17:17, 18:3, 18:20, 18:21, 19:9, 19:15, 20:5, 21:21, 22:7, 23:15, 29:2, 29:17, 30:4, 31:1, 31:2, 31:5, 31:9, 34:10, 38:21, 39:3, 40:13, 40:18, 44:8, 44:23, 45:2, 47:22, 48:17, 49:9, 49:17, 49:18, 50:2, 51:2, 53:4, 53:14, 53:22, 53:23, 54:5, 54:6, 57:9, 57:16, 57:17, 59:4, 59:9, 59:18, 60:1, 61:1, 61:20, 61:24, 62:6, 62:14, 64:9, 65:13, 65:17
  **Justice** [1] - 1:18

**justify** [1] - 34:8
**justifying** [1] - 27:17

## K

**K** [1] - 2:5
**keep** [2] - 39:20, 47:16
**keeps** [1] - 19:14
**Kelly** [1] - 16:7
**kind** [6] - 21:4, 21:6, 58:10, 62:19, 63:8, 65:4
**kissing** [1] - 16:5
**knew** [1] - 36:1
**knock** [1] - 43:2
**know** [64] - 3:14, 5:13, 5:14, 6:2, 6:4, 6:5, 6:18, 7:3, 7:10, 10:2, 15:2, 16:16, 16:18, 17:5, 17:8, 19:16, 20:20, 24:22, 25:22, 25:25, 26:9, 28:6, 28:11, 29:2, 30:16, 31:3, 32:2, 32:4, 32:13, 33:1, 33:2, 33:12, 34:11, 35:11, 37:2, 37:4, 38:11, 38:12, 44:21, 45:7, 45:21, 46:18, 48:14, 50:14, 50:17, 54:4, 56:17, 57:3, 57:13, 57:22, 57:24, 59:22, 59:24, 60:3, 62:13, 62:20, 63:4, 63:6, 63:15, 63:20, 65:8
**knowing** [1] - 63:25
**known** [2] - 22:3, 51:23
**knows** [4] - 18:5, 19:21, 25:10, 53:18

## L

**lacks** [1] - 27:16
**laid** [1] - 3:10
**Landy** [1] - 1:22
**Lanie** [3] - 2:9, 66:4, 66:8
**largest** [1] - 47:10
**last** [8] - 8:4, 12:19, 17:18, 20:24, 36:25, 52:10, 58:24, 60:25
**late** [2] - 4:21, 60:13
**later** [9] - 10:24, 11:1, 21:17, 22:20, 22:21, 40:15, 50:10
**laundering** [4] - 8:4, 35:17, 35:22, 63:7
**Laura** [2] - 52:16, 54:22
**law** [8] - 17:20, 24:5, 41:22, 41:24, 42:14, 43:18, 47:4, 55:15
**laws** [3] - 24:11, 24:15, 51:8
**lawyer** [1] - 39:6
**lawyers** [5] - 7:4, 47:12, 48:18, 48:19, 60:17
**lay** [2] - 57:3, 61:11
**lead** [1] - 43:5
**leading** [1] - 16:7
**leak** [1] - 3:21
**leaked** [1] - 4:13
**least** [7] - 6:7, 18:12, 40:3, 45:14, 46:23, 47:18, 54:9
**leave** [5] - 7:12, 13:6, 27:11, 48:3, 60:7
**leaving** [2] - 60:12, 60:14
**led** [1] - 57:5
**left** [1] - 43:11

**legal** [6] - 11:13, 62:22, 63:4, 63:12, 63:24, 64:1
**legitimate** [2] - 17:7, 34:18
**legitimately** [1] - 35:7
**lend** [1] - 51:22
**less** [4] - 23:9, 23:10, 33:17, 45:18
**let** [10] - 5:21, 26:22, 27:18, 43:22, 45:18, 48:17, 50:12, 55:21, 56:23, 57:13
**let's** [13] - 7:11, 7:12, 13:2, 15:14, 27:6, 36:19, 40:4, 40:18, 41:1, 50:17, 54:5, 55:21, 59:4
**Let's** [1] - 22:13
**letter** [1] - 17:20
**letters** [1] - 10:12
**LEWIS** [1] - 60:20
**Lewis** [2] - 60:20, 61:20
**Lewis's** [1] - 64:14
**liberty** [1] - 51:6
**life** [2] - 31:21, 47:12
**lift** [1] - 49:9
**light** [2] - 10:1
**like** [38] - 6:17, 9:24, 14:17, 14:20, 15:10, 16:18, 19:1, 21:7, 23:14, 23:17, 26:1, 32:6, 33:16, 33:22, 34:10, 37:5, 37:22, 38:21, 43:15, 44:2, 44:7, 46:13, 46:23, 51:6, 54:8, 56:10, 58:19, 59:23, 60:9, 60:22, 61:4, 61:17, 62:6, 63:6, 63:8, 63:15, 65:1
**Like** [1] - 56:21
**likes** [1] - 4:5
**limit** [1] - 47:14
**limitation** [1] - 47:17
**limiting** [1] - 48:17
**line** [1] - 11:19
**lines** [1] - 32:6
**LIOLOS** [1] - 1:17
**Lisa** [1] - 16:5
**list** [4] - 12:7, 12:23, 15:20, 19:9
**listed** [1] - 8:17
**lists** [2] - 12:19, 19:23
**litany** [1] - 4:1
**literal** [1] - 43:14
**literally** [2] - 20:18, 38:6
**litigation** [1] - 9:22
**little** [4] - 32:24, 60:16, 60:23, 61:5
**live** [2] - 47:12, 51:9
**lives** [1] - 6:17
**LLP** [2] - 1:22, 2:1
**LOL** [1] - 22:14
**Lone** [1] - 61:4
**long** [12] - 9:8, 10:12, 11:5, 18:1, 21:19, 22:6, 23:6, 25:11, 25:13, 25:25, 43:2
**long-term** [4] - 10:12, 21:19, 22:6, 23:6
**longer** [1] - 65:12
**look** [11] - 9:2, 9:24, 18:9, 22:6, 31:25, 44:6, 49:25, 57:6, 57:19, 60:11, 63:4

**Look** [2] - 33:22, 45:25
**looked** [5] - 5:11, 32:2, 43:24, 47:18, 47:19
**looking** [4] - 36:14, 36:15, 49:5, 61:20
**looks** [5] - 14:17, 14:20, 44:1, 44:2, 59:24
**lose** [1] - 50:18
**loss** [1] - 18:16
**lost** [1] - 20:22
**lot** [7] - 17:17, 18:23, 31:25, 33:19, 34:5, 34:16, 52:12
**lots** [3] - 19:4
**Louisiana** [1] - 1:15
**Lovett** [1] - 2:6
**LT** [2] - 10:8, 10:12
**Lucius** [1] - 64:18
**Luis** [1] - 61:23
**Luna** [3] - 32:10, 32:11, 32:13

## M

**M** [3] - 2:9, 66:4, 66:8
**made** [18] - 6:8, 11:21, 14:25, 15:16, 17:4, 17:19, 18:8, 22:5, 24:2, 25:7, 29:15, 30:24, 34:15, 34:16, 45:25, 51:3, 57:17, 64:9
**magistrate** [4] - 38:10, 41:10, 42:19, 42:22
**main** [1] - 48:20
**major** [2] - 12:12, 38:17
**make** [13] - 6:12, 12:8, 21:22, 26:7, 31:25, 42:11, 42:12, 43:18, 43:19, 49:17, 53:13, 58:10, 58:23
**makes** [8] - 11:15, 16:23, 24:24, 34:1, 40:22, 42:17, 44:4, 45:6
**Man** [1] - 55:24
**manager** [1] - 32:9
**mankind** [1] - 40:23
**many** [4] - 53:7, 59:3, 59:4, 65:14
**March** [5] - 18:8, 28:23, 52:23, 59:16, 64:11
**mark** [1] - 38:18
**marker** [1] - 40:5
**market** [5] - 26:5, 26:7, 33:21, 35:23, 51:7
**markets** [1] - 40:23
**Mars** [4] - 21:2, 21:3, 21:9, 21:12
**Marshals** [1] - 47:2
**mask** [1] - 34:1
**masks** [1] - 34:1
**Massachusetts** [1] - 2:3
**massive** [2] - 34:9, 40:24
**material** [3] - 20:6, 22:4, 38:10
**materiality** [3] - 37:25, 38:2, 56:12
**mathematics** [1] - 51:24
**Matlock** [3] - 55:3, 61:23, 62:7
**matter** [9] - 25:14, 25:15, 46:3, 49:1, 49:3, 49:24, 60:2, 63:17, 66:6
**MATTHEW** [1] - 1:21

**maximize** [1] - 20:16
**may** [15] - 7:12, 21:3, 26:11, 26:15, 27:10, 43:5, 45:21, 48:22, 51:16, 53:16, 60:1, 60:13, 60:20, 64:12
**Maybe** [1] - 59:24
**maybe** [5] - 19:17, 26:1, 59:23
**MCGUIRE** [1] - 2:5
**me** [32] - 5:11, 6:19, 9:20, 12:11, 15:10, 17:13, 20:22, 22:6, 25:19, 26:22, 27:18, 27:20, 27:21, 27:23, 38:11, 39:4, 43:22, 44:8, 45:18, 48:16, 48:17, 50:12, 55:21, 56:11, 56:23, 56:25, 59:3, 59:25, 60:18, 60:19, 62:12
**mean** [14] - 10:12, 44:5, 49:15, 49:17, 50:13, 59:23, 60:5, 60:13, 62:17, 62:19, 62:23, 63:17, 64:25
**meaning** [2] - 4:24, 25:13
**means** [2] - 25:11
**meant** [1] - 38:24
**measures** [1] - 4:12
**mechanical** [1] - 1:24
**media** [7] - 5:25, 6:2, 6:5, 6:13, 6:22, 7:6, 20:14
**meet** [2] - 41:13, 43:20
**meeting** [1] - 53:2
**memorandum** [1] - 9:25
**mentioned** [3] - 14:19, 23:8, 50:21
**mentioning** [1] - 22:7
**mentions** [1] - 23:2
**merits** [1] - 45:20
**message** [3] - 5:10, 14:18, 14:21
**messages** [9] - 14:17, 14:21, 14:24, 19:6, 19:7, 20:6, 20:8, 20:10
**method** [2] - 39:9, 42:15
**methodology** [1] - 29:21
**microphone** [1] - 7:21
**might** [2] - 60:1, 65:12
**Mike** [1] - 32:9
**milestone** [1] - 53:2
**million** [33] - 10:17, 10:19, 10:22, 21:16, 21:22, 27:17, 29:7, 29:12, 29:19, 29:20, 29:21, 32:25, 33:6, 33:7, 33:12, 34:13, 34:16, 34:25, 35:7, 36:15, 36:20, 36:21, 37:14, 37:15, 37:17, 37:18, 37:20, 38:11, 38:17, 40:21, 44:13, 46:19
**minute** [1] - 22:20
**minutes** [8] - 21:9, 22:20, 22:21, 22:25, 23:5, 25:23
**misdrafted** [1] - 19:17
**misfunction** [1] - 31:4
**misleading** [15] - 18:12, 18:14, 19:1, 19:23, 19:24, 20:1, 20:6, 23:4, 30:9, 30:10, 30:12, 33:14, 33:24, 42:19, 59:7
**misreading** [1] - 19:10
**miss** [1] - 58:24
**Mitchell** [1] - 54:22
**modeled** [1] - 54:12
**modify** [1] - 3:5
**Mokbel** [3] - 38:3, 38:21, 45:3

**Monday** [1] - 29:5
**money** [16] - 8:3, 28:16, 33:19, 34:16, 35:17, 35:20, 35:22, 35:23, 36:6, 36:8, 39:6, 39:21, 41:3, 45:25, 46:14, 63:7
**monies** [1] - 28:3
**month** [1] - 22:16
**months** [4] - 11:2, 37:1, 53:7, 60:24
**moon** [2] - 21:7, 21:13
**more** [14] - 4:10, 6:3, 10:20, 20:11, 20:22, 22:10, 22:11, 23:4, 34:19, 36:3, 46:8, 59:10, 61:5
**Morgan** [1] - 30:17
**morning** [4] - 3:7, 10:20, 27:13, 29:5
**Morris** [1] - 16:5
**most** [1] - 64:22
**motion** [27] - 3:4, 3:12, 7:14, 7:15, 17:2, 23:9, 26:10, 26:15, 29:4, 33:17, 42:18, 47:6, 50:14, 50:15, 50:16, 50:20, 53:17, 54:24, 55:2, 55:4, 55:8, 55:14, 62:2, 62:7, 62:13, 63:6
**MOTION** [1] - 1:10
**motions** [8] - 27:2, 48:11, 51:17, 51:22, 52:4, 52:10, 62:14, 63:9
**mouth** [2] - 52:9, 65:5
**move** [3] - 23:12, 24:10, 51:10
**moved** [1] - 37:23
**MR** [85] - 1:14, 1:17, 1:17, 1:21, 2:1, 2:4, 2:5, 3:7, 3:10, 4:16, 4:25, 5:12, 6:1, 7:15, 7:23, 14:5, 17:16, 23:21, 23:25, 24:8, 26:16, 26:19, 26:21, 26:24, 27:2, 27:4, 27:7, 27:10, 27:13, 27:19, 27:24, 28:11, 28:19, 28:21, 33:11, 36:21, 36:24, 37:2, 37:7, 37:14, 39:25, 44:6, 44:9, 44:16, 44:19, 44:22, 45:1, 46:7, 46:13, 46:20, 47:22, 48:5, 48:8, 48:9, 48:22, 49:21, 50:20, 50:25, 51:14, 52:8, 52:21, 53:16, 53:25, 54:3, 54:7, 54:10, 56:12, 58:6, 58:9, 58:16, 59:6, 59:9, 59:12, 60:20, 61:23, 63:22, 64:8, 64:16, 64:20, 64:24, 65:11, 65:20, 65:21, 65:25
**Mr** [92] - 3:5, 3:13, 3:15, 3:24, 4:5, 4:15, 5:6, 5:9, 6:9, 7:13, 10:15, 12:22, 13:1, 13:2, 13:9, 13:14, 14:11, 17:18, 18:20, 19:14, 19:25, 21:1, 21:8, 22:10, 22:15, 23:2, 23:5, 23:9, 23:19, 26:11, 26:23, 26:25, 27:11, 27:12, 28:2, 28:3, 28:9, 28:16, 30:5, 30:9, 30:13, 30:23, 31:8, 31:15, 32:16, 32:20, 33:4, 35:14, 35:20, 38:12, 39:23, 40:11, 40:20, 43:23, 45:24, 46:11, 47:9, 47:15, 48:18, 49:13, 50:13, 51:13, 51:15, 52:17, 52:25, 53:14, 54:1, 55:3, 55:11, 55:17, 56:23, 58:5, 58:23, 60:9, 60:13, 60:21, 61:4, 61:12, 61:13, 61:20, 61:23, 61:25, 62:19, 64:14, 65:6
**Ms** [2] - 54:19, 58:12
**MS** [9] - 1:21, 2:5, 52:15, 54:21, 56:2, 56:13, 57:2, 57:8, 59:18
**much** [5] - 40:9, 40:11, 54:21, 56:3,

64:16
**multi** [1] - 14:6
**multi-tab** [1] - 14:6
**multiple** [1] - 5:15
**Musk** [1] - 9:16
**must** [3] - 26:6, 29:23, 41:13
**my** [40] - 4:25, 5:5, 5:14, 5:20, 8:3, 8:12, 8:16, 8:17, 8:25, 9:9, 9:18, 11:6, 14:11, 14:25, 15:15, 15:24, 16:13, 16:20, 17:3, 24:4, 24:14, 24:19, 25:12, 25:21, 25:22, 27:7, 31:23, 45:25, 47:15, 49:23, 50:7, 51:23, 51:24, 56:1, 56:5, 57:14, 57:17, 59:24, 60:24, 66:5


# N

**N** [1] - 3:1
**nail** [1] - 54:10
**name** [5] - 12:19, 31:16, 32:22, 35:21
**nature** [1] - 50:1
**necessarily** [3] - 43:25, 56:20, 63:14
**need** [17] - 15:6, 16:16, 36:7, 39:6, 43:4, 43:17, 43:19, 44:1, 45:13, 46:12, 51:20, 52:2, 53:20, 57:23, 60:3, 62:10, 63:1
**needle** [1] - 23:12
**needs** [3] - 4:11, 5:16
**Netflix** [5] - 25:1, 25:3, 25:5, 25:8, 26:2
**never** [2] - 15:17
**new** [1] - 53:11
**New** [1] - 1:19
**next** [3] - 15:20, 22:9, 52:5
**night** [2] - 20:24, 21:17
**nights** [1] - 60:13
**nine** [1] - 37:1
**no** [40] - 11:5, 19:20, 23:6, 28:21, 29:2, 29:6, 29:13, 29:18, 31:15, 31:19, 32:8, 32:19, 32:21, 35:11, 35:12, 35:16, 35:17, 35:21, 35:22, 36:1, 36:2, 38:14, 38:15, 39:16, 39:17, 41:21, 42:14, 42:18, 42:23, 44:22, 46:9, 46:19, 52:19, 53:19, 53:23, 55:10, 57:5, 65:23
**noncontroversial** [1] - 9:23
**none** [2] - 29:8, 30:21
**nonsensical** [1] - 53:22
**Normand** [1] - 2:1
**not** [117] - 4:13, 4:14, 4:19, 5:1, 5:6, 5:12, 5:18, 5:22, 6:5, 6:12, 6:14, 7:10, 7:14, 8:16, 8:18, 10:15, 10:18, 11:5, 11:9, 11:12, 11:14, 12:1, 13:6, 13:17, 14:7, 14:14, 15:2, 16:22, 18:18, 18:21, 19:19, 21:22, 23:4, 23:12, 23:17, 24:21, 24:22, 25:14, 26:14, 27:21, 28:1, 28:3, 28:6, 28:8, 28:15, 30:12, 31:9, 31:12, 31:16, 32:19, 33:1, 33:7, 33:8, 34:12, 34:17, 35:1, 35:8, 36:11, 37:20, 38:7, 38:19, 38:20, 39:15, 40:12, 40:16, 41:2, 41:3, 41:7, 41:17, 42:2, 42:4, 42:6, 42:14, 42:15, 43:4, 43:5, 43:14, 43:16, 43:17, 44:14, 44:16, 45:20, 47:23, 48:6,

48:7, 48:15, 48:17, 49:16, 50:4, 50:23, 51:2, 52:8, 52:17, 53:13, 54:11, 54:18, 54:23, 55:2, 56:7, 56:8, 56:20, 56:25, 57:16, 57:17, 57:20, 58:14, 59:19, 60:3, 60:6, 61:9, 61:14, 61:20, 63:15, 65:5, 65:14

**note** [2] - 13:13, 30:4

**noted** [2] - 12:6, 14:5

**nothing** [10] - 8:20, 9:19, 14:4, 24:10, 29:22, 32:18, 45:6, 57:18, 62:13, 62:19

**notice** [3] - 41:18, 41:21, 41:23

**notwithstanding** [1] - 54:18

**novelty** [1] - 49:2

**November** [1] - 11:1

**Novogratz** [2] - 32:9, 32:16

**now** [40] - 8:9, 9:9, 10:23, 11:9, 13:20, 14:14, 14:19, 14:22, 16:1, 17:11, 19:4, 23:2, 24:3, 25:18, 25:21, 27:23, 27:24, 28:1, 29:1, 29:2, 33:2, 33:15, 35:8, 36:7, 37:3, 41:1, 41:6, 41:14, 42:8, 45:11, 46:22, 49:5, 49:14, 57:11, 60:11, 60:19, 61:2, 62:10, 64:5, 64:21

**Number** [5] - 3:25, 4:3, 18:10, 18:24, 52:22

**number** [4] - 33:18, 49:2, 49:25, 64:10

**numbered** [1] - 66:6

**numbers** [2] - 10:21, 36:17

**numerous** [1] - 20:21

**NW** [1] - 1:19

# O

**O** [1] - 3:1

**O'Brien** [1] - 1:22

**obfuscated** [1] - 28:23

**objection** [1] - 55:5

**objective** [1] - 56:6

**obligation** [1] - 26:6

**obtained** [1] - 43:6

**obvious** [2] - 24:9, 54:16

**obviously** [11] - 3:10, 4:8, 18:25, 31:24, 39:4, 42:25, 47:23, 54:3, 54:25, 56:14, 62:23

**occurred** [1] - 55:12

**occurs** [1] - 30:19

**October** [11] - 10:25, 21:1, 22:13, 40:11, 48:23, 50:3, 52:10, 55:1, 60:12, 61:2, 61:10

**odd** [1] - 21:3

**OF** [3] - 1:1, 1:4, 1:10

**of** [295] - 1:18, 2:10, 3:2, 3:5, 3:12, 3:21, 4:1, 4:5, 4:18, 4:23, 5:7, 5:8, 5:14, 5:20, 5:21, 5:22, 6:5, 6:7, 6:11, 6:19, 6:24, 7:3, 7:11, 7:16, 7:19, 7:25, 8:6, 8:7, 8:12, 8:13, 8:14, 8:19, 8:20, 8:22, 8:23, 8:24, 8:25, 9:3, 9:14, 9:17, 9:23, 10:2, 10:3, 10:4, 10:5, 10:16, 10:17, 10:19, 11:2, 11:14, 11:18, 11:20, 12:7, 12:10, 12:12, 13:1, 13:12, 14:6, 14:10, 14:15, 14:16, 14:24, 15:3, 15:19, 15:20,

15:22, 15:24, 16:5, 16:11, 16:16, 16:23, 17:3, 17:22, 17:23, 17:25, 18:15, 18:23, 19:5, 19:9, 19:10, 19:12, 19:16, 19:17, 19:18, 19:19, 19:22, 19:24, 20:2, 20:4, 20:10, 20:12, 20:18, 20:25, 21:4, 21:7, 21:12, 21:14, 21:18, 21:21, 21:22, 21:23, 22:2, 22:10, 22:11, 22:23, 23:24, 24:3, 24:4, 24:12, 24:17, 25:16, 26:4, 26:8, 27:16, 27:17, 27:25, 28:4, 28:5, 28:16, 28:18, 28:23, 28:24, 29:16, 30:6, 30:12, 30:20, 30:21, 31:3, 31:8, 31:10, 31:23, 31:25, 32:3, 32:10, 32:21, 33:3, 33:18, 33:19, 33:21, 34:5, 34:16, 34:18, 34:19, 34:20, 35:4, 35:15, 35:17, 35:23, 36:2, 36:22, 37:1, 37:6, 37:11, 37:15, 37:16, 37:17, 37:20, 37:21, 38:3, 38:5, 38:12, 38:22, 38:24, 40:1, 40:2, 40:5, 40:8, 40:9, 40:13, 40:20, 40:22, 40:23, 41:19, 41:20, 41:21, 41:23, 42:6, 42:10, 42:15, 42:19, 43:8, 43:9, 43:22, 43:24, 44:2, 44:3, 44:7, 45:9, 45:20, 45:22, 45:23, 46:14, 46:18, 46:21, 47:16, 47:18, 47:19, 47:20, 48:1, 48:2, 48:4, 48:15, 48:19, 48:24, 48:25, 49:2, 49:3, 49:8, 49:16, 49:18, 49:23, 49:25, 50:1, 50:6, 50:16, 51:2, 51:21, 52:5, 52:12, 53:6, 53:10, 53:14, 53:25, 54:11, 54:22, 55:8, 55:9, 55:12, 55:16, 55:19, 55:25, 56:4, 56:10, 56:21, 57:6, 57:8, 58:4, 58:10, 58:18, 59:4, 59:9, 59:14, 59:20, 60:2, 60:17, 60:24, 61:5, 61:13, 62:19, 62:24, 63:8, 63:12, 63:13, 63:20, 63:21, 63:24, 63:25, 64:5, 64:10, 64:13, 65:4, 65:5, 65:10, 65:12, 66:5, 66:5, 66:6

**off** [4] - 30:4, 46:23, 54:12, 57:5

**offer** [1] - 15:8

**offering** [1] - 9:25

**Office** [1] - 1:14

**Official** [4] - 2:9, 2:9, 66:4, 66:8

**oh** [2] - 23:2, 46:20

**okay** [17] - 23:19, 27:7, 28:17, 37:5, 37:12, 44:14, 44:18, 45:18, 46:11, 48:5, 48:11, 59:17, 62:20, 63:4, 63:5, 64:3, 64:25

**omissions** [1] - 31:13

**omits** [1] - 22:4

**omitted** [1] - 20:6

**on** [106] - 3:15, 4:6, 5:25, 6:2, 6:5, 6:13, 7:6, 8:6, 8:18, 9:19, 10:25, 11:7, 12:23, 13:20, 14:18, 15:7, 15:8, 15:16, 15:20, 16:2, 16:8, 16:9, 16:10, 16:11, 16:13, 17:2, 17:9, 17:21, 17:22, 18:8, 18:13, 19:6, 19:8, 20:11, 21:1, 21:2, 21:3, 21:9, 21:12, 21:24, 22:9, 22:12, 23:3, 23:4, 23:8, 24:2, 24:14, 24:15, 25:19, 26:4, 26:16, 27:2, 28:7, 28:23, 28:25, 29:5, 29:11, 30:8, 31:2, 31:12, 31:13, 32:11, 34:9, 34:24, 36:12, 37:17, 37:24, 39:19, 39:20, 40:3, 40:16, 41:18, 41:20, 42:23, 45:16, 48:24, 49:21,

49:24, 50:5, 51:6, 51:11, 51:12, 52:12, 52:24, 53:21, 54:10, 54:13, 54:22, 55:23, 58:20, 59:1, 59:16, 60:18, 61:24, 62:6, 62:21, 63:7, 63:12, 64:4, 64:11, 64:13, 64:25, 65:12

**once** [8] - 24:2, 24:19, 24:24, 29:16, 41:8, 41:9, 42:9, 51:19

**one** [51] - 5:13, 6:1, 8:3, 8:22, 12:4, 14:20, 14:23, 14:24, 15:9, 16:18, 18:2, 18:6, 18:12, 19:12, 19:14, 19:20, 19:23, 20:25, 22:20, 23:22, 25:3, 25:8, 31:23, 32:3, 32:8, 36:8, 36:11, 36:12, 37:25, 38:12, 40:3, 44:1, 44:2, 44:3, 45:1, 47:2, 47:12, 50:7, 51:24, 52:13, 54:15, 55:9, 57:16, 59:4, 59:14, 59:19, 63:7, 64:5

**one-year** [1] - 36:8

**ones** [1] - 47:18

**online** [2] - 3:22, 3:23

**only** [22] - 10:15, 10:18, 11:5, 11:14, 13:13, 23:25, 27:14, 29:25, 31:13, 33:2, 33:25, 34:21, 35:13, 36:10, 39:9, 45:7, 50:22, 51:24, 57:20, 58:14, 63:22, 65:11

**onwards** [1] - 37:11

**opening** [1] - 16:15

**opined** [1] - 62:21

**opinion** [2] - 55:16, 55:25

**opportunity** [3] - 4:17, 61:18, 61:19

**oppose** [1] - 54:25

**opposed** [6] - 6:6, 46:4, 48:14, 51:8, 55:19, 63:13

**opposes** [1] - 62:7

**opposite** [1] - 54:15

**opposition** [2] - 45:12, 54:24

**oppositions** [1] - 48:15

**or** [64] - 5:19, 8:11, 9:1, 9:18, 10:4, 11:11, 11:25, 17:11, 18:12, 18:13, 18:14, 18:16, 20:16, 22:3, 22:4, 22:16, 24:7, 25:12, 28:5, 28:8, 29:3, 29:10, 29:15, 29:20, 29:21, 29:24, 30:16, 30:25, 32:6, 32:20, 33:15, 34:20, 35:6, 36:2, 36:22, 40:12, 40:23, 41:9, 42:2, 43:5, 43:7, 43:9, 45:14, 45:20, 45:22, 46:5, 46:23, 47:2, 49:18, 50:4, 50:6, 50:15, 51:25, 52:6, 58:25, 59:8, 59:14, 60:18, 65:10

**order** [12] - 3:2, 3:21, 27:5, 47:7, 48:4, 48:13, 51:16, 54:24, 60:18, 63:6, 64:4, 64:9

**ordering** [1] - 6:21

**organized** [1] - 58:11

**original** [1] - 44:12

**other** [28] - 5:18, 6:8, 6:12, 7:3, 7:9, 9:16, 12:4, 14:19, 15:7, 15:9, 19:2, 20:8, 20:14, 25:12, 39:17, 45:8, 46:21, 47:2, 48:19, 49:13, 55:10, 58:15, 58:21, 60:17, 61:13, 62:5, 63:2

**others** [1] - 21:5

**otherwise** [1] - 28:8

**our** [34] - 3:15, 6:17, 7:11, 9:21, 10:14, 14:4, 17:2, 18:9, 19:15, 29:4, 30:11, 33:17, 35:4, 38:3, 51:12, 52:10, 52:23, 53:6, 55:2, 55:5, 55:8, 56:21, 57:3, 58:24, 58:25, 59:16, 60:23, 61:14, 61:15, 61:24, 64:20, 65:2
**out** [35] - 3:10, 3:16, 7:4, 8:17, 9:23, 9:25, 10:9, 10:16, 14:3, 14:7, 15:25, 19:15, 19:23, 23:1, 23:11, 28:24, 30:19, 31:20, 32:17, 34:20, 35:4, 35:23, 37:4, 37:15, 37:21, 43:2, 43:5, 44:20, 50:9, 53:5, 57:4, 59:4, 59:15, 61:11, 63:25
**over** [13] - 10:21, 11:2, 12:10, 14:16, 21:11, 23:24, 26:22, 29:6, 29:7, 30:3, 33:3, 34:3
**overbroad** [1] - 29:23
**own** [5] - 20:17, 31:16, 35:21, 58:14, 60:24

## P

**P** [1] - 3:1
**P.C** [1] - 2:6
**pages** [3] - 8:20, 10:4, 14:10
**papers** [2] - 4:18, 30:3
**Paragraph** [7] - 19:18, 19:21, 20:2, 20:5, 20:13, 21:21, 45:9
**paragraph** [2] - 20:3
**Paragraphs** [1] - 18:15
**part** [6] - 12:12, 18:7, 19:17, 52:5, 58:4, 58:6
**participate** [3] - 13:17, 26:7, 51:6
**participation** [2] - 6:22, 29:16
**particular** [2] - 27:5, 51:17
**particularly** [1] - 61:7
**particulars** [4] - 7:16, 11:7, 31:10, 33:3
**parties** [2] - 50:10, 52:25
**pass** [1] - 61:19
**past** [3] - 5:6, 22:16, 31:1
**path** [1] - 62:9
**pattern** [1] - 22:1
**pay** [1] - 47:12
**PC** [1] - 39:7
**peep** [2] - 21:22, 32:8
**penalty** [1] - 60:25
**people** [15] - 5:15, 6:9, 9:16, 18:25, 25:2, 30:17, 30:20, 31:2, 31:18, 31:22, 31:23, 32:4, 32:7, 32:22, 34:9
**people's** [2] - 64:12, 65:1
**per** [2] - 59:8, 64:10
**percent** [8] - 21:14, 21:18, 21:21, 22:8, 36:15, 36:18, 37:16, 37:17
**period** [11] - 12:21, 13:3, 13:15, 14:15, 15:22, 16:12, 18:17, 24:12, 25:16, 48:25, 49:10
**permission** [2] - 47:14, 47:21
**permit** [3] - 5:24, 6:14, 24:17
**permits** [1] - 50:9
**permitted** [3] - 5:1, 6:12, 24:16
**persistent** [1] - 35:1

**person** [3] - 18:18, 25:7, 33:22
**person's** [1] - 32:22
**personal** [2] - 3:22, 60:24
**personally** [1] - 57:15
**perspective** [1] - 57:15
**persuade** [1] - 17:8
**pervasive** [2] - 35:1, 40:24
**PHILIP** [2] - 1:17, 2:4
**phone** [1] - 25:19
**pick** [2] - 43:15, 59:4
**picture** [2] - 3:22, 16:5
**piece** [1] - 15:9
**pin** [1] - 40:4
**pittance** [1] - 23:11
**place** [2] - 11:2, 26:4
**plaintiff** [1] - 63:21
**plan** [1] - 26:16
**plans** [1] - 24:17
**play** [3] - 17:1, 34:1, 60:15
**Plus** [3] - 52:23, 52:24, 53:6
**pocketed** [1] - 21:22
**pockets** [2] - 21:16, 22:23
**point** [10] - 17:18, 29:1, 31:9, 41:12, 42:18, 42:19, 43:4, 45:8, 47:25, 52:1
**points** [2] - 44:24, 52:21
**pool** [1] - 46:14
**position** [6] - 10:24, 13:19, 22:23, 24:20, 33:13, 51:12, 61:12, 61:25
**positive** [1] - 51:4
**possession** [4] - 5:5, 28:16, 47:16, 48:6
**possible** [1] - 60:10
**possibly** [3] - 19:15, 26:3, 49:4
**post** [5] - 21:15, 22:25, 30:18, 41:22, 45:4
**post-indictment** [2] - 41:22, 45:4
**posting** [2] - 19:1, 21:9
**postings** [1] - 6:8
**posts** [1] - 4:6
**potential** [3] - 3:16, 5:19, 18:3
**practical** [6] - 49:1, 49:3, 49:10, 49:16, 49:24, 50:3
**pre** [2] - 41:16, 46:9
**pre-approval** [1] - 46:9
**pre-indictment** [1] - 41:16
**predicate** [1] - 11:11
**prediction** [5] - 9:6, 11:21, 24:21, 24:25, 26:8
**predictions** [2] - 8:23, 9:12
**preferred** [1] - 42:14
**prepare** [3] - 49:1, 50:10, 50:11
**prepared** [2] - 49:4, 51:10
**presence** [2] - 40:20, 46:18
**present** [1] - 52:20
**presentation** [3] - 11:13, 17:12, 49:18
**presented** [3] - 11:8, 16:19, 57:12
**preserves** [1] - 47:9
**presumably** [1] - 3:20
**pretense** [1] - 8:10

**pretrial** [2] - 4:1, 46:8
**pretty** [3] - 19:12, 52:11, 61:20
**preview** [1] - 50:25
**previously** [1] - 49:22
**price** [10] - 8:24, 9:5, 11:21, 20:10, 22:11, 22:15, 24:12, 24:21, 25:20, 26:8
**prices** [1] - 24:10
**primarily** [1] - 41:16
**prime** [1] - 38:22
**print** [2] - 14:7, 37:4
**printed** [1] - 14:3
**prior** [1] - 16:17
**prison** [1] - 25:9
**probable** [11] - 27:15, 27:16, 29:2, 31:10, 35:3, 35:11, 35:12, 40:3, 40:16, 41:10, 42:10
**probably** [8] - 3:12, 53:11, 59:10, 63:3, 63:5, 64:5, 64:22
**problem** [2] - 48:20, 58:16
**procedure** [2] - 53:19, 53:21
**Procedure** [1] - 7:25
**proceed** [3] - 40:6, 41:5, 41:6
**proceedings** [2] - 66:1, 66:6
**Proceedings** [1] - 1:24
**PROCEEDINGS** [1] - 1:10
**proceeds** [14] - 29:14, 29:16, 33:7, 34:20, 35:8, 35:17, 36:1, 36:13, 37:16, 38:7, 38:19, 38:23, 42:6
**process** [2] - 24:4, 25:15
**produce** [4] - 57:9, 57:10, 57:11, 57:12
**produced** [2] - 1:25, 19:10
**production** [2] - 14:10, 60:23
**profit** [1] - 18:16
**profits** [4] - 20:17, 29:7, 33:6, 38:6
**prohibit** [1] - 6:1
**promise** [1] - 8:11
**promotional** [1] - 35:22
**proof** [1] - 45:22
**property** [2] - 39:12, 39:15
**proposal** [1] - 48:21
**proposed** [2] - 48:13, 60:18
**prosecutor** [1] - 3:16
**protected** [2] - 56:15, 56:18
**protective** [1] - 3:21
**prove** [5] - 9:11, 23:13, 55:16, 56:6, 60:2
**provide** [6] - 16:13, 30:12, 33:8, 37:9, 37:10, 55:6
**provided** [10] - 10:14, 11:10, 12:7, 13:24, 22:5, 23:20, 28:6, 38:4, 48:10, 55:10
**provides** [3] - 14:24, 29:13, 47:4
**providing** [1] - 12:14
**public** [2] - 25:13, 44:1
**pull** [4] - 7:21, 12:11, 13:25, 14:1
**pulled** [1] - 53:5
**pump** [8] - 12:10, 12:17, 13:1, 13:11, 15:23, 16:14, 33:20, 49:6
**pump-and-dump** [7] - 12:10, 12:17,

13:1, 13:11, 16:14, 33:20, 49:6
**pumping** [3] - 32:12, 33:4
**purchase** [2] - 20:8, 20:15
**purchased** [2] - 30:24, 31:1
**purchases** [1] - 22:10
**purported** [5] - 14:15, 15:16, 15:23, 16:23, 49:6
**purportedly** [2] - 13:22, 17:4
**purposes** [1] - 18:22
**put** [13] - 3:22, 6:25, 7:6, 9:25, 20:24, 24:1, 35:23, 40:4, 50:15, 52:8, 53:4, 61:13, 61:17
**putative** [1] - 65:15
**putting** [1] - 65:5

### Q

**quashed** [1] - 29:23
**quashing** [1] - 29:10
**QUENTIN** [1] - 2:5
**question** [4] - 12:1, 44:19, 47:17, 64:8
**questions** [5] - 17:11, 23:18, 39:4, 43:9, 43:22
**quick** [2] - 23:6, 44:23
**quickly** [3] - 12:5, 13:25, 51:11
**quiet** [1] - 32:18
**quit** [1] - 37:5
**quite** [3] - 60:5, 61:14, 62:15
**quo** [1] - 37:11

### R

**R** [1] - 3:1
**raised** [1] - 7:5
**raises** [3] - 5:14, 13:15, 32:8
**Ranch** [1] - 1:22
**range** [2] - 18:19, 59:13
**Ranger** [1] - 61:4
**rapid** [1] - 3:12
**rapidly** [1] - 21:6
**reach** [1] - 25:9
**reached** [1] - 3:16
**read** [2] - 20:2, 20:5
**reading** [1] - 5:13
**ready** [4] - 58:2, 58:3, 59:1
**real** [2] - 31:21, 51:9
**real-life** [1] - 31:21
**realistic** [1] - 51:16
**realize** [1] - 45:21
**really** [7] - 25:19, 26:12, 42:14, 51:2, 59:11, 63:1, 63:12
**reason** [7] - 3:25, 11:5, 24:10, 29:23, 33:2, 60:16, 65:11
**reasons** [4] - 31:25, 40:14, 57:2, 57:8
**rebutted** [1] - 45:2
**receive** [1] - 47:23
**recently** [1] - 27:16
**reckless** [6] - 38:1, 38:13, 38:23, 42:18, 45:8, 45:17
**record** [3] - 61:24, 62:6, 66:6

**recorded** [1] - 1:24
**records** [9] - 16:3, 16:10, 16:22, 29:20, 30:18, 47:24, 48:9, 49:8, 59:16
**rectify** [1] - 48:1
**red** [1] - 10:1
**REDU** [2] - 34:4, 34:5
**reference** [5] - 15:2, 30:8, 44:4, 53:24, 64:19
**referenced** [1] - 44:10
**referring** [2] - 5:7, 34:1
**refrain** [1] - 6:21
**refuse** [1] - 57:21
**regard** [3] - 16:23, 47:9, 58:13
**regarding** [2] - 33:18, 49:8
**regardless** [3] - 26:8, 28:6, 36:9
**regards** [6] - 10:6, 11:4, 12:22, 50:7, 51:2, 61:25
**registered** [1] - 24:22
**relate** [1] - 9:5
**related** [3] - 7:17, 8:3, 9:3
**relation** [1] - 5:4
**relationship** [2] - 5:15, 49:23
**release** [4] - 3:5, 4:3, 41:4, 58:12
**relevant** [7] - 13:3, 13:15, 15:11, 18:21, 19:2, 59:15
**relied** [1] - 38:15
**relief** [1] - 39:17
**rely** [2] - 36:12, 39:19
**relying** [3] - 15:7, 21:24, 38:18
**remain** [1] - 5:24
**remains** [1] - 5:15
**remedies** [2] - 40:6, 41:23
**remedy** [10] - 4:11, 6:3, 39:17, 41:8, 41:11, 41:15, 41:22, 42:2, 42:7, 45:2
**rendition** [1] - 62:24
**repeat** [2] - 5:22, 40:13
**replied** [2] - 43:3
**reply** [3] - 10:14, 44:4, 63:11
**report** [2] - 10:9, 22:13
**Reporter** [4] - 2:9, 2:9, 66:4, 66:8
**REPORTER'S** [1] - 66:3
**represent** [1] - 48:9
**representation** [1] - 8:11
**representing** [1] - 25:12
**represents** [2] - 12:16, 15:14
**request** [1] - 55:5
**requesting** [1] - 7:16
**require** [2] - 25:15, 49:7
**required** [4] - 8:10, 32:5, 43:20, 55:16
**requirement** [1] - 32:19
**requires** [1] - 24:11
**reserved** [1] - 43:7
**reset** [2] - 53:8, 53:9
**resolve** [2] - 49:12, 65:10
**resolved** [1] - 4:23
**resonate** [1] - 16:22
**respect** [5] - 31:6, 54:17, 55:12, 59:19, 61:7
**respond** [4] - 17:15, 34:7, 44:23, 63:10

**responded** [1] - 11:17
**response** [5] - 12:6, 15:11, 18:9, 54:23, 57:3
**responses** [3] - 12:13, 57:6, 64:13
**restraint** [1] - 26:4
**restriction** [1] - 51:6
**restrictions** [1] - 24:2
**retail** [1] - 65:15
**retain** [1] - 51:20
**retreat** [1] - 45:7
**return** [2] - 40:5, 41:4
**returned** [1] - 29:24
**returning** [1] - 29:10
**reversals** [1] - 46:22
**review** [1] - 7:19
**reviewed** [2] - 29:20, 38:15
**REYES** [2] - 61:23, 63:22
**Reyes** [1] - 61:23
**RGLS** [2] - 55:9, 55:13
**Rhonda** [1] - 48:16
**right** [34] - 3:3, 6:20, 7:10, 7:13, 10:1, 11:22, 25:18, 26:10, 26:20, 26:22, 27:9, 27:23, 27:24, 28:19, 33:23, 37:7, 47:5, 48:11, 49:5, 49:14, 50:24, 54:7, 54:19, 58:13, 58:23, 60:7, 60:11, 60:19, 62:10, 64:3, 64:5, 64:21, 64:25, 65:24
**rights** [1] - 24:4
**rise** [1] - 65:7
**rises** [1] - 65:7
**RMR** [2] - 2:9, 66:4
**Road** [1] - 1:22
**rocketed** [1] - 25:2
**Room** [1] - 2:11
**Rosen** [2] - 27:8, 45:24
**ROSEN** [16] - 2:1, 27:13, 27:19, 27:24, 28:19, 28:21, 33:11, 36:21, 36:24, 37:2, 37:7, 37:14, 44:22, 45:1, 46:7, 48:9
**Rosenthal** [3] - 38:4, 39:11, 45:2
**rule** [4] - 36:8, 39:1, 39:5, 39:19
**Rule** [4] - 39:2, 39:10, 39:18, 45:5
**ruled** [1] - 63:7
**rules** [1] - 53:19
**Rules** [1] - 7:25
**ruling** [1] - 47:15
**run** [2] - 3:14, 16:9
**Rusk** [1] - 2:11
**RYBARCZYK** [2] - 1:8, 2:1
**Rybarczyk** [9] - 28:2, 28:3, 30:5, 30:23, 31:15, 33:4, 35:14, 35:20, 40:20
**Rybarczyk's** [4] - 26:25, 28:16, 47:15, 48:18

### S

**S** [2] - 1:10, 3:1
**Sachs** [1] - 30:16
**said** [30] - 5:13, 5:17, 9:25, 11:23, 13:21, 16:1, 16:20, 25:3, 25:8, 25:19, 31:13, 32:20, 49:5, 50:18, 51:6, 53:15,

54:2, 54:15, 55:12, 56:21, 57:18, 57:22, 57:23, 59:25, 61:17, 62:1, 62:20, 65:4, 65:7

**sales** [1] - 26:7

**same** [11] - 3:21, 20:15, 22:12, 40:11, 40:14, 44:11, 46:25, 47:13, 47:17, 55:25

**SAMUEL** [1] - 2:1

**satire** [2] - 56:18

**satirical** [2] - 56:19, 56:20

**Saved** [1] - 16:6

**savings** [1] - 44:2

**saw** [1] - 57:3

**say** [31] - 6:15, 11:6, 15:17, 15:21, 19:8, 23:22, 25:19, 31:13, 34:15, 34:19, 36:5, 36:17, 37:20, 38:1, 39:8, 42:25, 44:5, 48:2, 50:21, 54:5, 54:15, 55:23, 57:18, 59:4, 59:9, 59:18, 61:19, 62:6, 63:5, 64:20, 65:6

**saying** [21] - 4:20, 12:24, 16:25, 18:18, 21:7, 22:19, 24:9, 24:24, 26:14, 30:13, 33:22, 34:21, 42:3, 45:12, 49:13, 50:16, 56:1, 56:19, 56:20, 57:9, 57:11

**says** [8] - 9:7, 9:24, 10:8, 20:5, 21:18, 29:12, 29:13, 45:25

**schedule** [8] - 50:10, 53:13, 54:25, 60:11, 60:24, 61:6, 62:7, 63:9

**scheduled** [1] - 48:12

**scheduling** [7] - 48:13, 51:16, 54:24, 60:18, 64:4, 64:9, 64:13

**scheme** [7] - 12:17, 13:12, 18:25, 19:3, 34:9, 54:12, 54:14

**schemes** [2] - 12:10, 49:6

**SCOTT** [1] - 1:17

**Scott** [1] - 3:8

**searches** [1] - 8:19

**seats** [1] - 27:10

**SEC** [1] - 9:22

**second** [6] - 8:25, 10:5, 13:8, 16:4, 18:7

**secondary** [1] - 5:3

**secondly** [1] - 40:7

**Section** [2] - 1:18, 8:5

**securities** [18] - 8:7, 8:13, 9:2, 9:21, 10:7, 10:17, 11:16, 15:15, 16:16, 17:3, 20:9, 20:15, 24:11, 24:15, 24:17, 26:5, 50:22, 51:8

**security** [5] - 8:24, 9:1, 13:14, 24:20, 32:10

**See** [3] - 21:2, 21:3, 21:12

**see** [22] - 8:16, 8:23, 12:23, 13:2, 14:13, 15:20, 21:9, 32:7, 49:10, 49:16, 49:19, 62:10, 62:12, 62:16, 62:24, 62:25, 63:2, 63:4, 63:12, 63:14, 63:19, 65:22

**seek** [1] - 39:17

**seeking** [1] - 7:15

**seem** [1] - 21:3

**seems** [2] - 8:20, 54:8

**seen** [2] - 27:16, 48:16

**seizable** [1] - 42:4

**seize** [5] - 27:25, 29:3, 36:9, 46:12, 47:1

**seized** [12] - 28:1, 28:7, 29:10, 30:6, 36:15, 36:21, 37:3, 37:14, 39:12, 41:14, 41:16, 45:20

**seizure** [8] - 27:14, 27:17, 40:17, 41:1, 41:9, 42:2, 43:13, 45:4

**sell** [9] - 9:1, 13:6, 20:9, 25:21, 25:23, 25:24, 32:1, 51:3

**selling** [8] - 20:16, 22:25, 24:25, 25:11, 31:18, 32:7, 32:17, 33:15

**sells** [7] - 11:1, 21:10, 21:11, 21:14, 21:17, 22:20, 22:22

**semblance** [1] - 27:16

**sense** [3] - 49:17, 54:11, 63:16

**sensitive** [1] - 4:4

**sent** [4] - 5:9, 10:16, 15:25, 33:14

**separate** [4] - 8:6, 12:9, 25:18, 49:6

**September** [1] - 61:8

**series** [1] - 8:12

**serious** [1] - 51:6

**services** [1] - 46:8

**set** [7] - 48:23, 54:6, 59:1, 61:2, 61:25, 62:9

**sets** [1] - 39:5

**seven** [1] - 21:9

**sever** [1] - 49:20

**several** [2] - 8:19, 57:15

**share** [2] - 24:11, 30:21

**shares** [28] - 10:8, 10:15, 10:17, 10:22, 11:5, 12:20, 12:23, 20:9, 21:10, 21:11, 21:14, 21:18, 21:19, 21:22, 22:6, 22:10, 22:11, 22:22, 23:3, 23:5, 23:11, 25:15, 25:21, 31:18, 31:24, 33:15, 34:5, 56:1

**she** [1] - 45:4

**shifting** [1] - 32:24

**shifts** [1] - 34:15

**shoes** [1] - 63:20

**short** [5] - 10:9, 13:23, 22:13, 25:11

**short-circuit** [1] - 13:23

**shortly** [5] - 4:21, 9:9, 25:3, 31:6, 32:1

**should** [11] - 5:24, 11:9, 11:10, 40:6, 42:13, 43:20, 45:20, 47:1, 47:10, 53:3

**shouldn't** [1] - 46:6

**shove** [1] - 34:24

**show** [13] - 8:10, 15:10, 15:20, 16:13, 19:5, 30:13, 35:2, 38:6, 39:6, 39:7, 39:11, 45:22

**showed** [6] - 17:9, 18:20, 23:15, 30:11, 33:21, 56:23

**showing** [1] - 31:11

**shown** [3] - 38:14, 38:17, 39:20

**shows** [4] - 13:1, 14:10, 33:3, 45:15

**side** [5] - 39:24, 58:21, 63:12, 63:13, 65:12

**sides** [2] - 45:18, 45:21

**sift** [1] - 49:7

**significant** [2] - 10:16, 46:22

**signifies** [1] - 12:20

**similar** [1] - 18:14

**simplistic** [1] - 62:24

**simply** [7] - 10:3, 29:2, 29:11, 32:22, 39:5, 42:13, 45:6

**since** [9] - 17:25, 20:19, 28:22, 40:23, 41:18, 50:12, 54:13, 55:24, 57:7

**single** [5] - 18:18, 19:8, 29:25, 30:9, 53:2

**sir** [3] - 6:23, 7:2, 26:24

**sit** [2] - 59:23, 61:20

**sitting** [2] - 52:14, 65:14

**six** [3] - 22:20, 37:1, 45:14

**slated** [1] - 48:24

**sliced** [3] - 55:24, 56:7, 56:8

**Smith** [3] - 2:9, 66:4, 66:8

**So** [1] - 57:10

**so** [78] - 3:10, 3:25, 4:8, 4:11, 7:9, 9:12, 11:4, 12:12, 12:15, 12:24, 13:19, 13:25, 14:3, 14:6, 14:13, 15:1, 15:5, 15:12, 15:20, 15:22, 17:11, 17:17, 18:2, 18:6, 18:8, 18:11, 19:12, 19:17, 20:9, 20:16, 20:24, 21:8, 21:25, 22:17, 23:10, 28:17, 32:24, 34:10, 34:22, 35:11, 36:3, 36:9, 36:12, 36:13, 36:14, 37:16, 37:19, 41:21, 43:11, 45:16, 46:23, 47:15, 48:25, 49:9, 49:19, 51:12, 52:21, 53:20, 54:17, 55:3, 56:17, 57:2, 57:8, 57:13, 57:22, 57:25, 58:22, 58:25, 59:14, 61:11, 61:17, 62:18, 62:24, 63:3, 63:14, 65:11, 65:13

**social** [7] - 5:25, 6:2, 6:5, 6:13, 6:22, 7:6, 20:14

**sold** [8] - 12:20, 12:23, 13:14, 21:21, 22:8, 23:11, 31:6, 62:21

**solely** [1] - 31:14

**solution** [1] - 9:17

**some** [28] - 4:11, 4:12, 4:18, 6:7, 6:11, 7:3, 11:11, 15:1, 26:9, 31:3, 31:6, 32:20, 33:15, 40:13, 44:2, 44:3, 46:21, 48:15, 48:15, 51:21, 54:4, 54:5, 54:17, 56:14, 59:13, 60:13, 65:10

**somebody** [2] - 14:18, 45:22

**somehow** [1] - 34:9

**something** [20] - 6:24, 9:24, 11:24, 11:25, 16:20, 20:24, 22:3, 31:6, 32:6, 33:15, 35:6, 39:7, 45:20, 51:9, 56:19, 57:23, 58:24, 60:2, 60:18, 62:21

**sometime** [2] - 51:18, 52:4

**sometimes** [1] - 20:21

**somewhere** [1] - 28:17

**soon** [2] - 58:12, 60:10

**sooner** [1] - 55:1

**sophisticated** [1] - 52:3

**sorry** [2] - 33:11, 52:13

**sort** [10] - 5:7, 5:8, 8:23, 9:16, 11:20, 37:11, 38:11, 43:5, 44:2, 44:3

**sound** [1] - 56:10

**source** [2] - 34:18, 43:14

**sources** [1] - 49:8

**South** [1] - 1:22
**Southern** [1] - 66:4
**southern** [1] - 2:10
**SOUTHERN** [1] - 1:1
**span** [1] - 11:2, 12:10, 14:16
**speak** [2] - 56:4, 61:21
**speaking** [2] - 5:7, 56:5
**special** [1] - 45:6
**specific** [12] - 7:17, 8:7, 14:12, 17:3, 29:18, 33:17, 36:2, 40:12, 45:10, 59:13
**specifically** [5] - 9:1, 17:2, 35:14, 35:18, 45:9
**specifics** [2] - 43:25, 45:13
**speculate** [1] - 18:3
**speech** [2] - 56:15, 56:19
**speed** [1] - 61:3
**speedy** [5] - 49:14, 50:4, 51:25, 52:1, 52:17
**spend** [2] - 25:8, 46:8
**spending** [1] - 35:25
**spent** [1] - 57:15
**spoke** [1] - 14:13
**spreadsheet** [6] - 12:16, 14:2, 14:7, 14:9, 14:22, 56:24
**spurious** [1] - 17:9
**squeeze** [1] - 22:14
**stage** [1] - 31:10
**standard** [2] - 24:15, 55:19
**standpoint** [1] - 46:2
**stands** [2] - 48:23, 64:21
**Stanley** [1] - 30:17
**start** [7] - 3:4, 4:20, 12:15, 15:14, 17:18, 21:8, 57:13
**started** [1] - 10:20
**starting** [1] - 11:2
**starts** [2] - 21:9, 22:10
**state** [1] - 21:20
**stated** [1] - 16:15
**statement** [15] - 10:2, 11:4, 16:2, 16:10, 18:13, 21:3, 21:4, 22:2, 24:3, 25:6, 51:4, 55:16, 55:19, 55:25, 56:13
**statements** [40] - 8:16, 8:23, 10:5, 11:18, 12:2, 14:25, 15:7, 15:16, 16:11, 16:17, 17:4, 18:14, 19:22, 19:24, 20:1, 20:4, 30:13, 36:25, 37:3, 37:4, 37:10, 38:16, 54:16, 55:12, 56:14, 56:16, 57:11, 58:1, 58:7, 58:11, 58:14, 58:15, 59:5, 59:6, 59:7, 59:15, 59:20, 59:21, 62:5, 64:9
**STATES** [3] - 1:1, 1:4, 1:11
**States** [7] - 2:10, 3:8, 17:24, 24:1, 30:20, 33:23, 66:4
**stating** [1] - 9:19
**status** [1] - 27:20, 37:11
**statute** [3] - 22:1, 24:4, 35:25
**statutes** [2] - 8:2, 54:13
**stay** [5] - 5:16, 27:25, 28:14, 28:15, 41:5
**stays** [2] - 64:6

**stenography** [1] - 1:24
**STEPHANIE** [1] - 2:5
**stick** [1] - 55:1
**still** [5] - 12:1, 28:5, 37:12, 50:18, 60:14
**stock** [43] - 8:14, 9:8, 9:10, 10:17, 10:19, 12:7, 12:23, 13:3, 13:8, 13:12, 13:21, 14:12, 14:14, 14:19, 15:18, 16:21, 18:16, 21:6, 21:12, 22:7, 22:19, 24:10, 24:12, 24:25, 25:2, 25:9, 25:14, 30:16, 30:17, 30:24, 31:1, 31:6, 51:4, 55:18, 56:25, 57:16, 59:4, 59:8, 59:19, 59:20, 62:21, 62:22, 65:3
**stocks** [2] - 9:15, 19:2
**stop** [1] - 27:18
**story** [1] - 40:8
**strategy** [1] - 23:6
**Street** [2] - 1:15, 2:2
**strict** [2] - 5:20, 6:4
**studies** [1] - 32:2
**study** [1] - 61:18
**STX** [1] - 42:25
**SUA** [1] - 35:17
**subjective** [1] - 56:6
**Subsection** [1] - 8:9
**substantial** [1] - 48:24
**substantive** [1] - 65:13
**such** [2] - 17:9, 42:24
**suffered** [1] - 47:11
**sufficient** [1] - 23:20
**sufficiently** [1] - 24:6
**suggested** [1] - 9:10
**suggests** [1] - 21:5
**Suite** [2] - 1:15, 1:23
**summary** [6] - 50:14, 53:19, 53:21, 63:8, 63:15, 63:19
**summary-judgment-type** [1] - 63:8
**summer** [1] - 48:25
**sun** [1] - 65:7
**superseding** [7] - 7:19, 7:24, 8:11, 12:2, 18:15, 30:7, 35:13
**supplement** [1] - 58:25
**supply** [1] - 61:5
**support** [3] - 8:13, 29:6, 42:24
**supports** [1] - 8:21
**supposed** [1] - 17:22
**suppressed** [1] - 29:23
**Supreme** [1] - 17:20
**sure** [4] - 5:12, 27:19, 47:25, 58:23
**surprise** [1] - 19:19
**suspect** [1] - 52:1
**swing** [1] - 16:1
**switch** [2] - 26:22, 27:10
**SXTC** [2] - 30:2, 30:15
**symbols** [4] - 40:12, 42:23, 43:5, 43:15
**system** [2] - 14:3, 14:4

# T

**tab** [1] - 14:6
**tabs** [2] - 14:7, 14:23
**tainted** [2] - 42:6, 42:15
**take** [7] - 15:7, 27:4, 37:21, 38:25, 41:15, 41:23, 50:25
**taken** [5] - 4:23, 24:20, 28:4, 38:4, 48:10
**takes** [1] - 37:24
**talk** [5] - 26:25, 27:6, 41:1, 50:5, 57:7
**talked** [3] - 8:4, 16:25, 38:2
**talking** [6] - 9:17, 19:14, 31:21, 37:12, 55:17, 59:5
**talks** [1] - 35:13
**tapered** [1] - 46:23
**target** [3] - 22:15, 24:22, 25:9
**targeted** [1] - 8:19
**TATE** [1] - 2:5
**tattoo** [2] - 32:10, 40:8
**team** [1] - 60:23
**tee** [1] - 50:19
**teed** [1] - 51:4
**tell** [18] - 4:5, 10:3, 13:21, 27:20, 27:23, 31:18, 31:23, 35:10, 44:8, 45:18, 56:16, 56:25, 57:14, 57:25, 59:25, 60:19, 61:8, 65:18
**telling** [7] - 21:12, 21:24, 22:23, 22:24, 30:15, 46:19, 48:4
**tells** [1] - 48:16
**ten** [4] - 9:23, 10:25, 25:8
**tend** [1] - 49:21
**term** [7] - 10:12, 21:19, 22:6, 23:6, 25:11, 43:14
**terms** [4] - 47:13, 48:1, 50:15, 63:24
**terrific** [1] - 34:23
**testifying** [1] - 65:16
**TEXAS** [2] - 1:1, 1:6
**Texas** [6] - 1:16, 1:23, 2:7, 2:10, 2:12, 66:5
**texts** [1] - 19:7
**than** [12] - 6:3, 23:9, 23:10, 24:15, 28:12, 34:19, 36:3, 39:17, 45:19, 46:8, 55:10, 59:10
**thank** [14] - 4:16, 17:14, 17:16, 26:19, 26:21, 28:13, 39:22, 39:25, 43:21, 48:8, 54:21, 61:22, 65:24, 65:25
**that** [423] - 3:6, 3:11, 3:21, 3:23, 4:5, 4:10, 4:12, 4:22, 4:23, 5:3, 5:9, 5:13, 5:14, 5:17, 5:20, 6:3, 6:7, 6:10, 6:14, 7:7, 7:11, 7:21, 7:24, 8:2, 8:13, 8:18, 8:21, 8:23, 9:4, 9:10, 9:11, 10:13, 10:14, 10:15, 10:16, 10:17, 10:23, 10:24, 10:25, 11:6, 11:12, 11:15, 11:19, 11:25, 12:1, 12:4, 12:6, 12:7, 12:13, 12:17, 12:20, 12:24, 13:3, 13:4, 13:6, 13:12, 13:13, 13:14, 13:15, 13:16, 13:22, 13:24, 13:25, 14:24, 14:25, 15:5, 15:6, 15:10, 15:12, 15:24, 16:6, 16:7, 16:8, 16:12, 16:13, 16:20, 17:6, 17:8,

17:18, 17:21, 18:5, 18:6, 18:7, 18:16, 18:18, 18:20, 19:2, 19:5, 19:8, 19:12, 19:14, 19:16, 19:22, 20:3, 20:9, 20:15, 20:16, 20:19, 21:4, 21:5, 21:14, 21:15, 21:17, 21:21, 21:23, 21:25, 22:3, 22:7, 22:15, 22:25, 23:4, 23:10, 23:11, 23:23, 23:25, 24:1, 24:5, 24:10, 24:11, 24:17, 24:20, 24:24, 25:2, 25:6, 25:9, 25:12, 25:13, 26:3, 26:8, 26:9, 26:15, 26:16, 27:8, 27:14, 27:16, 28:15, 29:2, 29:7, 29:9, 29:11, 29:12, 29:13, 29:15, 30:3, 30:13, 30:15, 30:21, 30:22, 30:23, 30:24, 31:2, 31:5, 31:9, 31:11, 31:15, 31:18, 31:24, 32:2, 32:4, 32:6, 32:7, 32:21, 32:22, 32:23, 32:25, 33:6, 33:8, 33:12, 33:13, 33:16, 33:18, 33:24, 34:1, 34:6, 34:8, 34:11, 34:19, 34:22, 34:25, 35:5, 35:6, 35:7, 35:9, 35:15, 35:18, 35:23, 36:1, 36:3, 36:10, 36:12, 36:15, 36:17, 36:22, 37:2, 37:3, 37:10, 37:15, 37:17, 37:19, 38:6, 38:8, 38:9, 38:10, 38:16, 38:17, 38:18, 38:22, 39:6, 39:7, 39:9, 39:11, 39:12, 39:16, 39:19, 39:20, 40:2, 40:3, 40:4, 40:5, 40:8, 40:11, 40:13, 40:18, 40:19, 40:22, 41:4, 41:5, 41:7, 41:12, 41:16, 41:19, 42:2, 42:7, 42:8, 42:9, 42:23, 42:24, 42:25, 43:2, 43:7, 43:9, 43:10, 43:13, 43:14, 43:17, 43:18, 44:5, 44:10, 44:12, 44:14, 44:16, 44:21, 45:1, 45:5, 45:6, 45:10, 45:12, 45:15, 45:16, 45:19, 45:21, 45:22, 46:5, 46:8, 46:10, 46:17, 46:22, 46:24, 47:8, 47:9, 47:13, 47:17, 48:1, 48:4, 48:9, 48:12, 48:15, 48:20, 48:23, 49:9, 49:10, 49:11, 49:16, 49:20, 49:21, 50:1, 50:2, 50:15, 50:19, 50:21, 50:25, 51:1, 51:4, 51:7, 51:18, 51:22, 51:25, 52:2, 52:5, 52:10, 52:12, 52:13, 52:15, 52:24, 53:1, 53:4, 53:9, 53:20, 53:23, 54:3, 54:6, 54:9, 54:13, 54:16, 54:18, 55:2, 55:6, 55:7, 55:11, 55:16, 55:22, 56:1, 56:5, 56:7, 56:8, 56:15, 56:16, 56:20, 56:24, 57:6, 57:9, 57:10, 57:17, 57:20, 58:3, 58:4, 58:10, 58:17, 58:24, 59:19, 60:1, 60:3, 60:13, 60:24, 61:7, 61:13, 61:16, 62:2, 62:3, 62:6, 62:8, 62:11, 62:24, 63:9, 63:16, 63:18, 63:19, 63:22, 63:23, 64:7, 64:12, 64:19, 64:25, 65:2, 65:3, 65:8, 65:12, 65:15, 65:17, 65:20, 66:5

**that's** [45] - 14:9, 14:14, 14:15, 15:2, 15:18, 16:2, 17:24, 18:19, 24:13, 24:15, 25:16, 26:15, 29:17, 30:2, 30:21, 32:3, 35:8, 36:11, 36:16, 36:21, 38:11, 39:8, 39:13, 39:18, 41:11, 44:20, 46:2, 46:11, 47:4, 47:15, 50:8, 51:12, 52:19, 53:19, 54:12, 55:14, 55:24, 56:25, 57:5, 58:18, 60:4, 60:5, 62:15, 62:19, 62:23

**THE** [88] - 1:10, 1:14, 1:21, 2:1, 3:3, 3:9, 4:15, 4:24, 5:11, 5:24, 6:15, 6:20, 6:24, 7:3, 7:21, 14:4, 17:15, 23:19, 23:22, 24:5, 26:10, 26:18, 26:20, 26:22,

26:25, 27:3, 27:6, 27:9, 27:11, 27:18, 27:20, 28:9, 28:17, 28:20, 33:10, 36:19, 36:23, 36:25, 37:5, 37:12, 39:23, 43:22, 44:8, 44:14, 44:18, 44:20, 44:25, 45:18, 46:11, 46:18, 47:5, 48:3, 48:6, 48:11, 49:12, 50:12, 50:24, 51:13, 52:7, 52:12, 52:19, 53:13, 53:23, 54:1, 54:4, 54:8, 54:19, 55:21, 56:10, 56:23, 57:5, 58:4, 58:7, 58:10, 58:18, 59:3, 59:8, 59:11, 59:17, 60:4, 62:12, 64:3, 64:15, 64:18, 64:23, 64:25, 65:17, 65:23

**The** [2] - 25:12, 66:1

**the** [712] - 3:2, 3:4, 3:6, 3:8, 3:11, 3:12, 3:17, 3:18, 3:21, 3:25, 4:6, 4:10, 4:12, 4:17, 4:21, 5:5, 5:6, 5:10, 5:20, 5:21, 5:23, 6:4, 6:7, 6:8, 6:10, 6:18, 7:3, 7:4, 7:5, 7:7, 7:9, 7:10, 7:11, 7:12, 7:17, 7:19, 7:24, 7:25, 8:1, 8:4, 8:9, 8:11, 8:16, 8:17, 8:19, 8:22, 8:23, 8:24, 8:25, 9:2, 9:3, 9:4, 9:5, 9:10, 9:15, 9:17, 9:18, 9:22, 9:23, 9:25, 10:1, 10:2, 10:3, 10:4, 10:6, 10:9, 10:11, 10:13, 10:15, 10:18, 10:20, 10:21, 10:23, 11:2, 11:4, 11:7, 11:9, 11:12, 11:13, 11:15, 11:17, 11:19, 11:24, 12:1, 12:2, 12:4, 12:5, 12:7, 12:8, 12:10, 12:12, 12:15, 12:16, 12:17, 12:19, 12:22, 13:3, 13:4, 13:8, 13:15, 13:18, 13:19, 13:23, 14:2, 14:3, 14:6, 14:7, 14:9, 14:11, 14:14, 14:15, 14:16, 14:19, 14:22, 14:25, 15:1, 15:3, 15:6, 15:8, 15:10, 15:11, 15:13, 15:14, 15:18, 15:19, 15:20, 15:22, 15:24, 16:1, 16:4, 16:6, 16:9, 16:11, 16:12, 16:15, 16:18, 16:19, 16:22, 16:23, 16:24, 17:1, 17:6, 17:12, 17:13, 17:15, 17:18, 17:19, 17:20, 17:22, 17:23, 18:2, 18:3, 18:4, 18:7, 18:14, 18:15, 18:17, 18:20, 18:21, 19:1, 19:3, 19:5, 19:9, 19:16, 19:17, 19:18, 19:19, 19:22, 20:2, 20:3, 20:4, 20:7, 20:8, 20:9, 20:10, 20:12, 20:13, 20:15, 20:16, 20:18, 20:19, 20:21, 20:22, 20:25, 21:4, 21:7, 21:12, 21:13, 21:15, 21:21, 22:1, 22:5, 22:9, 22:12, 22:13, 22:16, 22:19, 22:23, 23:10, 23:12, 23:19, 23:23, 23:24, 23:25, 24:1, 24:3, 24:4, 24:5, 24:9, 24:10, 24:13, 24:15, 24:19, 24:20, 24:25, 25:6, 25:7, 25:10, 25:11, 25:13, 25:16, 25:19, 25:24, 25:25, 26:3, 26:7, 26:10, 26:13, 27:6, 27:15, 27:17, 27:20, 27:21, 27:22, 27:24, 27:25, 28:1, 28:3, 28:5, 28:6, 28:7, 28:9, 28:10, 28:11, 28:12, 28:13, 28:14, 28:15, 28:18, 28:22, 28:23, 28:25, 29:1, 29:3, 29:4, 29:6, 29:10, 29:12, 29:15, 29:19, 29:24, 29:25, 30:2, 30:4, 30:6, 30:7, 30:9, 30:19, 30:20, 30:24, 31:1, 31:4, 31:5, 31:9, 31:16, 31:18, 31:20, 31:21, 31:22, 32:3, 32:6, 32:14, 32:17, 32:24, 33:1, 33:2, 33:3, 33:5, 33:8, 33:13, 33:15, 33:18, 33:23, 34:3, 34:4, 34:7, 34:11, 34:13, 34:18,

34:19, 34:20, 34:24, 35:2, 35:3, 35:12, 35:17, 35:20, 35:23, 35:25, 36:6, 36:9, 36:11, 36:13, 36:16, 36:21, 36:23, 36:24, 36:25, 37:2, 37:4, 37:7, 37:9, 37:16, 37:17, 37:21, 37:22, 37:24, 37:25, 38:1, 38:3, 38:5, 38:6, 38:7, 38:10, 38:13, 38:14, 38:16, 38:17, 38:19, 38:21, 38:22, 38:24, 39:1, 39:2, 39:5, 39:6, 39:8, 39:15, 39:20, 39:21, 40:2, 40:5, 40:6, 40:7, 40:8, 40:11, 40:14, 40:19, 40:22, 40:23, 40:24, 41:1, 41:3, 41:4, 41:6, 41:7, 41:10, 41:12, 41:15, 41:17, 41:20, 41:22, 41:23, 42:2, 42:3, 42:6, 42:8, 42:12, 42:14, 42:16, 42:17, 42:19, 42:22, 43:4, 43:8, 43:9, 43:12, 43:17, 43:18, 43:20, 44:4, 44:6, 44:10, 44:11, 44:12, 44:13, 45:1, 45:5, 45:7, 45:8, 45:9, 45:11, 45:17, 45:19, 45:20, 45:21, 45:22, 45:25, 46:2, 46:3, 46:4, 46:11, 46:12, 46:13, 46:14, 46:15, 46:17, 46:18, 46:21, 46:22, 46:23, 46:25, 47:2, 47:3, 47:4, 47:5, 47:6, 47:7, 47:9, 47:10, 47:11, 47:12, 47:13, 47:16, 47:17, 47:18, 47:19, 47:20, 47:22, 47:23, 47:25, 48:1, 48:7, 48:9, 48:10, 48:11, 48:13, 48:15, 48:19, 48:20, 48:21, 49:1, 49:2, 49:15, 49:18, 49:20, 49:22, 49:25, 50:1, 50:9, 50:10, 50:11, 50:18, 50:19, 50:23, 50:25, 51:6, 51:8, 51:11, 51:16, 51:18, 51:19, 51:20, 51:22, 52:4, 52:5, 52:7, 52:10, 52:12, 52:17, 52:24, 53:5, 53:6, 53:9, 53:16, 53:19, 53:21, 54:5, 54:6, 54:10, 54:11, 54:12, 54:13, 54:15, 54:17, 54:18, 54:24, 54:25, 55:1, 55:5, 55:6, 55:7, 55:8, 55:9, 55:10, 55:15, 55:18, 55:24, 55:25, 56:3, 56:8, 56:15, 56:16, 57:6, 57:11, 57:12, 57:25, 58:4, 58:7, 58:11, 58:13, 58:15, 58:16, 58:20, 59:1, 59:4, 59:6, 59:9, 59:13, 59:15, 59:20, 59:21, 60:5, 60:7, 60:10, 60:12, 60:16, 60:17, 60:22, 60:23, 60:24, 60:25, 61:3, 61:4, 61:5, 61:7, 61:8, 61:11, 61:15, 61:24, 61:25, 62:4, 62:6, 62:7, 62:14, 62:18, 62:19, 62:21, 62:25, 63:1, 63:4, 63:7, 63:10, 63:12, 63:13, 63:16, 63:17, 63:18, 63:20, 63:23, 63:24, 63:25, 64:5, 64:6, 64:9, 64:10, 64:11, 64:13, 64:20, 64:21, 64:22, 64:25, 65:3, 65:5, 65:7, 65:8, 65:9, 65:10, 65:11, 65:12, 65:18, 65:21, 66:5, 66:5, 66:6

**their** [20] - 8:21, 9:19, 12:6, 15:2, 15:8, 20:7, 20:9, 20:16, 32:5, 34:13, 34:15, 35:4, 35:8, 35:9, 35:15, 35:20, 37:8, 45:12, 51:19, 57:21

**them** [31] - 5:16, 8:12, 8:14, 8:17, 10:10, 11:19, 12:3, 16:17, 19:6, 21:24, 24:17, 25:15, 25:22, 25:23, 25:24, 26:1, 26:2, 27:4, 30:19, 37:9, 38:20, 47:18, 47:20, 57:11, 57:12, 58:12, 63:14, 65:2

**themselves** [2] - 19:7, 31:25

**then** [38] - 3:22, 8:6, 10:2, 10:25, 11:1, 12:18, 12:19, 13:1, 13:17, 14:17, 14:23, 15:1, 16:4, 16:8, 17:6, 18:4, 18:15, 19:25, 21:17, 23:8, 25:3, 30:18, 30:24, 31:6, 31:24, 36:5, 42:11, 42:24, 52:4, 53:5, 53:6, 53:21, 56:17, 58:1, 58:24, 62:9, 65:5, 65:9

**theories** [1] - 51:22

**theory** [12] - 17:7, 19:15, 19:16, 19:19, 20:12, 20:18, 35:9, 35:16, 37:17, 41:4, 54:11

**there** [50] - 3:20, 4:1, 4:11, 4:20, 5:3, 5:12, 7:10, 8:2, 8:6, 8:20, 9:19, 11:5, 14:22, 15:9, 17:18, 23:6, 24:10, 25:2, 27:25, 29:2, 29:18, 29:21, 32:20, 35:11, 35:12, 35:17, 35:21, 41:12, 43:4, 43:10, 44:21, 44:22, 45:10, 45:16, 46:15, 50:4, 53:10, 53:18, 55:15, 55:20, 55:22, 57:1, 58:10, 59:23, 61:12, 61:20, 62:10, 63:25, 65:13

**there's** [26] - 8:5, 10:5, 17:17, 24:8, 29:5, 29:25, 31:15, 31:18, 32:19, 35:22, 36:8, 39:7, 39:16, 41:21, 42:14, 42:23, 45:6, 46:9, 49:19, 51:24, 55:19, 57:8, 57:18, 62:7, 63:7, 63:16

**thereabouts** [1] - 52:6

**thereafter** [3] - 25:4, 31:7, 32:1

**therefore** [2] - 39:19, 43:6

**these** [31] - 6:11, 8:13, 9:9, 9:19, 11:18, 12:1, 12:9, 12:25, 13:5, 13:10, 13:16, 13:21, 14:25, 15:19, 16:16, 16:19, 18:23, 20:1, 20:6, 20:8, 22:14, 26:7, 30:18, 32:7, 36:1, 37:1, 37:12, 42:3, 57:25, 58:7, 60:15

**thesis** [1] - 31:23

**they** [109] - 5:7, 7:12, 8:17, 9:25, 11:10, 11:13, 11:18, 11:20, 12:6, 13:6, 13:24, 14:7, 16:12, 17:6, 17:8, 19:3, 25:13, 26:6, 26:8, 27:21, 27:22, 28:4, 28:7, 28:8, 29:14, 29:23, 30:21, 30:23, 31:22, 31:23, 31:24, 32:1, 33:13, 34:7, 34:8, 34:13, 34:14, 34:15, 34:19, 34:22, 34:24, 35:4, 35:6, 35:16, 35:19, 35:25, 36:2, 36:3, 36:5, 36:10, 36:11, 36:12, 36:13, 36:17, 37:5, 37:14, 37:20, 37:25, 38:5, 38:6, 38:22, 39:1, 40:15, 41:5, 42:4, 42:18, 42:19, 42:23, 42:24, 43:15, 43:16, 43:19, 43:20, 45:10, 45:13, 48:4, 50:16, 50:17, 50:18, 53:20, 55:6, 55:10, 55:11, 56:16, 57:13, 57:17, 57:21, 57:25, 58:2, 59:25, 60:1, 62:20, 62:21, 62:22, 63:21, 65:4

**they're** [23] - 5:13, 8:18, 9:20, 10:24, 12:13, 15:3, 15:7, 24:7, 24:14, 24:18, 24:24, 34:10, 34:21, 38:18, 42:21, 56:19, 57:9, 57:10, 63:17, 65:6

**they've** [14] - 8:20, 23:20, 24:2, 24:6, 28:5, 30:5, 34:11, 35:18, 37:3, 41:14, 48:16, 49:6, 57:20

**thing** [18] - 6:1, 6:17, 7:10, 10:20,

11:15, 12:4, 13:4, 19:14, 22:12, 23:22, 24:13, 30:4, 32:14, 40:3, 45:23, 54:15, 55:24, 63:8

**things** [13] - 3:18, 9:19, 20:22, 24:8, 32:3, 32:17, 37:18, 40:1, 51:21, 63:13, 65:10, 65:12

**think** [45] - 5:16, 9:12, 11:12, 11:18, 11:19, 13:4, 13:5, 15:11, 15:12, 17:5, 19:12, 24:8, 26:16, 32:5, 32:15, 40:2, 44:1, 46:3, 49:3, 49:19, 50:2, 50:7, 51:4, 51:5, 51:8, 51:15, 51:24, 52:1, 53:3, 54:10, 55:7, 55:15, 55:18, 55:25, 58:7, 58:12, 59:25, 60:1, 60:4, 62:13, 62:17, 62:24, 63:23, 65:12

**thinking** [1] - 51:18

**thinly** [2] - 30:15, 30:17

**This** [1] - 21:25

**this** [133] - 3:12, 3:17, 3:25, 4:4, 4:6, 4:10, 4:13, 4:14, 5:14, 5:18, 5:19, 6:17, 7:10, 9:15, 9:18, 9:23, 11:1, 11:8, 11:10, 12:15, 12:16, 12:23, 13:20, 14:1, 14:3, 14:6, 14:9, 15:10, 15:14, 15:24, 15:25, 16:11, 16:20, 16:23, 17:25, 18:19, 18:21, 18:22, 19:8, 19:23, 20:4, 20:13, 20:24, 22:7, 23:14, 25:10, 26:4, 29:23, 30:5, 30:16, 30:17, 30:19, 31:20, 31:22, 31:24, 32:3, 32:8, 32:11, 32:19, 34:9, 34:15, 36:8, 38:16, 39:3, 39:17, 40:4, 40:6, 40:20, 41:10, 41:11, 41:18, 41:24, 42:2, 42:10, 42:16, 43:2, 45:3, 46:14, 47:7, 47:25, 48:10, 48:25, 49:1, 49:20, 49:24, 51:2, 51:11, 52:1, 52:3, 52:19, 53:2, 53:7, 53:9, 53:10, 53:13, 54:2, 54:8, 54:11, 54:14, 55:3, 55:7, 55:21, 55:24, 56:5, 57:5, 57:9, 57:22, 58:1, 58:19, 59:20, 59:23, 59:24, 60:4, 60:11, 60:18, 61:8, 61:19, 62:2, 62:8, 62:12, 62:16, 62:17, 62:25, 63:2, 63:3, 63:12, 64:1, 64:4, 64:12, 65:1, 65:15, 65:18

**THOMAS** [1] - 1:14

**Thomas** [1] - 28:13

**thorough** [1] - 58:22

**thoroughly** [1] - 62:11

**those** [23] - 6:8, 10:22, 16:5, 25:15, 28:2, 28:4, 37:3, 38:19, 38:24, 40:8, 40:10, 40:15, 41:14, 43:8, 44:9, 46:9, 47:25, 48:11, 49:9, 55:23, 56:6, 56:10, 59:12

**though** [6] - 16:6, 24:5, 24:17, 27:11, 31:1, 65:17

**thought** [3] - 19:16, 52:9, 64:17

**thousand** [4] - 10:4, 14:10, 22:21, 22:22

**thousands** [1] - 8:20

**threatened** [1] - 3:17

**threatening** [2] - 5:10, 5:11

**three** [19] - 4:4, 8:2, 8:13, 12:10, 14:23, 16:19, 19:23, 22:21, 33:21, 36:23, 36:24, 37:13, 37:14, 40:21, 43:24, 44:9,

44:10, 47:15, 55:3

**threshold** [1] - 43:20

**thresholds** [1] - 41:12

**through** [25] - 4:17, 6:13, 15:16, 18:4, 20:20, 23:17, 29:16, 30:18, 30:19, 33:9, 33:19, 41:9, 42:9, 43:2, 43:19, 44:13, 45:13, 47:19, 49:7, 50:20, 57:15, 57:18, 62:14, 65:22

**throughout** [1] - 38:16

**ticker** [13] - 8:14, 13:9, 14:12, 18:17, 19:8, 30:2, 30:5, 33:4, 40:12, 42:23, 43:5, 43:15, 64:10

**tickers** [10] - 12:7, 13:21, 18:23, 29:19, 33:3, 33:18, 38:17, 45:15, 59:13, 64:10

**tied** [2] - 56:24, 59:13

**time** [36] - 5:9, 7:12, 9:15, 10:13, 10:15, 12:20, 12:23, 13:3, 13:15, 14:10, 14:15, 15:22, 16:12, 17:13, 18:1, 18:17, 20:10, 21:15, 24:12, 25:2, 25:6, 25:16, 26:7, 26:9, 31:22, 32:17, 34:6, 48:25, 49:10, 50:3, 52:2, 55:25, 56:9, 62:11, 64:14, 65:18

**times** [5] - 9:23, 14:14, 14:18, 32:1, 38:3

**to** [479] - 3:2, 3:4, 3:6, 3:11, 3:14, 3:16, 3:17, 3:18, 3:24, 4:3, 4:8, 4:10, 4:11, 4:17, 4:20, 5:1, 5:4, 5:7, 5:11, 5:12, 5:16, 5:18, 5:20, 5:24, 5:25, 6:1, 6:4, 6:6, 6:9, 6:10, 6:12, 6:14, 6:15, 6:21, 6:25, 7:6, 7:7, 7:10, 7:12, 7:17, 7:21, 8:2, 8:3, 8:10, 8:20, 8:22, 9:1, 9:3, 9:5, 9:7, 9:10, 9:11, 9:12, 9:17, 9:20, 10:6, 10:11, 10:12, 11:4, 11:5, 11:6, 11:8, 11:11, 11:13, 11:23, 11:24, 12:5, 12:8, 12:11, 12:13, 12:15, 12:16, 12:18, 12:22, 12:25, 13:11, 13:13, 13:16, 13:21, 13:23, 13:25, 14:1, 15:2, 15:6, 15:10, 15:11, 15:12, 15:15, 15:17, 15:21, 15:23, 15:24, 16:13, 16:14, 16:16, 16:17, 16:18, 16:19, 16:24, 16:25, 17:5, 17:6, 17:8, 17:9, 17:11, 17:15, 17:17, 18:4, 18:9, 18:14, 18:21, 18:25, 19:3, 19:4, 19:8, 19:9, 19:11, 19:12, 19:25, 20:2, 20:7, 20:8, 20:14, 20:23, 21:5, 21:6, 21:7, 21:13, 21:15, 21:16, 21:23, 22:3, 22:5, 23:11, 23:13, 23:14, 23:17, 23:23, 23:25, 24:1, 24:3, 24:5, 24:6, 24:11, 24:14, 24:16, 24:17, 24:19, 25:2, 25:3, 25:4, 25:5, 25:7, 25:8, 25:9, 25:13, 25:15, 25:20, 25:21, 25:22, 25:24, 25:25, 26:2, 26:6, 26:10, 26:12, 26:16, 27:4, 27:11, 27:21, 27:25, 28:6, 28:21, 28:22, 28:24, 28:25, 29:2, 29:4, 29:11, 29:19, 29:21, 30:1, 30:4, 30:12, 30:20, 30:25, 31:5, 31:17, 31:22, 31:25, 32:5, 32:13, 32:15, 32:16, 32:18, 32:20, 32:22, 33:6, 33:17, 33:23, 34:1, 34:8, 34:10, 34:13, 34:25, 35:2, 35:3, 35:4, 35:5, 35:14, 36:5, 36:7, 36:13, 36:16, 36:18, 36:22, 37:1, 37:2, 37:4,

37:9, 37:10, 37:21, 37:22, 38:5, 38:10, 38:11, 38:14, 38:15, 38:18, 38:22, 39:1, 39:2, 39:8, 39:13, 39:17, 39:19, 39:20, 39:23, 40:5, 40:6, 41:3, 41:4, 41:6, 41:12, 41:14, 41:15, 41:19, 41:23, 42:8, 42:11, 42:12, 43:2, 43:4, 43:5, 43:9, 43:12, 43:15, 43:17, 43:18, 43:19, 43:25, 44:1, 44:4, 44:19, 44:20, 44:23, 45:5, 45:11, 45:13, 45:22, 46:1, 46:4, 46:12, 46:14, 46:21, 46:23, 47:1, 47:3, 47:6, 47:7, 47:11, 47:15, 47:16, 47:22, 47:24, 48:3, 48:4, 48:6, 48:7, 48:18, 48:24, 48:25, 49:1, 49:7, 49:10, 49:14, 49:19, 49:21, 49:23, 49:25, 50:3, 50:4, 50:5, 50:7, 50:9, 50:10, 50:15, 50:19, 50:20, 50:22, 51:2, 51:6, 51:8, 51:10, 51:13, 51:16, 51:20, 51:21, 51:22, 52:8, 52:18, 52:19, 52:22, 52:25, 53:3, 53:4, 53:13, 53:17, 53:20, 54:8, 54:12, 54:14, 54:16, 54:19, 54:24, 54:25, 55:1, 55:8, 55:12, 55:14, 55:16, 55:18, 55:19, 56:4, 56:6, 56:10, 56:13, 56:17, 56:21, 56:24, 56:25, 57:6, 57:7, 57:9, 57:10, 57:12, 57:19, 57:22, 57:23, 58:1, 58:3, 58:13, 58:14, 58:15, 58:22, 58:23, 58:25, 59:1, 59:13, 59:14, 59:19, 59:22, 60:3, 60:5, 60:7, 60:10, 60:11, 60:17, 60:22, 61:3, 61:4, 61:8, 61:9, 61:15, 61:18, 61:19, 61:24, 61:25, 62:6, 62:8, 62:11, 62:14, 62:17, 63:1, 63:2, 63:3, 63:4, 63:5, 63:6, 63:9, 63:10, 63:11, 63:13, 63:18, 63:24, 64:4, 64:5, 64:19, 65:1, 65:6, 65:9, 65:14, 65:18, 65:20, 66:5
**today** [2] - 56:24, 57:17, 62:1, 65:4, 65:14, 65:22
**together** [3] - 20:24, 35:10, 37:18
**told** [5] - 11:10, 23:7, 28:15, 28:25, 31:2
**toned** [1] - 7:6
**too** [6] - 5:6, 14:8, 53:15, 56:21, 64:16, 64:18
**took** [6] - 11:1, 25:4, 33:13, 35:22, 40:21, 52:22
**topic** [1] - 27:12
**total** [1] - 37:16
**totality** [1] - 49:25
**towards** [1] - 62:2
**trace** [1] - 36:13
**traceable** [1] - 41:19
**traced** [1] - 36:6
**track** [2] - 63:1, 63:3
**tracks** [1] - 62:25
**trade** [4] - 16:2, 16:10, 16:22, 23:6
**traded** [3] - 13:2, 29:19, 30:3
**trader** [5] - 10:18, 23:21, 34:17, 34:22, 40:22
**traders** [2] - 24:2, 25:10
**trades** [2] - 36:2, 45:10
**trading** [9] - 22:19, 37:7, 44:5, 44:11, 46:16, 46:22, 49:7, 59:16, 59:21

**Trading** [2] - 18:13, 19:6
**traffic** [2] - 10:1
**transactions** [2] - 26:5, 51:7
**transcript** [2] - 1:25, 66:5
**TRANSCRIPT** [1] - 1:10
**transcripts** [3] - 7:16, 15:13, 18:5
**treat** [1] - 63:8
**trial** [29] - 16:17, 19:11, 43:8, 43:10, 48:23, 49:14, 50:4, 50:10, 50:11, 51:25, 52:1, 52:5, 52:10, 52:17, 53:5, 53:7, 53:10, 53:20, 58:19, 59:1, 59:22, 60:12, 60:25, 61:9, 61:16, 61:25, 64:6, 64:11
**trial-ready** [1] - 59:1
**trials** [1] - 61:2
**tried** [1] - 36:5
**troll** [1] - 18:4
**troubling** [2] - 4:8, 4:10
**true** [10] - 9:13, 10:13, 11:6, 16:2, 16:10, 30:14, 45:16, 50:18, 62:18, 66:5
**truncated** [1] - 48:25
**trust** [5] - 32:21, 44:3, 46:5, 47:2
**trusting** [1] - 21:23
**truth** [8] - 22:4, 38:1, 38:13, 38:24, 45:9, 45:17, 51:23, 65:10
**try** [6] - 7:11, 34:8, 34:13, 48:25, 54:5, 65:1
**trying** [5] - 28:24, 30:20, 43:12, 44:20, 49:16
**turned** [2] - 6:17, 40:21
**tweet** [5] - 10:16, 14:20, 30:9, 30:23, 33:13
**tweeted** [5] - 14:14, 15:17, 18:19, 31:5, 33:25
**tweeting** [2] - 31:16, 32:11
**tweets** [14] - 8:12, 9:3, 9:9, 14:23, 15:24, 16:19, 21:1, 22:12, 33:21, 34:4, 38:6, 38:19, 38:24, 64:10
**Twitter** [9] - 4:6, 14:16, 15:16, 18:13, 19:6, 32:4, 34:10, 55:23, 59:20
**twittering** [1] - 32:22
**two** [20] - 8:14, 8:22, 11:2, 15:19, 16:18, 19:23, 24:8, 34:25, 36:4, 37:24, 44:23, 45:2, 45:14, 47:12, 50:8, 59:14, 62:25, 64:15, 64:22, 64:23
**type** [8] - 10:5, 26:4, 31:3, 32:21, 40:8, 45:22, 55:12, 63:8
**types** [4] - 8:22, 19:22, 19:24, 20:4

## U

**U.S** [3] - 1:14, 1:18, 47:2
**ultimately** [2] - 23:23, 43:11
**Ultra** [1] - 31:16
**uncontested** [1] - 45:15
**undeniably** [1] - 16:2
**under** [20] - 5:1, 7:25, 8:5, 8:9, 11:16, 29:9, 35:16, 35:17, 35:25, 36:7, 39:18, 40:14, 41:4, 41:6, 41:15, 47:12, 47:13, 53:19, 56:14, 64:7
**underlying** [1] - 55:6

**underneath** [1] - 53:5
**understand** [16] - 5:19, 6:8, 7:1, 14:2, 19:25, 26:11, 42:9, 45:24, 47:1, 47:24, 48:22, 49:7, 50:21, 51:21, 60:16, 64:19
**understandably** [1] - 56:3
**understanding** [3] - 51:3, 56:5, 66:6
**understood** [1] - 4:22
**undisputed** [1] - 36:12
**unfortunately** [1] - 41:7
**unindicted** [1] - 57:21
**UNITED** [3] - 1:1, 1:4, 1:11
**United** [7] - 2:10, 3:8, 17:24, 24:1, 30:20, 33:23, 66:4
**universe** [1] - 63:25
**unjust** [1] - 39:20
**unlawfully** [1] - 39:12
**unless** [1] - 51:23
**unlike** [1] - 32:4
**unpack** [1] - 17:17
**untainted** [1] - 42:4
**until** [5] - 16:7, 47:3, 53:7, 57:25, 59:25
**untrue** [1] - 22:3
**unusual** [1] - 32:19
**up** [33] - 5:3, 10:9, 10:19, 10:21, 12:8, 12:11, 13:25, 14:1, 14:22, 15:8, 16:7, 16:9, 16:23, 17:7, 25:5, 27:12, 29:15, 29:19, 32:12, 36:19, 39:3, 45:11, 50:12, 50:19, 51:4, 52:20, 56:23, 61:3, 61:21, 65:3, 65:6, 65:17
**uphill** [1] - 53:18
**upon** [4] - 7:19, 27:15, 38:15, 38:18
**upside** [1] - 6:17
**us** [22] - 3:11, 8:20, 11:18, 11:20, 12:14, 15:3, 28:24, 28:25, 34:24, 47:24, 49:3, 49:7, 51:21, 53:4, 53:5, 56:16, 57:13, 57:22, 57:25, 61:13, 61:15, 65:22
**USC** [1] - 36:8
**use** [7] - 6:5, 20:8, 39:2, 39:9, 39:10, 41:23, 43:14
**used** [6] - 20:14, 29:21, 38:22, 41:16, 45:5, 58:17
**uses** [1] - 35:7
**using** [1] - 53:23

## V

**v** [1] - 29:9
**vagueness** [1] - 24:3
**Valentine's** [1] - 65:22
**valid** [2] - 17:21, 40:12
**validly** [1] - 43:12
**valuable** [1] - 62:8
**value** [1] - 21:6
**variety** [1] - 31:25
**various** [3] - 19:22, 49:8, 60:15
**vehicle** [3] - 45:19, 45:21, 46:25
**vehicles** [6] - 27:17, 27:21, 28:1, 28:2, 29:3

**verdict** [1] - 54:6
**versus** [2] - 17:24, 39:2
**very** [17] - 3:11, 3:23, 4:3, 11:15, 21:6, 39:11, 44:23, 45:3, 48:25, 51:5, 51:9, 51:10, 54:21, 59:14, 61:3, 61:13
**via** [1] - 1:25
**victim** [2] - 4:4, 5:19
**victims** [7] - 4:6, 4:10, 7:6, 46:14, 46:15, 47:11, 65:15
**view** [2] - 6:3, 65:1
**views** [1] - 5:10
**violated** [2] - 8:3, 46:10
**violation** [2] - 11:14, 50:5
**violations** [3] - 4:1, 8:6, 8:7
**visualize** [2] - 12:12, 20:23
**volume** [3] - 10:16, 64:10, 64:13
**voluminous** [1] - 14:8, 54:18
**VS** [1] - 1:6

## W

**waive** [2] - 51:25, 52:17
**waived** [2] - 50:8, 51:25
**walk** [2] - 23:17, 34:14
**want** [33] - 3:4, 6:15, 7:7, 12:5, 12:11, 13:25, 16:25, 25:21, 27:4, 27:11, 42:11, 43:25, 45:25, 49:13, 49:14, 49:23, 51:13, 52:18, 53:13, 54:19, 55:2, 56:4, 56:21, 58:22, 58:23, 58:25, 60:17, 61:4, 61:8, 61:18, 62:14, 63:4
**wanted** [3] - 52:19, 54:25, 57:7
**wants** [10] - 3:6, 6:4, 17:15, 19:25, 29:11, 39:23, 41:6, 42:8, 43:18, 64:4
**warming** [1] - 9:18
**warrant** [6] - 30:8, 40:17, 41:9, 42:3, 43:13, 45:4
**warrants** [3] - 27:14, 27:25, 41:2
**was** [82] - 3:20, 3:22, 4:22, 4:23, 5:1, 6:18, 7:5, 9:19, 10:1, 11:8, 11:10, 11:22, 11:23, 13:22, 14:1, 16:17, 16:18, 17:1, 17:25, 23:3, 23:6, 25:6, 28:24, 29:5, 29:12, 29:13, 29:21, 30:10, 30:13, 30:15, 30:22, 30:25, 31:11, 31:12, 31:18, 32:14, 33:4, 33:14, 33:24, 34:1, 34:5, 34:22, 34:23, 35:9, 35:10, 35:11, 35:12, 35:21, 36:15, 39:12, 40:10, 42:25, 44:20, 44:21, 46:7, 50:14, 50:18, 52:9, 52:11, 53:1, 53:23, 54:1, 54:2, 54:13, 55:2, 55:17, 56:8, 59:25, 60:2, 60:6, 62:20, 62:22, 62:24
**Washington** [1] - 1:19
**wasn't** [6] - 33:14, 35:10, 38:11, 42:22, 53:1, 53:23
**way** [13] - 15:19, 20:13, 31:20, 35:4, 40:11, 40:13, 47:2, 49:16, 49:20, 50:19, 58:10, 62:19, 65:1
**we** [160] - 3:10, 3:11, 3:14, 4:5, 6:2, 7:3, 7:15, 7:19, 7:24, 8:4, 8:11, 8:14, 8:23, 9:2, 10:2, 10:12, 10:13, 12:12, 14:3, 14:7, 14:13, 14:22, 15:5, 15:7,

15:12, 16:15, 16:16, 17:5, 17:7, 18:7, 18:11, 19:4, 19:10, 20:20, 21:20, 23:15, 26:16, 26:25, 27:10, 27:23, 28:22, 29:2, 29:5, 30:3, 30:8, 30:11, 30:12, 30:13, 31:3, 31:5, 31:8, 32:2, 32:3, 32:13, 33:2, 33:5, 33:6, 33:8, 33:8, 33:12, 33:17, 33:21, 34:3, 34:10, 35:3, 35:11, 36:5, 36:7, 36:9, 36:14, 37:4, 37:9, 37:10, 37:20, 37:23, 38:6, 38:14, 38:19, 38:25, 39:1, 39:2, 39:16, 39:17, 40:1, 40:5, 40:18, 40:19, 41:2, 41:5, 41:12, 42:5, 42:10, 43:2, 44:1, 44:16, 46:15, 46:16, 46:23, 48:9, 48:19, 49:24, 50:7, 50:17, 51:15, 52:2, 52:3, 52:5, 52:13, 52:22, 52:23, 53:1, 53:3, 53:9, 54:3, 54:9, 54:23, 54:25, 55:2, 55:6, 55:14, 56:17, 57:2, 57:4, 57:13, 58:2, 58:7, 58:22, 58:23, 58:24, 58:25, 59:2, 59:5, 60:2, 60:3, 61:3, 61:14, 62:1, 62:3, 62:7, 62:10, 63:22, 65:2, 65:7, 65:13
**we'd** [1] - 62:6
**we'll** [5] - 13:6, 15:20, 27:10, 64:25
**we're** [34] - 3:3, 4:3, 6:14, 18:18, 19:10, 19:11, 23:13, 23:25, 27:12, 28:17, 29:1, 31:9, 31:10, 32:3, 36:15, 37:2, 37:9, 37:12, 39:13, 39:19, 43:11, 46:18, 49:5, 50:8, 51:5, 51:10, 51:19, 55:1, 57:11, 58:3, 62:17, 64:7
**we've** [26] - 10:14, 10:20, 13:20, 18:24, 27:15, 29:4, 32:2, 38:1, 38:2, 38:4, 38:9, 38:13, 38:17, 39:12, 39:18, 39:20, 43:3, 45:14, 48:14, 48:23, 50:8, 51:9, 62:1
**weeks** [3] - 28:24, 64:22, 64:23
**weigh** [6] - 39:23, 51:13, 54:19, 60:18, 61:24, 64:4
**Well** [6] - 36:5, 42:3, 42:25, 54:5, 56:13, 61:19
**well** [32] - 6:1, 7:16, 13:25, 14:3, 14:4, 15:12, 18:5, 19:13, 23:9, 23:18, 23:25, 24:8, 27:18, 28:11, 32:13, 32:16, 33:1, 36:21, 40:8, 40:9, 42:5, 42:21, 46:24, 47:19, 50:20, 51:1, 52:12, 53:9, 56:14, 56:23, 61:13, 64:3
**went** [6] - 9:12, 19:17, 32:14, 32:18, 33:8, 44:12
**were** [43] - 5:7, 6:8, 9:4, 9:13, 9:15, 9:16, 12:9, 12:25, 13:5, 13:20, 14:7, 17:6, 17:8, 18:11, 20:6, 20:15, 25:2, 25:12, 25:13, 27:25, 28:14, 29:14, 29:15, 29:20, 30:21, 32:17, 35:21, 36:1, 36:3, 37:16, 37:21, 38:18, 40:12, 41:4, 44:11, 45:10, 48:10, 48:23, 50:13, 66:1
**weren't** [3] - 3:14, 16:5, 38:7
**what** [114] - 4:24, 5:1, 7:5, 8:11, 8:17, 10:2, 10:14, 11:6, 12:12, 12:16, 13:17, 13:19, 13:21, 14:9, 15:2, 15:21, 16:17, 17:9, 18:11, 18:18, 19:10, 19:15, 19:19, 21:8, 21:20, 21:24, 22:18, 23:11, 23:15, 23:20, 23:23, 24:7, 24:9, 25:16, 25:22,

26:12, 26:14, 27:20, 28:24, 29:20, 29:21, 30:1, 30:9, 30:13, 31:11, 31:12, 31:13, 32:13, 32:16, 33:12, 34:7, 35:10, 36:14, 36:16, 38:9, 38:14, 38:15, 38:24, 39:1, 39:12, 40:9, 42:5, 42:6, 42:15, 42:21, 43:5, 43:11, 44:5, 44:20, 45:22, 46:3, 46:19, 47:4, 47:25, 49:5, 50:13, 50:17, 50:19, 51:7, 51:15, 53:3, 53:14, 53:20, 54:1, 55:6, 55:16, 55:17, 56:16, 56:17, 57:13, 57:17, 57:23, 58:1, 58:20, 59:15, 59:22, 59:24, 59:25, 60:6, 62:1, 62:3, 62:5, 62:23, 64:11, 65:3, 65:4, 65:7, 65:21
**What** [1] - 55:18
**what's** [7] - 40:16, 44:8, 48:20, 52:7, 60:6, 63:25, 65:8
**whatsoever** [2] - 31:17, 31:19
**when** [16] - 7:11, 22:19, 23:22, 27:12, 28:14, 28:23, 32:17, 34:4, 35:22, 42:5, 44:5, 48:2, 51:3, 53:5, 54:2, 58:11
**where** [23] - 3:21, 5:6, 7:12, 9:15, 10:21, 10:24, 13:9, 27:21, 27:22, 27:23, 28:10, 30:17, 32:24, 33:4, 35:20, 36:8, 54:14, 58:19, 60:8, 60:12, 60:14, 64:6
**whether** [11] - 9:1, 24:6, 28:4, 28:5, 28:7, 30:25, 39:1, 39:2, 45:20, 50:4, 56:13
**which** [49] - 4:6, 5:10, 9:10, 9:11, 9:18, 10:5, 13:8, 13:9, 13:15, 14:19, 17:3, 17:24, 19:3, 20:1, 20:25, 22:1, 23:8, 29:4, 30:2, 30:7, 30:9, 34:2, 35:13, 37:17, 37:20, 39:12, 40:3, 40:9, 40:16, 41:2, 41:22, 41:24, 42:3, 42:10, 42:13, 42:15, 43:15, 43:16, 44:7, 44:13, 45:4, 45:11, 46:5, 54:23, 55:12, 55:17, 58:6, 59:1, 59:14
**while** [4] - 16:25, 22:24, 47:11, 49:22
**who** [7] - 3:6, 5:15, 16:5, 17:15, 21:23, 24:16, 25:2, 25:8, 25:18, 27:21, 31:16, 39:23, 42:22, 51:19, 52:25, 57:21, 57:22
**who's** [1] - 27:22
**whole** [3] - 6:17, 32:14, 35:7
**whom** [1] - 29:15
**why** [26] - 3:25, 5:24, 8:18, 9:20, 11:18, 12:1, 13:6, 13:16, 15:3, 15:12, 16:16, 17:5, 19:25, 21:25, 23:19, 26:25, 34:8, 35:3, 46:12, 52:19, 56:25, 57:4, 57:5, 58:18, 61:20, 65:11
**wildly** [1] - 29:22
**will** [25] - 4:20, 7:8, 14:13, 14:20, 27:8, 39:25, 40:5, 47:1, 48:1, 50:21, 50:22, 50:25, 52:23, 53:11, 57:14, 58:2, 59:2, 61:3, 61:5, 61:11, 62:8, 63:9, 65:16, 65:18
**WILLIAMS** [3] - 2:5, 64:8, 65:21
**Williams** [3] - 17:24, 58:23, 65:6
**willing** [2] - 23:25, 55:1
**winds** [1] - 10:21
**wire** [2] - 22:1, 54:12

**wires** [1] - 36:2
**with** [71] - 3:4, 3:14, 4:22, 4:24, 4:25, 5:4, 5:15, 5:16, 5:22, 7:7, 7:17, 8:16, 10:6, 10:12, 10:19, 11:4, 11:11, 12:2, 12:5, 12:22, 14:3, 14:4, 14:18, 15:14, 16:22, 16:23, 17:7, 22:2, 22:5, 24:3, 24:5, 24:6, 27:12, 30:2, 34:7, 34:8, 37:24, 38:25, 39:7, 43:11, 47:13, 47:17, 48:21, 49:13, 49:23, 50:6, 51:1, 51:2, 51:5, 51:15, 52:20, 54:3, 55:1, 55:12, 55:18, 57:21, 58:13, 58:16, 59:4, 59:19, 59:20, 60:15, 60:22, 61:7, 61:16, 61:25, 62:4, 63:23, 64:1, 64:21
**within** [2] - 28:18, 36:11
**without** [6] - 22:7, 26:5, 26:6, 29:14, 46:9, 47:20
**witness** [6] - 3:17, 3:18, 4:9, 5:19
**witness's** [1] - 3:21
**witnesses** [2] - 4:13, 7:12
**woke** [1] - 10:19
**won't** [3] - 6:19, 51:25, 65:18
**word** [2] - 12:2, 15:1
**words** [4] - 20:22, 52:8, 52:22, 65:5
**work** [8] - 6:14, 14:2, 52:23, 52:24, 53:14, 60:23, 61:3, 64:25
**work-around** [1] - 6:14
**working** [1] - 64:7
**works** [1] - 14:4
**world** [4] - 21:12, 22:24, 30:20, 49:20
**worried** [1] - 60:16
**worry** [6] - 46:15, 46:16, 57:23, 58:14, 58:15, 65:20
**worth** [2] - 10:19, 36:3
**would** [41] - 6:2, 7:21, 9:10, 9:11, 13:5, 13:16, 13:18, 15:7, 15:10, 16:18, 23:17, 28:11, 37:22, 39:20, 41:2, 41:5, 42:24, 43:15, 43:16, 46:3, 46:13, 46:15, 46:16, 46:17, 46:23, 51:15, 51:18, 51:22, 52:4, 52:5, 54:5, 55:17, 55:25, 56:2, 59:9, 59:18, 63:22, 64:1, 64:20, 64:21
**wouldn't** [2] - 3:11, 47:3
**wrap** [1] - 39:3
**write** [1] - 34:24
**writing** [2] - 61:5, 61:17
**written** [1] - 48:15
**wrong** [3] - 10:25, 39:7, 60:1
**wrote** [1] - 34:4

## Y

**y'all** [8] - 52:20, 57:7, 62:14, 63:1, 63:9, 63:10, 64:18, 65:24
**yeah** [3] - 33:11, 59:8, 59:12
**year** [5] - 26:1, 36:8, 36:11, 36:12, 52:5
**years** [9] - 12:10, 16:7, 25:4, 25:9, 26:1, 26:2, 34:25, 40:21, 45:3
**yeoman** [1] - 60:22
**yeoman-like** [1] - 60:22
**yes** [13] - 6:23, 7:2, 7:15, 7:23, 26:24, 27:3, 27:4, 44:19, 44:25, 51:14, 54:21,

64:24
**yet** [1] - 48:16
**York** [1] - 1:19
**you** [131] - 3:14, 4:16, 5:13, 5:14, 6:2, 6:4, 6:5, 6:18, 6:21, 6:25, 7:1, 7:9, 7:13, 7:14, 7:21, 7:22, 8:22, 10:6, 12:12, 13:20, 13:21, 14:13, 15:20, 17:10, 17:12, 17:14, 17:16, 18:2, 19:16, 20:5, 20:11, 20:20, 21:2, 21:3, 21:9, 21:12, 23:17, 23:22, 24:22, 25:1, 25:22, 25:23, 25:24, 25:25, 26:2, 26:9, 26:19, 26:21, 27:4, 27:18, 28:13, 30:16, 31:3, 32:7, 33:10, 35:10, 36:19, 38:11, 38:12, 39:6, 39:9, 39:10, 39:11, 39:22, 39:25, 40:9, 40:13, 41:4, 42:10, 42:11, 42:12, 43:21, 43:22, 44:5, 45:7, 48:2, 48:8, 48:20, 50:12, 50:13, 50:14, 50:17, 50:19, 50:20, 51:13, 54:4, 54:15, 54:19, 54:21, 55:21, 56:5, 56:8, 56:25, 57:3, 57:11, 57:12, 57:14, 58:1, 58:10, 58:11, 58:12, 58:17, 58:18, 58:20, 60:9, 60:10, 60:14, 61:20, 61:22, 62:18, 62:20, 63:4, 63:15, 63:20, 65:4, 65:8, 65:17, 65:18, 65:20, 65:25
**you'd** [1] - 44:7
**you'll** [6] - 12:5, 12:11, 12:23, 15:9, 20:21, 44:6
**you're** [3] - 26:12, 26:13, 39:7
**you've** [5] - 44:10, 49:21, 58:14, 63:6
**young** [1] - 64:19
**your** [19] - 6:15, 7:4, 9:24, 11:21, 11:23, 26:11, 26:14, 39:6, 39:12, 39:23, 44:4, 44:19, 45:24, 46:2, 48:6, 49:12, 58:14, 63:9, 64:23
**Your** [66] - 3:7, 3:10, 4:16, 6:16, 7:2, 12:15, 15:22, 17:5, 17:16, 17:17, 18:5, 18:8, 19:21, 20:20, 22:2, 23:13, 26:19, 27:10, 27:13, 27:24, 28:11, 28:21, 29:1, 29:10, 36:14, 37:19, 39:4, 39:25, 40:1, 43:11, 43:21, 44:6, 44:22, 46:7, 46:13, 46:25, 47:22, 48:8, 48:22, 49:21, 51:12, 52:8, 52:9, 52:16, 52:21, 52:22, 53:16, 53:18, 54:10, 54:15, 54:21, 56:2, 57:14, 58:6, 58:16, 59:12, 59:18, 60:20, 61:9, 61:22, 61:23, 63:22, 64:16, 64:24, 65:11

## Z

**Zack** [1] - 16:5
**zero** [3] - 14:17, 14:21, 32:15
**zillion** [1] - 55:23