United States District Court
Southern District of Texas
**ENTERED**
April 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:22-CR-612 |
| | § | |
| CONSTANTINESCU, *et al.*, | § | |
| *Defendants*. | § | |

## SCHEDULING ORDER

Pending before the Court are the Government's Opposed Motion for a Scheduling Order and the Defendants' Response in opposition. (Doc. Nos. 240, 241). The Court **GRANTS** in part the motion and enters the following deadlines for the completion of or filing of the items listed:

| | |
|---|---|
| All motions to dismiss: | **May 12, 2023** |
| Government's evidence production: | **June 5, 2023** |
| Responses to motions to dismiss: | **June 9, 2023** |
| United States expert disclosure date:[1] | **June 15, 2023** |
| Replies to any responses to motions to dismiss: | **June 16, 2023** |
| Deadline for *Brady* material, *Giglio* material, and witness statements: | **July 7, 2023** |
| Defendants' expert disclosure date:[2] | **August 15, 2023** |

---

[1] The disclosure of experts testifying for the Government shall include their name and current position, a written summary that includes each and every opinion of the expert, and the reasons therefore. It should also include the expert's resume, a list of the expert's publications, if any, a list of all documents or categories of documents reviewed, a list of all cases in which the expert has testified (whether by deposition or live in trial) that deal in any way with individuals investing in the stock market or speaking or publishing statements about the stock market or individual stocks; and the facts surrounding any compensation for his or her work in the case. Such disclosure need not include material protected by Rule 16(a)(2) or U.S.C. § 3500 unless such material has been disclosed to and relied upon by the expert.

[2] The disclosure of experts any defendant may wish to call to testify shall include their name and current position, a written summary that includes each and every opinion of the expert and the reasons therefore. It should also include the expert's resume, a list of the expert's publications, if any, a list of all documents or categories of documents reviewed, a list of all cases in which they have testified (whether by deposition or live at trial) that deal in any way

| | |
|---|---|
| United States' exhibit and witness list: | **August 11, 2023** |
| Defendants' exhibit and witness list: | **August 25, 2023** |
| Motions in limine: | **September 13, 2023** |
| Responses: | **September 22, 2023** |
| Parties' proposed jury instructions and proposed voir dire questions: | **October 6, 2023** |
| Pretrial conference: | **October 16, 2023** |
| Trial: | **October 23, 2023** |

The Court expects the Government to continue its ongoing production with the expected deadline for completion by June 5, 2023. The expert deadline for the Government has been pushed back from the one proposed due to the additional requirements contained in this order as to the extent of what the expert disclosures should contain. The Defendants' expert deadline has also been pushed back from the Government's proposal for the same reason.

SIGNED at Houston, Texas this 27th day of April, 2023.

Andrew S. Hanen
United States District Judge

---

with individuals investing the stock market or speaking or publishing statements about the stock market or individual stocks and the facts surrounding any compensation or agreement to compensate the expert for his or her work in this case. Defendants need not produce documents exempted from production by Rule 16(1)(C)(2). The Court notes, however, that the exemption provided by this Rule does not include statements, such as tweets, or records made by a defendant that have been disclosed to and relied upon by the expert and/or that are already in the Government's possession.