IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| TOM COOPERMAN | § § § | |

# **O R D E R**

ON THIS DAY came to be considered a Motion to Modify Conditions of Release, and having been considered, said Motion is hereby:

_____ GRANTED.

_____ DENIED.

DONE AND ENTERED at Houston, Texas on this the _____ day of April 2023.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE