United States District Court
Southern District of Texas
**ENTERED**
May 02, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| TOM COOPERMAN | § § § | |

## ORDER

ON THIS DAY came to be considered a Motion to Modify Conditions of Release, and having been considered, said Motion is hereby:

___✓___ GRANTED. Defendant may furnish Pretrial Services with the appropriate documentation of his bookings.

_____ DENIED.

DONE AND ENTERED at Houston, Texas on this the 2nd day of May 2023.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE