IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| TOM COOPERMAN | § § § | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, Tom Cooperman and hereby requests this Court allow him permission to travel to Lafyette, Louisiana for Mother's Day.

I.

Mr. Cooperman requests permission to travel from Houston to Lafayette, LA on May 13, 2023, and return to Houston on May 14, 2023. Mr. Cooperman will be driving with his fiancé to Lafayette and will stay at a residence owned by his fiancé.

WHEREFORE PREMISES CONSIDERED, Mr. Cooperman respectfully requests this Court allow him to travel as requested herein.

Respectfully Submitted,

/s/ Chip Lewis
Chip B. Lewis
Federal ID #24313
1207 S. Shepherd Dr.
Houston, Texas 77019
Telephone: (713) 523-7878
*Chip@chiplewislaw.com*

## CERTIFICATE OF CONFERENCE

On May 1, 2023, counsel for Defendant conferred with AUSA Heyward and Pretrial Services Officer Shaw concerning their position on this Motion, and they advised that they are both UNOPPOSED.

/s/ Chip Lewis
CHIP LEWIS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been forward via electronic mail to the government and pretrial services.

/s/ Chip Lewis
CHIP LEWIS