United States District Court
Southern District of Texas
**ENTERED**
May 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| TOM COOPERMAN | § | |

**ORDER**

ON THIS DAY came to be considered Mr. Cooperman's Motion to Travel, and having been considered, said Motion is hereby:

✓ _____ GRANTED.

_____ DENIED.

SIGNED AND ENTERED this the 5th day of May 2023 at Houston, Texas.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE