**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 22-cr-00612 |
| § | |
| MITCHELL HENNESSEY, § | |
| § | |
| *Defendant*. § | |

### **[PROPOSED] ORDER**

Having considered Defendant Mitchell Hennessey's Motion to Dismiss the Superseding Indictment, the Court ORDERS the following:

ORDERED/DENIED: that Counts 1, 5, 8, 9, 10, and 11 of the superseding indictment are dismissed for failure to state an offense as to Mr. Hennessey.

Signed at Houston, Texas this ___ day of _____, 2023.

_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE