| Security in Question | Statement Paragraph # of Indictment | Statement | Reason for Dismissal (Keyed to Motion to Dismiss) | | Statement Made By |
|---|---|---|---|---|---|
| | | | Duty to Disclose Sales (Omissions) | Materiality (Affirmative Statements or Omissions) | |
| SXTC | 26 | SXTC- Added 100k here extremely oversold RSI on this one recently granted NASDAQ extension to get price over $1 and insiders own 51 % of this. Great set up for a big runner. A break of .30 takes us to .40 then .52 then .61. Love the setup here | No | Reliance; Context | Deel |
| | | SXTC- Added 100k here extremely oversold RSI on this one recently granted NASDAQ extension to get price over $1 and insiders own 51 % of this. Great set up for a big runner. A break of .30 takes us to .40 then .52 then .61. Love the setup here | No | Opinion/Puffery | Deel |
| | | SXTC- Added 100k here extremely oversold RSI on this one recently granted NASDAQ extension to get price over $1 and insiders own 51 % of this. Great set up for a big runner. A break of .30 takes us to .40 then .52 then .61. Love the setup here | No | Reliance; Context | Deel |
| | | SXTC- Added 100k here extremely oversold RSI on this one recently granted NASDAQ extension to get price over $1 and insiders own 51 % of this. Great set up for a big runner. A break of .30 takes us to .40 then .52 then .61. Love the setup here | No | Reliance; Context | Deel |
| | | SXTC- Added 100k here extremely oversold RSI on this one recently granted NASDAQ extension to get price over $1 and insiders own 51 % of this. Great set up for a big runner. A break of .30 takes us to .40 then .52 then .61. Love the setup here | No | Opinion/Puffery | Deel |
| SXTC | 28 | Added sxtc too ... very bottomed penny | No | Reliance; Context | Rybarczyk |
| | | [a]dding SXTC at these levels with you | No | Reliance; Context | Deel |
| SXTC | 30 | $SXTC we holding above .30 now we were very early here and this honestly should run for days to come from these levels | N/A | Reliance; Context | Deel |
| | | $SXTC we holding above .30 now we were very early here and this honestly should run for days to come from these levels | N/A | Reliance; Context | Deel |
| | | $SXTC we holding above .30 now we were very early here and this honestly should run for days to come from these levels | N/A | Opinion/Puffery | Deel |
| TRCH | 35 | Added TRCH | No | Reliance; Context | Deel |
| GTT | 45 | $GTT 24RSI +++ major multi billion $$$ catalyst | No | Opinion/Puffery | Rybarczyk |
| GTT | 47 | $GTT 110M market cap with 2B+ deal in place | No | Reliance; Context | Rybarczyk |
| | | $GTT 110M market cap with 2B+ deal in place | No | Reliance; Context | Rybarczyk |
| GTT | 52 | $GTT Short Squeeze to $3 | N/A | Reliance; Context | Rybarczyk |
| | | $GTT won't end pretty on the short side. Book value $3.44, | No | Opinion/Puffery | Rybarczyk |
| | | $GTT won't end pretty on the short side. Book value $3.44, | No | Reliance; Context | Rybarczyk |
| | | $GTT Insane weekly; One of the most beat up technology names out there. Just playing the bounce here. | No | Opinion/Puffery | Rybarczyk |
| | | $GTT Insane weekly; One of the most beat up technology names out there. Just playing the bounce here. | No | Opinion/Puffery | Rybarczyk |
| | | $GTT Insane weekly; One of the most beat up technology names out there. Just playing the bounce here. | No | Reliance; Context | Rybarczyk |

| | | | Reason for Dismissal (Keyed to Motion to Dismiss) | | |
|---|---|---|---|---|---|
| **Security in Question** | **Statement Paragraph # of Indictment** | **Statement** | **Duty to Disclose Sales (Omissions)** | **Materiality (Affirmative Statements or Omissions)** | **Statement Made By** |
| SURF | 59 | swinging this $SURF with [HENNESSEY] he just dropped insane DD [or due diligence] on his twitter. | No | Reliance; Context | Cooperman |
| | | swinging this $SURF with [HENNESSEY] he just dropped insane DD [or due diligence] on his twitter. | No | Reliance; Context | Cooperman |
| | | Added to my $SURF position right before close. Still scaling into my swing. . . . I'll swing by for $12 or june 4. whatever happens first . . . I have more money to add if it continues to go down... THIS IS MY LAST TWEET ABOUT IT. You know my plan ! | N/A | Reliance; Context | Cooperman |
| | | Added to my $SURF position right before close. Still scaling into my swing. . . . I'll swing by for $12 or june 4. whatever happens first . . . I have more money to add if it continues to go down... THIS IS MY LAST TWEET ABOUT IT. You know my plan ! | N/A | Reliance; Context | Cooperman |
| | | Added to my $SURF position right before close. Still scaling into my swing. . . . I'll swing by for $12 or june 4. whatever happens first . . . I have more money to add if it continues to go down... THIS IS MY LAST TWEET ABOUT IT. You know my plan ! | N/A | Reliance; Context | Cooperman |
| | | Added to my $SURF position right before close. Still scaling into my swing. . . . I'll swing by for $12 or june 4. whatever happens first . . . I have more money to add if it continues to go down... THIS IS MY LAST TWEET ABOUT IT. You know my plan ! | N/A | Reliance; Context | Cooperman |
| SURF | 60 | [a]dding some SURF with you guys below 9.20 here. Nice find with this daily chart breaking outta downtrend. | No | Reliance; Context | Deel |
| | | [a]dding some SURF with you guys below 9.20 here. Nice find with this daily chart breaking outta downtrend. | No | Reliance; Context | Deel |
| | | [a]dding some SURF with you guys below 9.20 here. Nice find with this daily chart breaking outta downtrend. | No | Opinion/Puffery | Deel |
| ALZN | 66 | $ALZN is now my largest swing position open. We broke 12 earlier, but that was a tease on what this will do. I added these dips through lunch and now I will ride this for new highs and more. I like the potential here and the market is hot for it. | No | Opinion/Puffery | Deel |
| | | $ALZN is now my largest swing position open. We broke 12 earlier, but that was a tease on what this will do. I added these dips through lunch and now I will ride this for new highs and more. I like the potential here and the market is hot for it. | No | Reliance; Context | Deel |
| | | $ALZN is now my largest swing position open. We broke 12 earlier, but that was a tease on what this will do. I added these dips through lunch and now I will ride this for new highs and more. I like the potential here and the market is hot for it. | No | Opinion/Puffery | Deel |

| Security in Question | Statement Paragraph # of Indictment | Statement | Reason for Dismissal (Keyed to Motion to Dismiss) | | Statement Made By |
| --- | --- | --- | --- | --- | --- |
| | | | Duty to Disclose Sales (Omissions) | Materiality (Affirmative Statements or Omissions) | |
| | | $ALZN is now my largest swing position open. We broke 12 earlier, but that was a tease on what this will do. I added these dips through lunch and now I will ride this for new highs and more. I like the potential here and the market is hot for it. | No | Reliance; Context | Deel |
| | | $ALZN is now my largest swing position open. We broke 12 earlier, but that was a tease on what this will do. I added these dips through lunch and now I will ride this for new highs and more. I like the potential here and the market is hot for it. | N/A | Reliance; Context | Deel |
| | | $ALZN is now my largest swing position open. We broke 12 earlier, but that was a tease on what this will do. I added these dips through lunch and now I will ride this for new highs and more. I like the potential here and the market is hot for it. | No | Opinion/Puffery | Deel |
| ALZN | 68 | still holding and added to ALZN . . . . | N/A | Reliance; Context | Cooperman |
| ALZN | 69 | will ride [ALZN] for new highs and more | N/A | Reliance; Context | Deel |
| ALZN | 70 | $ALZN the market is expected to exceed 10 BILLION by 2025. This is a great swing potential and we will see new high of day before close | No | Reliance; Context | Deel |
| | | $ALZN the market is expected to exceed 10 BILLION by 2025. This is a great swing potential and we will see new high of day before close | No | Opinion/Puffery | Deel |
| | | $ALZN the market is expected to exceed 10 BILLION by 2025. This is a great swing potential and we will see new high of day before close. | No | Opinion/Puffery | Deel |
| | | $ALZN 12 broke for a sec and pulled back for now. I am still swinging this one so not really worrying about 12 reject there yet. | No | Reliance; Context | Deel |
| | | $ALZN 12 broke for a sec and pulled back for now. I am still swinging this one so not really worrying about 12 reject there yet. | No | Reliance; Context | Deel |
| | | $ALZN 12 broke for a sec and pulled back for now. I am still swinging this one so not really worrying about 12 reject there yet. | N/A | Reliance; Context | Deel |
| | | $ALZN 12 broke for a sec and pulled back for now. I am still swinging this one so not really worrying about 12 reject there yet. | N/A | Opinion/Puffery | Deel |
| | | UPC I just went back and looked at this chart. Back in March the price went from 5.16 to 11.99. Volume is coming into this name this evening and in AH. I added here for an overnight hold. I am looking for a gap up and for this to be tomorrow's runner. Added 100k shares. | No | Reliance; Context | Deel |

| Security in Question | Statement Paragraph # of Indictment | Statement | Reason for Dismissal (Keyed to Motion to Dismiss) | | Statement Made By |
|---|---|---|---|---|---|
| | | | Duty to Disclose Sales (Omissions) | Materiality (Affirmative Statements or Omissions) | |
| UPC | 74 | UPC I just went back and looked at this chart. Back in March the price went from 5.16 to 11.99. Volume is coming into this name this evening and in AH. I added here for an overnight hold. I am looking for a gap up and for this to be tomorrow's runner. Added 100k shares. | No | Opinion/Puffery | Deel |
| | | UPC I just went back and looked at this chart. Back in March the price went from 5.16 to 11.99. Volume is coming into this name this evening and in AH. I added here for an overnight hold. I am looking for a gap up and for this to be tomorrow's runner. Added 100k shares. | N/A | Reliance; Context | Deel |
| | | UPC I just went back and looked at this chart. Back in March the price went from 5.16 to 11.99. Volume is coming into this name this evening and in AH. I added here for an overnight hold. I am looking for a gap up and for this to be tomorrow's runner. Added 100k shares. | No | Opinion/Puffery | Deel |
| | | UPC I just went back and looked at this chart. Back in March the price went from 5.16 to 11.99. Volume is coming into this name this evening and in AH. I added here for an overnight hold. I am looking for a gap up and for this to be tomorrow's runner. Added 100k shares. | No | Reliance; Context | Deel |
| | | I just added UPC for an overnight [hold] too. | N/A | Reliance; Context | Deel |
| | | Added 50,000 shares of this $UPC i think it can be a big over night rapper chart looks nice for a big over night move. | No | Reliance; Context | Cooperman |
| | | Added 50,000 shares of this $UPC i think it can be a big over night rapper chart looks nice for a big over night move. | No | Opinion/Puffery | Cooperman |
| UPC | 75 | because ultra [RYBARCZYK] was talking about it . . . . | No | Reliance; Context | Cooperman |
| UPC | 77 | Riding full $UPC for tomorrow. We are in at good prices from when I first posted, but I'm holding for morning. That's just MY plan because I think it runs hard. YOU do what you want. I'll holler. | N/A | Reliance; Context | Deel |
| | | riding full $UPC for tomorrow. We are in at good prices from when I first posted, but I'm holding for morning. That's just MY plan because I think it runs hard. YOU do what you want. I'll holler. | No | Opinion/Puffery | Deel |
| | | riding full $UPC for tomorrow. We are in at good prices from when I first posted, but I'm holding for morning. That's just MY plan because I think it runs hard. YOU do what you want. I'll holler. | N/A | Reliance; Context | Deel |
| | | riding full $UPC for tomorrow. We are in at good prices from when I first posted, but I'm holding for morning. That's just MY plan because I think it runs hard. YOU do what you want. I'll holler. | N/A | Opinion/Puffery | Deel |
| UPC | 78 | holding 50K $UPC over night . you guys are all green on it manage your trade from here. you know MY plan. | N/A | Reliance; Context | Cooperman |
| | | holding 50K $UPC over night . you guys are all green on it manage your trade from here. you know MY plan. | N/A | Reliance; Context | Cooperman |
| | | ok! Haha crazy how the tape doesn't show a 50k dump . . . ANYWHERE haha | N/A | Reliance; Context | Cooperman |
| UPC | 79 | $UPC no BS here. Full position intact, I don't dump. I think we get a halt up at open . . . | No | Reliance; Context | Rybarczyk |

| Security in Question | Statement Paragraph # of Indictment | Statement | Reason for Dismissal (Keyed to Motion to Dismiss) | | Statement Made By |
|---|---|---|---|---|---|
| | | | Duty to Disclose Sales (Omissions) | Materiality (Affirmative Statements or Omissions) | |
| UPC | 79 | $UPC no BS here. Full position intact, I don't dump. I think we get a halt up at open . .. . | No | Opinion/Puffery | Rybarczyk |
| UPC | 80 | UPC still holding the over night gooooooo. | N/A | Opinion/Puffery | Cooperman |
| | | $UPC popping off at open. This is why I didn't sell in the PM lets halt up. | No | Reliance; Context | Cooperman |
| | | $UPC popping off at open. This is why I didn't sell in the PM lets halt up. | No | Reliance; Context | Deel |
| ABVC | 84 | $ABVC Soaked a ton between yesterday and a few fills when I got up. High conviction play $6+ first target. Keep on your WL for coming days. | No | Reliance; Context | Rybarczyk |
| | | $ABVC Soaked a ton between yesterday and a few fills when I got up. High conviction play $6+ first target. Keep on your WL for coming days. | No | Opinion/Puffery | Rybarczyk |
| | | $ABVC Soaked a ton between yesterday and a few fills when I got up. High conviction play $6+ first target. Keep on your WL for coming days. | No | Opinion/Puffery | Rybarczyk |
| | | $ABVC LONG $6+++. | N/A | Reliance; Context | Rybarczyk |
| ABVC | 86 | $ABVC Still goes $6+. | No | Opinion/Puffery | Rybarczyk |
| ABVC | 87 | $ABVC Not anywhere near done. Full position intact. 90% of swings all explode. | No | Opinion/Puffery | Rybarczyk |
| | | $ABVC Not anywhere near done. Full position intact. 90% of swings all explode. | N/A | Reliance; Context | Rybarczyk |
| | | $ABVC Not anywhere near done. Full position intact. 90% of swings all explode. | No | Opinion/Puffery | Rybarczyk |
| ABVC | 88 | ABVC Near entry now. Holding 300k full. | No | Reliance; Context | Rybarczyk |
| | | ABVC Near entry now. Holding 300k full. | N/A | Reliance; Context | Rybarczyk |
| ABVC | 90 | [b]ag holder | N/A | Could Not Have Influenced | Rybarczyk |
| | | I hold my word and don't dump on anyone | N/A | Reliance; Context; Could Not Have Influence | Rybarczyk |
| ABVC | 91 | sorry all about $ABVC[.] Taking time to make sure next is a big winner. I'll make sure it's available to discord and Twitter same time too….. | N/A | Could Not Have Influenced | Rybarczyk |
| | | sorry all about $ABVC[.] Taking time to make sure next is a big winner. I'll make sure it's available to discord and Twitter same time too….. | N/A | Could Not Have Influenced | Rybarczyk |
| | | adding CEI here for a swing[,] last time it touched these levels on the daily we saw a move of 3+ . . . . | N/A | Reliance; Context | Cooperman |
| | | adding CEI here for a swing[,] last time it touched these levels on the daily we saw a move of 3+ . . . . | No | Reliance; Context | Cooperman |
| | | Lots of DD. | No | Reliance; Context | Cooperman |
| | | holding and adding more | N/A | Reliance; Context | Deel |
| | | holding full into tomorrow | N/A | Reliance; Context | Deel |

| | | | Reason for Dismissal (Keyed to Motion to Dismiss) | | |
|---|---|---|---|---|---|
| **Security in Question** | **Statement Paragraph # of Indictment** | **Statement** | **Duty to Disclose Sales (Omissions)** | **Materiality (Affirmative Statements or Omissions)** | **Statement Made By** |
| CEI | 94 | Don't panic on $CEI and tag me every 20 minutes. It's a swing. I'm adding all day. I alerted this yesterday at .46 and we are holding nicely right under 50 currently. I think we get a close over .50 by end of day and start the climb higher. There was hint of a PR tomorrow too. | No | Reliance; Context | Deel |
| | | Don't panic on $CEI and tag me every 20 minutes. It's a swing. I'm adding all day. I alerted this yesterday at .46 and we are holding nicely right under 50 currently. I think we get a close over .50 by end of day and start the climb higher. There was hint of a PR tomorrow too. | No | Opinion/Puffery | Deel |
| | | Don't panic on $CEI and tag me every 20 minutes. It's a swing. I'm adding all day. I alerted this yesterday at .46 and we are holding nicely right under 50 currently. I think we get a close over .50 by end of day and start the climb higher. There was hint of a PR tomorrow too. | No | Reliance; Context | Deel |
| | | Don't panic on $CEI and tag me every 20 minutes. It's a swing. I'm adding all day. I alerted this yesterday at .46 and we are holding nicely right under 50 currently. I think we get a close over .50 by end of day and start the climb higher. There was hint of a PR tomorrow too. | No | Reliance; Context | Deel |
| | | Don't panic on $CEI and tag me every 20 minutes. It's a swing. I'm adding all day. I alerted this yesterday at .46 and we are holding nicely right under 50 currently. I think we get a close over .50 by end of day and start the climb higher. There was hint of a PR tomorrow too. | No | Opinion/Puffery | Deel |
| | | Don't panic on $CEI and tag me every 20 minutes. It's a swing. I'm adding all day. I alerted this yesterday at .46 and we are holding nicely right under 50 currently. I think we get a close over .50 by end of day and start the climb higher. There was hint of a PR tomorrow too. | No | Opinion/Puffery | Deel |
| | | Don't panic on $CEI and tag me every 20 minutes. It's a swing. I'm adding all day. I alerted this yesterday at .46 and we are holding nicely right under 50 currently. I think we get a close over .50 by end of day and start the climb higher. There was hint of a PR tomorrow too. | No | Reliance; Context | Deel |
| CEI | 95 | On swings like CEI ETC . You guys think that me not saying anything means I'm not in. It doesn't. I just don't see the need to keep tweeting or pushing swings. Let them do their thing. When the move happens and we bank I'll let you know. | No | Opinion/Puffery | Cooperman |
| | | On swings like CEI ETC . You guys think that me not saying anything means I'm not in. It doesn't. I just don't see the need to keep tweeting or pushing swings. Let them do their thing. When the move happens and we bank I'll let you know. | N/A | Reliance; Context | Cooperman |
| | | On swings like CEI ETC . You guys think that me not saying anything means I'm not in. It doesn't. I just don't see the need to keep tweeting or pushing swings. Let them do their thing. When the move happens and we bank I'll let you know. | No | Opinion/Puffery | Cooperman |
| | | On swings like CEI ETC . You guys think that me not saying anything means I'm not in. It doesn't. I just don't see the need to keep tweeting or pushing swings. Let them do their thing. When the move happens and we bank I'll let you know. | N/A | Reliance; Context | Cooperman |

| Security in Question | Statement Paragraph # of Indictment | Statement | Reason for Dismissal (Keyed to Motion to Dismiss) | | Statement Made By |
|---|---|---|---|---|---|
| | | | **Duty to Disclose Sales (Omissions)** | **Materiality (Affirmative Statements or Omissions)** | |
| CEI | 97 | $CEI That's a triple now @LadeBackk @MrZackMorris loving the action. Thanks for mentioning this idea. On the way to the $2 dolla bill next. | No | Opinion/Puffery | Rybarczyk |
| | | $CEI I'm still full on this too. I wouldn't be tweeting about it every other day if I wasn't. | N/A | Reliance; Context | Rybarczyk |
| | | $CEI I'm still full on this too. I wouldn't be tweeting about it every other day if I wasn't. | N/A | Opinion/Puffery | Rybarczyk |
| CEI | 98 | Looking directly into @MrZackMorris eyes as he whispers '$CEI is going to 10 tome. . . . | N/A | Opinion/Puffery | Cooperman |
| DATS | 105 | adding dips on DATS, holding this support nice. 9 break sends us to 9.50 - 10. | No | Reliance; Context | Cooperman |
| | | adding dips on DATS, holding this support nice. 9 break sends us to 9.50 - 10. | No | Opinion/Puffery | Cooperman |
| DATS | 106 | adding dips on DATS, holding this support nice. 9 break sends us to 9.50 - 10. | No | Opinion/Puffery | Cooperman |