IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:22-CR-612 |
| | § | |
| GARY DEEL | § | |
| | § | |

## MOTION TO ADOPT CO-DEFENDANTS' MOTIONS TO DISMISS

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, Gary Deel and presents this his Motion To Adopt Motions to Dismiss Filed By Co-Defendants Constantinescu, Rybarczyk, and Hennessey and would show this Court the following:

### I.

Mr. Deel requests permission to adopt the following motions previously filed by co-defendants Constantinescu, Rybarczyk, and Hennessey on May 12, 2023, to wit: **Doc #262**, **Doc # 263, and Doc # 265,** applied to counts 1,3,5,10,12,16, and 17 of the Superseding Indictment. Adoption by Mr. Deel will maximize this Court's efficiency and reduce the amount of pretrial motions filed by Mr. Deel. This Court has the inherent authority to allow Defendants to adopt these Motions and the Government cannot be prejudiced by adoption.

WHEREFORE PREMISES CONSIDERED, Mr. Deel respectfully requests this Court allow him to adopt the arguments set out in the Motions to Dismiss (**Docs #262 and #263**, and **Doc#265**).

Respectfully Submitted,

/s/ Zachary B. Fertitta
Zachary B. Fertitta

Zachary B. Fertitta
1545 Heights Blvd
Houston, Texas 77008
Telephone: (832)-723-9900
SBN#24038896
**Zach@Fertittalaw.net**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Defendant's Motion to Adopt has been forward via electronic mail to the Government on this the 12th day of May 2023.

             /s/ Zachary B. Fertitta
             ZACHARY B. FERTITTA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:22-CR-612 |
| | § | |
| GARY DEEL | § | |

# **ORDER**

ON THIS DAY came to be considered Mr. Deel's Motion to Adopt Co-Defendants' Motions to Dismiss and having been considered, said Motion is hereby:

_____GRANTED.

_____DENIED.

SIGNED AND ENTERED this the \_\_\_\_\_ day of May 2023 at Houston, Texas.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE