**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| V. | § § | **CRIMINAL NO.** |
| **STEFAN HRVATIN,** | § § § | **4:22-CR-00612(5)** |

**ORDER ON DEFENDANT'S**
**UNOPPOSED MOTION FOR LEAVE TO FILE**
**AND ADOPT CO-DEFENDANTS' MOTIONS TO DISMISS**

Having considered the Defendant Stefan Hrvatin's Motion for Leave to File and Adopt Co-Defendants' Motions to Dismiss, and said motion is hereby:

_____          GRANTED

_____          GRANTED

SIGNED on this _____ day of _____, 2023.

_____
ANDREW S. HANEN
UNITES STATES DISTRICT JUDGE