# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **NO. 4:22-cr-00612-3** |
| § | |
| **JOHN RYBARCZYK** § | |

## JOHN RYBARCZYK'S
## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, John Rybarczyk, Defendant, and hereby requests this Court allow him permission to travel, together with his wife, from Houston to San Francisco, California (and its surrounding environs).

I.

Mr. Rybarczyk requests permission to travel from Houston to San Francisco, CA on May 30, 2023, and return to Houston on June 6, 2023. Mr. Rybarczyk will be flying with his wife to San Francisco and plans to stay at a hotel in downtown San Francisco. Mr. Rybarczyk has family members in or around San Francisco, who he plans to visit.

Mr. Rybarczyk has discussed the trip with his Pretrial Services Officer, Edwin Colunga, who has no objection to the trip.

Mr. Scott Armstrong, on behalf of the government, also has no objection to the trip.

WHEREFORE PREMISES CONSIDERED, Mr. Rybarczyk respectfully requests this Court allow him to travel as requested herein.

Dated: May 19, 2023

Respectfully submitted,

*/s/ Q. Tate Williams*
Q. Tate Williams
Texas Bar No.: 24013760
Philip H. Hilder
Texas Bar No. 09620050
Stephanie K. McGuire
Texas Bar No. 11100520
**Hilder & Associates, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
Tel.: (713) 655-9111
Fax: (713) 655-9112
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

Eric Samuel Rosen
**Freedman Normand Friedland LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 977-4163
erosen@fnf.law

*Attorneys for Defendant*
*John Rybarczyk*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, a true and correct copy of the above and foregoing was served on all counsel of record via ECF.

*/s/ Q. Tate Williams*
Q. Tate Williams