UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

## ORDER ON MOTION TO TRAVEL

Defendant John Rybarczyk's Motion to Travel is hereby:

GRANTED   /   DENIED.

And, if GRANTED, Defendant John Rybarczyk will be allowed to travel by air to/from the San Francisco, CA, area from May 30, 2023, until June 6, 2023.

SIGNED on this _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE