United States District Court
Southern District of Texas
**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:22-cr-00612-3 |
| | § | |
| JOHN RYBARCZYK | § | |

## ORDER ON MOTION TO TRAVEL

Defendant John Rybarczyk's Motion to Travel is hereby:

GRANTED / ~~DENIED~~

And, if GRANTED, Defendant John Rybarczyk will be allowed to travel by air to/from the San Francisco, CA, area from May 30, 2023, until June 6, 2023.

SIGNED on this _May 22_, 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE