UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | NO. 4:22-cr-00612-3 |
| § | |
| JOHN RYBARCZYK § | |

### UNOPPOSED MOTION TO MODIFY COURT ORDER GRANTING PERMISSION TO TRAVEL TO CALIFORNIA

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, John Rybarczyk and hereby requests this Court modify the previously granted permission to travel to San Francisco, and include in that trip to California a brief visit to Los Angeles as well.

I.

On May 22, 2023, this Court granted Mr. Rybarczyk's request to travel from Houston to San Francisco, CA on May 30, 2023, and return to Houston on June 6, 2023. *See* Dkt. 273. Mr. Rybarczyk does not wish to change the dates of the trip, but instead wishes to include in this trip to California a brief trip (with his wife) to Los Angeles.

II.

Mr. Scott Armstrong, on behalf of the government, has no objection to the change.

WHEREFORE PREMISES CONSIDERED, Mr. Rybarczyk respectfully requests this Court allow him to travel as requested herein. Mr. Rybarczyk apologies for the multiple motions filed concerning this travel request, and greatly appreciates the Court's attention to this matter.

Dated:	May 25, 2023					Respectfully submitted,

*/s/ Q. Tate Williams*
Q. Tate Williams
Texas Bar No.: 24013760
Philip H. Hilder
Texas Bar No. 09620050
Stephanie K. McGuire
Texas Bar No. 11100520
**Hilder & Associates, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
Tel.: (713) 655-9111
Fax: (713) 655-9112
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

Eric Samuel Rosen
**Freedman Normand Friedland LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 977-4163
erosen@fnf.law

*Attorneys for Defendant*
*John Rybarczyk*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2023, a true and correct copy of the above and foregoing was served on all counsel of record via ECF, certified mail, return receipt requested, facsimile, electronically, or hand delivery.

*/s/ Q. Tate Williams*
Q. Tate Williams

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | NO. 4:22-cr-00612-3 |
| | § | |
| **JOHN RYBARCZYK** | § | |

## ORDER ON MOTION TO TRAVEL

Defendant John Rybarczyk's Unopposed Motion to Amend The Travel Order (Dkt. 273) is hereby

GRANTED    /    DENIED.

Defendant John Rybarczyk will be allowed to travel by air to/from San Francisco, CA from May 30, 2023, to June 6, 2023, and visit Los Angeles during that trip as well.

SIGNED on this _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE