UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

## ORDER ON MOTION TO TRAVEL

Defendant John Rybarczyk's Unopposed Motion to Amend The Travel Order (Dkt. 273) is hereby

GRANTED   /   DENIED.

Defendant John Rybarczyk will be allowed to travel by air to/from San Francisco, CA from May 30, 2023, to June 6, 2023, and visit Los Angeles during that trip as well.

SIGNED on this _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE