IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

**[PROPOSED] ORDER**

Upon consideration of Defendant Edward Constantinescu's Motion to Modify, it is hereby ORDERED that:

Edward Constantinescu and Bilge Constantinescu may sell their property located at 142 Bentwater Bay Drive, Montgomery, TX 77356.

Dated this _____ day of May 2023.

_____
The Honorable Andrew S. Hanen