United States District Court
Southern District of Texas
**ENTERED**
May 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:22-cr-00612-3 |
| | § | |
| JOHN RYBARCZYK | § | |

## ORDER ON MOTION TO TRAVEL

Defendant John Rybarczyk's Unopposed Motion to Amend The Travel Order (Dkt. 273) is hereby

GRANTED   /   ~~DENIED~~.

Defendant John Rybarczyk will be allowed to travel by air to/from San Francisco, CA from May 30, 2023, to June 6, 2023, and visit Los Angeles during that trip as well.

SIGNED on this ___May 26___, 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE