IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

**PROPOSED ORDER**

Upon consideration of Defendant Edward Constantinescu's Unopposed Motion to Unseal, it is hereby ORDERED that: ECF 276 be unsealed and that all responsive filings be unsealed.

Dated this _____ day of June 2023.

_____
The Honorable Andrew S. Hanen

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2023, a true and correct copy of the foregoing document was served electronically on all counsel of record via the Court's CM/ECF.

*/s/ Matthew A. Ford*
Matthew A. Ford
