IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § § | No. 4:22-CR-00612-S |
| | § § § | |
| EDWARD CONSTANTINESCU, *et al.* | § § § | |

**[PROPOSED] ORDER GRANTING**
**MOTION TO COMPEL DISCLOSURE OF *BRADY* MATERIAL**

Defendant Edward Constantinescu's Motion to Compel Disclosure of *Brady* Material is **GRANTED**. The government must produce every tax Form 1099-B for each Defendant and Co-Conspirator from every brokerage used to trade securities during the relevant time period.

SIGNED this _____ day of _____, 2023.

_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE