UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | NO. 4:22-cr-00612-3 |
| § | |
| JOHN RYBARCZYK § | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, John Rybarczyk and hereby requests this Court allow him permission to travel, together with his wife, from Houston to Virginia.

I.

Mr. Rybarczyk requests permission to travel from Houston to Virginia on June 16, returning to Houston on June 23, 2023. Mr. Rybarczyk and his wife are originally from Virginia, and his wife wishes to visit her family in Virginia for her birthday. In addition, Mr. Rybarczyk's one-year-old daughter is currently in Virginia, and he and his wife plan to pick her up and bring her to Texas with them when they return on June 23rd. Mr. Rybarczyk plans to travel to the Virginia, Beach, Fredericksburg and Richmond areas during his trip.

Mr. Scott Armstrong, on behalf of the government, also has no objection to the trip.

WHEREFORE PREMISES CONSIDERED, Mr. Rybarczyk respectfully requests this Court allow him to travel as requested herein.

Dated: June 7, 2023     Respectfully submitted,

*/s/ Q. Tate Williams*
Q. Tate Williams
Texas Bar No.: 24013760
Philip H. Hilder
Texas Bar No. 09620050
Stephanie K. McGuire
Texas Bar No. 11100520
**Hilder & Associates, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
Tel.: (713) 655-9111
Fax: (713) 655-9112
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

Eric Samuel Rosen
**Freedman Normand Friedland LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 977-4163
erosen@fnf.law

*Attorneys for Defendant*
*John Rybarczyk*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, a true and correct copy of the above and foregoing was served on all counsel of record via ECF, certified mail, return receipt requested, facsimile, electronically, or hand delivery.

*/s/ Q. Tate Williams*
Q. Tate Williams

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **NO. 4:22-cr-00612-3** |
| § | |
| **JOHN RYBARCZYK** § | |

_____

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

**ORDER ON MOTION TO TRAVEL**

Defendant John Rybarczyk's Motion to Travel to Virginia is hereby GRANTED / DENIED.

Defendant John Rybarczyk will be allowed to travel by air to/from Virginia from June 16, 2023 and return on June 23, 2023.

SIGNED on this _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE