# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** § § | | |
| v. § § | Case No. 4:22-cr-612 | |
| **CONSTANTINESCU**, *et al.* § § | The Honorable Andrew S. Hanen | |
| **Defendants.** § § | | |

## [Proposed] ORDER

Upon consideration of Defendant Hennessey's Motion to Dismiss (ECF No. 265) and the United States' response, the Motion is DENIED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE