UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | Case No. 4:22-cr-612 |
| **CONSTANTINESCU,** *et al.* | § § § | The Honorable Andrew S. Hanen |
| **Defendants.** | § | |

### [Proposed] ORDER

Upon consideration of Defendant Rybarczyk's Motion to Dismiss (ECF Nos. 263, 264, 267) and the United States' response, the Motion is DENIED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE