United States District Court
Southern District of Texas
**ENTERED**
June 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § CRIMINAL NO. |
| | § 4:22-CR-00612(5) |
| STEFAN HRVATIN, | § |

ORDER ON DEFENDANT'S
UNOPPOSED MOTION FOR LEAVE TO FILE
AND ADOPT CO-DEFENDANTS' MOTIONS TO DISMISS

Having considered the Defendant Stefan Hrvatin's Motion for Leave to File and Adopt Co-Defendants' Motions to Dismiss, and said motion is hereby:

____✓____   GRANTED

_____   GRANTED

SIGNED on this __13th__ day of __June__, 2023.

ANDREW S. HANEN
UNITES STATES DISTRICT JUDGE