UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

## SUPPLEMENT TO UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, John Rybarczyk and hereby supplements his *Unopposed Motion for Permission to Travel* [ECF No. 272] as follows:

II.

On June 8, 2023, defense counsel Eric Rosen spoke with Defendant's Pre-Trial Services Officer, Ryan McClellan, by telephone, who indicated they did not oppose the trip.

WHEREFORE PREMISES CONSIDERED, Mr. Rybarczyk respectfully requests this Court allow him to travel as previously requested.

Respectfully submitted,

*/s/ Q. Tate Williams*
Q. Tate Williams
Texas Bar No.: 24013760
Philip H. Hilder
Texas Bar No. 09620050
Stephanie K. McGuire
Texas Bar No. 11100520
**Hilder & Associates, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
Tel.: (713) 655-9111
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

1

*/s/ Eric Rosen* (by permission by QTW)
Eric Samuel Rosen
**Freedman Normand Friedland LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 977-4163
erosen@fnf.law

*Attorneys for Defendant*
*John Rybarczyk*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, a true and correct copy of the above and foregoing was served on all counsel of record via ECF.

*/s/ Q. Tate Williams*
Q. Tate Williams
