Case 4:22-cr-00612   Document 308   Filed on 06/14/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | NO. 4:22-cr-00612-3 |
| JOHN RYBARCZYK | § | |

### UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

### ORDER ON MOTION TO TRAVEL

Defendant John Rybarczyk's Motion to Travel to Virginia is hereby GRANTED / DENIED.

Defendant John Rybarczyk will be allowed to travel by air to/from Virginia from June 16, 2023 and return on June 23, 2023.

SIGNED on this _____June 14_____, 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE