**TD Ameritrade Clearing, Inc.**

**2021   1099-B*** OMB No. 1545-0715

## Proceeds from Broker and Barter Exchange Transactions
(continued)

02/17/2022

### SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| BONSO ELECTRONICS COM / CUSIP: 098529308 / Symbol: BNSO | | | | | | | |
| 04/05/21 | 36,191.000 | 232,377.11 | Various | 263,785.88 | ... | -31,408.77 | Total of 40 transactions |
| BOX INC COM CL A / CUSIP: 10316T104 / Symbol: BOX | | | | | | | |
| 03/22/21 | 100,000.000 | 2,390,471.81 | Various | 2,419,292.83 | ... | -28,821.02 | Total of 38 transactions |
| BOXLIGHT CORPORATION COM CL A / CUSIP: 103197109 / Symbol: BOXL | | | | | | | |
| 05/11/21 | 266.000 | 622.41 | 05/11/21 | 592.98 | ... | 29.43 | Sale |
| BRAINSTORM CELL THERAPEUTICS COM / CUSIP: 10501E201 / Symbol: BCLI | | | | | | | |
| 03/24/21 | 211,480.000 | 928,621.93 | Various | 986,498.30 | ... | -57,876.37 | Total of 36 transactions |
| BRIACELL THERAPEUTICS INC COM / CUSIP: 10778Y302 / Symbol: BCTX | | | | | | | |
| 02/24/21 | 75,227.000 | 272,141.25 | Various | 329,671.40 | ... | -57,530.15 | Total of 50 transactions |
| 08/31/21 | 80,000.000 | 559,674.01 | Various | 563,386.92 | ... | -3,712.91 | Total of 26 transactions |
| | **Security total:** | **831,815.26** | | **893,058.32** | ... | **-61,243.06** | |
| BROOKLYN IMMUNO THERAPEUTICS I COM / CUSIP: 114082100 / Symbol: BTX | | | | | | | |
| 05/18/21 | 60,000.000 | 1,117,187.57 | Various | 1,102,361.37 | ... | 14,826.20 | Total of 61 transactions |
| 05/19/21 | 26,655.000 | 458,552.00 | Various | 505,739.05 | ... | -47,187.05 | Total of 3 transactions |
| 05/20/21 | 410,105.000 | 7,612,519.16 | Various | 7,389,462.97 | ... | 223,056.19 | Total of 316 transactions |
| 05/24/21 | 105,000.000 | 1,606,715.56 | Various | 1,577,065.49 | ... | 29,650.07 | Total of 53 transactions |
| | **Security total:** | **10,794,974.29** | | **10,574,628.88** | ... | **220,345.41** | |
| CF FINANCE ACQUISTN CORP III 1:1 EXC 8/18/21 008183105 / CUSIP: 12529D108 / Symbol: CFAC | | | | | | | |
| 01/20/21 | 20,000.000 | 243,897.65 | Various | 250,903.08 | ... | -7,005.43 | Total of 12 transactions |
| CHF SOLUTIONS INC N/C 4/27/21 67113Y108 / CUSIP: 12542Q870 / Symbol: CHFS | | | | | | | |
| 03/02/21 | 8,757.000 | 88,501.49 | Various | 70,000.39 | ... | 18,501.10 | Total of 14 transactions |
| CAMBER ENERGY INC COM / CUSIP: 13200M508 / Symbol: CEI | | | | | | | |
| 01/14/21 | 100,000.000 | 116,821.99 | Various | 119,000.00 | ... | -2,178.01 | Total of 11 transactions |
| 10/05/21 | 2,070,000.000 | 5,400,139.68 | Various | 1,098,795.33 | ... | 4,301,344.35 | Total of 73 transactions |
| 10/15/21 | 200,000.000 | 271,310.10 | Various | 267,999.50 | ... | 3,310.60 | Total of 4 transactions |
| 10/20/21 | 1,110,627.000 | 1,945,993.90 | Various | 1,483,332.68 | ... | 462,661.22 | Total of 15 transactions |
| 12/01/21 | 400,000.000 | 490,825.64 | Various | 473,979.50 | ... | 16,846.14 | Total of 7 transactions |
| | **Security total:** | **8,225,091.31** | | **3,443,107.01** | ... | **4,781,984.30** | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).