| TD Ameritrade Clearing, Inc. | | Proceeds from Broker and Barter Exchange Transactions | | | | | XXX-XX-XXXX | |
|---|---|---|---|---|---|---|---|---|
| **2021** | **1099-B\*** OMB No. 1545-0715 | | | (continued) | | | 02/17/2022 | |

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. *(Line 12)*
"Gain or loss (-)" is NOT reported to the IRS.

**1a- Description of property/CUSIP/Symbol**

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| *CYNGN INC COM / CUSIP: 23257B107 / Symbol: CYN* | | | | | | | |
| 10/25/21 | 315,000.000 | 2,938,933.61 | Various | 2,348,795.60 | ... | 590,138.01 | Total of 133 transactions |
| 10/26/21 | 250,000.000 | 2,254,040.88 | Various | 2,014,761.49 | ... | 239,279.39 | Total of 73 transactions |
| 11/02/21 | 370,000.000 | 3,061,818.33 | Various | 2,952,987.64 | ... | 108,830.69 | Total of 138 transactions |
| 12/31/21 | 462,051.000 | 2,079,229.50 | Various | 3,456,990.29 | ... | -1,377,760.79 | Sale |
| | **Security total:** | **10,334,022.32** | | **10,773,535.02** | ... | **-439,512.70** | |
| *DANIMER SCIENTIFIC INC COM CL A / CUSIP: 236272100 / Symbol: DNMR* | | | | | | | |
| 04/26/21 | 50,000.000 | 1,352,757.20 | Various | 1,079,417.38 | ... | 273,339.82 | Total of 29 transactions |
| 05/03/21 | 5,000.000 | 129,020.87 | Various | 108,250.00 | ... | 20,770.87 | Total of 5 transactions |
| 05/04/21 | 662,367.000 | 14,200,862.15 | Various | 15,418,832.35 | ... | -1,217,970.20 | Total of 537 transactions |
| 05/11/21 | 10,000.000 | 156,669.24 | Various | 159,670.34 | ... | -3,001.10 | Total of 4 transactions |
| | **Security total:** | **15,839,309.46** | | **16,766,170.07** | ... | **-926,860.61** | |
| *DATCHAT INC COM / CUSIP: 23816M107 / Symbol: DATS* | | | | | | | |
| 08/17/21 | 5,000.000 | 19,221.45 | Various | 18,692.97 | ... | 528.48 | Total of 2 transactions |
| 09/23/21 | 15,000.000 | 128,715.95 | Various | 56,150.00 | ... | 72,565.95 | Total of 4 transactions |
| 10/13/21 | 371,880.000 | 5,781,399.14 | Various | 1,400,822.74 | ... | 4,380,576.40 | Total of 122 transactions |
| 10/14/21 | 300,000.000 | 3,442,724.36 | Various | 2,726,839.70 | ... | 715,884.66 | Total of 61 transactions |
| 10/15/21 | 436,000.000 | 4,890,081.00 | Various | 4,290,968.17 | ... | 599,112.83 | Total of 157 transactions |
| 10/18/21 | 438,824.000 | 4,291,759.78 | Various | 5,005,431.41 | ... | -713,671.63 | Total of 170 transactions |
| 10/25/21 | 112,370.000 | 1,018,005.79 | Various | 963,659.46 | ... | 54,346.33 | Total of 27 transactions |
| 11/11/21 | 500.000 | 3,334.97 | 11/10/21 | 3,389.95 | ... | -54.98 | Sale |
| | **Security total:** | **19,575,242.44** | | **14,465,954.40** | ... | **5,109,288.04** | |
| *DELCATH SYSTEMS INC COM / CUSIP: 24661P807 / Symbol: DCTH* | | | | | | | |
| 03/31/21 | 64,930.000 | 741,140.23 | Various | 1,165,616.71 | ... | -424,476.48 | Total of 72 transactions |
| *DEVON ENERGY CORP COM / CUSIP: 25179M103 / Symbol: DVN* | | | | | | | |
| 08/30/21 | 160,000.000 | 4,712,630.88 | Various | 4,708,516.93 | ... | 4,113.95 | Total of 80 transactions |
| *DICKS SPORTING GOODS INC COM / CUSIP: 253393102 / Symbol: DKS* | | | | | | | |
| 08/25/21 | 7,500.000 | 990,219.81 | 08/25/21 | 1,006,346.75 | ... | -16,126.94 | Sale |

\* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Remember, taxpayers are ultimately responsible for the accuracy of their tax return(s).