United States District Court
Southern District of Texas
**ENTERED**
June 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES | § | |
| | § | |
| V. | § | No. 4:22-CR-612 (8) |
| | § | |
| DANIEL KNIGHT | § | |

### ORDER

The Court has considered Daniel Knight's unopposed motion to modify conditions of his release and finds that it is in all things GRANTED.

Daniel Knight's condition of release that he wear a GPS ankle monitor is removed.

ORDERED at Houston, Texas this 20th day of June, 2023.

Honorable Andrew Hanen
United States District Judge

1