22-10-14626

## <u>CERTIFICATION OF DELINQUENT TAX RECORDS</u>

My name is Kenneth Byrd.  I am the Tax Assessor/Collector for the following tax units located in __Montgomery__ County, Texas.  I collect the property taxes for <u>Montgomery County Municipal Utility District #18 & Standby Fees</u>, referred to below as "Tax Units".

I certify that the attached delinquent tax roll statement is a true and correct copy of the entries showing the property, its appraised value, and the amount of tax, penalties, and interest imposed on the property as such entries appear on the Tax Units' delinquent tax roll.

Signed this the __19th__ day of ____**May**____, __2023__.

Kenneth Byrd, Tax Assessor/Collector for
<u>Montgomery County Municipal Utility District #18 and Standby Fees</u>

By _Kenneth Byrd_____
☑ Tax Collector ☐ Deputy



# Tax Statement

P. O. Box 73109
Houston, TX 77273
Telephone: (281) 444-3946

CONSTANTINESCU EDWARD

Taxpayer ID: 56673

299 W PINES DR
MONTGOMERY, TX 77356

BA=Y

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED
IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

| Tax Year | Tax Due | P and I | Total Due |
|---|---|---|---|
| MONTGOMERY COUNTY MUNICIPAL UTILITY DISTRICT # 18 | | | |
| Legal: S261547 - BENTWATER 47, BLOCK 2, LOT 6 ACRES:0.000 | | | |
| GEO Code: 0026154701900          Client Property Code: R000122473 | | | |
| 2022 | $272.97 | $88.04 | $361.01 |
| Property 0026154701900 Subtotal --> | | | $361.01 |
| Legal: S261582 - BENTWATER 82,  BLOCK 1,  LOT 1 ACRES:0.000 | | | |
| GEO Code: 0026158200100          Client Property Code: R000123162 | | | |
| 2022 | $1,513.51 | $488.11 | $2,001.62 |
| Property 0026158200100 Subtotal --> | | | $2,001.62 |
| Legal: S261582 - BENTWATER 82, BLOCK 2, LOT 2 ACRES:0.000 | | | |
| GEO Code: 0026158202000          Client Property Code: R000123181 | | | |
| 2021 | $263.73 | $144.52 | $408.25 |
| 2022 | $309.74 | $99.89 | $409.63 |
| Property 0026158202000 Subtotal --> | | | $817.88 |
| MONTGOMERY COUNTY MUNICIPAL UTILITY DISTRICT # 18 TOTAL --> | | | $3,180.51 |
| *Total If Paid By 6/30/2023* | | | **$3,180.51** |

| Tract 2 | GEO Code: 0026154701900 | Appraised Value | $104,990.00 |
|---|---|---|---|
| Tract 1 | GEO Code: 0026158200100 | Appraised Value | $582,120.00 |
| Tract 3 | GEO Code: 0026158202000 | Appraised Value | $119,130.00 |

# Tax Statement

P O Box 73109
Houston, TX  77273
Telephone: (281) 444-3946

CONSTANTINESCU EDWARD

299 W PINES DR
MONTGOMERY, TX 77356

Taxpayer ID: 56673

BA=Y

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED
IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT
REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

| | Tax Year | Tax Due | P and I | Total Due | |
|---|---|---|---|---|---|
| MONTGOMERY COUNTY MUNICIPAL UTILITY DISTRICT # 18 STAND-BY FEES | | | | | |
| Legal: S261547 - BENTWATER 47, BLOCK 2, LOT 6 ACRES:0.000 GEO Code: 0026154701900       Client Property Code: R000122473 | | | | | |
| | 2023 | $60.00 | $10.80 | $70.80 | est |
| | Property 0026154701900 Subtotal --> | | | $70.80 | |
| Legal: S261582 - BENTWATER 82,  BLOCK 1,  LOT 1 ACRES:0.000 GEO Code: 0026158200100       Client Property Code: R000123162 | | | | | |
| | 2023 | $60.00 | $10.80 | $70.80 | est |
| | Property 0026158200100 Subtotal --> | | | $70.80 | |
| Legal: S261582 - BENTWATER 82, BLOCK 2, LOT 2 ACRES:0.000 GEO Code: 0026158202000       Client Property Code: R000123181 | | | | | |
| | 2022 | $60.00 | $33.60 | $93.60 | * |
| | 2023 | $60.00 | $10.80 | $70.80 | est |
| | Property 0026158202000 Subtotal --> | | | $164.40 | |
| MONTGOMERY COUNTY MUNICIPAL UTILITY DISTRICT # 18 STAND-BY FEES TOTAL --> | | | | $306.00 | |
| | | *Total If Paid By 6/30/2023* | | **$306.00** | |

| | | | | |
|---|---|---|---|---|
| Tract 2 | GEO Code: 0026154701900 | Appraised Value | $104,990.00 |
| Tract 1 | GEO Code: 0026158200100 | Appraised Value | $582,120.00 |
| Tract 3 | GEO Code: 0026158202000 | Appraised Value | $119,130.00 |

* = Transaction has non-standard delinquency date.

**CERTIFIED DELINQUENT TAX STATEMENT DETAIL**



**ANN HARRIS BENNETT**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON, SUITE 100**
**HOUSTON, TEXAS 77002**

Certified Owner:

RYBARCZYK JOHN
RYBARCZYK MARIELA GISELLE
6917 WARWICK LN
SPRING, TX  77389-1539

Legal Description:

LT 36 BLK 1
SHADOW CREEK SOUTH SEC 2

Legal Acres:      .0000

**Account No: 134-818-001-0036**

As of  Date:    06/30/2023        APPR. DIST#: 1348180010036

Parcel Address:   6917  W WARWICK LAKE LN

Print  Date:      06/06/2023        **Printed By:**   ACANTU

**2022 Value:**        $239,830

| Year | Appraised Value | Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|------|-----------------|-----------|--------------|----------------------|-----------------|-------|
| 2022 | $239,830 | 17 | $2,949.91 | $442.49 | $0.00 | $3,392.40 |
| | **TOTAL AMOUNT DUE:** | | **$2,949.91** | **$442.49** | **$0.00** | **$3,392.40** |

Tax Unit Codes:

17    Klein I.S.D.

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

# Partial Statement: Other Years and Tax Units may be due

**Totals By Tax Unit**

| Tax Units | Base Tax Due | Penalties & Interest | Collection Fees | Total |
|-----------|--------------|----------------------|-----------------|-------|
| **17** | $2,949.91 | $442.49 | $0.00 | $3,392.40 |
| **TOTAL AMOUNT DUE:** | **$2,949.91** | **$442.49** | **$0.00** | **$3,392.40** |

**CERTIFIED DELINQUENT TAX STATEMENT DETAIL**



**ANN HARRIS BENNETT**
**HARRIS COUNTY TAX ASSESSOR-COLLECTOR**
**1001 PRESTON, SUITE 100**
**HOUSTON, TEXAS 77002**

Certified Owner:

RYBARCZYK JOHN
RYBARCZYK MARIELA GISELLE
6917 WARWICK LN
SPRING, TX  77389-1539

Legal Description:

LT 36 BLK 1
SHADOW CREEK SOUTH SEC 2

Legal Acres:      .0000

**Account No: 134-818-001-0036**

As of Date:   06/30/2023      APPR. DIST#: 1348180010036

Parcel Address:   6917  W WARWICK LAKE LN

Print Date:      06/06/2023      Printed By:   ACANTU

**2022 Value:**      $239,830



**STATE OF TEXAS**
**COUNTY OF HARRIS**
**I, ANN HARRIS BENNETT, Tax Assessor-Collector in and for Harris County, Texas, do hereby
certify this to be a true and correct copy of the records of the Harris County Tax Office, for the
tax year(s) indicated.**

**Witness my hand this 6th day of June, 2023.**

**ANN HARRIS BENNETT**
**Tax Assessor-Collector**
**Harris County Texas**

**By:** _____

**Deputy**

## CERTIFICATION OF DELINQUENT TAX RECORDS

My name is Tim Spencer.  I am the Tax Assessor - Collector for the following tax units located in HARRIS County, Texas.  I collect the property taxes for HARRIS-MONTGOMERY COUNTIES MUNICIPAL UTILITY DISTRICT # 386, referred to below as "Tax Units".

I certify that the attached delinquent tax roll statement is a true and correct copy of the entries showing the property, its appraised value, and the amount of tax, penalties, and interest imposed on the property as such entries appear on the Tax Units' delinquent tax roll.

Signed on _____ MAY   23 _____, 2023.


(Seal)                     Tim Spencer, Tax Collector for
                           HARRIS-MONTGOMERY COUNTIES MUNICIPAL
                           UTILITY DISTRICT # 386




By_____
         ☒ Tax Collector              ☐ Deputy

# Tax Statement

822 West Pasadena Blvd.
Deer Park, TX 77536
Telephone: (281) 479-7798

RYBARCZYK JOHN JOSEPH III & MARIELA                    Taxpayer ID: 392949

6913 W WARWICK LAKE LN
SPRING, TX 77389-1539

**IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.**

| | Cause Number | Tax Year | Tax Due | P and I | Total Due |
|---|---|---|---|---|---|
| HARRIS-MONTGOMERY COUNTIES MUNICIPAL UTILITY DISTRICT # 386 | | | | | |
| Legal: LT 4 BLK 1 THE WOODLANDS CARLTON WOODS CREEKSIDE 2 CREEKSIDE PARK | | | | IN THE VILLAGE OF | |
| GEO Code: 1255110010004 | | Client Property Code: 6112 | | | |
| | | 2022 | $5,400.00 | $810.00 | $6,210.00 |
| Property 1255110010004 Subtotal --> | | | | | $6,210.00 |

| | | |
|---|---|---|
| HARRIS-MONTGOMERY COUNTIES MUNICIPAL UTILITY DISTRICT # 386 TOTAL --> | | $6,210.00 |
| *Total If Paid By 6/30/2023* | | **$6,210.00** |