**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO:  4:22-cr-612** |
| | § | |
| **EDWARD CONSTANTINESCU,** | § | |
| **PERRY "PJ" MATLOCK,** | § | |
| **JOHN RYBARCZYK,** | § | |
| **GARY DEEL,** | § | |
| **STEFAN HRVATIN,** | § | |
| **TOM COPPERMAN,** | § | |
| **MITCHELL HENNESSEY,** | § | |
| **DANIEL KNIGHT,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER FOR ADJUDICATION OF INTEREST IN PROPERTY

On this day, came on to be considered the Claims of Montgomery County Municipal Utility District #18, Montgomery County Municipal Utility District #18 Standby Fees, Klein Independent School District, Harris-Montgomery Counties Municipal Utility District # 386 for adjudication of interest in properties subject to this action. The Court is of the opinion that the Claim states sufficient facts to support the Taxing Authorities' interest in the properties as a valid interest not subject to forfeiture.

It is therefore, ORDERED that the interest of Montgomery County Municipal Utility District #18, Montgomery County Municipal Utility District #18 Standby Fees, Klein Independent School District, Harris-Montgomery Counties Municipal Utility District # 386 in the subject tracts of land is valid and the Government shall pay the ad valorem taxes, penalty and interest assessed on the properties through the date of a final order of forfeiture together with penalty and interest as allowed by law.

_____                               _____

Judge                                                                                    Date