# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. |
| § | 4:22-CR-00612(5) |
| STEFAN HRVATIN, § | |

## VACATION NOTICE

TO THE HONORABLE ANDREW S. HANEN, U.S. DISTRICT JUDGE

Edward Mallett, attorney for Defendant Stefan Hrvatin, advises the Court that my annual vacation is scheduled for August 2 - August 14, 2023. This was prepaid in February, 2023.

Counsel humbly requests that the Court not set hearing after August 1, and before August 16, 2023, to allow one day for "recovery".

These dates do not require an amendment of the Court's Scheduling Order (Docket No. 254).

Counsel asks that the Court take this request into consideration when scheduling future hearings in this case.

Respectfully submitted,

 /s/ Edward Mallett
Edward Mallett
Texas Bar No. 12863000
Federal ID No. 422
5300 Memorial Drive, Suite 750
Houston, Texas 77007
Tel: 713-236-1900
Email: edward@msblawyers.com

ATTORNEY FOR DEFENDANT
STEFAN HRVATIN

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing has been furnished to the Assistant U.S. Attorneys assigned to this case and for counsel for all co-defendants via the Court's ECF system on the 7th day of July, 2023.

                                                 _/s/ Edward Mallett_
                                                 Edward Mallett