UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

## ORDER

Defendant John Rybarczyk's motion to modify the conditions of his release is GRANTED.

John Rybarczyk's condition of release that he wear a GPS ankle monitor is removed.

SIGNED on this _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

9