**U.S. SECURITIES AND EXCHANGE COMMISSION**

COMPANY FILINGS

ABOUT | DIVISIONS & OFFICES | ENFORCEMENT | REGULATION | EDUCATION | FILINGS | NEWS

# SEC Staff Release GameStop Report

The Securities and Exchange Commission published a staff report on Equity and Options Market Structure Conditions in Early 2021, which focuses on the January 2021 trading activity of GameStop Corp (GME), the most famous of the "meme stocks." Because the meme stock episode raised several questions about market structure, the staff report also provides an overview of the equity and options market structure for individual investors. Read the full report.



*Modified: April 6, 2023*

STAY CONNECTED    Twitter    Facebook    RSS    YouTube    LinkedIn    Email Updates

## ABOUT THE SEC

Budget & Performance
Careers
Commission Votes
Contact
Contracts
Data Resources

## TRANSPARENCY

Accessibility & Disability
Diversity & Inclusion
FOIA
Inspector General
No FEAR Act & EEO Data
Ombudsman
Whistleblower Protection

## WEBSITES

Investor.gov
Related Sites
USA.gov

## SITE INFORMATION

Plain Writing
Privacy & Security
Site Map