IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| TOM COOPERMAN | § § § | |

## JOINDER OF DEFENDANT RYBARCZYK'S MOTION TO CONTINUE

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, Tom Cooperman joining and supplementing Defendant Rybarczyk's Motion to Continue (Doc. 323).

Unlike AUSA Armstrong, Undersigned Counsel does not have just one case nor an unlimited budget.[1] Undersigned Counsel remains obligated to over 50 other clients. As previously detailed for the Court, Counsel had approximately two dozen pending trial settings when retained as lead counsel in this matter.[2] Since that time, seven of those matters have been resolved via trial, settlement and dismissal. The remaining matters are all set for trial prior to Thanksgiving of this year.

The demands of such a trial docket make it impossible to adequately prepare for a trial of this magnitude prior to sometime in 2024.[3] Notably, one of these remaining trial

---

[1] Due to the Government's continued obstructionist opposition, Mr. Cooperman cannot earn the necessary funds to provide for additional support in aid of pretrial preparation.
[2] January 16, 2023 (Doc. 115).
[3] Despite the Government's continued attempts to minimize the breadth of discovery, the current universe of discovery exceeds 700,000 documents.

settings falls on October 16, 2023.[4]

Additionally, the Texas Legislature tapped Ms. Epley as Chief Counsel and Director for the Texas House Committee on General Investigations relative to the eventual impeachment of then Attorney General Ken Paxton. She began this most rigorous and important public service on March 20, 2023. The impeachment trial commences on September 5, 2023, and is expected to last a minimum of two to three weeks.

WHEREFORE PREMISES CONSIDERED, Mr. Cooperman respectfully requests this Court grant the requested continuance and enter a new scheduling order consistent with the orderly dispatch of the Court's docket to ensure effective assistance of counsel.

Respectfully Submitted,

/s/ Chip Lewis
Chip Lewis
Erin Epley
1207 S. Shepherd Dr.
Houston, Texas 77019
Telephone: (713) 523-7878
Federal ID#24313
*Chip@chiplewislaw.com*

---

[4] *United States v. Mokbel, et al* (Case No. 4:21-CR-103).

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joinder has been forward via electronic mail to the Government on this the 11th day of July 2023.

                                           /s/ Chip Lewis
                                           CHIP LEWIS