UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cr-00612 D |
|---|---|---|---|// 
| United States of America ||||
| *versus* ||||
| Edward Constantinescu, et al., ||||

| | |
|---|---|
| Lawyer's Name | Jamie Hoxie Solano (maiden name Jamie Lynn Hoxie) |
| Firm | Ford O'Brien Landy LLP |
| Street | 275 Madison Avenue, Floor 24 |
| City & Zip Code | New York, New York 10016 |
| Telephone & Email | 212-858-0040; jsolano@fordobrien.com |
| Licensed: State & Number | NY Bar Number: 4671160 (under maiden name) |
| Federal Bar & Number | N.D. Texas: 4671160NY (under maiden name) |

| Name of party applicant seeks to appear for: | Edward Constantinescu |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/14/2023 | Signed: *Jamie Hoxie Solano* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                        United States District Judge