IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| TOM COOPERMAN | § § § | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, Tom Cooperman and hereby requests this Court allow him permission to travel to Lafyette, Louisiana for a family function.

I.

Mr. Cooperman requests permission to travel from Houston to Lafayette, LA on August 4, 2023, and return to Houston on August 6, 2023. Mr. Cooperman will be driving with his fiancé to Lafayette and will stay at a residence owned by his fiancé.[1]

WHEREFORE PREMISES CONSIDERED, Mr. Cooperman respectfully requests this Court allow him to travel as requested herein.

Respectfully Submitted,

/s/ Chip Lewis
Chip B. Lewis
1207 S. Shepherd Dr.
Houston, Texas 77019
Telephone: (713) 523-7878
Federal ID #24313
*Chip@chiplewislaw.com*

---

[1] Mr. Cooperman has furnished his pretrial officer with the address and contact information.

**CERTIFICATE OF CONFERENCE**

On July 17, 2023, counsel for Defendant conferred with the Government and Pretrial Services concerning their position on this Motion and both are UNOPPOSED.

/s/ Chip Lewis
CHIP LEWIS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion has been forward via electronic mail to the government.

/s/ Chip Lewis
CHIP LEWIS