IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   CRIMINAL NO. 4:22-CR-612 |
| | § |
| TOM COOPERMAN | § |

**ORDER**

ON THIS DAY came to be considered Mr. Cooperman's Motion to Travel, and having been considered, said Motion is hereby:

_____GRANTED.

_____DENIED.

SIGNED AND ENTERED this the \_\_\_\_\_ day of July 2023 at Houston, Texas.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE