United States District Court
Southern District of Texas
**ENTERED**
July 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| TOM COOPERMAN | § | |

## ORDER

ON THIS DAY came to be considered Mr. Cooperman's Motion to Travel, and having been considered, said Motion is hereby:

\_\_\_\_X\_\_\_\_ GRANTED.

_____ DENIED.

SIGNED AND ENTERED this the \_\_18th\_\_ day of July 2023 at Houston, Texas.

Sam Sheldon
United States Magistrate Judge