United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal Action 4:22–cr–00612 |
| Edward Constantinescu, et al. | § § | |

Notice of Referral

The following motion is referred to Magistrate Judge Sam S. Sheldon:

Motion to Travel – #336

Date: July 19, 2023.

Nathan Ochsner, Clerk

By: Joan Davenport, Deputy Clerk