# **Exhibit Q**

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//LES

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:**  (U//LES) Request for Manual Access          **Date:**  06/13/2022
         Restriction

**CC:** KEITHLEY, REBECCA L.
     JONATHAN R WALTHERS
     Daniel S. Harkness
     James H Smith III

**From:**  HOUSTON
          HO-WC2
          **Contact:**   Jeremy S. Hale,   ██████████

**Approved By:**   JONATHAN R WALTHERS
               Daniel S. Harkness
               James H Smith III
               UC JOACHIM MARCUS
               SC Aaron G. Tapp
               DAD Aaron G. Tapp
               AD Luis M. Quesada

**Drafted By:**  Jeremy S. Hale

**Case ID #:**  318C-HO-3603795   ████████████████████████

**Synopsis:**   (U//LES) To request manual access restriction

**Details:**

   Per FBI Policy Notice 0758N, the purpose of this EC is to request AD
CID approval for 318C-HO-3603795 to be prohibited from access within
Sentinel.

   For background, on May 18, 2022, Houston Field Office (HO) initiated
the captioned full investigation to investigate allegations of securities
fraud operating within the HO AOR.  Upon review, HO identified the main

UNCLASSIFIED//LES

DOJ-PROD-0000192664

**UNCLASSIFIED//LES**

Title:  (U//LES) Request for Manual Access Restriction
Re:  318C-HO-3603795, 06/13/2022



Case agents anticipate swift prosecution in this case and the need for prohibited status is expected to be short in duration.

♦♦

**UNCLASSIFIED//LES**

DOJ-PROD-0000192665