# **<u>Exhibit R</u>**

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//LES

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

```
Title:   (U//FOUO) Information Provided by the        Date:  07/25/2022
         Securities and Exchange Commission

From:    HOUSTON
         HO-WC2
         Contact:  Jeremy S. Hale, ███████████

Approved By:  SSA JONATHAN R WALTHERS

Drafted By:   Jeremy S. Hale

Case ID #:    318C-HO-3603795   ████████████████████████████
```

Synopsis: (U//FOUO) To document information provided by the Securities and Exchange Commission

Enclosure(s): Enclosed are the following items:
1. (U//FOUO) DVD Containing ████████████████████████████
████████████████
2. (U//FOUO) Twitter and Brokerage Records Collected by the SEC

Details:

On July 7, 2022, SA Jeremy Hale received records from the Securities and Exchange Commission related to the SEC's investigation B-3480. The records were related to documents and recordings provided by an SEC whistle blower named Witness - 2 as well as brokerage and twitter records. The documents and recordings were burned to a DVD and placed in the 1A section of the file.

♦♦