# **Exhibit S**

| | |
|---|---|
| **From:** | Hale, Jeremy S. (HO) (FBI)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F83C9AB1081B4A8E9DD9574F79D81296-HALE, JEREM] |
| **Sent:** | Tue 6/14/2022 11:14:12 PM (UTC) |
| **To:** | Rodriguez, Ariana Michelle (HO) (FBI)[amrodriguez2@fbi.gov] |
| **Subject:** | Re: Federal Grand Jury Subpoena Service Information |

Sorry. We could've gotten more info from the SEC (where thay spreadsheet came from) on the full names of the brokerage. Let me know if you run into any other issues like this.

---

**From:** Rodriguez, Ariana Michelle (HO) (FBI) <amrodriguez2@fbi.gov>
**Sent:** Tuesday, June 14, 2022 1:51:38 PM
**To:** Hale, Jeremy S. (HO) (FBI) <jshale@fbi.gov>
**Subject:** FW: Federal Grand Jury Subpoena Service Information

I emailed the other person for further assistance, will keep you updated!
Ariana

**From:** Steve Bocan <s.bocan@etcbrokerage.com>
**Sent:** Tuesday, June 14, 2022 3:46 PM
**To:** Rodriguez, Ariana Michelle (HO) (FBI) <amrodriguez2@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Federal Grand Jury Subpoena Service Information

Ms. Rodriguez,
After a search of ETC Brokerage Services records we see no accounts or responsive documents related to these entities. I recommend emailing Larisa Staruch below, to search the records of our affiliate Equity Trust Company. If you need anything else please let me know.
Steve

**SteveBocan-Director, Brokerage Operations**

ETC Brokerage Services



www.ETCBrokerage.com

