# **Exhibit T**

**Fw: bank accounts: pump and dump**

Sent: Mon 9/12/2022 3:28:59 PM (UTC)

From: Hale, Jeremy S. (HO) (FBI)
To: Rodriguez, Ariana Michelle (HO) (FBI)

[redacted]

Thanks,

Jeremy

---

From: Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>
Sent: Tuesday, September 6, 2022 1:18 PM
To: Hale, Jeremy S. (HO) (FBI) <jshale@fbi.gov>
Cc: Liolos, John (CRM) <John.Liolos@usdoj.gov>; Carter III, Thomas (USATXS) <Thomas.Carter.III@usdoj.gov>
Subject: [EXTERNAL EMAIL] - bank accounts: pump and dump

Jeremy,

I went through the JPM bank records returns for our main subjects. Below are the highlights. SEC will also be sending today hopefully leads for additional accounts for the main subjects. We will need to cut subpoenas for these accounts, if we have not already. Let's discuss when the information comes in.

Here's the hitlist of items from JPM with an eye towards getting our forfeiture lined up asap:

[redacted]

Scott Armstrong
U.S. Department of Justice
Fraud Section