# **Exhibit V**

**From:** Jeremy Hale <jshale@fbi.gov>
**Sent:** Wednesday, November 23, 2022 8:38 AM
**To:** Palid, Andrew
**Cc:** Dillon, Steven D. (HO) (FBI); Armstrong, Scott (CRM); Liolos, John (CRM)
**Subject:** Re: CEI Bluesheets

Additionally, for SURF we only have the options. Could we get the regular equities for the same time period or at least for May 19th-20th, 2021?

Thanks,

Jeremy

**From:** Hale, Jeremy S. (HO) (FBI) <jshale@fbi.gov>
**Sent:** Monday, November 21, 2022 4:29 PM
**To:** Palid, Andrew <PalidA@SEC.GOV>
**Cc:** Dillon, Steven D. (HO) (FBI) <sddillon@fbi.gov>; Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; Liolos, John (CRM) <John.Liolos@usdoj.gov>
**Subject:** Re: CEI Bluesheets

Thanks.

**From:** Palid, Andrew <PalidA@SEC.GOV>
**Sent:** Monday, November 21, 2022 4:26:57 PM
**To:** Hale, Jeremy S. (HO) (FBI) <jshale@fbi.gov>
**Cc:** Dillon, Steven D. (HO) (FBI) <sddillon@fbi.gov>; Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; Liolos, John (CRM) <John.Liolos@usdoj.gov>
**Subject:** [EXTERNAL EMAIL] - RE: CEI Bluesheets

We should have those bluesheets as well. I'll double-check what we sent you tomorrow and update with those bluesheets if we haven't already sent them.

**From:** Jeremy Hale <jshale@fbi.gov>
**Sent:** Monday, November 21, 2022 5:20 PM
**To:** Palid, Andrew <PalidA@SEC.GOV>
**Cc:** Steven Dillon <sddillon@fbi.gov>; Scott.Armstrong@usdoj.gov; John.Liolos@usdoj.gov
**Subject:** CEI Bluesheets

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Andy,

Unless I'm missing something, we only have bluesheets for CEI from August 2021. We are looking at tweets from September and October 2021. Am I missing them somewhere or do we need to get those?

DOJ-PROD-0000363682

Thanks,

Jeremy

SA Jeremy Hale
FBI Houston

DOJ-PROD-0000363683