# **Exhibit W-1**

FD-302 (Rev. 5-8-10)

-1 of 1-

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    07/12/2022

**Witness - 1** was interviewed telephonically. Also present for the interview were Department of Justice Assistant Chief Scott Armstrong, Securities and Exchange (SEC) Attorney Andrew Palid and SEC Paralegal Lynn Goldin. After being advised of the identity of the interviewing Agents and Attorney and the nature of the interview, ■ provided the following information:



UNCLASSIFIED//FOUO

Investigation on  06/10/2022  at  Houston, Texas, United States (Phone)

File #  318C-HO-3603795                                        Date drafted  07/08/2022

by  Jeremy S. Hale, Jeremy L Borowick

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-00000193770