# **Exhibit W-2**

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    07/26/2022

**Witness - 2**  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was interviewed via video teleconference. Also present for the government for the interview were Department of Justice Trial Attorney John Liolos, Assistant United States Attorney Thomas Carter, and Securities and Exchange Commission Senior Counsel Andrew Palid. After being advised of the identity of the interviewing Agents and Attorneys, Witness - 2 provided the following information:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Investigation on   07/15/2022   at   Houston, Texas, United States (Phone)

File #   318C-HO-3603795     Date drafted   07/25/2022

by   Jeremy S. Hale, Steven D. Dillon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-00000193773