# **Exhibit W-4**

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  01/17/2023

On October 27, 2022, SA Jeremy Hale, DOJ Assistant Chief Scott Armstrong and Trial Attorney John Liolos met via teleconference with counsel ▮▮▮▮ [Attorney-1] ▮▮▮▮. Also present were Securities and Exchange Commission Attorneys Andrew Palid and David Scheffler.



Investigation on  11/23/2022  at  Houston, Texas, United States (Phone, Email)

File #  318C-HO-3603795                                                     Date drafted  01/17/2023

by  Jeremy S. Hale

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-0000318251