# **<u>Exhibit W-6</u>**

318C-HO-3603795 Serial 178
- 1 of 3 -

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    04/14/2023

Witness - 4 ███████████  ███████  ███████  was interviewed telephonically by the Federal Bureau of Investigation at Houston, Texas. Also present for the telephonic interview were DOJ Assistant Chief Scott Armstrong and Securities and Exchange Commission (SEC) Attorney Andrew Palid. After being advised of the identity of the interviewing Agent and the nature of the interview, Witness - 4 voluntarily provided the following information:



Investigation on   01/27/2023   at   Houston, Texas, United States (Phone)

File #   318C-HO-3603795                                              Date drafted   04/02/2023

by   Jeremy S. Hale

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.