# **Exhibit W-7**

FD-302 (Rev. 5-8-10)

318C-HO-3603795 Serial 187
-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   05/08/2023

Witness - 4 ███████████████ was interviewed telephonically by the Federal Bureau of Investigation at Houston, Texas. Also present for the telephonic interview were DOJ Assistant Chief Scott Armstrong and Securities and Exchange Commission (SEC) Attorney Andrew Palid. After being advised of the identity of the interviewing Agent and the nature of the interview, Witness - 4 voluntarily provided the following information:

Witness - 4 was informed that the documents provided by Witness - 4 to the Securities and Exchange Commission were turned over ███████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

Investigation on   02/02/2023   at   Houston, Texas, United States (Phone)

File #   318C-HO-3603795                                                   Date drafted   05/07/2023

by   Jeremy S. Hale

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-0000340705