# **<u>Exhibit W-8</u>**

318C-HO-3603795 Serial 179

FD-302 (Rev. 5-8-10)

-1 of 10-

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   04/14/2023

Daniel Knight, ▮▮▮▮▮▮▮▮▮▮, was interviewed at the US Attorney's Office for the Southern District of Texas located at 1100 Louisiana St., Houston, Texas. Also present for the interview on behalf of the government were DOJ Fraud Section Assistant Chief Scott Armstrong, Trial Attorney John Liolos, AUSA Thomas Carter, and present by phone were Securities and Exchange Commission Attorneys Andrew Palid and David D'Addio. Also present on behalf of Knight was Knight's counsel, Cordt Akers of The Akers Firm PLLC. After being advised of the identity of the interviewing Agent and the nature of the interview, Knight provided the following information:



Investigation on 02/16/2023 at Houston, Texas, United States (In Person)

File # 318C-HO-3603795                                                Date drafted 02/16/2023

by Jeremy S. Hale, Steven D. Dillon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-0000336364