# **Exhibit W-9**

Case 4:22-cr-00612   Document 339-16   Filed on 07/19/23 in TXSD   Page 1 of 2

FD-302 (Rev. 5-8-10)

318C-HO-3603795 Serial 155
-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   03/20/2023

Witness-3, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ interviewed via video teleconference. Also present for the interview was DOJ Fraud Section Assistant Chief Scott Armstrong and SEC Attorney Andrew Palid. After being advised of the identity of the interviewing Agent and the nature of the interview, Witness-3 provided the following information:

Investigation on 03/20/2023 at Houston, Texas, United States (Phone)

File # 318C-HO-3603795                                   Date drafted 03/20/2023

by Jeremy S. Hale

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-0000334992