# Exhibit W-10

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 05/ 1/ 0

Daniel Knight, [redacted] was interviewed at the US Attorney's Office for the Southern District of Texas located at 1000 Louisiana, Suite 2300, Houston, Texas 77002. Also present for Knight was his attorney, Cordt Akers. Also present for the government was DOJ Assistant Chief Scott Armstrong and Assistant United States Attorney Thomas Carter III. Present by phone for the government were DOJ Trial Attorney John Liolos and Securities and Exchange Commission Attorney Andrew Palid. After being advised of the identity of the interviewing agents and the nature of the interview, Knight provided the following information.

[redacted]

[redacted]

[redacted]

Investigation on 03/27/2023 at Houston, Texas, United States (In Person)

File # 318C-HO-3603795 Date drafted 05/21/2023

by Jeremy S. Hale, Steven D. Dillon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.