# **Exhibit W-11**

318C-HO-3603795 Serial 189

-1 of 2-

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/08/2023

Witness-4 was interviewed telephonically by the Federal Bureau of Investigation at Houston, Texas. Also present for the telephonic interview were DOJ Assistant Chief Scott Armstrong, Trial Attorney John Liolos and Securities and Exchange Commission (SEC) Attorney Andrew Palid. After being advised of the identity of the interviewing Agent and the nature of the interview, Witness-4 voluntarily provided the following information:

Prior to the interview Witness-4 forwarded screen shots of messages received by Witness-4 to Andrew Palid. (Agent Note: Palid forwarded those emails and attachments from Witness-4 to the interviewing agent and those emails have been submitted to the IA section of the file.)



Investigation on   04/04/2023   at   Houston, Texas, United States (Phone)

File #   318C-HO-3603795                                                        Date drafted   05/07/2023

by   Jeremy S. Hale, Steven D. Dillon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-0000340729