# **Exhibit W-12**

FD-302 (Rev. 5-8-10)

318C-HO-3603795 Serial 201
-1 of 7-

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/18/2023

FRANCIS FAROOK SABO, ███████████████████████████████████ was interviewed telephonically from the US Attorneys' Office in Detroit, Michigan. Present with SABO during the interview was DOJ attorneys John Armstrong and John Liolos as well as SABO's attorneys Jeffrey L. Edison and DeWayne Boyd. Additionally, joining by telephone was Securities and Exchange Commission attorney Andrew Palid. After being advised of the identity of the interviewing Agent and the nature of the interview, SABO provided the following information:

SABO's attorneys provided a signed proffer both from the Department of Justice and the Securities and Exchange Commission [executed copies included in the 1A section of this FD-302]. There were no questions as to what it meant or clarifications.



UNCLASSIFIED//FOUO

Investigation on  04/25/2023  at  Houston, Texas, United States (Phone)

File # 318C-HO-3603795                                    Date drafted  04/26/2023

by  Steven D. Dillon

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; and its contents are not to be distributed outside your agency.

DOJ-PROD-0000340891