# **Exhibit W-13**



Liolos, Heyward, Palid Sec, Attorney-1   Attorney-1   Witness 2   6/12/2023

Reminded to just tell the truth