# **Exhibit W-14**

318C-HO-3603795 Serial 241

FD-302 (Rev. 5-8-10)

- 1 of 5 -

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry ___06/28/2023___

███████████,
████████████████████████████████████████████████████████
██████████████████████████████████████████████ Also present were Department of Justice Trial Attorney John Liolos, Assistant United States Attorney Thomas Carter, Securities and Exchange Commission Senior Counsel Andrew Palid, and ███████ defense attorneys Attorney-1 and Attorney-1 ███████ After being advised of the identity of the interviewing Agent and the nature of the interview, ██████ provided the following information:

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
█████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

UNCLASSIFIED//FOUO

| | |
|---|---|
| Investigation on 06/15/2023 at | Houston, Texas, United States (Phone, Other (Microsoft Teams)) |
| File # 318C-HO-3603795 | Date drafted 06/16/2023 |
| by Steven D. Dillon | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DOJ-PROD-0000363304