# **Exhibit W-15**

Francis Sabo

Andrew Palid, Heyward Carter, Armstrong, Liolos, Francis Sabo,