# **Exhibit W-16**

Francis Sabo – Attorneys – DeWayne R. Boyd and Zanita M. Clippper PLLC

Scott Armstrong, Thomas Carter

Andy Palid, Dave __

Understood responsibility is to tell the truth.

