# **Exhibit X**

| | |
|---|---|
| **From:** | Hale, Jeremy S. (HO) (FBI)[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F83C9AB1081B4A8E9DD9574F79D81296-HALE, JEREM] |
| **Sent:** | Wed 2/1/2023 9:26:17 PM (UTC) |
| **To:** | Palid, Andrew[PalidA@SEC.GOV] |
| **Subject:** | Broker Identification |

Andy,

The below is from bluesheets. Can you tell me which broker this is:

| Sub Broker Number | Primary Party Identifier |
|---|---|
| ■ | ■ |
| ■ | ■ |
| ■ | ■ |

Thanks,

Jeremy


SA Jeremy Hale

FBI Houston