# **Exhibit Y**

Case 4:22-cr-00612   Document 339-25   Filed on 07/19/23 in TXSD   Page 2 of 2

Witness - 3   3/20/23

Scott Armstrong   Andrew Palid (SEC)

Armstrong discuss of discovery process

[redacted]