# **Exhibit Z-1**

**From:** ███Attorney-1███
**To:** Palid, Andrew; Scheffler, David; Michele Perillo (SEC Boston (hutch))
**Cc:** Armstrong, Scott (CRM); Liolos, John (CRM); Hale, Jeremy S. (HO) (FBI) ██Attorney-1██
**Subject:** [EXTERNAL] Supplemental Whistleblower Submission re Ustocktrade (B-3480) – 11.4.2022
**Date:** Friday, November 4, 2022 5:17:43 PM
**Attachments:** image003.png
Notes on recordings - Supplemental Whistleblower Submission 11-4-2022.xlsx