# **Exhibit Z-2**

## [EXTERNAL EMAIL] - SEC Referral Report on ██████████

**Palid, Andrew <PalidA@SEC.GOV>**
Tue 6/28/2022 2:24 PM

To: Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>;Hale, Jeremy S. (HO) (FBI) <jshale@fbi.gov>
Cc: Scheffler, David <schefflerd@SEC.GOV>

Scott and Jeremy,

Attached is a FINRA referral that we recently received regarding ██████████ Thanks,

Andy