# **Exhibit Z-3**

| From: | "Palid, Andrew" <PalidA@SEC.GOV> |
|---|---|
| To: | "Armstrong, Scott (CRM)" <Scott.Armstrong@usdoj.gov> |
| | "Liolos, John \(CRM\)" <John.Liolos@usdoj.gov> |
| | "Hale, Jeremy S. \(HO\) \(FBI\)" <jshale@fbi.gov> |
| Date: | 5/27/2023 12:32:00 PM |
| Subject: | [EXTERNAL EMAIL] - FW: ███████████████████ |

See below.

**From:** Witness 4 ███████████████
**Sent:** Friday, May 26, 2023 6:27 PM
**To:** Palid, Andrew <PalidA@SEC.GOV>
**Subject:** ███████████

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening Andrew,

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████