# Exhibit Z-4

| From: | "Palid, Andrew" <PalidA@SEC.GOV> |
|---|---|
| To: | "Armstrong, Scott (CRM)" <Scott.Armstrong@usdoj.gov> |
| | "Liolos, John \(CRM\)" <John.Liolos@usdoj.gov> |
| | "Hale, Jeremy S. \(HO\) \(FBI\)" <jshale@fbi.gov> |
| Date: | 4/3/2023 4:12:55 PM |
| Subject: | [EXTERNAL EMAIL] - ▇▇▇▇▇▇▇▇▇▇ |

See below and attached.

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ >
**Sent:** Monday, April 3, 2023 4:07 PM
**To:** Palid, Andrew <PalidA@SEC.GOV>
**Subject:** Re: ▇▇▇▇▇▇

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sending you these also as I know fbi will ask ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇