United States District Court
Southern District of Texas
**ENTERED**
July 20, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § § | |
| **v.** | § § § § § § | No. 4:22-CR-00612-S |
| **EDWARD CONSTANTINESCU**, *et al.* | § § | |

**[PROPOSED] ORDER**

Having been considered, Edward Constantinescu's Motion to Travel to Austin, TX from July 21 to July 23, 2023, is:

__X___ GRANTED.

_____ DENIED.

SIGNED AND ENTERED this the __20th__ day of July 2023 at Houston, Texas.

_____
SAM SHELDON
UNITED STATES MAGISTRATE JUDGE