United States District Court
Southern District of Texas
**ENTERED**
July 24, 2023
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA

v.

JOHN RYBARCZYK,
Aka "Ultra_Calls,"
Defendant.

Case No. 22-CR-00612-3

# ORDER

HAVING CONSIDERED Defendant Rybarczyk's Motion to modify his bond condition to remove electronic monitoring, as well as the Government's response in opposition, the COURT rules accordingly:

_____ GRANTED

___✓___ DENIED

Signed at Houston, Texas this the 24th day of ____July____, 2023.



THE HONORABLE ANDREW HANEN
UNITED STATES JUDGE