United States District Court
Southern District of Texas
**ENTERED**
July 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, | § § § | |
| v. | § § | CRIMINAL ACTION NO. 4:22-CR-612 |
| EDWARD CONSTANTINESCU, *et al.*, *Defendants*. | § § § | |

### ORDER

Having considered the Defendants' Joint Motion for Continuance (Doc. No. 323) and the Government's opposition thereto (Doc. No. 324), this Court hereby ORDERS that the motion is denied without prejudice.

SIGNED at Houston, Texas this 24th day of July, 2023.

Andrew S. Hanen
United States District Judge