# fUNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 4:22-cr-612 |
| § | |
| CONSTANTINESCU, *et al.* § | |
| § | |
| **Defendants.** § | |

## [Proposed] ORDER

Upon consideration of the United States' motion for revocation and an arrest warrant with respect to Defendant Constantinescu, the Court finds that there is probable cause to believe that Defendant has committed a Federal, State, or local crime while on release and/or clear and convincing evidence that Defendant has violated other conditions of release; and finds that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that Defendant will not flee or pose a danger to the safety of any other person or the community and/or Defendant is unlikely to abide by any condition or combination of conditions of release.

Therefore, the Motion is GRANTED. An arrest warrant will issue.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE