# Exhibit 4

Case 4:22-cr-00612   Document 344-4   Filed on 07/28/23 in TXSD   Page 3 of 4