United States District Court
Southern District of Texas
**ENTERED**
August 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § § | |
| v. § | Case No. 4:22-CR-612 |
| PERRY "PJ" MATLOCK (2), § § § | |
| Defendant. § | |

This Court has reviewed and considered the Motion to Withdraw as Counsel for Defendant Perry "PJ" Matlock and being of the opinion that good cause has been shown finds that the motion should be GRANTED. It is hereby,

ORDERED that Christopher L. Peele is permitted to withdraw as attorney for Defendant Perry "PJ" Matlock. Johnny Sutton and Luis A. Reyes of Ashcroft Sutton Reyes LLP will continue to represent Defendant Perry "PJ" Matlock.

SIGNED this 2nd day of August, 2023.

_____
U.S. DISTRICT JUDGE