# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 4:22-cr-612 |
| CONSTANTINESCU, *et al.* | § § | The Honorable Andrew S. Hanen |
| Defendants. | § § | |

### United States' Notice regarding Exhibit and Witness Lists

The United States, by through its undersigned counsel, hereby notifies the Court that it has filed its exhibit list in the above-referenced case. ECF No. 351. The United States will be sending via FedEx each Defendant a copy of the underlying exhibits and will provide the Court its copies as trial approaches, unless otherwise notified by the Court. The United States also filed its witness list in this case. ECF No. 350. The names of civilian witnesses are anonymized on the public docket, and undersigned counsel provided to Defendants the full name of the noticed witnesses via separate cover. The United States did not include on its witness list various custodians of business records, subject to LR55.2 and the Court's Rule 8F. The United States stands ready to proceed to trial on October 23, 2023.

Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | ALAMDAR S. HAMDANI |
| Chief, Fraud Section | United States Attorney |
| Criminal Division, Department of Justice | Southern District of Texas |
| | |
| By: */s/ Scott Armstrong* | By: */s/ Thomas Carter* |
| Scott Armstrong, Assistant Chief | Assistant United States Attorney |
| John J. Liolos, Trial Attorney | State Bar No.: TX24048387 |
| Fraud Section, DOJ Criminal Division | 1000 Louisiana Street, 25th Floor |
| 1400 New York Ave. NW | Houston, Texas 77002 |
| Washington, DC 20005 | Tel.: (713) 567-9470 |
| Tel.: (202) 353-0801 | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 11, 2023, I will cause the foregoing brief to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

                                          */s/ Scott Armstrong*
                                          Scott Armstrong
                                          U.S. Department of Justice
                                          Criminal Division, Fraud Section