

CASE NO. 22DCR0246
INCIDENT NO. /TRN: 9064248796 A001

| | | |
|---|---|---|
| THE STATE OF TEXAS § | | IN THE 344TH DISTRICT COURT |
| V. § | | |
| EDGAR MORTON § | | CHAMBERS COUNTY, TEXAS |
| STATE ID NO.: TX-11798894 § | | |

## JUDGMENT OF ACQUITTAL BY JURY

| | | | |
|---|---|---|---|
| Judge Presiding: | HONORABLE RANDY MCDONALD | Date Judgment Entered: | 8/10/2023 |
| Attorney for State: | Kathy Esquivel | Attorney for Defendant: | Chip B. Lewis; Logan Pickett |

Charged Offense:
SEX ABUSE OF CHILD CONTINUOUS: VICTIM UNDER 14

| | |
|---|---|
| Charging Instrument: | Statute for Offense: |
| INDICTMENT | 21.02 |

Plea to Offense:
**NOT GUILTY**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Chambers County, Texas. The State appeared by her District Attorney.
**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The was read to the jury, and Defendant entered a plea of NOT GUILTY to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and the argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict. The Court received the jury's verdict and ordered the verdict entered of record upon the minutes of the Court as follows:

"We, the Jury, find the defendant **NOT GUILTY**."

The Court ORDERS, ADJUDGES, AND DECREES that Defendant is **NOT GUILTY** of the charged offense as **FOUND BY THE VERDICT OF THE JURY**. The Court **FURTHER ORDERS** Defendant was immediately discharged.

**Signed and entered** on on this the 10th day of August 2023

_____
Honorable Randy McDonald

Clerk: Patti Henry
Judgment of acquittal by jury 050106

FILED
THIS THE 11 DAY OF Aug A.D. 2023 AT 1:00 O'CLOCK P M
PATTI L. HENRY
DISTRICT CLERK CHAMBERS COUNTY, TEXAS
BY _____ DEPUTY

Page 1 of 1