# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-CR-00612-S |
| EDWARD CONSTANTINESCU | |

**[PROPOSED] ORDER GRANTING DEFENDANT EDWARD CONSTANTINESCU'S MOTION FOR SHORT EXTENSION TO DISCLOSE EXPERT TESTIMONY**

Defendant Edward Constantinescu's request for a brief extension of time to disclose expert testimony is **GRANTED**. It is therefore, **ORDERED** that Constantinescu has 21 days from the signing of this Order to disclose expert testimony.

DATED: _____

_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE