IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:22-CR-612 |
| TOM COOPERMAN | § | |

## **ORDER**

ON THIS DAY came to be considered Mr. Cooperman's Motion to Travel, and having been considered, said Motion is hereby:

_____GRANTED.

_____DENIED.

SIGNED AND ENTERED this the \_\_\_\_\_ day of August 2023 at Houston, Texas.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE