# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | NO. 4:22-cr-00612-3 |
| | § | |
| **JOHN RYBARCZYK** | § | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, John Rybarczyk and hereby requests this Court allow him permission to travel, together with his wife, from Houston to Virginia.

### I.

Mr. Rybarczyk requests permission to travel from Houston to Virginia on September 19, returning to Houston on September 23, 2023. Mr. Rybarczyk's is traveling to Virginia for sister's wedding in Powhatan, Virginia, and Mr. Rybarczyk wishes to attend the wedding. Mr. Rybarczyk is also groomsman in the wedding. Mr. Rybarczyk will primarily be in the Richmond, Virginia area to attend the wedding.

Mr. John Liolos, on behalf of the government, has no objection to the trip. Officer Ryan McClellan, on behalf of pretrial services, has no position on the motion.

WHEREFORE PREMISES CONSIDERED, Mr. Rybarczyk respectfully requests this Court allow him to travel as requested herein.

Dated: August 22, 2023.                    Respectfully submitted,

*/s/ Stephanie K. McGuire*
Stephanie K. McGuire
Texas Bar No. 11100520
Philip H. Hilder
Texas Bar No. 09620050
Q. Tate Williams
Texas Bar No.: 24013760
**Hilder & Associates, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
Tel.: (713) 655-9111
Fax: (713) 655-9112
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

Eric Samuel Rosen
**Dynamis LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 977-4163
erosen@dynamisllp.com

*Attorneys for Defendant*
*John Rybarczyk*

## CERTIFICATE OF CONFERENCE

On August 22, 2023, Counsel emailed the Government who indicated it is unopposed. Counsel spoke with Pretrial Services who has no position on the request.

*/s/ Stephanie K. McGuire*
Stephanie K. McGuire

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2023, a true and correct copy of the above and foregoing was served on all counsel of record via ECF, certified mail, return receipt requested, facsimile, electronically, or hand delivery.

*/s/ Stephanie K. McGuire*
Stephanie K. McGuire

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

## ORDER ON MOTION TO TRAVEL

Defendant John Rybarczyk's Motion to Travel to Virginia is hereby GRANTED / DENIED.

Defendant John Rybarczyk will be allowed to travel by air to/from Virginia from September 19, 2023, and return on September 23, 2023.

SIGNED on this _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE