UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 4:22-cr-612 |
| Cooperman, *et al.* | § § | The Honorable Andrew S. Hanen |
| Defendants. | § § | |

**United States' Response to Defendant Cooperman's Motion to Continue**

The United States, by and through undersigned counsel, respectfully responds to Defendant Cooperman's Motion to Continue, which listed the United States as opposed to the Motion (ECF No. 361). As communicated to defense counsel, the United States is only opposed to a two-week extension to Defendant's requested date of September 8, 2023. In an effort to accommodate counsel, the United States made clear it does not oppose a one-week continuance of Defendants' exhibit deadline to September 1, 2023. Such a reasonable continuance would allow all other pre-trial deadlines to remain in place, notably the motions *in limine* deadline of September 13, 2023, which would be difficult to meet with a September 8, 2023 deadline for defense exhibits.

Dated: August 22, 2023                    Respectfully submitted,

                                                    GLENN S. LEON
                                                  Chief, Fraud Section
                                                  Criminal Division, Department of Justice

By:    */s/ John J. Liolos*
           Scott Armstrong, Assistant Chief
           John J. Liolos, Trial Attorney
           Fraud Section, Criminal Division
           United States Department of Justice
           1400 New York Ave. NW
           Washington, DC 20005
           Tel.: (202) 768-2246

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By:  */s/ Thomas H. Carter*
Thomas H. Carter
Assistant United States Attorney
State Bar No.: TX24048387
1000 Louisiana Street, 25th Floor
Houston, Texas 77002
Tel.: (713) 567-9470

## CERTIFICATE OF SERVICE

    I hereby certify that on August 22, 2023, I will cause the foregoing brief to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

                                         */s/ John J. Liolos*
                                         John J. Liolos, Trial Attorney
                                         U.S. Department of Justice
                                         Criminal Division, Fraud Section