UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | Case No. 4:22-cr-612 |
| § | |
| Deel, *et al.*   § | The Honorable Andrew S. Hanen |
| § | |
| Defendants.   § | |

### United States' Response in Opposition to Defendant Deel's Motion to Remove GPS Monitoring

The United States, by and through undersigned counsel, opposes Defendant Deel's request to remove his GPS monitoring device so that he may vacation and take personal engagement photographs unencumbered. The United States does not object to the travel. But Defendant Deel makes no relevant argument as to why a change in GPS monitoring is warranted.

Indeed, the relevant Section 3142(g) factors counsel for the opposite conclusion, as the Court recently ruled for Defendant Rybarczyk. (*See* ECF No. 341.) Most critically, the strength of the case against Defendant Deel only grows along with his risk of flight. Relative to several of his co-Defendants, Defendant Deel's activity in this litigation has, thus far, been minimal. Defendant Deel seeks to remove his GPS device only now—after the United States produced trial exhibits that include dozens of conversations from Defendant Deel's personal cell phone highlighting the depth of Defendant's involvement in the alleged scheme.

The United States understands that travel and photography sessions with the GPS device may be less than ideal for wedding planning. Such minor inconveniences, however, do not trump the United States' significant interest in securing the appearance of Defendant Deel—who is alleged to have personally profited millions of dollars in the alleged scheme—at trial in two short months.

Dated: August 23, 2023               Respectfully submitted,

                                        GLENN S. LEON
                                      Chief, Fraud Section
                                      Criminal Division, Department of Justice

By:   */s/ John J. Liolos*
       Scott Armstrong, Assistant Chief
       John J. Liolos, Trial Attorney
       Fraud Section, Criminal Division
       United States Department of Justice
       1400 New York Ave. NW
       Washington, DC 20005
       Tel.: (202) 768-2246


ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By:   */s/ Thomas H. Carter*
       Thomas H. Carter
       Assistant United States Attorney
       State Bar No.: TX24048387
       1000 Louisiana Street, 25th Floor
       Houston, Texas 77002
       Tel.: (713) 567-9470

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, I will cause the foregoing brief to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

*/s/ John J. Liolos*
John J. Liolos, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section