UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | Case No. 4:22-cr-612 |
| **CONSTANTINESCU,** *et al.* | § § § | |
| **Defendants.** | § | |

### [Proposed] ORDER

Upon consideration of Defendant Deel's Motion to Travel without GPS (ECF No. 358) and the United States' response, the Court hereby ORDERS that the Motion is DENIED as to the removal of the GPS device and GRANTED as to the travel.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE