**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 4:22-cr-00612 |
| MITCHELL HENNESSEY, | § § § | |
| *Defendant*. | § | |

## [PROPOSED] ORDER

Having considered Defendant Mitchell Hennessey's Emergency Motion to Sever, the Court ORDERS the following:

ORDERED/DENIED: that Mr. Hennessey is severed from co-defendants and will proceed to trial independently on October 23, 2023.

Signed at Houston, Texas this ___ day of _____, 2023.

_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE