| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | | |
|---|---|---|---|---|
| United States of America | | HOUSTON DIVISION | | |
| *versus* | | CRIMINAL ACTION NO. H-22-612 | | |
| Constantinescu, et al. | | **EXHIBIT LIST** | | |
| LIST OF: MITCHELL HENNESSEY<br>TYPE OF HEARING: TRIAL | | COUNSEL:   LAURA M.K. CORDOVA<br>MICHAEL J. MURTHA | | |
| JUDGE:<br>ANDREW S. HANEN | CLERK:<br>RHONDA HAWKINS | REPORTER: | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 1. | Photos of Mitch Hennessey | | | | |
| 2. | Trading Records for Account Ending in 4067 | | | | |
| 3. | Trading Records for Account Ending in 7364 | | | | |
| 4. | Trading Records for Account Ending in 9445 | | | | |
| 5. | Trading Records for Account Ending in 9985 | | | | |
| 6. | Trading Records for Account Ending in 7039 | | | | |
| 7. | Trading Records for Account Ending in 9445 | | | | |
| 8. | Trading Records for Account Ending in 8755 | | | | |
| 9. | Trading Records for Account Ending in 9954 | | | | |
| 10. | Bloomberg Price & Volume Data – ALZN | | | | |
| 11. | Bloomberg Price & Volume Data – BBI | | | | |
| 12. | Bloomberg Price & Volume Data – CBAT | | | | |
| 13. | Bloomberg Price & Volume Data – CEI | | | | |
| 14. | Bloomberg Price & Volume Data – DATS | | | | |
| 15. | Bloomberg Price & Volume Data – MYSZ | | | | |
| 16. | Bloomberg Price & Volume Data – NAKD | | | | |
| 17. | Bloomberg Price & Volume Data – ONTX | | | | |
| 18. | Bloomberg Price & Volume Data – PIXY | | | | |
| 19. | Bloomberg Price & Volume Data – RGLS | | | | |
| 20. | Bloomberg Price & Volume Data – SURF | | | | |
| 21. | Bloomberg Price & Volume Data – SXTC | | | | |
| 22. | Bloomberg Price & Volume Data – TRCH | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 23. | Bloomberg Price & Volume Data – VISL | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |