United States District Court
Southern District of Texas
**ENTERED**
August 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. H-22-612 |
| | § | |
| EDWARD CONSTANTINESCU, et al | § | |

### ORDER

Pending before the Court is Defendants' Joint Motion to Continue Scheduling Order (Doc. No. 361) to which the Government responded (Doc No. 362). The Court will extend the day by which Defendants may file their exhibit and witness lists. It is hereby

**ORDERED** that Defendants will file their exhibit and witness lists by September 5, 2023. All other deadlines remain in effect as set out in the Scheduling Order (Doc. No. 254).

SIGNED on this 25th day of August 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE