UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br><br>**EDWARD CONSTANTINESCU,**<br>**PERRY "PJ" MATLOCK,**<br>**JOHN RYBARCZYK,**<br>**GARY DEEL,**<br>**STEFAN HRVATIN,**<br>**TOM COOPERMAN,**<br>**MITCHELL HENNESSEY,**<br>**DANIEL KNIGHT.** | **No. 4:22-CR-00612** |

**ORDER**

Pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), the Court finds that the ends of justice which will be served by allowing the defendants additional time in which to prepare this case outweigh the best interest of the public and the defendants in a speedy trial. The Court's basis for said finding is that the failure to grant a continuance in this case would result in a miscarriage of justice and that the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section. *See* 18 U.S.C. §3161(h)(8)(B)(i) and (ii).

Accordingly, it is ordered that defendants' request for continuance are GRANTED and the time between the date of this Order and _____20\_\_\_\_ is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h).

Signed on _____, at Houston, Texas.

_____
United States District Judge