IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Case No. 22-cr-00612 |
| MITCHELL HENNESSEY, | § § § | |
| *Defendant*. | § § | |

### [PROPOSED] ORDER

Having considered Defendant Mitchell Hennessey's Motion to Compel, the Court ORDERS the following:

ORDERED/DENIED: that within three days of this order, the government shall produce:

(1) For all emails to subject to disclosure that contain attachments or linked documents, all such attachments or linked documents, produced in a manner that includes all metadata and maintains the connection between the email and its attachments or linked documents; &

(2) All emails written and sent by testifying witnesses that attach a version of any affidavit or expert report related to this case.

Signed at Houston, Texas this ___ day of _____, 2023.

_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE