UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | Case No. 4:22-cr-612 |
| **CONSTANTINESCU,** *et al.* | § § § | |
| **Defendants.** | § | |

### [Proposed] ORDER

Upon consideration of Defendant Hennessey's Emergency Motion to Sever (ECF No. 365), Defendant Rybarczyk's Response (ECF No. 373) and the United States' response, the Court hereby ORDERS that the Motion is DENIED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE