**Curriculum Vitae**
**Aaron Hughes**

## CONTACT INFORMATION

Vidoc Razor, LLC
46 N. Main St.
Kingwood, TX  77339
Voice:  (832) 413-4282
Email: aaron.hughes@vidocrazor.com

## EMPLOYMENT

| | |
|---|---|
| 2008 to Present | Vidoc Razor, LLC (Houston, Texas) |

President.  Responsible for day to day management and running of data forensics and electronic investigations business.  Areas of responsibility include data forensics consulting, operations, evidence acquisition, evidence storage, analysis, case reporting, case management.

| | |
|---|---|
| 2003. to Present | IAC SecureTech (Houston, Texas) |

President and CEO.  Responsible for day to day management and running of a Houston based information security business with client presence across the United States.  Areas of responsibility include IT network assessment and audit, information security consulting, response to incidents of intrusion and misuse, ongoing management and monitoring of client networks, and data forensics services.

| | |
|---|---|
| 2000 to 2003 | HealthHelp (Houston, Texas) |

Network Security Director.  Responsible for the creation and implementation of information security for a medical services billing company.  Areas of responsibility included development of policy and procedure, monitoring of compliance to policy and procedure, spam and email management, secure architecture, intrusion and incident response, forensic response, employee training and awareness.

1999 to 2000      Telescan (Houston, Texas)
Intranet Development.  Responsible for development of code used for company intranet. Responsible for secure coding practices and testing.

1997 to 2000      Houston WPD (Houston, Texas)
Sole Proprietor.  Developed and sold secure internet applications including e-commerce and online inventory tracking systems. Emphasis was on functionality and secure programming.

## PROFESSIONAL CERTIFICATIONS

2002 - 2013      Certified Information Systems Security Professional (C.I.S.S.P.)
2007 - Current   Texas State Licensed Private Investigator

## EDUCATION AND TRAINING

1987            Diploma, Ithaca High School, Ithaca, NY
1987 – 1989     American University, Washington, DC
2001            SMU Forensics Certificate

### RELEVANT SKILL SETS

**Programming:**

ASP, PERL, Visual Basic, VBScript, JavaScript, Bash Script, MYSQL, Disassembly and code analysis techniques

**Information Security and Forensics Technology:**

Intrusion Detection Systems, IDA Disassembler, FTK Forensics Analysis, Paraben Corporation Forensic Analysis Tools, Autopsy and TCT Forensic Analysis, Oxygen Forensics Tools, Firewall rule development (IPTables, PF, IPFW, Checkpoint, Cisco, Juniper), Router and Switch Configuration (Cisco, Juniper, Sonicwall, OpenBSD, FreeBSD), Bandwidth and Network Analysis Tools (TCPDump, IPTrace, TCPTrace, Pingpath, Ethereal, IPTraf), Tripwire, Syslog, Syslog Analysis, dd, dd_rescue, Nagios, Various command-line tools and libraries

**Operating Systems and Forensic Artifacts:**

Microsoft Windows (98 through current), Linux OS, BSD OS, Apple iOS, Android Operating Systems, RIM Blackberry, FAT filesystems, NTFS, exFAT, EXT fs

**Core Network Technologies**

Microsoft Exchange Configuration, Unix, Linux, OpenBSD, FreeBSD, Manual
Server Hardening and Configuration, Network Architecture and Design

## INNOVATION AND INVENTION

US Patent:  EVALUATION NODE FOR REPORTING STATUS VIA A SECURE LINK,
Patent No.: US9813439B2, 11/7/2017

## PROFESSIONAL ASSOCIATIONS

- ISC2
    2002-Present
- International Information Systems Forensics Association
    2003-2005
- Association of Certified Fraud Examiners
    2006-Present
- Infragard
    2009-present
- SHSU Center of Excellence in Digital Forensics Advisory Board Member
    2011-Present

## TESTIMONY

John Murphy et al v. Michael Charles Butler and Harris County, Texas
United States District Court Southern District of Texas, Houston Division
C.A. # H-05-02883 (Deposition)

Mike Miller and Associates Special Events, Inc. v. Lisa Fortenberry
County Court at Law, Rusk County
08-004A (Court - Hearing)

In The Matter of The Marriage of Juanita King Sartori and Michele Pietro Sartori
Harris County 311th District Court
Cause #2007-04372 (Court - Hearing, Trial)

EMS USA v. Centerpoint Energy Services Inc. et al.
270th District Court, Harris County
Cause No. 2007-76069 (Deposition, Trial)

McKinney v. Olson
164th District Court, Harris County
Cause #2009-26543 (Court - Hearing)

Mechdyne Corporation v. Donald Garwood
US District Court for the Southern District of Iowa, Central Division
Cause # 4:08-cv-00451 (Deposition, Trial)

Hallmark Restoration Group, LLC v. Canchola Properties, LLC
US District Court, Southern District of Texas
Cause #4:09-cv-00059 (Hearing, Trial)

M-I v Chad Lee Stelly, et al.
US District Court for the Southern District of Texas, Houston Division
Civil Action No. 4:09-CV-01552 (Deposition, Hearing)

In the Matter of the Marriage of Christopher Jones and Patricia Haule Jones
Harris County 311th District Court
Cause #2011-45155 (Hearing)

In the Matter of the Marriage of Janis B. Huckabee and Charles U. Huckabee and
in the Interest of Alexandra J. Huckabee
Harris County 308th Judicial District
Cause #2012-36328 (Trial)

In the Matter of the Marriage of  Nadia Gul Mohyuddin and Javed Rehman
Harris County 247th District Court
Cause #2013-26862 (Hearing)

Raymond G. Houde vs. Pinnacle Engineering, lnc., et al.
55th Civil Court, Harris County
Cause # 2011-07373 (Hearing, Pre-Trial)

LasikPLUS of Texas, P.C. and LCA-Vision, Inc vs. Frederico Mattioli, MD
Harris County 80th Judicial District
Cause #2012-68429 (Hearing)

Tommy Beauchamp, Et Al vs. Stevens Transport, Inc., Et. al
Orange County 163rd Judicial District
Cause # B140314-C (Deposition)

The State of Texas vs. Charles Michael Von Schmidt
Polk County 411th District Court
Cause #24,432 (Trial)

In the Matter of the Marriage of  Hugo and Bessy Jimenez
Harris County 507th District Court
Cause #2011-75729 (Hearing)

Mechdyne Corporation v. Stewart Dainty
Iowa District Court for Marshall County
No. LALA008824 (Hearing)


**ARTICLES, SPEECHES AND PUBLICATIONS**

• **Speaker:** "Privacy and Security in the Workplace," SOCIETY OF HUMAN
RESOURCE MANAGERS (2003 and 2004)
• **Speaker:** "Platform Singularity and the Risks of 'Monoculture'," INFOSEC
RADIO (2003)
• **Speaker:** "Ensuring Compliance within Policies, Procedures, Systems and
Controls," THE ENERGY FORUM – SOX IN THE PATCH ROUNDTABLE (2004)
• **Speaker:** "Digital Discovery and Data Forensics: An Attorney's Primer," BOYAR
& MILLER LAW FIRM (2005)
• **Speaker:** "The Workplace Fingerprint," BOYAR & MILLER LAW FIRM (2005)
• **Author:**   "Information Security – The Smart Way," RT Image Magazine (Dec.
2006)
• **Speaker:** "Identity Theft: Fact vs. FUD," The Association of Certified Fraud
Examiners (ACFE) (2007)
• **Author:**   "Seven Uses of Open-Source Software for the Digital Forensic Lab,"
Evidence Technology Magazine (January – February 2007 Edition)
• **Author:**   "Effective Security Management," American Bar Association Digital
Times (Technology for the Litigator Committee) (Spring 2007)
• **Speaker:** "CLE Course: Computer Forensics," Harris County Criminal Lawyers
Association (April 2007)
• **Speaker:** "Sarbanes Oxley:  Information Security, Forensics and Detecting Fraud,"
The Association of Certified Fraud Examiners (ACFE) (2007)
• **Speaker:** "Forensically Sound Incident Response," The Association of Information
Technology Professionals (AITP) (2007)

• **Speaker:**"Credit Course: Computer Related Evidence – Acquisition and Preservation," Institute for Paralegal Education (Sept. 2007)

• **Speaker:**"Common Sense Security Strategies:  Building and Maintaining an Effective Security Program," Texas Health Information Managers Association (TXHIMA) (Sept 2007)

• **Speaker:**"Privacy and Security in the Workplace," Alamo Area Health Information Managers Association (AAHIMA) (Nov 2007)

• **Speaker:**"Incident Response: Electronic Data Handling Procedures," The Association of Certified Fraud Examiners (ACFE) (December 2007)

• **Speaker:**"Building and Managing a Corporate Incident Response Team," Information Systems Audit and Control Association (ISACA) (February 2008)

• **Speaker:**"Preventing and Detecting Fraud in an Information Systems Environment," Texas State Auditor's Office 2008 Audit Leadership and Management Conference (2 CPE Credits)(May 2008)

• **Speaker:**"Infosec:  What the Physical Security Practitioner Should Know," the American Society for Industrial Security (ASIS) Houston Chapter (May 2008)

• **Speaker:**"Data Forensics:  Identification of Anonymous Entities and Motives," The International Association for Identification (Texas Division – TDIAI) (June 2008)

• **Speaker:**"Common Sense Security Strategies: Building a Sustainable Information Security Program," The Institute of Internal Auditors (Houston IIA) (July 2008)

• **Speaker:**"CLE Course: Information Forensics: Qualifying and Using an Expert," Dallas Women Lawyers Association (September 2008)

• **Speaker:**" Common Sense Security Strategies: Building a Sustainable Information Security Program," The Institute of Internal Auditors (Austin IIA) (October 2008)

• **Speaker:**"CLE Course: Information Forensics: Qualifying and Using an Expert," Northeast Harris County Bar Association (October 2008)

• **Speaker:**"Privacy and Fraud Monitoring in the Workplace,"  The Association of Certified Fraud Examiners (Houston ACFE) (January 2009)

• **Speaker:**"Data Forensics:  Identification of Anonymous Entities and Motives," Information Systems Audit and Control Association (ISACA) and The Institute of Internal Auditors (IIA) (San Antonio - Joint Meeting) (January 2009)

• **Speaker:**"CLE Course: Information Forensics: Qualifying and Using an Expert," Bexar County Women's Bar Association (February 2009)

• **Speaker:**"Deep Web Search Techniques and Investigations," Secureworld Expo - Fraud and Forgery Roundtable (February 2009)

• **Speaker:**"Incident Response: Electronic Data Handling Procedures," Secureworld Expo (February 2009)

• **Speaker:**"Data Forensics:  Identification of Anonymous Entities and Motives," Internal Association of Financial Crimes Investigators (IAFCI) (March 2009)

• **Speaker:**      "Qualifying and Using a Data Forensics Expert,"   The Computer Forensics Show - Washington, DC (April 2009)

• **Speaker:**      "Information Forensics Investigative Techniques: Evidence Beyond the Hard Drive,"   Houston HPD Cyber Squad, FBI Cyber Squad (July 2009)

• **Panel Participant:** "Electronic Evidence Workshop," State Bar of Texas CLE Program, Advanced Family Law - Dallas, TX (August 2009)

• **Panel Participant:** "Discovering Hidden Assets: the Use of Formal Discovery Requests, Forensic Investigators, Internet Research and Other Means to Find Assets," State Bar of Texas CLE Program, Advanced Family Law - Dallas, TX (August 2009)

• **Speaker:** "Cell Phone Forensics," Texas Criminal Defense Lawyers Association Forensic Seminar (October 2009)

• **Speaker:** "Information Forensics: Qualifying and Using an Expert," Lawline.com Online CLE Courses (October 2009)

• **Speaker:** "Information Forensics Investigative Techniques: Evidence Beyond the Hard Drive," Houston HPD Cyber Squad, FBI Cyber Squad (Eight Hour TCLEOSE Qualified) (December 2009)

• **Speaker:** "Techniques for Network Forensics," Amarillo ISSA (International Systems Security Association) (January 2010)

• **Speaker:** "Incorporating Electronic Information Forensics With Investigations," ACFE (Association of Certified Fraud Examiners) (CE Qualified) (February 2010)

• **Speaker:** "Strategies for Controlling Information Forensic Costs," District 1 State Bar of Texas Paralegal Division (CLE Qualified) (February 2010)

• **Speaker:** "Information Forensics and Electronic Investigation: Identifying Sources and Roles of Digital Evidence in Investigations," ASIS International (March 2010)

• **Speaker:** "Effective Use of Information Forensics," NACDL 3rd Annual Making Sense of Science Seminar (CLE Qualified) (March 2010)

• **Speaker:** "Information Forensics: The Collection and Evaluation of Electronic Evidence," FEWA (Forensic Expert Witness Association) (April 2010)

• **Speaker:** "Ethical and Criminal Considerations in the Age of Electronic Evidence," State Bar of Texas CLE Program, Advanced Family Law - Houston, TX (August 2012)

• **Speaker:** "Cryptocurrencies: Overview and Vulnerabilities," FBI Financial Institution Crime Day - Federal Reserve Bank, Houston, TX (March 2014)

• **Speaker:** "The Information of Things™ : Gathering Case-Related Intelligence From Unexpected Places", State Bar of Texas College 18th Annual Summer School (CLE Qualified) (July 2016)

• **Speaker:** "The Information of Things™: Wielding Information and Defending Against Information Attacks", Fort Bend County Bar Association (CLE Qualified) (March 2017)

• **Author:** "Electronic Evidence for Family Law Attorneys," American Bar Association Publishing, ISBN: 978-1-63425-567-7, (Peer reviewed) (2017)

**REFERENCES AND ENDORSEMENTS**





# CITY OF HOUSTON

**Houston Police Department**

Annise D. Parker, Mayor

1200 Travis  Houston, Texas 77002-6000  713/308-1600

CITY COUNCIL MEMBERS:   Brenda Stardig  James Johnson  Anne Clutterbuck  Wanda Adams  Michael Sullivan  Al Hoang  Oliver Pennington  Edward Gonzalez
James G. Rodriguez  Stephen C. Costello  Sue Lovell  Melissa Noriega  C. O. "Brad" Bradford  Jolanda "Jo" Jones     CITY CONTROLLER: Ronald C. Green

September 29, 2010

Charles A. McClelland, Jr.
Chief of Police

To Whom It May Concern:

My first contact with Aaron Hughes and Vidoe Razor was approximately two years ago when I was asked to review a civil litigation case for potential criminal action. I was impressed with the work, investigative approach and organization of the information that was presented to me.

Since then I have worked with Aaron and Vidoe on different matters in my capacity with the Houston Police Department's Major Offenders Division and the FBI-Houston Cyber Crimes Task Force. This includes organizing an eight hour TCLEOSE (law enforcement education credits) certified training conducted at the Department of Justice's Regional Computer Forensics Lab that included representatives from the FBI, Customs (ICE), HPD Homicide, HPD Sex Crimes unit, as well as others.

The various law enforcement divisions are aware of Aaron and the work being done at Vidoe Razor.

In fact, as needed I, and others I know in law enforcement at various levels, have called upon Aaron to write specialty forensic software to fill in the large gaps left by current commercial software being used. Aaron's specialty software is being used actively in current cases.

I am aware of the capability that Aaron is writing into the FED(ng) appliance, and while I cannot make promises on behalf of the city or other units, I can say the following:

- The current software we use is lacking in specific features and capability that Aaron's offering will provide.
- Features of the offering Aaron proposes have been broken out into standalone software that is being used very effectively in current cases.
- The training and capability that Aaron has provided along these lines has been invaluable in the successful pursuit of various types of criminal investigations. Because of this, there is a distinct level of interest and excitement in further capabilities that extends into the upper levels of different law enforcement agencies.
- If the FED(ng) appliance meets the features and capability as I understand them, then it would be considered as a product to replace or at least augment the commercial software currently in use.



We are following Aaron's work and look forward with a great deal of interest to the completion of the project, and I have no problem throwing my support behind the knowledge and work that he has done.

Sincerely,

G. M. Garrett, Senior Police Officer
Major Offenders Division

I may be contacted for further reference at listings below:

G.M. (Mike) Garrett
Senior Police Officer
Houston Police Dept. Major Offenders Division
FBI-Houston Area Cyber Crimes Task Force
713-936-8378
Fax 713-936-8925
mike.garrett@cityofhouston.net

gmg:gmg



## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

September 13, 2010

To Whom It May Concern:

We have used Aaron Hughes, CISSP, in consultation regarding information on forensics and electronic evidence for various matters that involving significant litigation and of high import to the State of Texas. In connection with such, we have become familiar with his capabilities.

He exhibits the highest levels of not only professionalism and capability, but also honesty and objectivity. This objectivity is valued as it allows us to maximize our resources in accumulating evidence in support of our litigation. Perhaps of the best benefit has been the ability to avoid the rabbit trails, while gathering key digital evidence.  Mr. Hughes quickly grasps the strategies and keys that we are searching for during discovery. His support has been without parallel in the industry.

We have no reservations in providing a reference and recommendation for Mr. Hughes and Vidoc Razor.

Kind Regards,

Paul H. Masters
Assistant Attorney General
Taxation Division
Phone:  (512) 475-1743
Fax:   (512) 478-4013

PHM/ms

TeleCheck Services, Inc.
5251 Westheimer (77056-5404)
P.O. Box 4514
Houston, Texas 77210-4514
(713) 331-A600



09-13-2010

To whom it may concern:

I have known Mr. Aaron Hughes for almost three-years and have utilized his knowledge in various capacities in areas of electronic evidence, forensics and open source intelligence.

I know him to be a national expert, knowledgeable and most professional with his forensic skill set and competencies. He has been referred on many occasions to others without hesitation, as his ethics and integrity in the forensic profession is well known.

In addition, in my capacity as Director of Security, Mr. Hughes has spoken at our Forgery Roundtable event (Law Enforcement/Corporate Fraud Investigators) at the SecureWorld Expo/Conference in the past and was well received. Mr. Hughes was the keynote speaker at the event in Houston, TX and provided invaluable training to law enforcement and fraud investigators from major corporations. Today, these same skill sets are being utilized daily by these investigators in their day/day investigations.

Without hesitation, I would recommend Mr. Hughes in any Forensic Investigation!

Kind Regards,

Charles E. Andrews, CFE, CFS, CFCI, ICPS
**DIRECTOR OF SECURITY**
TeleCheck, a First Data Corporation
5251 Westheimer
Houston, TX  77056
(713) 331-6552 - Office
(281) 450-5860 - Cell
(402) 916-7984 - Fax
Charles.Andrews@TeleCheck.com



