# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § | |
| V. | | CRIMINAL NO. 4:22-CR-00612(5) |
| STEFAN HRVATIN, | | |

## ORDER ON STEFAN HRVATIN'S
## JOINDER OF MOTIONS FOR CONTINUANCE

Having considered the Defendant Stefan Hrvatin's Joiner of Motions for Continuance, the submissions on file, and the applicable law, the Court:

**IT IS HEREBY ORDERED** that the Defendant's motion for continuance is **GRANTED**.

Suggested Jury Questions and Proposed Jury Charge are due on the day of _____, 20____.

Pretrial Conference is hereby rescheduled to commence on the day of _____, 20____, at _____ AM / PM.

Jury Selection and Trial is hereby rescheduled to commence on the day of _____, 20____, at _____ AM / PM.

SIGNED on this _____ day of _____, 2023.

ANDREW S. HANEN
UNITES STATES DISTRICT JUDGE