| | |
|---|---|
| **From:** | Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov> |
| **Sent:** | Thursday, August 31, 2023 10:43 AM |
| **To:** | Cordova, Laura; ▮▮▮▮ (CRM); Liolos, John (CRM); mford@fordobrien.com; Reyes, Luis; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire; houstonstrialattorney@gmail.com; edward@msblawyers.com; Murtha, Michael; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; bill@stradleylaw.com; Erin Epley; Zachary Fertitta; jsolano@fordobrien.com |
| **Cc:** | ▮▮▮▮ (CRM) |
| **Subject:** | RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612 |
| **Attachments:** | Load Ready Email Crosswalk.xlsx |

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Attached is a crosswalk for the load-ready emails we produced on Monday. As to the question about the IP analysis, the underlying documents are DOJ-PROD-0000119906, DOJ-PROD-0000119911, DOJ-PROD-0000119916, DOJ-PROD-0000119920, DOJ-PROD-0000237998, DOJ-PROD-0000290483, and DOJ-PROD-0000358847.

**From:** Cordova, Laura <lcordova@jw.com>
**Sent:** Monday, August 28, 2023 5:28 PM
**To:** ▮▮▮▮ (CRM) ▮▮▮▮@usdoj.gov>; Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; Liolos, John (CRM) <John.Liolos@usdoj.gov>; mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire <stephanie@hilderlaw.com>; houstonstrialattorney@gmail.com; edward@msblawyers.com; Murtha, Michael <mmurtha@jw.com>; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; bill@stradleylaw.com; Erin Epley <erin@chiplewislaw.com>; Zachary Fertitta <zach@fertittalaw.net>; jsolano@fordobrien.com
**Cc:** ▮▮▮▮ (CRM) ▮▮▮▮@usdoj.gov>
**Subject:** [EXTERNAL] RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

Counsel,

Please let us know when you intend to produce the email attachments that were not previously produced. Your cover letter states that all of the materials you sent us today were previously produced. As noted in our prior correspondence and discussed in our telephone conversation, for several emails produced, the attachments were missing and had never been produced. Please let us know when you intend to produce those email attachments.

Also, please provide a crosswalk of the DOJ-PROD numbers that these newly produced documents replace.

Best regards,
Laura

**Laura M. Kidd Cordova**
M: (202) 340-8472

**From:** ▮▮▮▮ (CRM) <▮▮▮▮@usdoj.gov>
**Sent:** Monday, August 28, 2023 3:41 PM
**To:** Armstrong, Scott (CRM) <Scott.Armstrong@usdoj.gov>; Liolos, John (CRM) <John.Liolos@usdoj.gov>; mford@fordobrien.com; Reyes, Luis <lreyes@ashcroftlawfirm.com>; Peele, Christopher <CPeele@ashcroftlawfirm.com>; jsutton@ashcroftlawfirm.com; philip@hilderlaw.com; tate@hilderlaw.com; Stephanie McGuire <stephanie@hilderlaw.com>; houstonstrialattorney@gmail.com; edward@msblawyers.com; Cordova, Laura <lcordova@jw.com>; Murtha, Michael <mmurtha@jw.com>; cca@akersfirm.com; neal@nealdavislaw.com; zach@fertittalaw.net; chip@chiplewislaw.com; michelle@chiplewislaw.com; Lauren@chiplewislaw.com; erosen@fnf.law; bill@stradleylaw.com; Erin Epley <erin@chiplewislaw.com>; Zachary Fertitta <zach@fertittalaw.net>; jsolano@fordobrien.com
**Cc:** ▮▮▮▮ (CRM) ▮▮▮▮@usdoj.gov>
**Subject:** RE: Production 2: United States v. Constantinescu et al, No. 4:22-CR-00612

**\*\*RECEIVED FROM EXTERNAL SENDER – USE CAUTION\*\***

Counsel,

Attached is a cover letter and index for a reproduction of emails and their attachments in load-ready format, which was shipped to your offices today. ▮▮▮▮ is the password to unlock the flash drive.

Please let me know if you have trouble accessing.

Sincerely,

▮▮▮▮
Paralegal – Contractor (CACI)
U.S. Department of Justice – Criminal Division, Fraud Section
1400 New York Avenue, NW, Washington, DC 20005
▮▮▮▮

\*   \*   \*   \*   \*   \*   \*

[prior email chain ommitted]

Excerpt of crosswalk

| | Previously Produced DOJ-PROD Bates | PRODUCTION BEGDOC | PRODUCTION ENDDOC |
|---|---|---|---|
| 181 | DOJ-PROD-0000318304-DOJ-PROD-0000318311 | DOJ-EMAILS-0000000804 | DOJ-EMAILS-0000000810 |
| 182 | DOJ-PROD-0000318312-DOJ-PROD-0000318314 | DOJ-EMAILS-0000000811 | DOJ-EMAILS-0000000813 |
| 183 | DOJ-PROD-0000318315-DOJ-PROD-0000318317 | DOJ-EMAILS-0000000814 | DOJ-EMAILS-0000000815 |
| 184 | DOJ-PROD-0000318318-DOJ-PROD-0000318319 | DOJ-EMAILS-0000000816 | DOJ-EMAILS-0000000817 |
| 185 | DOJ-PROD-0000318320-DOJ-PROD-0000318321 | DOJ-EMAILS-0000000818 | DOJ-EMAILS-0000000819 |
| 186 | DOJ-PROD-0000318322 | DOJ-EMAILS-0000000820 | DOJ-EMAILS-0000000820 |
| 187 | DOJ-PROD-0000318323-DOJ-PROD-0000318323 | DOJ-EMAILS-0000000821 | DOJ-EMAILS-0000000821 |
| 188 | DOJ-PROD-0000318346-DOJ-PROD-0000318347 | DOJ-EMAILS-0000000822 | DOJ-EMAILS-0000000822 |
| 189 | Attachment; Not produced originally | DOJ-EMAILS-0000000823 | DOJ-EMAILS-0000000823 |
| 190 | Attachment; Not produced originally | DOJ-EMAILS-0000000824 | DOJ-EMAILS-0000000824 |
| 191 | Attachment; Not produced originally | DOJ-EMAILS-0000000825 | DOJ-EMAILS-0000000825 |
| 192 | Attachment; Not produced originally | DOJ-EMAILS-0000000826 | DOJ-EMAILS-0000000826 |
| 193 | DOJ-PROD-0000318349-DOJ-PROD-0000318351 | DOJ-EMAILS-0000000827 | DOJ-EMAILS-0000000828 |
| 194 | DOJ-PROD-0000318353-DOJ-PROD-0000318355 | DOJ-EMAILS-0000000829 | DOJ-EMAILS-0000000830 |
| 195 | DOJ-PROD-0000318353-DOJ-PROD-0000318355 | DOJ-EMAILS-0000000831 | DOJ-EMAILS-0000000831 |
| 196 | DOJ-PROD-0000318357-DOJ-PROD-0000318357 | DOJ-EMAILS-0000000832 | DOJ-EMAILS-0000000832 |
| 197 | DOJ-PROD-0000318358-DOJ-PROD-0000318358 | DOJ-EMAILS-0000000833 | DOJ-EMAILS-0000000833 |
| 198 | DOJ-PROD-0000329503 | DOJ-EMAILS-0000000834 | DOJ-EMAILS-0000000837 |
| 199 | DOJ-PROD-0000329507 | DOJ-EMAILS-0000000838 | DOJ-EMAILS-0000000840 |
| 200 | DOJ-PROD-0000329510 | DOJ-EMAILS-0000000841 | DOJ-EMAILS-0000000841 |
| 201 | DOJ-PROD-0000329513 | DOJ-EMAILS-0000000842 | DOJ-EMAILS-0000000844 |
| 202 | DOJ-PROD-0000329882 | DOJ-EMAILS-0000000845 | DOJ-EMAILS-0000000845 |
| 203 | DOJ-PROD-0000329883 | DOJ-EMAILS-0000000846 | DOJ-EMAILS-0000000846 |
| 204 | DOJ-PROD-0000334899 | DOJ-EMAILS-0000000847 | DOJ-EMAILS-0000000847 |
| 205 | DOJ-PROD-0000334898 | DOJ-EMAILS-0000000848 | DOJ-EMAILS-0000000848 |
| 206 | DOJ-PROD-0000334897 | DOJ-EMAILS-0000000849 | DOJ-EMAILS-0000000849 |
| 207 | DOJ-PROD-0000330414 | DOJ-EMAILS-0000000850 | DOJ-EMAILS-0000000850 |
| 208 | DOJ-PROD-0000330415 | DOJ-EMAILS-0000000851 | DOJ-EMAILS-0000000851 |