| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America | HOUSTON DIVISION |
| *versus* | CRIMINAL ACTION NO. H-22-CR-612 |
| STEFAN HRVATIN, et al | **EXHIBIT LIST** |
| LIST OF:<br>TYPE OF HEARING: JURY TRIAL | COUNSEL: EDWARD MALLETT |
| JUDGE: ANDREW S. HANEN   CLERK: RHONDA HAWKINS | REPORTER: |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 1. | IA Brokers 1099 (2020) | | | | |
| 2. | IA Brokers 1099 (2021) | | | | |
| 3. | IA Brokers 1099 (2022) | | | | |
| 4. | TD Ameritrade 1099 (2020) | | | | |
| 5. | TD Ameritrade 1099 (2021) | | | | |
| 6. | Trading View Record (2021) | | | | |
| 7. | Defense Energy News (08/21) | | | | |
| 8. | CEI 8k Merger (2/15/21) | | | | |
| 9. | CEI 8k (8/06/21) | | | | |
| 10. | CEI 8k Viking Merger (8/16/21) | | | | |
| 11. | CEI 10-Q (11/16/21) | | | | |
| 12. | CEI 8k (12/06/22) | | | | |
| 13. | WEBULL 1099 (2020) | | | | |
| 14. | WEBULL 1099 (2021) | | | | |
| 15. | WEBULL 1099 (2022) | | | | |
| 16. | DatChat 8k | | | | |
| 17. | DatChat S-1 | | | | |
| 18. | Ameritrade CEI (8/09/21 – 10/05/21) | | | | |
| 19. | Interactive Brokers (8/02/21 – 11/30/21) | | | | |
| 20. | DATS (8/16/21 – 10/15/21) | | | | |
| 21. | Defendant's emails *to be selected & filed ASAP | | | | |
| 22. | | | | | |