| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America | HOUSTON DIVISION |
| *versus* | CRIMINAL ACTION NO. H-22-612 |
| Edward Constantinescu, et al | **EXHIBIT LIST** |
| LIST OF: EXHIBITS FOR GARY DEEL<br>TYPE OF HEARING: JURY TRIAL | COUNSEL: NEAL DAVIS AND ZACH FERTITTA |
| JUDGE:<br>ANDREW S. HANEN | CLERK:<br>RHONDA HAWKINS | REPORTER: |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 1. | Disclaimers on Atlas Discord about using own judgment[1]:<br>a. Atlas Rules<br>b. Atlas Disclaimers<br>c. Agreements of Subscribers | | | | |
| 2. | Gary Deel's tweets Full | | | | |
| 3. | TD Ameritrade Statements (2020-2022) | | | | |
| 4. | Video excerpts that Deel describes as follows:<br>a.  1 percent<br>b.  2 years to be profitable<br>c.  5 dollar PT doesn't mean 5 dollars<br>d.  5% PGIR<br>e.  10X Account Follower<br>f.  Admitting Texting plays<br>g.  All cash end of day<br>h.  Anomaly tickers<br>i.  Base hits<br>j.  Compounding<br>k.  Cut losers quickly<br>l.  Do the work 2 | | | | |

---

[1] The majority of the exhibits are from the government's discovery.  Further, given the ongoing review of the government's voluminous discovery, Deel reserves the right to supplement this exhibit list.  Finally, Deel adopts co-defendants' exhibit lists as his own.

m. Dollar goal, not percent
n. Don't do what I do

o. Don't hold for months
p. Don't hold til the top
q. Don't listen to fintwit
r. Don't need 5 mil
s. Don't scalp if your new
t. Don't slap FWP
u. Don't trade slow markets if new
v. Ext when you feel it's time
w. Experience is what teaches you
x. Focus on locking profits
y. Follower made 100K
z. Follower makes 1K
aa. Full confidence or none
bb. Full time job trading
cc. Gary live 6
dd. Gary live 13
ee. Gary live 14
ff. Have your own plan
gg. Holding on too long
hh. How many times a day do we text
ii. "I don't trade like Eddie"
jj. "I have a few targets"
kk. If you have no confidence
ll. Itching to sell…then sell
mm.       It's gotta be good to alert
nn. Leave 9 am
oo. Lock in fast job
pp. Lost 8K start small

qq. Make sympathy watchlists
rr. Move over before tweet
ss. No one has the sauce
tt. No one wants to do the work
uu. Not developed as a trader
vv. Not get rich quick
ww. One green candle fast
xx. Options same as stocks fast
yy. PDT best set ups follower
zz. Playing pops
aaa. Please wait
bbb. Price target talk
ccc. Proof of process
ddd. Quit his job
eee. Scaling 90% FAST
fff. Scalp our tweets
ggg. Scanners
hhh. Sell it and move on
iii. Sell when happy
jjj. Short term swings
kkk. Spike the chart
lll. Swing BCTX
mmm. Take the green
nnn. Tape reading takes time
ooo. Texting sympathies
ppp. Thank you follower
qqq. That's bad trading
rrr. Tiny account 50 bucks
sss. Tommy text Gary plays
ttt. Up to you to sell
uuu. What you do I do

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | vvv.    Why talk about stocks<br>www.    Why text plays 2<br>xxx.    You can't do it with base hits<br>yyy.    You will lose every time |  |  |  |  |
| 5. | SXTC: analysis report compiling and transforming the government's production specific to related social media activity |  |  |  |  |
| 6. | TRCH: analysis report compiling and transforming the government's production specific to related social media activity |  |  |  |  |
| 7. | GTT: analysis report compiling and transforming the government's production specific to related social media activity |  |  |  |  |
| 8. | SURF: analysis report compiling and transforming the government's production specific to related social media activity |  |  |  |  |
| 9. | ALZN: analysis report compiling and transforming the government's production specific to related social media activity |  |  |  |  |
| 10. | UPC: analysis report compiling and transforming the government's production specific to related social media activity |  |  |  |  |
| 11. | CEI: analysis report compiling and transforming the government's production specific to related social media activity |  |  |  |  |
| 12. | DATS: analysis report compiling and transforming the government's production specific to related social media activity |  |  |  |  |

| No. | Description | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 13. | NAKD: analysis report compiling and transforming the government's production specific to related social media activity | | | | |
| 14. | EZFL: analysis report compiling and transforming the government's production specific to related social media activity | | | | |
| 15. | Video of Gary Losing 650K | | | | |
| 16. | Photos of Gary Deel | | | | |
| 17. | Dan Knight Video | | | | |
| 18. | Gary Deel's Text messages | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| No. | Description | OFR | OBJ | ADM | DATE |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |
| 30. | | | | | |
| 31. | | | | | |
| 32. | | | | | |
| 33. | | | | | |
| 34. | | | | | |
| 35. | | | | | |
| 36. | | | | | |
| 37. | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 38. | | | | | |
| 39. | | | | | |
| 40. | | | | | |
| 41. | | | | | |
| 42. | | | | | |
| 43. | | | | | |
| 44. | | | | | |
| 45. | | | | | |
| 46. | | | | | |
| 47. | | | | | |
| 48. | | | | | |
| 49. | | | | | |
| 50. | | | | | |