| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | | | |
|---|---|---|---|---|---|
| United States of America | | HOUSTON DIVISION | | | |
| vs | | CRIMINAL ACTION No. H- 22-612 | | | |
| Constantinescu, et al. | | **EXHIBIT LIST**[1] | | | |
| LIST OF: TOM COOPERMAN  TYPE OF HEARING: TRIAL | | COUNSEL: CHIP LEWIS  ERIN EPLEY | | | |
| JUDGE:  ANDREW S. HANEN | CLERK:  RHONDA HAWKINS | REPORTER: | | | |
| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
| 1. | Family photos | | | | |
| 2. | Cooperman trading records (including relevant portions of extracted/raw data files produced by the Government) | | | | |
| 3. | Form 1099s issued for Cooperman brokerage accounts for 2020-2022 | | | | |
| 4. | Ticker Analysis for AEMD[2] | | | | |
| 5. | Ticker Analysis for AERC | | | | |
| 6. | Ticker Analysis for AIHS | | | | |
| 7. | Ticker Analysis for ALZN | | | | |
| 8. | Ticker Analysis for BAOS | | | | |
| 9. | Ticker Analysis for BBLG | | | | |
| 10. | Ticker Analysis for CEI | | | | |
| 11. | Ticker Analysis for CNTX | | | | |
| 12. | Ticker Anal ysis for DATS | | | | |
| 13. | Ticker Analysis for EZFL | | | | |
| 14. | Ticker Analysis for FCEL | | | | |
| 15. | Ticker Analysis for GTT | | | | |

---

[1] Defendant Cooperman submits this Exhibit List pursuant to ECF No. 361.  This Exhibit List is subject to supplement given our continued review and analysis of the Government's voluminous discovery and the ongoing Government productions.  Further, this Exhibit List does not include any exhibits relevant to the extraneous tickers noticed by the Government. Defendant Cooperman will supplement if/when the Court rules any of the extraneous tickers to be admissible.  Finally, Defendant Cooperman adopts co-defendants' exhibit lists as his own.

[2] Relative to Exhibits 4 – 39:  These specific exhibits include the A-F items that Defendant Matlock provided in his Exhibit List without detailing the contents (price/volume date for the relevant time periods; Defendant Cooperman's trading activity for the relevant time periods; market news, company announcements, filings, reports, composite renderings regarding the applicable ticker; etc.).

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 16. | Ticker Analysis for HCWB | | | | |
| 17. | Ticker Analysis for METX | | | | |
| 18. | Ticker Analysis for MFH | | | | |
| 19. | Ticker Analysis for MITQ | | | | |
| 20. | Ticker Analysis for MYSZ | | | | |
| 21. | Ticker Analysis for NAKD | | | | |
| 22. | Ticker Analysis for ONTX 2 | | | | |
| 23. | Ticker Analysis for PIXY | | | | |
| 24. | Ticker Analysis for RGLS 1 | | | | |
| 25. | Ticker Analysis for RGLS 2 | | | | |
| 26. | Ticker Analysis for SFET | | | | |
| 27. | Ticker Analysis for SNOA | | | | |
| 28. | Ticker Analysis for STAF | | | | |
| 29. | Ticker Analysis for SUPV | | | | |
| 30. | Ticker Analysis for SURF | | | | |
| 31. | Ticker Analysis for SURG | | | | |
| 32. | Ticker Analysis for SXTC | | | | |
| 33. | Ticker Analysis for TRCH | | | | |
| 34. | Ticker Analysis for UPC | | | | |
| 35. | Ticker Analysis for VISL | | | | |
| 36. | Ticker Analysis for VRPX | | | | |
| 37. | Ticker Analysis for XRTX | | | | |
| 38. | Ticker Analysis for YVR | | | | |
| 39. | Ticker Analysis for ZSAN | | | | |
| 40. | Cooperman tweets and direct messages to/from followers (including relevant portions of extracted/raw data files produced by the Government) | | | | |
| 41. | Followers' and Government witnesses' trading records | | | | |

| No. | Description | OFR | OBJ | ADM | Date |
|---|---|---|---|---|---|
| 42. | Video/photo content of Cooperman (statements) posted on Twitter, Instagram, Atlas, Discord and YouTube | | | | |
| 43. | Pennies: Going In Raw ("PGIR") podcast interview videos with Cooperman; PGIR podcast interview videos with Cooperman and Deel; various PGIR podcasts; LIVE episode (Reno, NV) | | | | |
| 44. | Cooperman's text message conversations with all defendants from 2020 to 2022, including relevant portions of extracted/raw data files produced by the Government | | | | |
| 45. | Cooperman's text message conversations with Government witnesses Daniel Knight and Francis Sabo from 2020 to 2022, including relevant portions of extracted/raw data files produced by the Government | | | | |
| 46. | SEC Staff Report on Equity and Options Market Structure Conditions in Early 2021[3] | | | | |
| 47. | Atlas Discord Disclaimer (including the Goblin Gang disclaimer), Rules, and User Acknowledgments, including relevant portions of extracted/raw data files produced by the Government | | | | |
| 48. | Atlas Trading educational video "Alerts and Stock Calls" posted May 10, 2020 | | | | |
| 49. | Cooperman statements advising Atlas Discord users and Twitter followers to follow their own trading plans (2020-2022) | | | | |
| 50. | Market-wide trading activity and volume data for U.S. exchanges during 2020 to 2022 | | | | |
| 51. | Relevant portions of Cooperman Atlas Discord posts/group messages, direct messages, including relevant portions of extracted/raw data files produced by the Government | | | | |
| 52. | Trade Ideas (AI- Generated Trading Scanner) | | | | |

---

[3] Link to summary of this report: https://www.sec.gov/page/sec-staff-release-gamestop-report.