| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| UNITED STATES OF AMERICA | | HOUSTON DIVISION |
| *VERSUS* | | CRIMINAL ACTION NO. H-22-612 |
| EDWARD CONSTANTINESCU, ET AL. | | **EXHIBIT LIST[1] as of 09/05/2023** |
| LIST OF: PERRY "PJ" MATLOCK TYPE OF HEARING: JURY TRIAL | | COUNSEL: LUIS A. REYES |
| JUDGE: ANDREW S. HANEN | CLERK: RHONDA HAWKINS | REPORTER: |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 1 | Photos of Perry Matlock and his family | | | | |
| 2 | Atlas Trading educational video "Alerts and Stock Calls" posted May 10, 2020 | | | | |
| 3 | Video content from Perry Matlock interviews; including "Trade Ideas" | | | | |
| 4 | Atlas Discord Disclaimer, Rules, and User Acknowledgments and Agreements | | | | |
| 5 | Perry Matlock statements advising Discord users and Twitter followers to follow their own trading plans | | | | |
| 6 | Perry Matlock Twitter tweets and direct messages | | | | |
| 7 | Perry Matlock Discord posts, group messages, direct messages | | | | |
| 7A | Twitter, Discord and text messages from followers expressing appreciation for education and encouragement provided by Perry Matlock | | | | |
| 8 | Form 1099s issued by Perry Matlock brokerage accounts for 2020–2022 | | | | |

---

[1] Defendant Perry Matlock submits this Exhibit List pursuant to the Court's Order. (ECF No. 254). At this time, Defendant continues to review and analyze the approximately 900 exhibits the government produced on August 14, 2023, many of which contain documents and purported evidence previously not produced. As a result, Defendant Matlock reserves the right to supplement. Furthermore, there are exhibits listed that Defendant Matlock would need to have in order to be ready for trial, but has not yet received from the government, namely proposed Exhibit 13 *SEC Records Related to Stocks At Issue In this Matter.* These documents are the subject of a Brady motion filed on July 8, 2023, in which Defendant Matlock joined. (ECF No. 322). Lastly, Defendant Matlock adopts co-defendants' exhibits lists as his own.

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 9 | Perry Matlock TradeZero account statements and trading logs for 2020–2022 | | | | |
| 10 | Perry Matlock TradeStation account statements and trading logs for 2020–2022 | | | | |
| 11 | Perry Matlock Webull account statements and trading logs for 2020–2022 | | | | |
| 12 | Form 1099s for all defendants as produced by government | | | | |
| 13 | Relevant SEC Records related to the stocks at issue in this matter | | | | |
| 14 | Relevant portions of Perry Matlock account statements and trading logs for 2023 | | | | |
| 15 | Exhibits prepared by Expert Colin Marks | | | | |
| 16 | Market-wide trading activity and volume data for U.S. exchanges during 2020–2022 | | | | |
| 16A | SEC Staff Report on Equity and Options Market Structure Conditions in Early 2021 | | | | |
| 17 | ALZN Composite analysis report | | | | |
| 17A | Market activity price and volume data for ALZN on or around time periods of 6/15/21–7/23/21 and 1/4/22–1/5/22 | | | | |
| 17B | Perry Matlock trading activity related to ALZN | | | | |
| 17C | Catalyst public news relevant to ALZN | | | | |
| 17D | Perry Matlock Twitter and Discord posts related to ALZN | | | | |
| 17E | Perry Matlock direct and group messages related to ALZN | | | | |
| | | | | | |
| 18 | CBAT Composite analysis report | | | | |
| 18A | Market activity price and volume data for CBAT on or around time periods of 9/14/20–9/16/20, 10/5/20–10/5/20, 11/10/20–11/19/20, 12/21/20–12/28/20 and 1/6/21–2/23/21 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 18B | Perry Matlock trading activity related to CBAT | | | | |
| 18C | Catalyst public news relevant to CBAT | | | | |
| 18D | Perry Matlock Twitter and Discord posts related to CBAT | | | | |
| 18E | Perry Matlock direct and group messages related to CBAT | | | | |
| | | | | | |
| 19 | CEI Composite Analysis Report | | | | |
| 19A | Market activity price and volume data for CEI on or around time periods of 9/29/20–10/30/20 and 8/3/21–11/30/21 | | | | |
| 19B | Perry Matlock trading activity related to CEI | | | | |
| 19C | Catalyst public news relevant to CEI | | | | |
| 19D | Perry Matlock Twitter and Discord posts related to CEI | | | | |
| 19E | Perry Matlock direct and group messages related to CEI | | | | |
| | | | | | |
| 20 | DATS Composite Analysis Report | | | | |
| 20A | Market activity price and volume data for DATS on or around time period of 8/13/21–10/26/21 | | | | |
| 20B | Perry Matlock trading activity related to DATS during the above-identified time period | | | | |
| 20C | Catalyst public news relevant to DATS | | | | |
| 20D | Perry Matlock Twitter and Discord posts related to DATS | | | | |
| 20E | Perry Matlock direct and group messages related to DATS | | | | |
| | | | | | |
| 21 | GTT Composite Analysis Report | | | | |
| 21A | Market activity price and volume data for GTT on or around time period of 3/1/21–3/3/21 | | | | |
| 21B | Perry Matlock trading activity related to GTT during the above-identified time period | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 21C | Catalyst public news relevant to GTT | | | | |
| 21D | Perry Matlock Twitter and Discord posts related to GTT | | | | |
| 21E | Perry Matlock direct and group messages related to GTT | | | | |
| | | | | | |
| 22 | SURF Composite Analysis Report | | | | |
| 22A | Market activity price and volume data for SURF on or around time period of 5/5/21–6/3/21 | | | | |
| 22B | Perry Matlock trading activity related to SURF during the above-identified time period | | | | |
| 22C | Catalyst public news relevant to SURF | | | | |
| 22D | Perry Matlock Twitter and Discord posts related to SURF | | | | |
| 22E | Perry Matlock direct and group messages related to SURF | | | | |
| | | | | | |
| 23 | SXTC Composite Analysis Report | | | | |
| 23A | Market activity price and volume data for SXTC on or around time periods of 5/18/20–9/4/20, 9/11/20–9/14/20, 7/15/21–7/19/21 and 1/19/22–3/1/22 | | | | |
| 23B | Perry Matlock trading activity related to SXTC | | | | |
| 23C | Catalyst public news relevant to SXTC | | | | |
| 23D | Perry Matlock Twitter and Discord posts related to SXTC | | | | |
| 23E | Perry Matlock direct and group messages related to SXTC | | | | |
| | | | | | |
| 24 | TRCH Composite Analysis Report | | | | |
| 24A | Market activity price and volume data for TRCH on or around time periods of 8/21/20–8/21/20 and 2/10/21–2/23/21 | | | | |
| 24B | Perry Matlock trading activity related to TRCH | | | | |
| 24C | Catalyst public news relevant to TRCH | | | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 24D | Perry Matlock Twitter and Discord posts related to TRCH | | | | |
| 24E | Perry Matlock direct and group messages related to TRCH | | | | |
| | | | | | |
| 25 | UPC Composite Analysis Report | | | | |
| 25A | Market activity price and volume data for UPC on or around time periods of 3/29/21–4/1/21 and 7/22/21–7/23/21 | | | | |
| 25B | Perry Matlock trading activity related to UPC | | | | |
| 25C | Catalyst public news relevant to UPC | | | | |
| 25D | Perry Matlock Twitter and Discord posts related to UPC | | | | |
| 25E | Perry Matlock direct and group messages related to UPC | | | | |
| | | | | | |
| 26 | ABVC Composite Analysis Report | | | | |
| 26A | Market activity price and volume data for ABVC on or around time periods of 9/1/21 and 11/1/21 | | | | |
| 26B | Perry Matlock trading activity related to ABVC | | | | |
| 26C | Catalyst public news relevant to ABVC | | | | |
| 26D | Perry Matlock Twitter and Discord posts related to ABVC | | | | |
| 26E | Perry Matlock direct and group messages related to ABVC | | | | |
| | | | | | |
| 27 | BBI Composite Analysis Report | | | | |
| 27A | Market activity price and volume data for BBI on or around time period of 4/13/22–4/22/22 | | | | |
| 27B | Perry Matlock trading activity related to BBI during the above-identified time period | | | | |
| 27C | Catalyst public news relevant to BBI | | | | |
| 27D | Perry Matlock Twitter and Discord posts related to BBI | | | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 27E | Perry Matlock direct and group messages related to BBI | | | | |
| | | | | | |
| 28 | CNTX Composite Analysis Report | | | | |
| 28A | Market activity price and volume data for CNTX on or around time period of 10/20/21–12/21/21 | | | | |
| 28B | Perry Matlock trading activity related to CNTX during the above-identified time period | | | | |
| 28C | Catalyst public news relevant to CNTX | | | | |
| 28D | Perry Matlock Twitter and Discord posts related to CNTX | | | | |
| 28E | Perry Matlock direct and group messages related to CNTX | | | | |
| | | | | | |
| 29 | EZFL Composite Analysis Report | | | | |
| 29A | Market activity price and volume data for EZFL on or around time period of 10/20/21–12/21/21 | | | | |
| 29B | Perry Matlock trading activity related to EZFL during the above-identified time period | | | | |
| 29C | Catalyst public news relevant to EZFL | | | | |
| 29D | Perry Matlock Twitter and Discord posts related to EZFL | | | | |
| 29E | Perry Matlock direct and group messages related to EZFL | | | | |
| | | | | | |
| 30 | MYSZ Composite Analysis Report | | | | |
| 30A | Market activity price and volume data for MYSZ on or around time period of 10/26/21–11/2/21 | | | | |
| 30B | Perry Matlock trading activity related to MYSZ during the above-identified time period | | | | |
| 30C | Catalyst public news relevant to MYSZ | | | | |
| 30D | Perry Matlock Twitter and Discord posts related to MYSZ | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 30E | Perry Matlock direct and group messages related to MYSZ | | | | |
| | | | | | |
| 31 | NAKD Composite Analysis Report | | | | |
| 31A | Market activity price and volume data for NAKD on or around time periods of 7/24/20–7/27/20, 1/4/21–1/28/21, 2/8/21–2/12/21, 3/24/21–3/25/21, 4/29/22–5/6/22 and 9/24/21–10/4/21 | | | | |
| 31B | Perry Matlock trading activity related to NAKD | | | | |
| 31C | Catalyst public news relevant to NAKD | | | | |
| 31D | Perry Matlock Twitter and Discord posts related to NAKD | | | | |
| 31E | Perry Matlock direct and group messages related to NAKD | | | | |
| | | | | | |
| 32 | ONTX Composite Analysis Report | | | | |
| 32A | Market activity price and volume data for ONTX on or around time periods of 7/16/20–8/26/20, 11/30/20–12/22/20 and 2/3/21–3/19/21 | | | | |
| 32B | Perry Matlock trading activity related to ONTX | | | | |
| 32C | Catalyst public news relevant to ONTX | | | | |
| 32D | Perry Matlock Twitter and Discord posts related to ONTX | | | | |
| 32E | Perry Matlock direct and group messages related to ONTX | | | | |
| | | | | | |
| 33 | PIXY Composite Analysis Report | | | | |
| 33A | Market activity price and volume data for PIXY on or around time period of 3/29/22–3/31/22 | | | | |
| 33B | Perry Matlock trading activity related to PIXY during the above-identified time period | | | | |
| 33C | Catalyst public news relevant to PIXY | | | | |
| 33D | Perry Matlock Twitter and Discord posts related to PIXY | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 33E | Perry Matlock direct and group messages related to PIXY | | | | |
| | | | | | |
| 34 | RGLS Composite Analysis Report | | | | |
| 34A | Market activity price and volume data for RGLS on or around time periods of 6/11/20–7/30/20, 3/11/21–3/12/21 and 6/3/21–6/10/21 | | | | |
| 34B | Perry Matlock trading activity related to RGLS | | | | |
| 34C | Catalyst public news relevant to RGLS | | | | |
| 34D | Perry Matlock Twitter and Discord posts related to RGLS | | | | |
| 34E | Perry Matlock direct and group messages related to RGLS | | | | |
| | | | | | |
| 35 | VISL Composite Analysis Report | | | | |
| 35A | Market activity price and volume data for VISL on or around time period of 2/4/21–3/30/21 | | | | |
| 35B | Perry Matlock trading activity related to VISL during the above-identified time period | | | | |
| 35C | Catalyst public news relevant to VISL | | | | |
| 35D | Perry Matlock Twitter and Discord posts related to VISL | | | | |
| 35E | Perry Matlock direct and group messages related to VISL | | | | |
| | | | | | |
| 36 | ACST Composite Analysis Report | | | | |
| 36A | Market activity price and volume data for ACST on or around time periods of 12/23/20–1/12/21, 6/4/21–6/7/21, 6/16/21–7/16/21 and 8/3/21–8/4/21 | | | | |
| 36B | Perry Matlock trading activity related to ACST | | | | |
| 36C | Catalyst public news relevant to ACST | | | | |
| 36D | Perry Matlock Twitter and Discord posts related to ACST | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 36E | Perry Matlock direct and group messages related to ACST | | | | |
| | | | | | |
| 37 | ADMP Composite Analysis Report | | | | |
| 37A | Market activity price and volume data for ADMP on or around time periods of 10/7/20–10/20/20, 12/23/20 and 4/28/21–5/11/21 | | | | |
| 37B | Perry Matlock trading activity related to ADMP | | | | |
| 37C | Catalyst public news relevant to ADMP | | | | |
| 37D | Perry Matlock Twitter and Discord posts related to ADMP | | | | |
| 37E | Perry Matlock direct and group messages related to ADMP | | | | |
| | | | | | |
| 38 | AEI Composite Analysis Report | | | | |
| 38A | Market activity price and volume data for AEI on or around time period of 3/22/21–3/30/21 | | | | |
| 38B | Perry Matlock trading activity related to AEI during the above-identified time period | | | | |
| 38C | Catalyst public news relevant to AEI | | | | |
| 38D | Perry Matlock Twitter and Discord posts related to AEI | | | | |
| 38E | Perry Matlock direct and group messages related to AEI | | | | |
| | | | | | |
| 39 | AGRI Composite Analysis Report | | | | |
| 39A | Market activity price and volume data for AGRI on or around time period of 10/27/21 | | | | |
| 39B | Perry Matlock trading activity related to AGRI during the above-identified time period | | | | |
| 39C | Catalyst public news relevant to AGRI | | | | |
| 39D | Perry Matlock Twitter and Discord posts related to AGRI | | | | |
| 39E | Perry Matlock direct and group messages related to AGRI | | | | |
| | | | | | |
| 40 | AHPI Composite Analysis Report | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 40A | Market activity price and volume data for AHPI on or around time periods of 6/17/20– 6/22/20, 7/13/21–8/4/21, 8/10/21– 8/12/21 and 11/26/21 | | | | |
| 40B | Perry Matlock trading activity related to AHPI | | | | |
| 40C | Catalyst public news relevant to AHPI | | | | |
| 40D | Perry Matlock Twitter and Discord posts related to AHPI | | | | |
| 40E | Perry Matlock direct and group messages related to AHPI | | | | |
| | | | | | |
| 41 | ALF Composite Analysis Report | | | | |
| 41A | Market activity price and volume data for ALF on or around time periods of 5/4/21–5/13/21, 6/15/21–6/16/21 and 6/22/21 | | | | |
| 41B | Perry Matlock trading activity related to ALF | | | | |
| 41C | Catalyst public news relevant to ALF | | | | |
| 41D | Perry Matlock Twitter and Discord posts related to ALF | | | | |
| 41E | Perry Matlock direct and group messages related to ALF | | | | |
| | | | | | |
| 42 | ALNA Composite Analysis Report | | | | |
| 42A | Market activity price and volume data for ALNA on or around time period of 1/26/21 | | | | |
| 42B | Perry Matlock trading activity related to ALNA during the above-identified time period | | | | |
| 42C | Catalyst public news relevant to ALNA | | | | |
| 42D | Perry Matlock Twitter and Discord posts related to ALNA | | | | |
| 42E | Perry Matlock direct and group messages related to ALNA | | | | |
| | | | | | |
| 43 | AMCI Composite Analysis Report | | | | |
| 43A | Market activity price and volume data for AMCI on or around time period of 11/27/20–1/22/21 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 43B | Perry Matlock trading activity related to AMCI during the above-identified time period | | | | |
| 43C | Catalyst public news relevant to AMCI | | | | |
| 43D | Perry Matlock Twitter and Discord posts related to AMCI | | | | |
| 43E | Perry Matlock direct and group messages related to AMCI | | | | |
| | | | | | |
| 44 | APRE Composite Analysis Report | | | | |
| 44A | Market activity price and volume data for APRE on or around time period of 7/21/21 | | | | |
| 44B | Perry Matlock trading activity related to APRE during the above-identified time period | | | | |
| 44C | Catalyst public news relevant to APRE | | | | |
| 44D | Perry Matlock Twitter and Discord posts related to APRE | | | | |
| 44E | Perry Matlock direct and group messages related to APRE | | | | |
| | | | | | |
| 45 | AREC Composite Analysis Report | | | | |
| 45A | Market activity price and volume data for AREC on or around time periods of 7/24/20, 10/7/20–10/30/20 and 2/2/21–3/18/21 | | | | |
| 45B | Perry Matlock trading activity related to AREC | | | | |
| 45C | Catalyst public news relevant to AREC | | | | |
| 45D | Perry Matlock Twitter and Discord posts related to AREC | | | | |
| 45E | Perry Matlock direct and group messages related to AREC | | | | |
| | | | | | |
| 46 | AVGR Composite Analysis Report | | | | |
| 46A | Market activity price and volume data for AVGR on or around time periods of 7/20/20–7/30/20, 8/4/20–8/21/20 and 8/24/20–8/30/20 | | | | |
| 46B | Perry Matlock trading activity related to AVGR | | | | |
| 46C | Catalyst public news relevant to AVGR | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 46D | Perry Matlock Twitter and Discord posts related to AVGR | | | | |
| 46E | Perry Matlock direct and group messages related to AVGR | | | | |
| | | | | | |
| 47 | BBIG Composite Analysis Report | | | | |
| 47A | Market activity price and volume data for BBIG on or around time periods of 2/23/21, 3/22/21–3/30/21, 4/21/21–4/3/21 and 5/19/21–7/16/21 | | | | |
| 47B | Perry Matlock trading activity related to BBIG | | | | |
| 47C | Catalyst public news relevant to BBIG | | | | |
| 47D | Perry Matlock Twitter and Discord posts related to BBIG | | | | |
| 47E | Perry Matlock direct and group messages related to BBIG | | | | |
| | | | | | |
| 48 | BBLG Composite Analysis Report | | | | |
| 48A | Market activity price and volume data for BBLG on or around time period of 1/10/22 | | | | |
| 48B | Perry Matlock trading activity related to BBLG during the above-identified time period | | | | |
| 48C | Catalyst public news relevant to BBLG | | | | |
| 48D | Perry Matlock Twitter and Discord posts related to BBLG | | | | |
| 48E | Perry Matlock direct and group messages related to BBLG | | | | |
| | | | | | |
| 49 | BCTX Composite Analysis Report | | | | |
| 49A | Market activity price and volume data for BCTX on or around time periods of 6/2/21, 7/13/21–8/4/21 and 12/1/21 | | | | |
| 49B | Perry Matlock trading activity related to BCTX | | | | |
| 49C | Catalyst public news relevant to BCTX | | | | |
| 49D | Perry Matlock Twitter and Discord posts related to BCTX | | | | |
| 49E | Perry Matlock direct and group messages related to BCTX | | | | |
| | | | | | |
| 50 | BFRI Composite Analysis Report | | | | |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 50A | Market activity price and volume data for BFRI on or around time period of 10/29/21–11/24/21 | | | | |
| 50B | Perry Matlock trading activity related to BFRI during the above-identified time period | | | | |
| 50C | Catalyst public news relevant to BFRI | | | | |
| 50D | Perry Matlock Twitter and Discord posts related to BFRI | | | | |
| 50E | Perry Matlock direct and group messages related to BFRI | | | | |
| | | | | | |
| 51 | BHTG Composite Analysis Report | | | | |
| 51A | Market activity price and volume data for BHTG on or around time periods of 8/3/20–8/4/20, 9/30/20, 1/13/21–1/14/21 and 2/3/21–2/11/21 | | | | |
| 51B | Perry Matlock trading activity related to BHTG | | | | |
| 51C | Catalyst public news relevant to BHTG | | | | |
| 51D | Perry Matlock Twitter and Discord posts related to BHTG | | | | |
| 51E | Perry Matlock direct and group messages related to BHTG | | | | |
| | | | | | |
| 52 | BRPM Composite Analysis Report | | | | |
| 52A | Market activity price and volume data for BRPM on or around time period of 10/26/21 | | | | |
| 52B | Perry Matlock trading activity related to BRPM during the above-identified time period | | | | |
| 52C | Catalyst public news relevant to BRPM | | | | |
| 52D | Perry Matlock Twitter and Discord posts related to BRPM | | | | |
| 52E | Perry Matlock direct and group messages related to BRPM | | | | |
| | | | | | |
| 53 | BRQS Composite Analysis Report | | | | |
| 53A | Market activity price and volume data for BRQS on or around time periods of 11/12/20–11/19/20, 1/8/21–1/13/21, 3/22/21–3/25/21, 6/4/21–6/15/21 and 6/30/21–7/1/21 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 53B | Perry Matlock trading activity related to BRQS | | | | |
| 53C | Catalyst public news relevant to BRQS | | | | |
| 53D | Perry Matlock Twitter and Discord posts related to BRQS | | | | |
| 53E | Perry Matlock direct and group messages related to BRQS | | | | |
| | | | | | |
| 54 | CHEK Composite Analysis Report | | | | |
| 54A | Market activity price and volume data for CHEK on or around time periods of 6/30/20–7/2/20 and 9/4/20 | | | | |
| 54B | Perry Matlock trading activity related to CHEK | | | | |
| 54C | Catalyst public news relevant to CHEK | | | | |
| 54D | Perry Matlock Twitter and Discord posts related to CHEK | | | | |
| 54E | Perry Matlock direct and group messages related to CHEK | | | | |
| | | | | | |
| 55 | COMS Composite Analysis Report | | | | |
| 55A | Market activity price and volume data for COMS on or around time periods of 2/11/21–2/23/21, 10/25/21 and 3/22/22–3/28/22 | | | | |
| 55B | Perry Matlock trading activity related to COMS | | | | |
| 55C | Catalyst public news relevant to COMS | | | | |
| 55D | Perry Matlock Twitter and Discord posts related to COMS | | | | |
| 55E | Perry Matlock direct and group messages related to COMS | | | | |
| | | | | | |
| 56 | CSCW Composite Analysis Report | | | | |
| 56A | Market activity price and volume data for CSCW on or around time periods of 12/24/20–12/30/20, 3/24/21 and 4/27/21 | | | | |
| 56B | Perry Matlock trading activity related to CSCW | | | | |
| 56C | Catalyst public news relevant to CSCW | | | | |
| 56D | Perry Matlock Twitter and Discord posts related to CSCW | | | | |
| 56E | Perry Matlock direct and group messages related to CSCW | | | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 57 | CVM Composite Analysis Report | | | | |
| 57A | Market activity price and volume data for CVM on or around time period of 8/6/21 | | | | |
| 57B | Perry Matlock trading activity related to CVM during the above-identified time period | | | | |
| 57C | Catalyst public news relevant to CVM | | | | |
| 57D | Perry Matlock Twitter and Discord posts related to CVM | | | | |
| 57E | Perry Matlock direct and group messages related to CVM | | | | |
| | | | | | |
| 58 | CXDC Composite Analysis Report | | | | |
| 58A | Market activity price and volume data for CXDC on or around time period of 10/26/21–10/27/21 | | | | |
| 58B | Perry Matlock trading activity related to CXDC during the above-identified time period | | | | |
| 58C | Catalyst public news relevant to CXDC | | | | |
| 58D | Perry Matlock Twitter and Discord posts related to CXDC | | | | |
| 58E | Perry Matlock direct and group messages related to CXDC | | | | |
| | | | | | |
| 59 | CYN Composite Analysis Report | | | | |
| 59A | Market activity price and volume data for CYN on or around time period of 10/21/21–10/22/21 | | | | |
| 59B | Perry Matlock trading activity related to CYN during the above-identified time period | | | | |
| 59C | Catalyst public news relevant to CYN | | | | |
| 59D | Perry Matlock Twitter and Discord posts related to CYN | | | | |
| 59E | Perry Matlock direct and group messages related to CYN | | | | |
| | | | | | |
| 60 | DBGI Composite Analysis Report | | | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 60A | Market activity price and volume data for DBGI on or around time periods of 5/14/21–5/28/21, 6/10/21–7/8/21 and 10/28/21 | | | | |
| 60B | Perry Matlock trading activity related to DBGI | | | | |
| 60C | Catalyst public news relevant to DBGI | | | | |
| 60D | Perry Matlock Twitter and Discord posts related to DBGI | | | | |
| 60E | Perry Matlock direct and group messages related to DBGI | | | | |
| | | | | | |
| 61 | DLPN Composite Analysis Report | | | | |
| 61A | Market activity price and volume data for DLPN on or around time periods of 6/3/20–6/19/20, 10/16/20–10/19/20, 1/12/21 and 8/26/21 | | | | |
| 61B | Perry Matlock trading activity related to DLPN | | | | |
| 61C | Catalyst public news relevant to DLPN | | | | |
| 61D | Perry Matlock Twitter and Discord posts related to DLPN | | | | |
| 61E | Perry Matlock direct and group messages related to DLPN | | | | |
| | | | | | |
| 62 | EARS Composite Analysis Report | | | | |
| 62A | Market activity price and volume data for EARS on or around time periods of 4/8/21 and 6/3/21 | | | | |
| 62B | Perry Matlock trading activity related to EARS | | | | |
| 62C | Catalyst public news relevant to EARS | | | | |
| 62D | Perry Matlock Twitter and Discord posts related to EARS | | | | |
| 62E | Perry Matlock direct and group messages related to EARS | | | | |
| | | | | | |
| 63 | EXPR Composite Analysis Report | | | | |
| 63A | Market activity price and volume data for EXPR on or around time periods of 1/22/21–1/27/21, 3/8/21–3/10/21 and5/26/21–6/8/21 | | | | |
| 63B | Perry Matlock trading activity related to EXPR | | | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 63C | Catalyst public news relevant to EXPR | | | | |
| 63D | Perry Matlock Twitter and Discord posts related to EXPR | | | | |
| 63E | Perry Matlock direct and group messages related to EXPR | | | | |
| | | | | | |
| 64 | FCEL Composite Analysis Report | | | | |
| 64A | Market activity price and volume data for FCEL on or around time period of 9/15/21–10/11/21 | | | | |
| 64B | Perry Matlock trading activity related to FCEL during the above-identified time period | | | | |
| 64C | Catalyst public news relevant to FCEL | | | | |
| 64D | Perry Matlock Twitter and Discord posts related to FCEL | | | | |
| 64E | Perry Matlock direct and group messages related to FCEL | | | | |
| | | | | | |
| 65 | FGF Composite Analysis Report | | | | |
| 65A | Market activity price and volume data for FGF on or around time period of 12/30/20–12/31/20 | | | | |
| 65B | Perry Matlock trading activity related to FGF during the above-identified time period | | | | |
| 65C | Catalyst public news relevant to FGF | | | | |
| 65D | Perry Matlock Twitter and Discord posts related to FGF | | | | |
| 65E | Perry Matlock direct and group messages related to FGF | | | | |
| | | | | | |
| 66 | GIPR Composite Analysis Report | | | | |
| 66A | Market activity price and volume data for GIPR on or around time period of 10/12/21–10/13/21 | | | | |
| 66B | Perry Matlock trading activity related to GIPR during the above-identified time period | | | | |
| 66C | Catalyst public news relevant to GIPR | | | | |
| 66D | Perry Matlock Twitter and Discord posts related to GIPR | | | | |
| 66E | Perry Matlock direct and group messages related to GIPR | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 67 | GNUS Composite Analysis Report | | | | |
| 67A | Market activity price and volume data for GNUS on or around time period of 3/4/21–3/30/21 | | | | |
| 67B | Perry Matlock trading activity related to GNUS during the above-identified time period | | | | |
| 67C | Catalyst public news relevant to GNUS | | | | |
| 67D | Perry Matlock Twitter and Discord posts related to GNUS | | | | |
| 67E | Perry Matlock direct and group messages related to GNUS | | | | |
| | | | | | |
| 68 | GRVI Composite Analysis Reportv | | | | |
| 68A | Market activity price and volume data for GRVI on or around time period of 7/6/21–7/7/21 | | | | |
| 68B | Perry Matlock trading activity related to GRVI during the above-identified time period | | | | |
| 68C | Catalyst public news relevant to GRVI | | | | |
| 68D | Perry Matlock Twitter and Discord posts related to GRVI | | | | |
| 68E | Perry Matlock direct and group messages related to GRVI | | | | |
| | | | | | |
| 69 | GTEC Composite Analysis Report | | | | |
| 69A | Market activity price and volume data for GTEC on or around time periods of 10/19/20–10/20/20 and 12/7/20 | | | | |
| 69B | Perry Matlock trading activity related to GTEC | | | | |
| 69C | Catalyst public news relevant to GTEC | | | | |
| 69D | Perry Matlock Twitter and Discord posts related to GTEC | | | | |
| 69E | Perry Matlock direct and group messages related to GTEC | | | | |
| | | | | | |
| 70 | HCDI Composite Analysis Report | | | | |
| 70A | Market activity price and volume data for HCDI on or around time periods of 8/31/20, 12/18/20–12/21/20, 5/10/21–5/12/21 and 11/4/21–11/5/521 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 70B | Perry Matlock trading activity related to HCDI | | | | |
| 70C | Catalyst public news relevant to HCDI | | | | |
| 70D | Perry Matlock Twitter and Discord posts related to HCDI | | | | |
| 70E | Perry Matlock direct and group messages related to HCDI | | | | |
| | | | | | |
| 71 | HJLI Composite Analysis Report | | | | |
| 71A | Market activity price and volume data for HJLI on or around time periods of 8/21/20, 4/5/21 and 8/3/21 | | | | |
| 71B | Perry Matlock trading activity related to HJLI | | | | |
| 71C | Catalyst public news relevant to HJLI | | | | |
| 71D | Perry Matlock Twitter and Discord posts related to HJLI | | | | |
| 71E | Perry Matlock direct and group messages related to HJLI | | | | |
| | | | | | |
| 72 | HOFV Composite Analysis Report | | | | |
| 72A | Market activity price and volume data for HOFV on or around time periods of 1/8/21–1/12/21, 2/3/21–2/5/21, 3/17/21–3/30/21 and 4/15/21–4/19/21 | | | | |
| 72B | Perry Matlock trading activity related to HOFV | | | | |
| 72C | Catalyst public news relevant to HOFV | | | | |
| 72D | Perry Matlock Twitter and Discord posts related to HOFV | | | | |
| 72E | Perry Matlock direct and group messages related to HOFV | | | | |
| | | | | | |
| 73 | IPDN Composite Analysis Report | | | | |
| 73A | Market activity price and volume data for IPDN on or around time periods of 8/5/20, 10/7/20–10/8/20, 10/15/20, 12/1/20–12/2/20, 12/30/20, 3/17/21–3/18/21 and 3/29/21–3/31/21 | | | | |
| 73B | Perry Matlock trading activity related to IPDN | | | | |
| 73C | Catalyst public news relevant to IPDN | | | | |
| 73D | Perry Matlock Twitter and Discord posts related to IPDN | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 73E | Perry Matlock direct and group messages related to IPDN | | | | |
| 74 | ISIG Composite Analysis Report | | | | |
| 74A | Market activity price and volume data for ISIG on or around time periods of 10/26/20–10/27/20 and 12/6/21 | | | | |
| 74B | Perry Matlock trading activity related to ISIG | | | | |
| 74C | Catalyst public news relevant to ISIG | | | | |
| 74D | Perry Matlock Twitter and Discord posts related to ISIG | | | | |
| 74E | Perry Matlock direct and group messages related to ISIG | | | | |
| 75 | JAGX Composite Analysis Report | | | | |
| 75A | Market activity price and volume data for JAGX on or around time periods of 4/1/20, 7/22/20–7/29/20, 10/6/20–10/8/2012/22/20–12/24/20, 1/13/21 and 5/24/21–6/10/21 | | | | |
| 75B | Perry Matlock trading activity related to JAGX | | | | |
| 75C | Catalyst public news relevant to JAGX | | | | |
| 75D | Perry Matlock Twitter and Discord posts related to JAGX | | | | |
| 75E | Perry Matlock direct and group messages related to JAGX | | | | |
| 76 | KALV Composite Analysis Report | | | | |
| 76A | Market activity price and volume data for KALV on or around time period of 2/9/21 | | | | |
| 76B | Perry Matlock trading activity related to KALV during the above-identified time period | | | | |
| 76C | Catalyst public news relevant to KALV | | | | |
| 76D | Perry Matlock Twitter and Discord posts related to KALV | | | | |
| 76E | Perry Matlock direct and group messages related to KALV | | | | |
| 77 | KAVL Composite Analysis Report | | | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|-----|-------------|-----|-----|-----|------|
| 77A | Market activity price and volume data for KAVL on or around time period of 2/15/22 | | | | |
| 77B | Perry Matlock trading activity related to KAVL during the above-identified time period | | | | |
| 77C | Catalyst public news relevant to KAVL | | | | |
| 77D | Perry Matlock Twitter and Discord posts related to KAVL | | | | |
| 77E | Perry Matlock direct and group messages related to KAVL | | | | |
| | | | | | |
| 78 | KERN Composite Analysis Report | | | | |
| 78A | Market activity price and volume data for KERN on or around time periods of 11/5/20–12/4/20, 1/6/21–2/12/21, 3/1/21–3/11/21, 5/18/21, 9/13/21–9/14/21 | | | | |
| 78B | Perry Matlock trading activity related to KERN | | | | |
| 78C | Catalyst public news relevant to KERN | | | | |
| 78D | Perry Matlock Twitter and Discord posts related to KERN | | | | |
| 78E | Perry Matlock direct and group messages related to KERN | | | | |
| | | | | | |
| 79 | KTTA Composite Analysis Report | | | | |
| 79A | Market activity price and volume data for KTTA on or around time period of 11/23/21 | | | | |
| 79B | Perry Matlock trading activity related to KTTA during the above-identified time period | | | | |
| 79C | Catalyst public news relevant to KTTA | | | | |
| 79D | Perry Matlock Twitter and Discord posts related to KTTA | | | | |
| 79E | Perry Matlock direct and group messages related to KTTA | | | | |
| | | | | | |
| 80 | KXIN Composite Analysis Report | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 80A | Market activity price and volume data for KXIN on or around time periods of 10/16/20–10/27/20, 2/10/21–2/11/21, 3/16/21–3/22/21, 8/6/21–8/9/21 and 11/2//21 | | | | |
| 80B | Perry Matlock trading activity related to KXIN | | | | |
| 80C | Catalyst public news relevant to KXIN | | | | |
| 80D | Perry Matlock Twitter and Discord posts related to KXIN | | | | |
| 80E | Perry Matlock direct and group messages related to KXIN | | | | |
| | | | | | |
| 81 | LEDS Composite Analysis Report | | | | |
| 81A | Market activity price and volume data for LEDS on or around time periods of 9/28/20, 2/9/21–2/11/21, 6/1/21–6/24/21 and 8/30/21–9/3/21 | | | | |
| 81B | Perry Matlock trading activity related to LEDS | | | | |
| 81C | Catalyst public news relevant to LEDS | | | | |
| 81D | Perry Matlock Twitter and Discord posts related to LEDS | | | | |
| 81E | Perry Matlock direct and group messages related to LEDS | | | | |
| | | | | | |
| 82 | LLIT Composite Analysis Report | | | | |
| 82A | Market activity price and volume data for LLIT on or around time periods of 1/28/21–3/12/21 and 4/20/21–5/12/21 | | | | |
| 82B | Perry Matlock trading activity related to LLIT | | | | |
| 82C | Catalyst public news relevant to LLIT | | | | |
| 82D | Perry Matlock Twitter and Discord posts related to LLIT | | | | |
| 82E | Perry Matlock direct and group messages related to LLIT | | | | |
| | | | | | |
| 83 | LMFA Composite Analysis Report | | | | |
| 83A | Market activity price and volume data for LMFA on or around time periods of 9/28/20–9/30/20, 1/8/21–1/15/21 and 7/8/21–7/9/21 | | | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 83B | Perry Matlock trading activity related to LMFA | | | | |
| 83C | Catalyst public news relevant to LMFA | | | | |
| 83D | Perry Matlock Twitter and Discord posts related to LMFA | | | | |
| 83E | Perry Matlock direct and group messages related to LMFA | | | | |
| | | | | | |
| 84 | MDRR Composite Analysis Report | | | | |
| 84A | Market activity price and volume data for MDRR on or around time period of 5/7/21–5/17/21 | | | | |
| 84B | Perry Matlock trading activity related to MDRR during the above-identified time period | | | | |
| 84C | Catalyst public news relevant to MDRR | | | | |
| 84D | Perry Matlock Twitter and Discord posts related to MDRR | | | | |
| 84E | Perry Matlock direct and group messages related to MDRR | | | | |
| | | | | | |
| 85 | METX Composite Analysis Report | | | | |
| 85A | Market activity price and volume data for METX on or around time periods of 10/16/20, 12/17/20–12/21/20, 2/4/21–2/5/21, 4/16/21–5/5/21, 9/29/21–9/30/21, 10/12/21–10/29/21 and 11/5/21–11/11/21 | | | | |
| 85B | Perry Matlock trading activity related to METX | | | | |
| 85C | Catalyst public news relevant to METX | | | | |
| 85D | Perry Matlock Twitter and Discord posts related to METX | | | | |
| 85E | Perry Matlock direct and group messages related to METX | | | | |
| | | | | | |
| 86 | MFH Composite Analysis Report | | | | |
| 86A | Market activity price and volume data for MFH on or around time periods of 10/16/20–11/2/20 and 3/22/21–3/23/21 | | | | |
| 86B | Perry Matlock trading activity related to MFH | | | | |
| 86C | Catalyst public news relevant to MFH | | | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 86D | Perry Matlock Twitter and Discord posts related to MFH | | | | |
| 86E | Perry Matlock direct and group messages related to MFH | | | | |
| | | | | | |
| 87 | MKD Composite Analysis Report | | | | |
| 87A | Market activity price and volume data for MKD on or around time period of 3/2/22–3/29/22 | | | | |
| 87B | Perry Matlock trading activity related to MKD during the above-identified time period | | | | |
| 87C | Catalyst public news relevant to MKD | | | | |
| 87D | Perry Matlock Twitter and Discord posts related to MKD | | | | |
| 87E | Perry Matlock direct and group messages related to MKD | | | | |
| | | | | | |
| 88 | MTSL Composite Analysis Report | | | | |
| 88A | Market activity price and volume data for MTSL on or around time periods of 6/19/20–6/23/20, 4/16/21 and 6/29/21–7/22/21 | | | | |
| 88B | Perry Matlock trading activity related to MTSL | | | | |
| 88C | Catalyst public news relevant to MTSL | | | | |
| 88D | Perry Matlock Twitter and Discord posts related to MTSL | | | | |
| 88E | Perry Matlock direct and group messages related to MTSL | | | | |
| | | | | | |
| 89 | NETE Composite Analysis Report | | | | |
| 89A | Market activity price and volume data for NETE on or around time periods of 10/13/20–10/14/20, 11/16/20–11/25/20, 2/10/21–2/19/21, 4/6/21 and 8/20/21–8/24/21 | | | | |
| 89B | Perry Matlock trading activity related to NETE | | | | |
| 89C | Catalyst public news relevant to NETE | | | | |
| 89D | Perry Matlock Twitter and Discord posts related to NETE | | | | |
| 89E | Perry Matlock direct and group messages related to NETE | | | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 90 | NOVN Composite Analysis Report | | | | |
| 90A | Market activity price and volume data for NOVN on or around time period of 6/14/21–6/15/21 | | | | |
| 90B | Perry Matlock trading activity related to NOVN during the above-identified time period | | | | |
| 90C | Catalyst public news relevant to NOVN | | | | |
| 90D | Perry Matlock Twitter and Discord posts related to NOVN | | | | |
| 90E | Perry Matlock direct and group messages related to NOVN | | | | |
| 91 | NTEC Composite Analysis Report | | | | |
| 91A | Market activity price and volume data for NTEC on or around time periods of 2/2/21–2/3/21, 2/10/21 and 5/10/21–5/11/21 | | | | |
| 91B | Perry Matlock trading activity related to NTEC | | | | |
| 91C | Catalyst public news relevant to NTEC | | | | |
| 91D | Perry Matlock Twitter and Discord posts related to NTEC | | | | |
| 91E | Perry Matlock direct and group messages related to NTEC | | | | |
| 92 | NTRB Composite Analysis Report | | | | |
| 92A | Market activity price and volume data for NTRB on or around time period of 10/1/21–10/12/21 | | | | |
| 92B | Perry Matlock trading activity related to NTRB during the above-identified time period | | | | |
| 92C | Catalyst public news relevant to NTRB | | | | |
| 92D | Perry Matlock Twitter and Discord posts related to NTRB | | | | |
| 92E | Perry Matlock direct and group messages related to NTRB | | | | |
| 93 | NXTD Composite Analysis Report | | | | |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 93A | Market activity price and volume data for NXTD on or around time periods of 7/2/20, 12/1/20–2/19/21, 3/921–3/10/21, 7/26/21–7/28/21, 10/27/21–11/2/21 and 12/15/21 | | | | |
| 93B | Perry Matlock trading activity related to NXTD | | | | |
| 93C | Catalyst public news relevant to NXTD | | | | |
| 93D | Perry Matlock Twitter and Discord posts related to NXTD | | | | |
| 93E | Perry Matlock direct and group messages related to NXTD | | | | |
| | | | | | |
| 94 | OLBN Composite Analysis Report | | | | |
| 94A | Market activity price and volume data for OLBN on or around time periods of 12/7/20, 2/10/21, 3/16/21, 5/10/21 and 5/18/21–5/24/21 | | | | |
| 94B | Perry Matlock trading activity related to OLBN | | | | |
| 94C | Catalyst public news relevant to OLBN | | | | |
| 94D | Perry Matlock Twitter and Discord posts related to OLBN | | | | |
| 94E | Perry Matlock direct and group messages related to OLBN | | | | |
| | | | | | |
| 95 | OGEN Composite Analysis Report | | | | |
| 95A | Market activity price and volume data for OGEN on or around time periods of 7/9/20–7/30/20, 12/2/20–12/7/20, 12/22/20, 1/5/21–1/7/21 and 4/23/21–4/26/21 | | | | |
| 95B | Perry Matlock trading activity related to OGEN | | | | |
| 95C | Catalyst public news relevant to OGEN | | | | |
| 95D | Perry Matlock Twitter and Discord posts related to OGEN | | | | |
| 95E | Perry Matlock direct and group messages related to OGEN | | | | |
| | | | | | |
| 96 | OXBR Composite Analysis Report | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 96A | Market activity price and volume data for OXBR on or around time periods of 9/25/20–10/8/20, 1/14/21–1/27/21 and 5/20/21–6/17/21 | | | | |
| 96B | Perry Matlock trading activity related to OXBR | | | | |
| 96C | Catalyst public news relevant to OXBR | | | | |
| 96D | Perry Matlock Twitter and Discord posts related to OXBR | | | | |
| 96E | Perry Matlock direct and group messages related to OXBR | | | | |
| | | | | | |
| 97 | PPSI Composite Analysis Report | | | | |
| 97A | Market activity price and volume data for PPSI on or around time periods of 6/12/20, 7/22/20, 8/4/20–8/7/20, 8/25/20–8/26/20, 9/23/20–9/25/20, 10/6/20–10/9/20, 1/12/21–1/22/21, 2/8/21–2/16/21 and 11/8/21–11/12/21 | | | | |
| 97B | Perry Matlock trading activity related to PPSI | | | | |
| 97C | Catalyst public news relevant to PPSI | | | | |
| 97D | Perry Matlock Twitter and Discord posts related to PPSI | | | | |
| 97E | Perry Matlock direct and group messages related to PPSI | | | | |
| | | | | | |
| 98 | PRFX Composite Analysis Report | | | | |
| 98A | Market activity price and volume data for PRFX on or around time periods of 11/3/20–11/4/20 and 7/13/21–7/30/21 | | | | |
| 98B | Perry Matlock trading activity related to PRFX | | | | |
| 98C | Catalyst public news relevant to PRFX | | | | |
| 98D | Perry Matlock Twitter and Discord posts related to PRFX | | | | |
| 98E | Perry Matlock direct and group messages related to PRFX | | | | |
| | | | | | |
| 99 | REDU Composite Analysis Report | | | | |
| 99A | Market activity price and volume data for REDU on or around time periods of 4/8/21 and 10/15/21–10/26/21 | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 99B | Perry Matlock trading activity related to REDU | | | | |
| 99C | Catalyst public news relevant to REDU | | | | |
| 99D | Perry Matlock Twitter and Discord posts related to REDU | | | | |
| 99E | Perry Matlock direct and group messages related to REDU | | | | |
| | | | | | |
| 100 | RHE Composite Analysis Report | | | | |
| 100A | Market activity price and volume data for RHE on or around time periods of 4/28/21–5/26/21 and 8/30/21–8/31/21 | | | | |
| 100B | Perry Matlock trading activity related to RHE | | | | |
| 100C | Catalyst public news relevant to RHE | | | | |
| 100D | Perry Matlock Twitter and Discord posts related to RHE | | | | |
| 100E | Perry Matlock direct and group messages related to RHE | | | | |
| | | | | | |
| 101 | RNAZ Composite Analysis Report | | | | |
| 101A | Market activity price and volume data for RNAZ on or around time period of 7/9/21–7/13/21 | | | | |
| 101B | Perry Matlock trading activity related to RNAZ during the above-identified time period | | | | |
| 101C | Catalyst public news relevant to RNAZ | | | | |
| 101D | Perry Matlock Twitter and Discord posts related to RNAZ | | | | |
| 101E | Perry Matlock direct and group messages related to RNAZ | | | | |
| | | | | | |
| 102 | RNXT Composite Analysis Report | | | | |
| 102A | Market activity price and volume data for RNXT on or around time period of 11/10/21 | | | | |
| 102B | Perry Matlock trading activity related to RNXT during the above-identified time period | | | | |
| 102C | Catalyst public news relevant to RNXT | | | | |
| 102D | Perry Matlock Twitter and Discord posts related to RNXT | | | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 102E | Perry Matlock direct and group messages related to RNXT | | | | |
| | | | | | |
| 103 | SALM Composite Analysis Report | | | | |
| 103A | Market activity price and volume data for SALM on or around time period of 10/21/21 | | | | |
| 103B | Perry Matlock trading activity related to SALM during the above-identified time period | | | | |
| 103C | Catalyst public news relevant to SALM | | | | |
| 103D | Perry Matlock Twitter and Discord posts related to SALM | | | | |
| 103E | Perry Matlock direct and group messages related to SALM | | | | |
| | | | | | |
| 104 | SFET Composite Analysis Report | | | | |
| 104A | Market activity price and volume data for SFET on or around time period of 8/6/21–8/9/21 | | | | |
| 104B | Perry Matlock trading activity related to SFET during the above-identified time period | | | | |
| 104C | Catalyst public news relevant to SFET | | | | |
| 104D | Perry Matlock Twitter and Discord posts related to SFET | | | | |
| 104E | Perry Matlock direct and group messages related to SFET | | | | |
| | | | | | |
| 105 | SINO Composite Analysis Report | | | | |
| 105A | Market activity price and volume data for SINO on or around time periods of 2/8/21–2/22/21, 3/17/21–3/18/21 and 4/20/21 | | | | |
| 105B | Perry Matlock trading activity related to SINO | | | | |
| 105C | Catalyst public news relevant to SINO | | | | |
| 105D | Perry Matlock Twitter and Discord posts related to SINO | | | | |
| 105E | Perry Matlock direct and group messages related to SINO | | | | |
| | | | | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 106 | SNDL Composite Analysis Report | | | | |
| 106A | Market activity price and volume data for SNDL on or around time periods of 11/23/20–12/3/20, 1/6/21–2/17/21 and 3/1/21–3/2/21 | | | | |
| 106B | Perry Matlock trading activity related to SNDL | | | | |
| 106C | Catalyst public news relevant to SNDL | | | | |
| 106D | Perry Matlock Twitter and Discord posts related to SNDL | | | | |
| 106E | Perry Matlock direct and group messages related to SNDL | | | | |
| | | | | | |
| 107 | SNOA Composite Analysis Report | | | | |
| 107A | Market activity price and volume data for SNOA on or around time periods of 4/1/21 and 5/3/21 | | | | |
| 107B | Perry Matlock trading activity related to SNOA | | | | |
| 107C | Catalyst public news relevant to SNOA | | | | |
| 107D | Perry Matlock Twitter and Discord posts related to SNOA | | | | |
| 107E | Perry Matlock direct and group messages related to SNOA | | | | |
| | | | | | |
| 108 | SOS Composite Analysis Report | | | | |
| 108A | Market activity price and volume data for SOS on or around time periods of 1/27/21–2/16/21 and 8/9/21–8/11/21 | | | | |
| 108B | Perry Matlock trading activity related to SOS | | | | |
| 108C | Catalyst public news relevant to SOS | | | | |
| 108D | Perry Matlock Twitter and Discord posts related to SOS | | | | |
| 108E | Perry Matlock direct and group messages related to SOS | | | | |
| | | | | | |
| 109 | STAF Composite Analysis Report | | | | |
| 109A | Market activity price and volume data for STAF on or around time periods of 5/10/21, 6/30/21–7/5/21 and 7/19/21–7/21/21 | | | | |
| 109B | Perry Matlock trading activity related to STAF | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 109C | Catalyst public news relevant to STAF | | | | |
| 109D | Perry Matlock Twitter and Discord posts related to STAF | | | | |
| 109E | Perry Matlock direct and group messages related to STAF | | | | |
| | | | | | |
| 110 | SUPV Compoite Analysis Report | | | | |
| 110A | Market activity price and volume data for SUPV on or around time period of 2/17/21–2/23/21 | | | | |
| 110B | Perry Matlock trading activity related to SUPV during the above-identified time period | | | | |
| 110C | Catalyst public news relevant to SUPV | | | | |
| 110D | Perry Matlock Twitter and Discord posts related to SUPV | | | | |
| 110E | Perry Matlock direct and group messages related to SUPV | | | | |
| | | | | | |
| 111 | SURG Composite Analysis Report | | | | |
| 111A | Market activity price and volume data for SURG on or around time period of 11/9/21 | | | | |
| 111B | Perry Matlock trading activity related to SURG during the above-identified time period | | | | |
| 111C | Catalyst public news relevant to SURG | | | | |
| 111D | Perry Matlock Twitter and Discord posts related to SURG | | | | |
| 111E | Perry Matlock direct and group messages related to SURG | | | | |
| | | | | | |
| 112 | SYPR Composite Analysis Report | | | | |
| 112A | Market activity price and volume data for SYPR on or around time periods of 8/11/20 and 2/24/1–2/25/21 | | | | |
| 112B | Perry Matlock trading activity related to SYPR | | | | |
| 112C | Catalyst public news relevant to SYPR | | | | |
| 112D | Perry Matlock Twitter and Discord posts related to SYPR | | | | |
| 112E | Perry Matlock direct and group messages related to SYPR | | | | |
| | | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 113 | TGC Composite Analysis Report | | | | |
| 113A | Market activity price and volume data for TGC on or around time period of 1/20/21–2/25/21 | | | | |
| 113B | Perry Matlock trading activity related to TGC during the above-identified time period | | | | |
| 113C | Catalyst public news relevant to TGC | | | | |
| 113D | Perry Matlock Twitter and Discord posts related to TGC | | | | |
| 113E | Perry Matlock direct and group messages related to TGC | | | | |
| | | | | | |
| 114 | TMBR Composite Analysis Report | | | | |
| 114A | Market activity price and volume data for TMBR on or around time periods of 7/31/20, 9/24/20–10/21/20, 12/9/20–12/15/20, 1/5/21–1/27/21 and 3/11/21–3/17/21 | | | | |
| 114B | Perry Matlock trading activity related to TMBR | | | | |
| 114C | Catalyst public news relevant to TMBR | | | | |
| 114D | Perry Matlock Twitter and Discord posts related to TMBR | | | | |
| 114E | Perry Matlock direct and group messages related to TMBR | | | | |
| | | | | | |
| 115 | USEG Composite Analysis Report | | | | |
| 115A | Market activity price and volume data for USEG on or around time periods of 1/19/21–1/28/21, 3/8/21–3/10/21 and 61/1/21–6/2/21 | | | | |
| 115B | Perry Matlock trading activity related to USEG | | | | |
| 115C | Catalyst public news relevant to USEG | | | | |
| 115D | Perry Matlock Twitter and Discord posts related to USEG | | | | |
| 115E | Perry Matlock direct and group messages related to USEG | | | | |
| | | | | | |
| 116 | VRPX Composite Analysis Report | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 116A | Market activity price and volume data for VRPX on or around time periods of 3/26/21–4/14/21, 6/30/21–7/15/21 and 8/10/21–8/18/21 | | | | |
| 116B | Perry Matlock trading activity related to VRPX | | | | |
| 116C | Catalyst public news relevant to VRPX | | | | |
| 116D | Perry Matlock Twitter and Discord posts related to VRPX | | | | |
| 116E | Perry Matlock direct and group messages related to VRPX | | | | |
| 117 | VTVT Composite Analysis Report | | | | |
| 117A | Market activity price and volume data for VTVT on or around time periods of 7/27/20–7/30/20, 10/29/20–12/15/20 and 2/2/21–2/8/21 | | | | |
| 117B | Perry Matlock trading activity related to VTVT | | | | |
| 117C | Catalyst public news relevant to VTVT | | | | |
| 117D | Perry Matlock Twitter and Discord posts related to VTVT | | | | |
| 117E | Perry Matlock direct and group messages related to VTVT | | | | |
| 118 | WAFU Composite Analysis Report | | | | |
| 118A | Market activity price and volume data for WAFU on or around time periods of 1/27/21–2/8/21, 3/26/21–3/31/21 and 4/19/21 | | | | |
| 118B | Perry Matlock trading activity related to WAFU | | | | |
| 118C | Catalyst public news relevant to WAFU | | | | |
| 118D | Perry Matlock Twitter and Discord posts related to WAFU | | | | |
| 118E | Perry Matlock direct and group messages related to WAFU | | | | |
| 119 | WORX Composite Analysis Report | | | | |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 119A | Market activity price and volume data for WORX on or around time periods of 9/4/20–9/10/20, 9/16/20–9/23/20, 7/9/21–7/13/21, 7/30/21 and 8/4/21–8/9/21 | | | | |
| 119B | Perry Matlock trading activity related to WORX | | | | |
| 119C | Catalyst public news relevant to WORX | | | | |
| 119D | Perry Matlock Twitter and Discord posts related to WORX | | | | |
| 119E | Perry Matlock direct and group messages related to WORX | | | | |
| | | | | | |
| 120 | WPG Composite Analysis Report | | | | |
| 120A | Market activity price and volume data for WPG on or around time period of 6/1/21–6/9/21 | | | | |
| 120B | Perry Matlock trading activity related to WPG during the above-identified time period | | | | |
| 120C | Catalyst public news relevant to WPG | | | | |
| 120D | Perry Matlock Twitter and Discord posts related to WPG | | | | |
| 120E | Perry Matlock direct and group messages related to WPG | | | | |
| | | | | | |
| 121 | WWR Composite Analysis Report | | | | |
| 121A | Market activity price and volume data for WWR on or around time periods of 8/20/20–8/21/20, 9/14/20–9/15/20, 9/25/20–10/6/20, 10/20/21–10/21/20, 10/26/20, 11/2/20–11/23/20, 1/6/21–1/26/21, 2/5/21–2/19/21 and 3/30/22–4/8/22 | | | | |
| 121B | Perry Matlock trading activity related to WWR | | | | |
| 121C | Catalyst public news relevant to WWR | | | | |
| 121D | Perry Matlock Twitter and Discord posts related to WWR | | | | |
| 121E | Perry Matlock direct and group messages related to WWR | | | | |
| | | | | | |
| 122 | XRTX Composite Analysis Report | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 122A | Market activity price and volume data for XRTX on or around time period of 11/3/21–11/5/21 | | | | |
| 122B | Perry Matlock trading activity related to XRTX during the above-identified time period | | | | |
| 122C | Catalyst public news relevant to XRTX | | | | |
| 122D | Perry Matlock Twitter and Discord posts related to XRTX | | | | |
| 122E | Perry Matlock direct and group messages related to XRTX | | | | |
| 123 | YVR Composite Analysis Report | | | | |
| 123A | Market activity price and volume data for YVR on or around time periods of 3/12/21–3/31/21, 7/13/21–7/16/21 and 9/2/21–9/3/21 | | | | |
| 123B | Perry Matlock trading activity related to YVR | | | | |
| 123C | Catalyst public news relevant to YVR | | | | |
| 123D | Perry Matlock Twitter and Discord posts related to YVR | | | | |
| 123E | Perry Matlock direct and group messages related to YVR | | | | |
| 124 | ZYNE Composite Analysis Report | | | | |
| 124A | Market activity price and volume data for ZYNE on or around time period of 2/2/21–2/23/21 | | | | |
| 124B | Perry Matlock trading activity related to ZYNE during the above-identified time period | | | | |
| 124C | Catalyst public news relevant to ZYNE | | | | |
| 124D | Perry Matlock Twitter and Discord posts related to ZYNE | | | | |
| 124E | Perry Matlock direct and group messages related to ZYNE | | | | |
| 125 | Trading records for government witnesses | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
|     |             |     |     |     |      |
|     |             |     |     |     |      |
|     |             |     |     |     |      |
|     |             |     |     |     |      |