| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| United States of America | | HOUSTON DIVISION |
| *versus* | | CRIMINAL ACTION NO. H-22-612 |
| Constantinescu, et al. | | **EXHIBIT LIST** |
| LIST OF: MITCHELL HENNESSEY<br>TYPE OF HEARING: TRIAL | | COUNSEL:   LAURA M.K. CORDOVA<br>MICHAEL J. MURTHA |
| JUDGE:<br>ANDREW S. HANEN | CLERK:<br>RHONDA HAWKINS | REPORTER: |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 1. | Photos of Mitch Hennessey | | | | |
| 2. | Trading Records for Account Ending in 4067 | | | | |
| 3. | Trading Records for Account Ending in 7364 | | | | |
| 4. | Trading Records for Account Ending in 9445 | | | | |
| 5. | Trading Records for Account Ending in 9985 | | | | |
| 6. | Trading Records for Account Ending in 7039 | | | | |
| 7. | Trading Records for Account Ending in 9445 | | | | |
| 8. | Trading Records for Account Ending in 8755 | | | | |
| 9. | Trading Records for Account Ending in 9954 | | | | |
| 10. | Price & Volume Data – ALZN | | | | |
| 11. | Price & Volume Data – BBI | | | | |
| 12. | Price & Volume Data – CBAT | | | | |
| 13. | Price & Volume Data – CEI | | | | |
| 14. | Price & Volume Data – DATS | | | | |
| 15. | Price & Volume Data – MYSZ | | | | |
| 16. | Price & Volume Data – NAKD | | | | |
| 17. | Price & Volume Data – ONTX | | | | |
| 18. | Price & Volume Data – PIXY | | | | |
| 19. | Price & Volume Data – RGLS | | | | |
| 20. | Price & Volume Data – SURF | | | | |
| 21. | Price & Volume Data – SXTC | | | | |
| 22. | Price & Volume Data – TRCH | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 23. | Price & Volume Data – VISL | | | | |
| 24. | Price & Volume Data – AREC | | | | |
| 25. | Price & Volume Data – BAOS | | | | |
| 26. | Price & Volume Data – CNTX | | | | |
| 27. | Price & Volume Data – EZFL | | | | |
| 28. | Price & Volume Data – FCEL | | | | |
| 29. | Price & Volume Data – HCWB | | | | |
| 30. | Price & Volume Data – METX | | | | |
| 31. | Price & Volume Data – MFH | | | | |
| 32. | Price & Volume Data – SUPV | | | | |
| 33. | Price & Volume Data – SURG | | | | |
| 34. | Price & Volume Data – VTVT | | | | |
| 35. | Price & Volume Data – XRTX | | | | |
| 36. | Price & Volume Data – ZSAN | | | | |
| 37. | PGIR Episode 21: The Zack Morris Interview | | | | |
| 38. | PGIR Episode 49: Trading Strategies – Day-Trades, Swings, Options | | | | |
| 39. | PGIR Episode 52.5: Zack Morris Interview Pt. II | | | | |
| 40. | PGIR Episode 197: TA Swings & Multibaggers | | | | |
| 41. | U.S. Securities and Exchange Commission, Investor.gov, Introduction to Investing, How Stock Markets Work, *Stock Purchases and Sales: Long and Short* | | | | |
| 42. | U.S. Securities and Exchange Commission, Investor.gov, Introduction to Investing, Glossary, *Buying Long* | | | | |
| 43. | U.S. Securities and Exchange Commission, Investor.gov, Introduction to Investing, Glossary, *Day Trading* | | | | |
| 44. | U.S. Securities and Exchange Commission, Investor.gov, Introduction to Investing, Glossary, *Short Sales* | | | | |

**EXHIBIT LIST OF MITCHELL HENNESSEY – PAGE 2**

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 45. | U.S. Securities and Exchange Commission, Investor.gov, Introduction to Investing, Glossary, *Limit Orders* | | | | |
| 46. | U.S. Securities and Exchange Commission, Investor.gov, Introduction to Investing, How Stock Markets Work, *Executing an Order* | | | | |
| 47. | The Official Retail Trader 2022 Calendar | | | | |
| 48. | Feb. 10, 2021 tweet by @Hugh_Henne | | | | |
| 49. | May 19, 2021 9:51 a.m. tweet by @Hugh_Henne | | | | |
| 50. | May 19, 2021 10:21 a.m. tweet by @Hugh_Henne | | | | |
| 51. | ALZN Press | | | | |
| 52. | ALZN SEC Filings | | | | |
| 53. | Posts regarding ALZN | | | | |
| 54. | AREC Press | | | | |
| 55. | AREC SEC Filings | | | | |
| 56. | Posts regarding AREC | | | | |
| 57. | BAOS Press | | | | |
| 58. | BAOS SEC Filings | | | | |
| 59. | Posts regarding BAOS | | | | |
| 60. | BBI Press | | | | |
| 61. | BBI SEC Filings | | | | |
| 62. | Posts regarding BBI | | | | |
| 63. | CBAT Press | | | | |
| 64. | CBAT SEC Filings | | | | |
| 65. | Posts regarding CBAT | | | | |
| 66. | CEI Press | | | | |
| 67. | CEI SEC Filings | | | | |
| 68. | Posts regarding CEI | | | | |
| 69. | CNTX Press | | | | |

**EXHIBIT LIST OF MITCHELL HENNESSEY – PAGE 3**

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 70. | CNTX SEC Filings | | | | |
| 71. | Posts regarding CNTX | | | | |
| 72. | DATS Press | | | | |
| 73. | DATS SEC Filings | | | | |
| 74. | Posts regarding DATS | | | | |
| 75. | EZFL Press | | | | |
| 76. | EZFL SEC Filings | | | | |
| 78. | Posts regarding EZFL | | | | |
| 79. | FCEL Press | | | | |
| 80. | FCEL SEC Filings | | | | |
| 81. | Posts regarding FCEL | | | | |
| 82. | HCWB Press | | | | |
| 83. | HCWB SEC Filings | | | | |
| 84. | Posts regarding HCWB | | | | |
| 85. | METX Press | | | | |
| 86. | METX SEC Filings | | | | |
| 87. | Posts regarding METX | | | | |
| 88. | MFH Press | | | | |
| 89. | MFH SEC Filings | | | | |
| 90. | Posts regarding MFH | | | | |
| 91. | MYSZ Press | | | | |
| 92. | MYSZ SEC Filings | | | | |
| 93. | Posts regarding MYSZ | | | | |
| 94. | NAKD Press | | | | |
| 95. | NAKD SEC Filings | | | | |
| 96. | Posts regarding NAKD | | | | |
| 97. | ONTX Press | | | | |
| 98. | ONTX SEC Filings | | | | |

**EXHIBIT LIST OF MITCHELL HENNESSEY – PAGE 4**

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 99. | Posts regarding ONTX | | | | |
| 100. | PIXY Press | | | | |
| 101. | PIXY SEC Filings | | | | |
| 102. | Posts regarding PIXY | | | | |
| 103. | RGLS Press | | | | |
| 104. | RGLS SEC Filings | | | | |
| 105. | Posts regarding RGLS | | | | |
| 106. | SUPV Press | | | | |
| 107. | SUPV SEC Filings | | | | |
| 108. | Posts regarding SUPV | | | | |
| 109. | SURF Press | | | | |
| 110. | SURF SEC Filings | | | | |
| 111. | Posts regarding SURF | | | | |
| 112. | SURG Press | | | | |
| 113. | SURG SEC Filings | | | | |
| 114. | Posts regarding SURG | | | | |
| 115. | SXTC Press | | | | |
| 116. | SXTC SEC Filings | | | | |
| 117. | Posts regarding SXTC | | | | |
| 118. | TRCH Press | | | | |
| 119. | TRCH SEC Filings | | | | |
| 120. | Posts regarding TRCH | | | | |
| 121. | VISL Press | | | | |
| 122. | VISL SEC Filings | | | | |
| 123. | Posts regarding VISL | | | | |
| 124. | VTVT Press | | | | |
| 125. | VTVT SEC Filings | | | | |
| 126. | Posts regarding VTVT | | | | |

**EXHIBIT LIST OF MITCHELL HENNESSEY – PAGE 5**

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 127. | XRTX Press | | | | |
| 128. | XRTX SEC Filings | | | | |
| 129. | Posts regarding XRTX | | | | |
| 130. | ZSAN Press | | | | |
| 131. | ZSAN SEC Filings | | | | |
| 132. | Posts regarding ZSAN | | | | |
| 133. | Atlas Trading Room Disclaimer | | | | |
| 134. | Atlas Trading Room Rules | | | | |