United States District Court
Southern District of Texas
**ENTERED**
September 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 4:22-cr-612 |
| EDWARD CONSTANTINESCU, *et al.* | § § | |
| Defendants. | § | |

## ORDER

Upon consideration of the United States' Motion to Post Information under the Crime Victims' Rights Act ("Motion"), the Court hereby ORDERS that the Motion is GRANTED.

The Department of Justice may post the Proposed Post, which was appended to the Motion as Exhibit 1; and

The Department of Justice may also publicly post about the future docketed events in this case, to include the event, date, time and location without further leave of Court.

It is so **ORDERED** at Houston, Texas on this 6th day of September, 2023.

---
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE