## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

## ORDER

Came on to be considered Defendant JOHN RYBARCZYK'S *Opposed Motion to Exclude Exstraneous Episodes from October 2023, Trial* . After considering the matter, the Court is of the opinion that the Motion should be:

☐ GRANTED      ☐ DENIED

SIGNED on _____, 2023.

_____
THE HON. ANDREW HANEN
UNITED STATES DISTRICT JUDGE