UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:22-cr-00612-3 |
| | § | |
| JOHN RYBARCZYK | § | |

### RYBARCKYK'S SUGGESTED ORDER TO ADDRESS PENDING MOTIONS

TO THE HONORABLE ANDREW HANEN, UNITED STATES DISTRICT JUDGE:

JOHN RYBARCZYK ("Rybarczyk"), Defendant, who recognizes the Court's authority to address pending motions in any order it chooses, humbly suggests the following order at the September 7, 2023, hearing, in the interest of judicial economy as scheduling discussions may subsume the evidentiary matters:

**1.   Motions to Continue and/or Severance (Dkt. #s Motion, Responses, any Reply)**

*Mitchell Hennessey's Opposed Emergency Motion to Sever* (Dkt. 365, 373, 377, 380);

*Cooperman's Opposed Joinder of Hennessey's Emergency Motion to Sever* (Dkt. 372);

*Deel and Matlock's Opposed Motion for a Hearing and Continuance* (Dkt. 379, 381);

*Hrvatin's Joinder of Motions for Continuance Jury Trial* (Dkt. 383).

**2.   Evidence Related Motions**

*Rybarczyk's Motion to Exclude Extraneous Episodes at October, 2023 Trial* (Dkt. 408);

*Mitchell Hennessey's Motion to Compel* (Dkt. 374, 384);

*Constantinescu's Motion to Compel Disclosure of Brady Material* (Dkt. 286, 310, 311);

*Constantinescu's 2nd Motion to Compel* (Dkt. 322, 327, 339);

*Constantinescu's 3rd Motion to Compel Brady Material* (Dkt. 328, 344).

Respectfully submitted,

**HILDER & ASSOCIATES, P.C.**

/S/ *Q. Tate Williams*
Q. Tate Williams
Texas Bar No.: 24013760
Philip H. Hilder
Texas Bar No. 09620050
Stephanie K. McGuire
Texas Bar No. 11100520
819 Lovett Blvd.
Houston, Texas 77006
(713) 655-9111–telephone
(713) 655-9112–facsimile
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

Eric Samuel Rosen
Constantine Economides
Dynamis LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 802-9157
erosen@dynamisllp.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023, a true and correct copy of the above and foregoing reply brief was served on all counsel of record via ECF.

/s/ *Q. Tate Williams*
Q. Tate Williams