United States District Court
Southern District of Texas
**ENTERED**
September 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 4: 22 CR 127 |
| v. ) | |
| ) | **FILED UNDER SEAL** |
| HECTOR GONZALEZ ) | |

## ORDER

Pursuant to the Motion to Dismiss Counts II and III of the Indictment on file in this cause with prejudice filed by Shelley J. Sullivan, Assistant United States Attorney for the Southern District of Texas, the Court hereby _grants_ said motion for good cause shown.

Signed on _September_, 2023, in Houston, Texas.

Andrew S. Hanen
United States District Judge
Southern District of Texas