# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 4:22-cr-00612 |
| MITCHELL HENNESSEY, | § § § | |
| *Defendant*. | § | |

## [PROPOSED] ORDER

Having considered Defendant Mitchell Hennessey's Joinder of Motion to Exclude Extraneous Episodes, and construing the same as a separate motion, the Court ORDERS the following:

ORDERED/DENIED: that the government's trial presentation of evidence shall be limited to the 19 securities fraud counts in the superseding indictment.

Signed at Houston, Texas this ___ day of _____, 2023.

_____
THE HONORABLE ANDREW HANEN
UNITED STATES DISTRICT JUDGE