UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.       § | Case No. 4:22-cr-612 |
| § | |
| CONSTANTINESCU, *et al.* § | |
| § | |
| Defendants. § | |

### [Proposed] ORDER

Upon consideration of Defendant Rybarczyk's Motion to Exclude (ECF No. 408), joined by the remaining co-Defendants (ECF No. 412), and the United States' response, the Court hereby ORDERS that the Motion is DENIED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE