# Exhibit 1

**List of Trial Episodes**

| Government Exhibit Number | Episode Information | Defendants |
|---|---|---|
| 2 | Episode 272: Trading in ONTX between July 16, 2020 and August 26, 2020 | Edward Constantin, Mitchell Hennessey, PJ Matlock, Francis Sabo, Gary Deel, John Rybarczyk, Daniel Knight |
| 3 | Episode 332: Trading in SXTC between September 11, 2020 and September 14, 2020 | John Rybarczyk, Gary Deel, PJ Matlock, Francis Sabo, Daniel Knight |
| 4 | Episode 91: Trading in CBAT between January 06, 2021 and February 23, 2021 | PJ Matlock, Edward Constantin, Gary Deel, John Rybarczyk, Mitchell Hennessey, Francis Sabo, Daniel Knight, Tom Cooperman, Stefan Hrvatin |
| 5 | Episode 345: Trading in TRCH between February 10, 2021 and February 23, 2021 | PJ Matlock, Mitchell Hennessey, Gary Deel, John Rybarczyk, Francis Sabo, Edward Constantin, Tom Cooperman, Daniel Knight, Stefan Hrvatin |
| 6 | Episode 359: Trading in VISL between February 04, 2021 and March 30, 2021 | PJ Matlock, Mitchell Hennessey, Gary Deel, John Rybarczyk, Tom Cooperman, Daniel Knight, Francis Sabo, Edward Constantin |
| 7 | Episode 140: Trading in GTT between February 24, 2021 and February 25, 2021 | John Rybarczyk, Francis Sabo, Tom Cooperman, Daniel Knight |
| 8 | Episode 303: Trading in RGLS between March 11, 2021 and March 12, 2021 | John Rybarczyk, Mitchell Hennessey, Gary Deel, PJ Matlock, Tom Cooperman, Daniel Knight, Francis Sabo |
| 9 | Episode 304: Trading in RGLS between June 03, 2021 and June 10, 2021 | PJ Matlock, Gary Deel, Mitchell Hennessey, Tom Cooperman, John Rybarczyk, Daniel Knight, Francis Sabo |
| 10 | Episode 329: Trading in SURF between May 05, 2021 and June 03, 2021 | Gary Deel, Mitchell Hennessey, PJ Matlock, Tom Cooperman, Francis Sabo, Daniel Knight |
| 11 | Episode 40: Trading in ALZN between June 15, 2021 and July 23, 2021 | Edward Constantin, Gary Deel, PJ Matlock, Mitchell Hennessey, John Rybarczyk, Tom Cooperman, Daniel Knight, Stefan Hrvatin, Francis Sabo |
| 12 | Episode 348: Trading in UPC between July 22, 2021 and July 23, 2021 | John Rybarczyk, Gary Deel, Tom Cooperman, PJ Matlock |
| 13 | Episode 1: Trading in ABVC between August 10, 2021 and August 11, 2021 | John Rybarczyk, Gary Deel, Francis Sabo |
| 14 | Episode 94: Trading in CEI between August 03, 2021 and November 30, 2021 | Edward Constantin, Stefan Hrvatin, John Rybarczyk, Francis Sabo, PJ Matlock, Mitchell Hennessey, Daniel Knight, Tom Cooperman, Gary Deel |
| 15 | Episode 111: Trading in DATS between August 13, 2021 and October 26, 2021 | Edward Constantin, John Rybarczyk, Mitchell Hennessey, PJ Matlock, Daniel Knight, Francis Sabo, Gary Deel, Stefan Hrvatin, Tom Cooperman |
| 16 | Episode 236: Trading in NAKD between September 24, 2021 and October 04, 2021 | John Rybarczyk, Gary Deel, PJ Matlock, Tom Cooperman, Francis Sabo, Edward Constantin, Stefan Hrvatin |
| 17 | Episode 128: Trading in EZFL between September 15, 2021 and October 11, 2021 | John Rybarczyk, Edward Constantin, Stefan Hrvatin, Francis Sabo, Gary Deel, PJ Matlock, Tom Cooperman |
| 18 | Episode 229: Trading in MYSZ between October 26, 2021 and November 02, 2021 | Edward Constantin, Mitchell Hennessey, Tom Cooperman, Daniel Knight, Gary Deel, PJ Matlock, Stefan Hrvatin, John Rybarczyk |
| 19 | Episode 284: Trading in PIXY between March 29, 2022 and March 31, 2022 | Gary Deel, Tom Cooperman, Mitchell Hennessey, Francis Sabo, PJ Matlock |
| 20 | Episode 58: Trading in BBI between April 13, 2022 and April 22, 2022 | Edward Constantin, John Rybarczyk, PJ Matlock, Mitchell Hennessey, Tom Cooperman, Gary Deel, Francis Sabo |
| 24 | Episode 35: Trading in AIHS between September 22, 2021 and September 24, 2021 | Gary Deel, John Rybarczyk, Francis Sabo, Tom Cooperman |

| 26 | Episode 57: Trading in BAOS between April 19, 2022 and April 27, 2022 | Edward Constantin, Tom Cooperman, Stefan Hrvatin, Mitchell Hennessey, Francis Sabo, Daniel Knight, John Rybarczyk |
|---|---|---|
| 27 | Episode 65: Trading in BBLG on January 10, 2022 | Gary Deel, PJ Matlock, Tom Cooperman, Francis Sabo |
| 28 | Episode 99: Trading in CNTX between October 20, 2021 and December 21, 2021 | Edward Constantin, John Rybarczyk, Gary Deel, Stefan Hrvatin, Daniel Knight, Francis Sabo, Tom Cooperman, PJ Matlock, Mitchell Hennessey |
| 29 | Episode 130: Trading in FCEL between October 04, 2021 and October 20, 2021 | Edward Constantin, Stefan Hrvatin, John Rybarczyk, Tom Cooperman, Mitchell Hennessey, Daniel Knight, Francis Sabo, Gary Deel |
| 30 | Episode 147: Trading in HCWB between October 18, 2021 and October 22, 2021 | John Rybarczyk, Gary Deel, Mitchell Hennessey, Tom Cooperman |
| 31 | Episode 217: Trading in METX between October 12, 2021 and October 29, 2021 | John Rybarczyk, Stefan Hrvatin, Francis Sabo, Tom Cooperman, PJ Matlock, Daniel Knight, Mitchell Hennessey, Edward Constantin |
| 32 | Episode 221: Trading in MFH between March 22, 2021 and March 23, 2021 | Gary Deel, Edward Constantin, Mitchell Hennessey, PJ Matlock, Francis Sabo, Daniel Knight, Tom Cooperman |
| 33 | Episode 223: Trading in MITQ on July 26, 2021 | Tom Cooperman, Gary Deel, John Rybarczyk |
| 34 | Episode 274: Trading in ONTX between February 03, 2021 and March 19, 2021 | John Rybarczyk, PJ Matlock, Mitchell Hennessey, Francis Sabo, Daniel Knight, Tom Cooperman, Gary Deel, Edward Constantin |
| 35 | Episode 312: Trading in SFET between August 06, 2021 and August 09, 2021 | Gary Deel, PJ Matlock, Tom Cooperman, Francis Sabo |
| 36 | Episode 321: Trading in SNOA on May 03, 2021 | John Rybarczyk, PJ Matlock, Gary Deel, Tom Cooperman, Daniel Knight |
| 38 | Episode 328: Trading in SUPV between February 17, 2021 and February 23, 2021 | John Rybarczyk, PJ Matlock, Francis Sabo, Mitchell Hennessey, Tom Cooperman, Daniel Knight |
| 39 | Episode 330: Trading in SURG on November 09, 2021 | John Rybarczyk, Tom Cooperman, Gary Deel, PJ Matlock, Francis Sabo, Mitchell Hennessey |
| 41 | Episode 361: Trading in VRPX between June 30, 2021 and July 15, 2021 | John Rybarczyk, Gary Deel, PJ Matlock, Tom Cooperman, Francis Sabo, Mitchell Hennessey |
| 43 | Episode 390: Trading in XRTX between November 03, 2021 and November 05, 2021 | Edward Constantin, John Rybarczyk, PJ Matlock, Mitchell Hennessey, Tom Cooperman, Gary Deel, Francis Sabo, Hrvatin Stefan, Daniel Knight |
| 45 | Episode 396: Trading in ZSAN between March 21, 2022 and April 05, 2022 | Edward Constantin, Francis Sabo, Daniel Knight, Mitchell Hennessey, Tom Cooperman |
| 356 | Episode 5 - ACST - June 03, 2020 to June 05, 2020 | Edward Constantin, Mitchell Hennessey, Francis Sabo, Gary Deel, PJ Matlock |
| 368 | Episode 17 - ADMP - April 28, 2021 to May 11, 2021 | PJ Matlock, Gary Deel, Mitchell Hennessey, John Rybarczyk, Tom Cooperman, Francis Sabo, Daniel Knight |
| 392 | Episode 45 - APRE - July 21, 2021 | Gary Deel, John Rybarczyk, Tom Cooperman, PJ Matlock, Francis Sabo |
| 400 | Episode 54 - AVGR - November 10, 2020 | Stefan Hrvatin |
| 406 | Episode 62 - BBIG - April 21, 2021 to April 23, 2021 | Edward Constantin, Francis Sabo, John Rybarczyk, Tom Cooperman, PJ Matlock, Gary Deel |

| | | |
|---|---|---|
| 457 | Episode 117 - DLPN - October 16, 2020 to October 19, 2020 | PJ Matlock, Gary Deel, Mitchell Hennessey |
| 473 | Episode 135 - GRTX - October 27, 2021 to October 28, 2021 | John Rybarczyk, Gary Deel, Tom Cooperman, Francis Sabo, Mitchell Hennessey, Daniel Knight |
| 480 | Episode 145 - HCDI - May 10, 2021 to May 12, 2021 | Edward Constantin, PJ Matlock, Tom Cooperman, Daniel Knight, Francis Sabo, Gary Deel |
| 481 | Episode 146 - HCDI - November 04, 2021 to November 05, 2021 | John Rybarczyk, Gary Deel, PJ Matlock, Edward Constantin, Tom Cooperman, Mitchell Hennessey, Francis Sabo, Daniel Knight, Stefan Hrvatin |
| 512 | Episode 178 - KAVL - October 13, 2021 to October 20, 2021 | Edward Constantin, John Rybarczyk, Gary Deel, Tom Cooperman, Francis Sabo, Daniel Knight, PJ Matlock |
| 521 | Episode 187 - KIQ - October 20, 2021 to November 18, 2021 | John Rybarczyk, Stefan Hrvatin, Francis Sabo |
| 525 | Episode 191 - KXIN - February 10, 2021 to February 11, 2021 | John Rybarczyk, Edward Constantin, PJ Matlock, Mitchell Hennessey, Francis Sabo, Daniel Knight, Tom Cooperman |
| 542 | Episode 208 - MDRR - March 11, 2021 to March 15, 2021 | John Rybarczyk, Mitchell Hennessey, Daniel Knight, Tom Cooperman, Gary Deel |
| 543 | Episode 209 - MDRR - May 07, 2021 to May 17, 2021 | Edward Constantin, Gary Deel, PJ Matlock, John Rybarczyk, Francis Sabo, Tom Cooperman, Daniel Knight, Mitchell Hennessey |
| 566 | Episode 237 - NETE - October 13, 2020 to October 14, 2020 | Edward Constantin, PJ Matlock, Gary Deel, John Rybarczyk, Francis Sabo, Daniel Knight |
| 573 | Episode 244 - NOVN - May 13, 2021 | John Rybarczyk, Gary Deel |
| 619 | Episode 293 - PPSI - January 12, 2021 to January 22, 2021 | Edward Constantin, Francis Sabo, PJ Matlock, Gary Deel, John Rybarczyk |
| 670 | Episode 356 - USEG - March 07, 2022 | Stefan Hrvatin |