# Exhibit 1

Case 4:22-cr-00612   Document 431-1   Filed on 09/25/23 in TXSD   Page 2 of 3