# Exhibit 3

Case 4:22-cr-00612 Document 431-3 Filed on 09/25/23 in TXSD Page 3 of 3