UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | Case No. 4:22-cr-612 |
| § | |
| **CONSTANTINESCU,** *et al.* § | |
| § | |
| **Defendants.** § | |

**[Proposed] ORDER**

Upon consideration of Defendant's Third Motion to Compel (ECF No. 328) and the United States' response, the Court hereby ORDERS that the Motion is DENIED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE