**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, John Rybarczyk, Defendant, and hereby requests this Court allow him permission to travel, together with his wife, to Virginia and Tennessee.

1. Mr. Rybarczyk requests permission to travel from Houston to Virginia on October 13, returning to Houston on October 19, 2023. The reason for the trip is to allow Mr. Rybarczyk to visit his family.

2. Mr. Rybarczyk also requests permission to travel from Houston to Nashville, Tennessee on October 22, 2023, returning on October 26, 2023. The reason for the trip is to allow Mr. Rybarczyk to attend a conference with his wife, who works in real estate (a conference is being held in Nashville).

3. Mr. John Liolos, on behalf of the government, and Officer Ryan McClellan, on behalf of pretrial services, have no objection to the trips.

WHEREFORE PREMISES CONSIDERED, Defendant, John Rybarczyk respectfully requests this Court allow him to travel as requested herein.

Dated: October 2, 2023

                Respectfully submitted,

                */s/ Q. Tate Williams*
                Q. Tate Williams
                Texas Bar No.: 24013760
                Philip H. Hilder
                Texas Bar No. 09620050
                Stephanie K. McGuire
                Texas Bar No. 11100520
                **Hilder & Associates, P.C.**
                819 Lovett Blvd.
                Houston, Texas 77006
                Tel.: (713) 655-9111
                Fax: (713) 655-9112
                philip@hilderlaw.com
                tate@hilderlaw.com
                stephanie@hilderlaw.com

                Eric Samuel Rosen
                **Dynamis LLP**
                225 Franklin Street, 26th Floor
                Boston, MA 02110
                Tel: (617) 977-4163
                erosen@dynamisllp.com

                *Attorneys for Defendant*
                *John Rybarczyk*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2023, a true and correct copy of the above and foregoing was served on all counsel of record via ECF, certified mail, return receipt requested, facsimile, electronically, or hand delivery.

*/s/ Q. Tate Williams*
Q. Tate Williams

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 2, 2023, AUSA John Liolos verified by electronic mail that the government does not object to the travel provided the GPS monitoring remains in place and he otherwise remains in compliance with pre-trial release terms.

*/s/ Q. Tate Williams*
Q. Tate Williams

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

## ORDER ON MOTION TO TRAVEL

Defendant John Rybarczyk's Motion to Travel to Virginia and Tennessee is hereby GRANTED / DENIED.

Defendant John Rybarczyk will be allowed to travel by air to/from Virginia from October 13, 2023 and return on October 19, 2023.

Defendant John Rybarczyk will be allowed to travel by air to/from Nashville from October 22, 2023 and return on October 26, 2023.

SIGNED on this _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE