UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | NO. 4:22-cr-00612-3 |
| § | |
| **JOHN RYBARCZYK** § | |

## ORDER ON MOTION TO TRAVEL

Defendant John Rybarczyk's Motion to Travel to Virginia and Tennessee is hereby GRANTED.

Defendant John Rybarczyk will be allowed to travel by air to/from Virginia from October 13, 2023 and return on October 19, 2023.

Defendant John Rybarczyk will be allowed to travel by air to/from Nashville from October 22, 2023 and return on October 26, 2023.

SIGNED on this October 4, 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE