UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS (HOUSTON)

**UNITED STATES OF AMERICA**   CASE NO.   4:22-cr- 00612-5
    Plaintiff,

v.

 **STEFAN HRVATIN**
Defendant.
_____/

### NOTICE OF APPEARANCE

CARLOS FLEITES, Esq. certifies that he is authorized to practice in this Court and files this appearance as counsel for the STEFAN HRVATIN.  Counsel agrees to represent Defendant for trial and related proceedings. This appearance does not extend to any appellate matters.

Counsel acknowledges responsibility to advise the Defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by Defendant.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF this 5th day of October 2023.

Respectfully Submitted,

by: /s/ Carlos Fleites, Esq.
Carlos M. Fleites, P.A.
FL Bar No.: 0370850
407 Lincoln Road, Suite 12-E
Miami Beach, FL 33139
Telephone: (305) 672-8434
Fax: 305-534-7087
cmfleites@mylawyr.com