UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS (HOUSTON)

**UNITED STATES OF AMERICA**          CASE NO.   4:22-cr- 00612-5
    Plaintiff,

v.

**STEFAN HRVATIN**
Defendant.
_____/

## MOTION FOR SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval by the court, Defendant Stefan Hrvatin moves this court to substitute Carlos M. Fleites, Esq., State Bar No. 370850, as counsel of record in place of Edward Mallett, Esq.

Contact information for new counsel is as follows:

    Firm Name: Carlos M. Fleites, P.A.
    Address: 407 Lincoln Road, 12E, Miami Beach, FL 33139
    Telephone: 305-672-8434
    E-Mail: Cmfleites@mylawyr.com

| | |
|---|---|
| I consent to the above substitution. | */s/ Stefan Hrvatin* |
| Date:  10/3/2023 | Stefan Hrvatin |
| | |
| I consent to the above substitution. | */s/ Edward Mallett* |
| Date:  10/3/2023 | Edward Mallett, Esq. |
| | |
| I consent to the above substitution. | */s/ Carlos M. Fleites* |
| Date:  10/3/2023 | Carlos M. Fleites, Esq. |

## CERTIFICATE OF CONFERENCE

I CERTIFY that undersigned counsel reached out to Assistant United States Attorney Thomas Carter, in an attempt to ascertain the Government's position on this Motion.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing notice was served upon all counsels of record by electronic filing on this 4th day of October 2023.

Respectfully submitted,

CARLOS M. FLEITES, P.A.
Attorney for the Defendant
407 Lincoln Road, Suite 12-E
Miami Beach, Florida  33139
Tel: (305) 672-8434
Fax: (305)534-7087
FL. Bar No.: 0370850
Cmfleites@mylawyr.com

BY:/s/Carlos M. Fleites
      CARLOS M. FLEITES, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS (HOUSTON)

**UNITED STATES OF AMERICA**  CASE NO.  4:22-cr- 00612-5
 Plaintiff,

v.

 **STEFAN HRVATIN**
Defendant.
_____/

# ORDER

Pending before the Court is Defendant's Motion to Substitute Counsel in the above-captioned case. Defendant's Motion is hereby **GRANTED** and Carlos M. Fleites is substituted as counsel for Defendant **with the express understanding that any settings and existing deadlines in this case remain in effect.  Counsel's recent substitution as attorney of record is *not* a basis for a continuance or extension of current settings.**

Attorney Edward Mallet is relieved of his duty to further represent Defendant.

It is so **ORDERED**.

**SIGNED** this _____ day of October 2023.

_____
Andrew S. Hanen
United States District Judge