IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**STEFAN HRVATIN,**<br>   a.k.a. "LadeBackk"<br><br>**Defendant.** | Case No. 4:22-cr-612-5 |

## GOVERNMENT'S STATEMENT OF NON-OPPOSTION TO COUNSEL SUBSTITUTION

The United States, by and through undersigned counsel, respectfully files this statement of non- opposition to Defendant HRVATIN's motion to substitute counsel. (See ECF # 439). This non-opposition is contingent on such substitution not being used as a basis for deviation from the current scheduling order. Additionally, for the purposes of expediency and judicial efficiency, the United States does not oppose the full and complete transfer of all discovery from Defendant HRVATIN's prior counsel to Defendant HRVATIN's proposed substitute counsel.

Dated: October 5, 2023

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By:  *s/ Thomas H. Carter*
Thomas H. Carter
Assistant United States Attorney
1000 Louisiana Street,
Houston, Texas 77002
Tel.: (713) 567-9470

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I will cause the foregoing brief to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties, and serve a copy via email to Defendant's attorney of record, Carlos Fleites at Cmfleites@mylawyr.com.

*/s/ Thomas H. Carter*

Thomas H. Carter
Assistant US Attorney, SDTX
Houston, TX
713-567-9470