United States District Court
Southern District of Texas

**ENTERED**

October 13, 2023

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS (HOUSTON)

**UNITED STATES OF AMERICA**           CASE NO.   **4:22-cr- 00612-5**
    Plaintiff,

**v.**

 **STEFAN HRVATIN**
Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Motion to Substitute Counsel in the above-captioned

case. Defendant's Motion is hereby **GRANTED** and Carlos M. Fleites is substituted as counsel for

Defendant **with the express understanding that any settings and existing deadlines in this case**

**remain in effect.  Counsel's recent substitution as attorney of record is *not* a basis for a**

**continuance or extension of current settings.**

Attorney Edward Mallet is relieved of his duty to further represent Defendant.

It is so **ORDERED**.

**SIGNED** this _11_ day of October 2023.

Andrew S. Hanen
United States District Judge