United States District Court
Southern District of Texas
**ENTERED**
October 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| | § | **Filed Under Seal** |
| v. | § § | No. 4:22-CR-00612-S |
| | § § § | |
| EDWARD CONSTANTINESCU, *et al.* | § § | |

## ORDER

ON THIS DAY came to be considered Mr. Constantinescu's Motion for Issuance of Subpoenas to Brokerages, and having been considered, said Motion is hereby GRANTED. The Clerk is directed to affix the Court's seal to the subpoenas attached to the Motion and mail the subpoenas to Mr. Constantinescu's counsel for service.

SIGNED AND ENTERED this the 13th day of October 2023 at Houston, Texas.

HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE