# EXHIBIT C

By joining the Atlas Trading server, you are agreeing to follow the rules below. Any violation of these will result in a warning or ban. We care about maintaining the quality of this group. **18 and up only!**

1. Treat every member with respect.

2. Do not bash anyone on the server.

3. Do not spam or troll anywhere in the server.

4. Do your own DD! Posts are not a recommendation to buy or sell any security!

5. We will not tell you to buy or sell anything at any time in this room, don't ask.

6. You are solely responsible for your own trading decisions we are NOT advisors.

7. Nothing in the information posted inside this room is intended to be or should be interpreted as a promise or guarantee of any particular result.

8. Nothing in the information posted inside this room is intended to be or should be interpreted as trading advice.

9. DO NOT SELF PROMOTE. This means no posting your social media links and telling people to follow you.

10. Swear words ARE allowed. However, we ask that you're respectful of them. Don't overdo it.

11. Do NOT try to sell any products to members without permission from an admin.

12. People that are just here to troll and hate will be instantly banned, we don't even entertain it. No bashing a member or calling everyone FURU's or pumpers or any of that drama garbage.

13. We do not deal in certainty, do not post things like "buy ____ stock it will explode!!!" "don't miss out!!!" stuff like that.

14. Do not ask anyone for money or to trade for you!

15. Do not post links to social media pages, referral links, other chatrooms, OR anything requiring the purchase of anything. Instant ban for this!

16. NO Posting of FALSE information. If you provide data in the chatroom at all you better have evidence and proof of it! If you make a claim and can't prove it/don't want to, ban!

17. Highly offensive content/images will result in a ban