United States District Court
Southern District of Texas
**ENTERED**
October 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Select the Division | Case Number | 4:22-cr-00612 |
|---|---|---|---|

**UNITED STATES OF AMERICA**

*versus*

**JOHN RYBARCZYK**

| | |
|---|---|
| Lawyer's Name | Constantine Economides |
| Firm | Dynamis LLP |
| Street | 1111 Brickell Ave., 10th Floor |
| City & Zip Code | Miami, FL 33131 |
| Telephone & Email | (305) 985-2959  ceconomides@dynamisllp.com |
| Licensed: State & Number | Florida: 118177; New York: 4970133; DC 1531258 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | John Rybarczyk |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/21/2023 | Signed: | /s/ Constantine Economides |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 10/12/2023    Clerk's signature R. Hawkins

## Order

Dated: 10/13/23

This lawyer is admitted *pro hac vice*.

_____
United States District Judge