UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | NO. 4:22-cr-00612-3 |
| | § | |
| **JOHN RYBARCZYK** | § | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

TO THE HONORABLE JUDGE ANDREW S. HANEN:

COMES NOW, John Rybarczyk and hereby requests this Court allow him permission to travel, together with his family, to Virginia.

I.

Mr. Rybarczyk requests permission to travel from Houston to Virginia on November 19, returning to Houston on November 26, 2023. The reason for the trip is to allow Mr. Rybarczyk to visit his family for Thanksgiving.

Mr. John Liolos, on behalf of the government, and Officer Ryan McClellan, on behalf of pretrial services, have no objection to the trips.

WHEREFORE PREMISES CONSIDERED, Mr. Rybarczyk respectfully requests this Court allow him to travel as requested herein.

Dated: October 31, 2023              Respectfully submitted,

*/s/ Q. Tate Williams*
Q. Tate Williams
Texas Bar No.: 24013760
Philip H. Hilder
Texas Bar No. 09620050
Stephanie K. McGuire
Texas Bar No. 11100520

**Hilder & Associates, P.C.**
819 Lovett Blvd.
Houston, Texas 77006
Tel.: (713) 655-9111
Fax: (713) 655-9112
philip@hilderlaw.com
tate@hilderlaw.com
stephanie@hilderlaw.com

Eric Samuel Rosen
**Dynamis LLP**
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel: (617) 977-4163
erosen@dynamisllp.com

*Attorneys for Defendant*
*John Rybarczyk*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, a true and correct copy of the above and foregoing was served on all counsel of record via ECF, certified mail, return receipt requested, facsimile, electronically, or hand delivery.

*/s/ Q. Tate Williams*
Q. Tate Williams

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **VS.** § | **NO. 4:22-cr-00612-3** |
| § | |
| **JOHN RYBARCZYK** § | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

## ORDER ON MOTION TO TRAVEL

Defendant John Rybarczyk's Motion to Travel to Virginia is hereby GRANTED / DENIED.

Defendant John Rybarczyk will be allowed to travel by air to/from Virginia from November 19, 2023 and return on November 26, 2023.

SIGNED on this _____, 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE