1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
2                          HOUSTON DIVISION

3

4    UNITED STATES OF AMERICA     .    4:22-CR-612

5    VERSUS                       .    HOUSTON, TEXAS

6    EDWARD CONSTANTINESCU,        .    DECEMBER 18, 2023

7    ET AL,                       .    10:00 A.M.

8    . . . . . . . . . . . . . .

9

10                   TRANSCRIPT OF MOTION HEARING
                 BEFORE THE HONORABLE ANDREW S. HANEN
11                   UNITED STATES DISTRICT JUDGE

12
                             *APPEARANCES*
13

14

15   FOR THE GOVERNMENT:

16        Thomas Heyward Carter
          Assistant United States Attorney
17        1000 Louisiana
          Suite 2300
18        Houston, Texas  77002

19

20   ALSO FOR THE GOVERNMENT:

21        Scott P. Armstrong
          John J. Liolos
22        Yifei Zheng
          UNITED STATES DEPARTMENT OF JUSTICE
23        1400 New York Avenue Northwest
          Washington, DC  20005
24

25

1                     *APPEARANCES - CONTINUED*

2

3    FOR DEFENDANT EDWARD CONSTANTINESCU:

4         Matthew A. Ford
          FORD O'BRIEN LANDY
5         3700 Ranch Road 620 South
          Austin, Texas 78738
6
     FOR DEFENDANT PERRY PJ MATLOCK:
7
          Luis A. Reyes
8         ASHCROFT LAW FIRM
          919 Congress Avenue
9         Suite 1500
          Austin, Texas  78701
10

11   FOR DEFENDANT JOHN RYBARCZYK:

12
          Quentin Tate Williams
13        HILDER & ASSOCIATES PC
          819 Lovett Boulevard
14        Houston, Texas  77006

15
          Eric S. Rosen
16        FREEDMAN NORMAND FRIEDLAND LLP
          225 Franklin Street
17        Twenty-Sixth Floor
          Boston, Massachusetts 02110
18

19

20

21

22

23

24

25

1                          *APPEARANCES CONTINUED*

2

3     FOR DEFENDANT GARY DEEL:

4          Zachary B. Fertitta
           FERTITTA LAW FIRM
5          902 Heights Boulevard
           Houston, Texas  77008
6
      FOR DEFENDANT STEFAN HRVATIN:
7
           Carlos Fleites
8          Attorney at Law
           407 Lincoln Road
9          Suite 12-3
           Miami Beach, Florida  33139
10
      FOR DEFENDANT TOM COOPERMAN:
11
           Chip B. Lewis
12         Attorney at Law
           1207 South Shepherd Drive
13         Houston, Texas  77019

14         Sina M. Zadeh
           SINA ZADEH LAW FIRM
15         1001 McKinney Street
           Suite 803
16         Houston, Texas 77002

17
           Erin M. Epley
18         ERIN EPLEY LAW FIRM
           1207 South Shepherd Drive
19         Houston, Texas  77019

20

21    FOR DEFENDANT MITCHELL HENNESSEY:

22         Laura MK Cordova
           JACKSON WALKER LLP
23         1401 McKinney Street
           Suite 1900
24         Houston, Texas  77010

25

1                          *APPEARANCES CONTINUED*

2

3

4    ALSO FOR DEFENDANT MITCHELL HENNESSEY:

5           Michael James Murtha
            JACKSON WALKER LLP
6           2323 Ross Avenue
            Suite 600
7           Dallas, Texas 75201

8

9    FOR DEFENDANT DANIEL KNIGHT:

10          No appearance

11

12
     OFFICIAL COURT REPORTER:
13
            Mayra Malone, CSR, RMR, CRR
14          U.S. Courthouse
            515 Rusk, Room 8004
15          Houston, Texas  77002

16

17   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.
18

19                              - - - - -

20

21

22

23

24

25

1        ***PROCEEDINGS***

2            THE COURT:  22-CR-612, United States versus Edward

3    Constantinescu, et al.

4                This hearing is obviously right now in open

5    court.  It has to do with some discovery measures.

6                Mr. Williams, do I understand it that you don't

7    want it to go forward in open court?

8                And I will let you lead off.

9            MR. WILLIAMS:  Judge, we have one issue that -- you're

10   right -- is related to a matter we filed ex parte under seal

11   and it's been advised to my colleague that you wanted to take

12   up today.

13           THE COURT:  The reason I did, and the reason I thought

14   it didn't matter whether it was ex parte or not, is because the

15   government knows all about it.

16           MR. WILLIAMS:  I don't know that they know about our

17   subpoena -- our 17(c) matter because it was filed ex parte

18   under seal.  I don't think they know the substance of this

19   request.  I believe Mr. Ford's is well-known, which I thought

20   was the main --

21           THE COURT:  And it may be.

22           MR. WILLIAMS:  What he is seeking and what they are

23   seeking to quash is substantively different than what we were

24   looking for.

25           THE COURT:  Yours may not be the subject of the

1    hearing then.

2              MR. WILLIAMS:  I hope not.

3              THE COURT:  I don't know what it is.

4              MR. WILLIAMS:  Outside the presence of the state -- of

5    the U.S. government, I would be happy to explain it to you.

6              THE COURT:  Let me shift over to Mr. Carter.

7                   Mr. Carter, I scheduled this hearing because of

8    you, not you personally, but the government.  You had an issue

9    with some subpoenas.

10                  Who wants to address that?

11             MR. ARMSTRONG:  Yes.  Good morning, Your Honor.  Scott

12   Armstrong for the United States.  My colleague Mr. Liolos will

13   address this issue.

14             THE COURT:  Okay.

15             MR. LIOLOS:  Good morning, Judge.  John Liolos on

16   behalf of the United States.

17                  This is the first we have heard about

18   Mr. Rybarczyk's subpoena, so we are just here to address

19   Mr. Constantinescu's subpoenas.

20                  It came to our attention that they served at

21   least 11 subpoenas on individuals previously appearing on our

22   witness list, all but one of whom are alleged victim witnesses

23   in this case, and the last one is an ostensible whistleblower.

24                  The Supreme Court's strict standard in Nixon

25   applies to these trial subpoenas, and on their face, these

10:06    1    subpoenas don't satisfy those factors and nothing that the

2    defendant has proffered since satisfies those factors.  And

3    it's their burden to satisfy the factors.

4            Just to give the Court some brief examples of why

10:06    5    that is, four of the seven requests seek documents from 2019,

6    which is a year before the charges in this case.  That

7    demonstrates that they are overbroad, they are burdensome on

8    these alleged victims, and that they are just a fishing

9    expedition, which is precluded by Nixon.  That's the fourth

10:06    10    Nixon factor.

11            Another example of why these are overbroad is

12    they seek entire categories of documents, like the entire

13    export of their Twitter file.  That necessarily can't be

14    evidentiary under Nixon, which it is required to be, because

10:07    15    there is going to be reams of hearsay in there.  There's going

16    to be a ton of things that just can't come in, and there is no

17    evidentiary basis for it.  That's the type of request that is

18    routinely precluded under the Nixon factors.

19            Other examples:  One of the Nixon factors is that

10:07    20    the material can't be obtainable by reasonable due diligence

21    prior to trial, but a number of these requests can be knocked

22    out with Google searches.  For example, they want all of the

23    victim witnesses's other social media accounts.  They have made

24    no showing that they have even tried to search the Internet for

10:07    25    them.  That is required under Nixon.

10:07    1          They want statements that they have made about

2    the defendants or their social media accounts.  They have made

3    no showing that they have gone online and tried to find said

4    statements.  Moreover, they seek all such statements, not

10:07    5    specific ones that they have identified, which even if you look

6    at Nixon, in that case, the parties seeking the information

7    made specific evidentiary showings, put on witnesses that were

8    parties to the cause at issue and established the relevancy and

9    potential admissibility of the content of the calls.  These

10:08    10    requests don't come anywhere near that, and the defendant

11    hasn't met their burden.

12          Furthermore, they claim in their response to have

13    already received some documents from one party that they have

14    subpoenaed, and they have refused to share that with us, which

10:08    15    Rule 17 permits both parties access, if the Court will order

16    it.  And we would request that the Court do so.

17          Unless the Court has specific questions about

18    some of these requests -- and I have the subpoena here -- we

19    can tick through the specific requests, if it is helpful to

10:08    20    you, but --

21          THE COURT:  Who wants to respond?

22          MR. FORD:  Thank you, Your Honor.  Matthew Ford on

23    behalf of Defendant Edward Constantinescu.

24          We served these subpoenas on witnesses based on

10:09    25    the government's theory of the case.  Right?  What they are

10:09  1  arguing is my client when onto Twitter and posted something

2  about a stock.  This witness read that.  Caused them to

3  purchase the stock.  My client then sold the stock at some

4  point but didn't alert them to the fact of them selling it, and

10:09  5  then this individual supposedly lost money.

6  So we are seeking really two categories of

7  documents.  One is trading records for these witnesses, which

8  we don't have.  And two, their social media activity.

9  Now what we tried to do with the social media

10:09  10  requests, there are two sorts:  One going to Twitter and one

11  going to Discord.  We are not able to obtain this any other

12  way.

13  If you look at Twitter's website, you need a

14  warrant to get that information.  The Stored Communications Act

10:09  15  is going to bar us from doing that.

16  What we tried to do is make it as easy as

17  possible on the witnesses.  There's a button -- you can go onto

18  your Twitter login.  You click a button.  It downloads and

19  archives everything that you have done on Twitter, and then you

10:10  20  would submit that to us so we would have all of the tweets that

21  they made about these stocks, any messages or times that they

22  have interacted with the defendants or other individuals about

23  trading stocks, sort of all of this information.

24  There's other specific information that is

10:10  25  difficult to obtain online, such as every time they liked a

post.  So let's say that an individual goes onto his Twitter,
sees somebody other than my client, right, saying, Let's, you
know, buy this stock, it's going to go to the moon, and they
like it.  Right?  We think we should get access to it.  We are
going to cross-examine them on that exact fact.  We are going
to try to prove that there were many people talking about the
same stocks.

        The reason we can't obtain it for the reasons the
government is mentioning, one, people's Twitter accounts are --
can be made private.  They either are or can be made private.
In that case, we would not be able to access any of the
information from Twitter.

        Two, they can delete things.  So it's entirely
possible that in 2021, they had posted something on their
Twitter and then chose to delete that.  Then we would have no
access to it.  If we receive the actual file --

        THE COURT:  If it's deleted, can you recover it?

        MR. FORD:  Twitter will have it.  Because when you
send us the archive, it is basically a list of every keystroke
that you did.  If you liked something and then changed your
mind two weeks later and unliked it, it will have both the like
and then the subsequent unliking.

        As far as any concerns, you know, about privacy,
or that sort of thing, there's a protective order in place.
And I can assure you, the government has given us literally

tens of millions of pages.  The last thing I need is a pile of
more irrelevant documents, and I don't care about witness's
communications that have nothing to do with this case.

For us, we were trying to think about what is the
easiest way for the witnesses to get us this information, and
the reality is if we sent them a targeted subpoena that said,
Go through every time you have liked a post over the past
two years, read every one and then send us individually every
single time a screenshot of when you liked that post, it would
potentially take weeks and weeks versus sending the data to us.
We have the capacity and the ability, through our document
vendor, to sift through and filter and get the stuff.

Obviously, we are willing to work with the
government or, more specifically, with the individual witnesses
to make sure they are not feeling overburdened.  But the ones
we have spoken to on the phone, they are not saying what the
government is claiming.  They do not view this as being overly
burdensome, and I think it's really just a matter of a click of
a button to get us this information.  That's on the social
media side.

With regards to the trade records, it's actually
outstanding that they are saying we should not have access to
these individuals' trading records.  If they want to take the
stand and get up and say, I read your client's Twitter post and
that caused me to buy it, and he didn't disclose it, so I

10:13     1    didn't sell it and I lost money, I would like to see the trade

          2    records.  That's what is going to corroborate the time that

          3    they made the sales.

          4              THE COURT:  Let me hear from the government.

10:13     5                   Stay right here.

          6         MR. LIOLOS:  Your Honor, as to the trading records,

          7    they already have the relevant trading records.

          8              The way that we found these individuals is

          9    through the SEC blue sheets and seeing that they traded these

10:13    10    stocks on the days of the post in question.  We have already

         11    turned that over with our preliminary discovery.  So for each

         12    of these, they can see in the tickers and time periods at issue

         13    when the individual traded, when they bought, when they sold.

         14    And they have produced to us some of them, their underlying

10:13    15    trading records more broadly, and we have, of course, turned

         16    that over, as well.  So the records that they are seeking are

         17    all of their trading for tickers and time periods that aren't

         18    at issue in this case that can't be relevant or evidentiary.  I

         19    don't see a viable theory where that can come in.

10:13    20              As to the social media requests, what they are

         21    seeking is broader than what we even have for the defendants'

         22    social media accounts in this case.  They want everything in

         23    their Twitter account.

         24              THE COURT:  Well, I'm hearing the fight we have in the

10:14    25    civil side all the time.  I don't hear you saying they don't

1   get that information.  What I hear you saying is what they

2   asked for is too much.

3        MR. LIOLOS:  What they asked for is way beyond what is

4   relevant and admissible in this case, which is what Nixon

5   requires the request to be.  It needs to be specific, and there

6   needs to be a viable theory of evidence.  And it's purely

7   speculative.  They have to make a showing that they can't get

8   this without due diligence, and they are speculating that these

9   accounts are private.

10        What they need to do is show that they have tried

11   to google for the account and that they can't get it.  That's

12   what Nixon requires.

13        MR. FORD:  Your Honor, if I may.  Let me just address

14   the blue sheet issue.  We have received some blue sheets for

15   some stock tickers, not all of them.  But what blue sheets are,

16   FINRA or the SEC is making a request to a specific firm, a

17   broker dealer, regarding a certain trade at a specific time and

18   a specific stock.

19        So the fact that the SEC went to TD Ameritrade

20   and asked TD Ameritrade for their trade log for that day

21   doesn't answer the question of whether a witness traded with

22   Etrade, traded with Interactive Brokers or any of the other

23   many, many large firms that people use for broker dealers for

24   their trading.  So the blue sheets don't really help us in that

25   regard.  They are incomplete.

10:15    1          We want these individuals' trade data for all

2    their accounts.  Right?  Because they could have been trading

3    the same stock in multiple accounts.

4                As far as obtaining the stuff, what I see is

10:15    5    really my -- well, there's the privacy issue.  We have looked

6    at the accounts, but there is an authenticity issue that's

7    going to wind up extending trial.  Right?  Which is if I go to

8    one of these witnesses and say, Hey, look, there is a

9    screenshot that I took of something you supposedly liked off

10:16   10    the Internet, they are going to say, I have never seen that.  I

11    don't know what that is.

12                I don't know how to authenticate it, which means

13    we have to wait for our defense presentation.  We're going to

14    have to call my paralegal or whoever is going to testify that

10:16   15    she took the screenshot, and then we are going to have to go

16    back and coax the witness into admitting that they did that.

17            THE COURT:  Let me stop you both for a minute.

18                Mr. Williams, did you want to --

19            MR. WILLIAMS:  Yes, Your Honor.  I hate to interrupt.

10:16   20    That's not true.  I like to interrupt.

21                This raises an issue that actually we will go

22    ahead and deal with in open court because of judicial economy,

23    and it's out there.  Our 17(c) request requests trading

24    records -- 26 sets of records from a half dozen companies for

10:16   25    the alleged victims.  And so the substantive difference is we

10:16   1   are not going to get them from the victim.  We are trying to

2   get them from the third party, the actual custodians, and we're

3   trying to get those records for the relevant time period of the

4   indictment, January 2020 to April 2022.

10:16   5              To the extent Your Honor would like to address

6   that in open court while considering the relevance of their

7   request --

8        THE COURT:  Let me -- this is, to me, something that

9   we should work out -- that y'all should work out, and then I

10:17   10   should ultimately approve.  I want to see the final work

11   product too, but within these parameters:  I think the

12   defendants get this information.  I mean, if you are going to

13   put somebody up on the stand that said I got hoodwinked and for

14   the three months prior, they have been trading in this stock

10:17   15   before anyone ever posted, I mean, that's relevant.

16              Now, do I think they should get anything they

17   ever posted on Twitter or, you know, all their Facebook

18   accounts or anything?  No.  That's not relevant.  I mean, these

19   requests need to be tailored to this case and to the witnesses,

10:18   20   but I think that's the only way that the defendants can defend

21   themselves.  And, I mean, there may not be -- there may be

22   smoke but no fire.  I mean, they may take one look at it and

23   go, Oh, yeah, they began trading the day my guy posted.  And

24   ultimately it may end up hurting them rather than helping them.

10:18   25   But the defendants I think have a right to this material.

10:18    1          Having said that, as I just said, but I will
         2    repeat myself, these people aren't necessarily involved in this
         3    case.  I mean, they are, but they aren't.  I would hope they
         4    don't have a dog in the fight.  They may.  I don't know.  But I
10:18    5    don't want over-abusive discovery.  I don't want fishing
         6    expeditions, but I think -- with certain tickers, certain
         7    stocks during the relevant time period, I think the defendants
         8    get that information.
         9          Now, what I'm suggesting is while you are here,
10:19   10    Mr. Ford, Mr. Williams is here, the government is here.  Why
        11    don't we sit down -- take a break, sit down and look at the
        12    actual subpoenas and let's tailor something that fits this case
        13    that's not abusive?
        14          Now, I understand your argument that maybe they
10:19   15    should try various ways and come in and tell me how they did
        16    it.  But if Mr. Ford is right -- and I don't hear you saying
        17    he's not right.  If there's a way -- there are two ways of
        18    doing this.  One, the victim or the victim representative has
        19    to go line by line by line by line, well, that's crazy.  If
10:20   20    there's a way that you can just press a button and key in and
        21    produce this stuff.  I will have to tell you I'm not enough of
        22    a tech guy to know which is right and which isn't.  But why
        23    wouldn't we make it -- these are third parties.  Why wouldn't
        24    we take the easiest route on them, the least burdensome?
10:20   25          Go ahead.

10:20  1    MR. ARMSTRONG:  Your Honor, if I may.  It should not

2  be a table stake to participate in this case that you have to

3  produce as an alleged victim every single Twitter message and

4  Twitter post and every single step you took on social media.

10:20  5  That's not relevant.

6    THE COURT:  I just said that.  I agree with you.  I

7  agree with you.  But that's why the requests need to be

8  narrowed.  But what I'm suggesting is that y'all sit down and

9  collaborate.  But I think their comments about the stocks in

10:21  10  issue, their trading history of these stocks, I mean, that's

11  fair game.

12    MR. ARMSTRONG:  Your Honor, the problem here is that

13  these subpoenas are a Trojan horse because Mr. Ford is saying

14  he has not received the trade records for the relevant time

10:21  15  periods for the episodes in this case.  That is just flatout

16  false.  I cannot underscore that enough.

17    The justification for the subpoenas on themselves

18  rest on a premise that is completely refuted by the discovery

19  in this case.  They have their trading records two ways to

10:21  20  Sundays.  They have it from the blue sheets, which detail every

21  single person who traded in these stocks in the relevant period

22  and their trading account.  They also have it for 99 percent of

23  the witnesses, the actual hard copy productions that the

24  witnesses gave to us.  So the idea that they don't have the

10:21  25  trading records, that we have not produced them and given them

10:21   1   up, is just flatout wrong and false.  We have given them twice.

2        MR. FORD:  If I may.  I went over the blue sheet

3   issue.  Again, what we are talking about is a request from

4   either the FINRA or SEC to a specific firm.  We do not -- one,

10:22   5   we don't have blue sheets for all the stock tickers they have

6   raised.  So there's that.  But even if we do, it is incomplete

7   data because it reflects only the trading that occurred to a

8   specific firm.  For example, TD Ameritrade that the SEC

9   requested the information from.

10:22   10        Even a request from NASDAQ for a blue sheet,

11   which we don't have, would not reflect all trading because not

12   all trading occurs on the same exchange.  Some occurs off

13   exchange.  So it doesn't represent it.

14        As far as what they are talking about, trade

10:22   15   records, what we have for many of the witnesses, it appears

16   they took screenshots on their phones of some of the trading

17   they did.  They provided them to the FBI, and then that has

18   been produced to us.  But what I'm talking about is an

19   export -- and I think Mr. Williams, as well.  We're talking

10:22   20   about an export of data from all of their broker dealers in

21   which they traded this particular stock symbol that we are

22   seeking.  Right?  So if they are going to say that my client

23   was responsible for NAKD, you know, causing their trading, I

24   would like to have -- know all of their broker dealers and all

10:23   25   of the trading they did.  And if not, screenshots that the

witness took of some of the trades that they think will

ultimately help them recover restitution, or money in the SEC

case.  I want to see their full records.

MR. ROSEN:  Judge, if I could step in --

THE COURT:  Why don't you identify yourself because

the court reporter can't see who it is.

MR. ROSEN:  Eric Rosen on behalf of Mr. Rybarczyk.

Just very briefly, to weigh in about the blue

sheets, I spent a lot of time in that data.  The problem is

also, there are generally only one or two dates.  So you have

one or two days of these massive trading histories for tens of

thousands of people.

A lot of the witnesses didn't sell right away or

didn't buy during that time period, so it's just a small slice

of data.  Some of these people sold weeks or months later.

Why they bought, why they sold, it is extremely

relevant to how we are going to go about proving our case.  So

the fact that they have given blue sheets for one day -- and by

the way, it hasn't been for all the stocks.  We are still

missing a lot of blue sheet data for many of the tickers at

issue, but the fact that there's just one or two days, it's

irrelevant.

Also, one other thing, we need to get these

people's trading histories, because how they are buying in and

out of stocks, not just the ones that are relevant here, but we

10:24   1    are talking -- these people are investing in meme stocks.  Day

2    in and day out, stocks that pop, one hundred percent, two

3    hundred percent in one day.

4           How are they evaluating when to buy and when to

10:24   5    sell?  Is it:  They did this ten times before?  Not relying on

6    the defendants here and did the same pattern over and over

7    again?  Negating the fact that they were hoodwinked when one of

8    the defendants tweeted something out.  For us, that is

9    extremely important.

10:24  10          So we have only gotten one or two stocks for a

11   lot of these people that the stocks were their, quote/unquote,

12   victims.  But you start looking through the blue sheet data and

13   looking and seeing some of these other people, they are in and

14   out of these stocks constantly, like normal day traders.  Their

10:25  15   buying and selling is not dependent on the defendants.

16          That's why when we served the 17(c) subpoena, we

17   are asking for all of these trading records because they are

18   extraordinarily relevant to how these, quote/unquote, victims

19   are going to be presented at trial.

10:25  20          MR. ARMSTRONG:  Your Honor, if I may.  The issue here

21   seems to be, at best, at absolute best, that this information

22   is impeachment material.  That in and of itself should doom

23   these subpoenas from the jump.  So what we are doing is we are

24   asking these individuals who are not sophisticated actors to

10:25  25   comply with a ream of requests.

10:25    1            Now, it may be the middle ground is that they can
         2    issue these subpoenas to third parties, to the actual
         3    brokerages who have sophisticated means to process and produce
         4    this information, but to require an individual who is in the
10:25    5    middle of nowhere to have to have the sophistication and the
         6    wherewithal to respond to inadmissible subpoenas from the jump
         7    is just a step too far.

         8            THE COURT:  That's why I suggested we do it the
         9    easiest way.  I'm not trying to overburden these people.  I
10:26   10    mean, as I said, they are third parties.

        11            Whether they are mad at the defendants or mad at
        12    the government for getting them involved in this or don't care
        13    one way or the other, I don't think we ought to overburden
        14    them.  But here's what I want.  I want y'all to sit down while
10:26   15    we are here -- I'm going to take a break -- and talk about
        16    this.  See if y'all can work this out.

        17            If you can't, I will rule.  But I think the
        18    defendants get the trading records for a period of time, let's
        19    say two or three months.  I'm just throwing this out.  You guys
10:27   20    know the facts so much more than I do, but before the
        21    indictment and maybe after another month or six weeks
        22    afterwards, so a window, and they get that and they get
        23    specific -- the trading records and they get specific Internet
        24    tweets, whatever, whatever, but specific to this case.  I mean,
10:27   25    I don't care if they are tweeting their girlfriend or whatever.

That's out.

MR. FORD:  We don't either, by the way.

THE COURT:  But specific as to these stocks, the indictment stocks, as far as Internet communications, I think -- I mean, they are entitled -- maybe some guy has a tweet that says, Did you see what Mr. Matlock recommended?  Only an idiot would buy this stock.  They are entitled to that.

MR. FORD:  I can do you an even better one.  I only got to their first witness alphabetically.  So they have accused with regard to a stock ticker called BBI my client of committing securities fraud for purchasing the stock at 33 cents and claiming it was going to go to 50 cents.  This is their first supposed victim witness tweeting on his own, nothing to do with my client, that he believed BBI's strong buy with a price prediction of three to four dollars.  And then he tweets -- long after my client was out of the position, he tweets that BBI's strong buy rating with an average price target of 267.  So the allegation is that my client defrauded this individual by saying he thought a stock was going to 50 cents, who on his own was tweeting that the stock he thought was going to go to four dollars.  And not to be outdone, he tweets on April 21st, so in the week or two that this conspiracy supposedly happened.  He says he's definitely holding to 50 cents.

I suspect that when he gets called to the stand

10:29   1   and we get those trade records, this individual will have sold

2   his stock before it ever reached 50 cents.  So that's what we

3   are looking for.  It is how we are going to prove the case.

4           Frankly, I think it is offensive to the Court

10:29   5   that this individual would even be called, as he is engaging in

6   the identical conduct the government is claiming my client

7   engaged in and was wrongful.  It is representative of the way

8   everybody was acting on Twitter during this time period,

9   tweeting memes, making claims about prices and so forth.

10:29   10      THE COURT:  Mr. Ford, let me suggest that everybody

11   doing it is not a good defense.

12      MR. ARMSTRONG:  Your Honor, also, this is just like

13   patently absurd.  This demonstrates that they have information

14   and they can get it with their own reasonable diligence.  And

10:30   15   so the idea that this information is like hiding somewhere, and

16   we're the cause of that is just beyond ridiculous.

17      THE COURT:  I'm going to allow them to have the

18   subpoenas.  I'm allowing you to exercise some narrowing

19   function to narrow it to this case.  Because I don't think they

10:30   20   ought to get, as I said, extraneous material, but I do think

21   they have a right to see their trading records.  If you are

22   going to put them on the stand and say they are victims, they

23   have a right to cross-examine.

24      MR. ARMSTRONG:  Your Honor, I understand your position

10:30   25   and I understand what you are saying.  But isn't the result of

10:30  1   that that they can cut 17(c) subpoenas to the brokerage houses,

2   as apparently Mr. Williams did, instead of burdening the

3   individuals with these broad requests?

4           THE COURT:  If we can get them from the brokerage

10:30  5   houses, I'm fine with that.  They can't get from the brokerage

6   houses, you know, their tweets and their participation in

7   social media.

8           MR. LIOLOS:  Your Honor, he just demonstrated that he

9   is capable of doing that, which is one of the Nixon factors,

10:31 10   and admitted that he has only done it with one of the 11

11   witnesses.  That fails Nixon.

12           THE COURT:  Well, maybe y'all can -- need to educate

13   me, but I'm hearing Mr. Ford say -- and I'm not hearing anyone

14   arguing -- that there is an easy way to do this.

10:31 15           MR. FORD:  We think for both the social media accounts

16   and the trade records, very easy.  We actually provided the

17   link, the Twitter link.  All they have to do is click a button

18   and download all the data.  So that's simple.

19           It depends on what firm they are using, what

10:31 20   broker dealer, but we know for all the main ones, TD, IB,

21   Etrade and so forth, TradeZero, the ones people typically use,

22   you just basically log-on and you will click.  Your 1099-Bs for

23   the past couple years will come up right away.  They are very

24   easily accessible.

10:31 25           When we say burden, this is stuff I think in

10:31   1    total that witnesses can obtain in under ten minutes.

2           MR. ARMSTRONG:  Your Honor, the standard is not how

3    difficult is it to get.  The standard is a three-part test

4    under Nixon, and they are just fishing for reams of

10:32   5    information.

6           I think Your Honor understands our position that

7    these are patently improper.

8           THE COURT:  Broadly, I'm overruling it.

9           Specifically, I want y'all to sit down and narrow

10:32   10   these requests.  I'm not giving them every time you have been

11   on the Internet, but I am allowing them every time they talked

12   about one of these stocks within, say, a month before the

13   allegations began and a month after.

14          MR. FORD:  Understood.  Thank you, Your Honor.

10:32   15          THE COURT:  Let's get Mr. Williams involved and let's

16   get the input from everybody so we can come up with one set.  I

17   don't want to burden these people with multiple sets either.

18          If you think -- and I'm thinking down the road

19   here.  I mean, it may be better to get at least the trading

10:33   20   records from the brokerage houses, not only because it doesn't

21   burden the individuals but because we can get them in

22   admissible form and we don't have to worry about somebody

23   trying to, you know, get up and prove up:  Is this all of them?

24   Well, I don't know.  We can get them in admissible form from

10:33   25   the brokerage houses, but let's go ahead and get them now.

10:33   1        We know we are looking at a spring trial setting

2   that I'm going to hold y'all to, but let's be reasonable in the

3   request part.  Let's be -- and I understand the government's

4   overall objection.  I'm overruling that objection.

10:34   5        One thing I am granting the government is they

6   get a copy of everything.

7        I think, you know -- I know I come from the civil

8   side of the street, but we all go to trial knowing what each

9   other has.  I'm not against a good surprise, but for the most

10:34   10  part, both sides ought to know the trading records.  There's no

11  surprises there.  They either traded or they didn't trade.  The

12  time either fits the government's scenario or it doesn't.

13       Why don't y'all take 20 minutes, just sit around

14  the table, and, Mr. Williams, I think you and Mr. Rosen ought

10:35   15  to be involved in this too.

16       MR. WILLIAMS:  Yes, Your Honor.  I'm forwarding the

17  government copies of these.

18       THE COURT:  And let's get this put to bed so we can

19  get the process rolling here.

10:35   20       All right.  It's 10:35 now.  I'm going to come

21  back in at 11:00 and see how you are doing.

22       If you get done, let Rhonda know.

23       MR. ARMSTRONG:  Thank you, Your Honor.

24       MR. WILLIAMS:  Thank you, Judge.

10:35   25       *(Court recessed at 10:35 AM)*

11:11   1      *(Court resumed at 11:11 AM)*

2              THE COURT:  It looks like the government has called in

3      reinforcement.

4                      Where are we, Mr. Ford?

11:14   5          MR. FORD:  We have reached a resolution on nearly

6      everything.  There are seven requests.

7              I will do this quickly.  Request 7, which we are

8      seeking communications about any of the Twitter handles that

9      any of the codefendants have.  The government has agreed to

11:15   10     that.

11             Number 6, we are seeking copies of communications

12     with the -- I'm sorry -- regarding any of the codefendants,

13     about them.  The government has agreed to that.

14             Number 5, we were originally seeking from

11:15   15     January 2019 to April 2022.  We are changing it to -- we

16     modified it for your time period, so it will be -- and this

17     goes for the whole thing -- now December 2019, a month before,

18     to August 2022, so three months after.  And that's -- request 5

19     is stuff they have about any of these 54 stock tickers that we

11:15   20     are now talking about.  We are in agreement on that.

21             Number 4:  We have significantly narrowed it.  We

22     just want two types of information.  We want to know what their

23     broker dealers -- brokerage houses that they used were.  If you

24     used just used TD Ameritrade, you just say TD Ameritrade.  If

11:16   25     you had six different broker dealers, you just tell us who they

11:16    1    are.

2    THE COURT:  With the thought that you are then going

3    to go to the brokerage house?

4    MR. FORD:  Yeah.  Well, Mr. Williams -- that's going

11:16    5    to cover it.  The one thing that we don't think is covered by

6    Mr. Williams's subpoena is 199-B forms.  This is one of the

7    points of disagreement.

8    What this is is it's a form that will be

9    self-authenticating from the broker dealer that will show the

11:16    10    trades that the individual placed and then the profit or loss

11    that they made.  We just think it's the easiest, simplest, most

12    narrow way to obtain that information.

13    THE COURT:  Now, do you get a 1099-B for every

14    specific trade?

11:16    15    MR. FORD:  It will show everything.  What it is is

16    it's a document that's going to show sort of a summary up

17    front.  So you traded game stock, made a million dollars.  And

18    then you traded Amazon and you lost $20.

19    After that, it will show the actual summaries day

11:17    20    by day of all of the trades that you placed, whether they were

21    buys or sales.  So that's what the document is.  It was the

22    subject of the earlier hearing that we had when we were seeking

23    to get the codefendants' 1099-Bs.  So we would like to be able

24    to obtain that same thing from these witnesses who will testify

11:17    25    about their trading activity.

11:17   1          And the reason we think it should extend, you

2     know, sort of beyond the 54, we would like to see their general

3     trading activities.  We suspect, based on what we have seen so

4     far, that these are individuals who -- some of them traded in

11:17   5     many stocks, and we would like to be able to show that their

6     trading was consistent or inconsistent, as the case may be,

7     across their trading activity rather than modified with regard

8     to a specific tweet or something that they saw by one of the

9     codefendants.

11:18  10          THE COURT:  Go ahead.  I see the obvious problem with

11     it.

12          MR. ARMSTRONG:  If I may.  We have now had an ironic

13     shift in the case.  The defendants were arguing for months that

14     we have to have a narrowly-tailored case that is limited to

11:18  15     specific tickers and specific time periods.

16          And so what we did is we distilled our case down

17     from 396 episodes to 55, as the Court is now aware.  So now the

18     defendants want to open the door to every single trade that a

19     potential victim made, which includes some of the stuff that we

11:19  20     specifically excised from the case to not go down rabbit holes.

21     So they now want to question witnesses about, Hey, you relied

22     on this meme stock that the defendants very well may have been

23     pumping and dumping through their own false and misleading

24     statements.

11:19  25          Does that require us now to then have to

11:19    1    introduce that stuff that we chose on the front end to excise

2    from the case from the defendants' request?  This is a bridge

3    way too far.

4              THE COURT:  Ryan O'Neal, may he rest in peace.

11:19    5              I'm going to side with the government on this

6    issue, although I think you are going to get the same

7    information when they take the stand.

8              I'm not going to preclude you from

9    cross-examining him on, Look, you trade all the time.  You

11:19    10    know, you don't need these guys to trade.  You have been doing

11    it for years.

12              And I think you will have that information.  I'm

13    trying to think if there's a way to narrow it, and right now,

14    one is not coming to mind.

11:20    15              On a different topic, does this resolution,

16    Mr. Williams, take care of your problem?

17              MR. WILLIAMS:  Judge, I think what you may have said

18    foreshadowed your ruling on our remaining dispute.

19              We have an agreement with respect to the time

11:20    20    periods involved and that they would agree to give us the trade

21    data for the 54 tickers.  We would like to have all of their

22    trade data for that time period, and the government disagrees.

23              MR. ARMSTRONG:  Your Honor, on this point, I think

24    this just crystallizes exactly what the issue is here.  We are

11:20    25    requesting duplicative subpoenas, both from the victims and

11:20    1    from the trading houses.

2    THE COURT:  What?

3    MR. ARMSTRONG:  And from the trading houses.

4    If Your Honor's ruling is that these trading

11:21    5    records theoretically could be admissible under some theory,

6    which we will discuss at a later point, but why don't we just

7    cut this off at the pass.  They can issue their 17(c) subpoenas

8    to the trading houses and then take the burden off of the

9    victims to find this information and then give it to us because

11:21    10    they are going to be getting it from the trading records --

11    from the trading houses.

12    THE COURT:  I thought that's what we were doing.  Did

13    I misunderstand?  I thought from the victims we were getting

14    the names of the trading houses.

11:21    15    MR. ARMSTRONG:  That's fine.  No issue with that.

16    THE COURT:  Okay.  And then Mr. Williams in his

17    subpoena -- I don't care who issues it -- is going to go to the

18    trading houses directly.

19    MR. WILLIAMS:  Yes, sir.  Based upon a ruling today of

11:21    20    whatever the scope is, I would agree with Your Honor and

21    suggest that we get the subpoenas for what we know about out

22    now so we can get them back in a timely way.  And then if we

23    find additional trading houses from the complainants, then

24    there may be a round two or three of subpoenas going out, as

11:21    25    well, as soon as we have that information.  To me, it's a

11:22   1    question of making sure we get this in a timely way that is

2    usable by our trial date.

3             MR. ARMSTRONG:  And I think that would totally moot

4    half of the subpoena at issue here, because if they get the

11:22   5    information from the horse's mouth, which is the brokerages.

6             THE COURT:  What do you think gets mooted?

7             MR. ARMSTRONG:  The trading requests.  So request 5

8    specifically and 4 about --

9             THE COURT:  I don't have those in front of me, so you

11:22  10    are going to have to tell me what they say.

11             MR. ARMSTRONG:  Number 4 is document submission to

12    show statements and information you contend you relied upon

13    while trading any of the following stocks.

14             That's a little bit different reading it again.

11:22  15    That's a little bit broader, which I appreciate, but the

16    trading records, for sure, are documents sufficient to show for

17    the time period the trading records essentially.

18             MR. FORD:  We have negotiated with Mr. Williams.  We

19    are going to let him do.  If we want to attach the 1099-B onto

11:22  20    his request, it's a different document.  The trading record

21    appears differently than a 1099-B, which is a summary.  For

22    example, a trading record will not necessarily show your profit

23    or loss in a stock ticker whereas the 1099-B is.  So there is a

24    definite reason we are seeking it.

11:23  25             If we want to have Mr. Williams do it, I'm fine

11:23   1   with it.

2        THE COURT:  Isn't the brokerage house the one that

3   issues the 1099.  Right?  Let's take it out of the individual

4   requests, and let's talk about -- I'm concerned about this

11:23   5   every-trade-you-have-ever-made issue.  And I understand the

6   relevance.  I understand what you guys are saying, that they

7   have this pattern of trading that was long established, you

8   know, both before and after and so...

9        MR. WILLIAMS:  Here's a solution that I had before

11:23   10   arguing about it.  If we are going to get this data, it is

11   probably just easier to get all of it, and we can sort it.  And

12   then we can have motions in limine about what we want to do it,

13   if it is outside the 54 and relevant later.  I mean, if they

14   think, Oh, you want -- because we are going to have to trade

11:24   15   exhibit lists.  We are going to have to trade witness lists.

16   We are going to have to trade expert reports.

17        So if we go outside the data of the 54, they are

18   going to know about it well in advance of trial, and I think

19   everybody in this room knows nobody here is afraid to write

11:24   20   motions.  So you will get motions in limine about that.

21        Why narrow it now?  Let's get it.  And then if

22   they think we are going to misuse it, they can write about it.

23        THE COURT:  Why does that not sound like a compromise?

24        MR. LIOLOS:  Your Honor, that's exactly the sort of

11:24   25   fishing expedition that is precluded under Nixon.  It is not to

11:24   1   wait until motions in limine that they have to articulate their

2   specific theory of relevance.  It is right now when they are

3   trying to issue the Rule 17 subpoenas under that standard.

4        We can sensibly limit this to the tickers and

11:24   5   time periods at issue.  It's very easy to do.

6        MR. ROSEN:  Each one of these victims allegedly is

7   going to testify from the FBI reports that we have seen that

8   they wouldn't have bought these stocks but for the tweeting and

9   they certainly wouldn't have bought the stocks if they knew

11:25   10   people were selling.  We are certainly allowed to cross-examine

11   them and say, Hey, you have been trading in and out of these

12   meme stocks for months.  We just don't know what they are yet.

13   We are talking about something we can't articulate fully

14   because we don't have the records.  That is why Mr. Williams's

11:25   15   argument makes so much sense.  We can be back here in a month

16   arguing about which specific ones are relevant.

17        THE COURT:  I'm going to allow the 1099-Bs through

18   Mr. Williams for the same time period we have talked about.

19        Now, let me emphasize something to everybody, and

11:25   20   I'm not accusing anybody, because I don't think we have had a

21   problem so far.  But this is private, sensitive information for

22   people that don't have anything to do with this lawsuit, and I

23   do not want to see this in public anywhere.  I mean, I'm

24   serious as a heart attack when I say that.

11:26   25        These people have a right to privacy.  They kind

11:26    1    of waived it by participating in this lawsuit, and I agree with

2    your right to cross-examine them on the trade, but I do not

3    want to see this information on the Internet, in the Chronicle.

4    It's not fair to them, number one.

11:26    5          And, number two, we're not going to try -- and

6    this goes for the defendants too -- a bunch of extraneous

7    trading, whether it be the victims' trading, the defendants'

8    trading.  We are going to hone in on what this is because, I

9    mean, you know, we are going to get this tried in the time

11:26    10    period I have been talking about.  And I will put timing limits

11    on y'all.  So I'm giving you a heads-up right now that we're

12    going to go right to the meat of this thing and to the

13    allegations.  And I'm going to allow you to cross-examine, to

14    the extent the defendants take the stand and to the extent

11:27    15    there are other witnesses's various -- I will use the word

16    trading habits, or tweeting habits.  But we are not going to

17    try 10,000 extraneous trades.  I mean, one, it's impossible.

18    It asks too much of the jury, and it's just something we can't

19    impanel a jury to do.  And, two, it doesn't have anything to do

11:27    20    with the allegations against the defendants.

21          So I'm giving both sides fair warning that we are

22    going to go to the meat of this thing.  We are going to try it,

23    you know.  And believe me, I have been giving the manner in

24    which we are going to try this case a lot of thought throughout

11:28    25    reading your motions, trying to figure out how we are going to

11:28    1    do this.  And, you know, I'm probably going to ask the

2    defendants -- and I'm throwing this out; I'm not ordering

3    this -- but to have, you know, kind of a -- one of their group

4    be the chief cross-examiner, for instance, of one of these

11:28    5    witnesses.  But I'm not going to allow every defense lawyer to

6    get up there and retread the same ground that we have done time

7    and time again.  You know, I mean, once the primary

8    cross-examination is over, I mean, if one of the other

9    defendants wants to get up and say, Have you ever heard of my

11:28    10    client?  No.  And sit down.  That's a pretty good cross if you

11    get a witness to say they have never heard of you.  So we are

12    going to have -- I'm going to put some limits on the

13    examination.  I'm going to put some limits on the

14    cross-examination of witnesses, especially these people that

11:29    15    don't have anything to do with this lawsuit.

16        Now, I'm ordering this discovery because I think

17    the defendants have a right to it, and they have a right to

18    see -- for instance, if there's an argument that witness

19    number A, he was trading like this before, he was trading like

11:29    20    this during, he was trading like this after.  I mean, that

21    certainly, you know, is supportive of an argument that he

22    didn't rely on anything the defendants did.

23        But, you know, let's keep focus though on what

24    the actual allegations in the indictment is -- are.

11:30    25        Go ahead.

11:30    1          MR. ARMSTRONG:  I'm going to hold my tongue for now,

     2    Your Honor.

     3          THE COURT:  You know, I am a -- and I have said it

     4    before.  I'm a product of the civil side, and I'm a product of,

11:30    5    okay, you know, both sides are allowed certain discovery, but

     6    the fact you know some stuff doesn't make it admissible and

     7    doesn't make it relevant.  And we're going to have to -- we

     8    will flush this out in detail before we ever let a juror set

     9    foot in here, but I don't want anybody to interpret the fact

11:30    10    that I'm allowing this to say, The judge must think this is

     11    admissible.  I'm also threatening everybody within an inch of

     12    your life if this information becomes public, because I don't

     13    think these individuals deserve that.

     14          Is there anything else we can resolve?

11:31    15          MR. FORD:  Yes.  This resolves one half of it.

     16          The next thing has to do with the social media.

     17          On document request 3, we just want the names of

     18    other accounts.  You can have multiple Twitter accounts, so if

     19    you have got six different Twitter accounts, can we just have

11:31    20    the handle for each one?  That's it.  Noncontroversial.

     21          Request 1 has to do with Twitter.

     22          MR. ARMSTRONG:  I'm sorry, Mr. Ford.  2B is where we

     23    do have the controversy.

     24          MR. FORD:  So request 1 has to do with Twitter.

11:31    25    Request 2 has to do with Discord.  We have agreed to narrow the

11:31      1    scope again, as Your Honor said, so we will be seeking only

           2    from December 2019 to August 2022.

           3              What we have run into with this is coming up with

           4    a creative way that we can get this information that doesn't

11:32      5    completely tax and burden these people, as I said, by requiring

           6    them to go over it.

           7              We have two presentations from -- we have two

           8    sort of recommendations, suggestions from our side.  One is we

           9    can give the witnesses an option, meaning option one, you can

11:32     10    export it all.  Option two, you can manually go through it and

          11    find the responsive stuff.

          12              One of the witnesses we spoke to on the phone

          13    just said, Hey, what if I just give you my login and you can

          14    just take whatever you need?

11:32     15              We said, We're not going to do that.  But that is

          16    at least one of the responses we have got.

          17              The second thing, which I was going to suggest,

          18    and you will have already dealt with the issue, is there is a

          19    protective order in place, and so we continue to abide by the

11:32     20    protective order and not release any information.

          21              It would be useful to have clarification as to

          22    when we can publicly disclose it, meaning in a motion.  Once we

          23    get to trial, I presume we are going to have to disclose some

          24    of this stuff, but I don't anticipate it being an issue.  We

11:33     25    are not looking through this for sensitive stuff.  We really

11:33   1   want to know about their trading habits, the way they are

    2   talking about it.  And that's all we would be looking for.

    3                Because Twitter doesn't give us an option for a

    4   more narrow request, Discord, number 2, does.  And the issue

11:33   5   the government has is we're requesting any conversations on

    6   your Discord, such as direct messages, that pertain to

    7   investments, stock or financial matters.

    8                MR. ARMSTRONG:  Including --

    9                MR. FORD:  And so we think it is all fair game.  It

11:33  10   all is relevant to how they traded and how they perceived the

   11   Discord messages.  The government is saying it should be

   12   limited to the 54.  I see practical issues on how we do that.

   13   If somebody is having a conversation about a specific stock

   14   ticker, it could go on and on with messages back and forth.

11:33  15   Again, we are asking the witness to read through and make a

   16   determination as to whether these 27 messages all pertain to

   17   that stock ticker.  So it seems cumbersome, so we would like to

   18   have all of that information, anything regarding investment,

   19   stocks or financial matters on their Discord --

11:34  20                THE COURT:  I agree with the government on this.  I

   21   think we limit it with this caveat:  I mean, if the witness

   22   says, Hey, look, I don't want to go through and look at all of

   23   these, I mean, I'm giving the witness the option.  If they are

   24   going to produce them all, they can produce them all.  And I'm

11:34  25   saying this, as I said earlier, not knowing what the technology

11:34   1   is, but I'm sure a lot of these people are just going to say,

2   you know, there's one way I can just push a button.  They are

3   going to take that way.  And that puts the onus on both sides

4   to go through that stuff.  But as a matter of what -- how the

11:34   5   subpoena reads, I want it limited.

6          MR. ARMSTRONG:  Your Honor, here is kind of the

7   fulcrum on the social media activity.  They are essentially

8   asking for a dump of an individual's entire Discord and entire

9   Twitter.

11:35   10         I think, being the most generous, the most

11   appropriate request is what we did not object to in 6 and 7,

12   which is communications you have regarding the defendants and

13   copies of any communications you have with their accounts.

14   That strikes me as conceivably relevant --

11:35   15         THE COURT:  My problem with that is if it has to do

16   with the stocks at issue, I mean, they could be communications

17   not involving the defendants, but they could be about the

18   defendants.  They can be -- they could be Mr. Ford texting or

19   communicating with Mr. Williams, Hey, did you see what so and

11:35   20   so says?

21         MR. ARMSTRONG:  That's easy.  We can tack on the

22   specific stocks that are at issue in the 55 to six or seven,

23   but to require an individual to have to choose between either

24   giving everything in their social media activity or having it

11:36   25   being narrowly tailored, I think the answer is very clear, that

11:36    1    we try to narrow it on the front end.

2         THE COURT:  And that's what I just said.  I want it

3    narrowly tailored on the front end.

4         MR. ARMSTRONG:  Excellent.

11:36    5         THE COURT:  But the caveat is if the witness would

6    rather do it the other way, I'm giving the witness the option

7    to do that.

8         MR. FORD:  We are going to present two options.  The

9    first will be, When you get your Twitter data, you can download

11:36    10   the whole thing and give it to us.  We understand the

11   protective order.

12             The second option will be if it has to do with

13   any of these named codefendants or any of these 54 stock

14   tickers, you can go through, select that and give it to us.

11:36    15        THE COURT:  And I'm okay with that.

16        MR. ARMSTRONG:  Thank you, Judge.

17        MR. FORD:  I think that resolves everything.

18             Thank you, Your Honor.

19        THE COURT:  All right.  And I have heard from

11:36    20   Mr. Williams and Mr. Rosen and Mr. Ford.  I'm sure we have

21   representatives of the other defendants here.  If you have -- I

22   don't want these people to be barraged with subpoenas.  I don't

23   want the trading houses to be barraged with subpoenas.  If

24   there is something not included in here that you think you

11:37    25   need, talk to the government, talk to Mr. Williams, talk to

11:37  1   Mr. Ford, and let's get them in one document.  This is not to

2   see how many subpoenas we can send to TD Trading House, or

3   whatever the name of it is.

4              This sounds like, the way we have talked, it

11:37  5   ought to cover everybody and ought to cover the stocks at

6   issue.

7              MR. ARMSTRONG:  Your Honor, recognizing I have not

8   seen Mr. Williams's subpoena, are those early return subpoenas?

9              THE COURT:  Mr. Williams, what are they?

11:37  10             MR. WILLIAMS:  They are.  And obviously we have

11  rewritten to incorporate changes today from this hearing.  Once

12  we get the data, with the Court's instruction, we will share

13  it.

14             MR. FORD:  Your Honor, the additional request on this

11:38  15  is if we can get a return data on them rather than doing the

16  trial date.

17             THE COURT:  I think we ought to try to get it as soon

18  as reasonably possible, realizing, you know, we are sitting

19  here on December 18th.  We have two weeks of holidays.  But,

11:38  20  you know, I would think a return date at least by late January,

21  if we can get that, so both sides have it.  Because my thought

22  is, one, you are going to have to go through them all, both

23  sides are, and it is going to be a pain in the you-know-what to

24  do this.  But, two, as we work our way to trial, I mean, I'm as

11:38  25  serious as I can be about limiting cross-examination, limiting

11:38   1   direct, and vice versa, because we are going to have a hard

2   enough time getting a jury to commit for as long as this trial

3   may take, and we are not going to, you know, elongate the trial

4   needlessly.

11:39   5          I will have to tell you my favorite prosecutor

6   when I was in Brownsville would say, you know, what's your

7   name, what do you do, what do you know about this.  Almost

8   literally.  His directs were 20 minutes.  I realize that's not

9   this case, but, you know, let's plan on both sides getting to

11:39   10   the heart of it.

11          All right.  Thank you.

12          MR. ARMSTRONG:  Thank you, Your Honor.

13          MR. FORD:  Thank you, Your Honor.

14

15   *(Court adjourned at 11:39 A.M.)*

16                          * * * *

17     I certify that the foregoing is a correct transcript from

18   the record of proceedings in the above-entitled cause.

19

20   Date: December 20, 2023

21

22                    /s/ Mayra Malone
                      ----------------------------------------
23                    Mayra Malone, CSR, RMR, CRR
                      Official Court Reporter

24

25

MR. ARMSTRONG: [24] 6/11 17/1
17/12 17/20 20/20 23/12 23/24 25/2 26/23
29/12 30/23 31/3 31/15 32/3 32/7
32/11 37/1 37/22 39/8 40/6 40/21 41/4
41/16 42/7 43/12
MR. FORD: [19] 8/22 10/18 13/13
18/2 22/2 22/8 24/15 25/14 27/5 28/4
28/15 32/18 37/15 37/24 39/9 41/8
41/17 42/14 43/13
MR. LIOLOS: [5] 6/15 12/6 13/3 24/8
33/24
MR. ROSEN: [3] 19/4 19/7 34/6
MR. WILLIAMS: [12] 5/9 5/16 5/22
6/2 6/4 14/19 26/16 26/24 30/17 31/19
33/9 42/10
THE COURT: [46]

## $

$20 [1] 28/18

## /

/s [1] 43/21

## 0

02110 [1] 2/17

## 1

10,000 [1] 35/17
1000 [1] 1/17
1001 [1] 3/15
1099 [1] 33/3
1099-B [4] 28/13 32/19 32/21 32/23
1099-Bs [3] 24/22 28/23 34/17
10:00 [1] 1/7
10:35 [2] 26/20 26/25
11 [2] 6/21 24/10
11:00 [1] 26/21
11:11 [1] 27/1
11:39 [1] 43/15
12-3 [1] 3/9
1207 [2] 3/12 3/18
1400 [1] 1/23
1401 [1] 3/23
1500 [1] 2/9
17 [7] 5/17 8/15 14/23 20/16 24/1 31/7
34/3
18 [1] 1/6
18th [1] 42/19
1900 [1] 3/23
199-B [1] 28/6

## 2

20 [1] 43/20
20 minutes [2] 26/13 43/8
20005 [1] 1/23
2019 [4] 7/5 27/15 27/17 38/2
2020 [1] 15/4
2021 [1] 10/14
2022 [4] 15/4 27/15 27/18 38/2
2023 [2] 1/6 43/20
21st [1] 22/22
22-CR-612 [1] 5/2
225 [1] 2/16
2300 [1] 1/17
2323 [1] 4/6
26 [1] 14/24

267 [1] 2/18
27 [1] 39/16
2B [1] 37/22

## 3

33 cents [1] 22/12
33139 [1] 3/9
3700 [1] 2/5
396 [1] 29/17

## 4

407 [1] 3/8
4:22-CR-612 [1] 1/4

## 5

50 [1] 22/19
50 cents [3] 22/12 22/24 23/2
515 [1] 4/14
54 [7] 27/19 29/2 30/21 33/13 33/17
39/12 41/13
55 [2] 29/17 40/22

## 6

600 [1] 4/6
612 [2] 1/4 5/2
620 [1] 2/5

## 7

75201 [1] 4/7
77002 [3] 1/18 3/16 4/15
77006 [1] 2/14
77008 [1] 3/5
77010 [1] 3/24
77019 [2] 3/13 3/19
78701 [1] 2/9
78738 [1] 2/5

## 8

8004 [1] 4/14
803 [1] 3/15
819 [1] 2/13

## 9

902 [1] 3/5
919 [1] 2/8
99 percent [1] 17/22

## A

A.M [2] 1/7 43/15
abide [1] 38/19
ability [1] 11/11
able [4] 9/11 10/11 28/23 29/5
about [48]
above [1] 43/18
above-entitled [1] 43/18
absolute [1] 20/21
absurd [1] 23/13
abusive [2] 16/5 16/13
access [5] 8/15 10/4 10/11 10/16
11/22
accessible [1] 24/24
account [3] 12/23 13/11 17/22
accounts [14] 7/23 8/2 10/9 12/22
13/9 14/2 14/3 14/6 15/18 24/15 37/18
37/18 37/19 40/13
accused [1] 22/10
accusing [1] 34/20
across [1] 29/7

Act [1] 9/14
acting [1] 23/8
activities [1] 29/3
activity [5] 9/8 28/25 29/7 40/7 40/24
actors [1] 20/24
actual [7] 10/16 15/2 16/12 17/23 21/2
28/19 36/24
actually [3] 11/21 14/21 24/16
additional [2] 31/23 42/14
address [5] 6/10 6/13 6/18 13/13 15/5
adjourned [1] 43/15
admissibility [1] 8/9
admissible [6] 13/4 25/22 25/24 31/5
37/6 37/11
admitted [1] 24/10
admitting [1] 14/16
advance [1] 33/18
advised [1] 5/11
afraid [1] 33/19
after [7] 21/21 22/16 25/13 27/18
28/19 33/8 36/20
afterwards [1] 21/22
again [6] 18/3 20/7 32/14 36/7 38/1
39/15
against [2] 26/9 35/20
agree [6] 17/6 17/7 30/20 31/20 35/1
39/20
agreed [3] 27/9 27/13 37/25
agreement [2] 27/20 30/19
ahead [5] 14/22 16/25 25/25 29/10
36/25
aided [1] 4/17
al [2] 1/7 5/3
alert [1] 9/4
all [41] 5/15 6/22 7/22 8/4 9/20 9/23
12/17 12/25 13/15 14/1 15/17 18/5
18/11 18/12 18/20 18/24 18/24 19/19
20/17 24/17 24/18 24/20 25/23 26/8
26/20 28/20 30/9 30/21 33/11 38/10
39/2 39/9 39/10 39/16 39/18 39/22
39/24 39/24 41/19 42/2 43/11
allegation [1] 22/18
allegations [4] 25/13 35/13 35/20
36/24
alleged [4] 6/22 7/8 14/25 17/3
allegedly [1] 34/6
allow [4] 23/17 34/17 35/13 36/5
allowed [2] 34/10 37/5
allowing [3] 23/18 25/11 37/10
Almost [1] 43/7
alphabetically [1] 22/9
already [4] 8/13 12/7 12/10 38/18
also [7] 1/20 4/4 17/22 19/10 19/23
23/12 37/11
although [1] 30/6
am [5] 25/11 26/5 26/25 27/1 37/3
am a [1] 37/3
Amazon [1] 28/18
AMERICA [1] 1/4
Ameritrade [5] 13/19 13/20 18/8 27/24
27/24
ANDREW [1] 1/10
another [1] 7/11 21/21
answer [2] 13/21 40/25
anticipate [1] 38/24
any [15] 9/11 9/21 10/11 10/23 13/22
27/8 27/9 27/12 27/19 32/13 38/20

**A**
any... [4]  39/5 40/13 41/13 41/13
anybody [2]  34/20 37/9
anyone [2]  15/15 24/13
anything [8]  15/16 15/18 34/22 35/19
  36/15 36/22 37/14 39/18
anywhere [2]  8/10 34/23
apparently [1]  24/2
appearance [1]  4/10
APPEARANCES [4]  1/12 1/24 2/18 4/1
appearing [1]  6/21
appears [2]  18/15 32/21
applies [1]  6/25
appreciate [1]  32/15
appropriate [1]  40/11
approve [1]  15/10
April [3]  15/4 22/22 27/15
April 2022 [2]  15/4 27/15
April 21st [1]  22/22
archive [1]  10/19
archives [1]  9/19
are [130]
aren't [3]  12/17 16/2 16/3
arguing [5]  9/1 24/14 29/13 33/10
  34/16
argument [4]  16/14 34/15 36/18 36/21
Armstrong [2]  1/21 6/12
around [1]  26/13
articulate [1]  34/1 34/13
as [44]
ASHCROFT [1]  2/8
ask [1]  36/1
asked [3]  13/2 13/3 13/20
asking [4]  20/17 20/24 39/15 40/8
asks [1]  35/18
Assistant [1]  1/16
ASSOCIATES [2]  2/13
assure [1]  10/25
attach [1]  32/19
attack [1]  34/24
attention [1]  6/20
Attorney [3]  1/16 3/8 3/12
August [2]  27/18 38/2
August 2022 [2]  27/18 38/2
Austin [2]  2/5 2/9
authenticate [1]  14/12
authenticating [1]  28/9
authenticity [1]  14/6
Avenue [3]  1/23 2/8 4/6
average [1]  22/17
aware [1]  29/17
away [1]  19/13 24/23

**B**
back [5]  14/16 26/21 31/22 34/15
  39/14
bar [1]  9/15
barraged [2]  41/22 41/23
based [3]  8/24 29/3 31/19
basically [2]  10/19 24/22
basis [1]  7/17
BBI [1]  22/10
BBI's [2]  22/14 22/17
Beach [1]  3/9
because [27]  5/14 5/17 6/7 7/14 10/18
  14/2 14/22 17/13 18/7 18/11 19/5
  19/24 20/17 23/19 25/20 25/21 31/9

32/4 33/14 34/14 34/20 35/8 36/16
  37/12 39/3 42/2 43/1
becomes [1]  37/12
bed [1]  26/18
been [11]  5/11 14/2 15/14 18/18 19/9
  25/10 29/22 30/10 34/11 35/10 35/23
before [13]  1/10 7/6 15/15 20/5 21/20
  23/2 25/12 27/17 33/8 33/9 36/19 37/4
  37/8
began [2]  15/23 25/13
behalf [3]  6/16 8/23 19/7
being [4]  11/17 38/24 40/10 40/25
believe [1]  5/19 35/23
believed [1]  22/14
best [2]  20/21 20/21
better [2]  22/8 25/19
between [1]  40/23
beyond [3]  13/3 23/16 29/2
bit [2]  32/14 32/15
blue [13]  12/9 13/14 13/14 13/15
  13/24 17/20 18/2 18/5 18/10 19/8
  19/18 19/20 20/12
Boston [1]  2/17
both [13]  8/15 10/21 14/17 24/15
  26/10 30/25 33/8 35/21 37/5 40/3
  42/21 42/22 43/9
bought [4]  12/13 19/16 34/8 34/9
Boulevard [2]  2/13 3/5
break [2]  16/11 21/15
bridge [1]  30/2
brief [1]  7/4
briefly [1]  19/8
broad [1]  24/3
broader [2]  12/21 32/15
broadly [2]  12/15 25/8
broker [8]  13/17 13/23 18/20 18/24
  24/20 27/23 27/25 28/9
brokerage [8]  24/1 24/4 24/5 25/20
  25/25 27/23 28/3 33/2
brokerages [2]  21/3 32/5
Brokers [1]  13/22
Brownsville [1]  43/6
Bs [3]  24/22 28/23 34/17
bunch [1]  35/6
burden [7]  7/3 8/11 24/25 25/17 25/21
  31/8 38/5
burdening [1]  24/2
burdensome [3]  7/7 11/18 16/24
button [6]  9/17 9/18 11/19 16/20 24/17
  40/2
buy [7]  10/3 11/25 19/14 20/4 22/7
  22/14 22/17
buying [2]  19/24 20/15
buys [1]  28/21

**C**
call [1]  14/14
called [4]  22/10 22/25 23/5 27/2
calls [1]  8/9
came [1]  6/20
can [50]
can't [12]  7/13 7/16 7/20 10/8 12/18
  13/7 13/11 19/6 21/17 24/5 34/13
  35/18
cannot [1]  17/16
capable [1]  24/9
capacity [1]  11/11

care [5]  11/2 21/12 21/25 30/16 31/17
Carlos [1]  3/7
Carter [3]  1/16 6/6 6/7
case [28]  6/23 7/6 8/6 8/25 10/11 11/3
  12/18 12/22 13/4 15/19 16/3 16/12
  17/2 17/15 17/19 19/3 19/17 21/24
  23/3 23/19 29/6 29/13 29/14 29/16
  29/20 30/2 35/24 43/9
categories [2]  7/12 9/6
cause [3]  8/8 23/16 43/18
caused [2]  9/2 11/25
causing [1]  18/23
caveat [2]  39/21 41/5
cents [5]  22/12 22/12 22/20 22/24 23/2
certain [4]  13/17 16/6 16/6 37/5
certainly [2]  34/9 34/10 36/21
certify [1]  43/17
changed [1]  10/20
changes [1]  42/11
changing [1]  27/15
changing it [1]  27/15
charges [1]  7/6
chief [1]  36/4
Chip [1]  3/11
choose [1]  40/23
chose [2]  10/15 30/1
Chronicle [1]  35/3
civil [2]  12/25 26/7 37/4
claim [1]  8/12
claiming [3]  11/17 22/12 23/6
claims [1]  23/9
clarification [1]  38/21
clear [1]  40/25
click [4]  9/18 11/18 24/17 24/22
client [10]  9/1 9/3 10/2 18/22 22/10
  22/14 22/16 22/18 23/16 36/10
client's [1]  11/24
coax [1]  14/16
codefendants [4]  27/9 27/12 29/9
  41/13
codefendants' [1]  28/23
collaborate [1]  17/9
colleague [2]  5/11 6/12
come [8]  7/16 8/10 12/19 16/15 24/23
  25/16 26/7 26/20
coming [2]  30/14 38/3
comments [1]  17/9
commit [1]  43/2
committing [1]  22/11
communicating [1]  40/19
communications [8]  9/14 11/3 22/4
  27/8 27/11 40/12 40/13 40/16
companies [1]  14/24
complainants [1]  31/23
completely [2]  17/18 38/5
comply [1]  20/25
compromise [1]  33/23
computer [1]  4/17
computer-aided [1]  4/17
conceivably [1]  40/14
concerned [1]  33/4
concerns [1]  10/23
conduct [1]  23/6
Congress [1]  2/8
considering [1]  15/6
consistent [1]  29/6
conspiracy [1]  22/23

**C**

CONSTANTINESCU [4]  1/6 2/3 5/3 8/23
Constantinescu's [1]  6/19
constantly [1]  20/14
contend [1]  32/12
content [1]  8/9
continue [1]  38/19
CONTINUED [3]  2/1 3/1 4/1
controversy [1]  37/23
conversation [1]  39/13
conversations [1]  39/5
COOPERMAN [1]  3/10
copies [3]  26/17 27/11 40/13
copy [2]  17/23 26/6
Cordova [1]  3/22
correct [1]  43/17
corroborate [1]  12/2
could [7]  14/2 19/4 31/5 39/14 40/16 40/17 40/18
couple [1]  24/23
course [1]  12/15
court [17]  1/1 4/12 5/5 5/7 7/4 8/15 8/16 8/17 14/22 15/6 19/6 23/4 26/25 27/1 29/17 43/15 43/23
Court's [2]  6/24 42/12
Courthouse [1]  4/14
cover [3]  28/5 42/5 42/5
covered [1]  28/5
CR [2]  1/4 5/2
crazy [1]  16/19
creative [1]  38/4
cross [11]  10/5 23/23 30/9 34/10 35/2 35/13 36/4 36/8 36/10 36/14 42/25
cross-examination [3]  36/8 36/14 42/25
cross-examine [5]  10/5 23/23 34/10 35/2 35/13
cross-examiner [1]  36/4
cross-examining [1]  30/9
CRR [2]  4/13 43/22
crystallizes [1]  30/24
CSR [2]  4/13 43/22
cumbersome [1]  39/17
custodians [1]  15/2
cut [2]  24/1 31/7

**D**

Dallas [1]  4/7
DANIEL [1]  4/9
data [16]  11/10 14/1 18/7 18/20 19/9 19/15 19/20 20/12 24/18 30/21 30/22 33/10 33/17 41/9 42/12 42/15
date [4]  32/2 42/16 42/20 43/20
dates [1]  19/10
day [9]  13/20 15/23 19/18 20/1 20/2 20/3 20/14 28/19 28/20
days [3]  12/10 19/11 19/21
DC [1]  1/23
deal [1]  14/22
dealer [3]  13/17 24/20 28/9
dealers [5]  13/23 18/20 18/24 27/23 27/25
dealt [1]  38/18
DECEMBER [5]  1/6 27/17 38/2 42/19 43/20
December 18th [1]  42/19

**December 2019 [2]**  27/17 38/2
DEEL [1]  3/3
defend [1]  15/20
defendant [12]  2/3 2/6 2/11 3/3 3/6 3/10 3/21 4/4 4/9 7/2 8/10 8/23
defendants [25]  8/2 9/22 15/12 15/20 15/25 16/7 20/6 20/8 20/15 21/11 21/18 29/13 29/18 29/22 35/6 35/14 35/20 36/2 36/9 36/17 36/22 40/12 40/17 40/18 41/21
defendants' [3]  12/21 30/2 35/7
defense [3]  14/13 23/11 36/5
definite [1]  32/24
definitely [1]  22/23
defrauded [1]  22/18
delete [2]  10/13 10/15
deleted [1]  10/17
demonstrated [1]  24/8
demonstrates [2]  7/7 23/13
DEPARTMENT [1]  1/22
dependent [1]  20/15
depends [1]  24/13
deserve [1]  37/13
detail [2]  17/20 37/17
determination [1]  39/16
did [16]  5/13 10/20 14/16 14/18 16/15 18/17 18/25 20/5 20/6 22/6 24/2 29/16 31/12 36/22 40/11 40/19
didn't [8]  5/14 9/4 11/25 12/1 19/13 19/14 26/11 36/22
difference [1]  14/25
different [6]  5/23 27/25 30/15 32/14 32/20 37/19
differently [1]  32/21
difficult [2]  9/25 25/3
diligence [3]  7/20 13/8 23/14
direct [2]  39/6 43/1
directly [1]  31/18
directs [1]  43/8
disagreement [1]  28/7
disagrees [1]  30/22
disclose [3]  11/25 38/22 38/23
Discord [7]  9/11 37/25 39/4 39/6 39/11 39/19 40/8
discovery [2]  5/5 12/11 16/5 17/18 36/16 37/5
discuss [1]  31/6
dispute [1]  30/18
distilled [1]  29/16
DISTRICT [3]  1/1 1/1 1/11
DIVISION [1]  1/2
do [47]
document [7]  11/11 28/16 28/21 32/11 32/20 37/17 42/1
documents [6]  7/5 7/12 8/13 9/7 11/2 32/16
does [4]  29/25 30/15 33/23 39/4
doesn't [9]  13/21 18/13 25/20 26/12 35/19 37/6 37/7 38/4 39/3
dog [1]  16/4
doing [9]  9/15 16/18 20/23 23/11 24/9 26/21 30/10 31/12 42/15
dollars [3]  22/15 22/21 28/17
don't [49]
done [4]  9/19 24/10 26/22 36/6
doom [1]  20/22
door [1]  29/18

**down [9]**  16/11 16/11 17/8 21/14 25/9 25/18 29/16 29/20 36/10
download [2]  24/18 41/9
downloads [1]  9/18
dozen [1]  14/24
Drive [2]  3/12 3/18
due [2]  7/20 13/8
dump [1]  40/8
dumping [1]  29/23
duplicative [1]  30/25
during [4]  16/7 19/14 23/8 36/20

**E**

each [4]  12/11 26/8 34/6 37/20
earlier [2]  28/22 39/25
early [1]  42/8
easier [1]  33/11
easiest [4]  11/5 16/24 21/9 28/11
easily [1]  24/24
easy [5]  9/16 24/14 24/16 34/5 40/21
economy [1]  14/22
educate [1]  24/12
EDWARD [4]  1/6 2/3 5/2 8/23
either [7]  10/10 18/4 22/2 25/17 26/11 26/12 40/23
elongate [1]  43/3
else [1]  37/14
emphasize [1]  34/19
end [4]  15/24 30/1 41/1 41/3
engaged [1]  23/7
engaging [1]  23/5
enough [3]  16/21 17/16 43/2
entire [4]  7/12 7/12 40/8 40/8
entirely [1]  10/13
entitled [3]  22/5 22/7 43/18
episodes [2]  17/15 29/17
Epley [2]  3/17 3/18
Eric [2]  2/15 19/7
Erin [2]  3/17 3/18
especially [1]  36/14
essentially [2]  32/17 40/7
established [2]  8/8 33/7
et [2]  1/7 5/3
Etrade [3]  13/22 24/21
evaluating [1]  20/4
even [7]  7/24 8/5 12/21 18/6 18/10 22/8 23/5
ever [6]  15/15 15/17 23/2 33/5 36/9 37/8
every [14]  9/25 10/19 11/7 11/8 11/8 17/3 17/4 17/20 25/10 25/11 28/13 29/18 33/5 36/5
every-trade-you-have-ever-made [1]  33/5
everybody [7]  23/8 23/10 25/16 33/9 34/19 37/11 42/5
everything [7]  9/19 12/22 26/6 27/6 28/15 40/24 41/17
evidence [1]  13/6
evidentiary [4]  7/14 7/17 8/7 12/18
ex [3]  5/10 5/14 5/17
ex parte [3]  5/10 5/14 5/17
exact [1]  10/5
exactly [2]  30/24 33/24
examination [4]  36/8 36/13 36/14 42/25
examine [5]  10/5 23/23 34/10 35/2

**E**

examine... [1] 35/13
examiner [1] 36/4
examining [1] 30/9
example [4] 7/11 7/22 18/8 32/22
examples [2] 7/4 7/19
Excellent [1] 41/4
exchange [2] 18/12 18/13
excise [1] 30/1
excised [1] 29/20
exercise [1] 23/18
exhibit [1] 33/15
expedition [2] 7/9 33/25
expeditions [1] 16/6
expert [1] 33/16
explain [1] 6/5
export [4] 7/13 18/19 18/20 38/10
extend [1] 29/1
extending [1] 14/7
extent [3] 15/5 35/14 35/14
extraneous [3] 23/20 35/6 35/17
extraordinarily [1] 20/18
extremely [2] 19/16 20/9

**F**

face [1] 6/25
Facebook [1] 15/17
fact [8] 9/4 10/5 13/19 19/18 19/21 20/7 37/6 37/9
factor [1] 7/10
factors [6] 7/1 7/2 7/3 7/18 7/19 24/9
facts [1] 21/20
fails [1] 24/11
fair [4] 17/11 35/4 35/21 39/9
false [3] 17/16 18/1 29/23
far [8] 10/23 14/4 18/14 21/7 22/4 29/4 30/3 34/21
favorite [1] 43/5
FBI [2] 18/17 34/7
feeling [1] 11/15
Fertitta [2] 3/4 3/4
fight [2] 12/24 16/4
figure [1] 35/5
file [2] 7/13 10/16
filed [2] 5/10 5/17
filter [1] 11/12
final [1] 15/10
financial [2] 39/7 39/19
find [4] 8/3 31/9 31/23 38/11
fine [3] 24/5 31/15 32/25
FINRA [2] 13/16 18/4
fire [1] 15/22
firm [8] 2/8 3/4 3/14 3/18 13/16 18/4 18/8 24/19
firms [1] 13/23
first [4] 6/17 22/9 22/13 41/9
fishing [4] 7/8 16/5 25/4 33/25
fits [2] 16/12 26/12
flatout [2] 17/15 18/1
Fleites [1] 3/7
Floor [1] 2/17
Florida [1] 3/9
flush [1] 37/8
focus [1] 36/23
following [1] 32/13
foot [1] 37/9
Ford [13] 2/4 2/4 8/22 16/10 16/16
17/13 23/10 24/13 27/4 37/22 40/18 41/20 42/1
Ford's [1] 5/19
foregoing [1] 43/17
foreshadowed [1] 30/18
form [3] 25/22 25/24 28/8
forms [1] 28/6
forth [3] 23/9 24/21 39/14
forward [1] 5/7
forwarding [1] 26/16
found [1] 12/8
four [3] 7/5 22/15 22/21
fourth [1] 7/9
Franklin [1] 2/16
Frankly [1] 23/4
fraud [1] 22/11
FREEDMAN [1] 2/16
FRIEDLAND [1] 2/16
front [5] 28/17 30/1 32/9 41/1 41/3
fulcrum [1] 40/7
full [1] 19/3
fully [1] 34/13
function [1] 23/19
Furthermore [1] 8/12

**G**

game [3] 17/11 28/17 39/9
GARY [1] 3/3
gave [1] 17/24
general [1] 29/2
generally [1] 19/10
generous [1] 40/10
get [60]
gets [2] 22/25 32/6
getting [5] 21/12 31/10 31/13 43/2 43/9
girlfriend [1] 21/25
give [8] 7/4 30/20 31/9 38/9 38/13 39/3 41/10 41/14
given [4] 10/25 17/25 18/1 19/18
giving [7] 25/10 35/11 35/21 35/23 39/23 40/24 41/6
go [30] 5/7 9/17 10/3 11/7 14/7 14/15 14/21 15/23 16/19 16/25 19/17 22/12 22/21 25/25 26/8 28/3 29/10 29/20 31/17 33/17 35/12 35/22 36/25 38/6 38/10 39/14 39/22 40/4 41/14 42/22
goes [3] 10/1 27/17 35/6
going [75]
gone [1] 8/3
good [5] 6/11 6/15 23/11 26/9 36/10
google [2] 7/22 13/11
got [4] 15/13 22/9 37/19 38/16
gotten [1] 20/10
government [24] 1/15 1/20 5/15 6/5 6/8 10/9 10/25 11/14 11/17 12/4 16/10 21/12 23/6 26/5 26/17 27/2 27/9 27/13 30/5 30/22 39/5 39/11 39/20 41/25
government's [3] 8/25 26/3 26/12
granting [1] 26/5
ground [1] 21/1 36/6
group [1] 36/3
guy [3] 15/23 16/22 22/5
guys [1] 21/19 30/10 33/6

**H**

habits [3] 35/16 35/16 39/1
had [7] 6/8 10/14 27/25 28/22 29/12 33/9 34/20
half [1] 14/24 34/7 37/15
handle [1] 37/20
handles [1] 27/8
HANEN [1] 1/10
happened [1] 22/23
happy [1] 6/5
hard [2] 17/23 43/1
has [20] 5/5 7/2 8/17 10/25 16/18 17/14 18/17 22/5 24/10 26/9 27/2 27/9 27/13 37/16 37/21 37/24 37/25 39/5 40/15 41/12
hasn't [2] 8/11 19/19
hate [1] 14/19
have [146]
having [3] 16/1 39/13 40/24
he [20] 5/22 11/25 17/14 22/14 22/15 22/16 22/19 22/20 22/21 22/23 22/25 23/5 24/8 24/8 24/10 30/4 36/19 36/19 36/20 36/21
he's [2] 16/17 22/23
heads [1] 35/11
heads-up [1] 35/11
hear [4] 12/4 12/25 13/1 16/16
heard [4] 6/17 36/9 36/11 41/19
hearing [9] 1/10 5/4 6/1 6/7 12/24 24/13 24/13 28/22 42/11
hearsay [1] 7/15
heart [2] 34/24 43/10
Heights [1] 3/5
help [2] 13/24 19/2
helpful [1] 8/19
helping [1] 15/24
HENNESSEY [2] 3/21 4/4
here [22] 6/18 8/18 12/5 16/9 16/10 16/10 17/12 19/25 20/6 20/20 21/15 25/19 26/19 30/24 32/4 33/19 34/15 37/9 40/6 41/21 41/24 42/19
here's [2] 21/14 33/9
Hey [6] 14/8 29/21 34/11 38/13 39/22 40/19
Heyward [1] 1/16
hiding [1] 23/15
HILDER [1] 2/13
him [2] 30/9 32/19
his [7] 10/1 22/13 22/20 23/2 31/16 32/20 43/8
histories [2] 19/11 19/24
history [1] 17/10
hold [2] 26/2 37/1
holding [1] 22/24
holes [1] 29/20
holidays [1] 42/19
hone [1] 35/8
Honor [28] 6/11 8/22 12/6 13/13 14/19 15/5 17/1 17/12 20/20 23/12 23/24 24/8 25/2 25/6 26/14 26/16 26/23 30/23 31/20 33/24 37/2 38/1 40/6 41/18 42/7 42/14 43/12 43/13
Honor's [1] 31/4
HONORABLE [1] 1/10
hoodwinked [2] 15/13 20/7
hope [2] 6/2 16/3
horse [1] 17/13
horse's [1] 32/5
house [3] 28/3 33/2 42/2

**H**

**houses [14]** 24/1 24/5 24/6 25/20 25/25 27/23 31/1 31/3 31/8 31/11 31/14 31/18 31/23 41/23

**HOUSTON [10]** 1/2 1/5 1/18 2/14 3/5 3/13 3/16 3/19 3/24 4/15

**how [15]** 14/12 16/15 19/17 19/24 20/4 20/18 23/3 25/2 26/21 35/25 39/10 39/10 39/12 40/4 42/2

**HRVATIN [1]** 3/6

**hundred [2]** 20/2 20/3

**hundred percent [2]** 20/2 20/3

**hurting [1]** 15/24

**I**

**I'm [53]**

**IB [1]** 24/20

**idea [2]** 17/24 23/15

**identical [1]** 23/6

**identified [1]** 8/5

**identify [1]** 19/5

**idiot [1]** 22/6

**impanel [1]** 35/19

**impeachment [1]** 20/22

**important [1]** 20/9

**impossible [1]** 35/17

**improper [1]** 25/7

**inadmissible [1]** 21/6

**inch [1]** 37/11

**included [1]** 41/24

**includes [1]** 29/19

**Including [1]** 39/8

**incomplete [2]** 13/25 18/6

**inconsistent [1]** 29/6

**incorporate [1]** 42/11

**indictment [4]** 15/4 21/21 22/4 36/24

**individual [11]** 9/5 10/1 11/14 12/13 21/4 22/19 23/1 23/5 28/10 33/3 40/23

**individual's [1]** 40/8

**individually [1]** 11/8

**individuals [8]** 6/21 9/22 12/8 20/24 24/3 25/21 29/4 37/13

**individuals' [2]** 11/23 14/1

**information [30]** 8/6 9/14 9/23 9/24 10/12 11/5 11/19 13/1 15/12 16/8 18/9 20/21 21/4 23/13 23/15 25/5 27/22 28/12 30/7 30/12 31/9 31/25 32/5 32/12 34/21 35/3 37/12 38/4 38/20 39/18

**input [1]** 25/16

**instance [2]** 36/4 36/18

**instead [1]** 24/2

**instruction [1]** 42/12

**interacted [1]** 9/22

**Interactive [1]** 13/22

**Internet [6]** 7/24 14/10 21/23 22/4 25/11 35/3

**interpret [1]** 37/9

**interrupt [2]** 14/19 14/20

**introduce [1]** 30/1

**investing [1]** 20/1

**investment [1]** 39/18

**investments [1]** 39/7

**involved [5]** 16/2 21/12 25/15 26/15 30/20

**involving [1]** 40/17

**ironic [1]** 29/12

**irrelevant [1]** 11/2 19/22

**isn't [3]** 16/22 25/25 33/2

**issue [29]** 5/9 6/8 6/13 8/8 12/12 12/18 13/14 14/5 14/6 14/21 17/10 18/3 19/21 20/20 21/2 30/6 30/24 31/7 31/15 32/4 33/5 34/3 34/5 38/18 38/24 39/4 40/16 40/22 42/6

**issues [3]** 31/17 33/3 39/12

**it's [21]** 5/11 7/3 10/3 10/13 10/17 11/18 11/21 13/6 14/23 19/14 19/21 26/20 28/8 28/11 28/16 31/25 32/20 34/5 35/4 35/17 35/18

**itself [1]** 20/22

**J**

**JACKSON [2]** 3/22 4/5

**James [1]** 4/5

**January [1]** 15/4 27/15 42/20

**January 2019 [1]** 27/15

**January 2020 [1]** 15/4

**John [3]** 1/21 2/11 6/15

**judge [8]** 1/11 5/9 6/15 19/4 26/24 30/17 37/10 41/16

**judicial [1]** 14/22

**jump [2]** 20/23 21/6

**juror [1]** 37/8

**jury [3]** 35/18 35/19 43/2

**just [41]** 6/18 7/4 7/8 7/16 11/18 13/13 16/1 16/20 17/6 17/15 18/1 19/8 19/14 19/21 19/25 21/7 21/19 23/12 23/16 24/8 24/22 25/4 26/13 27/22 27/24 27/24 27/25 28/11 30/24 31/6 33/11 34/12 35/18 37/17 37/19 38/13 38/13 38/14 40/1 40/2 41/2

**JUSTICE [1]** 1/22

**justification [1]** 17/17

**K**

**keep [1]** 36/23

**key [1]** 16/20

**keystroke [1]** 10/19

**kind [3]** 34/25 36/3 40/6

**knew [1]** 34/9

**KNIGHT [1]** 4/9

**knocked [1]** 7/21

**know [49]**

**knowing [2]** 26/8 39/25

**known [1]** 5/19

**knows [2]** 5/15 33/19

**L**

**LANDY [1]** 2/4

**large [1]** 13/23

**last [2]** 6/23 11/1

**late [1]** 42/20

**later [4]** 10/21 19/15 31/6 33/13

**Laura [1]** 3/22

**LAW [6]** 2/8 3/4 3/8 3/12 3/14 3/18

**lawsuit [1]** 34/22 35/1 36/15

**lawyer [1]** 36/5

**lead [1]** 5/8

**least [5]** 6/21 16/24 25/19 38/16 42/20

**let [11]** 5/8 6/6 12/4 13/13 14/17 15/8 23/10 26/22 32/19 34/19 37/8

**let's [16]** 10/1 10/2 16/12 21/18 25/15 25/15 25/24 26/2 26/3 26/18 33/3 33/4 33/21 36/23 42/1 43/9

**Lewis [1]** 3/11

**life [1]** 37/12

**like [21]** 7/12 10/4 10/21 12/1 14/20 15/5 18/24 20/14 23/12 23/15 27/2 28/23 29/2 29/5 30/21 33/23 36/19 36/19 36/20 39/17 42/4

**liked [5]** 9/25 10/20 11/7 11/9 14/9

**limine [3]** 33/12 33/20 34/1

**limit [2]** 34/4 39/21

**limited [3]** 29/14 39/12 40/5

**limiting [1]** 42/25 42/25

**limits [3]** 35/10 36/12 36/13

**Lincoln [1]** 3/8

**line [4]** 16/19 16/19 16/19 16/19

**link [2]** 24/17 24/17

**Liolos [3]** 1/21 6/12 6/15

**list [2]** 6/22 10/19

**lists [2]** 33/15 33/15

**literally [2]** 10/25 43/8

**little [2]** 32/14 32/15

**LLP [3]** 2/16 3/22 4/5

**log [2]** 13/20 24/22

**log-on [1]** 24/22

**login [2]** 9/18 38/13

**long [3]** 22/16 33/7 43/2

**look [8]** 8/5 9/13 14/8 15/22 16/11 30/9 39/22 39/22

**looked [1]** 14/5

**looking [7]** 5/24 20/12 20/13 23/3 26/1 38/25 39/2

**looks [1]** 27/2

**loss [2]** 28/10 32/23

**lost [3]** 9/5 12/1 28/18

**lot [6]** 19/9 19/13 19/20 20/11 35/24 40/1

**Louisiana [1]** 1/17

**Lovett [1]** 2/13

**Luis [1]** 2/7

**M**

**mad [2]** 21/11 21/11

**made [12]** 7/23 8/1 8/2 8/7 9/21 10/10 10/10 12/3 28/11 28/17 29/19 33/5

**main [2]** 5/20 24/20

**make [7]** 9/16 11/15 13/7 16/23 37/6 37/7 39/15

**makes [1]** 34/15

**making [3]** 13/16 23/9 32/1

**Malone [3]** 4/13 43/21 43/22

**manner [1]** 35/23

**manually [1]** 38/10

**many [7]** 10/6 13/23 13/23 18/15 19/20 29/5 42/2

**Massachusetts [1]** 2/17

**massive [1]** 19/11

**material [4]** 7/20 15/25 20/22 23/20

**MATLOCK [2]** 2/6 22/6

**matter [5]** 5/10 5/14 5/17 11/18 40/4

**matters [2]** 39/7 39/19

**Matthew [2]** 2/4 8/22

**may [20]** 5/21 5/25 13/13 15/21 15/21 15/22 15/24 16/4 17/1 18/2 20/20 21/1 25/19 29/6 29/12 29/22 30/4 30/17 31/24 43/3

**maybe [4]** 16/14 21/21 22/5 24/12

**Mayra [3]** 4/13 43/21 43/22

**McKinney [3]** 3/15 3/23

**M**

me [16]  6/6 11/25 12/4 13/13 14/17 15/8 15/8 16/15 23/10 24/13 31/25 32/9 32/10 34/19 35/23 40/14
mean [22]  15/12 15/15 15/18 15/21 15/22 16/3 17/10 21/10 21/24 22/5 25/19 33/13 34/23 35/9 35/17 36/7 36/8 36/20 39/21 39/23 40/16 42/24
meaning [2]  38/9 38/22
meaning in [1]  38/22
means [2]  14/12 21/3
measures [1]  5/5
meat [2]  35/12 35/22
mechanical [1]  4/17
media [13]  7/23 8/2 9/8 9/9 11/20 12/20 12/22 17/4 24/7 24/15 37/16 40/7 40/24
meme [3]  20/1 29/22 34/12
memes [1]  23/9
mentioning [1]  10/9
message [1]  17/3
messages [5]  9/21 39/6 39/11 39/14 39/16
met [1]  8/11
Miami [1]  3/9
Michael [1]  4/5
middle [2]  21/1 21/5
million [1]  28/17
millions [1]  11/1
mind [2]  10/21 30/14
minute [1]  14/17
minutes [3]  25/1 26/13 43/8
misleading [1]  29/23
missing [1]  19/20
misunderstand [1]  31/13
misuse [1]  33/22
MITCHELL [2]  3/21 4/4
MK [1]  3/22
modified [2]  27/16 29/7
money [3]  9/5 12/1 19/2
month [5]  21/21 25/12 25/13 27/17 34/15
months [6]  15/14 19/15 21/19 27/18 29/13 34/12
moon [1]  10/3
moot [1]  32/3
mooted [1]  32/6
more [5]  11/2 11/14 12/15 21/20 39/4
Moreover [1]  8/4
morning [2]  6/11 6/15
most [4]  26/9 28/11 40/10 40/10
motion [1]  1/10 38/22
motions [5]  33/12 33/20 33/20 34/1 35/25
mouth [1]  32/5
Mr. [40]  5/6 5/19 6/6 6/7 6/12 6/18 6/19 14/18 16/10 16/10 16/16 17/13 18/19 19/7 22/6 23/10 24/2 24/13 25/15 26/14 26/14 27/4 28/4 28/6 30/16 31/16 32/18 32/25 34/14 34/18 37/22 40/18 40/19 41/20 41/20 41/20 41/25 42/1 42/8 42/9
Mr. Carter [2]  6/6 6/7
Mr. Constantinescu's [1]  6/19
Mr. Ford [10]  16/10 16/16 17/13 23/10 24/13 27/4 37/22 40/18 41/20 42/1
Mr. Ford's [1]  5/19

Mr. Lioles [1]  6/12
Mr. Matlock [1]  22/6
Mr. Rosen [2]  26/14 41/20
Mr. Rybarczyk [1]  19/7
Mr. Rybarczyk's [1]  6/18
Mr. Williams [17]  5/6 14/18 16/10 18/19 24/2 25/15 26/14 28/4 30/16 31/16 32/18 32/25 34/18 40/19 41/20 41/25 42/9
Mr. Williams's [3]  28/6 34/14 42/8
much [4]  13/2 21/20 34/15 35/18
multiple [3]  14/3 25/17 37/18
Murtha [1]  4/5
must [1]  37/10
my [20]  5/11 6/12 9/1 9/3 10/2 14/5 14/14 15/23 18/22 22/10 22/14 22/16 22/18 23/6 36/9 37/1 38/13 40/15 42/21 43/5
myself [1]  16/2

**N**

NAKD [1]  18/23
name [2]  42/3 43/7
named [1]  41/13
names [2]  31/14 37/17
narrow [8]  23/19 25/9 28/12 30/13 33/21 37/25 39/4 41/1
narrowed [2]  17/8 27/21
narrowing [1]  23/18
narrowly [3]  29/14 40/25 41/3
narrowly-tailored [1]  29/14
NASDAQ [1]  18/10
near [1]  8/10
nearly [1]  27/5
necessarily [3]  7/13 16/2 32/22
need [10]  9/13 11/1 13/10 15/19 17/7 19/23 24/12 30/10 38/14 41/25
needlessly [1]  43/4
needs [2]  13/5 13/6
Negating [1]  20/7
negotiated [1]  32/18
never [2]  14/10 36/11
New [1]  1/23
next [1]  37/16
Nixon [14]  6/24 7/9 7/10 7/14 7/18 7/19 7/25 8/6 13/4 13/12 24/9 24/11 25/4 33/25
no [10]  4/10 7/16 7/24 8/3 10/15 15/18 15/22 26/10 31/15 36/10
nobody [1]  33/19
Noncontroversial [1]  37/20
normal [1]  20/14
NORMAND [1]  2/16
Northwest [1]  1/23
not [64]
nothing [3]  7/1 11/3 22/14
now [24]  5/4 9/9 15/16 16/9 16/14 21/1 25/25 26/20 27/17 27/20 28/13 29/12 29/17 29/17 29/21 29/25 30/13 31/22 33/21 34/2 34/19 35/11 36/16 37/1
nowhere [1]  21/5
number [9]  7/21 27/11 27/14 27/21 32/11 35/4 35/5 36/19 39/4
number A [1]  36/19

**O**

O'BRIEN [1]  2/4
O'Neal [1]  30/4
object [1]  40/11
objection [2]  26/4 26/4
obtain [6]  9/11 9/25 10/8 25/1 28/12 28/24
obtainable [1]  7/20
obtaining [1]  14/4
obvious [1]  29/10
obviously [3]  5/4 11/13 42/10
occurred [1]  18/7
occurs [2]  18/12 18/12
off [5]  5/8 14/9 18/12 31/7 31/8
offensive [1]  23/4
OFFICIAL [2]  4/12 43/23
Oh [2]  15/23 33/14
okay [4]  6/14 31/16 37/5 41/15
once [3]  36/7 38/22 42/11
one [50]
ones [6]  8/5 11/15 19/25 24/20 24/21 34/16
online [2]  8/3 9/25
only [9]  15/20 18/7 19/10 20/10 22/6 22/8 24/10 25/20 38/1
onus [1]  40/3
open [5]  5/4 5/7 14/22 15/6 29/18
option [7]  38/9 38/9 38/10 39/3 39/23 41/6 41/12
options [1]  41/8
order [5]  8/15 10/24 38/19 38/20 41/11
ordering [2]  36/2 36/16
originally [1]  27/14
ostensible [1]  6/23
other [16]  7/19 7/23 9/11 9/22 9/24 10/2 13/22 19/23 20/13 21/13 26/9 35/15 36/8 37/18 41/6 41/21
ought [7]  21/13 23/20 26/10 26/14 42/5 42/5 42/17
our [15]  5/16 5/17 6/20 6/21 11/11 12/11 14/13 14/23 19/17 25/6 29/16 30/18 32/2 38/8 42/24
out [19]  7/22 14/23 15/9 15/9 19/25 20/2 20/8 20/14 21/16 21/19 22/1 22/16 31/21 31/24 33/3 34/11 35/25 36/2 37/8
outdone [1]  22/21
outside [3]  6/4 33/13 33/17
outstanding [1]  11/22
over [10]  6/6 11/7 12/11 12/16 16/5 18/2 20/6 20/6 36/8 38/6
over-abusive [1]  16/5
overall [1]  26/4
overbroad [2]  7/7 7/11
overburden [2]  21/9 21/13
overburdened [1]  11/15
overly [1]  11/17
overruling [2]  25/8 26/4
own [4]  22/13 22/20 23/14 29/23

**P**

pages [1]  11/1
pain [1]  42/23
paralegal [1]  14/14
parameters [1]  15/11
part [3]  25/3 26/3 26/10
parte [3]  5/10 5/14 5/17

**P**

participate [1]  17/2
participating [1]  35/1
participation [1]  24/6
particular [1]  18/21
parties [6]  8/6 8/8 8/15 16/23 21/2
21/10
party [2]  8/13 15/2
pass [1]  31/7
past [2]  11/7 24/23
patently [1]  23/13 25/7
pattern [2]  20/6 33/7
PC [1]  2/13
peace [1]  30/4
people [18]  10/6 13/23 16/2 19/12
19/15 20/1 20/11 20/13 21/9 24/21
25/17 34/10 34/22 34/25 36/14 38/5
40/1 41/22
people's [2]  10/9 19/24
perceived [1]  39/10
percent [3]  17/22 20/2 20/3
period [11]  15/3 16/7 17/21 19/14
21/18 23/8 27/16 30/22 32/17 34/18
35/10
periods [6]  12/12 12/17 17/15 29/15
30/20 34/5
permits [1]  8/15
PERRY [1]  2/6
person [1]  17/21
personally [1]  6/8
pertain [2]  39/6 39/16
phone [2]  11/16 38/12
phones [1]  18/16
pile [1]  11/1
PJ [1]  2/6
place [2]  10/24 38/19
placed [2]  28/10 28/20
plan [1]  43/9
point [3]  9/4 30/23 31/6
points [1]  28/7
pop [1]  20/2
position [2]  22/16 23/24 25/6
possible [3]  9/17 10/14 42/18
post [6]  10/1 11/7 11/9 11/24 12/10
17/4
posted [5]  9/1 10/14 15/15 15/17
15/23
potential [2]  8/9 29/19
potentially [1]  11/10
practical [1]  39/12
preclude [1]  30/8
precluded [3]  7/9 7/18 33/25
prediction [1]  22/15
preliminary [1]  12/11
premise [1]  17/18
presence [1]  6/4
present [1]  41/8
presentation [1]  14/13
presentations [1]  38/7
presented [1]  20/19
press [1]  16/20
presume [1]  38/23
pretty [1]  36/10
previously [1]  6/21
price [2]  22/15 22/17
prices [1]  23/9
prices and [1]  23/9

primary [1]  36/7
prior [2]  7/21 15/14
privacy [3]  10/23 14/5 34/25
private [4]  10/10 10/10 13/9 34/21
probably [1]  18/21
problem [6]  17/12 19/9 29/10 30/16
34/21 40/15
proceedings [4]  4/17 4/22 43/18
process [2]  21/3 26/19
produce [5]  16/21 17/3 21/3 39/24
39/24
produced [4]  4/17 12/14 17/25 18/18
product [3]  15/11 37/4 37/4
productions [1]  17/23
proffered [1]  7/2
profit [2]  28/10 32/22
prosecutor [1]  43/5
protective [4]  10/24 38/19 38/20 41/11
prove [3]  10/6 23/3 25/23
proving [1]  19/17
public [2]  34/23 37/12
publicly [1]  38/22
pumping [1]  29/23
purchase [1]  9/3
purchasing [1]  22/11
purely [1]  13/6
push [1]  40/2
put [7]  8/7 15/13 23/22 26/18 35/10
36/12 36/13
puts [1]  40/3

**Q**

quash [1]  5/23
Quentin [1]  2/12
question [4]  12/10 13/21 29/21 32/1
questions [1]  8/17
quickly [1]  27/7
quote [2]  20/11 20/18
quote/unquote [2]  20/11 20/18

**R**

rabbit [1]  29/20
raised [1]  18/6
raises [1]  14/21
Ranch [1]  2/5
rather [4]  15/24 29/7 41/6 42/15
rating [1]  22/17
reached [2]  23/2 27/5
read [4]  9/2 11/8 11/24 39/15
reading [2]  32/14 35/25
reads [1]  40/5
reality [1]  11/6
realize [1]  43/8
realizing [1]  42/18
really [5]  9/6 11/18 13/24 14/5 38/25
ream [1]  20/25
reams [2]  7/15 25/4
reason [5]  5/13 5/13 10/8 29/1 32/24
reasonable [3]  7/20 23/14 26/2
reasonably [1]  42/18
reasons [1]  10/8
receive [1]  10/16
received [3]  8/13 13/14 17/14
recessed [1]  26/25
recognizing [1]  42/7
recommendations [1]  38/8

recommended [1]  22/6
record [3]  32/20 32/22 43/18
recorded [1]  4/17
records [29]  9/7 11/21 11/23 12/2 12/6
12/7 12/15 12/16 14/24 14/24 15/3
17/14 17/19 17/25 18/15 19/3 20/17
21/18 21/23 23/1 23/21 24/16 25/20
26/10 31/5 31/10 32/16 32/17 34/14
recover [2]  10/17 19/2
reflect [1]  18/11
reflects [1]  18/7
refused [1]  8/14
refuted [1]  17/18
regard [3]  13/25 22/10 29/7
regarding [4]  17/17 27/12 39/18 40/12
regards [1]  11/21
reinforcement [1]  27/3
related [1]  5/10
release [1]  38/20
relevance [3]  15/6 33/6 34/2
relevancy [1]  8/8
relevant [18]  12/7 12/18 13/4 15/3
15/15 15/18 16/7 17/5 17/14 17/21
19/17 19/25 20/18 33/13 34/16 37/7
39/10 40/14
relied [1]  29/21 32/12
rely [1]  36/22
relying [1]  20/5
remaining [1]  30/18
repeat [1]  16/2
reporter [3]  4/12 19/6 43/23
reports [2]  33/16 34/7
represent [1]  18/13
representative [2]  16/18 23/7
representatives [1]  41/21
request [22]  5/19 7/17 8/16 13/5 13/16
14/23 15/7 18/3 18/10 26/3 27/7 27/18
30/2 32/7 32/20 37/17 37/21 37/24
37/25 39/4 40/11 42/14
requested [1]  18/9
requesting [2]  30/25 39/5
requests [16]  7/5 7/21 8/10 8/18 8/19
9/10 12/20 14/23 15/19 17/7 20/25
24/3 25/10 27/6 32/7 33/4
require [3]  21/4 29/25 40/23
required [2]  7/14 7/25
requires [2]  13/5 13/12
requiring [1]  38/5
resolution [2]  27/5 30/15
resolve [1]  37/14
resolves [2]  37/15 41/17
respect [1]  30/19
respond [2]  8/21 21/6
response [1]  8/12
responses [1]  38/16
responsible [1]  18/23
responsive [1]  38/11
rest [2]  17/18 30/4
restitution [1]  19/2
result [1]  23/25
resumed [1]  27/1
retread [1]  36/6
return [3]  42/8 42/15 42/20
rewritten [1]  42/11
Reyes [1]  2/7
Rhonda [1]  26/22
ridiculous [1]  23/16

**R**

**right [29]** 5/4 5/10 8/25 10/2 10/4 12/5 14/2 14/7 15/25 16/16 16/17 16/22 18/22 19/13 23/21 23/23 24/23 26/20 30/13 33/3 34/2 34/25 35/2 35/11 35/12 36/17 36/17 41/19 43/11
**RMR [2]** 4/13 43/22
**road [3]** 2/5 3/8 25/18
**rolling [1]** 26/19
**room [2]** 4/14 33/19
**Rosen [4]** 2/15 19/7 26/14 41/20
**Ross [1]** 4/6
**round [1]** 31/24
**route [1]** 16/24
**routinely [1]** 7/18
**rule [3]** 8/15 21/17 34/3
**Rule 17 [2]** 8/15 34/3
**ruling [3]** 30/18 31/4 31/19
**run [1]** 38/3
**Rusk [1]** 4/14
**Ryan [1]** 30/4
**RYBARCZYK [2]** 2/11 19/7
**Rybarczyk's [1]** 6/18

**S**

**said [16]** 8/3 11/6 15/13 16/1 16/1 17/6 21/10 23/20 30/17 37/3 38/1 38/5 38/13 38/15 39/25 41/2
**sales [2]** 12/3 28/21
**same [8]** 10/7 14/3 18/12 20/6 28/24 30/6 34/18 36/6
**satisfies [1]** 7/2
**satisfy [2]** 7/1 7/3
**saw [1]** 29/8
**say [19]** 10/1 11/24 14/8 14/10 18/22 21/19 23/22 24/13 24/25 25/12 27/24 32/10 34/11 34/24 36/9 36/11 37/10 40/1 43/6
**saying [12]** 10/2 11/16 11/22 12/25 13/1 16/16 17/13 22/19 23/25 33/6 39/11 39/25
**says [4]** 22/6 22/23 39/22 40/20
**scenario [1]** 26/12
**scheduled [1]** 6/7
**scope [2]** 31/20 38/1
**Scott [2]** 1/21 6/11
**screenshot [3]** 11/9 14/9 14/15
**screenshots [2]** 18/16 18/25
**seal [2]** 5/10 5/18
**search [1]** 7/24
**searches [1]** 7/22
**SEC [6]** 12/9 13/16 13/19 18/4 18/8 19/2
**second [2]** 38/17 41/12
**securities [1]** 22/11
**see [19]** 12/1 12/12 12/19 14/4 15/10 19/3 19/6 21/16 22/6 23/21 26/21 29/2 29/10 34/23 35/3 36/18 39/12 40/19 42/2
**seeing [2]** 12/9 20/13
**seek [3]** 7/5 7/12 8/4
**seeking [13]** 5/22 5/23 8/6 9/6 12/16 12/21 18/22 27/8 27/11 27/14 28/22 32/24 38/1
**seems [2]** 20/21 39/17
**seen [4]** 14/10 29/3 34/7 42/8
**sees [1]** 10/2

**select [1]** 41/14
**sell [1]** 28/9
**self-authenticating [1]** 28/9
**sell [3]** 12/1 19/13 20/5
**selling [3]** 9/4 20/15 34/10
**send [3]** 10/19 11/8 42/2
**sending [1]** 11/10
**sense [1]** 34/15
**sensibly [1]** 34/4
**sensitive [3]** 34/21 38/25
**sent [1]** 11/6
**serious [3]** 34/24 42/25
**served [3]** 6/20 8/24 20/16
**set [2]** 25/16 37/8
**sets [2]** 14/24 25/17
**setting [1]** 26/1
**seven [3]** 7/5 27/6 40/22
**share [2]** 8/14 42/12
**she [1]** 14/15
**sheet [5]** 13/14 18/2 18/10 19/20 20/12
**sheets [8]** 12/9 13/14 13/15 13/24 17/20 18/5 19/9 19/18
**Shepherd [2]** 3/12 3/18
**shift [2]** 6/6 29/13
**should [11]** 10/4 11/22 15/9 15/9 15/10 15/16 16/15 17/1 20/22 29/1 39/11
**show [9]** 13/10 28/9 28/15 28/16 28/19 29/5 32/12 32/16 32/22
**showing [3]** 7/24 8/3 13/7
**showings [1]** 8/7
**side [6]** 11/20 12/25 26/8 30/5 37/4 38/8
**sides [7]** 26/10 35/21 37/5 40/3 42/21 42/23 43/9
**sift [1]** 11/12
**significantly [1]** 27/21
**simple [1]** 24/18
**simplest [1]** 28/11
**Sina [2]** 3/14 3/14
**since [1]** 7/2
**single [5]** 11/9 17/3 17/4 17/21 29/18
**sir [1]** 31/19
**sit [7]** 16/11 16/11 17/8 21/14 25/9 26/13 36/10
**sitting [1]** 42/18
**six [4]** 21/21 27/25 37/19 40/22
**six weeks [1]** 21/21
**Sixth [1]** 2/17
**slice [1]** 19/14
**small [1]** 19/14
**smoke [1]** 15/22
**so [64]**
**social [13]** 7/23 8/2 9/8 9/9 11/19 12/20 12/22 17/4 24/7 24/15 37/16 40/7 40/24
**sold [5]** 9/3 12/13 19/15 19/16 23/1
**solution [1]** 33/9
**some [23]** 5/5 6/9 7/4 8/13 8/18 9/3 12/14 13/14 13/15 18/12 18/16 19/1 19/15 20/13 22/5 23/18 29/4 29/19 31/5 36/12 36/13 37/6 38/23
**somebody [4]** 10/2 15/13 25/22 39/13
**something [12]** 9/1 10/14 10/20 14/9 15/8 16/12 20/8 29/8 34/13 34/19 35/18 41/24
**somewhere [1]** 23/15

**soon [2]** 31/25 42/17
**sophistication [1]** 21/5
**sophisticated [2]** 20/24 21/3
**sorry [2]** 27/12 37/22
**sort [7]** 9/23 10/24 28/16 29/2 33/11 33/24 38/8
**sorts [1]** 9/10
**sound [1]** 33/23
**sounds [1]** 42/4
**South [3]** 2/5 3/12 3/18
**SOUTHERN [1]** 1/1
**specific [23]** 8/5 8/7 8/17 8/19 9/24 13/5 13/16 13/17 13/18 18/4 18/8 21/23 21/23 21/24 22/3 28/14 29/8 29/15 29/15 34/22 34/16 39/13 40/22
**specifically [4]** 11/14 25/9 29/20 32/8
**speculating [1]** 13/8
**speculative [1]** 13/7
**spent [1]** 19/9
**spoke [1]** 38/12
**spoken [1]** 11/16
**spring [1]** 26/1
**stake [1]** 17/2
**stand [6]** 11/24 15/13 22/25 23/22 30/7 35/14
**standard [4]** 6/24 25/2 25/3 34/3
**start [1]** 20/12
**state [1]** 6/4
**statements [5]** 8/1 8/4 8/4 29/24 32/12
**STATES [3]** 1/1 1/4 1/11 1/16 1/22 5/2 6/12 6/16
**Stay [1]** 12/5
**STEFAN [1]** 3/6
**stenography [1]** 4/17
**step [3]** 17/4 19/4 21/7
**still [1]** 19/19
**stock [24]** 9/2 9/3 9/3 10/3 13/15 13/18 14/3 15/14 18/5 18/21 22/7 22/10 22/11 22/19 22/20 23/2 27/19 28/17 29/22 32/23 39/7 39/13 39/17 41/13
**stocks [27]** 9/21 9/23 10/7 12/10 16/7 17/9 17/10 17/21 19/19 19/25 20/1 20/2 20/10 20/11 20/14 22/3 22/4 25/12 29/5 32/13 34/8 34/9 34/12 39/19 40/16 40/22 42/5
**stop [1]** 14/17
**Stored [1]** 9/14
**street [4]** 2/16 3/15 3/23 26/8
**strict [1]** 6/24
**strikes [1]** 40/14
**strong [2]** 22/14 22/17
**stuff [12]** 11/12 14/4 16/21 24/25 27/19 29/19 30/1 37/6 38/11 38/24 38/25 40/4
**subject [2]** 5/25 28/22
**submission [1]** 32/11
**submit [1]** 9/20
**subpoena [10]** 5/17 6/18 8/18 11/6 20/16 28/6 31/17 32/4 40/5 42/8
**subpoenaed [1]** 8/14
**subpoenas [23]** 6/9 6/19 6/21 6/25 7/1 8/24 16/12 17/13 17/17 20/23 21/2 21/6 23/18 24/1 30/25 31/7 31/21 31/24 34/3 41/22 41/23 42/2 42/8
**subsequent [1]** 10/22
**substance [1]** 5/18

**S**

substantive [1]  14/25
substantively [1]  5/23
such [3]  8/4 9/25 39/6
sufficient [1]  32/16
suggest [3]  23/10 31/21 38/17
suggested [1]  21/8
suggesting [2]  16/9 17/8
suggestions [1]  38/8
Suite [6]  1/17 2/9 3/9 3/15 3/23 4/6
summaries [1]  28/19
summary [2]  28/16 32/21
Sundays [1]  17/20
supportive [1]  36/21
supposed [1]  22/13
supposedly [3]  9/5 14/9 22/23
Supreme [1]  6/24
sure [5]  11/15 32/1 32/16 40/1 41/20
surprise [1]  26/9
surprises [1]  26/11
suspect [2]  22/25 29/3
symbol [1]  18/21

**T**

table [2]  17/2 26/14
tack [1]  40/21
tailor [1]  16/12
tailored [4]  15/19 29/14 40/25 41/3
take [16]  5/11 11/10 11/23 15/22 16/11
 16/24 21/15 26/13 30/7 30/16 31/8
 33/3 35/14 38/14 40/3 43/3
talk [5]  21/15 33/4 41/25 41/25 41/25
talked [3]  25/11 34/18 42/4
talking [10]  10/6 18/3 18/14 18/18
 18/19 20/1 27/20 34/13 35/10 39/2
target [1]  22/18
targeted [1]  11/6
Tate [1]  2/12
tax [1]  38/5
TD [7]  13/19 13/20 18/8 24/20 27/24
 27/24 42/2
tech [1]  16/22
technology [1]  39/25
tell [5]  16/15 16/21 27/25 32/10 43/5
ten [2]  20/5 25/1
ten minutes [1]  25/1
tens [2]  11/1 19/11
test [1]  25/3
testify [3]  14/14 28/24 34/7
TEXAS [13]  1/1 1/5 1/18 2/5 2/9 2/14
 3/5 3/13 3/16 3/19 3/24 4/7 4/15
texting [1]  40/18
than [8]  5/23 10/2 12/21 15/24 21/20
 29/7 32/21 42/15
Thank [9]  8/22 25/14 26/23 26/24
 41/16 41/18 43/11 43/12 43/13
that's [35]  7/9 7/17 11/19 12/2 13/11
 14/6 14/20 15/15 15/18 15/20 16/13
 16/19 17/5 17/7 17/10 20/16 21/8 22/1
 23/2 24/18 27/18 28/4 28/16 28/21
 31/12 31/15 32/14 32/15 33/24 36/10
 37/20 39/2 40/21 41/2 43/8
their [48]
them [41]  7/25 9/2 9/4 9/4 10/5 11/6
 12/14 13/15 15/1 15/2 15/24 15/24
 16/24 17/25 17/25 18/1 18/17 19/2
 21/12 21/14 23/17 23/22 24/4 25/10

25/11 25/21 25/23 25/24 25/25 27/13
 29/4 31/22 34/11 35/2 35/4 38/6 39/24
 39/24 42/1 42/15 42/22
themselves [2]  15/21 17/17
then [24]  6/1 9/3 9/5 9/19 10/15 10/15
 10/20 10/22 11/8 14/15 15/9 18/17
 22/15 28/2 28/10 28/18 29/25 31/8
 31/9 31/16 31/22 31/23 33/12 33/21
theoretically [1]  31/5
theory [5]  8/25 12/19 13/6 31/5 34/2
there [23]  7/15 7/15 7/16 9/10 10/6
 13/5 14/6 14/8 14/23 15/21 15/21
 16/17 19/10 24/14 26/11 27/6 31/24
 32/23 35/15 36/6 37/14 38/18 41/24
there's [13]  7/15 9/17 9/24 10/24 14/5
 16/17 16/20 18/6 19/21 26/10 30/13
 36/18 40/2
these [63]
they [155]
thing [12]  10/24 11/1 19/23 26/5 27/17
 28/5 28/24 35/12 35/22 37/16 38/17
 41/10
things [2]  7/16 10/13
think [50]
thinking [1]  25/18
third [4]  15/2 16/23 21/2 21/10
this [115]
Thomas [1]  1/16
those [6]  7/1 7/2 15/3 23/1 32/9 42/8
though [1]  36/23
thought [9]  5/13 5/19 22/19 22/20
 28/2 31/12 31/13 35/24 42/21
thousands [1]  19/12
threatening [1]  37/11
three [6]  15/14 21/19 22/15 25/3 27/18
 31/24
three months [3]  15/14 21/19 27/18
three-part [1]  25/3
through [15]  8/19 11/7 11/11 11/12
 12/9 20/12 34/17 38/10 38/25
 39/15 39/22 40/4 41/14 42/22
throughout [1]  35/24
throwing [2]  21/19 36/2
tick [1]  8/19
ticker [4]  22/10 32/23 39/14 39/17
tickers [11]  12/12 12/17 13/15 16/6
 18/5 19/20 27/19 29/15 30/21 34/4
 41/14
tickers and [1]  12/12
time [30]  9/25 11/7 11/9 12/2 12/12
 12/17 12/25 13/17 15/3 16/7 17/14
 19/9 19/14 21/18 23/8 25/10 25/11
 26/12 27/16 29/15 30/9 30/10 30/22
 32/17 34/5 34/18 35/9 36/6 36/7 42/12
timely [2]  31/22 32/1
times [2]  21/20 21/5
timing [1]  35/10
today [3]  5/12 31/19 42/11
TOM [1]  3/10
ton [1]  7/16
tongue [1]  37/1
too [7]  13/2 15/11 21/7 26/15 30/3
 35/6 35/18
took [5]  14/9 14/15 17/4 18/16 19/1
topic [1]  30/15
total [1]  25/1
totally [1]  32/3

trade [21]  11/21 12/1 13/17 13/20 14/1
 17/14 18/14 23/1 24/16 26/11 28/14
 29/18 30/9 30/10 30/20 30/22 33/5
 33/14 33/15 33/16 35/2
traded [11]  12/9 12/13 13/21 13/22
 17/21 18/21 26/11 28/17 28/18 29/4
 39/10
traders [1]  20/14
trades [4]  19/1 28/10 28/20 35/17
TradeZero [1]  24/21
trading [61]
trading in [1]  15/14
transcript [3]  1/10 4/17 43/17
transcription [1]  4/17
trial [13]  6/25 7/21 14/7 20/19 26/1
 26/8 32/2 33/18 38/23 42/16 42/24
 43/2 43/3
tried [6]  7/24 8/3 9/9 9/16 13/10 35/9
Trojan [1]  17/13
true [1]  14/20
try [8]  10/6 16/15 35/5 35/17 35/22
 35/24 41/1 42/17
trying [8]  11/4 15/1 15/3 21/9 25/23
 30/13 34/3 35/25
turned [2]  12/11 12/15
tweet [2]  22/5 29/8
tweeted [1]  20/8
tweeting [6]  21/25 22/13 22/20 23/9
 34/8 35/16
tweets [6]  9/20 21/24 22/16 22/17
 22/22 24/6
Twenty [1]  2/17
Twenty-Sixth [1]  2/17
twice [1]  18/1
Twitter [25]  7/13 9/1 9/10 9/18 9/19
 10/1 10/9 10/12 10/15 10/18 11/24
 12/23 15/17 17/3 17/4 23/8 24/17 27/8
 37/18 37/19 37/21 37/24 39/3 40/9
 41/9
Twitter's [1]  9/13
two [25]  9/6 9/8 9/10 10/13 10/21 11/8
 16/17 17/19 19/10 19/11 19/21 20/2
 20/10 21/19 22/22 27/22 31/24 35/5
 35/19 38/7 38/7 38/10 41/8 42/19
 42/24
two days [1]  19/11
two weeks [2]  10/21 42/19
two years [1]  11/8
type [1]  7/17
types [1]  27/22
typically [1]  24/21

**U**

U.S [2]  4/14 6/5
ultimately [3]  15/10 15/24 19/2
under [10]  5/10 5/18 7/14 7/18 7/25
 25/1 25/4 31/5 33/25 34/3
underlying [1]  12/14
underscore [1]  17/16
understand [8]  5/6 16/14 23/24 23/25
 26/3 33/5 33/6 41/10
understands [1]  25/6
Understood [1]  25/14
UNITED [8]  1/1 1/4 1/11 1/16 1/22 5/2
 6/12 6/16
Unless [1]  8/17
unlikd [1]  10/21

**U**

**unliking** [1] 10/22
**unquote** [2] 20/11 20/18
**until** [1] 34/1
**up** [15] 5/12 11/24 14/7 15/13 15/24 18/1 24/23 25/16 25/23 25/23 28/16 35/11 36/6 36/9 38/3
**upon** [2] 31/19 32/12
**us** [22] 8/14 9/15 9/20 10/19 10/25 11/4 11/5 11/8 11/10 11/19 12/14 13/24 17/24 18/18 20/8 27/25 29/25 30/20 31/9 39/3 41/10 41/14
**usable** [1] 32/2
**use** [3] 13/23 24/21 35/15
**used** [3] 27/23 27/24 27/24
**useful** [1] 38/21
**using** [1] 24/19

**V**

**various** [2] 16/15 35/15
**vendor** [1] 11/12
**versa** [1] 43/1
**versus** [3] 1/5 5/2 11/10
**very** [6] 19/8 24/16 24/23 29/22 34/5 40/25
**viable** [2] 12/19 13/6
**vice** [1] 43/1
**victim** [8] 6/22 7/23 15/1 16/18 16/18 17/3 22/13 29/19
**victims** [9] 7/8 14/25 20/12 20/18 23/22 30/25 31/9 31/13 34/6
**victims and** [1] 30/25
**victims'** [1] 35/7
**view** [1] 11/17

**W**

**wait** [2] 14/13 34/1
**waived** [1] 35/1
**WALKER** [2] 3/22 4/5
**want** [33] 5/7 7/22 8/1 11/23 12/22 14/1 14/18 15/10 16/5 16/5 19/14 21/14 25/9 25/17 27/22 27/22 29/18 29/21 32/19 32/25 33/12 33/14 34/23 35/3 37/9 37/17 39/1 39/22 40/5 41/2 41/22 41/23
**wanted** [1] 5/11
**wants** [3] 6/10 8/21 36/9
**warning** [1] 35/21
**warrant** [1] 9/14
**was** [19] 5/14 5/17 5/20 18/23 22/12 22/16 22/19 22/20 22/21 23/7 23/8 28/21 29/6 33/7 36/19 36/19 36/20 38/17 43/6
**Washington** [1] 1/23
**way** [25] 9/12 11/5 12/8 13/3 15/20 16/17 16/20 19/19 21/9 21/13 22/2 23/7 24/14 28/12 30/3 30/13 31/22 32/1 38/4 39/1 40/2 40/3 41/6 42/4 42/24
**ways** [3] 16/15 16/17 17/19
**we** [205]
**we're** [9] 14/13 15/2 18/19 23/16 35/5 35/11 37/7 38/15 39/5
**website** [1] 9/13
**week** [1] 22/22
**weeks** [6] 10/21 11/10 11/10 19/15 21/21 42/19

**weigh** [1] 19/8
**well** [12] 5/19 12/16 12/24 14/5 16/19 18/19 24/12 25/24 28/4 29/22 31/25 33/18
**well-known** [1] 5/19
**went** [2] 13/19 18/2
**were** [15] 5/23 8/7 10/6 11/4 20/7 20/11 27/14 27/23 28/20 28/22 29/13 31/12 31/13 34/10 43/8
**what** [65]
**what's** [1] 43/6
**whatever** [6] 21/24 21/24 21/25 31/20 38/14 42/3
**when** [19] 9/1 10/18 11/9 12/13 12/13 12/13 20/4 20/4 20/7 20/16 22/25 24/25 28/22 30/7 34/2 34/24 38/22 41/9 43/6
**where** [3] 12/19 27/4 37/22
**whereas** [1] 32/23
**wherewithal** [1] 21/6
**whether** [6] 5/14 13/21 21/11 28/20 35/7 39/16
**which** [26] 5/19 7/6 7/9 7/14 8/5 14/14 9/7 13/4 14/7 14/12 16/22 16/22 17/20 18/11 18/21 24/9 27/7 29/19 31/6 32/5 32/15 32/21 34/16 35/24 38/17 40/12
**while** [4] 15/6 16/9 21/14 32/13
**whistleblower** [1] 6/23
**who** [12] 6/10 8/21 17/21 19/6 20/24 21/3 21/4 22/20 27/25 28/24 29/4 31/17
**whoever** [1] 14/14
**whole** [2] 27/17 41/10
**whom** [1] 6/22
**why** [16] 7/4 7/11 16/10 16/22 16/23 17/7 19/5 19/16 19/16 20/16 21/8 26/13 31/6 33/21 33/23 34/14
**will** [33] 5/8 6/12 8/15 10/18 10/21 14/21 16/1 16/21 19/1 21/17 23/1 24/22 24/23 27/7 27/16 28/8 28/9 28/15 28/19 28/24 30/12 31/6 32/22 33/20 35/10 35/15 37/8 38/1 38/18 41/9 41/12 42/12 42/15 43/5
**Williams** [18] 2/12 5/6 14/18 16/10 18/19 24/2 25/15 26/14 28/4 30/16 31/16 32/18 32/25 34/18 40/19 41/20 41/25 42/9
**Williams's** [3] 28/6 34/14 42/8
**willing** [1] 11/13
**wind** [1] 14/7
**window** [1] 21/22
**within** [3] 15/11 25/12 37/11
**without** [1] 13/8
**witness** [15] 6/22 9/2 13/21 14/16 19/1 22/9 22/13 33/15 36/11 36/18 39/15 39/21 39/23 41/5 41/6
**witness's** [1] 11/2
**witnesses** [21] 6/22 8/7 8/24 9/7 9/17 11/5 11/14 14/8 15/19 17/23 17/24 18/15 19/13 24/11 25/1 28/24 29/21 36/5 36/14 38/9 38/12
**witnesses's** [2] 7/23 35/15
**word** [1] 35/15
**work** [6] 11/13 15/9 15/9 15/10 21/16 42/24
**worry** [1] 25/22
**would** [27] 6/5 8/16 9/20 9/20 10/11

10/15 11/9 12/1 15/5 16/3 18/11 18/24 22/7 23/5 28/23 29/2 29/5 30/20 30/21 31/20 32/3 38/21 39/2 39/17 41/5 42/20 43/6
**wouldn't** [4] 16/23 16/23 34/8 34/9
**write** [2] 33/19 33/22
**wrong** [1] 18/1
**wrongful** [1] 23/7

**Y**

**y'all** [9] 15/9 17/8 21/14 21/16 24/12 25/9 26/2 26/13 35/11
**yeah** [2] 15/23 28/4
**year** [1] 7/6
**years** [1] 11/8 24/23 30/11
**Yes** [5] 6/11 14/19 26/16 31/19 37/15
**yet** [1] 34/12
**Yifei** [1] 1/22
**York** [1] 1/23
**you** [142]
**you're** [1] 5/9
**you-know-what** [1] 42/23
**your** [45]
**Yours** [1] 5/25
**yourself** [1] 19/5

**Z**

**Zachary** [1] 3/4
**Zadeh** [2] 3/14 3/14
**Zheng** [1] 1/22