IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-S |

## **EDWARD CONSTANTINESCU'S AMENDED TRIAL EXHIBIT LIST**

Edward Constantinescu respectfully submits the following amended list of exhibits he may seek to introduce at trial. Constantinescu reserves his right to supplement this exhibit list with additional materials that he receives in response to trial subpoenas and other records that are not yet in Constantinescu's possession. Constantinescu also reserves his right to supplement or further amend this exhibit list in response to the Court's rulings and/or new information or material produced by the government. Constantinescu also may supplement this exhibit list with other materials currently in the public record. This list does not include all records that Constantinescu intends to use for purposes of impeachment.

Dated: February 2, 2024

Respectfully submitted,

/s/ *Matthew A. Ford*
Matthew A. Ford
Texas Bar No. 24119390
mford@fordobrien.com
Jamie Hoxie Solano
Admitted Pro Hac Vice
jsolano@fordobrien.com
Stephen R. Halpin III
S.D. Tex. Bar No.: NY5944749
shalpin@fordobrien.com
FORD O'BRIEN LANDY, LLP
3700 Ranch Road 620 South, Suite B
Austin, Texas 78738
Telephone: (512) 503-6388
Facsimile: (212) 256-1047

Attorneys for Defendant
Edward Constantinescu

| | UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | | | |
|---|---|---|---|---|---|---|
| United States of America *versus* Edward Constantinescu, et al. | | | HOUSTON DIVISION | | | |
| | | | CRIMINAL ACTION NO. H-22-612 | | | |
| | | | **CONSTANTINESCU EXHIBIT LIST** | | | |
| LIST OF: POTENTIAL DEFENSE TRIAL EXHIBITS FOR EDWARD CONSTANTINESCU  TYPE OF HEARING: TRIAL | | | COUNSEL: MATTHEW AARON FORD JAMIE HOXIE SOLANO STEPHEN R. HALPIN III | | | |
| JUDGE: ANDREW S. HANEN | | CLERK: RHONDA HAWKINS | REPORTER: | | | |
| NOS. | DESCRIPTION | | OFR | OBJ | ADM | DATE |
| 1 | Constantinescu Form 1099 for 2019 – TD Ameritrade | | | | | |
| 2 | Constantinescu Form 1099 for 2020 – TD Ameritrade | | | | | |
| 3 | Constantinescu Form 1099 for 2021 – TD Ameritrade | | | | | |
| 4 | Constantinescu TD Ameritrade Account Records | | | | | |
| 5-199 | *Reserved* | | | | | |
| 200-215 | ONTX filings with the SEC | | | | | |
| 216-219 | *Reserved* | | | | | |
| 220 | June 22, 2020 Yahoo Finance article | | | | | |
| 221 | July 1, 2020 Biopharma article | | | | | |
| 222 | July 13, 2020 Biopharma article | | | | | |
| 223 | July 27, 2020 Seeking Alpha article | | | | | |
| 224 | July 29, 2020 Seeking Alpha article | | | | | |
| 225 | July 29, 2020 Seeking Alpha article 2 | | | | | |
| 226 | July 31, 2020 Biopharma article | | | | | |
| 227 | August 12, 2020 Seeking Alpha article | | | | | |
| 228 | August 12, 2020 Seeking Alpha article 2 | | | | | |
| 229 | August 12, 2020 Seeking Alpha article 3 | | | | | |
| 230 | August 24, 2020 Seeking Alpha article | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 231 | August 24, 2020 Seeking Alpha article 2 | | | | | |
| 232 | August 25, 2020 Biopharma article | | | | | |
| 233 | Sept. 4, 2020 Biopharma article | | | | | |
| 234 | Feb. 3, 2021 Penny Stocks article | | | | | |
| 235 | Feb. 9, 2021 Seeking Alpha article | | | | | |
| 236 | Feb. 10, 2021 Seeking Alpha article | | | | | |
| 237 | Feb. 11, 2021 Seeking Alpha article | | | | | |
| 238 | Feb. 11, 2021 press release | | | | | |
| 239 | Feb. 16, 2021 Seeking Alpha article | | | | | |
| 240 | Feb. 19, 2021 Seeking Alpha article | | | | | |
| 241 | Feb. 19, 2021 Seeking Alpha article 2 | | | | | |
| 242 | Feb. 23, 2021 Seeking Alpha article | | | | | |
| 243 | June 11, 2020 ONTX Stock Chart Analysis on YouTube | | | | | |
| 244-249 | *Reserved* | | | | | |
| 250-300 | Screenshots of Tweets attributed to Constantinescu in Garibotti's Report | | | | | |
| 251-399 | *Reserved* | | | | | |
| 400-415 | CBAT filings with the SEC | | | | | |
| 416 | Oct. 16, 2020 Seeking Alpha article | | | | | |
| 417 | Nov. 17, 2020 Seeking Alpha article | | | | | |
| 418 | Nov. 18, 2020 Seeking Alpha article | | | | | |
| 419 | Nov. 27, 2020 Seeking Alpha article | | | | | |
| 420 | Dec. 2, 2020 Seeking Alpha article | | | | | |
| 421 | Dec. 8, 2020 Seeking Alpha article | | | | | |
| 422 | Dec. 10, 2020 Seeking Alpha article | | | | | |
| 423 | Dec. 31, 2020 Seeking Alpha article | | | | | |
| 424 | Jan. 6, 2021 Seeking Alpha article | | | | | |
| 425 | Jan. 7, 2021 Investor Place article | | | | | |
| 426 | Jan. 13, 2021 Yahoo Finance article | | | | | |
| 427 | Jan. 15, 2021 Yahoo Finance article | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 428 | Feb. 3, 2021 Seeking Alpha article | | | | | |
| 429 | Feb. 5, 2021 Seeking Alpha article | | | | | |
| 430 | Feb. 8, 2021 Seeking Alpha article | | | | | |
| 431 | Mar. 6, 2021 Seeking Alpha article | | | | | |
| 432-499 | *Reserved* | | | | | |
| 500-509 | TRCH filings with the SEC | | | | | |
| 510 | Jan. 9, 2021 Seeking Alpha article | | | | | |
| 511 | Jan. 21, 2021 Seeking Alpha article | | | | | |
| 512 | Feb. 8, 2021 Yahoo Finance article | | | | | |
| 513 | Feb. 8, 2021 Seeking Alpha article | | | | | |
| 514 | Feb. 10, 2021 Investor Place article | | | | | |
| 515 | Feb. 16, 2021 Yahoo Finance article | | | | | |
| 516 | Feb. 16, 2021 Seeking Alpha article | | | | | |
| 517 | Feb. 18, 2021 Seeking Alpha article | | | | | |
| 518 | Feb. 18, 2021 Seeking Alpha article 2 | | | | | |
| 519-599 | *Reserved* | | | | | |
| 600-620 | VISL filings with the SEC | | | | | |
| 621 | Jan. 27, 2021 Seeking Alpha article | | | | | |
| 622 | Feb. 4, 2021 GlobeNewswire article | | | | | |
| 623 | Feb. 4, 2021 Seeking Alpha article | | | | | |
| 624 | Screenshots of Tweets attributed to Constantinescu in Garibotti's Report | | | | | |
| 625-1099 | *Reserved* | | | | | |
| 1100-1120 | ALZN filings with the SEC | | | | | |
| 1121 | May 21, 2021 Seeking Alpha article | | | | | |
| 1122 | June 1, 2021 Seeking Alpha article | | | | | |
| 1123 | June 14, 2021 press release | | | | | |
| 1124 | June 15, 2021 Seeking Alpha article | | | | | |
| 1125 | June 15, 2021 Seeking Alpha article 2 | | | | | |
| 1126 | June 16, 2021 Seeking Alpha article | | | | | |
| 1127 | June 17, 2021 Seeking Alpha article | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1128 | June 21, 2021 Seeking Alpha article | | | | | |
| 1129 | July 1, 2021 Seeking Alpha article | | | | | |
| 1130-1399 | *Reserved* | | | | | |
| 1400-1430 | CEI filings with the SEC | | | | | |
| 1431 | July 7, 2021 Investor Place article | | | | | |
| 1432 | Aug. 9, 2021 article | | | | | |
| 1433 | Aug. 17, 2021 article | | | | | |
| 1434 | Aug. 24, 2021 article | | | | | |
| 1435 | Sept. 17, 2021 Seeking Alpha article | | | | | |
| 1436 | Sept. 24, 2021 Seeking Alpha article | | | | | |
| 1437 | Sept. 28, 2021 Seeking Alpha article | | | | | |
| 1438 | Sept. 29, 2021 Seeking Alpha article | | | | | |
| 1439 | Sept. 29, 2021 Investor Place article | | | | | |
| 1440 | Sept. 30, 2021 Seeking Alpha article | | | | | |
| 1441 | October 2021 Kerrisdale Capital Short Report | | | | | |
| 1442 | Oct. 5, 2021 Seeking Alpha article | | | | | |
| 1443 | Oct. 5, 2021 Seeking Alpha article 2 | | | | | |
| 1444 | Oct. 5, 2021 press release | | | | | |
| 1445 | Oct. 5, 2021 Investor Place article | | | | | |
| 1446 | Oct. 6, 2021 Seeking Alpha article | | | | | |
| 1447 | Oct. 7, 2021 Seeking Alpha article | | | | | |
| 1448 | Oct. 8, 2021 Seeking Alpha article | | | | | |
| 1449 | Oct. 9, 2021 Seeking Alpha article | | | | | |
| 1450 | Oct. 22, 2021 Investor Place article | | | | | |
| 1451 | Reddit Posts | | | | | |
| 1452-1499 | Screenshots of Tweets attributed to Constantinescu in Garibotti's Report | | | | | |
| 1500-1550 | DATS filings with the SEC | | | | | |
| 1551 | Aug. 30, 2021 Investor Place article | | | | | |
| 1552 | Sept. 2, 2021 Seeking Alpha article | | | | | |

| | |
|---|---|
| 1553 | Sept. 14, 2021 Seeking Alpha article |
| 1554 | Sept. 24, 2021 Seeking Alpha article |
| 1555 | Oct. 8, 2021 Seeking Alpha article |
| 1556 | Oct 13, 2021 Seeking Alpha article |
| 1557 | Oct 14, 2021 Short Report |
| 1558 | Oct. 14, 2021 Seeking Alpha article |
| 1559 | Oct. 15, 2021 Seeking Alpha article |
| 1560 | Oct. 18, 2021 Seeking Alpha article |
| 1561 | Oct. 28, 2021 Newswire article |
| 1562 | Oct. 28, 2021 Seeking Alpha article |
| 1563-1599 | Screenshots of Tweets attributed to Constantinescu in Garibotti's Report |
| 1600-1610 | NAKD filings with the SEC |
| 1611 | Oct. 14, 2021 SEC Staff Report on Equity and Options Market Structure Conditions in Early 2021 |
| 1612 | SEC Gensler YouTube Video |
| 1613 | Jan. 28, 2021 Seeking Alpha article |
| 1614 | Jan. 28, 2021 Seeking Alpha article 2 |
| 1615 | Jan. 28, 2021 Seeking Alpha article 3 |
| 1616 | Jan. 29, 2021 Seeking Alpha article |
| 1617 | Jan. 29, 2021 Seeking Alpha article 2 |
| 1618 | Jan. 30, 2021 Seeking Alpha article |
| 1619 | Jan. 31, 2021 Seeking Alpha article |
| 1620 | Jan. 31, 2021 Seeking Alpha article 2 |
| 1621 | Feb. 1, 2021 Seeking Alpha article |
| 1622 | Feb. 1, 2021 Seeking Alpha article 2 |
| 1623 | Feb. 2, 2021 Seeking Alpha article |
| 1624 | Feb. 2, 2021 Seeking Alpha article 2 |
| 1625 | Feb. 2, 2021 Seeking Alpha article 3 |
| 1626 | Feb. 3, 2021 Seeking Alpha article |
| 1627 | Feb. 3, 2021 Seeking Alpha article 2 |

| | |
|---|---|
| 1628 | Feb. 8, 2021 Seeking Alpha article |
| 1629 | Feb. 18, 2021 Seeking Alpha article |
| 1630 | Feb. 23, 2021 Seeking Alpha article |
| 1631 | Feb. 25, 2021 Seeking Alpha article |
| 1632 | Mar. 29, 2021 Seeking Alpha article |
| 1633 | Apr. 8, 2021 Seeking Alpha article |
| 1634 | Apr. 19, 2021 Seeking Alpha article |
| 1635 | Apr. 23, 2021 Seeking Alpha article |
| 1636 | Apr. 29, 2021 Seeking Alpha article |
| 1637 | May 2, 2021 Seeking Alpha article |
| 1638 | May 4, 2021 Seeking Alpha article |
| 1639 | July 6, 2021 Seeking Alpha article |
| 1640 | Sept. 7, 2021 Market Realist article |
| 1641 | Sept. 15, 2021 Finextra.com article |
| 1642 | Sept. 24, 2021 Investor Place article |
| 1643 | Sept. 27, 2021 Market Realist article |
| 1644 | Sept. 29, 2021 Yahoo article |
| 1645 | Oct. 4, 2021 Investor Place article |
| 1646 | Screenshot of Tweet attributed to Constantinescu in Garibotti's Report |
| 1647-1699 | *Reserved* |
| 1700-1725 | EZFL filings with the SEC |
| 1726 | Sept. 14, 2021 press release |
| 1727 | Sept. 15, 2021 Seeking Alpha article |
| 1728 | Sept. 16, 2021 Seeking Alpha article |
| 1729 | Sept. 17, 2021 press release |
| 1730 | Sept. 29, 2021 Seeking Alpha article |
| 1731 | Oct. 11, 2021 Seeking Alpha article |
| 1732 | Nov. 8, 2021 Seeking Alpha article |
| 1733-1799 | *Reserved* |
| 1800-1825 | MYSZ filings with the SEC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1826 | Feb. 19, 2019 Seeking Alpha article | | | | | |
| 1827 | Mar. 16, 2020 Seeking Alpha article | | | | | |
| 1828 | Sept. 7, 2021 press release | | | | | |
| 1829 | Sept. 8, 2021 press release | | | | | |
| 1830 | Sept. 13, 2021 press release | | | | | |
| 1831 | Oct. 21, 2021 press release | | | | | |
| 1832 | Oct. 22, 2021 press release | | | | | |
| 1833 | Oct. 26, 2021 press release | | | | | |
| 1834 | Oct. 26, 2021 Investor Place article | | | | | |
| 1835 | Oct. 27, 2021 press release | | | | | |
| 1836 | Oct. 29, 2021 Investors Observer article | | | | | |
| 1837 | Nov. 1, 2021 press release | | | | | |
| 1838 | Nov. 3, 2021 press release | | | | | |
| 1839 | Nov. 4, 2021 press release | | | | | |
| 1840 | Nov. 9, 2021 press release | | | | | |
| 1841 | Nov. 11, 2021 press release | | | | | |
| 1842 | Nov. 15, 2021 press release | | | | | |
| 1843 | Nov. 22, 2021 press release | | | | | |
| 1844-1847 | Screenshots of Tweets attributed to Constantinescu in Garibotti's Report | | | | | |
| 1848-1999 | *Reserved* | | | | | |
| 2000-2005 | BBI filings with the SEC | | | | | |
| 2006 | Feb. 2, 2022 press release | | | | | |
| 2007 | Feb. 2, 2022 Yahoo / Benzinga article | | | | | |
| 2008 | Feb. 15, 2022 Value the Markets article | | | | | |
| 2009 | Mar. 8, 2022 William Blair article | | | | | |
| 2010 | Mar. 8, 2022 press release | | | | | |
| 2011 | Mar. 10, 2022 press release | | | | | |
| 2012 | Mar. 14, 2022 Seeking Alpha article | | | | | |
| 2013 | Mar. 14, 2022 NASDAQ article | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2014 | Mar. 15, 2022 Seeking Alpha article | | | | | |
| 2015 | Mar. 15, 2022 earnings slide deck | | | | | |
| 2016 | Mar. 15, 2022 Baystreet article | | | | | |
| 2017 | Mar. 15, 2022 press release | | | | | |
| 2018 | Apr. 19, 2022 Penny Stocks article | | | | | |
| 2019 | Apr. 19, 2022 article | | | | | |
| 2020-2074 | Screenshots of Tweets attributed to Constantinescu in Garibotti's Report | | | | | |
| 2075-2199 | *Reserved* | | | | | |
| 2200-2205 | BAOS filings with the SEC | | | | | |
| 2206 | Apr. 25, 2022 Seeking Alpha article | | | | | |
| 2208 | Screenshot of Never Video from YouTube | | | | | |
| 2209 | Never Video | | | | | |
| 2210-2245 | Screenshots of Tweets attributed to Constantinescu in Garibotti's Report | | | | | |
| 2246-2399 | *Reserved* | | | | | |
| 2400-2425 | CNTX filings with the SEC | | | | | |
| 2426 | July 2, 2021 Seeking Alpha article | | | | | |
| 2427 | Oct. 18, 2021 Seeking Alpha article | | | | | |
| 2428 | Oct. 19, 2021 press release | | | | | |
| 2429 | Oct. 20, 2021 Seeking Alpha article | | | | | |
| 2430 | Oct. 20, 2021 Seeking Alpha article 2 | | | | | |
| 2431 | Oct. 27, 2021 Seeking Alpha article | | | | | |
| 2432 | Nov. 1, 2021 Seeking Alpha article | | | | | |
| 2433 | Nov. 2, 2021 Seeking Alpha article | | | | | |
| 2434 | Dec. 2, 2021 Seeking Alpha article | | | | | |
| 2435 | Dec. 2, 2021 Seeking Alpha article 2 | | | | | |
| 2436 | Dec. 9, 2021 Seeking Alpha article | | | | | |
| 2437 | Dec. 10, 2021 Seeking Alpha article | | | | | |
| 2441-2499 | Screenshots of Tweets attributed to Constantinescu in Garibotti's Report | | | | | |
| 2500-2510 | FCEL filings with the SEC | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2511 | Sept. 6, 2021 Seeking Alpha article | | | | |
| 2512 | Sept. 16, 2021 Seeking Alpha article | | | | |
| 2513 | Oct. 11, 2021 Seeking Alpha article | | | | |
| 2514 | Oct. 12, 2021 NASDAQ / StockMarket.com article | | | | |
| 2515 | Oct. 12, 2021 Seeking Alpha article | | | | |
| 2516 | Oct. 13, 2021 Seeking Alpha article | | | | |
| 2517 | Oct. 15, 2021 Tim Sykes article | | | | |
| 2518 | Oct. 16, 2021 Seeking Alpha article | | | | |
| 2519 | Oct. 18, 2021 Seeking Alpha article | | | | |
| 2520 | Oct. 18, 2021 Motley Fool article | | | | |
| 2521 | Oct. 20, 2021 FXStreet article | | | | |
| 2522 | Oct. 20, 2021 Yahoo / Benzinga article | | | | |
| 2523-2530 | Screenshots of Tweets attributed to Constantinescu in Garibotti's Report | | | | |
| 2531-2699 | *Reserved* | | | | |
| 2700-2710 | METX filings with the SEC | | | | |
| 2711 | Oct. 24, 2021 Penny Stocks article | | | | |
| 2712 | Oct. 28, 2021 Seeking Alpha article | | | | |
| 2713 | Nov. 3, 2021 Penny Stocks article | | | | |
| 2714 | Nov. 8, 2021 Bitcoin.com article | | | | |
| 2715 | Nov. 10, 2021 Seeking Alpha article | | | | |
| 2716 | Nov. 22, 2021 Seeking Alpha article | | | | |
| 2717-2799 | *Reserved* | | | | |
| 2800-2805 | MFH filings with the SEC | | | | |
| 2806 | Mar. 4, 2021 press release | | | | |
| 2807 | Mar. 23, 2021 Seeking Alpha article | | | | |
| 2808-2999 | *Reserved* | | | | |
| 3000-3005 | ONTX filings with the SEC | | | | |
| 3006 | Feb. 17, 2021 NASDAQ / Motley Fool article | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3007-3030 | Screenshots of Tweets attributed to Constantinescu in Garibotti's Report | | | | |
| 3031-3599 | *Reserved* | | | | |
| 3600-3605 | XRTX filings with the SEC | | | | |
| 3606-3620 | Screenshots of Tweets attributed to Constantinescu in Garibotti's Report | | | | |
| 3621-3699 | *Reserved* | | | | |
| 3700-3710 | ZSAN filings with the SEC | | | | |
| 3711 | Mar. 24, 2022 Penny Stocks article | | | | |
| 3712-3770 | Screenshots of Tweets attributed to Constantinescu in Garibotti's Report | | | | |
| 3771-5500 | *Reserved* and Screenshots of Tweets attributed to Constantinescu in Garibotti's Report, to correspond with Government exhibit numbering. | | | | |
| 5600-5999 | *Social media and trading records from government witnesses in response to Rule 17 subpoenas issued by Constantinescu (Anticipated)* | | | | |
| 6000-6099 | Market Investigations Surveillance and Investigation Files produced by FINRA | | | | |
| 6100-6499 | Financial and Trading Records for Codefendants, including the following: | | | | |
| 6100 | Cooperman – 1099 for 2020 (Robinhood) | | | | |
| 6101 | Cooperman – 1099 for 2020 (Robinhood Crypto) | | | | |
| 6102 | Cooperman – 1099 for 2020 (Webull) | | | | |
| 6103 | Deel – 1099 for 2020 (Webull) | | | | |
| 6104 | Hennessey – 1099 for 2020 (Robinhood) | | | | |
| 6105 | Hennessey – 1099 for 2020 (Webull) | | | | |
| 6106 | Hrvatin – 1099 for 2020 (Robinhood) | | | | |
| 6107 | Hrvatin – 1099 for 2020 (Robinhood Crypto) | | | | |
| 6108 | Hrvatin – 1099 for 2020 (Webull – account ending in 1041) | | | | |
| 6109 | Hrvatin – 1099 for 2020 (Webull – account ending in 1254) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6110 | Knight – 1099 for 2020 (Webull) | | | | | |
| 6111 | Matlock – 1099 for 2020 (Robinhood) | | | | | |
| 6112 | Matlock – 1099 for 2020 (Webull) | | | | | |
| 6113 | Rybarczyk – 1099 for 2020 (Webull) | | | | | |
| 6114-6199 | *Reserved* | | | | | |
| 6200 | Cooperman – 1099 for 2021 (Robinhood) | | | | | |
| 6201 | Cooperman – 1099 for 2021 (Robinhood Crypto) | | | | | |
| 6202 | Cooperman – 1099 for 2021 (Webull) | | | | | |
| 6203 | Deel – 1099 for 2021 (Webull) | | | | | |
| 6204 | Hrvatin – 1099 for 2021 (Webull) | | | | | |
| 6205 | Knight – 1099 for 2021 (Webull) | | | | | |
| 6206 | Matlock – 1099 for 2021 (Webull) | | | | | |
| 6207 | Rybarczyk – 1099 for 2021 (Webull) | | | | | |
| 6208-6499 | *Reserved* | | | | | |
| 6500 | Jan. 27, 2021 Reddit Post | | | | | |
| 6501 | Oct. 19, 2021 Business Insider article re Top 16 meme stocks this week on Reddit | | | | | |
| 6502 | Aug. 16, 2023 Tweet @StockJabber | | | | | |
| 6503 | Atlas Trading Rules | | | | | |
| 6504 | Atlas Trading Chatroom and Website Disclaimer | | | | | |
| 6505 | May 10, 2020 YouTube video posted by Matlock, "Taking Trades | Atlas Trading – Alerts and Stock Calls" – video | | | | | |
| 6506 | May 10, 2020 YouTube video posted by Matlock, "Taking Trades | Atlas Trading – Alerts and Stock Calls" – screenshot | | | | | |
| 6507 | Benzinga Instagram video TSLA | | | | | |
| 6508 | How to Use Trade-Ideas Stock Scanners for Day Trading – Warrior Trading video | | | | | |
| 6509 | Zack Morris Instagram accounts | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6510-7099 | *Reserved* | | | | | |
| 7100-7399 | Publicly available News Articles and Posts, and @MrZackMorris tweets regarding AMC, GME, FUBO, NAKD, SNDL, TSLA, and WISH | | | | | |
| 7,400-8,999 | *Reserved* | | | | | |
| 9,000-9,054 | Stock price charts for "at issue" stocks. | | | | | |
| 10,000-11,000 | Records from or of the @MrZackMorris Twitter account, including the following: | | | | | |
| 10,000 | *Reserved* | | | | | |
| 10,001 | May 2, 2019 Tweet | | | | | |
| 10,002 | May 30, 2019 Tweet | | | | | |
| 10,003 | Oct. 29, 2019 Tweet | | | | | |
| 10,004 | Oct. 29, 2019 Tweet 2 | | | | | |
| 10,005 | Dec. 4, 2019 Tweet | | | | | |
| 10,006 | Jan. 29, 2020 Tweet | | | | | |
| 10,007 | Jan. 29, 2020 Tweet | | | | | |
| 10,008 | Feb. 12, 2020 Tweet | | | | | |
| 10,009 | Feb. 19, 2020 Tweet | | | | | |
| 10,010 | Mar. 4, 2020 Tweet | | | | | |
| 10,011 | Mar. 18, 2020 Tweet | | | | | |
| 10,012 | Mar. 19, 2020 Tweet | | | | | |
| 10,013 | Apr. 9, 2020 Tweet | | | | | |
| 10,014 | Apr. 21, 2020 Tweet | | | | | |
| 10,015 | Apr. 21, 2020 Tweet 2 | | | | | |
| 10,016 | Apr. 22, 2020 Tweet | | | | | |
| 10,017 | Apr. 24, 2020 Tweet | | | | | |
| 10,018 | Apr. 28, 2020 Tweet | | | | | |
| 10,019 | Apr. 28, 2020 Tweet 2 | | | | | |
| 10,020 | May 9, 2020 Tweet | | | | | |
| 10,021 | May 27, 2020 Tweet | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10,022 | June 6, 2020 Tweet | | | | | |
| 10,023 | June 29, 2020 Tweet | | | | | |
| 10,024 | Aug. 4, 2020 Tweet | | | | | |
| 10,025 | Aug. 12, 2020 Tweet | | | | | |
| 10,026 | Aug. 15, 2020 Tweet | | | | | |
| 10,027 | Sept. 5, 2020 Tweet | | | | | |
| 10,028 | Sept. 5, 2020 Tweet 2 | | | | | |
| 10,029 | Sept. 5, 2020 Tweet 3 | | | | | |
| 10,030 | Sept. 12, 2020 Tweet | | | | | |
| 10,031 | Oct. 3, 2020 Tweet | | | | | |
| 10,032 | Oct. 9, 2020 Tweet | | | | | |
| 10,033 | Oct. 11, 2020 Tweet | | | | | |
| 10,034 | Oct. 15, 2020 Tweet | | | | | |
| 10,035 | Oct. 18, 2020 Tweet | | | | | |
| 10,036 | Oct. 20, 2020 Tweet | | | | | |
| 10,037 | Oct. 20, 2020 Tweet 2 | | | | | |
| 10,038 | Oct. 23, 2020 Tweet | | | | | |
| 10,039 | Oct. 24, 2020 Tweet | | | | | |
| 10,040 | Oct. 31, 2020 Tweet | | | | | |
| 10,041 | Nov. 9, 2020 Tweet | | | | | |
| 10,042 | Nov. 10, 2020 Tweet | | | | | |
| 10,043 | Nov. 10, 2020 Tweet 2 | | | | | |
| 10,044 | Nov. 16, 2020 Tweet | | | | | |
| 10,045 | Nov. 20, 2020 Tweet | | | | | |
| 10,046 | Nov. 24, 2020 Tweet 2 | | | | | |
| 10,047 | Nov. 27, 2020 Tweet | | | | | |
| 10,048 | Dec. 4, 2020 Tweet | | | | | |
| 10,049 | Dec. 18, 2020 Tweet | | | | | |
| 10,050 | Dec. 18, 2020 Tweet 2 | | | | | |
| 10,051 | Dec. 21, 2020 Tweet | | | | | |

| | |
|---|---|
| 10,052 | Dec. 21, 2020 Tweet 2 |
| 10,053 | Dec. 21, 2020 Tweet 3 |
| 10,054 | Jan. 14, 2021 Tweet |
| 10,055 | Jan. 14, 2021 Tweet 2 |
| 10,056 | Jan. 14, 2021 Tweet 3 |
| 10,057 | Jan. 14, 2021 Tweet 4 |
| 10,058 | Jan. 15, 2021 Tweet |
| 10,059 | Jan. 15, 2021 Tweet 2 |
| 10,060 | Jan. 17, 2021 Tweet |
| 10,061 | Jan. 19, 2021 Tweet |
| 10,062 | Jan. 20, 2021 Tweet |
| 10,063 | Jan. 20, 2021 Tweet 2 |
| 10,064 | Jan. 21, 2021 Tweet |
| 10,065 | Jan. 22, 2021 Tweet |
| 10,066 | Jan. 22, 2021 Tweet 2 |
| 10,067 | Jan. 26, 2021 Tweet |
| 10,068 | Jan. 27, 2021 Tweet |
| 10,069 | Jan. 28, 2021 Tweet |
| 10,070 | Jan. 28, 2021 Tweet 2 |
| 10,071 | Jan. 30, 2021 Tweet |
| 10,072 | Feb. 4, 2021 Tweet |
| 10,074 | Feb. 4, 2021 Tweet video |
| 10,075 | Feb. 9, 2021 Tweet |
| 10,076 | Feb. 10, 2021 Tweet |
| 10,077 | Feb. 15, 2021 Tweet |
| 10,078 | Feb. 15, 2021 Tweet 2 |
| 10,079 | Feb. 24, 2021 Tweet |
| 10,080 | Feb. 26, 2021 Tweet |
| 10,081 | Mar. 8, 2021 Tweet |
| 10,082 | Apr. 30, 2021 Tweet |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10,083 | May 3, 2021 Tweet | | | | | |
| 10,084 | May 6, 2021 Tweet | | | | | |
| 10,085 | May 21, 2021 Tweet | | | | | |
| 10,086 | May 27, 2021 Tweet | | | | | |
| 10,087 | June 2, 2021 Tweet | | | | | |
| 10,088 | June 2, 2021 Tweet 2 | | | | | |
| 10,089 | June 2, 2021 Tweet 3 | | | | | |
| 10,090 | June 2, 2021 Tweet 4 | | | | | |
| 10,091 | June 3 2021 Tweet | | | | | |
| 10,092 | June 7, 2021 Tweet | | | | | |
| 10,093 | June 7, 2021 Tweet 2 | | | | | |
| 10,094 | June 8, 2021 Tweet | | | | | |
| 10,095 | June 8, 2021 Tweet 2 | | | | | |
| 10,096 | July 2, 2021 Tweet | | | | | |
| 10,097 | July 2, 2021 Tweet 2 | | | | | |
| 10,098 | July 10, 2021 Tweet | | | | | |
| 10,099 | July 10, 2021 Tweet 2 | | | | | |
| 10,100 | July 10, 2021 Tweet 3 | | | | | |
| 10,101 | July 23, 2021 Tweet | | | | | |
| 10,102 | July 28, 2021 Tweet | | | | | |
| 10,103 | July 29, 2021 Tweet | | | | | |
| 10,104 | Aug. 2, 2021 Tweet | | | | | |
| 10,105 | Aug. 5, 2021 Tweet 2 | | | | | |
| 10,106 | Sept. 2, 2021 Tweet | | | | | |
| 10,107 | Sept. 3, 2021 Tweet | | | | | |
| 10,108 | Nov. 4, 2021 Tweet | | | | | |
| 10,109 | Nov. 5, 2021 Tweet | | | | | |
| 10,110 | Nov. 6, 2021 Tweet | | | | | |
| 10,111 | Nov. 16, 2021 Tweet | | | | | |
| 10,112 | Nov. 29, 2021 Tweet | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10,113 | Nov. 29, 2021 Tweet 2 | | | | | |
| 10,114 | Dec. 1, 2021 Tweet | | | | | |
| 10,115 | Dec. 14, 2021 Tweet | | | | | |
| 10,116 | Jan. 3, 2022 Tweet | | | | | |
| 10,117 | Jan. 5, 2022 Tweet | | | | | |
| 10,118 | Jan. 9, 2022 Tweet | | | | | |
| 10,119 | Jan. 18, 2022 Tweet | | | | | |
| 10,120 | Feb. 7, 2022 Tweet | | | | | |
| 10,121 | Feb. 7, 2022 Tweet 2 | | | | | |
| 10,122 | Feb. 15, 2022 Tweet | | | | | |
| 10,123 | Mar. 2, 2022 Tweet | | | | | |
| 10,124 | Mar. 18, 2022 Tweet | | | | | |
| 10,125 | Mar. 30, 2022 Tweet | | | | | |
| 10,126 | Mar. 30, 2022 Tweet 2 | | | | | |
| 10,127 | Mar. 31, 2022 Tweet 3 | | | | | |
| 10,128 | Apr. 5, 2022 Tweet | | | | | |
| 10,129 | Apr. 5, 2022 Tweet 2 | | | | | |
| 10,130 | Apr. 6, 2022 Tweet | | | | | |
| 10,131 | Apr. 13, 2022 Tweet | | | | | |
| 10,132 | Apr. 13, 2022 Tweet 2 | | | | | |
| 10,133 | Apr. 23, 2022 Tweet | | | | | |
| 10,134 | June 1, 2022 Tweet | | | | | |
| 10,135 | June 28, 2022 Tweet | | | | | |
| 10,136 | June 30, 2022 Tweet | | | | | |
| 10,137 | Aug. 31, 2022 Tweet | | | | | |
| 10,138 | Sept. 7, 2022 Tweet | | | | | |
| 10,139 | Sept. 8, 2022 Tweet | | | | | |
| 10,140 | Sept. 16, 2022 Tweet | | | | | |
| 10,141 | Sept. 21, 2022 Tweet | | | | | |
| 10,142 | Sept. 23, 2022 Tweet | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10,143 | Sept. 23, 2022 Tweet 2 | | | | | |
| 10,144 | Sept. 27, 2022 Tweet | | | | | |
| 10,145 | Sept. 29, 2022 Tweet | | | | | |
| 10,146 | Oct. 19, 2022 Tweet | | | | | |
| 10,147 | Oct. 19, 2022 Tweet | | | | | |
| 10,148 | Nov. 9, 2022 Tweet | | | | | |
| 10,149 | Nov. 13, 2022 Tweet | | | | | |
| 10,150 | Nov. 18, 2022 Tweet | | | | | |
| 10,151 | Nov. 20, 2022 Tweet | | | | | |
| 10,152 | Nov. 21, 2022 Tweet | | | | | |
| 10,153 | Nov. 23, 2022 Tweet | | | | | |
| 10,154 | Nov. 23, 2022 Tweet 2 | | | | | |
| 10,155 | Nov. 24, 2022 Tweet | | | | | |
| 10,156 | Nov. 24, 2022 Tweet 2 | | | | | |
| 10,157 | Nov. 26, 2022 Tweet | | | | | |
| 10,158 | Dec. 2, 2022 Tweet | | | | | |
| 10,159 | Dec. 12, 2022 Tweet | | | | | |
| 10,160 | Moot and Block Tweet | | | | | |
| 10,161 | Mean Names Tweet | | | | | |
| 10,162 | Kern Tweet Video | | | | | |
| 10,163 | Wayback Capture Aug. 21, 2020 | | | | | |
| 10,164 | Wayback Capture Sept. 11, 2020 | | | | | |
| 10,165 | Wayback Capture Jan. 30, 2021 | | | | | |
| 10,166 | Wayback Capture Mar. 18, 2021 | | | | | |
| 10,167 | Wayback Capture June 24, 2021 | | | | | |
| 10,168 | Wayback Capture July 3, 2021 | | | | | |
| 10,169-10,270 | Blue Sheets | | | | | |
| 10,271-10,370 | Bloomberg Data | | | | | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 2, 2024, a true and correct copy of the foregoing document has been electronically served on all counsel of record via the Court's CM/ECF system.

                */s/ Matthew A. Ford*
                Matthew A. Ford