

Count 15 (Event 111): DATS - From October 13, 2021 at 8:00AM to October 14, 2021 at 2:00PM Posts and Positions by Trader