

DATCHAT, INC. ("DATS")
DAILY CLOSING PRICE AND MARKET VOLUME
AUGUST 13, 2021 THROUGH DECEMBER 3, 2021

Source: Bloomberg

GOVERNMENT EXHIBIT
15A
4:22-cr-612