UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | Case No. 4:22-cr-612 |
| **CONSTANTINESCU**, *et al.* | § § § | |
| **Defendants.** | § | |

### [Proposed] ORDER

Upon consideration of the Defendants' Motion *in Limine* ECF No. 539, the Court hereby ORDERS that the Motion is DENIED.

It is so **ORDERED** at Houston, Texas on this ___ day of _____, 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE