| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | | | |
|---|---|---|---|---|---|
| UNITED STATES OF AMERICA | | HOUSTON DIVISION | | | |
| *VERSUS* | | CRIMINAL ACTION No. H-22-612 | | | |
| EDWARD CONSTANTINESCU, ET AL. | | **EXHIBIT LIST** | | | |
| LIST OF TYPE OF HEARING: JURY TRIAL | | COUNSEL:    SCOTT    ARMSTRONG,    JOHN LIOLOS, THOMAS "HEYWARD" CARTER, III | | | |
| JUDGE: ANDREW S. HANEN | CLERK: RHONDA HAWKINS | REPORTER: | | | |
| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
| 1 | Summary Exhibit of Defendants | | | | |
| 2A | ONTX: FINRA Price Volume Chart 7/1/2020 - 8/31/2020 | | | | |
| 2B | ONTX: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 2C | ONTX: Summary Exhibit of Volume and Posting | | | | |
| 2D | Edward Constantinescu: Discord DM ft Hennessey (7/16/2020) | | | | |
| 3A | SXTC: FINRA Price Volume Chart 9/10/2020 - 9/21/2020 | | | | |
| 3B | SXTC: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 3C | SXTC: Summary Exhibit of Volume and Posting | | | | |
| 3D | Gary Deel: Discord DM ft Hennessey (9/11/2020) | | | | |
| 3E | John Rybarczyk: Discord DM ft Deel (9/11/2020) | | | | |
| 4A | CBAT: FINRA Price Volume Chart 1/4/2021 - 2/26/2021 | | | | |
| 4B | CBAT: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 4C | CBAT: Summary Exhibit of Volume and Posting | | | | |
| 4D | Gary Deel: Text ft Hennessey, Matlock (2/16/2021) | | | | |
| 5A | TRCH: FINRA Price Volume Chart 2/8/2021 - 3/4/2021 | | | | |
| 5B | TRCH: Summary Exhibit of Trading, Posting, and Profit | | | | |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|-----|-------------|-----|-----|-----|------|
| 5C | TRCH: Summary Exhibit of Volume and Posting | | | | |
| 5D | Gary Deel: Discord DM ft other individual (2/10/2021) | | | | |
| 5E | John Rybarczyk: Discord DM ft other individuals (2/10/2021) | | | | |
| 5F | PJ Matlock: Discord DM ft Sabo (2/10/2021) | | | | |
| 5G | PJ Matlock: Discord DM ft other individual (2/10/2021) | | | | |
| 5H | PJ Matlock: Discord DM ft other individual (2/10/2021) | | | | |
| 5I | Tom Cooperman: Discord DM ft other individual (2/10/2021) | | | | |
| 5J | Tom Cooperman: Discord DM ft other individual (2/10/2021) | | | | |
| 5K | Gary Deel: Discord DM ft other individual (2/16/2021) | | | | |
| 6A | VISL: FINRA Price Volume Chart 2/26/2021 - 3/4/2021 | | | | |
| 6B | VISL: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 6C | H.B. video (3/2/2021) | | | | |
| 6D | H.B. video (3/2/2021) | | | | |
| 6E | H.B. video (3/2/2021) | | | | |
| 7A | GTT: FINRA Price Volume Chart 2/24/2021 - 2/26/2021, 3/1/2021 - 3/4/2021, 3/15/2021 - 3/18/2021 | | | | |
| 7B | GTT: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 7C | GTT: Summary Exhibit of Volume and Posting | | | | |
| 7D | H.B. video (2/24/2021) | | | | |
| 7E | H.B. video (2/24/2021) | | | | |
| 7F | H.B. video (2/24/2021) | | | | |
| 7G | H.B. video (2/24/2021) | | | | |
| 7H | H.B. video (2/24/2021) | | | | |
| 7I | H.B. video (2/24/2021) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 7J | H.B. video (2/24/2021) | | | | |
| 7K | H.B. video (2/24/2021) | | | | |
| 7L | H.B. video (2/24/2021) | | | | |
| 7M | H.B. video (3/1/2021) | | | | |
| 7N | H.B. video (3/1/2021) | | | | |
| 7O | H.B. video (3/1/2021) | | | | |
| 7P | H.B. video (3/1/2021) | | | | |
| 7Q | H.B. video (3/1/2021) | | | | |
| 7R | H.B. video (3/1/2021) | | | | |
| 7S | H.B. video (3/1/2021) | | | | |
| 8A | RGLS: FINRA Price Volume Chart 3/4/2021 - 3/29/2021 | | | | |
| 8B | RGLS: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 8C | RGLS: Summary Exhibit of Volume and Posting | | | | |
| 8D | John Rybarczyk: Discord DM ft other individuals (3/11/2021) | | | | |
| 8E | Gary Deel: Discord DM ft other individuals (3/12/2021) | | | | |
| 9A | RGLS: FINRA Price Volume Chart 6/1/2021 - 6/30/2021 | | | | |
| 9B | RGLS: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 9C | RGLS: Summary Exhibit of Volume and Posting | | | | |
| 9D | Daniel Knight: Discord DM ft Cooperman, Hennessey, other individuals (6/8/2021) | | | | |
| 9E | PJ Matlock: Discord DM ft Sabo (6/10/2021) | | | | |
| 10A | SURF: FINRA Price Volume Chart 5/13/2021 - 6/15/2021 | | | | |
| 10B | SURF: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 10C | SURF: Summary Exhibit of Volume and Posting | | | | |
| 10D | Gary Deel: Text ft Hennessey, Cooperman (5/14/2021) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 10E | Gary Deel: Text ft Hennessey, Cooperman (5/14/2021) | | | | |
| 10F | Tom Cooperman: Discord DM ft Deel (5/17/2021) | | | | |
| 10G | Tom Cooperman: Discord DM ft Deel, Hennessey (5/17/2021) | | | | |
| 10H | PJ Matlock: Discord DM ft Sabo (5/18/2021) | | | | |
| 11A | ALZN: FINRA Price Volume Chart 6/21/2021 - 7/2/2021 | | | | |
| 11B | ALZN: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 11C | ALZN: Summary Exhibit of Volume and Posting | | | | |
| 11D | Gary Deel: Text ft Constantinescu, Cooperman, Hennessey, Knight, Matlock, other individual (6/28/2021) | | | | |
| 11E | Tom Cooperman: Discord DM ft Hennessey (6/30/2021) | | | | |
| 11F | John Rybarczyk: Discord DM ft Deel (6/30/2021) | | | | |
| 11G | PJ Matlock: Discord DM ft Rybarczyk (7/15/2021) | | | | |
| 12A | UPC: FINRA Price Volume Chart 7/19/2021 - 7/28/2021 | | | | |
| 12B | UPC: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 12C | UPC: Summary Exhibit of Volume and Posting | | | | |
| 12D | Cooperman Tweet Replies (7/22/2021) | | | | |
| 12E | Gary Deel: Text ft Cooperman, Rybarczyk (7/22/2021) | | | | |
| 13A | ABVC: FINRA Price Volume Chart 8/3/2021 - 8/17/2021 | | | | |
| 13B | ABVC: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 13C | ABVC: Summary Exhibit of Volume and Posting | | | | |
| 13D | G.M. Tweet replies to @Ultracalls re ABVC | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 13E | John Rybarczyk: Discord DM ft other individuals (8/11/2021) | | | | |
| 14A | CEI: FINRA Price Volume Chart 8/2/2021 - 10/22/2021, 8/1/2021 - 8/6/2021, 9/22/2021 - 10/6/2021, 10/18/2021 - 10/21/2021 | | | | |
| 14B | CEI: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 14C | CEI: Summary Exhibit of Volume and Posting | | | | |
| 14D | Gary Deel: Text ft Cooperman, Rybarczyk (8/4/2021) | | | | |
| 14E | Edward Constantinescu: Video ($CEI is the #1 player) (9/15/2021) | | | | |
| 14F | Edward Constantinescu: Video (riding $CEI over $5) (9/18/2021) | | | | |
| 14G | Edward Constantinescu: Discord DM ft other individual (9/23/2021) | | | | |
| 14H | Edward Constantinescu: Voice note tweet (you guys get FOMO) (9/23/2021) | | | | |
| 14I | Edward Constantinescu: Voice note tweet (we got to $3 and we're…) (9/28/2021) | | | | |
| 14J | Edward Constantinescu: Voice note tweet (a little resistance at $3…) (9/28/2021) | | | | |
| 14K | Edward Constantinescu: Voice note tweet (we're going to $5 and then…) (9/28/2021) | | | | |
| 14L | Edward Constantinescu: Voice note tweet ($10, we will see that) (9/28/2021) | | | | |
| 14M | Gary Deel: Text ft Cooperman, Rybarczyk (9/28/2021) | | | | |
| 14N | Edward Constantinescu: Voice note tweet (I'm gonna hold for $10) (9/29/2021) | | | | |
| 15A | DATS: FINRA Price Volume Chart 8/13/2021 - 12/3/2021 | | | | |
| 15B | DATS: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 15C | DATS: Summary Exhibit of Volume and Posting | | | | |
| 15D | Edward Constantinescu: Discord DM ft Sabo (8/19/2021) | | | | |
| 15E | Edward Constantinescu: Discord DM ft other individual (8/20/2021) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 15F | Edward Constantinescu: Twitter DM ft other individual (8/23/2021) | | | | |
| 15G | Edward Constantinescu: Discord DM ft other individual (9/14/2021) | | | | |
| 15H | Edward Constantinescu: Voice note tweet (9/16/2021) | | | | |
| 15I | Edward Constantinescu: Voice note tweet (9/28/2021) | | | | |
| 15J | Edward Constantinescu: Voice note tweet (9/28/2021) | | | | |
| 15K | Edward Constantinescu: Voice note tweet (10/1/2021) | | | | |
| 15L | Edward Constantinescu: Voice note tweet (10/12/2021) | | | | |
| 15M | Screenshot of Constantinescu tweet ("See You on Mars") (10/13/2021) | | | | |
| 15N | Gary Deel: Text ft Constantinescu, Cooperman, Hennessey, Knight, Matlock, other individual (10/13/2021) | | | | |
| 15O | Edward Constantinescu: Voice note tweet (10/14/2021) | | | | |
| 15P | PJ Matlock: Discord DM ft Sabo (10/15/2021) | | | | |
| 15Q | Gary Deel: Text ft Cooperman, Rybarczyk (10/25/2021) | | | | |
| 15R | Edward Constantinescu: Twitter DM ft other individual (11/3/2021) | | | | |
| 16A | NAKD: FINRA Price Volume Chart 9/3/2021 - 10/29/2021 | | | | |
| 16B | NAKD: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 16C | NAKD: Summary Exhibit of Volume and Posting | | | | |
| 16D | Gary Deel: Text ft Cooperman, Rybarczyk (9/24/2021) | | | | |
| 16E | NAKD: Likes of J.M. (9/27/2021) | | | | |
| 17A | EZFL: FINRA Price Volume Chart 9/15/2021 - 10/26/2021 | | | | |
| 17B | EZFL: Summary Exhibit of Trading, Posting, and Profit | | | | |

| NO. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 17C | EZFL: Summary Exhibit of Volume and Posting | | | | |
| 17D | Gary Deel: Discord DM ft Cooperman, other individual (9/15/2021) | | | | |
| 17E | Gary Deel: Text ft Cooperman, Rybarczyk (10/11/2021) | | | | |
| 18A | MYSZ: FINRA Price Volume Chart 10/7/2021 - 11/30/2021 | | | | |
| 18B | MYSZ: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 18C | MYSZ: Summary Exhibit of Volume and Posting | | | | |
| 18D | Tom Cooperman: Discord DM ft other individual (10/26/2021) | | | | |
| 19A | PIXY: FINRA Price Volume Chart 3/25/2022 - 4/13/2022 | | | | |
| 19B | PIXY: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 19C | PIXY: Summary Exhibit of Volume and Posting | | | | |
| 19D | Tom Cooperman: Discord DM ft Sabo (3/23/2022) | | | | |
| 19E | Tom Cooperman: Discord DM ft other individual (3/29/2022) | | | | |
| 19F | Gary Deel: Text ft Cooperman (3/31/2022) | | | | |
| 20A | BBI: FINRA Price Volume Chart 4/11/2022 - 4/25/2022 | | | | |
| 20B | BBI: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 20C | BBI: Summary Exhibit of Volume and Posting | | | | |
| 20D | Tom Cooperman: Discord DM ft other individual (4/18/2022) | | | | |
| 20E | Tom Cooperman: Discord DM ft other individual (4/18/2022) | | | | |
| 20F | Tom Cooperman: Discord DM ft other individual (4/18/2022) | | | | |
| 20G | Gary Deel: Text ft other individual (4/18/2022) | | | | |
| 20H | Gary Deel: Text ft Matlock (4/18/2022) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 20I | Edward Constantinescu: Voice note tweet ("BBI going past $1") (4/19/2022) | | | | |
| 20J | Edward Constantinescu: C.A. tweet replies 1 (4/22/2022) | | | | |
| 20K | Edward Constantinescu: C.A. tweet replies 2 (4/22/2022) | | | | |
| 21A | AIHS: FINRA Price Volume Chart 9/16/2021 - 9/30/2021 | | | | |
| 21B | AIHS: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 21C | Gary Deel: Text ft Cooperman, Rybarczyk (9/23/2021) | | | | |
| 22A | BAOS: FINRA Price Volume Chart 4/13/2022 - 5/2/2022 | | | | |
| 22B | BAOS: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 22C | Daniel Knight: Text ft Constantinescu, other individuals (4/21/2022) | | | | |
| 22D | Daniel Knight: Text ft Hennessey (4/21/2022) | | | | |
| 23A | BBLG: FINRA Price Volume Chart 1/4/2022 - 1/28/2022 | | | | |
| 23B | BBLG: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 24A | CNTX: FINRA Price Volume Chart 10/20/2021 - 12/21/2021 | | | | |
| 24B | CNTX: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 24C | Gary Deel: Discord DM ft Cooperman, other individual (10/20/2021) | | | | |
| 24D | Gary Deel: Discord DM ft Cooperman, other individual (10/20/2021) | | | | |
| 24E | Gary Deel: Text ft Constantinescu, Cooperman, Hennessey, Knight, Matlock, other individual (10/20/2021) | | | | |
| 24F | Gary Deel: Text ft Cooperman, Rybarczyk (10/20/2021) | | | | |
| 24G | Gary Deel: Text ft Constantinescu (10/21/2021) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 25A | FCEL: FINRA Price Volume Chart 10/14/2021 - 10/22/2021 | | | | |
| 25B | FCEL: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 25C | Gary Deel: Text ft Constantinescu, Cooperman, Hennessey, Knight, Matlock, other individual (10/14/2021) | | | | |
| 25D | Tom Cooperman: Discord DM ft other individual (10/14/2021) | | | | |
| 26A | HCWB: FINRA Price Volume Chart 10/15/2021 - 10/22/2021 | | | | |
| 26B | HCWB: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 26C | Tom Cooperman: Discord DM ft other individuals (10/19/2021) | | | | |
| 26D | Gary Deel: Text ft Cooperman, Rybarczyk (10/19/2021) | | | | |
| 27A | METX: FINRA Price Volume Chart 10/14/2021 - 12/6/2021 | | | | |
| 27B | METX: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 27C | Gary Deel: Text ft Constantinescu, Cooperman, Hennessey, Knight, Matlock, other individual (10/26/2021) | | | | |
| 28A | MFH: FINRA Price Volume Chart 3/18/2021 - 3/24/2021 | | | | |
| 28B | MFH: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 28C | Edward Constantinescu: Discord DM ft Hennessey (3/22/2021) | | | | |
| 29A | MITQ: FINRA Price Volume Chart 7/22/2021 - 8/4/2021 | | | | |
| 29B | MITQ: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 29C | Gary Deel: Text ft Cooperman, Rybarczyk (7/26/2021) | | | | |
| 29D | Gary Deel: Discord DM ft other individual (7/26/2021) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 30A | ONTX: FINRA Price Volume Chart 2/1/2021 - 3/3/2021 | | | | |
| 30B | ONTX: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 30C | Gary Deel: Text ft Matlock, Hennessey (2/17/2021) | | | | |
| 31A | SFET: FINRA Price Volume Chart 8/3/2021 - 8/17/2021 | | | | |
| 31B | SFET: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 31C | Gary Deel: Text ft Matlock, Cooperman (8/6/2021) | | | | |
| 31D | PJ Matlock: Discord DM ft Sabo (8/6/2021) | | | | |
| 32A | SNOA: FINRA Price Volume Chart 4/26/2021 - 5/6/2021 | | | | |
| 32B | SNOA: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 32C | PJ Matlock: Discord DM ft Deel, Cooperman, Rybarczyk (5/3/2021) | | | | |
| 33A | SUPV: FINRA Price Volume Chart 1/29/2021 - 3/9/2021 | | | | |
| 33B | SUPV: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 33C | John Rybarczyk: Discord DM ft other individuals (2/17/2021) | | | | |
| 33D | John Rybarczyk: Discord DM ft other individuals (2/18/2021) | | | | |
| 34A | SURG: FINRA Price Volume Chart 11/8/2021 - 11/12/2021 | | | | |
| 34B | SURG: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 35A | VRPX: FINRA Price Volume Chart 6/30/2021 - 7/23/2021 | | | | |
| 35B | VRPX: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 35C | Gary Deel: Text ft Cooperman, Rybarczyk (7/14/2021) | | | | |
| 36A | XRTX: FINRA Price Volume Chart 11/1/2021 - 11/12/2021, 11/3/2021 - 11/5/2021 | | | | |

| No. | Description | OFR | OBJ | ADM | Date |
|-----|-------------|-----|-----|-----|------|
| 36B | XRTX: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 36C | Gary Deel: Text ft Constantinescu, Cooperman, Hennessey, Knight, Matlock, other individual (11/3/2021) | | | | |
| 36D | Gary Deel: Discord DM ft Cooperman, other individual (11/3/2021) | | | | |
| 36E | John Rybarczyk: Discord DM ft Sabo (11/3/2021) | | | | |
| 37A | ZSAN: FINRA Price Volume Chart 3/21/2022 - 4/5/2022 | | | | |
| 37B | ZSAN: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 37C | Daniel Knight: Text ft Hennessey (3/21/2022) | | | | |
| 37D | Tom Cooperman: Discord DM ft other individual (3/22/2022) | | | | |
| 38A | ACST: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 38B | Edward Constantinescu: Discord DM ft Hennessey (6/3/2020) | | | | |
| 39A | ADMP: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 39B | Gary Deel: Text ft Hennessey, Cooperman (5/4/2021) | | | | |
| 39C | John Rybarczyk: Discord DM ft Matlock, Deel, Cooperman (5/7/2021) | | | | |
| 39D | Gary Deel: Discord DM ft Hennessey, Cooperman (5/7/2021) | | | | |
| 39E | John Rybarczyk: Discord DM ft Matlock, Deel, Cooperman (5/7/2021) | | | | |
| 40A | APRE: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 40B | Gary Deel: Text ft Cooperman, Rybarczyk (7/20/2021) | | | | |
| 41A | AVGR: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 42A | BBIG: Summary Exhibit of Trading, Posting, and Profit | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 42B | Gary Deel: Discord DM ft Matlock, Cooperman, other individuals (4/23/2021) | | | | |
| 43A | DLPN: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 44A | GRTX: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 44B | John Rybarczyk: Discord DM ft Sabo (10/27/2021) | | | | |
| 44C | Tom Cooperman: Discord DM ft other individuals (10/27/2021) | | | | |
| 45A | HCDI: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 46A | HCDI: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 46B | Gary Deel: Discord DM ft Cooperman, other individual (11/4/2021) | | | | |
| 46C | Gary Deel: Text ft Cooperman, Rybarczyk (11/4/2021) | | | | |
| 47A | KAVL: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 47B | Gary Deel: Text ft Cooperman, Rybarczyk (10/19/2021) | | | | |
| 48A | KIQ: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 49A | KXIN: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 49B | John Rybarczyk: Discord DM ft Matlock (2/9/2021) | | | | |
| 49C | H.B. video (2/10/2021) | | | | |
| 49D | H.B. video (2/10/2021) | | | | |
| 49E | H.B. video (2/10/2021) | | | | |
| 49F | H.B. video (2/10/2021) | | | | |
| 49G | H.B. video (2/10/2021) | | | | |
| 49H | H.B. video (2/10/2021) | | | | |
| 50A | MDRR: Summary Exhibit of Trading, Posting, and Profit | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 51A | MDRR: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 51B | Gary Deel: Text ft Hennessey, Cooperman (5/4/2021) | | | | |
| 52A | NETE: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 52B | PJ Matlock: Discord DM ft Constantinescu (10/14/2020) | | | | |
| 53A | NOVN: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 53B | Gary Deel: Discord DM ft Matlock, Cooperman, Rybarczyk (5/13/2021) | | | | |
| 54A | PPSI: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 55A | USEG: Summary Exhibit of Trading, Posting, and Profit | | | | |
| 56 | Gary Deel: Text ft Cooperman, Rybarczyk, Hennessey (6/2/2021) | | | | |
| 57 | Gary Deel: Text ft Hennessey, Cooperman (7/15/2021) | | | | |
| 58 | Gary Deel: Text ft Matlock, Cooperman (7/27/2021) | | | | |
| 59 | Gary Deel: Text ft Constantinescu, Cooperman, Hennessey, Knight, Matlock, other individual (7/28/2021) | | | | |
| 60 | Gary Deel: Text ft Constantinescu, Cooperman, Hennessey, Knight, Matlock, other individual (7/30/2021) | | | | |
| 61 | Gary Deel: Text ft Matlock, Cooperman (9/11/2021) | | | | |
| 62 | Gary Deel: Text ft Constantinescu, Cooperman, Hennessey, Knight, Matlock, other individual (9/14/2021) | | | | |
| 63 | Gary Deel: Text ft Cooperman, Rybarczyk (10/21/2021) | | | | |
| 64 | Gary Deel: Text ft Hennessey, Cooperman (10/21/2021) | | | | |
| 65 | Gary Deel: Text ft Cooperman, Rybarczyk (11/17/2021) | | | | |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 66 | Gary Deel: Text ft Cooperman, Rybarczyk (11/22/2021) | | | | |
| 67 | Gary Deel: Text ft Cooperman, Constantinescu, Matlock, Hennessey (2/2/2022) | | | | |
| 68 | Gary Deel: Text ft Cooperman (3/22/2022) | | | | |
| 69 | Daniel Knight: Text ft Constantinescu, Hennessey, Deel, Matlock, Cooperman, other individual (2/7/2022) | | | | |
| 70 | PJ Matlock: Twitter DM ft other individual (10/5/2021) | | | | |
| 71 | Daniel Knight: Twitter DM ft other individual (1/9/2022) | | | | |
| 72 | PJ Matlock: Twitter DM ft Cooperman, Hrvatin, Knight, other individuals (12/2/2020) | | | | |
| 73 | Stefan Hrvatin: Twitter DM ft Constantinescu, Matlock, Deel, Cooperman, Hennessey, Knight, other individual (12/2/2020) | | | | |
| 74 | Stefan Hrvatin: Twitter DM ft Constantinescu, Matlock, Deel, Cooperman, Hennessey, Knight, other individuals (1/20/2021) | | | | |
| 75 | Stefan Hrvatin: Twitter DM ft Constantinescu, Matlock, Deel, Cooperman, Hennessey, Knight, other individuals (1/25/2021) | | | | |
| 76 | Stefan Hrvatin: Twitter DM ft Constantinescu, Matlock, Deel, Cooperman, Hennessey, Knight, other individuals (2/17/2021) | | | | |
| 77 | Edward Constantinescu: Discord DM ft Hennessey (5/19/2020) | | | | |
| 78 | Edward Constantinescu: Discord DM ft Hennessey (5/28/2020) | | | | |
| 79 | Edward Constantinescu: Discord DM ft Sabo (1/14/2021) | | | | |
| 80 | Edward Constantinescu: Discord DM ft Deel (2/4/2022) | | | | |
| 81 | PJ Matlock: Discord DM ft Constantinescu (10/16/2020) | | | | |
| 82 | PJ Matlock: Discord DM ft Constantinescu (10/20/2020) | | | | |
| 83 | PJ Matlock: Discord DM ft Constantinescu (10/21/2020) | | | | |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 84 | PJ Matlock: Discord DM ft Constantinescu (1/20/2021) | | | | |
| 85 | PJ Matlock: Discord DM ft Constantinescu (1/29/2021) | | | | |
| 86 | PJ Matlock: Discord DM ft Constantinescu (3/16/2021) | | | | |
| 87 | PJ Matlock: Discord DM ft Constantinescu (3/24/2021) | | | | |
| 88 | PJ Matlock: Discord DM ft Sabo (5/20/2021) | | | | |
| 89 | John Rybarczyk: Discord DM ft Constantinescu (2/6/2020) | | | | |
| 90 | John Rybarczyk: Discord DM ft Constantinescu (10/12/2020) | | | | |
| 91 | John Rybarczyk: Discord DM ft Constantinescu (1/12/2021) | | | | |
| 92 | John Rybarczyk: Discord DM ft Matlock (2/9/2021) | | | | |
| 93 | John Rybarczyk: Discord DM ft Constantinescu (5/11/2021) | | | | |
| 94 | Gary Deel: Discord DM ft Cooperman, other individual (7/28/2021) | | | | |
| 94A | Gary Deel: Discord DM ft Hennessey (6/1/2020) | | | | |
| 95 | Francis Sabo: Matlock Discord DM ft Matlock (6/9/2020) | | | | |
| 96 | Francis Sabo: Matlock Discord DM ft Matlock (7/1/2020) | | | | |
| 97 | Francis Sabo: Matlock Discord DM ft Matlock (7/8/2020) | | | | |
| 98 | Francis Sabo: Matlock Discord DM ft Matlock (7/10/2020) | | | | |
| 99 | Francis Sabo: Matlock Discord DM ft Matlock (9/17/2020) | | | | |
| 100 | Francis Sabo: Matlock Discord DM ft Matlock (10/6/2020) | | | | |
| 101 | Francis Sabo: Matlock Discord DM ft Matlock (10/29/2020) | | | | |
| 102 | Francis Sabo: Matlock Discord DM ft Matlock (11/27/2020) | | | | |
| 103 | Francis Sabo: Matlock Discord DM ft Matlock (11/27/2020) | | | | |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 104 | Francis Sabo: Matlock Discord DM ft Matlock (12/23/2020) | | | | |
| 105 | Francis Sabo: Matlock Discord DM ft Matlock (12/24/2020) | | | | |
| 106 | Francis Sabo: Matlock Discord DM ft Matlock (2/3/2021) | | | | |
| 107 | Francis Sabo: Matlock Discord DM ft Matlock (2/26/2021) | | | | |
| 108 | Francis Sabo: Matlock Discord DM ft Matlock (4/5/2021) | | | | |
| 109 | Francis Sabo: Matlock Discord DM ft Matlock (4/13/2021) | | | | |
| 110 | Francis Sabo: Cooperman Discord DM ft Cooperman (4/13/2021) | | | | |
| 111 | Francis Sabo: Matlock Discord DM ft Matlock (5/10/2021) | | | | |
| 112 | Francis Sabo: Matlock Discord DM ft Matlock (5/12/2021) | | | | |
| 113 | Francis Sabo: Matlock Discord DM ft Matlock (5/13/2021) | | | | |
| 114 | Francis Sabo: Matlock Discord DM ft Matlock (5/20/2021) | | | | |
| 115 | Francis Sabo: Matlock Discord DM ft Matlock (5/24/2021) | | | | |
| 116 | Francis Sabo: Matlock Discord DM ft Matlock (6/2/2021) | | | | |
| 117 | Francis Sabo: Matlock Discord DM ft Matlock (7/30/2021) | | | | |
| 118 | Francis Sabo: Matlock Discord DM ft Matlock (7/30/2021) | | | | |
| 119 | Francis Sabo: Matlock Discord DM ft Matlock (8/3/2021) | | | | |
| 120 | Francis Sabo: Cooperman Discord DM ft Cooperman (8/3/2021) | | | | |
| 121 | Francis Sabo: Matlock Discord DM ft Matlock (8/10/2021) | | | | |
| 122 | Francis Sabo: Matlock Discord DM ft Matlock (8/18/2021) | | | | |
| 123 | Francis Sabo: Matlock Discord DM ft Matlock (9/14/2021) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 124 | Francis Sabo: Matlock Discord DM ft Matlock (9/15/2021) | | | | |
| 125 | Francis Sabo: Matlock Discord DM ft Matlock (9/15/2021) | | | | |
| 126 | Francis Sabo: Cooperman Discord DM ft Cooperman (10/8/2021) | | | | |
| 127 | Francis Sabo: Matlock Discord DM ft Matlock (10/12/2021) | | | | |
| 128 | Francis Sabo: Cooperman Discord DM ft Cooperman (10/27/2021) | | | | |
| 129 | Francis Sabo: Cooperman Discord DM ft Cooperman (11/17/2021) | | | | |
| 130 | Edward Constantinescu: Discord Post (7/8/2020) | | | | |
| 131 | Edward Constantinescu: Discord Post (10/9/2020) | | | | |
| 132 | Edward Constantinescu: Discord Post (10/14/2020) | | | | |
| 133 | Edward Constantinescu: Discord Post (10/15/2020) | | | | |
| 134 | Edward Constantinescu: Discord Post (10/29/2020) | | | | |
| 135 | Edward Constantinescu: Discord Post (1/26/2021) | | | | |
| 136 | Edward Constantinescu: Discord Post (3/8/2021) | | | | |
| 137 | Edward Constantinescu: Discord Post (6/11/2021) | | | | |
| 138 | PJ Matlock: Discord Post (8/17/2020) | | | | |
| 139 | PJ Matlock: Discord Post (9/4/2020) | | | | |
| 140 | PJ Matlock: Discord Post (10/23/2020) | | | | |
| 141 | PJ Matlock: Discord Post (11/10/2020) | | | | |
| 142 | PJ Matlock: Discord Post (11/27/2020) | | | | |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 143 | PJ Matlock: Discord Post (12/23/2020) | | | | |
| 144 | PJ Matlock: Discord Post (1/23/2021) | | | | |
| 145 | PJ Matlock: Discord Post (2/19/2021) | | | | |
| 146 | PJ Matlock: Discord Post (10/21/2021) | | | | |
| 147 | Gary Deel: Discord Post (11/24/2021) | | | | |
| 148 | Atlas Twitter Summary Exhibit | | | | |
| 149 | Edward Constantinescu: Tweet (4/17/2020) | | | | |
| 150 | Edward Constantinescu: Tweet (5/25/2020) | | | | |
| 151 | Edward Constantinescu: Tweet (7/2/2020) | | | | |
| 152 | Edward Constantinescu: Tweet (12/21/2020) | | | | |
| 153 | Edward Constantinescu: Tweet (12/26/2020) | | | | |
| 154 | Edward Constantinescu: Tweet (12/26/2020) | | | | |
| 155 | Edward Constantinescu: Tweet (1/3/2021) | | | | |
| 156 | Edward Constantinescu: Tweet (1/20/2021) | | | | |
| 157 | Edward Constantinescu: Tweet (1/26/2021) | | | | |
| 158 | Edward Constantinescu: Tweet (2/1/2021) | | | | |
| 159 | Edward Constantinescu: Tweet (2/3/2021) | | | | |
| 160 | Edward Constantinescu: Tweet (5/17/2021) | | | | |
| 161 | Edward Constantinescu: Tweet (5/22/2021) | | | | |
| 162 | Edward Constantinescu: Tweet (5/27/2021) | | | | |
| 163 | Edward Constantinescu: Tweet (6/2/2021) | | | | |
| 164 | Edward Constantinescu: Voice note tweet (6/16/2021) | | | | |
| 165 | Edward Constantinescu: Tweet (6/28/2021) | | | | |
| 166 | Edward Constantinescu: Tweet (7/26/2021) | | | | |
| 167 | Edward Constantinescu: Tweet (8/3/2021) | | | | |
| 168 | Edward Constantinescu: Tweet (9/29/2021) | | | | |
| 169 | Edward Constantinescu: Tweet (10/15/2021) | | | | |
| 170 | Edward Constantinescu: Voice note tweet (12/7/2021) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 171 | Edward Constantinescu: Tweet (12/9/2021) | | | | |
| 172 | Edward Constantinescu: Tweet (12/30/2021) | | | | |
| 173 | Edward Constantinescu: Tweet (1/5/2022) | | | | |
| 174 | Edward Constantinescu: Tweet (2/15/2022) | | | | |
| 175 | Edward Constantinescu: Tweet (2/22/2022) | | | | |
| 176 | Edward Constantinescu: Voice note tweet (4/19/2022) | | | | |
| 177 | Edward Constantinescu: Tweet (5/1/2022) | | | | |
| 178 | Edward Constantinescu: Tweet (5/1/2022) | | | | |
| 179 | Perry "PJ" Matlock: Tweet (2/8/2021) | | | | |
| 180 | Perry "PJ" Matlock: Tweet (2/11/2021) | | | | |
| 181 | Perry "PJ" Matlock: Tweet (2/12/2021) | | | | |
| 182 | Perry "PJ" Matlock: Tweet (2/13/2021) | | | | |
| 183 | Perry "PJ" Matlock: Tweet (1/24/2022) | | | | |
| 184 | John Rybarczyk: Tweet (12/21/2020) | | | | |
| 185 | John Rybarczyk: Tweet (1/10/2021) | | | | |
| 186 | John Rybarczyk: Tweet (1/11/2021) | | | | |
| 187 | John Rybarczyk: Tweet (2/6/2021) | | | | |
| 188 | John Rybarczyk: Tweet (4/29/2021) | | | | |
| 189 | John Rybarczyk: Tweet (6/23/2021) | | | | |
| 190 | John Rybarczyk: Tweet (7/12/2021) | | | | |
| 191 | John Rybarczyk: Tweet (7/26/2021) | | | | |
| 192 | John Rybarczyk: Tweet (7/26/2021) | | | | |
| 193 | John Rybarczyk: Tweet (11/22/2021) | | | | |
| 194 | John Rybarczyk: Tweet (12/29/2021) | | | | |
| 195 | John Rybarczyk: Tweet (1/18/2022) | | | | |
| 196 | John Rybarczyk: Tweet (1/20/2022) | | | | |
| 197 | John Rybarczyk: Tweet (1/22/2022) | | | | |
| 198 | Gary Deel: Tweet (3/8/2021) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 199 | Gary Deel: Tweet (3/9/2021) | | | | |
| 200 | Gary Deel: Tweet (3/9/2021) | | | | |
| 201 | Gary Deel: Tweet (3/11/2021) | | | | |
| 202 | Gary Deel: Tweet (3/17/2021) | | | | |
| 203 | Gary Deel: Tweet (3/22/2021) | | | | |
| 204 | Gary Deel: Tweet (4/13/2021) | | | | |
| 205 | Gary Deel: Tweet (5/17/2021) | | | | |
| 206 | Gary Deel: Tweet (6/11/2021) | | | | |
| 207 | Gary Deel: Tweet (7/14/2021) | | | | |
| 208 | Gary Deel: Tweet (8/6/2021) | | | | |
| 209 | Gary Deel: Tweet (8/10/2021) | | | | |
| 210 | Gary Deel: Tweet (8/31/2021) | | | | |
| 211 | Gary Deel: Tweet (8/31/2021) | | | | |
| 212 | Gary Deel: Tweet (10/20/2021) | | | | |
| 213 | Gary Deel: Tweet (10/26/2021) | | | | |
| 214 | Gary Deel: Tweet (10/30/2021) | | | | |
| 215 | Gary Deel: Tweet (11/8/2021) | | | | |
| 216 | Gary Deel: Voice note tweet (11/24/2021) | | | | |
| 217 | Gary Deel: Voice note tweet (11/26/2021) | | | | |
| 218 | Gary Deel: Tweet (11/27/2021) | | | | |
| 219 | Gary Deel: Tweet (12/2/2021) | | | | |
| 220 | Gary Deel: Tweet (12/3/2021) | | | | |
| 221 | Gary Deel: Tweet (12/7/2021) | | | | |
| 222 | Gary Deel: Tweet (12/7/2021) | | | | |
| 223 | Gary Deel: Voice note tweet (12/7/2021) | | | | |
| 224 | Gary Deel: Tweet (12/15/2021) | | | | |
| 225 | Gary Deel: Voice note tweet (12/20/2021) | | | | |
| 226 | Gary Deel: Tweet (6/27/2022) | | | | |

| No. | DESCRIPTION | OFR | OBJ | ADM | DATE |
|---|---|---|---|---|---|
| 227 | Stefan Hrvatin: Tweet (6/15/2020) | | | | |
| 228 | Stefan Hrvatin: Tweet (9/12/2020) | | | | |
| 229 | Stefan Hrvatin: Tweet (9/12/2020) | | | | |
| 230 | Stefan Hrvatin: Tweet (11/6/2020) | | | | |
| 231 | Stefan Hrvatin: Tweet (11/11/2020) | | | | |
| 232 | Stefan Hrvatin: Tweet (1/12/2021) | | | | |
| 233 | Stefan Hrvatin: Voice note tweet (6/2/2021) | | | | |
| 234 | Stefan Hrvatin: Voice note tweet (6/7/2021) | | | | |
| 235 | Stefan Hrvatin: Tweet (12/3/2021) | | | | |
| 236 | Stefan Hrvatin: Tweet (5/1/2022) | | | | |
| 237 | Tom Cooperman: Voice note tweet (5/2/2021) | | | | |
| 238 | Tom Cooperman: Tweet (5/14/2021) | | | | |
| 239 | Tom Cooperman: Tweet (6/11/2021) | | | | |
| 240 | Tom Cooperman: Tweet (7/10/2021) | | | | |
| 241 | Tom Cooperman: Tweet (7/22/2021) | | | | |
| 242 | Tom Cooperman: Voice note tweet (10/26/2021) | | | | |
| 243 | Tom Cooperman: Tweet (3/16/2022) | | | | |
| 244 | Tom Cooperman: Tweet (4/17/2022) | | | | |
| 245 | Mitchell Hennessey: Tweet (6/8/2020) | | | | |
| 246 | Mitchell Hennessey: Tweet (6/25/2020) | | | | |
| 247 | Mitchell Hennessey: Tweet (9/17/2020) | | | | |
| 248 | Mitchell Hennessey: Tweet (11/2/2020) | | | | |
| 249 | Mitchell Hennessey: Tweet (12/9/2020) | | | | |
| 250 | Mitchell Hennessey: Tweet (12/25/2020) | | | | |
| 251 | Mitchell Hennessey: Tweet (2/8/2021) | | | | |
| 252 | Mitchell Hennessey: Tweet (4/12/2021) | | | | |
| 253 | Mitchell Hennessey: Tweet (5/15/2021) | | | | |
| 254 | Mitchell Hennessey: Tweet (5/17/2021) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 255 | Mitchell Hennessey: Tweet (6/15/2021) | | | | |
| 256 | Mitchell Hennessey: Tweet (8/22/2021) | | | | |
| 257 | Mitchell Hennessey: Tweet (11/7/2021) | | | | |
| 258 | Daniel Knight: Tweet (3/31/2021) | | | | |
| 259 | Daniel Knight: Tweet (5/15/2021) | | | | |
| 260 | Daniel Knight: Tweet (7/8/2021) | | | | |
| 261 | Daniel Knight: Tweet (7/10/2021) | | | | |
| 262 | Daniel Knight: Tweet (7/10/2021) | | | | |
| 263 | Daniel Knight: Tweet (7/21/2021) | | | | |
| 264 | Daniel Knight: Tweet (8/3/2021) | | | | |
| 265 | Daniel Knight: Tweet (9/8/2021) | | | | |
| 266 | Daniel Knight: Tweet (9/9/2021) | | | | |
| 267 | Daniel Knight: Tweet (9/9/2021) | | | | |
| 268 | Gary Deel: Instagram Video (@garytrades) (3/17/2022) | | | | |
| 269A | Gary Deel: Instagram Video (@garytrades) (2/25/2022) | | | | |
| 269B | Gary Deel: Instagram Video (@garytrades) (2/25/2022) | | | | |
| 270 | Gary Deel: Instagram Video (@garytrades) (1/2/2022) | | | | |
| 271A | Gary Deel: Instagram Video (@garytrades) (12/7/2021) | | | | |
| 271B | Gary Deel: Instagram Video (@garytrades) (12/7/2021) | | | | |
| 272A | Gary Deel: Instagram Video (@garytrades) (11/8/2021) | | | | |
| 272B | Gary Deel: Instagram Video (@garytrades) (11/8/2021) | | | | |
| 273 | Gary Deel: Instagram Video (@garytrades) (7/27/2021) | | | | |
| 276A | PGIR: Episode 21 Interview with Edward Constantinescu | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 276B | PGIR: Episode 21 Interview with Edward Constantinescu | | | | |
| 276C | PGIR: Episode 21 Interview with Edward Constantinescu | | | | |
| 277A | PGIR: Episode 21 Interview with Edward Constantinescu | | | | |
| 277B | PGIR: Episode 21 Interview with Edward Constantinescu | | | | |
| 278 | Stefan Hrvatin: Twitter Video | | | | |
| 279 | Edward Constantinescu: Twitter handle identifier (9/16/2022) | | | | |
| 280 | Perry "PJ" Matlock: Twitter handle identifier (9/16/2022) | | | | |
| 281 | John Rybarczyk: Twitter handle identifier (9/16/2022) | | | | |
| 282 | Gary Deel: Twitter handle identifier (9/17/2022) | | | | |
| 283 | Stefan Hrvatin: Twitter handle identifier (9/17/2022) | | | | |
| 284 | Tom Cooperman: Twitter handle identifier (9/16/2022) | | | | |
| 285 | Mitchell Hennessey: Twitter handle identifier (9/16/2022) | | | | |
| 286 | Daniel Knight: Twitter handle identifier (9/16/2022) | | | | |
| 287 | Edward Constantinescu: Twitter account details (9/16/2022) | | | | |
| 288 | Perry "PJ" Matlock: Twitter account details (9/16/2022) | | | | |
| 289 | John Rybarczyk: Twitter account details (9/16/2022) | | | | |
| 290 | Gary Deel: Twitter account details (9/17/2022) | | | | |
| 291 | Stefan Hrvatin: Twitter account details (9/17/2022) | | | | |
| 292 | Tom Cooperman: Twitter account details (9/16/2022) | | | | |
| 293 | Mitchell Hennessey: Twitter account details (9/16/2022) | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 294 | Daniel Knight: Twitter account details (9/16/2022) | | | | |
| 295 | PGIR Screenshots | | | | |
| 296 | Plea Agreement for Daniel Knight | | | | |
| 297 | Plea Agreement for Francis Sabo | | | | |
| 298 | Trading Records for K.R. | | | | |
| 299 | Trading Records for C.S. | | | | |
| 300 | Trading Records for J.H. | | | | |
| 301 | Trading Records for J.H. | | | | |
| 302 | Trading Records for S.B. | | | | |
| 303 | Trading Records for S.S. | | | | |
| 304 | Trading Records for B.M. | | | | |
| 305 | Trading Records for B.S. | | | | |
| 306 | Trading Records for J.N. | | | | |
| 307 | Trading Records for C.A. | | | | |
| 308 | Trading Records for C.A. | | | | |
| 309 | Trading Records for C.H. | | | | |
| 310 | Trading Records for J.J. | | | | |
| 311 | Trading Records for K.W. | | | | |
| 312 | Trading Records for K.W. | | | | |
| 313 | Trading Records for L.M. | | | | |
| 314 | Trading Records for S.N. | | | | |
| 315 | Trading Records for C.C. | | | | |
| 316 | Trading Records for C.C. | | | | |
| 317 | Trading Records for J.M. | | | | |
| 318 | Trading Records for G.M. | | | | |
| 319 | Trading Records for P.S. | | | | |
| 320 | Trading Records for L.A. | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 321 | Trading Records for P.R. | | | | |
| 322 | Trading Records for J.W. | | | | |
| 323 | Tom Cooperman: Tweet (7/31/2021) | | | | |
| 324 | Tom Cooperman: Tweet (5/22/2022) | | | | |
| 325 | Tom Cooperman: Tweet (4/21/2022) | | | | |
| 326 | Edward Constantinescu: Tweet (9/2/2021) | | | | |
| 327 | Tom Cooperman: Tweet (11/6/2021) | | | | |
| 328 | Tom Cooperman: Tweet (11/6/2021) | | | | |
| 329 | Gary Deel: Tweet (10/14/2021) | | | | |
| 330 | Mitchell Hennessey: Tweet (9/11/2021) | | | | |
| 331 | Daniel Knight: Tweet (10/1/2021) | | | | |
| 332 | Daniel Knight: Tweet (9/16/2021) | | | | |
| 333 | Gary Deel: Tweet (12/13/2021) | | | | |
| 334 | Gary Deel: Tweet (8/4/2021) | | | | |
| 335 | Edward Constantinescu: Tweet (11/16/2021) | | | | |
| 336 | Edward Constantinescu: Tweet (12/2/2021) | | | | |
| 337 | Edward Constantinescu: Tweet (2/15/2022) | | | | |
| 338 | Edward Constantinescu: Discord DM ft Sabo (12/2/2020) | | | | |
| 339 | Edward Constantinescu: Discord DM ft Sabo (6/8/2021) | | | | |
| 340 | Gary Deel: Discord DM ft Sabo (11/23/2021) | | | | |