**TRANSCRIPT ORDER FORM (DKT-13)** <span style="color:red">**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**</span>

District Court __Southern District of Texas__ District Court Docket No. __4:22-cr-612__

Short Case Title __USA v. Constantinescu, et al.,__

**ONLY ONE COURT REPORTER PER FORM** Court Reporter __Gayle L. Dye__

Date Notice of Appeal Filed in the District Court __4/4/2024__ Court of Appeals No. __24-20143__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ☒Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| February 20, 2024 | Motion Hearing (District Court Docket Entry 566) | Judge Andrew S. Hanen |
|  |  |  |
|  |  |  |
|  |  |  |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds

☐Other_____

Signature __/s/Anna E. Kalluri__ Date Transcript Ordered __no transcripts ordered__

Print Name __Anna Kalluri__ Phone __(713) 567-9463__

Counsel for __United States of America, Plaintiff - Appellant__

Address __U.S. Attorney's Office Southern District of Texas, 1000 Louisiana Street, Ste. 2300, Houston, TX 77002__

Email of Attorney: __anna.kalluri@usdoj.gov__

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____