**TRANSCRIPT ORDER FORM (DKT-13)** **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court: Southern District of Texas    District Court Docket No.: 4:22-cr-612

Short Case Title: USA v. Constantinescu, et al.,

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: ERO

Date Notice of Appeal Filed in the District Court: 4/4/2024    Court of Appeals No.: 24-20143

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ■ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| January 5, 2023 | Motion Hearing as to Cooperman (6) & Arraignment as to Cooperman (6) | Magistrate Judge Dena Hanovice Palermo |
| January 12, 2023 | Arraignment as to Deel (4) | Magistrate Judge Dena Hanovice Palermo |
| February 14, 2023 | Arraignment as to Constantinescu (1), Matlock (2), Rybarczyk (3), and Knight (8) | Magistrate Judge Dena Hanovice Palermo |
| February 16, 2023 | Arraignment as to Deel (4) | Magistrate Judge Dena Hanovice Palermo |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds; ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds
☐ Other _____

Signature: /s/Anna E. Kalluri    Date Transcript Ordered: Transcripts are unnecessary for appeal purposes

Print Name: Anna Kalluri    Phone: (713) 567-9463

Counsel for: United States of America, Plaintiff - Appellant

Address: U.S. Attorney's Office Southern District of Texas, 1000 Louisiana Street, Ste. 2300, Houston, TX 77002

Email of Attorney: anna.kalluri@usdoj.gov

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____ Signature of Reporter _____