# 𝕌nited 𝕊tates 𝔠ourt of 𝔄ppeals
# for the 𝔉ifth 𝔠ircuit

United States Courts
Southern District of Texas
FILED
*October 28, 2025*

Nathan Ochsner, Clerk of Court

No. 24-20143

United States Court of Appeals
Fifth Circuit

**FILED**

October 2, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellant,*

*versus*

JOHN RYBARCZYK,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-612-3

## JUDGMENT

Before HIGGINSON, WILLETT, and ENGELHARDT, *Circuit Judges.*

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that we REVERSE the district court's dismissal of the indictment and REMAND for proceedings consistent with this opinion.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying

No. 24-20143

a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on Oct 28, 2025

Attest: *Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit