**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Alfred H. Bennett |
| | : | |
| v. | : | No. 22-CR-612 |
| | : | |
| | : | |
| CONSTANTINESCU, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

**<u>Motion to Withdraw as Counsel</u>**

Undersigned counsel, John J. Liolos, respectfully files this motion to withdraw his appearance on behalf of the United States in this matter, as counsel is separating from the Department. The United States remains represented by Trial Attorney Andrew Jaco and the Department's Fraud Section, along with A.U.S.A. Thomas H. Carter III and the U.S. Attorney's Office for the Southern District of Texas. The matter will not be delayed and no party will suffer prejudice.

Additionally, former DOJ attorney Scott Armstrong is no longer with the Department. He may also be removed from the docket.

Dated: April 3, 2026

Respectfully submitted,

By:     */s/ John J. Liolos*
John J. Liolos, Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
John.Liolos@usdoj.gov
(202) 768-2246

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 3, 2026, I will cause the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

By:    <u>/s/ *John J. Liolos*</u>
        John J. Liolos, Trial Attorney
        Fraud Section, Criminal Division
        United States Department of Justice
        1400 New York Avenue, NW
        Washington, DC 20005
        John.Liolos@usdoj.gov
        (202) 768-2246