UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

*****************************************************************

UNITED STATES OF AMERICA 4:22-cr-00612

VS. HOUSTON, TEXAS

EDWARD CONTANTINESCU, ET AL. MAY 8, 2026

*****************************************************************

TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
HEARD BEFORE THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

*****************************************************************

APPEARANCES:

FOR THE GOVERNMENT:

Mr. James Andrew Jaco
Mr. Kashan Khan Pathan
U.S. Department of Justice
1400 New York Ave NW
Washington, DC 20530

Mr. Thomas Heyward Carter
U.S. Attorney's Office
1000 Louisiana St., Suite 2300
Houston, Texas 77002

FOR DEFENDANT TOM COOPERMAN:

Mr. Chip Brandon Lewis
Attorney at Law
1207 S. Shepherd Drive
Houston, Texas 77019

Ms. Erin Michelle Epley
ERIN EPLEY LAW FIRM
1207 S. Shepherd Dr.
Houston, Texas 77019

| | |
|---|---|
| FOR DEFENDANT JOHN RYBARCZYK: | Mr. Quentin Tate Williams<br>HILDER & ASSOCIATES, P.C.<br>819 Lovett Boulevard<br>Houston, Texas 77006 |
| | Ms. Stephanie K. McGuire<br>819 Lovett Street<br>Houston, Texas 77006 |
| FOR THE DEFENDANT PERRY "PJ" MATLOCK: | Mr. Samuel Lee Milledge , II<br>The Milledge Law Firm, PC<br>1235 N. Loop W., Suite 725<br>Houston, Texas 77008 |
| FOR THE DEFENDANT GARY DEEL: | Mr. Tyler Stephone White<br>Law Office of Tyler White, PLLC<br>2100 Travis St., Suite 310<br>Houston, Texas 77002 |
| FOR THE DEFENDANT STEFAN HRVATIN: | Mr. Robert R. Parker, Jr.<br>LAW OFFICE OF ROBERT R. PARKER, JR., LLC<br>838 SW First Avenue, Suite 400<br>Portland, Oregon 97204 |
| FOR THE DEFENDANT MITCHELL HENNESSEY: | Ms. Laura Marie Kidd Cordova<br>Jackson Walker LLP<br>1401 McKinney St., Suite 1900<br>Houston, Texas 77010 |
| Official Court Reporter: | David S. Smith, CSR, RPR, CRR<br>Official Court Reporter<br>United States District Court<br>Southern District of Texas<br>515 Rusk Street, Room 8004<br>Houston, Texas 77002<br>david.smith@txs.uscourts.gov |

Proceedings recorded by mechanical stenography, transcript produced via computer.

**P R O C E E D I N G S**

THE MARSHAL: All rise.

THE COURT: Good morning. You may be seated.

In Cause Numbers 4:22-cr-612-1, -2, -3, -4, -5, -6, -7 and -8, United States of America versus Matlock, et al.

Counsel, come forward with your appearances, please.

MR. LEWIS: Good morning, Your Honor. Chip Lewis with Erin Epley for Tom Cooperman, Your Honor.

THE COURT: Just a moment.

Very well.

Is the prosecutor here yet?

MR. LEWIS: I have not seen him, Your Honor.

THE COURT: Okay. Let's wait a moment, then.

(Court is in recess.)

THE COURT: Let's try this again.

On Cause Numbers 4:22-cr-612-1, -2, -3, -4, -5, -6, -7 and -8, United States of America versus Matlock, et al.

Counsel, your appearances for the record?

MR. JACO: Good morning, Your Honor. Andrew Jaco on behalf of the United States.

MR. PATHAN: Kashan Pathan on behalf of the United States.

MR. CARTER: Thomas Carter for the United States, Your

Honor.

THE COURT: Very well.

Counsel for the defense?

MR. LEWIS: Chip Lewis and Erin Epley for Mr. Cooperman, Your Honor.

MR. WILLIAMS: Tate Williams and Stephanie McGuire for John Rybarczyk, Your Honor.

THE COURT: Just a moment. For whom?

MR. WILLIAMS: John Rybarczyk. I believe he's Defendant Number 3.

THE COURT: Thank you, sir.

MR. MILLEDGE, II: Good morning, Your Honor. Sam Milledge, II, on behalf of Mr. Perry Matlock, who is present this morning.

THE COURT: Very well.

MR. WHITE: Good morning, Your Honor. Tyler White. I represent Mr. Gary Deel, who is also present in the courtroom this morning.

THE COURT: Thank you.

MR. PARKER: Robert Parker. I represent Stefan Hrvatin, who is in the courtroom.

MS. CORDOVA: Laura Cordova on behalf of Mitchell Hennessey.

MR. AKERS: Cordt Akers on behalf of Defendant Number 8, Daniel Knight.

MR. WILLIAMS: Your Honor, I omitted my client is also present in the courtroom.

THE COURT: Very well.

Counsel, this is a status conference. I do understand that there has been previous traffic on the case. It was previously pending before Judge Hanen; so the question now is the way forward.

The Court will hear from the government first.

Counsel?

MR. JACO: Yes, Your Honor. The government, at least for purposes of today's hearing, would like to set a trial date. I think there's also a few outstanding items. You know, this case was essentially a week or two out from trial when it was originally dismissed by Judge Hanen, so much of the case is ready for trial. There were some open issues, particularly with respect to evidentiary rulings that Judge Hanen had either made in part or some that were left open still at that time. So I do think that there is some need for briefing leading up to trial on primarily evidentiary issues that remain open or that may need to be revisited in light of the Fifth Circuit's ruling in response to the dismissal.

THE COURT: When does the government think it will be ready for trial?

MR. LEWIS: The government could be ready -- so ready versus government's schedule are two slightly different things.

I have two trials set this fall; but I think from the government's perspective, an early 2027 trial date would be appropriate.

THE COURT: How long do you anticipate trial to take?

MR. LEWIS: The government anticipates that we will be done with our case-in-chief in no more than two weeks and hopefully more in the range of six to seven trial days.

THE COURT: So you're anticipating between voir dire and a verdict approximately four weeks. If I heard you say that you believe that the government's case-in-chief will take two weeks and there are eight defendants, are you talking two weeks of the government's case-in-chief in which you are anticipating the cross-examination of eight defense lawyers?

MR. JACO: The latter. I mean the government's entire presentation of evidence, including any cross-examination by defense counsel. We believe -- I have no idea what level of defense they intend to put on or how long their case would take. But our case and our presentation of evidence, I think the outer bounds of that is two weeks.

THE COURT: Anything else you need to bring to my attention?

MR. JACO: Just flagging for Your Honor -- and we'll put this in writing -- two other things. One is that we do intend to move for a reimposition of pretrial bond conditions for all defendants. Those were lifted following the dismissal

by Judge Hanen, but we believe it's appropriate to reimpose similar -- nothing different than was previously imposed by Judge Hanen to these defendants.

THE COURT: I'm coming to this new. You're going to have to explain this a little bit in greater detail.

What were the conditions?

MR. LEWIS: So the primary conditions were travel restrictions. That's the main thing we're concerned about, and trading activity. So I think that our primary concern at this stage is with, you know, making sure the defendants all turn in their passports. I believe there was -- I was not involved in the case prior, so I don't want to misspeak here. But I think there might have been location monitoring previously. I'm not sure that we would need that level of pretrial condition. Really we want to make sure that their passports are all turned in and the defendants are not traveling abroad so they are here and ready for trial.

THE COURT: So if I am hearing you correctly, previously, before the dismissal by Judge Hanen, bond conditions included that the defendants turned in their passports. After the dismissal, the passports were returned to the defendants and now you wish to have them turn them in again; is that correct?

MR. JACO: That's correct. That's our primary -- our primary concern at this stage with pretrial bond conditions and

then, you know, we could address in writing any other issues on that front; but really that's the main concern that we have.

THE COURT: Very well.

Anything else, sir?

MR. JACO: The only other thing is I think it would be important to put on the record is a status or a tolling of the Speedy Trial Act given that there was a lengthy period of time after the mandate was issued by the Fifth Circuit before this is now the first time any of the parties have appeared in court. So that mandate was issued on October 28, 2025, and the United States filed its motion for a status conference on October 31st, 2025, and this is now that status conference.

So we would just ask that the Court make a clear finding that the Speedy Trial Act has been tolled from October 31st, 2025, through today, based on that pending motion for a hearing.

THE COURT: Anything else?

MR. LEWIS: That's all we have on our side now. Thank you, Your Honor.

THE COURT: Very well.

In order, let's start with Defendant Number 1. I'm going to butcher this name. Is it "Constantinescu"? C-o-n-s-t-a-n-t-i-n-e-s-c-u.

MR. LEWIS: I believe it's "Constantinescu," Your Honor.

THE COURT: Counsel?

MR. WHITE: Judge, it's my understanding -- I don't see Mr. Constantinescu in the courtroom, and I believe his last lawyer withdrew and he's without counsel and I don't know that he has notice of this hearing since he's not on Pacer and I believe that --

MR. JACO: We believe that to be true. Whether he has notice or not is irrelevant. He's not here. He has made himself very clear that he will not be attending these proceedings.

THE COURT: Very well. Thank you.

Defendant Number 2, Mr. Matlock.

MR. MILLEDGE, II: Good morning, Your Honor. With respect to Mr. Matlock, Judge, as far as --

THE COURT: Can you come to a mic, please?

MR. MILLEDGE, II: I can.

THE COURT: Thank you.

MR. MILLEDGE, II: Is this better? All right. Good morning, again, Your Honor.

On behalf of Mr. Matlock, Judge, with respect, I'm brand new to this case; so I have not even received my discovery from the government as of today. From speaking with the other lawyers and trying to familiarize myself with just the fundamentals of the case, I've met with --

THE COURT: Let me stop you, because I want to make

sure I'm understanding what you're saying.

Counsel for the government said this case was dismissed a few weeks prior to trial, meaning it was getting ready to go. Was Mr. Matlock a defendant in that trial?

MR. MILLEDGE, II: He was, Your Honor.

THE COURT: He was represented by another counsel at that time?

MR. MILLEDGE, II: That's correct, Your Honor.

THE COURT: As to the information that that lawyer had, has it been turned over to you?

MR. MILLEDGE, II: It has not, Your Honor.

THE COURT: Why hasn't Mr. Matlock's previous attorney turned over his case file to you?

MR. MILLEDGE, II: I'm not sure of that. I did speak with attorney Bill Stradley, whom was just withdrawn from the case. You signed an order yesterday. I did talk with him. He was appearing as local counsel on behalf of Mr. Matlock. I did speak with him and asked could I get his file, specifically the discovery. He did advise that I could come by his office within the next two weeks, which I told him I would plan to do that. Now, it didn't seem like he actually had the full discovery. Mr. Matlock's previous attorneys were based out of Austin, the Ashcroft Law Firm. I'm not necessarily too familiar with them, but I have not had any contact with them. I'm essentially starting from ground zero; but thankfully I

know some of the other defendants' attorneys; so I've been working trying to, like I said, at least catch myself up with the basics, Your Honor.

THE COURT: How long have you been awaiting the transfer of the file?

MR. MILLEDGE, II: Ever since I've gotten on, Your Honor --

THE COURT: And how long ago --

MR. MILLEDGE, II: -- which is in March.

THE COURT: -- was that?

March.

MR. MILLEDGE, II: So it's almost been a month and change.

THE COURT: Okay. As to his previous defense counsel, I want you to confer -- convey this message. If the file is not turned over within 7 days, previous defense counsel will be ordered to appear before this Court with an explanation as to why the file hasn't been turned over to you. Is that understood?

MR. MILLEDGE, II: It is understood, Your Honor.

THE COURT: And if you are ordered to report a week from today whether or not the file has been turned over, if it is not, I will order the appearance of previous defense counsel and yourself for that hearing. Understood?

MR. MILLEDGE, II: That is understood, Your Honor; and

that would be next Friday.

THE COURT: Yes, sir.

MR. MILLEDGE, II: Would that be at 9:00 o'clock as well?

THE COURT: No. All you have to do is inform me by -- if you will, reach out to Ms. Edwards via email whether or not you have received a file a week from today. If you have not, if you inform us you have not, I will then schedule the hearing.

MR. MILLEDGE, II: Yes, sir.

THE COURT: Anything else you need to tell the Court?

MR. MILLEDGE, II: I do, Your Honor, if I may, if this is the time to address the government's position with respect to the imposition of the previous bond conditions.

THE COURT: Yes, sir.

MR. MILLEDGE, II: Are we allowed to do that at this moment?

THE COURT: Yes, sir.

MR. MILLEDGE, II: Your Honor, I would ask that given the fact that it looks like we have several defendants who have appeared here, it doesn't seem like they're much of a flight risk. I do understand that passports were taken up, but they were given back. But even though they weren't required to be here, they are here, Your Honor; and so I would ask that the conditions stay where that's not a situation. This is a

white-collar case. Again, I know the government is going to make the position that they have the financial means. But they are here and they understand the seriousness of this case. There has been nothing to suggest that any of them are flight risks, Your Honor.

THE COURT: Well, as to your client specifically, what is the need for international travel, i.e., requiring his passport?

MR. MILLEDGE, II: Judge, I believe he may have some opportunities with work. My guy is a day trader and is also a promoter of day trading and I know this case kind of circulates around trading, but I believe it would just be necessary as far as if those opportunities do present themselves. I'm not going to stand here before the Court and say that, "Hey, he actually has an opportunity over in France, the south of France."

I don't know that; but just in speaking with my client, that is something that may come about. Because of his knowledge with trading, a lot of companies are seeking his promotion of their platform. So if that does come up, Your Honor, and he does still have to pay for his legal fees, I would ask that he be allowed to move about freely as a presumed innocent man.

THE COURT: Stay right there.

Counsel for the government, I'm a little confused, too, on another point. Again, I'm new to this case.

I've had five trials since the beginning of the year, so I'm coming on the back end of this by way of just getting updated and up to speed. My understanding is that this is a securities case and it involves what can be called "pumping." Is it your understanding that despite these charges that the defendants are still currently engaged in trading?

MR. JACO: Yes, Your Honor, at least -- I can't speak to every single defendant; but certainly if not all of them, a majority of the defendants are still engaged in trading. Some of them are still engaged in conduct that the government would consider quite problematic on that front and continuing to engage in similar types of conduct that led to the charges in this case.

THE COURT: Thank you, sir.

So I wanted to confirm that because typically more likely in health care fraud cases when defendants have been charged with health care fraud, part of the pretrial release condition is they not engage in industry involving health care and so you've brought a new fact to me that despite being charged with securities fraud that some of these defendants are still engaged in trading and so thank you. I'm going to digest that.

Is there anything else you need to bring to my attention?

MR. MILLEDGE, II: Nothing further at the moment I can

think of, Your Honor; but if I may reserve the right to come back up if something does pop in my head, Your Honor.

THE COURT: Yes, sir.

MR. MILLEDGE, II: Thank you, Your Honor.

THE COURT: Thank you.

Defendant Number 3?

MR. WILLIAMS: May I approach?

THE COURT: You may, sir.

MR. WILLIAMS: Thank you, Your Honor.

THE COURT: I apologize.

MR. WILLIAMS: Yes.

THE COURT: Mr. Milledge, you heard from the government that they anticipate approximately two weeks on their trial. I totally forgot to ask you. When do you think you will be ready for trial, and how long do you think it will take?

MR. MILLEDGE, II: Judge, from just speaking with defense counsel for the other defendants, I don't think that's realistic as far as --

THE COURT: What's not realistic?

MR. MILLEDGE, II: As far as being ready in --

THE COURT: The first quarter of next year?

MR. MILLEDGE, II: Yes, sir. I just don't think that's realistic.

But to answer your question, you asked how long do I think it will take? Is that my understanding, Your Honor?

THE COURT: Yes. I asked both.

MR. MILLEDGE, II: Okay. Again, I don't foresee being ready until maybe, if we're talking early 2027, maybe April or so.

THE COURT: So the second quarter of '27?

MR. MILLEDGE, II: Yes, sir.

And as far as how long the defense's case may be, Your Honor, I'm not really sure --

THE COURT: I'm not going to ask you a hypothetical on that simply because obviously you have the right not to present a case.

Okay. Thank you.

MR. MILLEDGE, II: Thank you, Your Honor.

MR. WILLIAMS: Yes, sir.

THE COURT: Counsel, your name and your client for the record?

MR. WILLIAMS: Tate Williams for John Rybarczyk.

I may address these points out of order. As far as how long it will take before the case is ready for trial for defense counsel, I've been on the case since the beginning; so I would defer to the new attorneys such as Mr. Milledge, Mr. White, the other gentlemen who are just appearing.

I will note for the record that the discovery in this case is voluminous, both in the content and the size of it just in terms of terabytes of data and there was difficulty

reviewing it because this is very unique, one of the only alleged social media pump-and-dump cases in the country and a lot of the records I think Ms. Cordova may address at some point were produced in a format that was difficult to review. So instead of getting -- it's just -- that may not be appropriate for this time and it may be subject of further briefing.

At every single status hearing before Judge Hanen this issue of how long the trial would take was contested because of the number of stocks involved, both in the indictment and then additional extraneous ones that the government sought; so we had anywhere discussion from several dozen to several hundred tickers. And our estimate -- my estimate, I think, repeatedly was this would take months to try depending on how --

THE COURT: I assure you it will not take months to try before me.

MR. WILLIAMS: I would defer to your honor's expert experience and expertise and discretion, but I can say --

THE COURT: You will not be permitted to try a case for months before me based upon what I have.

MR. WILLIAMS: Your Honor, I hope that is correct. I'm just pointing out that this was a subject of dispute previously and it is heavily intertwined with the pretrial rulings; and when we were in two days of pretrial conference two springs ago

before Judge Hanen, on the second day we were only through 50 or -- Exhibit 50- or 60-something of the government's several hundred exhibits and had not gotten to any of the defendants' exhibits, all of whom had numerous. They were also -- and I had to use a spreadsheet to track this, but there were a number of pretrial motions. I think most were ruled upon, but I may be incorrect. But my point in this is that whether we make that decision today, it may benefit the Court and the parties particularly, as the prosecutors are new to the case as well, not just the three gentlemen on the defense side, for each of us to file a brief of what we think the status and the issues for pretrial are in the case along with a time estimate with citations to the previous record if that may be helpful to the Court. But that's, again, a suggestion.

With respect to bail conditions, our clients were dismissed two years ago. My client, Mr. Rybarczyk, is here. He hasn't fled. The imposition of new bail conditions, particularly monetary or travel restrictions, are inappropriate. As the government pointed out, the mandate from the Fifth Circuit was six months ago. So they may argue that "Well, these guys thought they won. They were home free for a year and a half to two years so of course they wouldn't run."

Well, the last six months they have known that the Fifth Circuit reversed Judge Hanen and here they are. So this gratuitous request for the reimposition of bail conditions

is unnecessary and it should be particular to each defendant. My client has personal mixed work/pleasure travel plans this summer out of the country. It's expensive. As we know, gas prices and consequentially jet fuel prices are going up. So a lot of people plan trips -- including myself for my August vacation, planned trips early and bought into it. So if that's the case for my client or any others, why should they be penalized for complying in good faith by appearing here, which they were not required to do because new prosecutors for the case think that these defendants who are here for some reason need to have these bail conditions across the board without any detail as to what the Bail Reform Act --

THE COURT: What do you mean they were not required to appear here today?

MR. WILLIAMS: Well, it was my understanding that the -- from the email that the defendant -- that it was unclear whether defense counsel were the only people or the defendants themselves were required to appear.

THE COURT: Oh. Well, you're absolutely right. They could have waived their appearance here today; but given they are defendants in a criminal action in federal district court, when we gavel into session, their appearance is expected unless defense counsel comes before me and waives their appearance.

MR. WILLIAMS: I agree, yes, sir. I agree. You're exactly right and I agree with you and that is why they're

here. They're here which demonstrates that the reimposition of conditions is inappropriate; and I suggest that if the prosecutors think that there's an individualized basis, which is what the Bail Reform Act requires, they should put that in writing with a chance for us to respond appropriately.

THE COURT: Fair enough.

Anything else, sir?

MR. WILLIAMS: No, sir. Thank you.

THE COURT: And correct me, because I may have missed it. When do you think the case could be -- assuming all that you say is needed for pretrial, when do you anticipate being ready for trial?

MR. WILLIAMS: Your Honor, I would have to check with defense experts. But I anticipate that the previous gentleman's estimate of spring of next year would probably be appropriate, again, deferring to new counsel's needs.

THE COURT: Understood, sir. Thank you.

Number 4, Mr. Deel.

MR. WHITE: Good morning, Your Honor. Tyler White. I represent Mr. Gary Deel.

THE COURT: Very well, sir.

Status update from your perspective?

MR. WHITE: Yes, Your Honor. So Mr. Deel hired me late last year. I actually received the discovery on March the 10th of this year, so about two months ago. So I'm still getting up

to speed on reviewing the discovery and in fact I'm still going through the transcripts from all of the prior hearings in the case before it was dismissed and it's over a thousand pages long; so it's taken me time to kind of go through everything. That's where I am with the case at this point.

THE COURT: As to potentially being ready for trial, do you concur with your fellow defense counsel that you're looking at perhaps the second quarter of next year?

MR. PARKER: Yes, Your Honor.

THE COURT: Anything else, sir?

MR. PARKER: If I may, Your Honor, I just want to address the bond condition issue.

THE COURT: Yes, sir.

MR. PARKER: So I do believe the government has kind of put some smoke out there that my client is doing something inappropriate or illegal while he's been on bond. I do want to address that. I don't want to necessarily litigate it at this point in time; but just to bring it to the Court's attention, my client is a day trader. He's never missed a mandatory court appearance. He's here present this morning. He works for a prop firm called Halcyon and he actually live-streams on a platform called TikTok and live-streams for people to watch him conduct his trading activity.

The other major difference is this is a securities fraud case. My client is not currently trading

securities. He's trading futures, and it's completely different. So I want to make sure the Court is aware of that. He's not doing anything illegal or improper. At some point the Court is going to hear the government's allegations in this case; and part of those allegations are that this was a pump-and-dump scheme, which we don't necessarily agree with. But part of their allegation is that my client was deceiving civilians in the community. Well, as I just explained to the Court, my client is live-streaming his trading activity. So he's not trying to hide anything from anyone. So I just wanted to make sure I bring that to the Court's attention.

THE COURT: Thank you, counselor.

MR. PARKER: Thank you, Judge.

THE COURT: Number 5?

MR. PARKER: Good morning, Your Honor. Robert Parker on behalf of my client. I just came into this case.

THE COURT: Step closer, please. Thank you.

MR. PARKER: Robert Parker, Your Honor, on behalf of Stefan Hrvatin.

This is my first time appearing. I just came into the case. I have not seen the discovery. I have some information from my client --

THE COURT: Let me ask a similar question as with Mr. Milledge. If you're not the first lawyer on the case, there was previous counsel. I assume that there is a client

file somewhere with some materials. Have you received anything from previous counsel?

MR. PARKER: I have not, Your Honor; but I will request it as soon I leave the Court when I find out who it is.

THE COURT: When did you enter the case?

MR. PARKER: A couple of months ago, Your Honor.

THE COURT: All right. Have you previously requested your client's file from previous counsel?

MR. PARKER: No, sir, I have not.

THE COURT: Why haven't you requested the file?

MR. PARKER: I was -- I'm trying to think of the best way to answer that, Your Honor. I have not requested it and my client and I have actually -- I think my client and his prior counsel had disagreements. But I take full responsibility for not having reached out to him accordingly, and I will today.

THE COURT: Same order as provided to Mr. Milledge. You are to reach out to previous counsel, request your client's file. If it is not turned over within one week, please so advise the Court. I will also schedule a hearing at which time if it's not turned over, as to why it hasn't been turned over to you. Is that understood?

MR. PARKER: Yes, Your Honor.

THE COURT: You're to reach out to Ms. Edwards via email just a week from today and explain whether or not you've received the file. Is that understood?

MR. PARKER: That is, Your Honor, clearly.
THE COURT: Anything else you need to tell me?
MR. PARKER: With respect to the passport request of the government, we would object. My client's wife is from Paraguay. They may have family issues. My client has not missed any appearances before this Court and restricting his travel with respect to his family would probably be burdensome, Your Honor.
THE COURT: Very well. Thank you, sir.
MR. PARKER: Thank you, Your Honor.
THE COURT: Number 6?
MR. LEWIS: Good morning, Your Honor.
THE COURT: Good morning, counsel.
MR. LEWIS: Again, for the record, Ms. Epley and I represent Tom Cooperman.
Your Honor, I will not belabor the point. I think these folks have made the ample points regarding the appropriate timing of the case. Knowing this Court and how efficient the Court is, I'm confident we can try this case in a month; but I think it's more realistic to target the second quarter of next year so that we don't have what drives everybody crazy, a date we get close to and then His Honor sees it's not going to work. So I would humbly suggest, knowing both this Court and this case -- we've been in it since the inception -- that the second quarter of 2027 is probably most

realistic.

Relative to bond conditions, Your Honor, you asked the very salient question earlier what's unique about any of these gentlemen's situations. Thank you, because Mr. Cooperman's situation -- Mr. Cooperman, raise your hand -- is quite unique. He's an international music artist. He has traveled in and out of this country since the inception of this case over a dozen times and always returned. He insists on being here and will always be here, Your Honor. Mr. Carter is aware -- he's been in the case quite awhile, too -- of Mr. Cooperman's work, his livelihood. He supports his wife, who is here with him, and his children. The imposition of no travel on him would undercut his ability to continue to defend himself. I am not going to ask the Court to blanket-allow international travel. When the tour calls for that, we would file that on an ad hoc basis with His Honor's permission; but what I would ask for Mr. Cooperman, to not bother this Court and based on an impeccable record of performance and always returning as he promised he would, is that he be able to travel within the United States without permission and that I hold his passport in my office and will only issue it to him after petitioning the Court for his need to travel out of the country for a concert date.

And I stand down on answering any questions His Honor has. As always, it is a pleasure to be here.

THE COURT: Thank you, sir.

Number 7?

MS. CORDOVA: Good morning, Your Honor. Laura Cordova on behalf of Mitchell Hennessey.

A few things I'd like to address and I won't belabor what other people have already addressed. Speedy trial and bond conditions. The government just requested that the Court enter a finding that Speedy Trial Act has been -- or the clock has been tolled. We do not believe that the clock has been tolled and Mr. Hennessey since January of 2023 has been asserting his Speedy Trial rights and trying to go to trial on this case. We obviously have not been able to accomplish that; and so we continue to assert or Mr. Hennessey continues to assert his Speedy Trial rights and we would just ask for a opportunity to be heard, an opportunity to file a briefing on that issue before Your Honor makes any findings.

For the record, Your Honor, Mr. Hennessey is a young guy who lives in New Jersey and he -- I waived his appearance, if that's okay with Your Honor, for this hearing to preserve costs. That's why he's not here.

THE COURT: Very well.

MS. CORDOVA: That leads to the bond issue. Mr. Hennessey has never been a flight risk. He currently is not a flight risk as evidenced by the fact that this case has been pending so long and there's been no issue whatsoever of

any kind of bond violation.

With respect to travel, we would request the same opportunity that Mr. Lewis just requested, which is that we would be happy to take his passport, maintain it in our office and if he needs to travel for some reason, we would ask the Court for that. I don't anticipate that to be the case. I think his only international travel has been to Europe maybe once and the Caribbean a few times with his family. He's still a young kid so -- he's not really -- he's gotten older as this case has proceeded, but he's in his 20s and he still travels with his mom and dad. So that's what we would request on that front.

One of the things I wanted to address was something the government brought up, which is the first time I've heard it, which is to restrict the defendant's trading. I think what's important to understand about this case is that there's absolutely no allegation that there was anything wrong with their trading. This isn't a spoofing case or something where the trading itself is at issue. The trading, as far as all the allegations in the indictment and all the evidence is concerned, was perfectly legal. What the government takes issue is with is the statements, the speech of the defendants about their own trading. Not even their speech about stocks, but about their own trading and what they were doing with their stocks, with their trades, when they were buying, when they

planned to sell. So that's the issue. So we would request that if Your Honor -- I liken it to a health care case where you have a physician exercising, performing excellent health care services. The issue is his advertisements about those services. So we would request that in that case we would ask that the physician continue doing what he does for a living, supporting his family, paying the rent, whatever it is he needs to do with his profession, with the way he makes money, just not be allowed to talk about what he's doing and that's what we would request here is that the defendants be allowed or that my defendant, Mr. Hennessey, be allowed to continue trading, but just not speak specifically about his own trading and that would be the restriction and obviously the restriction should be the least restrictive and so that, we believe, would be the least restrictive and appropriate.

I said I was going to mention two things, but I have one more thing that I think might be important for Your Honor to understand about this case. When we talk about the timing, we think this case will actually go very quickly. I think the government's case is limited to a few witnesses, really a handful. I think those witnesses will be on the stand for a long time, but I think that the case can go quickly. What we got kind of -- I say it was an issue in the last case or the last iteration of this case was that the way the government indicted this, they identified over 300 what they

call episodes, trading episodes; and each one of these trading episodes involved different defendants, different stocks, different time frames. So it's basically 300 different conspiracies tied into one case. And obviously if you're putting that much information in front of a jury where the government has to prove that there were 300 crimes committed and then we seven defendants -- maybe it's only three or four involved in each one -- have to get up and explain why our client didn't commit a crime there, that's going to take a long time.

So in the last iteration the government said they would reduce the case to 54 episodes, and going into trial that was the expectation.

When they gave us their exhibit list, they had exhibits for the 54 episodes; but then they had exhibits that referenced other episodes as well, which then anytime you start adding episodes, you're just going to keep increasing the length of the trial.

So I just wanted to give Your Honor that background. We think we could try the case with 300 episodes. It will take longer if we do that. I think if we stick to the 54 or even a subset of the 54, it will go a lot quicker and I think the government should be able to put on -- if they have evidence of a crime, they should be able to do it in less than 300 episodes, 300 separate conspiracies.

That's all I have, Your Honor, unless you have any questions for me.

THE COURT: Thank you, counselor.

Number 8.

MR. AKERS: May it please the Court. Cordt Akers for Daniel Knight, whose appearance was waived.

Good morning, Your Honor.

Mr. Knight is in a different position than the rest of the defendants. He was re-arraigned in the second quarter of 2023 and entered a guilty plea to Count 1. He has persisted in that guilty plea through the dismissal and through the Fifth Circuit ruling. His sentencing was abated pending the Fifth Circuit ruling. I think it would -- in the position of the case I think it would be wise to continue that until the trial of this case is completed.

I don't have any issues with bond conditions. Mr. Knight has been well aware of his bond conditions and been abiding by them for the past three years.

THE COURT: Thank you, sir.

MR. AKERS: Thank you, Your Honor.

THE COURT: All right, counsel. Let's look at some dates. We're going to work back from that. There is a potential on starting on May the 3rd, 2027; a potential to start on May 24th or June the 7th. Again, May 3rd, May 24th, June 7th.

Any objection to any of those?

Now, I'm well aware that you're all learned counsel with busy practices and that you're going to have trial settings probably from here to '28. I'm not going to find an empty date for nine lawyers. It's just an impossibility. So I'm looking for just some general agreement as to what date is better for you as opposed to not.

Let's start with the government.

MR. JACO: No objection to any of those dates, but a strong preference for May 3rd.

THE COURT: Earlier?

MR. JACO: Yes, earlier.

THE COURT: Okay. Got it.

Counsel, you're standing?

MS. CORDOVA: Your Honor, no objection to those dates in the sense of a --

THE COURT: Again, let's make this easy for our court reporter. State your name before you speak and go ahead.

MS. CORDOVA: Yes, Your Honor. Laura Cordova on behalf of Mitchell Hennessey.

We simply request an earlier trial date. Because he is asserting his Speedy Trial right, we request the earliest possible trial date; but I am available those dates.

THE COURT: Thank you, counsel.

Any other weigh-in?

MR. MILLEDGE, II: Sam Milledge, II, on behalf of Perry Matlock.

Your Honor, we have no objections to either one of those dates. We would have a stronger preference for May 3rd, the earlier date.

THE COURT: Thank you.

Anyone else need to weigh in?

Very well.

MR. WILLIAMS: Your Honor, Tate Williams for John Rybarczyk. I concur with the government. I have a preference for May 3rd and the others are fine as well.

THE COURT: Very well.

All right. The trial setting will be May the 3rd, 2027. You'll get a hard copy of this. Your pretrial will be May 29th at 2:30.

Now back from that date, I'm going to give you the opportunity to confer. It's been made pretty plain that in between a trial and today you're going to need some rulings, and so I would suspect at least a couple of visits with the Court.

I would suggest this. Knowing you now have this trial setting, confer amongst yourselves and then suggest to Ms. Edwards a date where you can come in for a hearing where I can rule on exhibits or any other issues that are outstanding. Select a couple of dates at a minimum. If we need to add more,

we can undertake that; but perhaps a date approximately three months from that and then perhaps another eight to nine months from now and we'll put it on the calendar. That way you know you have specific dates on which you're going to be in front of the Court to have certain issues heard. But again, confer amongst -- get a text or email string going amongst yourselves, and figure out the best date again for two dates between now and May 3rd. That's the first thing.

Secondly, at the first date that you select we'll take up one of the issues which is the Speedy Trial Act so between now and then, if you have briefing on that which you would like to submit, understand at the first setting the Court will hear you on the speedy trial request of certain defendants and any impact and any tolling that may be applicable.

As to pretrial conditions release I believe that the suggestion of counsel is warranted. So in regards to travel within the United States, it is permitted. Counsel for the defendants, you're ordered to obtain the passports of your clients and hold them. If there is any travel outside of the United States, you are to notify the Court and get permission before that occurs; and then you can simply issue the passport to your client and then have it returned when the travel is complete.

As to other conditions regarding what we'll call day trading or any other trading, counsel for the government,

as to each individualized defendant you are to file briefing with the Court as to what additional restrictions you may want for each defendant and give each defendant the opportunity to respond and that is something perhaps that we can take up at the first meeting.

Yes, sir?

MR. JACO: Can I be heard briefly on that, Your Honor?

THE COURT: Very briefly.

MR. JACO: We would ask that the Court allow us an opportunity -- I think defense counsel is accurate that there are unique circumstances as to each of these defendants; and we would be happy to address in writing what our concerns are with travel, too.

THE COURT: Absolutely. And so --

MR. JACO: Given that opportunity --

THE COURT: Absolutely. But as of now, between now and any ruling of the Court, again, defense counsel is to obtain the passports of your respective clients and hold them; and then again for any travel, you're to put your request in writing giving the government the opportunity to respond.

Obviously what counsel for the government has just suggested he would like to brief, while that may not be applicable for all the defendants; but again, that will be in writing. You'll have the opportunity to respond before the Court changes this ruling.

MR. JACO: Thank you.

THE COURT: Very well.

I think I've covered -- I know that there's been new counsel brought in for some of the defendants. I've addressed issues where you have not obtained the case file from previous counsel. That's unacceptable to me. In a criminal matter you should have your full file available to you; and if you've not requested that file, again, do so. And if you have any issues with previous counsel turning that over to you, that becomes my issue; and you make sure they understand that, because my expectation is that file is going to be turned over to you such that you can defend your client in this matter.

Take a couple of -- take a couple of weeks to go back and forth regarding setting up these two dates. Again, the anticipation is that within the next three to four months -- or two to three months. Because of this issue about the bond and this issue about the Speedy Trial, let's get that properly briefed and before the Court and we can take up other issues that are pending at that time and then another date several months after that for any pretrial issues regarding exhibits or other matters and, again, we can add additional hearing dates as needed. But you now know you have a trial date and you now know that you're going to have a couple of opportunities to get before the Court for other pending matters between now and that trial date.

Again, I think I've addressed the immediate bond issues.

So counsel for the government, other than what you have informed the Court regarding reimposing certain bond conditions, are there any other emergency matters regarding restrictions on movement by any of the defendants?

MR. JACO: The only other emergent, you know, pressing issue would be that there be no contact with any victims or potential witnesses.

THE COURT: The only thing that comes to mind is if there are ongoing business relationships that they have had before and those relationships are still ongoing and I don't know -- again, I'm new to this as well. So if you're talking about reaching out and having a conversation with a witness about this case, I agree with you. If you're talking about reaching out and having a conversation with a victim in this case just for the purpose of having a conversation about this case, I agree with you. But, again, the line may be if these defendants are in an ongoing business that is not prohibited and they have these relationships with people they've previously dealt with, that may be a problem. I think I may need some more nuance as to what you're expecting. The expectation is that none of the defendants -- defendants, not defense counsel -- that none of the defendants are going to be reaching out trying to put their thumb on the scale with any

witness or potential victim. That does not prohibit defense counsel from reaching out and interviewing a witness for purposes of trial preparation.

So by way of anything else you need to bring to my attention, counsel for the government?

MR. LEWIS: No, Your Honor, that's it. Thank you.

THE COURT: Counsel for the defendants, anything else, based upon the guidance you've been provided, that you need to bring to my attention before we adjourn?

So just to be clear, Defendant Number 1, anything? Yes? No?

That's right. That's the one that's absent.

Defendant Number 2?

MR. MILLEDGE, II: Nothing from Defendant Number 2, Your Honor.

THE COURT: Defendant Number 3?

MR. WILLIAMS: No, sir. Thank you.

THE COURT: Defendant Number 4?

MR. WHITE: No, Your Honor. Thank you.

THE COURT: Defendant Number 5?

MR. PARKER: No, Your Honor.

THE COURT: Defendant Number 6?

MR. LEWIS: No, Your Honor.

THE COURT: Defendant Number 7?

MS. CORDOVA: Nothing for Mr. Hennessey, Your Honor.

THE COURT: And Defendant Number 8?

MR. AKERS: No, Your Honor.

THE COURT: Very well. Thank you, counsel. Have a good weekend.

You're excused.

(The proceedings were adjourned.)

* * * * *

COURT REPORTER'S CERTIFICATE

I, David S. Smith, CSR, RPR, CRR, Official Court Reporter, United States District Court, Southern District of Texas, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

/s/ David S. Smith
Official Court Reporter

### '

**'27** [1] - 16:5
**'28** [1] - 31:4

### /

**/s** [1] - 38:13

### 1

**1** [3] - 8:21, 30:10, 37:10
**1000** [1] - 1:18
**10th** [1] - 20:24
**1207** [2] - 1:22, 1:24
**1235** [1] - 2:7
**1400** [1] - 1:16
**1401** [1] - 2:16
**1900** [1] - 2:16

### 2

**2** [5] - 3:4, 3:18, 9:12, 37:13, 37:14
**2023** [2] - 26:10, 30:10
**2025** [3] - 8:10, 8:12, 8:15
**2026** [1] - 1:7
**2027** [5] - 6:2, 16:3, 24:25, 30:23, 32:14
**20530** [1] - 1:16
**20s** [1] - 27:10
**2100** [1] - 2:10
**2300** [1] - 1:18
**24th** [2] - 30:24
**28** [1] - 8:10
**29th** [1] - 32:15
**2:30** [1] - 32:15

### 3

**3** [5] - 3:4, 3:18, 4:10, 15:6, 37:16
**300** [6] - 28:25, 29:3, 29:6, 29:20, 29:25
**310** [1] - 2:10
**31st** [2] - 8:12, 8:15
**3rd** [7] - 30:23, 30:24, 31:10, 32:5, 32:11, 32:14, 33:8

### 4

**4** [4] - 3:4, 3:18, 20:18, 37:18
**400** [1] - 2:13
**4:22-cr-00612** [1] - 1:4
**4:22-cr-612-1** [2] - 3:4, 3:18

### 5

**5** [4] - 3:5, 3:18, 22:14, 37:20
**50** [2] - 18:1, 18:2
**515** [1] - 2:20
**54** [4] - 29:12, 29:15, 29:22

### 6

**6** [4] - 3:5, 3:19, 24:11, 37:22
**60-something** [1] - 18:2

### 7

**7** [5] - 3:5, 3:19, 11:16, 26:2, 37:24
**725** [1] - 2:7
**77002** [3] - 1:19, 2:10, 2:21
**77006** [2] - 2:2, 2:4
**77008** [1] - 2:7
**77010** [1] - 2:17
**77019** [2] - 1:22, 1:25
**7th** [2] - 30:24, 30:25

### 8

**8** [6] - 1:7, 3:5, 3:19, 4:25, 30:4, 38:1
**8004** [1] - 2:20
**819** [2] - 2:2, 2:4
**838** [1] - 2:13

### 9

**97204** [1] - 2:14
**9:00** [1] - 12:3

### A

**a** [121] - 3:11, 3:15, 4:8, 5:4, 5:11, 5:12, 5:13, 6:9, 6:24, 7:5, 8:6, 8:7, 8:11, 8:13, 8:16, 8:23, 9:15, 10:3, 10:4, 11:12, 11:21, 12:7, 12:21, 12:25, 13:10, 13:18, 13:21, 13:24, 14:3, 14:8, 14:19, 16:9, 16:11, 17:2, 17:4, 17:20, 17:23, 18:5, 18:11, 18:12, 18:14, 18:21, 18:22, 19:4, 19:21, 20:5, 21:3, 21:19, 21:20, 21:21, 21:24, 22:5, 22:23, 22:25, 23:6, 23:19, 23:24, 24:19, 24:22, 25:8, 25:23, 25:25, 26:5, 26:8, 26:14, 26:15, 26:17, 26:23, 26:24, 27:8, 27:9, 27:18, 28:2, 28:3, 28:6, 28:20, 28:21, 28:22, 29:5, 29:9, 29:22, 29:24, 30:8, 30:10, 30:22, 30:23, 31:9, 31:16, 32:4, 32:10, 32:14, 32:18, 32:19, 32:23, 32:25, 33:1, 33:6, 35:6, 35:13, 35:22, 35:23, 36:14, 36:16, 36:17, 36:21, 37:2, 38:3, 38:10
**abated** [1] - 30:12
**abiding** [1] - 30:18
**ability** [2] - 25:13, 38:10
**able** [4] - 25:19, 26:12, 29:23, 29:24
**about** [20] - 7:8, 13:17, 13:21, 20:25, 25:3, 27:16, 27:23, 27:24, 28:4, 28:9, 28:12, 28:18, 35:16, 35:17, 36:14, 36:15, 36:17
**above** [1] - 38:11
**above-entitled** [1] - 38:11
**abroad** [1] - 7:16
**absent** [1] - 37:12
**absolutely** [4] - 19:19, 27:17, 34:14, 34:16
**accomplish** [1] - 26:12
**accordingly** [1] - 23:15
**accurate** [1] - 34:10
**across** [1] - 19:11
**Act** [6] - 8:7, 8:14, 19:12, 20:4, 26:8, 33:10
**action** [1] - 19:21
**activity** [3] - 7:9, 21:23, 22:9
**actually** [6] - 10:21, 13:14, 20:24, 21:21, 23:13, 28:19
**ad** [1] - 25:16
**add** [2] - 32:25, 35:21
**adding** [1] - 29:17
**additional** [3] - 17:11, 34:2, 35:21
**address** [9] - 8:1, 12:13, 16:18, 17:3, 21:12, 21:17, 26:5, 27:13, 34:12
**addressed** [3] - 26:6, 35:5, 36:1
**adjourn** [1] - 37:9
**adjourned** [1] - 38:6
**advertisements** [1] - 28:4
**advise** [2] - 10:19, 23:19
**after** [4] - 7:21, 8:8, 25:21, 35:20
**again** [22] - 3:17, 7:23, 9:19, 13:1, 13:25, 16:2, 18:14, 20:16, 24:14, 30:24, 31:17, 33:5, 33:7, 34:17, 34:19, 34:23, 35:8, 35:14, 35:21, 36:1, 36:13, 36:18
**ago** [6] - 11:8, 17:25, 18:16, 18:20, 20:25, 23:6
**agree** [6] - 19:24, 19:25, 22:6, 36:15, 36:18
**agreement** [1] - 31:6
**ahead** [1] - 31:18
**AKERS** [4] - 4:24, 30:5, 30:20, 38:2
**Akers** [2] - 4:24, 30:5
**al** [2] - 3:6, 3:19
**AL** [1] - 1:7
**ALFRED** [1] - 1:10
**all** [19] - 3:2, 6:25, 7:10, 7:15, 8:18, 9:18, 12:5, 14:8, 18:4, 20:10, 21:2, 23:7, 27:20, 30:1, 30:21, 31:2, 32:13, 34:23
**allegation** [2] - 22:7, 27:17
**allegations** [3] - 22:4, 22:5, 27:20
**alleged** [1] - 17:2
**allow** [2] - 25:14, 34:9
**allowed** [5] - 12:16, 13:21, 28:9, 28:10, 28:11
**almost** [1] - 11:12
**along** [1] - 18:12
**already** [1] - 26:6
**also** [6] - 4:17, 5:1, 5:12, 13:10, 18:4, 23:19
**always** [4] - 25:8, 25:9, 25:18, 25:25
**am** [4] - 7:18, 21:5, 25:14, 31:23
**AMERICA** [1] - 1:4
**America** [2] - 3:5, 3:19
**amongst** [3] - 32:22, 33:6
**ample** [1] - 24:17
**an** [15] - 6:2, 10:16, 11:17, 13:15, 20:3, 25:6, 25:16, 25:18, 26:15, 28:23, 31:4, 31:5, 31:21, 34:9, 36:19
**and** [165] - 3:5, 3:19, 4:4, 4:6, 6:6, 6:9, 6:11, 6:18, 6:22, 7:8, 7:16, 7:17, 7:22, 7:25, 8:10, 8:12, 9:3, 9:4, 9:5, 9:23, 10:18, 11:8, 11:12, 11:21, 11:24, 11:25, 12:24, 13:3, 13:10, 13:11, 13:14, 13:20, 14:3, 14:4, 14:11, 14:19, 14:21, 15:15, 16:7, 16:15, 16:24, 16:25, 17:2, 17:6, 17:11, 17:13, 17:19, 17:24, 18:3, 18:4, 18:8, 18:11, 18:22, 18:24, 19:1, 19:4, 19:6, 19:23, 19:25, 20:2, 20:9, 21:1, 21:3, 21:21, 21:22, 22:1, 22:5, 22:6, 23:12, 23:13, 23:15, 23:24, 24:6, 24:14, 24:18, 24:22, 24:24, 25:7, 25:8, 25:9, 25:12, 25:18, 25:20, 25:21, 25:24, 26:5, 26:7, 26:10, 26:11, 26:13, 26:14, 26:18,

26:25, 27:5, 27:8, 27:10, 27:11, 27:20, 27:24, 28:9, 28:12, 28:13, 28:14, 28:15, 29:1, 29:4, 29:7, 29:8, 29:12, 29:22, 30:10, 30:11, 30:17, 31:3, 31:18, 32:11, 32:18, 32:19, 32:22, 33:2, 33:3, 33:7, 33:8, 33:11, 33:14, 33:19, 33:20, 33:21, 33:22, 34:3, 34:4, 34:11, 34:14, 34:16, 34:18, 35:7, 35:8, 35:10, 35:14, 35:17, 35:18, 35:19, 35:21, 35:23, 35:25, 36:12, 36:14, 36:16, 36:20, 37:2, 38:1, 38:10, 38:10, 38:11
**Andrew** [2] - 1:14, 3:21
**another** [4] - 10:6, 13:25, 33:2, 35:19
**answer** [2] - 15:24, 23:12
**answering** [1] - 25:24
**anticipate** [5] - 6:4, 15:13, 20:11, 20:14, 27:6
**anticipates** [1] - 6:5
**anticipating** [2] - 6:8, 6:13
**anticipation** [1] - 35:15
**any** [32] - 6:15, 8:1, 8:9, 10:24, 13:4, 18:3, 19:7, 19:11, 24:6, 25:3, 25:24, 26:16, 27:1, 30:2, 30:16, 31:1, 31:9, 31:25, 32:24, 33:14, 33:19, 33:25, 34:17, 34:19, 35:9, 35:20, 36:5, 36:6, 36:8, 36:25
**anyone** [2] - 22:10, 32:7
**anything** [15] - 6:20, 8:4, 8:17, 12:11, 14:23, 20:7, 21:10, 22:3, 22:10, 23:1, 24:2, 27:17, 37:4, 37:7, 37:11
**anytime** [1] - 29:16
**anywhere** [1] - 17:12
**apologize** [1] - 15:10
**appear** [3] - 11:17, 19:14, 19:18
**appearance** [7] - 11:23, 19:20, 19:22, 19:23, 21:20, 26:19, 30:6
**appearances** [3] - 3:7, 3:20, 24:6
**APPEARANCES** [1] - 1:13
**appeared** [2] - 8:9, 12:21
**appearing** [4] - 10:17, 16:22, 19:8, 22:20
**applicable** [2] - 33:14, 34:23
**approach** [1] - 15:7
**appropriate** [6] - 6:3, 7:1, 17:6, 20:16, 24:18, 28:15
**appropriately** [1] - 20:5
**approximately** [3] - 6:9, 15:13, 33:1
**April** [1] - 16:3
**are** [39] - 5:25, 6:11, 6:12, 7:15, 7:16, 11:21, 12:16, 12:24, 13:3, 13:4, 13:18, 14:6, 14:9, 14:10, 14:21, 16:22, 18:9, 18:12, 18:18, 18:24, 19:4, 19:10, 19:21, 22:5, 23:17, 32:11, 32:24, 33:20, 34:1, 34:11, 34:12, 35:19, 36:5, 36:11, 36:12, 36:19, 36:24
**argue** [1] - 18:20
**around** [1] - 13:12
**arraigned** [1] - 30:9
**artist** [1] - 25:6
**as** [51] - 9:14, 9:22, 10:9, 10:17, 11:14, 11:17, 12:3, 13:6, 13:12, 13:13, 13:21, 15:18, 15:20, 16:7, 16:18, 16:19, 16:21, 18:9, 18:19, 19:3, 19:12, 21:6, 22:8, 22:23, 23:4, 23:16, 23:20, 25:19, 25:25, 26:24, 27:9, 27:19, 29:16, 31:6, 31:7, 32:11, 33:15, 33:24, 34:1, 34:2, 34:11, 34:16, 35:22, 36:13, 36:22
**Ashcroft** [1] - 10:23
**ask** [13] - 8:13, 12:19, 12:24, 13:21, 15:14, 16:9, 22:23, 25:14, 25:17, 26:14, 27:5, 28:5, 34:9
**asked** [4] - 10:18, 15:24, 16:1, 25:3
**assert** [2] - 26:13, 26:14
**asserting** [2] - 26:11, 31:22
**ASSOCIATES** [1] - 2:1
**assume** [1] - 22:25
**assuming** [1] - 20:10
**assure** [1] - 17:16
**at** [27] - 1:21, 5:10, 5:17, 7:9, 7:25, 10:6, 11:2, 12:3, 12:16, 14:7, 14:25, 17:3, 17:8, 21:5, 21:8, 21:17, 22:3, 23:19, 27:19, 30:21, 32:15, 32:19, 32:25, 33:9, 33:12, 34:4, 35:19
**attending** [1] - 9:9
**attention** [6] - 6:21, 14:24, 21:18, 22:11, 37:5, 37:9
**Attorney** [1] - 1:21
**attorney** [2] - 10:12, 10:15
**Attorney's** [1] - 1:18
**attorneys** [3] - 10:22, 11:1, 16:21
**August** [1] - 19:5
**Austin** [1] - 10:23
**available** [2] - 31:23, 35:7
**Ave** [1] - 1:16
**Avenue** [1] - 2:13
**awaiting** [1] - 11:4
**aware** [4] - 22:2, 25:10, 30:17, 31:2
**awhile** [1] - 25:10

## B

**back** [6] - 12:23, 14:2, 15:2, 30:22, 32:16, 35:14
**background** [1] - 29:20
**bail** [4] - 18:15, 18:17, 18:25, 19:11
**Bail** [2] - 19:12, 20:4
**based** [5] - 8:15, 10:22, 17:21, 25:18, 37:8
**basically** [1] - 29:3
**basics** [1] - 11:3
**basis** [2] - 20:3, 25:16
**be** [60] - 3:3, 5:20, 5:22, 5:24, 6:2, 6:5, 8:5, 9:7, 9:9, 11:16, 12:1, 12:3, 12:23, 13:12, 13:21, 14:4, 15:14, 16:7, 17:5, 17:6, 17:20, 18:7, 18:13, 19:1, 19:7, 20:10, 20:15, 24:7, 25:9, 25:19, 25:25, 26:15, 27:4, 27:6, 28:9, 28:10, 28:11, 28:13, 28:14, 28:17, 28:21, 29:23, 29:24, 30:14, 32:13, 32:15, 33:4, 33:14, 34:7, 34:12, 34:22, 34:23, 35:11, 36:8, 36:18, 36:21, 36:24, 37:10
**because** [12] - 9:25, 13:17, 14:15, 16:10, 17:1, 17:10, 19:9, 20:9, 25:4, 31:21, 35:11, 35:16
**becomes** [1] - 35:10
**been** [30] - 5:5, 7:13, 8:14, 10:10, 11:1, 11:4, 11:12, 11:18, 11:22, 13:4, 14:17, 16:20, 21:16, 23:20, 24:24, 25:10, 26:8, 26:9, 26:10, 26:12, 26:23, 26:25, 27:7, 30:17, 32:17, 35:3, 37:8
**BEFORE** [1] - 1:10
**before** [21] - 5:6, 7:19, 8:8, 11:17, 13:14, 16:19, 17:8, 17:17, 17:21, 18:1, 19:23, 21:3, 24:6, 26:16, 31:18, 33:21, 34:24, 35:18, 35:24, 36:12, 37:9
**beginning** [2] - 14:1, 16:20
**behalf** [12] - 3:22, 3:23, 4:13, 4:22, 4:24, 9:20, 10:17, 22:16, 22:18, 26:4, 31:19, 32:1
**being** [6] - 14:20, 15:20, 16:2, 20:11, 21:6, 25:9
**belabor** [2] - 24:16, 26:6
**believe** [15] - 4:9, 6:10, 6:16, 7:1, 7:11, 8:24, 9:3, 9:6, 9:7, 13:9, 13:12, 21:14, 26:9, 28:14, 33:15
**benefit** [1] - 18:8
**BENNETT** [1] - 1:10
**best** [3] - 23:11, 33:7, 38:10
**better** [2] - 9:18, 31:7
**between** [6] - 6:8, 32:18, 33:7, 33:11, 34:16, 35:25
**Bill** [1] - 10:15
**bit** [1] - 7:5
**blanket** [1] - 25:14
**blanket-allow** [1] - 25:14
**board** [1] - 19:11
**bond** [15] - 6:24, 7:19, 7:25, 12:14, 21:12, 21:16, 25:2, 26:7, 26:22, 27:1, 30:16, 30:17, 35:17, 36:1, 36:4
**both** [4] - 16:1, 16:24, 17:10, 24:24
**bother** [1] - 25:17
**bought** [1] - 19:6
**Boulevard** [1] - 2:2
**bounds** [1] - 6:19
**brand** [1] - 9:21
**Brandon** [1] - 1:21
**brief** [2] - 18:11, 34:22
**briefed** [1] - 35:18
**briefing** [5] - 5:18, 17:7, 26:15, 33:11, 34:1
**briefly** [2] - 34:7, 34:8
**bring** [6] - 6:20, 14:23, 21:18, 22:11, 37:4, 37:9
**brought** [3] - 14:19, 27:14, 35:4
**burdensome** [1] - 24:7
**business** [2] - 36:11, 36:19
**busy** [1] - 31:3
**but** [42] - 6:1, 6:18, 7:1, 7:12, 8:2, 10:24, 10:25, 12:22, 12:23, 13:2, 13:12, 13:16, 14:8, 15:1, 15:24, 17:19, 18:5, 18:6, 18:7, 18:14, 19:20, 20:14, 21:18, 22:7, 23:3, 23:14, 24:20, 25:16, 27:10, 27:24, 28:11, 28:16, 28:22, 29:15, 31:9, 31:23, 33:1, 33:5, 34:16, 34:23, 35:22, 36:18
**butcher** [1] - 8:22
**buying** [1] - 27:25
**by** [16] - 2:24, 5:14, 6:15, 7:1, 7:2, 7:19, 8:8, 10:6, 10:19, 12:5, 14:2, 19:8, 26:24, 30:18, 36:6, 37:4

## C

**c** [2] - 8:23
**C** [1] - 3:1
**c-o-n-s-t-a-n-t-i-n-e-s-c-u** [1] - 8:23
**calendar** [1] - 33:3
**call** [2] - 29:1, 33:24
**called** [3] - 14:4, 21:21, 21:22
**calls** [1] - 25:15
**came** [2] - 22:16, 22:20
**can** [16] - 9:15, 9:16, 14:4, 14:25, 17:19, 24:19, 28:22, 32:23, 32:24, 33:1, 33:21, 34:4, 34:7, 35:12, 35:18, 35:21
**can't** [1] - 14:7
**care** [5] - 14:16, 14:17, 14:19, 28:2, 28:4
**Caribbean** [1] - 27:8
**CARTER** [1] - 3:25
**Carter** [3] - 1:17, 3:25, 25:9
**case** [67] - 5:5, 5:13, 5:14, 6:6, 6:10, 6:12, 6:17, 6:18, 7:12, 9:21, 9:24, 10:2, 10:13, 10:16, 13:1, 13:3, 13:11, 13:25, 14:4, 14:13, 16:7, 16:11, 16:19, 16:20, 16:24, 17:20, 18:9, 18:12, 19:7, 19:10, 20:10, 21:3, 21:5, 21:25, 22:5, 22:16, 22:21, 22:24, 23:5, 24:18, 24:19, 24:24, 25:8, 25:10, 26:12, 26:24, 27:6, 27:10, 27:16, 27:18, 28:2, 28:5, 28:18, 28:19, 28:20, 28:22, 28:23, 28:24, 29:4, 29:12, 29:20, 30:14, 30:15, 35:5, 36:15, 36:17, 36:18
**case-in-chief** [3] - 6:6, 6:10, 6:12
**cases** [2] - 14:16, 17:2
**catch** [1] - 11:2
**Cause** [2] - 3:4, 3:18
**certain** [3] - 33:5, 33:13, 36:4
**certainly** [1] - 14:8
**CERTIFICATE** [1] - 38:8
**certify** [1] - 38:10
**chance** [1] - 20:5
**change** [1] - 11:13
**changes** [1] - 34:25
**charged** [2] - 14:17, 14:20
**charges** [2] - 14:5, 14:12
**check** [1] - 20:13
**chief** [3] - 6:6, 6:10, 6:12
**children** [1] - 25:12
**chip** [1] - 4:4
**Chip** [2] - 1:21, 3:9
**Circuit** [5] - 8:8, 18:20, 18:24, 30:12, 30:13
**Circuit's** [1] - 5:20
**circulates** [1] - 13:11
**circumstances** [1] - 34:11
**citations** [1] - 18:13
**civilians** [1] - 22:8
**clear** [3] - 8:13, 9:9, 37:10
**clearly** [1] - 24:1
**client** [21] - 5:1, 13:6, 13:17, 16:15, 18:16, 19:2, 19:7, 21:15, 21:19, 21:25, 22:7, 22:9, 22:16, 22:22, 22:25, 23:13, 24:5, 29:9, 33:22, 35:12
**client's** [3] - 23:8, 23:17, 24:4
**clients** [3] - 18:15, 33:19, 34:18
**clock** [2] - 26:9
**close** [1] - 24:22
**closer** [1] - 22:17
**collar** [1] - 13:1
**come** [7] - 3:7, 9:15, 10:19, 13:17, 13:19, 15:1, 32:23
**comes** [2] - 19:23, 36:10
**coming** [2] - 7:4, 14:2
**commit** [1] - 29:9
**committed** [1] - 29:6
**community** [1] - 22:8
**companies** [1] - 13:18
**complete** [1] - 33:23
**completed** [1] - 30:15
**completely** [1] - 22:1
**complying** [1] - 19:8
**computer** [1] - 2:25
**concern** [3] - 7:9, 7:25, 8:2
**concerned** [2] - 7:8, 27:21
**concerns** [1] - 34:12
**concert** [1] - 25:23
**concur** [2] - 21:7, 32:10
**condition** [3] - 7:14, 14:18, 21:12
**conditions** [19] - 6:24, 7:6, 7:7, 7:20, 7:25, 12:14, 12:25, 18:15, 18:17, 18:25, 19:11, 20:2, 25:2, 26:7, 30:16, 30:17, 33:15, 33:24, 36:5
**conduct** [3] - 14:10, 14:12, 21:23
**confer** [4] - 11:15, 32:17, 32:22, 33:5
**CONFERENCE** [1] - 1:10
**conference** [4] - 5:4, 8:11, 8:12, 17:25
**confident** [1] - 24:19
**confirm** [1] - 14:15
**confused** [1] - 13:25
**consequentially** [1] - 19:4
**consider** [1] - 14:11
**conspiracies** [2] - 29:4, 29:25
**Constantinescu** [3] - 8:22, 8:24, 9:3
**contact** [2] - 10:24, 36:8
**CONTANTINESCU** [1] - 1:7
**content** [1] - 16:24
**contested** [1] - 17:9
**continue** [5] - 25:13, 26:13, 28:6, 28:11, 30:14
**continues** [1] - 26:13
**continuing** [1] - 14:11
**conversation** [3] - 36:14, 36:16, 36:17
**convey** [1] - 11:15
**COOPERMAN** [1] - 1:21
**Cooperman** [5] - 3:10, 4:5, 24:15, 25:5, 25:17
**Cooperman's** [2] - 25:5, 25:11
**copy** [1] - 32:14
**CORDOVA** [6] - 4:22, 26:3, 26:22, 31:15, 31:19, 37:25
**Cordova** [5] - 2:15, 4:22, 17:3, 26:3, 31:19
**Cordt** [2] - 4:24, 30:5
**correct** [6] - 7:23, 7:24, 10:8, 17:22, 20:9, 38:10
**correctly** [1] - 7:18
**costs** [1] - 26:20
**could** [7] - 5:24, 8:1, 10:18, 10:19, 19:20, 20:10, 29:20
**counsel** [46] - 3:7, 3:20, 4:3, 5:4, 5:9, 6:16, 9:1, 9:4, 10:2, 10:6, 10:17, 11:14, 11:16, 11:23, 13:24, 15:17, 16:15, 16:20, 19:17, 19:23, 21:7, 22:25, 23:2, 23:8, 23:14, 23:17, 24:13, 30:21, 31:3, 31:14, 31:24, 33:16, 33:17, 33:25, 34:10, 34:17, 34:21, 35:4, 35:6, 35:9, 36:3, 36:24, 37:2, 37:5, 37:7, 38:3
**counsel's** [1] - 20:16
**counselor** [2] - 22:12, 30:3
**Count** [1] - 30:10
**country** [4] - 17:2, 19:3, 25:7, 25:22
**couple** [6] - 23:6, 32:19, 32:25, 35:13, 35:23
**course** [1] - 18:22
**Court** [40] - 2:18, 2:19, 2:19, 3:16, 5:8, 8:13, 11:17, 12:11, 13:14, 18:8, 18:14, 22:2, 22:4, 22:9, 23:4, 23:19, 24:6, 24:18, 24:19, 24:24, 25:14, 25:17, 25:22, 26:8, 27:6, 30:5, 32:20, 33:5, 33:12, 33:20, 34:2, 34:9, 34:17, 34:25, 35:18, 35:24, 36:4, 38:9, 38:13
**COURT** [101] - 1:1, 3:3, 3:11, 3:15, 3:17, 4:2, 4:8, 4:11, 4:15, 4:19, 5:3, 5:22, 6:4, 6:8, 6:20, 7:4, 7:18, 8:3, 8:17, 8:20, 9:1, 9:11, 9:15, 9:17, 9:25, 10:6, 10:9, 10:12, 11:4, 11:8, 11:10, 11:14, 11:21, 12:2, 12:5, 12:11, 12:15, 12:18, 13:6, 13:23, 14:14, 15:3, 15:5, 15:8, 15:10, 15:12, 15:19, 15:21, 16:1, 16:5, 16:9, 16:15, 17:16, 17:20, 19:13, 19:19, 20:6, 20:9, 20:17, 20:21, 21:6, 21:10, 21:13, 22:12, 22:14, 22:17, 22:23, 23:5, 23:7, 23:10, 23:16, 23:23, 24:2, 24:9, 24:11, 24:13, 26:1, 26:21, 30:3, 30:19, 30:21, 31:11, 31:13, 31:17, 31:24, 32:6, 32:12, 34:8, 34:14, 34:16, 35:2, 36:10, 37:7, 37:16, 37:18, 37:20, 37:22, 37:24, 38:1, 38:3, 38:8
**court** [4] - 8:10, 19:21, 21:19, 31:17
**Court's** [2] - 21:18, 22:11
**courtroom** [4] - 4:17, 4:21, 5:2, 9:3
**covered** [1] - 35:3
**crazy** [1] - 24:22
**crime** [2] - 29:9, 29:24
**crimes** [1] - 29:6
**criminal** [2] - 19:21, 35:6
**cross** [2] - 6:13, 6:15
**cross-examination** [2] - 6:13, 6:15
**CRR** [2] - 2:18, 38:9
**CSR** [2] - 2:18, 38:9
**currently** [3] - 14:6, 21:25, 26:23

## D

**D** [1] - 3:1
**dad** [1] - 27:11
**Daniel** [2] - 4:25, 30:6
**data** [1] - 16:25
**date** [17] - 5:12, 6:2, 24:22, 25:23, 31:5, 31:6, 31:21, 31:23, 32:5, 32:16, 32:23, 33:1, 33:7, 33:9, 35:19, 35:23, 35:25
**dates** [10] - 30:22, 31:9, 31:15, 31:23, 32:4, 32:25, 33:4, 33:7, 35:14, 35:22
**David** [3] - 2:18, 38:9, 38:13

**david.smith@txs.uscourts.gov** [1] - 2:21
**day** [5] - 13:10, 13:11, 18:1, 21:19, 33:25
**days** [3] - 6:7, 11:16, 17:25
**DC** [1] - 1:16
**dealt** [1] - 36:21
**deceiving** [1] - 22:7
**decision** [1] - 18:8
**Deel** [4] - 4:17, 20:18, 20:20, 20:23
**DEEL** [1] - 2:9
**defend** [2] - 25:13, 35:12
**defendant** [16] - 9:12, 10:4, 14:8, 15:6, 19:1, 19:16, 28:11, 34:1, 34:3, 37:13, 37:16, 37:18, 37:20, 37:22, 37:24
**DEFENDANT** [6] - 1:21, 2:1, 2:6, 2:9, 2:12, 2:15
**Defendant** [6] - 4:10, 4:24, 8:21, 37:10, 37:14, 38:1
**defendant's** [1] - 27:15
**defendants** [32] - 6:11, 6:25, 7:3, 7:10, 7:16, 7:20, 7:22, 12:20, 14:5, 14:9, 14:16, 14:21, 15:17, 19:10, 19:17, 19:21, 27:22, 28:10, 29:2, 29:7, 30:9, 33:13, 33:18, 34:11, 34:23, 35:4, 36:6, 36:19, 36:23, 36:24, 37:7
**defendants'** [2] - 11:1, 18:3
**defense** [18] - 4:3, 6:13, 6:16, 6:17, 11:14, 11:16, 11:23, 15:17, 16:20, 18:10, 19:17, 19:23, 20:14, 21:7, 34:10, 34:17, 36:24, 37:1
**defense's** [1] - 16:7
**defer** [2] - 16:21, 17:18
**deferring** [1] - 20:16
**demonstrates** [1] - 20:1
**Department** [1] - 1:15
**depending** [1] - 17:15
**despite** [2] - 14:5, 14:19
**detail** [2] - 7:5, 19:12
**did** [5] - 10:14, 10:16, 10:17, 10:19, 23:5
**didn't** [2] - 10:21, 29:9
**difference** [1] - 21:24
**different** [8] - 5:25, 7:2, 22:2, 29:2, 29:3, 30:8
**difficult** [1] - 17:4
**difficulty** [1] - 16:25
**digest** [1] - 14:22
**dire** [1] - 6:8
**disagreements** [1] - 23:14
**discovery** [7] - 9:22, 10:19, 10:22, 16:23, 20:24, 21:1, 22:21
**discretion** [1] - 17:19
**discussion** [1] - 17:12
**dismissal** [5] - 5:21, 6:25, 7:19, 7:21, 30:11
**dismissed** [4] - 5:14, 10:3, 18:16, 21:3
**dispute** [1] - 17:23
**District** [4] - 2:19, 2:20, 38:9
**DISTRICT** [3] - 1:1, 1:1, 1:11
**district** [1] - 19:21
**DIVISION** [1] - 1:2
**do** [26] - 5:4, 5:18, 6:4, 6:23, 10:20, 12:5, 12:12, 12:16, 12:22, 13:13, 15:14, 15:15, 15:25, 19:9, 19:13, 20:10, 20:11, 21:6, 21:14, 21:16, 26:9, 28:8, 29:21, 29:24, 35:8, 38:10
**does** [6] - 5:22, 13:19, 13:20, 15:2, 28:6, 37:1
**doesn't** [1] - 12:21
**doing** [5] - 21:15, 22:3, 27:24, 28:6, 28:9
**don't** [13] - 7:12, 9:2, 9:4, 13:16, 15:17, 15:22, 16:2, 21:17, 22:6, 24:21, 27:6, 30:16, 36:12
**done** [1] - 6:6
**down** [1] - 25:24
**dozen** [2] - 17:13, 25:8
**Dr** [1] - 1:24
**Drive** [1] - 1:22
**drives** [1] - 24:21
**dump** [2] - 17:2, 22:6

## E

**e** [1] - 8:23
**E** [2] - 3:1
**each** [8] - 18:10, 19:1, 29:1, 29:8, 34:1, 34:3, 34:11
**earlier** [5] - 25:3, 31:11, 31:12, 31:21, 32:5
**earliest** [1] - 31:22
**early** [3] - 6:2, 16:3, 19:6
**easy** [1] - 31:17
**EDWARD** [1] - 1:7
**Edwards** [3] - 12:6, 23:23, 32:23
**efficient** [1] - 24:19
**eight** [3] - 6:11, 6:13, 33:2
**either** [2] - 5:16, 32:3
**else** [11] - 6:20, 8:4, 8:17, 12:11, 14:23, 20:7, 21:10, 24:2, 32:7, 37:4, 37:7
**email** [4] - 12:6, 19:16, 23:24, 33:6
**emergency** [1] - 36:5
**emergent** [1] - 36:7
**empty** [1] - 31:5
**end** [1] - 14:2
**engage** [2] - 14:12, 14:18
**engaged** [4] - 14:6, 14:9, 14:10, 14:21
**enough** [1] - 20:6
**enter** [2] - 23:5, 26:8
**entered** [1] - 30:10
**entire** [1] - 6:14
**entitled** [1] - 38:11
**episodes** [9] - 29:1, 29:2, 29:12, 29:15, 29:16, 29:17, 29:20, 29:25
**Epley** [4] - 1:23, 3:10, 4:4, 24:14
**EPLEY** [1] - 1:24
**Erin** [3] - 1:23, 3:10, 4:4
**ERIN** [1] - 1:24
**essentially** [2] - 5:13, 10:25
**estimate** [4] - 17:13, 17:14, 18:12, 20:15
**et** [2] - 3:5, 3:19
**ET** [1] - 1:7
**Europe** [1] - 27:7
**even** [4] - 9:21, 12:23, 27:23, 29:22
**ever** [1] - 11:6
**every** [2] - 14:8, 17:8
**everybody** [1] - 24:22
**everything** [1] - 21:4
**evidence** [4] - 6:15, 6:18, 27:20, 29:24
**evidenced** [1] - 26:24
**evidentiary** [2] - 5:16, 5:19
**exactly** [1] - 19:25
**examination** [2] - 6:13, 6:15
**excellent** [1] - 28:3
**excused** [1] - 38:5
**exercising** [1] - 28:3
**Exhibit** [1] - 18:2
**exhibit** [1] - 29:14
**exhibits** [6] - 18:3, 18:4, 29:15, 32:24, 35:21
**expectation** [3] - 29:13, 35:11, 36:23
**expected** [1] - 19:22
**expecting** [1] - 36:22
**expensive** [1] - 19:3
**experience** [1] - 17:19
**expert** [1] - 17:18
**expertise** [1] - 17:19
**experts** [1] - 20:14
**explain** [3] - 7:5, 23:24, 29:8
**explained** [1] - 22:8
**explanation** [1] - 11:17
**extraneous** [1] - 17:11

## F

**fact** [4] - 12:20, 14:19, 21:1, 26:24
**fair** [1] - 20:6
**faith** [1] - 19:8
**fall** [1] - 6:1
**familiar** [1] - 10:24
**familiarize** [1] - 9:23
**family** [4] - 24:5, 24:7, 27:8, 28:7
**far** [7] - 9:14, 13:12, 15:18, 15:20, 16:7, 16:18, 27:19
**federal** [1] - 19:21
**fees** [1] - 13:20
**fellow** [1] - 21:7
**few** [5] - 5:12, 10:3, 26:5, 27:8, 28:20
**Fifth** [6] - 5:20, 8:8, 18:20, 18:24, 30:12, 30:13
**figure** [1] - 33:7
**file** [20] - 10:13, 10:18, 11:5, 11:15, 11:18, 11:22, 12:7, 18:11, 23:1, 23:8, 23:10, 23:18, 23:25, 25:16, 26:15, 34:1, 35:5, 35:7, 35:8, 35:11
**filed** [1] - 8:11
**financial** [1] - 13:2
**find** [2] - 23:4, 31:4
**finding** [2] - 8:14, 26:8
**findings** [1] - 26:16
**fine** [1] - 32:11
**FIRM** [1] - 1:24
**firm** [1] - 21:21
**Firm** [2] - 2:6, 10:23
**First** [1] - 2:13
**first** [10] - 5:8, 8:9, 15:21, 22:20, 22:24, 27:14, 33:8, 33:9, 33:12, 34:5
**five** [1] - 14:1
**flagging** [1] - 6:22
**fled** [1] - 18:17
**flight** [4] - 12:21, 13:4, 26:23, 26:24
**folks** [1] - 24:17
**following** [1] - 6:25
**FOR** [7] - 1:14, 1:21, 2:1, 2:6, 2:9, 2:12, 2:15
**for** [89] - 3:10, 3:20, 3:25, 4:3, 4:4, 4:6, 4:8, 5:11, 5:15, 5:18, 5:23, 6:22, 6:24, 6:25, 7:17, 8:11, 8:16, 10:2, 11:24, 13:7, 13:20, 13:24, 15:15, 15:17, 16:15, 16:17, 16:19, 16:23, 17:6, 17:20, 18:10, 18:12, 18:21, 18:25, 19:5, 19:7, 19:8, 19:9, 19:10, 20:5, 20:11, 20:12, 21:6, 21:20, 21:22, 23:14, 24:14, 25:15, 25:17, 25:22, 25:23, 26:14,

26:17, 26:19, 27:5, 27:6, 28:6, 28:17, 28:22, 29:15, 30:2, 30:5, 30:18, 31:5, 31:6, 31:7, 31:10, 31:17, 32:4, 32:9, 32:11, 32:23, 33:7, 33:17, 33:25, 34:3, 34:19, 34:21, 34:23, 35:4, 35:20, 35:24, 36:3, 36:17, 37:2, 37:5, 37:7, 37:25
**foregoing** [1] - 38:10
**foresee** [1] - 16:2
**forgot** [1] - 15:14
**format** [1] - 17:4
**forth** [1] - 35:14
**forward** [2] - 3:7, 5:7
**four** [3] - 6:9, 29:7, 35:15
**frames** [1] - 29:3
**France** [2] - 13:15
**fraud** [4] - 14:16, 14:17, 14:20, 21:25
**free** [1] - 18:21
**freely** [1] - 13:21
**Friday** [1] - 12:1
**from** [32] - 5:8, 5:13, 6:1, 8:14, 9:22, 10:15, 10:25, 11:22, 12:7, 15:12, 15:16, 17:12, 18:19, 19:16, 20:22, 21:2, 22:10, 22:22, 23:2, 23:8, 23:24, 24:4, 30:22, 31:4, 32:16, 33:2, 33:3, 35:5, 37:2, 37:14, 38:11
**front** [5] - 8:2, 14:11, 27:12, 29:5, 33:4
**fuel** [1] - 19:4
**full** [3] - 10:21, 23:14, 35:7
**fundamentals** [1] - 9:24
**further** [2] - 14:25, 17:6
**futures** [1] - 22:1

## G

**G** [1] - 3:1
**GARY** [1] - 2:9
**Gary** [2] - 4:17, 20:20
**gas** [1] - 19:3
**gave** [1] - 29:14
**gavel** [1] - 19:22
**general** [1] - 31:6
**gentleman's** [1] - 20:15
**gentlemen** [2] - 16:22, 18:10
**gentlemen's** [1] - 25:4
**get** [8] - 10:18, 24:22, 29:8, 32:14, 33:6, 33:20, 35:17, 35:24
**getting** [4] - 10:3, 14:2, 17:5, 20:25
**give** [3] - 29:19, 32:16, 34:3
**given** [5] - 8:7, 12:19, 12:23, 19:20, 34:15
**giving** [1] - 34:20
**go** [8] - 10:4, 21:4, 26:11, 28:19, 28:22, 29:22, 31:18, 35:13
**going** [25] - 7:4, 8:22, 13:1, 13:13, 14:22, 16:9, 19:4, 21:1, 22:4, 24:23, 25:14, 28:16, 29:9, 29:12, 29:17, 30:22, 31:3, 31:4, 32:16, 32:18, 33:4, 33:6, 35:11, 35:23, 36:24
**good** [15] - 3:3, 3:9, 3:21, 4:12, 4:16, 9:13, 9:18, 19:8, 20:19, 22:15, 24:12, 24:13, 26:3, 30:7, 38:4
**got** [2] - 28:23, 31:13
**gotten** [3] - 11:6, 18:3, 27:9
**government** [29] - 5:8, 5:10, 5:22, 5:24, 6:5, 9:22, 10:2, 13:1, 13:24, 14:10, 15:12, 17:12, 18:19, 21:14, 24:4, 26:7, 27:14, 27:21, 28:25, 29:6, 29:11, 29:23, 31:8, 32:10, 33:25, 34:20, 34:21, 36:3, 37:5
**GOVERNMENT** [1] - 1:14
**government's** [9] - 5:25, 6:2, 6:10, 6:12, 6:14, 12:13, 18:2, 22:4, 28:20
**gratuitous** [1] - 18:25
**greater** [1] - 7:5
**ground** [1] - 10:25
**guidance** [1] - 37:8
**guilty** [2] - 30:10, 30:11
**guy** [2] - 13:10, 26:18
**guys** [1] - 18:21

## H

**H** [1] - 1:10
**had** [13] - 5:16, 10:9, 10:21, 10:24, 14:1, 17:12, 18:3, 18:4, 18:5, 23:14, 29:14, 29:15, 36:11
**Halcyon** [1] - 21:21
**half** [1] - 18:22
**hand** [1] - 25:5
**handful** [1] - 28:21
**Hanen** [9] - 5:6, 5:14, 5:16, 7:1, 7:3, 7:19, 17:8, 18:1, 18:24
**happy** [2] - 27:4, 34:12
**hard** [1] - 32:14
**has** [27] - 5:5, 8:14, 9:5, 9:7, 9:8, 10:10, 10:11, 11:22, 13:4, 13:15, 19:2, 21:14, 24:5, 25:6, 25:25, 26:8, 26:9, 26:10, 26:23, 26:24, 27:7, 27:10, 29:6, 30:10, 30:17, 34:21
**hasn't** [4] - 10:12, 11:18, 18:17, 23:20
**have** [68] - 3:14, 6:1, 6:16, 7:5, 7:13, 7:22, 8:2, 8:9, 8:18, 9:21, 10:24, 11:4, 12:5, 12:7, 12:8, 12:20, 13:2, 13:9, 13:20, 14:16, 16:10, 17:21, 18:23, 19:11, 19:20, 20:9, 20:13, 22:21, 23:1, 23:3, 23:7, 23:9, 23:12, 23:13, 24:5, 24:17, 24:21, 26:6, 26:12, 28:3, 28:17, 29:8, 29:23, 30:1, 30:16, 31:3, 32:3, 32:4, 32:10, 32:21, 33:4, 33:5, 33:11, 33:22, 34:24, 35:5, 35:7, 35:8, 35:22, 35:23, 36:4, 36:11, 36:20, 38:3
**haven't** [1] - 23:10
**having** [4] - 23:15, 36:14, 36:16, 36:17
**he** [33] - 9:5, 9:7, 9:8, 9:9, 10:5, 10:6, 10:16, 10:19, 10:21, 13:9, 13:14, 13:20, 13:21, 18:17, 21:20, 21:21, 25:6, 25:8, 25:11, 25:19, 26:18, 26:23, 27:5, 27:10, 28:6, 28:7, 28:8, 30:9, 30:10, 31:22, 34:22
**he's** [18] - 4:9, 9:4, 9:5, 9:8, 21:16, 21:19, 21:20, 22:1, 22:3, 22:10, 25:6, 25:10, 26:20, 27:8, 27:9, 27:10, 28:9
**head** [1] - 15:2
**health** [5] - 14:16, 14:17, 14:19, 28:2, 28:3
**hear** [3] - 5:8, 22:4, 33:13
**heard** [6] - 6:9, 15:12, 26:15, 27:15, 33:5, 34:7
**HEARD** [1] - 1:10
**hearing** [11] - 5:11, 7:18, 8:16, 9:5, 11:24, 12:9, 17:8, 23:19, 26:19, 32:23, 35:22
**hearings** [1] - 21:2
**heavily** [1] - 17:24
**helpful** [1] - 18:13
**HENNESSEY** [1] - 2:16
**Hennessey** [9] - 4:23, 26:4, 26:10, 26:13, 26:17, 26:23, 28:11, 31:20, 37:25
**here** [25] - 3:13, 7:12, 7:16, 9:8, 12:21, 12:24, 13:3, 13:14, 18:16, 18:24, 19:8, 19:10, 19:14, 19:20, 20:1, 21:20, 25:9, 25:12, 25:25, 26:20, 28:10, 31:4
**hereby** [1] - 38:10
**Hey** [1] - 13:14
**Heyward** [1] - 1:17
**hide** [1] - 22:10
**HILDER** [1] - 2:1
**him** [9] - 3:14, 10:16, 10:18, 10:20, 21:22, 23:15, 25:12, 25:13, 25:21
**himself** [2] - 9:9, 25:14
**hired** [1] - 20:23
**his** [35] - 9:3, 10:13, 10:18, 10:19, 11:14, 13:7, 13:17, 13:18, 13:20, 21:23, 22:9, 23:13, 24:6, 24:7, 25:11, 25:12, 25:13, 25:20, 25:22, 26:11, 26:14, 26:18, 27:4, 27:7, 27:8, 27:10, 27:11, 28:4, 28:7, 28:8, 28:12, 30:12, 30:17, 31:22
**His** [3] - 24:22, 25:16, 25:24
**hoc** [1] - 25:16
**hold** [3] - 25:20, 33:19, 34:18
**home** [1] - 18:21
**Honor** [79] - 3:9, 3:10, 3:14, 3:21, 4:1, 4:5, 4:7, 4:12, 4:16, 5:1, 5:10, 6:22, 8:19, 8:25, 9:13, 9:19, 10:5, 10:8, 10:11, 11:3, 11:7, 11:20, 11:25, 12:12, 12:19, 12:24, 13:5, 13:20, 14:7, 15:1, 15:2, 15:4, 15:9, 15:25, 16:8, 16:13, 17:22, 20:13, 20:19, 20:23, 21:9, 21:11, 22:15, 22:18, 23:3, 23:6, 23:12, 23:22, 24:1, 24:8, 24:10, 24:12, 24:16, 24:22, 25:2, 25:9, 25:25, 26:3, 26:16, 26:17, 26:19, 28:2, 28:18, 29:19, 30:1, 30:7, 30:20, 31:15, 31:19, 32:3, 32:9, 34:7, 37:6, 37:15, 37:19, 37:21, 37:23, 37:25, 38:2
**Honor's** [1] - 25:16
**honor's** [1] - 17:18
**HONORABLE** [1] - 1:10
**hope** [1] - 17:22
**hopefully** [1] - 6:7
**HOUSTON** [2] - 1:2, 1:5
**Houston** [9] - 1:19, 1:22, 1:25, 2:2, 2:4, 2:7, 2:10, 2:17, 2:21
**how** [11] - 6:4, 6:17, 11:4, 11:8, 15:15, 15:24, 16:7, 16:19, 17:9, 17:15, 24:18
**Hrvatin** [2] - 4:21, 22:19
**HRVATIN** [1] - 2:12
**humbly** [1] - 24:23
**hundred** [2] - 17:13, 18:3
**hypothetical** [1] - 16:9

## I

**I** [161] - 3:1, 3:14, 4:9, 4:16, 4:20, 5:1, 5:4, 5:12, 5:18, 6:1, 6:9, 6:16, 6:18, 7:9, 7:11, 7:12, 7:18, 8:5, 8:24, 9:2, 9:3, 9:4, 9:5, 9:21, 9:25, 10:14, 10:16, 10:17, 10:18, 10:19, 10:20, 10:24, 10:25, 11:2, 11:15, 11:23, 12:8, 12:12, 12:19, 12:22, 12:24, 13:1, 13:9, 13:11, 13:12, 13:16, 13:20, 14:7, 14:15, 14:25, 15:1, 15:7, 15:13, 15:17, 15:22, 15:25, 16:1, 16:2, 16:18, 16:21, 16:23, 17:3, 17:14, 17:16, 17:18, 17:19, 17:21, 17:22, 18:4, 18:6, 19:24, 19:25, 20:2, 20:9, 20:13, 20:14, 20:19, 20:24, 21:5, 21:11, 21:14, 21:16, 21:17, 22:2, 22:8, 22:10, 22:11, 22:16, 22:20, 22:21, 22:25, 23:3, 23:4, 23:9, 23:11, 23:12, 23:13, 23:14, 23:15, 23:19, 24:14, 24:16, 24:20, 24:23, 25:14, 25:17, 25:20, 25:24, 26:5, 26:18, 27:6, 27:13, 27:15, 28:2, 28:16, 28:17, 28:19, 28:21, 28:22, 28:23, 29:19, 29:21, 29:22, 30:1, 30:13, 30:14, 30:16, 31:23, 32:10, 32:19, 32:21, 32:23, 33:15, 34:7, 34:10, 35:3, 36:1, 36:12, 36:15, 36:18, 36:21, 38:9
**i** [4] - 6:14, 8:23, 9:16, 15:10
**I'd** [1] - 26:5
**i'm** [1] - 10:23
**I'm** [24] - 7:4, 7:13, 8:22, 9:21, 10:1, 10:14, 10:25, 13:13, 13:24, 13:25, 14:1, 14:21, 16:8, 16:9, 17:22, 20:25, 21:1, 23:11, 24:19, 31:2, 31:4, 31:6, 32:16, 36:13
**I've** [9] - 9:24, 11:1, 11:6, 14:1, 16:20, 27:15, 35:3, 35:4, 36:1
**i.e** [1] - 13:7
**idea** [1] - 6:16
**identified** [1] - 28:25
**if** [39] - 6:9, 7:18, 11:15, 11:21, 11:22, 12:6, 12:7, 12:8, 12:12, 13:13, 13:19, 14:8, 15:1, 15:2, 16:3, 18:13, 19:6, 20:2, 21:11, 22:24, 23:18, 23:20, 26:19, 27:5, 28:2, 29:4, 29:21, 29:23, 32:25, 33:11, 33:19, 35:7, 35:8, 36:10, 36:13, 36:15, 36:18
**II** [32] - 2:6, 4:12, 4:13, 9:13, 9:16, 9:18, 10:5, 10:8, 10:11, 10:14, 11:6, 11:9, 11:12, 11:20, 11:25, 12:3, 12:10, 12:12, 12:16, 12:19, 13:9, 14:25, 15:4, 15:16, 15:20, 15:22, 16:2, 16:6, 16:13, 32:1, 37:14
**illegal** [2] - 21:16, 22:3
**immediate** [1] - 36:1
**impact** [1] - 33:14
**impeccable** [1] - 25:18
**important** [3] - 8:6, 27:16, 28:17
**imposed** [1] - 7:2
**imposition** [3] - 12:14, 18:17, 25:12
**impossibility** [1] - 31:5
**improper** [1] - 22:3
**in** [92] - 3:4, 3:16, 4:17, 4:21, 5:2, 5:17, 5:20, 5:21, 6:6, 6:7, 6:10, 6:12, 6:23, 7:5, 7:10, 7:11, 7:16, 7:20, 7:22, 8:1, 8:9, 8:21, 9:3, 10:4, 11:9, 13:15, 13:16, 14:6, 14:9, 14:10, 14:12, 14:16, 14:18, 14:21, 15:2, 15:20, 16:23, 16:24, 16:25, 17:2, 17:4, 17:10, 17:25, 18:7, 18:12, 19:8, 19:21, 20:4, 21:1, 21:2, 21:18, 22:4, 22:8, 24:19, 24:24, 25:7, 25:10, 25:21, 26:18, 27:4, 27:10, 27:20, 28:5, 28:23, 29:5, 29:8, 29:11, 29:24, 30:8, 30:9, 30:11, 30:13, 31:16, 31:25, 32:7, 32:17, 32:23, 33:4, 33:16, 34:12, 34:19, 34:23, 35:4, 35:6, 35:12, 36:16, 36:19, 38:11
**inappropriate** [3] - 18:19, 20:2, 21:16
**inception** [2] - 24:25, 25:7
**included** [1] - 7:20
**including** [2] - 6:15, 19:5
**incorrect** [1] - 18:7
**increasing** [1] - 29:17
**indicted** [1] - 28:25
**indictment** [2] - 17:11, 27:20
**individualized** [2] - 20:3, 34:1
**industry** [1] - 14:18
**inform** [2] - 12:5, 12:8
**information** [3] - 10:9, 22:22, 29:5
**informed** [1] - 36:4
**innocent** [1] - 13:22
**insists** [1] - 25:8
**instead** [1] - 17:5
**intend** [2] - 6:17, 6:24
**international** [4] - 13:7, 25:6, 25:15, 27:7
**intertwined** [1] - 17:24
**interviewing** [1] - 37:2
**into** [6] - 19:6, 19:22, 22:16, 22:21, 29:4, 29:12
**involved** [4] - 7:11, 17:10, 29:2, 29:8
**involves** [1] - 14:4
**involving** [1] - 14:18
**irrelevant** [1] - 9:8
**is** [112] - 3:13, 3:16, 4:13, 4:17, 4:21, 5:1, 5:4, 5:7, 5:14, 5:18, 6:19, 6:23, 7:10, 7:23, 8:5, 8:6, 8:9, 8:12, 8:22, 9:8, 9:18, 11:9, 11:15, 11:18, 11:20, 11:23, 11:25, 12:5, 12:13, 12:25, 13:1, 13:7, 13:10, 13:17, 14:3, 14:4, 14:18, 14:23, 15:25, 16:19, 16:24, 17:1, 17:22, 17:24, 18:7, 18:16, 19:1, 19:22, 19:25, 20:2, 20:4, 20:11, 21:15, 21:19, 21:24, 21:25, 22:2, 22:4, 22:7, 22:9, 22:20, 22:25, 23:4, 23:18, 23:21, 23:25, 24:1, 24:4, 24:19, 24:25, 25:6, 25:9, 25:12, 25:19, 25:25, 26:17, 26:23, 27:3, 27:14, 27:15, 27:16, 27:19, 27:20, 27:22, 28:4, 28:7, 28:10, 28:20, 30:8, 30:15, 30:22, 31:6, 31:22, 33:10, 33:16, 33:17, 33:19, 33:22, 34:4, 34:10, 34:17, 35:11, 35:15, 36:10, 36:19, 36:23, 38:10
**isn't** [1] - 27:18
**issue** [16] - 17:9, 21:12, 25:21, 26:16, 26:22, 26:25, 27:19, 27:22, 28:1, 28:4, 28:23, 33:21, 35:10, 35:16, 35:17, 36:8
**issued** [2] - 8:8, 8:10
**issues** [14] - 5:15, 5:19, 8:1, 18:11, 24:5, 30:16, 32:24, 33:5, 33:10, 35:5, 35:9, 35:19, 35:20, 36:2
**it** [57] - 5:6, 5:13, 5:22, 8:5, 8:22, 10:3, 10:10, 10:11, 10:21, 11:20, 11:22, 12:20, 12:21, 13:12, 14:4, 15:15, 15:25, 16:19, 16:24, 17:1, 17:6, 17:16, 17:24, 18:8, 19:1, 19:6, 19:15, 19:16, 20:10, 21:3, 21:17, 21:18, 23:4, 23:12, 23:18, 23:20, 24:24, 25:21, 25:25, 27:4, 27:15, 28:2, 28:7, 28:23, 29:21, 29:22, 29:24, 30:5, 30:13, 30:14, 31:13, 33:3, 33:17, 33:22, 37:6
**it's** [16] - 7:1, 8:24, 9:2, 11:12, 17:5, 19:3, 21:3, 21:4, 22:1, 23:20, 24:20, 24:23, 29:3, 29:7, 31:5, 32:17
**items** [1] - 5:12
**iteration** [2] - 28:24, 29:11
**its** [1] - 8:11
**itself** [1] - 27:19

## J

**Jackson** [1] - 2:16
**Jaco** [2] - 1:14, 3:21
**JACO** [15] - 3:21, 5:10, 6:14, 6:22, 7:24, 8:5, 9:7, 14:7, 31:9, 31:12, 34:7, 34:9, 34:15, 35:1, 36:7
**James** [1] - 1:14
**January** [1] - 26:10
**Jersey** [1] - 26:18
**jet** [1] - 19:4
**JOHN** [1] - 2:1
**John** [4] - 4:7, 4:9, 16:17, 32:10
**Jr** [1] - 2:12
**JR** [1] - 2:13
**judge** [3] - 9:2, 13:9, 15:16
**JUDGE** [1] - 1:11
**Judge** [12] - 5:6, 5:14, 5:16, 7:1, 7:3, 7:19, 9:14, 9:20, 17:8, 18:1, 18:24, 22:13
**June** [2] - 30:24, 30:25
**jury** [1] - 29:5
**just** [35] - 3:11, 4:8, 6:22, 8:13, 9:23, 10:15, 13:12, 13:16, 14:2, 15:16, 15:22, 16:22, 16:25, 17:5, 17:23, 18:10, 21:11, 21:18, 22:8, 22:10, 22:16, 22:20, 23:24, 26:7, 26:14, 27:3, 28:8, 28:12, 29:17, 29:19, 31:5, 31:6, 34:22, 36:17, 37:10
**Justice** [1] - 1:15

## K

**K** [1] - 2:3
**Kashan** [2] - 1:15, 3:23
**keep** [1] - 29:17
**Khan** [1] - 1:15
**kid** [1] - 27:9
**Kidd** [1] - 2:15
**kind** [5] - 13:11, 21:4,

21:14, 27:1, 28:23
**Knight** [4] - 4:25, 30:6, 30:8, 30:17
**know** [15] - 5:12, 7:10, 8:1, 9:4, 11:1, 13:1, 13:11, 13:16, 19:3, 33:3, 35:3, 35:22, 35:23, 36:7, 36:13
**knowing** [3] - 24:18, 24:23, 32:21
**knowledge** [1] - 13:18
**known** [1] - 18:23

## L

**last** [6] - 9:3, 18:23, 20:24, 28:23, 28:24, 29:11
**late** [1] - 20:23
**latter** [1] - 6:14
**Laura** [4] - 2:15, 4:22, 26:3, 31:19
**Law** [4] - 1:21, 2:6, 2:9, 10:23
**LAW** [2] - 1:24, 2:12
**lawyer** [3] - 9:4, 10:9, 22:24
**lawyers** [3] - 6:13, 9:23, 31:5
**leading** [1] - 5:18
**leads** [1] - 26:22
**learned** [1] - 31:2
**least** [6] - 5:10, 11:2, 14:7, 28:14, 28:15, 32:19
**leave** [1] - 23:4
**led** [1] - 14:12
**Lee** [1] - 2:6
**left** [1] - 5:17
**legal** [2] - 13:20, 27:21
**length** [1] - 29:18
**lengthy** [1] - 8:7
**less** [1] - 29:24
**let** [2] - 9:25, 22:23
**let's** [7] - 3:15, 3:17, 8:21, 30:21, 31:8, 31:17, 35:17
**level** [2] - 6:16, 7:14
**Lewis** [4] - 1:21, 3:9, 4:4, 27:3
**LEWIS** [12] - 3:9, 3:14, 4:4, 5:24, 6:5, 7:7, 8:18, 8:24, 24:12, 24:14, 37:6, 37:23
**lifted** [1] - 6:25
**light** [1] - 5:20
**like** [8] - 5:11, 10:21, 11:2, 12:20, 12:21, 26:5, 33:12, 34:22
**likely** [1] - 14:16
**liken** [1] - 28:2
**limited** [1] - 28:20
**line** [1] - 36:18
**list** [1] - 29:14
**litigate** [1] - 21:17
**little** [2] - 7:5, 13:24
**live** [3] - 21:21, 21:22, 22:9
**live-streaming** [1] - 22:9
**live-streams** [2] - 21:21, 21:22
**livelihood** [1] - 25:11
**lives** [1] - 26:18
**living** [1] - 28:6
**LLC** [1] - 2:13
**LLP** [1] - 2:16
**local** [1] - 10:17
**location** [1] - 7:13
**long** [13] - 6:4, 6:17, 11:4, 11:8, 15:15, 15:24, 16:7, 16:19, 17:9, 21:4, 26:25, 28:22, 29:9
**longer** [1] - 29:21
**look** [1] - 30:21
**looking** [2] - 21:7, 31:6
**looks** [1] - 12:20
**Loop** [1] - 2:7
**lot** [4] - 13:18, 17:3, 19:5, 29:22
**Louisiana** [1] - 1:18
**Lovett** [2] - 2:2, 2:4

## M

**made** [4] - 5:17, 9:8, 24:17, 32:17
**main** [2] - 7:8, 8:2
**maintain** [1] - 27:4
**major** [1] - 21:24
**majority** [1] - 14:9
**make** [9] - 7:15, 8:13, 9:25, 13:2, 18:7, 22:2, 22:11, 31:17, 35:10
**makes** [2] - 26:16, 28:8
**making** [1] - 7:10
**man** [1] - 13:22
**mandate** [3] - 8:8, 8:10, 18:19
**mandatory** [1] - 21:19
**March** [2] - 11:9, 20:24
**march** [1] - 11:11
**Marie** [1] - 2:15
**MARSHAL** [1] - 3:2
**materials** [1] - 23:1
**MATLOCK** [1] - 2:6
**Matlock** [9] - 3:5, 3:19, 4:13, 9:12, 9:14, 9:20, 10:4, 10:17, 32:2
**Matlock's** [2] - 10:12, 10:22
**matter** [3] - 35:7, 35:12, 38:11
**matters** [3] - 35:21, 35:24, 36:5
**may** [27] - 3:3, 5:20, 12:12, 13:9, 13:17, 15:1, 15:7, 15:8, 16:7, 16:18, 17:3, 17:5, 17:6, 18:6, 18:8, 18:13, 18:20, 20:9, 21:11, 24:5, 30:5, 33:14, 34:2, 34:22, 36:18, 36:21
**May** [10] - 30:23, 30:24, 31:10, 32:5, 32:11, 32:13, 32:15, 33:8
**MAY** [1] - 1:7
**maybe** [4] - 16:3, 27:7, 29:7
**McGuire** [2] - 2:3, 4:6
**McKinney** [1] - 2:16
**me** [13] - 9:25, 12:5, 14:19, 17:17, 17:21, 19:23, 20:9, 20:23, 21:4, 22:23, 24:2, 30:2, 35:6
**mean** [2] - 6:14, 19:13
**meaning** [1] - 10:3
**means** [1] - 13:2
**mechanical** [1] - 2:24
**media** [1] - 17:2
**meeting** [1] - 34:5
**mention** [1] - 28:16
**message** [1] - 11:15
**met** [1] - 9:24
**mic** [1] - 9:15
**Michelle** [1] - 1:23
**might** [2] - 7:13, 28:17
**MILLEDGE** [29] - 4:12, 9:13, 9:16, 9:18, 10:5, 10:8, 10:11, 10:14, 11:6, 11:9, 11:12, 11:20, 11:25, 12:3, 12:10, 12:12, 12:16, 12:19, 13:9, 14:25, 15:4, 15:16, 15:20, 15:22, 16:2, 16:6, 16:13, 32:1, 37:14
**Milledge** [8] - 2:6, 2:6, 4:13, 15:12, 16:21, 22:24, 23:16, 32:1
**mind** [1] - 36:10
**minimum** [1] - 32:25
**missed** [3] - 20:9, 21:19, 24:6
**misspeak** [1] - 7:12
**MITCHELL** [1] - 2:16
**Mitchell** [3] - 4:23, 26:4, 31:20
**mixed** [1] - 19:2
**mom** [1] - 27:11
**moment** [5] - 3:11, 3:15, 4:8, 12:17, 14:25
**monetary** [1] - 18:18
**money** [1] - 28:8
**monitoring** [1] - 7:13
**month** [2] - 11:12, 24:20
**months** [12] - 17:14, 17:16, 17:21, 18:20, 18:23, 20:25, 23:6, 33:2, 35:16, 35:20
**more** [7] - 6:6, 6:7, 14:16, 24:20, 28:17, 32:25, 36:22
**morning** [16] - 3:3, 3:9, 3:21, 4:12, 4:14, 4:16, 4:18, 9:13, 9:19, 20:19, 21:20, 22:15, 24:12, 24:13, 26:3, 30:7
**most** [2] - 18:6, 24:25
**motion** [2] - 8:11, 8:15
**motions** [1] - 18:6
**move** [2] - 6:24, 13:21
**movement** [1] - 36:6
**MR** [99] - 3:9, 3:14, 3:21, 3:23, 3:25, 4:4, 4:6, 4:9, 4:12, 4:16, 4:20, 4:24, 5:1, 5:10, 5:24, 6:5, 6:14, 6:22, 7:7, 7:24, 8:5, 8:18, 8:24, 9:2, 9:7, 9:13, 9:16, 9:18, 10:5, 10:8, 10:11, 10:14, 11:6, 11:9, 11:12, 11:20, 11:25, 12:3, 12:10, 12:12, 12:16, 12:19, 13:9, 14:7, 14:25, 15:4, 15:7, 15:9, 15:11, 15:16, 15:20, 15:22, 16:2, 16:6, 16:13, 16:14, 16:17, 17:18, 17:22, 19:15, 19:24, 20:8, 20:13, 20:19, 20:23, 21:9, 21:11, 21:14, 22:13, 22:15, 22:18, 23:3, 23:6, 23:9, 23:11, 23:22, 24:1, 24:3, 24:10, 24:12, 24:14, 30:5, 30:20, 31:9, 31:12, 32:1, 32:9, 34:7, 34:9, 34:15, 35:1, 36:7, 37:6, 37:14, 37:17, 37:19, 37:21, 37:23, 38:2
**Mr** [42] - 1:14, 1:15, 1:17, 1:21, 2:1, 2:6, 2:9, 2:12, 4:5, 4:13, 4:17, 9:3, 9:12, 9:14, 9:20, 10:4, 10:12, 10:17, 10:22, 15:12, 16:21, 16:22, 18:16, 20:18, 20:20, 20:23, 22:24, 23:16, 25:5, 25:9, 25:11, 25:17, 26:10, 26:13, 26:17, 26:23, 27:3, 28:11, 30:8, 30:17, 37:25
**Ms** [8] - 1:23, 2:3, 2:15, 12:6, 17:3, 23:23, 24:14, 32:23
**MS** [6] - 4:22, 26:3, 26:22, 31:15, 31:19, 37:25
**much** [3] - 5:14, 12:21, 29:5
**music** [1] - 25:6
**my** [36] - 5:1, 6:20, 9:2, 9:21, 13:10, 13:16, 14:3, 14:23, 15:2, 15:25, 17:13, 18:7, 18:16, 19:2, 19:5, 19:7, 19:15, 21:15, 21:19, 21:25, 22:7, 22:9, 22:16, 22:20, 22:22, 23:12, 23:13, 24:4, 24:5, 25:21, 28:10, 35:10, 35:11, 37:5, 37:9, 38:10
**myself** [3] - 9:23, 11:2, 19:5

## N

**n** [3] - 8:23
**N** [2] - 2:7, 3:1
**name** [3] - 8:22, 16:15, 31:18
**necessarily** [3] - 10:23, 21:17, 22:6
**necessary** [1] - 13:12
**need** [16] - 5:18, 5:20, 6:20, 7:14, 12:11, 13:7, 14:23, 19:11, 24:2, 25:22, 32:7, 32:18, 32:25, 36:22, 37:4, 37:8
**needed** [2] - 20:11, 35:22
**needs** [3] - 20:16, 27:5, 28:7
**never** [2] - 21:19, 26:23
**New** [2] - 1:16, 26:18
**new** [11] - 7:4, 9:21, 13:25, 14:19, 16:21, 18:9, 18:17, 19:9, 20:16, 35:4, 36:13
**next** [7] - 10:20, 12:1, 15:21, 20:15, 21:8, 24:21, 35:15
**nine** [2] - 31:5, 33:2
**no** [19] - 6:6, 6:16, 12:5, 20:8, 23:9, 25:12, 26:25, 27:17, 31:9, 31:15, 32:3, 36:8, 37:6, 37:11, 37:17, 37:19, 37:21, 37:23, 38:2
**none** [2] - 36:23, 36:24
**not** [67] - 3:14, 7:11, 7:13, 7:16, 9:5, 9:8, 9:9, 9:21, 10:11, 10:14, 10:23, 10:24, 11:16, 11:22, 11:23, 12:6, 12:7, 12:8, 12:25, 13:13, 14:8, 14:18, 15:19, 16:8, 16:9, 16:10, 17:5, 17:16, 17:20, 18:3, 18:10, 19:9, 19:13, 21:25, 22:3, 22:10, 22:21, 22:24, 23:3, 23:9, 23:12, 23:15, 23:18, 23:20, 23:24, 24:5, 24:16, 24:23, 25:14, 25:17, 26:9, 26:12, 26:20, 26:24, 27:9, 27:23, 28:9, 28:12, 31:4, 31:7, 34:22, 35:5, 35:8, 36:19, 36:23, 37:1
**note** [1] - 16:23
**nothing** [5] - 7:2, 13:4, 14:25, 37:14, 37:25
**notice** [2] - 9:5, 9:8
**notify** [1] - 33:20
**now** [17] - 5:7, 7:22, 8:9, 8:12, 8:18, 10:21, 31:2, 32:16, 32:21, 33:3, 33:7, 33:11, 34:16, 35:22, 35:23, 35:25
**nuance** [1] - 36:22
**number** [2] - 17:10, 18:5
**Number** [19] - 4:10, 4:25, 8:21, 9:12, 15:6, 20:18, 22:14, 24:11, 26:2, 30:4, 37:10, 37:13, 37:14, 37:16, 37:18, 37:20, 37:22, 37:24, 38:1
**numbered** [1] - 38:11
**Numbers** [2] - 3:4, 3:18
**numerous** [1] - 18:4
**NW** [1] - 1:16

## O

**o** [1] - 8:23
**O** [1] - 3:1
**o'clock** [1] - 12:3
**object** [1] - 24:4
**objection** [3] - 31:1, 31:9, 31:15
**objections** [1] - 32:3
**obtain** [2] - 33:18, 34:17
**obtained** [1] - 35:5
**obviously** [5] - 16:10, 26:12, 28:13, 29:4, 34:21
**occurs** [1] - 33:21
**October** [3] - 8:10, 8:12, 8:15
**OF** [4] - 1:1, 1:4, 1:10, 2:12
**of** [158] - 1:15, 2:9, 2:20, 3:5, 3:19, 3:22, 3:23, 4:13, 4:22, 4:24, 5:11, 5:14, 5:20, 6:7, 6:12, 6:13, 6:15, 6:16, 6:18, 6:19, 6:24, 7:14, 8:6, 8:7, 8:9, 9:5, 9:20, 9:22, 9:24, 10:14, 10:17, 10:22, 11:1, 11:5, 11:23, 12:14, 12:21, 13:3, 13:4, 13:11, 13:15, 13:17, 13:18, 13:19, 14:1, 14:2, 14:8, 14:9, 14:10, 14:12, 14:17, 14:20, 15:1, 15:21, 16:5, 16:18, 16:24, 16:25, 17:1, 17:3, 17:5, 17:6, 17:9, 17:10, 17:23, 17:25, 18:2, 18:3, 18:4, 18:6, 18:10, 18:11, 18:17, 18:22, 18:25, 19:3, 19:5, 20:1, 20:15, 20:25, 21:2, 21:4, 21:8, 21:14, 22:2, 22:5, 22:7, 22:16, 22:18, 23:6, 23:11, 24:3, 24:18, 24:21, 24:25, 25:4, 25:7, 25:10, 25:12, 25:18, 25:22, 26:4, 26:10, 26:25, 27:1, 27:13, 27:22, 28:23, 28:24, 29:1, 29:5, 29:18, 29:22, 29:24, 30:9, 30:10, 30:14, 30:15, 30:17, 31:1, 31:9, 31:16, 31:20, 32:1, 32:4, 32:14, 32:19, 32:25, 33:4, 33:10, 33:13, 33:16, 33:18, 33:19, 34:11, 34:16, 34:17, 34:18, 35:4, 35:13, 35:16, 35:23, 36:6, 36:17, 36:23, 36:24, 37:3, 37:4, 38:10, 38:10, 38:11
**office** [3] - 10:19, 25:21, 27:4
**Office** [2] - 1:18, 2:9
**OFFICE** [1] - 2:12
**Official** [4] - 2:18, 2:19, 38:9, 38:13
**oh** [1] - 19:19
**okay** [6] - 3:15, 11:14, 16:2, 16:12, 26:19, 31:13
**older** [1] - 27:9
**omitted** [1] - 5:1
**on** [59] - 3:18, 3:21, 3:23, 4:13, 4:22, 4:24, 5:5, 5:19, 6:17, 8:1, 8:6, 8:10, 8:11, 8:15, 8:18, 9:5, 9:20, 10:17, 11:6, 13:25, 14:2, 14:11, 15:13, 16:9, 16:20, 17:15, 18:1, 18:10, 20:24, 21:1, 21:16, 21:21, 22:16, 22:18, 22:24, 25:8, 25:13, 25:16, 25:18, 25:24, 26:4, 26:11, 26:15, 27:11, 28:21, 29:23, 30:23, 30:24, 31:19, 32:1, 32:24, 33:3, 33:4, 33:11, 33:13, 34:7, 36:6, 36:25
**once** [1] - 27:8
**one** [11] - 6:23, 17:1, 23:18, 27:13, 28:17, 29:1, 29:4, 29:8, 32:3, 33:10, 37:12
**ones** [1] - 17:11
**ongoing** [3] - 36:11, 36:12, 36:19
**only** [9] - 8:5, 17:1, 18:1, 19:17, 25:21, 27:7, 29:7, 36:7, 36:10
**open** [3] - 5:15, 5:17, 5:19
**opportunities** [3] - 13:10, 13:13, 35:24
**opportunity** [10] - 13:15, 26:15, 27:3, 32:17, 34:3, 34:10, 34:15, 34:20, 34:24
**opposed** [1] - 31:7
**or** [32] - 5:13, 5:17, 5:19, 6:17, 8:6, 9:8, 11:22, 12:6, 16:3, 18:2, 18:18, 19:7, 19:17, 21:16, 22:3, 23:24, 26:8, 26:13, 27:18, 28:10, 28:24, 29:7, 29:22, 30:24, 32:24, 33:6, 33:25, 35:16, 35:21, 36:8, 37:1
**order** [5] - 8:21, 10:16, 11:23, 16:18, 23:16
**ordered** [3] - 11:17, 11:21, 33:18
**Oregon** [1] - 2:14
**originally** [1] - 5:14
**other** [20] - 6:23, 8:1, 8:5, 9:23, 11:1, 15:17, 16:22, 21:24, 26:6, 29:16, 31:25, 32:24, 33:24, 33:25, 35:18, 35:21, 35:24, 36:3, 36:5, 36:7
**others** [2] - 19:7, 32:11
**our** [13] - 6:6, 6:18, 7:9, 7:24, 8:18, 17:13, 18:15, 27:4, 29:8, 31:17, 34:12
**out** [19] - 5:13, 10:22, 12:6, 16:18, 17:23, 18:19, 19:3, 21:15, 23:4, 23:15, 23:17, 23:23, 25:7, 25:22, 33:7, 36:14, 36:16, 36:25, 37:2
**outer** [1] - 6:19
**outside** [1] - 33:19
**outstanding** [2] - 5:12, 32:24
**over** [14] - 10:10, 10:13, 11:16, 11:18, 11:22, 13:15, 21:3, 23:18, 23:20, 25:8, 28:25, 35:9, 35:11
**own** [3] - 27:23, 27:24, 28:12

## P

**P** [1] - 3:1
**P.C** [1] - 2:1
**Pacer** [1] - 9:5
**pages** [1] - 21:3
**Paraguay** [1] - 24:5
**Parker** [4] - 2:12, 4:20, 22:15, 22:18
**PARKER** [17] - 2:12, 4:20, 21:9, 21:11, 21:14, 22:13, 22:15, 22:18, 23:3, 23:6, 23:9, 23:11, 23:22, 24:1, 24:3, 24:10, 37:21
**part** [4] - 5:17, 14:17, 22:5, 22:7
**particular** [1] - 19:1
**particularly** [3] - 5:15, 18:9, 18:18
**parties** [2] - 8:9, 18:8
**passport** [5] - 13:8, 24:3, 25:21, 27:4, 33:21
**passports** [7] - 7:11, 7:15, 7:21, 12:22, 33:18, 34:18
**past** [1] - 30:18
**PATHAN** [1] - 3:23
**Pathan** [2] - 1:15, 3:23
**pay** [1] - 13:20
**paying** [1] - 28:7
**PC** [1] - 2:6
**penalized** [1] - 19:8
**pending** [6] - 5:6, 8:15, 26:25, 30:12, 35:19, 35:24

**people** [5] - 19:5, 19:17, 21:22, 26:6, 36:20
**perfectly** [1] - 27:21
**performance** [1] - 25:18
**performing** [1] - 28:3
**perhaps** [4] - 21:8, 33:1, 33:2, 34:4
**period** [1] - 8:7
**permission** [3] - 25:16, 25:20, 33:20
**permitted** [2] - 17:20, 33:17
**PERRY** [1] - 2:6
**Perry** [2] - 4:13, 32:2
**persisted** [1] - 30:11
**personal** [1] - 19:2
**perspective** [2] - 6:2, 20:22
**petitioning** [1] - 25:22
**physician** [2] - 28:3, 28:6
**PJ** [1] - 2:6
**plain** [1] - 32:17
**plan** [2] - 10:20, 19:5
**planned** [2] - 19:6, 28:1
**plans** [1] - 19:2
**platform** [2] - 13:19, 21:22
**plea** [2] - 30:10, 30:11
**please** [5] - 3:8, 9:15, 22:17, 23:18, 30:5
**pleasure** [1] - 25:25
**PLLC** [1] - 2:9
**point** [7] - 13:25, 17:4, 18:7, 21:5, 21:18, 22:3, 24:16
**pointed** [1] - 18:19
**pointing** [1] - 17:23
**points** [2] - 16:18, 24:17
**pop** [1] - 15:2
**Portland** [1] - 2:14
**position** [4] - 12:13, 13:2, 30:8, 30:13
**possible** [1] - 31:23
**potential** [4] - 30:23, 36:9, 37:1
**potentially** [1] - 21:6
**practices** [1] - 31:3
**preference** [3] - 31:10, 32:4, 32:11
**preparation** [1] - 37:3
**present** [6] - 4:14, 4:17, 5:2, 13:13, 16:10, 21:20
**presentation** [2] - 6:15, 6:18
**preserve** [1] - 26:20
**pressing** [1] - 36:7
**presumed** [1] - 13:21
**pretrial** [12] - 6:24, 7:14, 7:25, 14:17, 17:24, 17:25, 18:6, 18:12, 20:11, 32:14, 33:15, 35:20
**pretty** [1] - 32:17
**previous** [15] - 5:5, 10:12, 10:22, 11:14, 11:16, 11:23, 12:14, 18:13, 20:14, 22:25, 23:2, 23:8, 23:17, 35:6, 35:9
**previously** [7] - 5:6, 7:2, 7:13, 7:19, 17:23, 23:7, 36:21
**prices** [2] - 19:4
**primarily** [1] - 5:19
**primary** [4] - 7:7, 7:9, 7:24, 7:25
**prior** [4] - 7:12, 10:3, 21:2, 23:13
**probably** [4] - 20:15, 24:7, 24:25, 31:4
**problem** [1] - 36:21
**problematic** [1] - 14:11
**proceeded** [1] - 27:10
**Proceedings** [1] - 2:24
**proceedings** [3] - 9:10, 38:6, 38:11
**PROCEEDINGS** [1] - 1:10
**produced** [2] - 2:25, 17:4
**profession** [1] - 28:8
**prohibit** [1] - 37:1
**prohibited** [1] - 36:19
**promised** [1] - 25:19
**promoter** [1] - 13:11
**promotion** [1] - 13:19
**prop** [1] - 21:21
**properly** [1] - 35:18
**prosecutor** [1] - 3:13
**prosecutors** [3] - 18:9, 19:9, 20:3
**prove** [1] - 29:6
**provided** [2] - 23:16, 37:8
**pump** [2] - 17:2, 22:6
**pump-and-dump** [2] - 17:2, 22:6
**pumping** [1] - 14:4
**purpose** [1] - 36:17
**purposes** [2] - 5:11, 37:3
**put** [9] - 6:17, 6:23, 8:6, 20:4, 21:15, 29:23, 33:3, 34:19, 36:25
**putting** [1] - 29:5

## Q

**quarter** [6] - 15:21, 16:5, 21:8, 24:21, 24:25, 30:10
**Quentin** [1] - 2:1
**question** [4] - 5:6, 15:24, 22:23, 25:3
**questions** [2] - 25:24, 30:2
**quicker** [1] - 29:22
**quickly** [2] - 28:19, 28:22
**quite** [3] - 14:11, 25:6, 25:10

## R

**R** [3] - 2:12, 2:12, 3:1
**raise** [1] - 25:5
**range** [1] - 6:7
**re** [1] - 30:9
**re-arraigned** [1] - 30:9
**reach** [3] - 12:6, 23:17, 23:23
**reached** [1] - 23:15
**reaching** [4] - 36:14, 36:16, 36:25, 37:2
**ready** [12] - 5:15, 5:23, 5:24, 7:17, 10:4, 15:14, 15:20, 16:3, 16:19, 20:12, 21:6
**realistic** [5] - 15:18, 15:19, 15:23, 24:20, 25:1
**really** [5] - 7:15, 8:2, 16:8, 27:9, 28:21
**reason** [2] - 19:10, 27:5
**received** [5] - 9:21, 12:7, 20:24, 23:1, 23:25
**recess** [1] - 3:16
**record** [9] - 3:20, 8:6, 16:16, 16:23, 18:13, 24:14, 25:18, 26:17, 38:11
**recorded** [1] - 2:24
**records** [1] - 17:3
**reduce** [1] - 29:12
**referenced** [1] - 29:16
**Reform** [2] - 19:12, 20:4
**regarding** [6] - 24:17, 33:24, 35:14, 35:20, 36:4, 36:5
**regards** [1] - 33:16
**reimpose** [1] - 7:1
**reimposing** [1] - 36:4
**reimposition** [3] - 6:24, 18:25, 20:1
**relationships** [3] - 36:11, 36:12, 36:20
**relative** [1] - 25:2
**release** [2] - 14:18, 33:15
**remain** [1] - 5:19
**rent** [1] - 28:7
**repeatedly** [1] - 17:14
**report** [1] - 11:21
**Reporter** [4] - 2:18, 2:19, 38:9, 38:13
**reporter** [1] - 31:18
**REPORTER'S** [1] - 38:8
**represent** [4] - 4:17, 4:20, 20:20, 24:15
**represented** [1] - 10:6
**request** [13] - 18:25, 23:3, 23:17, 24:3, 27:2, 27:11, 28:1, 28:5, 28:10, 31:21, 31:22, 33:13, 34:19
**requested** [6] - 23:7, 23:10, 23:12, 26:7, 27:3, 35:8
**required** [4] - 12:23, 19:9, 19:13, 19:18
**requires** [1] - 20:4
**requiring** [1] - 13:7
**reserve** [1] - 15:1
**respect** [8] - 5:16, 9:14, 9:20, 12:13, 18:15, 24:3, 24:7, 27:2
**respective** [1] - 34:18
**respond** [4] - 20:5, 34:4, 34:20, 34:24
**response** [1] - 5:21
**responsibility** [1] - 23:14
**rest** [1] - 30:9
**restrict** [1] - 27:15
**restricting** [1] - 24:6
**restriction** [2] - 28:13
**restrictions** [4] - 7:8, 18:18, 34:2, 36:6
**restrictive** [2] - 28:14, 28:15
**returned** [3] - 7:21, 25:8, 33:22
**returning** [1] - 25:19
**reversed** [1] - 18:24
**review** [1] - 17:4
**reviewing** [2] - 17:1, 21:1
**revisited** [1] - 5:20
**right** [11] - 9:18, 13:23, 15:1, 16:10, 19:19, 19:25, 23:7, 30:21, 31:22, 32:13, 37:12
**rights** [2] - 26:11, 26:14
**rise** [1] - 3:2
**risk** [3] - 12:22, 26:23, 26:24
**risks** [1] - 13:5
**Robert** [4] - 2:12, 4:20, 22:15, 22:18
**ROBERT** [1] - 2:12
**Room** [1] - 2:20
**RPR** [2] - 2:18, 38:9
**rule** [1] - 32:24
**ruled** [1] - 18:6
**ruling** [5] - 5:21, 30:12, 30:13, 34:17, 34:25
**rulings** [3] - 5:16, 17:24, 32:18
**run** [1] - 18:22
**Rusk** [1] - 2:20
**RYBARCZYK** [1] - 2:1
**Rybarczyk** [5] - 4:7, 4:9, 16:17, 18:16, 32:10

## S

**S** [6] - 1:22, 1:24, 2:18, 3:1, 38:9, 38:13

**s** [2] - 8:23
**said** [4] - 10:2, 11:2, 28:16, 29:11
**salient** [1] - 25:3
**Sam** [2] - 4:13, 32:1
**same** [2] - 23:16, 27:2
**Samuel** [1] - 2:6
**say** [5] - 6:9, 13:14, 17:19, 20:11, 28:23
**saying** [1] - 10:1
**scale** [1] - 36:25
**schedule** [3] - 5:25, 12:8, 23:19
**scheme** [1] - 22:6
**seated** [1] - 3:3
**second** [6] - 16:5, 18:1, 21:8, 24:20, 24:25, 30:9
**secondly** [1] - 33:9
**securities** [4] - 14:3, 14:20, 21:25, 22:1
**see** [1] - 9:2
**seeking** [1] - 13:18
**seem** [2] - 10:21, 12:21
**seen** [2] - 3:14, 22:21
**sees** [1] - 24:22
**select** [2] - 32:25, 33:9
**sell** [1] - 28:1
**sense** [1] - 31:16
**sentencing** [1] - 30:12
**separate** [1] - 29:25
**seriousness** [1] - 13:3
**services** [2] - 28:4, 28:5
**session** [1] - 19:22
**set** [2] - 5:11, 6:1
**setting** [4] - 32:13, 32:22, 33:12, 35:14
**settings** [1] - 31:4
**seven** [2] - 6:7, 29:7
**several** [5] - 12:20, 17:12, 17:13, 18:2, 35:20
**Shepherd** [2] - 1:22, 1:24
**should** [7] - 19:1, 19:7, 20:4, 28:13, 29:23, 29:24, 35:7
**side** [2] - 8:18, 18:10
**signed** [1] - 10:16
**similar** [3] - 7:2, 14:12, 22:23
**simply** [3] - 16:10, 31:21, 33:21
**since** [7] - 9:5, 11:6, 14:1, 16:20, 24:24, 25:7, 26:10
**single** [2] - 14:8, 17:8
**sir** [25] - 4:11, 8:4, 12:2, 12:10, 12:15, 12:18, 14:14, 15:3, 15:8, 15:22, 16:6, 16:14, 19:24, 20:7, 20:8, 20:17, 20:21, 21:10, 21:13, 23:9, 24:9, 26:1, 30:19, 34:6, 37:17
**situation** [2] - 12:25, 25:5
**situations** [1] - 25:4
**six** [3] - 6:7, 18:20, 18:23
**size** [1] - 16:24
**slightly** [1] - 5:25
**Smith** [3] - 2:18, 38:9, 38:13
**smoke** [1] - 21:15
**so** [63] - 5:6, 5:14, 5:18, 5:24, 6:8, 7:7, 7:9, 7:12, 7:16, 7:18, 8:10, 8:13, 9:21, 11:1, 11:12, 12:24, 13:19, 14:1, 14:15, 14:19, 14:21, 16:4, 16:5, 16:20, 17:5, 17:12, 18:20, 18:22, 18:24, 19:4, 19:6, 20:23, 20:25, 21:4, 21:14, 22:2, 22:9, 22:10, 23:18, 24:21, 24:23, 26:13, 26:25, 27:9, 27:11, 28:1, 28:5, 28:14, 29:3, 29:11, 29:19, 31:5, 32:19, 33:10, 33:16, 34:14, 35:8, 36:3, 36:13, 37:4, 37:10
**social** [1] - 17:2
**some** [19] - 5:15, 5:17, 5:18, 11:1, 13:9, 14:9, 14:20, 17:3, 19:10, 21:15, 22:3, 22:21, 23:1, 27:5, 30:21, 31:6, 32:18, 35:4, 36:22
**something** [6] - 13:17, 15:2, 21:15, 27:14, 27:18, 34:4
**somewhere** [1] - 23:1
**soon** [1] - 23:4
**sought** [1] - 17:12
**south** [1] - 13:15
**Southern** [1] - 38:9
**SOUTHERN** [1] - 1:1
**southern** [1] - 2:20
**speak** [5] - 10:14, 10:18, 14:7, 28:12, 31:18
**speaking** [3] - 9:22, 13:16, 15:16
**specific** [1] - 33:4
**specifically** [3] - 10:18, 13:6, 28:12
**speech** [2] - 27:22, 27:23
**speed** [2] - 14:3, 21:1
**Speedy** [8] - 8:7, 8:14, 26:8, 26:11, 26:14, 31:22, 33:10, 35:17
**speedy** [2] - 26:6, 33:13
**spoofing** [1] - 27:18
**spreadsheet** [1] - 18:5
**spring** [1] - 20:15
**springs** [1] - 17:25
**St** [3] - 1:18, 2:10, 2:16
**stage** [2] - 7:10, 7:25
**stand** [3] - 13:14, 25:24, 28:21
**standing** [1] - 31:14
**start** [4] - 8:21, 29:16, 30:24, 31:8
**starting** [2] - 10:25, 30:23
**state** [1] - 31:18
**statements** [1] - 27:22
**STATES** [3] - 1:1, 1:4, 1:11
**States** [11] - 2:19, 3:5, 3:19, 3:22, 3:24, 3:25, 8:11, 25:20, 33:17, 33:20, 38:9
**STATUS** [1] - 1:10
**status** [7] - 5:4, 8:6, 8:11, 8:12, 17:8, 18:11, 20:22
**stay** [2] - 12:25, 13:23
**STEFAN** [1] - 2:12
**Stefan** [2] - 4:21, 22:19
**stenography** [1] - 2:24
**step** [1] - 22:17
**Stephanie** [2] - 2:3, 4:6
**Stephone** [1] - 2:9
**stick** [1] - 29:21
**still** [11] - 5:17, 13:20, 14:6, 14:9, 14:10, 14:21, 20:25, 21:1, 27:8, 27:10, 36:12
**stocks** [4] - 17:10, 27:23, 27:25, 29:2
**stop** [1] - 9:25
**Stradley** [1] - 10:15
**streaming** [1] - 22:9
**streams** [2] - 21:21, 21:22
**Street** [2] - 2:4, 2:20
**string** [1] - 33:6
**strong** [1] - 31:10
**stronger** [1] - 32:4
**subject** [2] - 17:6, 17:23
**submit** [1] - 33:12
**subset** [1] - 29:22
**such** [2] - 16:21, 35:12
**suggest** [5] - 13:4, 20:2, 24:23, 32:21, 32:22
**suggested** [1] - 34:22
**suggestion** [2] - 18:14, 33:16
**Suite** [5] - 1:18, 2:7, 2:10, 2:13, 2:16
**summer** [1] - 19:3
**supporting** [1] - 28:7
**supports** [1] - 25:11
**sure** [9] - 7:10, 7:14, 7:15, 10:1, 10:14, 16:8, 22:2, 22:11, 35:10
**suspect** [1] - 32:19
**SW** [1] - 2:13

## T

**t** [2] - 8:23
**take** [18] - 6:4, 6:10, 6:18, 15:15, 15:25, 16:19, 17:9, 17:14, 17:16, 23:14, 27:4, 29:9, 29:21, 33:10, 34:4, 35:13, 35:18
**taken** [2] - 12:22, 21:4
**takes** [1] - 27:21
**talk** [3] - 10:16, 28:9, 28:18
**talking** [4] - 6:11, 16:3, 36:13, 36:15
**target** [1] - 24:20
**Tate** [4] - 2:1, 4:6, 16:17, 32:9
**tell** [2] - 12:11, 24:2
**terabytes** [1] - 16:25
**terms** [1] - 16:25
**Texas** [11] - 1:19, 1:22, 1:25, 2:2, 2:4, 2:7, 2:10, 2:17, 2:20, 2:21, 38:10
**TEXAS** [2] - 1:1, 1:5
**text** [1] - 33:6
**than** [5] - 6:6, 7:2, 29:24, 30:8, 36:3
**thank** [30] - 4:11, 8:18, 9:11, 9:17, 14:14, 14:21, 15:4, 15:5, 15:9, 16:12, 16:13, 20:8, 20:17, 22:12, 22:13, 22:17, 24:9, 24:10, 25:4, 26:1, 30:3, 30:19, 30:20, 31:24, 32:6, 35:1, 37:6, 37:17, 37:19, 38:3
**Thank** [1] - 4:19
**thankfully** [1] - 10:25
**that** [188] - 5:5, 5:16, 5:17, 5:18, 5:19, 5:20, 6:5, 6:10, 6:19, 6:23, 7:9, 7:14, 7:15, 7:20, 7:23, 8:2, 8:7, 8:10, 8:12, 8:13, 8:14, 8:15, 9:4, 9:6, 9:7, 9:9, 10:4, 10:7, 10:9, 10:14, 10:19, 10:21, 11:10, 11:18, 11:24, 11:25, 12:1, 12:3, 12:16, 12:19, 12:20, 12:22, 12:24, 13:2, 13:4, 13:14, 13:16, 13:17, 13:19, 13:21, 14:3, 14:5, 14:10, 14:11, 14:12, 14:15, 14:19, 14:20, 14:22, 15:13, 15:25, 16:10, 16:23, 17:4, 17:5, 17:11, 17:22, 17:23, 18:7, 18:8, 18:13, 18:20, 18:23, 19:10, 19:15, 19:16, 19:25, 20:1, 20:2, 20:3, 20:4, 20:10, 20:14, 21:7, 21:15, 21:17, 22:2, 22:5, 22:7, 22:11, 22:25, 23:12, 23:21, 23:25, 24:1, 24:21, 24:25, 25:15, 25:16, 25:19, 25:20, 26:7, 26:8, 26:9, 26:12, 26:16, 26:22, 26:24, 27:3, 27:6, 27:11, 27:16, 27:17, 28:2, 28:5, 28:6, 28:10, 28:12, 28:14, 28:17, 28:22,

28:24, 29:5, 29:6, 29:12, 29:15, 29:19, 29:21, 30:11, 30:14, 30:22, 31:2, 31:3, 32:16, 32:17, 32:24, 33:1, 33:2, 33:3, 33:9, 33:11, 33:14, 33:15, 33:21, 34:4, 34:7, 34:9, 34:10, 34:15, 34:22, 34:23, 35:3, 35:8, 35:9, 35:10, 35:11, 35:12, 35:15, 35:17, 35:19, 35:20, 35:23, 35:25, 36:8, 36:10, 36:11, 36:19, 36:21, 36:23, 36:24, 37:1, 37:8, 38:10

**that's** [25] - 7:8, 7:24, 8:2, 8:18, 10:8, 12:25, 15:17, 15:22, 18:14, 19:6, 21:5, 26:19, 26:20, 27:11, 28:1, 28:9, 29:9, 30:1, 33:8, 35:6, 37:6, 37:12

**THE** [106] - 1:10, 1:14, 2:6, 2:9, 2:12, 2:15, 3:2, 3:3, 3:11, 3:15, 3:17, 4:2, 4:8, 4:11, 4:15, 4:19, 5:3, 5:22, 6:4, 6:8, 6:20, 7:4, 7:18, 8:3, 8:17, 8:20, 9:1, 9:11, 9:15, 9:17, 9:25, 10:6, 10:9, 10:12, 11:4, 11:8, 11:10, 11:14, 11:21, 12:2, 12:5, 12:11, 12:15, 12:18, 13:6, 13:23, 14:14, 15:3, 15:5, 15:8, 15:10, 15:12, 15:19, 15:21, 16:1, 16:5, 16:9, 16:15, 17:16, 17:20, 19:13, 19:19, 20:6, 20:9, 20:17, 20:21, 21:6, 21:10, 21:13, 22:12, 22:14, 22:17, 22:23, 23:5, 23:7, 23:10, 23:16, 23:23, 24:2, 24:9, 24:11, 24:13, 26:1, 26:21, 30:3, 30:19, 30:21, 31:11, 31:13, 31:17, 31:24, 32:6, 32:12, 34:8, 34:14, 34:16, 35:2, 36:10, 37:7, 37:16, 37:18, 37:20, 37:22, 37:24, 38:1, 38:3

**The** [2] - 2:6, 38:6

**the** [343] - 3:13, 3:20, 3:22, 3:23, 3:25, 4:3, 4:17, 4:21, 5:2, 5:5, 5:6, 5:7, 5:8, 5:10, 5:14, 5:20, 5:21, 5:22, 5:24, 6:1, 6:5, 6:7, 6:10, 6:12, 6:13, 6:14, 6:19, 6:25, 7:6, 7:7, 7:8, 7:10, 7:12, 7:16, 7:19, 7:20, 7:21, 7:22, 8:2, 8:5, 8:6, 8:8, 8:9, 8:10, 8:13, 8:14, 9:3, 9:22, 9:23, 9:24, 10:2, 10:9, 10:15, 10:18, 10:20, 10:21, 10:23, 11:1, 11:3, 11:4, 11:5, 11:15, 11:18, 11:22, 11:23, 12:8, 12:11, 12:13, 12:14, 12:20, 12:24, 13:1, 13:2, 13:3, 13:7, 13:14, 13:15, 13:24, 14:1, 14:2, 14:5, 14:9, 14:10, 14:12, 14:17, 14:25, 15:1, 15:12, 15:17, 15:21, 16:5, 16:7, 16:10, 16:15, 16:19, 16:20, 16:21, 16:22, 16:23, 16:24, 17:1, 17:2, 17:3, 17:9, 17:10, 17:11, 17:24, 18:1, 18:2, 18:3, 18:8, 18:9, 18:10, 18:11, 18:12, 18:13, 18:17, 18:19, 18:20, 18:23, 18:24, 18:25, 19:3, 19:7, 19:9, 19:11, 19:12, 19:16, 19:17, 20:1, 20:2, 20:4, 20:10, 20:14, 20:24, 21:1, 21:2, 21:5, 21:8, 21:12, 21:14, 21:18, 21:24, 22:2, 22:3, 22:4, 22:8, 22:11, 22:21, 22:24, 23:4, 23:5, 23:10, 23:11, 23:19, 23:25, 24:3, 24:4, 24:14, 24:16, 24:17, 24:18, 24:19, 24:20, 24:24, 24:25, 25:3, 25:7, 25:10, 25:12, 25:14, 25:15, 25:20, 25:22, 26:7, 26:8, 26:9, 26:17, 26:22, 26:24, 27:2, 27:5, 27:6, 27:8, 27:13, 27:14, 27:15, 27:19, 27:20, 27:21, 27:22, 28:1, 28:4, 28:6, 28:7, 28:8, 28:10, 28:13, 28:14, 28:18, 28:20, 28:21, 28:22, 28:23, 28:24, 29:5, 29:11, 29:12, 29:13, 29:15, 29:17, 29:18, 29:20, 29:21, 29:22, 29:23, 30:5, 30:8, 30:9, 30:11, 30:12, 30:13, 30:14, 30:18, 30:23, 30:24, 31:8, 31:16, 31:22, 32:5, 32:10, 32:11, 32:13, 32:17, 32:19, 33:3, 33:5, 33:7, 33:8, 33:9, 33:10, 33:12, 33:13, 33:16, 33:17, 33:18, 33:19, 33:20, 33:21, 33:22, 33:25, 34:2, 34:3, 34:5, 34:9, 34:17, 34:18, 34:20, 34:21, 34:23, 34:24, 35:4, 35:5, 35:15, 35:17, 35:18, 35:24, 36:1, 36:3, 36:4, 36:6, 36:7, 36:10, 36:17, 36:18, 36:22, 36:23, 36:24, 36:25, 37:5, 37:7, 37:8, 37:12, 38:10, 38:10, 38:11

**their** [18] - 6:17, 7:11, 7:15, 7:20, 13:19, 15:13, 19:20, 19:22, 19:23, 22:7, 27:18, 27:23, 27:24, 27:25, 29:14, 36:25

**them** [10] - 7:22, 10:24, 13:4, 14:8, 14:10, 30:18, 33:19, 34:18

**themselves** [2] - 13:13, 19:18

**then** [15] - 3:15, 8:1, 12:8, 17:11, 24:22, 29:7, 29:15, 29:16, 32:22, 33:2, 33:11, 33:21, 33:22, 34:19, 35:19

**there** [24] - 5:5, 5:15, 5:18, 6:11, 7:11, 7:13, 8:7, 13:4, 13:23, 14:23, 16:25, 18:5, 21:15, 22:25, 27:17, 29:6, 29:9, 30:22, 33:19, 34:10, 36:5, 36:8, 36:11

**there's** [5] - 5:12, 20:3, 26:25, 27:17, 35:3

**these** [15] - 7:3, 9:9, 14:5, 14:20, 16:18, 18:21, 19:10, 19:11, 24:17, 25:4, 29:1, 34:11, 35:14, 36:18, 36:20

**they** [38] - 6:17, 7:16, 12:22, 12:23, 12:24, 13:2, 13:3, 14:18, 15:13, 18:4, 18:20, 18:21, 18:22, 18:23, 18:24, 19:7, 19:9, 19:13, 19:19, 19:20, 20:4, 24:5, 27:24, 27:25, 28:25, 29:11, 29:14, 29:15, 29:23, 29:24, 35:10, 36:11, 36:20

**they're** [3] - 12:21, 19:25, 20:1

**they've** [1] - 36:20

**thing** [5] - 7:8, 8:5, 28:17, 33:8, 36:10

**things** [5] - 5:25, 6:23, 26:5, 27:13, 28:16

**think** [41] - 5:12, 5:18, 5:22, 6:1, 6:18, 7:9, 7:12, 8:5, 15:1, 15:14, 15:15, 15:17, 15:22, 15:25, 17:3, 17:14, 18:6, 18:11, 19:10, 20:3, 20:10, 23:11, 23:13, 24:17, 24:20, 27:7, 27:16, 28:17, 28:19, 28:20, 28:21, 28:22, 29:20, 29:21, 29:23, 30:13, 30:14, 34:10, 35:3, 36:1, 36:21

**this** [79] - 3:17, 4:14, 4:18, 5:4, 5:13, 6:1, 6:23, 7:4, 7:5, 7:9, 7:25, 8:8, 8:12, 8:22, 9:5, 9:18, 9:21, 10:2, 11:15, 11:17, 12:12, 12:16, 12:25, 13:3, 13:11, 13:25, 14:2, 14:3, 14:13, 16:24, 17:1, 17:6, 17:9, 17:14, 17:23, 18:5, 18:7, 18:25, 19:2, 20:25, 21:5, 21:17, 21:20, 21:24, 22:4, 22:5, 22:16, 22:20, 24:6, 24:18, 24:19, 24:24, 25:7, 25:17, 26:12, 26:19, 26:24, 27:9, 27:16, 27:18, 28:18, 28:19, 28:24, 28:25, 30:15, 31:17, 32:14, 32:21, 34:25, 35:12, 35:16, 35:17, 36:13, 36:15, 36:16, 36:17

**Thomas** [2] - 1:17, 3:25

**those** [11] - 6:25, 13:13, 22:5, 28:4, 28:21, 31:1, 31:9, 31:15, 31:23, 32:4, 36:12

**though** [1] - 12:23

**thought** [1] - 18:21

**thousand** [1] - 21:3

**three** [6] - 18:10, 29:7, 30:18, 33:1, 35:15, 35:16

**through** [6] - 8:15, 18:1, 21:2, 21:4, 30:11

**thumb** [1] - 36:25

**tickers** [1] - 17:13

**tied** [1] - 29:4

**TikTok** [1] - 21:22

**time** [16] - 5:17, 8:7, 8:9, 10:7, 12:13, 17:6, 18:12, 21:4, 21:18, 22:20, 23:19, 27:14, 28:22, 29:3, 29:10, 35:19

**times** [2] - 25:8, 27:8

**timing** [2] - 24:18, 28:19

**to** [231] - 5:11, 5:16, 5:19, 5:20, 5:21, 6:4, 6:7, 6:17, 6:20, 6:24, 7:1, 7:3, 7:4, 7:5, 7:12, 7:15, 7:21, 7:22, 8:6, 8:22, 9:7, 9:14, 9:15, 9:21, 9:23, 9:25, 10:3, 10:4, 10:9, 10:10, 10:13, 10:20, 11:2, 11:14, 11:15, 11:17, 11:18, 11:21, 12:5, 12:6, 12:11, 12:13, 12:14, 12:16, 12:23, 13:1, 13:4, 13:6, 13:14, 13:20, 13:21, 13:25, 14:3, 14:8, 14:11, 14:12, 14:15, 14:19, 14:22, 14:23, 15:1, 15:14, 15:24, 16:9, 16:10, 16:21, 17:4, 17:13, 17:14, 17:16, 17:18, 17:20, 18:3, 18:5, 18:9, 18:11, 18:13, 18:15, 18:22, 19:1, 19:9, 19:11, 19:12, 19:13, 19:18, 20:5, 20:13, 20:16, 21:1, 21:4, 21:6, 21:11, 21:16, 21:17, 21:18, 21:22, 22:2, 22:4, 22:8, 22:10, 22:11, 23:11, 23:12, 23:15, 23:16, 23:17, 23:20, 23:21, 23:23, 24:2, 24:3, 24:7, 24:20, 24:22, 24:23, 25:2, 25:13, 25:14, 25:17, 25:19, 25:21, 25:22, 25:25, 26:5, 26:11, 26:12, 26:13, 26:15, 26:19, 26:22, 27:2, 27:4, 27:5, 27:6, 27:7, 27:13, 27:15, 27:16, 28:1, 28:2, 28:8, 28:9, 28:11,

28:16, 28:18, 28:20, 29:6, 29:8, 29:9, 29:12, 29:17, 29:19, 29:21, 29:23, 29:24, 30:10, 30:14, 30:22, 30:23, 31:1, 31:3, 31:4, 31:6, 31:7, 31:9, 31:15, 32:3, 32:7, 32:16, 32:17, 32:18, 32:22, 32:25, 33:2, 33:4, 33:5, 33:12, 33:15, 33:16, 33:18, 33:20, 33:22, 33:24, 34:1, 34:2, 34:3, 34:11, 34:12, 34:17, 34:19, 34:20, 34:22, 34:24, 35:6, 35:7, 35:9, 35:11, 35:12, 35:13, 35:15, 35:16, 35:23, 35:24, 36:10, 36:13, 36:22, 36:24, 36:25, 37:4, 37:8, 37:9, 37:10, 38:10

**today** [10] - 8:15, 9:22, 11:22, 12:7, 18:8, 19:14, 19:20, 23:15, 23:24, 32:18

**today's** [1] - 5:11

**told** [1] - 10:20

**tolled** [3] - 8:14, 26:9, 26:10

**tolling** [2] - 8:6, 33:14

**Tom** [2] - 3:10, 24:15

**TOM** [1] - 1:21

**too** [4] - 10:23, 13:25, 25:10, 34:13

**totally** [1] - 15:14

**tour** [1] - 25:15

**track** [1] - 18:5

**trader** [2] - 13:10, 21:19

**trades** [1] - 27:25

**trading** [23] - 7:9, 13:11, 13:12, 13:18, 14:6, 14:9, 14:21, 21:23, 21:25, 22:1, 22:9, 27:15, 27:18, 27:19, 27:23, 27:24, 28:11, 28:12, 29:1, 33:25

**traffic** [1] - 5:5

**TRANSCRIPT** [1] - 1:10

**transcript** [2] - 2:25, 38:10

**transcripts** [1] - 21:2

**transfer** [1] - 11:5

**travel** [17] - 7:7, 13:7, 18:18, 19:2, 24:7, 25:13, 25:15, 25:19, 25:22, 27:2, 27:5, 27:7, 33:17, 33:19, 33:22, 34:13, 34:19

**traveled** [1] - 25:7

**traveling** [1] - 7:16

**travels** [1] - 27:10

**Travis** [1] - 2:10

**Trial** [8] - 8:7, 8:14, 26:8, 26:11, 26:14, 31:22, 33:10, 35:17

**trial** [32] - 5:11, 5:13, 5:15, 5:19, 5:23, 6:2, 6:4, 6:7, 7:17, 10:3, 10:4, 15:13, 15:15, 16:19, 17:9, 20:12, 21:6, 26:6, 26:11, 29:12, 29:18, 30:15, 31:3, 31:21, 31:23, 32:13, 32:18, 32:22, 33:13, 35:22, 35:25, 37:3

**trials** [2] - 6:1, 14:1

**trips** [2] - 19:5, 19:6

**true** [2] - 9:7, 38:10

**try** [6] - 3:17, 17:14, 17:16, 17:20, 24:19, 29:20

**trying** [6] - 9:23, 11:2, 22:10, 23:11, 26:11, 36:25

**turn** [2] - 7:10, 7:22

**turned** [11] - 7:15, 7:20, 10:10, 10:13, 11:16, 11:18, 11:22, 23:18, 23:20, 35:11

**turning** [1] - 35:9

**two** [19] - 5:13, 5:25, 6:1, 6:6, 6:11, 6:19, 6:23, 10:20, 15:13, 17:25, 18:16, 18:22, 20:25, 28:16, 33:7, 35:14, 35:16

**Tyler** [4] - 2:9, 2:9, 4:16, 20:19

**types** [1] - 14:12

**typically** [1] - 14:15

## U

**u** [1] - 8:23

**U.S** [2] - 1:15, 1:18

**unacceptable** [1] - 35:6

**unclear** [1] - 19:16

**undercut** [1] - 25:13

**understand** [7] - 5:5, 12:22, 13:3, 27:16, 28:18, 33:12, 35:10

**understanding** [7] - 9:2, 10:1, 14:3, 14:5, 15:25, 19:15, 38:11

**understood** [7] - 11:19, 11:20, 11:24, 11:25, 20:17, 23:21, 23:25

**undertake** [1] - 33:1

**unique** [4] - 17:1, 25:3, 25:6, 34:11

**United** [11] - 2:19, 3:5, 3:19, 3:22, 3:23, 3:25, 8:11, 25:20, 33:17, 33:20, 38:9

**UNITED** [3] - 1:1, 1:4, 1:11

**unless** [2] - 19:22, 30:1

**unnecessary** [1] - 19:1

**until** [2] - 16:3, 30:14

**up** [14] - 5:18, 11:2, 12:22, 13:19, 14:3, 15:2, 19:4, 20:25, 27:14, 29:8, 33:10, 34:4, 35:14, 35:18

**update** [1] - 20:22

**updated** [1] - 14:2

**upon** [3] - 17:21, 18:6, 37:8

**us** [5] - 12:8, 18:11, 20:5, 29:14, 34:9

**use** [1] - 18:5

## V

**vacation** [1] - 19:6

**verdict** [1] - 6:9

**versus** [3] - 3:5, 3:19, 5:25

**very** [19] - 3:12, 4:2, 4:15, 5:3, 8:3, 8:20, 9:9, 9:11, 17:1, 20:21, 24:9, 25:3, 26:21, 28:19, 32:8, 32:12, 34:8, 35:2, 38:3

**via** [3] - 2:25, 12:6, 23:23

**victim** [2] - 36:16, 37:1

**victims** [1] - 36:8

**violation** [1] - 27:1

**visits** [1] - 32:19

**voir** [1] - 6:8

**voluminous** [1] - 16:24

**VS** [1] - 1:5

## W

**W** [1] - 2:7

**wait** [1] - 3:15

**waived** [3] - 19:20, 26:18, 30:6

**waives** [1] - 19:23

**Walker** [1] - 2:16

**want** [9] - 7:12, 7:15, 9:25, 11:15, 21:11, 21:16, 21:17, 22:2, 34:2

**wanted** [4] - 14:15, 22:10, 27:13, 29:19

**warranted** [1] - 33:16

**was** [40] - 5:6, 5:13, 5:14, 7:2, 7:11, 8:7, 8:8, 8:10, 10:2, 10:3, 10:4, 10:5, 10:6, 10:15, 10:17, 11:10, 16:25, 17:4, 17:9, 17:14, 17:23, 18:20, 19:15, 19:16, 21:3, 22:5, 22:7, 22:25, 23:11, 27:13, 27:17, 27:21, 28:16, 28:23, 28:24, 29:13, 30:6, 30:9, 30:12

**Washington** [1] - 1:16

**watch** [1] - 21:22

**way** [7] - 5:7, 14:2, 23:12, 28:8, 28:24, 33:3, 37:4

**we** [59] - 6:5, 6:16, 6:23, 7:1, 7:14, 7:15, 8:1, 8:2, 8:13, 8:18, 9:7, 12:16, 12:20, 17:12, 17:25, 18:1, 18:7, 18:11, 19:3, 19:22, 22:6, 24:4, 24:19, 24:21, 24:22, 25:15, 26:9, 26:12, 26:13, 26:14, 27:2, 27:3, 27:5, 27:11, 28:1, 28:5, 28:9, 28:14, 28:18, 28:19, 28:23, 29:7, 29:20, 29:21, 31:21, 31:22, 32:3, 32:4, 32:25, 33:1, 34:4, 34:9, 34:11, 35:18, 35:21, 37:9

**we'll** [4] - 6:22, 33:3, 33:9, 33:24

**we're** [3] - 7:8, 16:3, 30:22

**we've** [1] - 24:24

**week** [5] - 5:13, 11:21, 12:7, 23:18, 23:24

**weekend** [1] - 38:4

**weeks** [9] - 6:6, 6:9, 6:11, 6:12, 6:19, 10:3, 10:20, 15:13, 35:13

**weigh** [2] - 31:25, 32:7

**weigh-in** [1] - 31:25

**well** [26] - 3:12, 4:2, 4:15, 5:3, 8:3, 8:20, 9:11, 12:4, 13:6, 18:9, 18:23, 19:15, 19:19, 20:21, 22:8, 24:9, 26:21, 29:16, 30:17, 31:2, 32:8, 32:11, 32:12, 35:2, 36:13, 38:3

**Well** [1] - 18:21

**were** [25] - 5:15, 5:17, 6:25, 7:6, 7:7, 7:21, 10:22, 12:22, 12:23, 17:4, 17:25, 18:1, 18:4, 18:5, 18:6, 18:15, 18:21, 19:9, 19:13, 19:17, 19:18, 27:24, 27:25, 29:6, 38:6

**weren't** [1] - 12:23

**what** [28] - 6:16, 7:6, 10:1, 13:6, 14:4, 17:21, 18:11, 19:12, 19:13, 20:4, 24:21, 25:17, 26:6, 27:11, 27:21, 27:24, 28:6, 28:9, 28:23, 28:25, 31:6, 33:24, 34:2, 34:12, 34:21, 36:3, 36:22

**what's** [3] - 15:19, 25:3, 27:16

**whatever** [1] - 28:7

**whatsoever** [1] - 26:25

**when** [16] - 5:13, 5:22, 14:16, 15:14, 17:25, 19:22, 20:10, 20:11, 23:4, 23:5, 25:15, 27:25, 28:18, 29:14, 33:22

**where** [8] - 12:25, 21:5, 27:19, 28:2, 29:5, 32:23, 35:5

**whether** [6] - 9:7, 11:22, 12:6, 18:7, 19:17, 23:24

**which** [15] - 6:12, 10:20, 11:9, 19:8, 20:1, 20:3, 22:6, 23:19, 27:3, 27:14, 27:15, 29:16, 33:4, 33:10, 33:11

**while** [2] - 21:16, 34:22

**White** [5] - 2:9, 2:9, 4:16,

16:22, 20:19
**white** [1] - 13:1
**WHITE** [5] - 4:16, 9:2, 20:19, 20:23, 37:19
**white-collar** [1] - 13:1
**who** [9] - 4:13, 4:17, 4:21, 12:20, 16:22, 19:10, 23:4, 25:12, 26:18
**whom** [3] - 4:8, 10:15, 18:4
**whose** [1] - 30:6
**why** [8] - 10:12, 11:18, 19:7, 19:25, 23:10, 23:20, 26:20, 29:8
**wife** [2] - 24:4, 25:11
**will** [30] - 5:8, 5:22, 6:5, 6:10, 9:9, 11:16, 11:23, 12:6, 12:8, 15:14, 15:15, 15:25, 16:19, 16:23, 17:16, 17:20, 23:3, 23:15, 23:19, 24:16, 25:9, 25:21, 28:19, 28:21, 29:21, 29:22, 32:13, 32:14, 33:13, 34:23
**WILLIAMS** [16] - 4:6, 4:9, 5:1, 15:7, 15:9, 15:11, 16:14, 16:17, 17:18, 17:22, 19:15, 19:24, 20:8, 20:13, 32:9, 37:17
**Williams** [4] - 2:1, 4:6, 16:17, 32:9
**wise** [1] - 30:14
**wish** [1] - 7:22
**with** [69] - 3:7, 3:9, 5:16, 6:6, 7:10, 7:25, 8:21, 9:13, 9:20, 9:22, 9:23, 9:24, 10:15, 10:16, 10:18, 10:24, 11:2, 11:17, 12:13, 13:10, 13:16, 13:18, 14:17, 14:20, 15:16, 17:24, 18:12, 18:15, 19:25, 20:5, 20:13, 21:5, 21:7, 22:6, 22:23, 23:1, 24:3, 24:7, 25:12, 25:16, 26:19, 27:2, 27:8, 27:11, 27:18, 27:22, 27:24, 27:25, 28:8, 29:20, 30:16, 31:3, 31:8, 32:10, 32:19, 34:2, 34:12, 35:9, 36:8, 36:14, 36:15, 36:16, 36:18, 36:20, 36:21, 36:25
**withdrawn** [1] - 10:15
**withdrew** [1] - 9:4
**within** [6] - 10:20, 11:16, 23:18, 25:20, 33:17, 35:15
**without** [3] - 9:4, 19:11, 25:20
**witness** [3] - 36:14, 37:1, 37:2
**witnesses** [3] - 28:20, 28:21, 36:9
**won** [1] - 18:21
**won't** [1] - 26:5
**work** [4] - 13:10, 24:23, 25:11, 30:22
**work/pleasure** [1] - 19:2
**working** [1] - 11:2
**works** [1] - 21:20
**would** [49] - 5:11, 6:2, 6:17, 7:14, 8:5, 8:13, 10:20, 12:1, 12:3, 12:19, 12:24, 13:12, 13:21, 14:10, 16:21, 17:9, 17:14, 17:18, 20:13, 20:15, 24:4, 24:7, 24:23, 25:13, 25:15, 25:17, 25:19, 26:14, 27:2, 27:4, 27:5, 27:11, 28:1, 28:5, 28:10, 28:13, 28:14, 29:12, 30:13, 30:14, 32:4, 32:19, 32:21, 33:12, 34:9, 34:12, 34:22, 36:8
**wouldn't** [1] - 18:22
**writing** [6] - 6:23, 8:1, 20:5, 34:12, 34:20, 34:24
**wrong** [1] - 27:17

## Y

**year** [8] - 14:1, 15:21, 18:22, 20:15, 20:24, 20:25, 21:8, 24:21
**years** [3] - 18:16, 18:22, 30:18
**yes** [21] - 5:10, 12:2, 12:10, 12:15, 12:18, 14:7, 15:3, 15:11, 15:22, 16:1, 16:6, 16:14, 19:24, 20:23, 21:9, 21:13, 23:22, 31:12, 31:19, 34:6, 37:11
**yesterday** [1] - 10:16
**yet** [1] - 3:13
**York** [1] - 1:16
**you** [120] - 3:3, 4:11, 4:19, 5:12, 6:4, 6:9, 6:10, 6:11, 6:12, 6:20, 7:10, 7:18, 7:22, 8:1, 8:19, 9:11, 9:15, 9:17, 9:25, 10:10, 10:13, 10:16, 11:4, 11:15, 11:18, 11:21, 12:5, 12:6, 12:7, 12:8, 12:11, 14:14, 14:21, 14:23, 15:4, 15:5, 15:8, 15:9, 15:12, 15:14, 15:15, 15:24, 16:9, 16:10, 16:12, 16:13, 17:16, 17:20, 19:13, 19:25, 20:8, 20:10, 20:11, 20:17, 21:7, 22:12, 22:13, 22:17, 23:1, 23:5, 23:7, 23:10, 23:17, 23:21, 24:2, 24:9, 24:10, 25:2, 25:4, 26:1, 28:3, 29:16, 30:1, 30:3, 30:19, 30:20, 31:7, 31:18, 31:24, 32:6, 32:16, 32:21, 32:23, 33:3, 33:4, 33:9, 33:11, 33:13, 33:20, 33:21, 34:1, 34:2, 35:1, 35:5, 35:7, 35:8, 35:9, 35:10, 35:12, 35:22, 35:23, 36:4, 36:7, 36:15, 36:18, 37:4, 37:6, 37:8, 37:17, 37:19, 38:3
**you'll** [2] - 32:14, 34:24
**you're** [22] - 6:8, 7:4, 10:1, 19:19, 19:24, 21:7, 22:24, 23:23, 29:4, 29:17, 31:2, 31:3, 31:14, 32:18, 33:4, 33:18, 34:19, 35:23, 36:13, 36:15, 36:22, 38:5
**you've** [4] - 14:19, 23:24, 35:8, 37:8
**young** [2] - 26:18, 27:9
**your** [21] - 3:7, 3:20, 13:6, 14:4, 15:24, 16:15, 17:18, 20:22, 21:7, 23:8, 23:17, 25:5, 31:18, 32:14, 33:18, 33:22, 34:18, 34:19, 35:7, 35:12
**Your** [77] - 3:9, 3:10, 3:14, 3:21, 3:25, 4:5, 4:7, 4:12, 4:16, 5:1, 5:10, 6:22, 8:19, 8:24, 9:13, 9:19, 10:5, 10:8, 10:11, 11:3, 11:6, 11:20, 11:25, 12:12, 12:19, 12:24, 13:5, 13:19, 14:7, 15:1, 15:2, 15:4, 15:9, 15:25, 16:8, 16:13, 17:22, 20:13, 20:19, 20:23, 21:9, 21:11, 22:15, 22:18, 23:3, 23:6, 23:12, 23:22, 24:1, 24:8, 24:10, 24:12, 24:16, 25:2, 25:9, 26:3, 26:16, 26:17, 26:19, 28:2, 28:17, 29:19, 30:1, 30:7, 30:20, 31:15, 31:19, 32:3, 32:9, 34:7, 37:6, 37:15, 37:19, 37:21, 37:23, 37:25, 38:2
**yourself** [1] - 11:24
**yourselves** [2] - 32:22, 33:6

## Z

**zero** [1] - 10:25